IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) C. A. No. 04-343-JJF |
| TATUNG CO.; TATUNG COMPANY OF AMERICA, INC.; and VIEWSONIC CORPORATION, | ) ) ) ) |
| Defendants. | ) |

### ORDER

Having considered ViewSonic Corporation's Motion to File Surreply to L.G.Philips' Reply Brief in Support of Motion for Preliminary Injunction,

**IT IS HEREBY ORDERED** this _____ day of _____ 2005 that:

ViewSonic Corporation's Motion to File Surreply is GRANTED.

_____
United States District Court Judge

672160