IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., | |
| Plaintiff, | |
| v. | Civil Action No. 04-343-JJF |
| TATUNG COMPANY; et al., | |
| Defendants. | |

ORDER

This _____ day of March, 2005, plaintiff LG.Philips LCD Co., Ltd. having moved for an extension of the date by which is shall file an answering brief in response to the Tatung Defendants' motion to dismiss for lack of personal jurisdiction [D.I. 16]; and the Court having appointed a Special Master for purposes of resolving disputes as to jurisdictional discovery [D.I. 178], and the Court having found good cause for the requested extension of the briefing schedule;

IT IS ORDERED that plaintiff shall serve and file its answering brief responding to the Tatung Defendants' motion to dismiss for lack of personal jurisdiction not later than fifteen (15) days after the completion of jurisdictional discovery, as determined by the Special Master.

_____
United States District Judge

578374v1

5