# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C. A. No. 04-343-JJF |
| TATUNG CO.; | ) |
| TATUNG COMPANY OF AMERICA, INC.; and | ) |
| VIEWSONIC CORPORATION, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

The undersigned, counsel for Defendant Viewsonic Corporation hereby certifies that true and correct copies of the Declaration of Lorraine Meng on Behalf of ViewSonic Corporation, Provided in Response to Subpoena from LG.Philips Lcd Co., Ltd. in Lieu of Deposition, and Documents Sub-VS0001 – Sub-VS0021 were caused to be served on March 4, 2005 on the attorneys of record at the following addresses as indicated:

By Fax (declaration only) and by U.S. Mail:

Richard D. Kirk
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE  19899

By Fax (declaration only) and by U.S. Mail:

Jeffrey S. Goddess
Rosenthal, Monhait, Gross & Goddess
Mellon Bank Center, Suite 1401
P.O. Box 1070
Wilmington, DE  19899-1070

By Fax (declaration only) and by U.S. Mail:

Daniel G. Jarcho
Matthew T. Bailey
Lora A. Brzezynski
Cass W. Christenson
Andrew J. Park
McKenna Long & Aldridge LLP
1900 K Street, N.W.
Washington, DC  20006

By Fax (declaration only) and by U.S. Mail:

Robert C. Weems
Julian M. Baum
Baum & Weems
58 Katrina Lane
San Anselmo, CA  94960

|  |  |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Scott R. Miller<br>Tracy R. Roman<br>Bingham McCutchen LLP<br>355 South Grand Ave., 44th Floor<br>Los Angeles, CA  90071-3106<br>Telephone:  (213) 680-6400 | By:  /s/  David E. Moore<br>    Richard L. Horwitz<br>    David E. Moore<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE  19899-0951<br>    Telephone:  (302) 984-6000<br>    rhorwitz@potteranderson.com |
| Dated:  March 8, 2005 | dmoore@potteranderson.com |

*Attorneys for Defendant*
*ViewSonic Corporation*

672794 / 28203

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on March 8, 2005, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

Richard D. Kirk
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE  19899

Jeffrey S. Goddess
Rosenthal, Monhait, Gross & Goddess
Mellon Bank Center, Suite 1401
P.O. Box 1070
Wilmington, DE  19899-1070

I hereby certify that on March 8, 2005, I have sent by facsimile the foregoing document(s) to the following non-registered participants:

Daniel G. Jarcho
Matthew T. Bailey
Lora A. Brzezynski
Cass W. Christenson
Andrew J. Park
McKenna Long & Aldridge LLP
1900 K Street, N.W.
Washington, DC  20006

Robert C. Weems
Julian M. Baum
Baum & Weems
58 Katrina Lane
San Anselmo, CA  94960

/s/  David E. Moore
David E. Moore

672794 / 28203