ROSENTHAL, MONHAIT, GROSS & GODDESS, P. A.
ATTORNEYS AT LAW
SUITE 1401, 919 MARKET STREET
P. O. BOX 1070
WILMINGTON, DELAWARE 19899-1070

JOSEPH A. ROSENTHAL
NORMAN M. MONHAIT
KEVIN GROSS
JEFFREY S. GODDESS
CARMELLA P. KEENER
EDWARD B. ROSENTHAL
JESSICA ZELDIN

TELEPHONE (302) 656-4433
FACSIMILE (302) 658-7567
E-MAIL RMGG@RMGGLAW.COM

March 29, 2005

**VIA E-FILE**

The Honorable Joseph J. Farnan, Jr.
United States District Court
 for the District of Delaware
844 North King Street, Room 4209
Lock Box 27
Wilmington, DE 19801

Re: *LG.Philips LCD Co., Ltd. v. ViewSonic, et al.*, Case No. 04-343-JJF

Dear Judge Farnan,

The Court has requested that the Tatung defendants respond to plaintiff's letter and accompanying proposed motion to extend their time to conduct jurisdictional discovery.

I apologize for any appearance of disinterest. The reason for the passage of time is also the substance of our response. To clarify, when plaintiffs filed their letter and proposed motion on March 4, 2004 (D.I. 181), Your Honor had already referred this matter to Special Discovery Master (see February 11, 2005 Order) (D.I. 167), and Judge Poppitti had already contacted counsel (see March 1, 2005 letter). Hence, in the Tatung defendants' view, all of the discovery-related issues would be before Judge Poppiti, at least initially. In fact, this particular dispute – over whether to extend the schedule – is one of several plaintiff submitted to the Special Master last week and is scheduled to be taken up before him tomorrow.

Accordingly, we respectfully suggest that it would be premature and unnecessarily burdensome to the Court to take up plaintiff's motion until the Special Master has heard the matter and made his rulings or recommendations to the Court.

Respectfully submitted,

Jeffrey S. Goddess
(Del. Bar No. 630)
Email: jgoddess@rmgglaw.com

JSG/nrd

The Honorable Joseph J. Farnan, Jr.
March 29, 2005
Page 2

cc: Clerk of the Court (via e-file)
    Richard D. Kirk, Esquire (via e-file)
    Richard L. Horwitz, Esquire (via e-file)