IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG PHILIPS LCD CO., LTD., | : |
|     Plaintiff, | : |
| v. | :   Civil Action No. 04-343   JJF |
| TATUNG CO., et al. | : |
|     Defendants, | : |

### ORDER

WHEREAS, Plaintiff filed a Motion For Preliminary Injunction (D.I. 2);

WHEREAS, Defendants filed a Motion To Dismiss For Lack Of Personal Jurisdiction, Insufficient Process and Insufficient Service of Process and, in the Alternative, To Quash Service (D.I. 16);

WHEREAS, by Order dated February 25, 2005, matters pending in this case were referred to a Special Master (D.I. 178);

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) Plaintiff's Motion for Preliminary Injunction (D.I. 2) is **DENIED** with leave to renew;

2) Defendants' Motion To Dismiss For Lack Of Personal Jurisdiction, Insufficient Process and Insufficient Service of Process and, in the Alternative, To Quash Service (D.I. 16) is **DENIED** with leave to renew once the jurisdictional discovery issues, which were referred to the Special Master, have been

resolved.

| | |
|---|---|
| March 31, 2005 | /s/ Joseph J. Farnan |
| DATE | UNITED STATES DISTRICT JUDGE |