IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) )  C.A. No. 04-343-JJF |
| TATUNG COMPANY;<br>TATUNG COMPANY OF AMERICA, INC.;<br>and VIEWSONIC CORPORATION, | ) ) ) ) |
| Defendants. | ) |

## STIPULATED ORDER

IT IS HEREBY STIPULATED by the parties below that Tatung Company of America, Inc. and Tatung Company (collectively, the "Tatung Defendants") hereby consent to personal jurisdiction, venue, sufficiency of process, and sufficiency of service of process. The Tatung Defendants hereby withdraw, with prejudice, their First, Second, Third and Fourth Affirmative Defenses contesting personal jurisdiction, venue, sufficiency of process, and sufficiency of service of process.

| THE BAYARD FIRM | ROSENTHAL, MONHAIT, GROSS & GODDESS, P.A. |
|---|---|
| /s/ Richard D. Kirk | /s/ Jeffrey S. Goddess |
| Richard D. Kirk (rk0922) | Jeffrey S. Goddess (jg0630) |
| 222 Delaware Avenue, 9th Floor | 919 Market Street, Suite 1401 |
| Wilmington, DE 19801 | P.O. Box 1070 |
| 302-655-5000 | Wilmington, DE 19899-1070 |
| *Attorneys for Plaintiff* | 302-656-4433 |
| *LG.Philips LCD Co., Ltd.* | *Attorneys for Defendants* |
| | *Tatung Co. and Tatung Co. of America, Inc.* |

SO ORDERED this ___ day of April, 2005.

_____
United States District Judge

# CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on April 20, 2005, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon LLP
1313 N. Market St., 6th Fl.
Wilmington, DE 19801

Jeffrey S. Goddess, Esq.
Jessica Zeldin, Esquire
Rosenthal, Monhait, Gross & Goddess
Mellon Bank Center, Suite 1401
Wilmington, DE 19801

The undersigned counsel further certifies that copies of the foregoing document were sent by hand to the above counsel and by email and first class mail to the following non-registered participants:

Julian M. Baum, Esq.
Robert C. Weems, Esq.
Baum & Weems
58 Katrina Lane
San Anselmo, CA 94960

Scott Miller, Esq.
Tracy Roman, Esq.
Bingham McCutchen LLP
355 South Grand Ave., 44th Floor
Los Angeles, CA 90071-3106

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

571447v1