IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LG PHILIPS LCD CO., LTD., | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 04-343  JJF |
| TATUNG CO., et al. | : | |
| Defendants, | : | |

### O R D E R

WHEREAS, the parties have stipulated to the issues of personal jurisdiction, venue, sufficiency of process and sufficiency of service of process (D.I. 188);

NOW THEREFORE, IT IS HEREBY ORDERED that parties shall confer and submit to the Court a Proposed Rule 16 Scheduling Order no later than **June 17, 2005**. Attached is a sample form of Order which should serve as a basis for your discussions. Where disagreements exist, please note each party's position.

May 31, 2005
DATE

_____
UNITED STATES DISTRICT JUDGE