# THE BAYARD FIRM
A T T O R N E Y S

222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899
ZIP CODE FOR DELIVERIES: 19801

MERITAS LAW FIRMS WORLDWIDE
www.bayardfirm.com
302-655-5000
(FAX) 302-658-6395

WRITER'S DIRECT ACCESS
302-429-4226
tkovach@bayardfirm.com

June 17, 2005

**VIA HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Wilmington, DE 19801

    Re: *LG Philips LCD Co., Ltd. V.*
       *Tatung Co., et al.*
       *Civil Action No. 04-343-JJF*
       *Proposed Scheduling Order*

Dear Judge Farnan:

  Pursuant to the Court's May 31, 2005 Order in the above-captioned matter, the parties submit the enclosed jointly proposed scheduling order.

              Respectfully submitted,

              Thomas H. Kovach

THK/sdp
Enclosure
30389-2

cc: Clerk of the Court (By Hand)
   All counsel as shown on the attached certificate

591787v1

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on June 17, 2005, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

| | |
|---|---|
| Richard L. Horwitz, Esq.<br>David E. Moore, Esq.<br>Potter Anderson & Corroon LLP<br>1313 N. Market St., 6th Fl.<br>Wilmington, DE 19801 | Jeffrey S. Goddess, Esq.<br>Jessica Zeldin, Esquire<br>Rosenthal, Monhait, Gross & Goddess<br>Mellon Bank Center, Suite 1401<br>Wilmington, DE 19801 |

The undersigned counsel further certifies that copies of the foregoing document were sent by hand to the above counsel and by email and first class mail to the following non-registered participants:

| | |
|---|---|
| Julian M. Baum, Esq.<br>Robert C. Weems, Esq.<br>Baum & Weems<br>58 Katrina Lane<br>San Anselmo, CA 94960 | Scott Miller, Esq.<br>Tracy Roman, Esq.<br>Bingham McCutchen LLP<br>355 South Grand Ave., 44th Floor<br>Los Angeles, CA 90071-3106 |

/s/ Thomas H. Kovach
Thomas H. Kovach

591804v1