IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TATUNG COMPANY; )<br>TATUNG COMPANY OF AMERICA, INC.; and )<br>VIEWSONIC CORPORATION, )<br>)<br>Defendants. ) | C.A. No. 04-343-JJF |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that copies of Plaintiff LG.Philips LCD Co., Ltd.'s Initial Disclosures Pursuant to Fed.R.Civ.P. 26(a)(1) were served upon the following counsel on the date and in the manner indicated:

**BY EMAIL AND BY HAND ON July 29, 2005:**

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon LLP
1313 N. Market St., 6th Fl.
Wilmington, DE 19801

Jeffrey S. Goddess, Esq.
Jessica Zeldin, Esquire
Rosenthal, Monhait, Gross & Goddess
Mellon Bank Center, Suite 1401
Wilmington, DE 19801

**BY EMAIL AND BY U.S. MAIL ON July 29, 2005**

Julian M. Baum, Esq.
Robert C. Weems, Esq.
Baum & Weems
58 Katrina Lane
San Anselmo, CA 94960

Scott Miller, Esq.
Tracy Roman, Esq.
Bingham McCutchen LLP
355 South Grand Ave., 44th Floor
Los Angeles, CA 90071-3106

571446v1

July 29, 2005

                        THE BAYARD FIRM

                        /s/ Richard D. Kirk (rk0922)
                        222 Delaware Avenue, Suite 900
                        P.O. Box 25130
                        Wilmington, DE  19899-5130
                        (302) 655-5000
                        Counsel for Plaintiff
                        LG.PHILIPS LCD CO., LTD.

OF COUNSEL:
Daniel G. Jarcho
Matthew T. Bailey
Lora A. Brzezynski
Cass W. Christenson
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006
(202) 496-7500

571446v1