IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

LG PHILIPS LCD CO., LTD.,

    Plaintiff,

v.

TATUNG CO., TATUNG COMPANY
OF AMERICA, INC., and VIEWSONIC
CORPORATION,

    Defendants

Civil Action No. 04-343-JJF

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that copies of the COMBINED INITIAL DISCLOSURE OF DEFENDANT TATUNG COMPANY OF AMERICA AND TATUNG COMPANY were served upon the following counsel on July 29, 2005 in the manners indicated:

BY E-MAIL AND BY HAND

Richard L. Horwitz, Esquire
David E. Moore, Esquire
POTTER ANDERSON & CORROON LLP
1313 N. Market Street, 6th Floor
Wilmington, DE 19801

Richard D. Kirk, Esquire
THE BAYARD FIRM
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

<u>BY E-MAIL AND U.S. MAIL</u>

Scott Miller, Esquire
Tracy Roman, Esquire
BINGHAM MCCUTCHEN LLP
355 South Grant Avenue
44th Floor
Los Angeles, CA 90071-3106

Daniel G. Jarcho, Esquire
Cass W. Christenson, Esquire
MCKENNA LONG & ALDRIDGE LLP
1900 K Street, NW
Washington, DC 20006

        ROSENTHAL, MONHAIT, GROSS
        & GODDESS, P.A.

        _____
        Jeffrey S. Goddess (DSBA No. 630)
        919 Market Street, Suite 1401
        P.O. Box 1070
        Wilmington, DE 19899-1070
        (302) 656-4433
        jgoddess@rmgglaw.com

OF COUNSEL:

Julian M. Baum
Robert C. Weems
BAUM & WEEMS
58 Katrina Lane
San Anselmo, CA 94960
(415) 460-1791

July 29, 2005