IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LG PHILIPS LCD CO., LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-343 JJF |
| | ) | |
| TATUNG CO., TATUNG COMPANY OF AMERICA, INC., and VIEWSONIC CORPORATION, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that the undersigned, being Delaware counsel for Tatung Company and Tatung Company of America, Inc., hereby certifies that two copies of Defendant Tatung Company's First Set Of Document Requests To Plaintiff LG.Philips LCD Co., Ltd. were served by hand on August 12, 2005, on the attorneys of record at the following addresses as indicated:

    Richard D. Kirk, Esquire
    The Bayard Firm
    222 Delaware Avenue, 9th Floor
    Wilmington, DE 19801
     Attorneys for Plaintiff
     LG.Philips LCD Co., Ltd.

    Richard L. Horwitz, Esquire
    Potter Anderson & Corroon LLP
    1313 N. Market Street, 6th Fl.
    Wilmington, DE 19801
     Attorneys for Defendant
     ViewSonic Corporation

PLEASE ALSO TAKE NOTICE on August 12, 2005, I electronically filed this NOTICE OF SERVICE with the Clerk of the Court using CM/ECF which will send notification of such filing to the following registered participants:

    Richard D. Kirk, Esquire
    The Bayard Firm
    222 Delaware Avenue, 9th Floor
    Wilmington, DE 19801
     Attorneys for Plaintiff
     LG.Philips LCD Co., Ltd.

    Richard L. Horwitz, Esquire
    Potter Anderson & Corroon LLP
    1313 N. Market Street, 6th Fl.
    Wilmington, DE 19801
     Attorneys for Defendant
     ViewSonic Corporation

By: **ROSENTHAL, MONHAIT, GROSS & GODDESS, P.A.**

_____
Jeffrey S. Goddess (No. 630)
Suite 1401, 919 Market Street
P. O. Box 1070
Wilmington, DE  19899-1070
(302) 656-4433
jgoddess@rmgglaw.com
  Attorneys for Defendants