## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG PHILIPS LCD CO., LTD., )<br><br>  Plaintiff, )<br><br>  v. )<br><br>TATUNG CO., TATUNG COMPANY )<br>OF AMERICA, INC., and VIEWSONIC )<br>CORPORATION, )<br><br>  Defendants. ) | C.A. No. 04-343 JJF |

## REDACTED
## CONFIDENTIAL DECLARATION OF ROBERT C. WEEMS

> Jeffrey S. Goddess (Del. Bar No. 630)
> Rosenthal, Monhait, Gross
>  & Goddess, P.A.
> 919 Market Street, Suite 1401
> P. O. Box 1070
> Wilmington, DE 19899-1070
> Tel: (302) 656-4433
> Fax: (302) 658-7567
> jgoddess@rmgglaw.com

OF COUNSEL:

Julian M. Baum
Robert C. Weems
BAUM & WEEMS
58 Katrina Lane
San Anselmo, CA 94960
Tel: (415) 460-1791
Fax: (415) 457-9157

September 12, 2005

I, Robert C. Weems, declare:

Attached hereto as Exhibit 1 are true and correct copies of the Fed.R.Civ.P. 30(b) Notice to Tatung Company of America and cited portions of the Deposition Transcript.

I declare the foregoing to be true and correct under penalty of perjury under the laws of the United States. Executed September 6, 2005, at San Anselmo, California.

EXHIBIT 1

1          IN THE UNITED STATES DISTRICT COURT       ORIGINAL

2              FOR THE DISTRICT OF DELAWARE          HIGHLY
                                                     CONFIDENTIAL
3

4

5

   L.G. PHILIPS LCD CO., LTD.,        )
6                                     )
                  Plaintiff,          )
7                                     )
           v.                         )  Civil Action No.
8                                     )  04-343 (JJF)
   TATUNG COMPANY, et al.,            )
9                                     )
                  Defendants.         )
10 ───────────────────────────────── )

11

             (HIGHLY SENSITIVE CONFIDENTIAL)
12

13              DEPOSITION OF ANDREW SUN

14              Long Beach, California

15            Wednesday, February 9, 2005

16

17

18

19

20

21

22  Reported by:
    Lori Anastasiou, CSR No. 4345
23

24

25



LEGALINK
A WORDWAVE COMPANY

LegaLink Los Angeles
16830 Ventura Blvd, Suite 315
Encino, CA 91436

tel (818) 986-5270
tel (800) 826-0277
fax (818) 783-7310

www.legalink.com

1              IN THE UNITED STATES DISTRICT COURT

2                 FOR THE DISTRICT OF DELAWARE

3

4

5
        L.G. PHILIPS LCD CO., LTD.,        )
6                                          )
                        Plaintiff,         )
7                                          )
                v.                         )  Civil Action No.
8                                          )  04-343 (JJF)
        TATUNG COMPANY, et al.,            )
9                                          )
                        Defendants.        )
10      _____)

11

12           The deposition of Andrew Sun, taken on behalf

13      Plaintiff, at Tatung Company of America, Inc.,

14      2850 El Presidio Street, Long Beach, California

15      90810, commencing at 9:03 a.m., on Wednesday,

16      February 9, 2005, before Lori Anastasiou, CSR No.

17      4345, pursuant to Notice.

18

19

20

21

22

23

24

25

                                                            2

```
 1                    A P P E A R A N C E S

 2

 3    For Plaintiff:

 4        McKENNA LONG & ALDRIDGE LLP

 5        BY:   CASS W. CHRISTENSON

 6        Attorney at Law

 7        1900 K Street N.W.

 8        Washington, D.C. 20006

 9        (202) 496-7500

10

11

12    For Defendants:

13        BAUM & WEEMS

14        BY:   JULIAN M. BAUM

15              -and-

16              ROBERT C. WEEMS

17        Attorneys at Law

18        9 Tenaya Lane

19        Novato, California 94947

20        (415) 892-3152

21

22

23

24

25
```

3

```
           1      Q     ᵥ

           2

           3      A

           4      Q

09:18      5      A     !

           6      Q                                    e

           7

           8    . A

           9      Q                    ?

09:18     10      A

          11      Q     I'm sorry, what did you say?

          12      A                              ι.

          13      Q     Can you be more specific?

          14   :

09:18     15      A

          16      Q     Anywhere else?

          17      A     Not that I know of.

          18      Q     How many employees does

          19

09:18     20      A     To my knowledge,

          21      Q

          22      A                                        n

          23   '

          24      Q     And specifically which OEM customers?

09:19     25      A
```

17

|  |  |  |  |
|---|---|---|---|
|  | 1 | Q | Can you tell me which OEM customers? |
|  | 2 |  | MR. WEEMS:  Objection.  Asked and answered. |
|  | 3 |  | THE DEPONENT: |
|  | 4 |  | . |
| 09:19 | 5 |  | BY MR. CHRISTENSON: |
|  | 6 | Q | Do you know which OEM customers? |
|  | 7 | A | No. |
|  | 8 | Q |  |
|  | 9 | A | Again, |
| 09:19 | 10 | Q | And what do |
|  | 11 | A |  |
|  | 12 | Q | Which |
|  | 13 | A |  |
|  | 14 | Q | Does ? |
| 09:20 | 15 | A |  |
|  | 16 | Q |  |
|  | 17 | ! |  |
|  | 18 | A | No. |
|  | 19 | Q | As President of Tatung America do you ever |
| 09:20 | 20 | c |  |
|  | 21 | A |  |
|  | 22 | Q | As President of Tatung America do you ever |
|  | 23 | c |  |
|  | 24 |  |  |
| 09:20 | 25 | A |  |

18

```
 1    Q    Where does Tatung America have operations in the

 2    United States?

 3    A    Here in Long Beach.

 4    Q    Anywhere else?

09:21     5    A    Rancho Dominguez is a facility of ours.

 6    Q    What is the Rancho Dominguez facility called?  Or

 7    what type of facility does Tatung America have in Rancho

 8    Dominguez?

 9         MR. WEEMS:  Objection.  Vague.

09:21    10         BY MR. CHRISTENSON:

11    Q    You can answer.

12    A    It's called -- we call it C plant.

13    Q    The letter C and then the word plant?

14    A    Right.

09:21    15    Q    Is that a

16.   A    :

17    Q    What type of ;        : c

18    A    It is a :

19    Q    What ;

09:22    20    a

21    A    I

22    Q    T

23    A

24    Q    ;

09:22    25    :
```

19

1    Q    What would be the approximate dollar value

2

3    A    About

4    Q    About

10:07    5    A

6    Q

7    A

8    Q    What about with respect to

9    a

10:07    10

11    A    It would be pretty much

12

13    Q    Would the value of those

14

10:07    15    A

16    Q    In 2004 were all of the

17

18    A

19    Q    Approximately what percentage in 2004

10:08    20

21    A

22

23    Q

24        MR. WEEMS:  Objection.  Asked and answered.

10:08    25        THE DEPONENT:

41

1

2          BY MR. CHRISTENSON:

3      Q    Which

4

10:09    5          MR. WEEMS:  Objection.  Misstates the prior

6    testimony.

7          BY MR. CHRISTENSON:

8      Q    Did Tatung America c

9

10:09   10      A    Well, maybe to be more specific,

11

12

13

14      Q    Mr. Sun, do you agree that                      a

10:09   15

16      A    It i

17      Q    And specifically for

18

19          Right?

10:10   20          MR. WEEMS:  Objection.  Argumentative.

21          BY MR. CHRISTENSON:

22      Q    You can answer.

23          MR. WEEMS:  And calls for speculation.

24          THE DEPONENT:  Those

10:10   25

42

```
 1
 2              Is that right?
 3        A     Yeah, that's not our decision.
 4        Q     Where are the
10:13  5
 6        A
 7        Q     Anywhere else?
 8        A
 9        Q     :
10:14  10       A     .
11        Q     What about
12
13
14        A     I don't know.
10:14  15       Q     Where are the
16
17
18        A
19        Q     Where are the
10:14  20
21
22        A
23        Q     Where are the
24
10:14  25
```

45

```
         1      A
         2      Q    Where are the
         3
         4
10:15    5      A
         6      Q    If you wanted to find out where
         7
         8
         9
10:15   10
        11           MR. WEEMS:  Objection.  Argumentative.  The
        12      witness has already testified t
        13
        14           MR. CHRISTENSON:  I object to speaking objections
10:15   15      that coach the witness.  That's improper.  The record will
        16      reflect whatever the testimony was.  And there's a
        17      question pending.
        18           THE DEPONENT:  Could you repeat that?
        19           MR. CHRISTENSON:  Sure.
10:15   20           Could you please read it back?
        21           (The reporter read back the question
        22            as follows:
        23
        24      t
        25
```

46

```
            1              BY MR. CHRISTENSON:

            2        Q    Can you give me the number?

            3        A    No.

            4        Q    So going back to my prior question, Mr. Sun, do

12:00       5    the documents in the exhibit marked

            6

            7                              ?

            8              MR. WEEMS:   I'll just renew the objection.

            9              THE DEPONENT:   All right.  So the question --

12:02      10    rephrase the question for me.  Or no, don't rephrase.

           11    Repeat it.

           12              MR. CHRISTENSON:   Please read it back.

           13              (The reporter read back the question

           14               as follows:

           15                  "Q

           16

           17

           18

           19

12:02      20              THE DEPONENT:   I think it shows

           21    (

           22              BY MR. CHRISTENSON:

           23        Q    Mr. Sun, did you understand the question?

           24        A    Yes.

12:03      25        Q    What's the answer to the question?
```

89

```
1              MR. WEEMS:  Counsel, stop arguing with the

2    witness.  You've asked him about a document that you

3    produced and what it purports to be.

4              MR. CHRISTENSON:  I'm asking -- I'm sorry, go

12:03    5    ahead.

6              I'm asking about a document that consists of what

7    we received in document production from Tatung America.

8              MR. WEEMS:  And that was produced to you pursuant

9    to Mr. Goddess' representation that you had received what

12:03   10    was the basis of the declarations, so...

11              MR. CHRISTENSON:  It's not a hard question.

12        Q    Did you understand the question, Mr. Sun?

13        A    Yeah, I understand.  I just want to -- you know,

14    this document was prepared as a response and, you know, to

12:04   15    my knowledge it has a lot of I

16    (

17    :

18

19

12:04   20        Q    Mr. Sun, in exhibit

21    :

22              MR. WEEMS:  Objection.  The document speaks for

23    itself.

24              BY MR. CHRISTENSON:

12:05   25        Q    Are you testifying that :      -- --- ----
```

90

```
        1

        2     Q    But she does :

        3     A

        4     Q    In her role in :                              to

12:23   5                              ., has she ever traveled to

        6  Delaware?

        7     A    I don't know.

        8     Q    Does she ;

        9     A    Yes.

12:23  10     Q    Would that include '

       11

       12     A    Yes.

       13     Q    Who at Tatung America has the primary

       14  responsibility for :

12:24  15     A              . . --- -- .. .

       16     Q    Mr. Sun, does 1

       17

       18     A

       19          (Mr. Weems is now back in the deposition room.)

12:25  20     Q    What type of operation does '

       21

       22          MR. WEEMS:  Objection.  Calls for speculation.

       23          THE DEPONENT:                           a.

       24          BY MR. CHRISTENSON:

12:25  25     Q    !
```

100

1            THE DEPONENT:

2    that we talked about earlier.

3            BY MR. CHRISTENSON:

4        Q    And does that ɩ

12:32    5

6            MR. WEEMS:  Objection.  Asked and answered and

7    you're arguing with the witness.

8            BY MR. CHRISTENSON:

9        Q    You can answer.

12:32    10          MR. WEEMS:  Or he can stand on his answer.  So...

11          THE DEPONENT:  What I can tell you is that ɩ

12    ɩ

13    ɕ

14

12:33    15          BY MR. CHRISTENSON:

16        Q    At the beginning of the deposition today,

17    Mr. Sun, I had asked you

18

19          Do you recall that?

12:33    20    A    Yes.

21        Q    And my understanding at that time was

22    ɩ

23

24

12:33    25

105

1           MR. WEEMS:  Objection.  Could we have the

2    question read back?

3           MR. CHRISTENSON:  Well, actually that wasn't a

4    question.  I was leading up to a question.

12:33    5    Q    But the question is,

6

7

8           MR. WEEMS:  Now let's have the full question read

9    back with its pre-preamble.

10              The reporter read back the record

11              as follows:

12

13

14

15              Do you recall that?

16         A    Yes.

17         Q    And my understanding at that time was

18

19

20

21

22

23              But the question is,

24

25

106

1        MR. WEEMS:  And I object to the extent it

2    mischaracterizes prior testimony.  I'm going to object

3    that the prior record speaks for itself.  I'm going to

4    object that the question is unintelligible and confused.

12:34    5        And subject to that, you can answer, if you can.

6        THE DEPONENT:  Other than

7

8    ~~~~~~~~ ~~~~~~~.

9        MR. CHRISTENSON:  Let's go off the record.

10        (There was a discussion between counsel

11        and the deponent, which was not reported.)

12

13        (At 12:35 p.m. a lunch recess was taken.)

14

15

16

17

18

19

20

21

.22

23

24

25

107

```
          1            (At 1:30 p.m. the proceedings resumed as

          2              follows with the same parties present as

          3              heretofore:)

          4

          5              *EXAMINATION (RESUMED)

          6    BY MR. CHRISTENSON:

          7       Q    Let's go back on the record.

          8            Mr. Sun, earlier today you mentioned t

          9

01:30    10

         11

         12

         13

         14

01:31    15

         16            Let me try that one more time.  I believe you

         17   testified that                                        'o

         18   L

         19            Is that right?

01:31    20       A

         21       Q

         22   ;

         23            MR. WEEMS:  Objection.  Calls for a legal

         24   conclusion and vague.

01:31    25            But you can answer.
```

108

```
 1            THE DEPONENT:  T

 2

 3            BY MR. CHRISTENSON:

 4       Q    So t

 5   F                                                      .n

 6       ...

 7            Is that right?

 8            MR. WEEMS:  Objection.  Mischaracterizes the

 9   testimony.

10            THE DEPONENT:  '

11            BY MR. CHRISTENSON:

12       Q

13       A

14       Q                              ?

15            MR. WEEMS:  Objection.  Calls for speculation.

16            THE DEPONENT:  S

17            BY MR. CHRISTENSON:

18       Q    (

19            MR. WEEMS:  Asked and answered.

20            THE DEPONENT:  Y

21

22            BY MR. CHRISTENSON:

23       Q

24    (

25            MR. WEEMS:  Objection.  Asked and answered.
```

01:31 (line 5)
01:31 (line 10)
01:32 (line 15)
01:32 (line 20)
01:32 (line 25)

109

```
          1    Q    Yes.

          2    A    I don't know.

          3    Q    For the year 2004 h

          4                                                   :r.

02:10     5         For 2004 !

          6

          7         MR. WEEMS:  Objection.  Scope.  T

          8

          9         THE DEPONENT:

02:10     10        BY MR. CHRISTENSON:

          11   Q    Since January 1, 2000

          12  ,

          13

          14        MR. WEEMS:  Objection.  Times prior to the

02:10     15   issuance of the patent, prior to the filing of the

          16   complaint are not relevant.

          17        THE DEPONENT:

          18        BY MR. CHRISTENSON:

          19   Q    In 2004

02:11     20  ,

          21

          22        MR. WEEMS:  Objection.  Asked and answered.

          23   Counsel, you're beginning to be harassing the witness.

          24        THE DEPONENT:

02:11     25        MR. WEEMS:  Mr. Baum will have to cover for me
```

122

1

2    Q    Do you know when Tatung Company first b

3

4    A    .

03:22    5    Q    Can you tell me what

6

7         )?

8    A

9    Q    Can you tell me how many

03:23    10

11    A

12    Q    Can you tell me how many

13

14    A

03:23    15    Q    Can you tell me whether

16

17

18    A

19    Q    Has

03:24    20

21

22    A

23    Q    Do you know whether

24    r

03:24    25

149

1    MR. BAUM:  Asked and answered.  You can answer

2    again, sir.

3    MR. WEEMS:  And I just want to further note --

4    because Mr. Baum may not be aware of it, '

03:25    5    has specifically objected to the subpoenas issued to it.

6    Or actually, I guess, the Notice or document request,

7    something of that sort that was issued to it within the

8    last 24, 48 hours.

9    So based on                         I think we

03:25    10    have an obligation to instruct.

11    MR. BAUM:  And we'll consider your questions as

12    you ask them and keep that objection in mind.

13    So can we have the last question read back,

14    please?

15    (The reporter read back the question

16    as follows:

17    "Q   I

18

19                                                    )

03:25    20

21    BY MR. CHRISTENSON:

22    Q    Since January 1, 2000 !

23

24

03:26    25

150

```
           1

           2              BY MR. CHRISTENSON:

           3         Q    Based where?

           4         A    I'm not sure where they're based.

  04:32    5         Q    Is it

           6

           7         A    I think that

           8

           9         Q    Do you know whether

  04:32   10

          11         A

          12         Q    Is

          13

          14         A

  04:33   15         Q    Let's talk about the corporate structure of

          16    Tatung America.

          17              Who's the most senior officer at Tatung America?

          18

          19         A

  04:34   20         Q

          21         A

          22

          23         Q

          24         A

  04:34   25         Q
```

180

|       |    |   |
|-------|----|---|
|       | 1  | A |
|       | 2  | Q |
|       | 3  | A |
|       | 4  | Q |
| 04:34 | 5  |   |
|       | 6  | A |
|       | 7  | Q |
|       | 8  | A |
|       | 9  | Q |
| 04:35 | 10 | A |
|       | 11 | Q |
|       | 12 | A |
|       | 13 | Q |
|       | 14 |   |
| 04:35 | 15 | A |
|       | 16 |   |
|       | 17 | Q |
|       | 18 | A |
|       | 19 |   |
| 04:35 | 20 | Q |
|       | 21 | A |
|       | 22 | Q |
|       | 23 |   |
|       | 24 |   |
| 04:36 | 25 | A |

181

```
    1    Q
    2    A
    3    Q            y?
    4    A
04:36   5
    6    Q                                        ?
    7    A
    8    Q
    9    A
04:37  10    Q
       11    A
       12    Q
       13    A
       14
04:37  15    Q
       16    A
       17         MR. BAUM:  Counsel, when it is a good time
       18    consistent with your interrogation plan, I'd like to take
       19    a short break.
04:37  20         MR. CHRISTENSON:  Sure.
       21    Q                                    ?
       22    A
       23    Q
       24
04:38  25    A
```

182

1    STATE OF CALIFORNIA     )
                             )    SS.
2    COUNTY OF LOS ANGELES   )

3              I, Lori Anastasiou, Certified Shorthand Reporter

4    No. 4345 for the State of California, do hereby certify:

5              That prior to being examined, the witness named

6    in the foregoing deposition was duly sworn to testify the

7    truth, the whole truth and nothing but the truth.

8              That said deposition was taken down by me in

9    shorthand at the time and place therein named and

10   thereafter reduced by me to typewritten form and that the

11   same is a true, correct and complete transcript of said

12   proceedings.

13             Before completion of the deposition, review of

14   the transcript (X) was (  ) was not requested.  If

15   requested, any changes made by the Deponent (and provided

16   to the reporter) during the period allowed are appended

17   hereto.

18             I further certify that I am not interested in the

19   outcome of the action.

20             Witness my hand this 15th day of February,

21   2005.

22

23                  _Lori Anastasiou_____
                          Lori Anastasiou
24                        CSR No. 4345

25

                                                        215

## CERTIFICATE OF SERVICE

I, Jeffrey S. Goddess, hereby certify that on the 12th day of September, 2005, I electronically

filed the REDACTED CONFIDENTIAL DECLARATION OF ROBERT C. WEEMS with the Clerk

of the Court using CM/ECF which will send notification of such filing to the registered

participant(s).

I further certify that the foregoing document was also served on the individuals named below

in the manner indicated:

| | |
|---|---|
| (VIA E-MAIL) | Richard D. Kirk, Esquire<br>The Bayard Firm<br>222 Delaware Avenue #900<br>P. O. Box 25130<br>Wilmington, DE 19899<br>Attorneys for Plaintiff L.G. Philips LCD Co., Ltd. |
| (VIA E-MAIL) | Richard L. Horwitz, Esquire<br>Potter Anderson & Corroon, LLP<br>1313 N. Market Street<br>Hercules Plaza, 6th Floor<br>P. O. Box 951<br>Wilmington, DE 19899 |
| (VIA E-MAIL) | Cass W. Christenson, Esquire<br>Daniel Jarcho, Esquire<br>McKenna Long & Aldridge LLP<br>1900 K Street, NW<br>Washington, DC 20006 |
| (VIA E-MAIL) | Tracy Roman, Esquire<br>Bingham McCutchen<br>355 S. Grand Ave., 44th Floor<br>Los Angeles, CA 90071 |

JEFFREY S. GODDESS (No. 630)
Rosenthal, Monhait, Gross & Goddess, P.A.
(302) 656-4433
jgoddess@rmgglaw.com