# THE BAYARD FIRM
A T T O R N E Y S

222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899
ZIP CODE FOR DELIVERIES: 19801

MERITAS LAW FIRMS WORLDWIDE
www.bayardfirm.com
302-655-5000
(FAX) 302-658-6395
WRITER'S DIRECT ACCESS

(302) 429-4208
rkirk@bayardfirm.com

September 26, 2005

**FILED ELECTRONICALLY**

The Honorable Joseph J. Farnan
United States District Court
844 North King Street
Wilmington, DE 19801

    RE:    *LG.Philips LCD Co., Ltd. v. Tatung Company, et al.*
              C.A. No. 04-343-JJF

Dear Judge Farnan:

    I represent plaintiff LG.Philips LCD Co., Ltd. ("LPL"). On September 20, 2005, on behalf of LPL, I filed a Response to Tatung's Objections to the Special Master's Report and Recommendation [D.I. 206], along with a Declaration of Richard D. Kirk [D.I 207]. The declaration itself was not confidential, but the exhibits to the declaration are documents that have been marked confidential. I thus filed those exhibits (just the exhibits) under seal. That is to say, the document that was uploaded to the ECF system did not contain the exhibits; hard copies of the exhibits were served on counsel and have been delivered to the Court.

    Unless instructed otherwise, I do not plan to file a "redacted" or pubic declaration since any such filing would be exactly the same as what was filed on September 20, 2005.

    If I am mistaken, I would be happy to comply with any counter-directive.

                            Respectfully submitted,

                            Richard D. Kirk

RDK/slh
31066-1
cc:    Clerk of the Court (by hand)
        All counsel as shown on the attached certificate

602729v1

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on September 26, 2005, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon LLP
1313 N. Market St., 6th Fl.
Wilmington, DE 19801

Jeffrey S. Goddess, Esq.
Jessica Zeldin, Esquire
Rosenthal, Monhait, Gross & Goddess
Mellon Bank Center, Suite 1401
Wilmington, DE 19801

The undersigned counsel further certifies that copies of the foregoing document were sent by hand to the above counsel and by email and first class mail to the following non-registered participants:

Julian M. Baum, Esq.
Robert C. Weems, Esq.
Baum & Weems
58 Katrina Lane
San Anselmo, CA 94960

Scott Miller, Esq.
Tracy Roman, Esq.
Bingham McCutchen LLP
355 South Grand Ave., 44th Floor
Los Angeles, CA 90071-3106

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

571447v1