ROSENTHAL, MONHAIT, GROSS & GODDESS, P. A.
ATTORNEYS AT LAW
SUITE 1401, 919 MARKET STREET
P. O. BOX 1070
WILMINGTON, DELAWARE 19899-1070

JOSEPH A. ROSENTHAL
NORMAN M. MONHAIT
KEVIN GROSS
JEFFREY S. GODDESS
CARMELLA P. KEENER
EDWARD B. ROSENTHAL
JESSICA ZELDIN

TELEPHONE (302) 656-4433
FACSIMILE (302) 658-7567
E-MAIL RMGG@RMGGLAW.COM

September 27, 2005

**VIA ELECTRONIC FILING/HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Wilmington, DE 19801

Re: *LG.Philips LCD Co., Ltd. v. Viewsonic, et al.,*
C.A. No. 04-343-JJF

Dear Judge Farnan:

The Special Master's Report and Recommendations on Motion of LG.Philips Co., Ltd. for Discovery Sanctions Against the Tatung Defendants (the "Initial Report") (D.I. 197) was finalized by the Special Master on September 20, 2005 (D.I. 208). The Tatung Company of America and Tatung Company (collectively, the "Tatung Defendants") intend to file objections to the finalized report, which are due October 11, 2005 (see Docket Text at D.I. 208). The Tatung Defendants filed interim objections to the Initial Report (D.I. 201). Pursuant to Local Rule 7.1.4, the Tatung Defendants request oral argument regarding their objections but respectfully submit that scheduling of such oral argument should be deferred until the parties have had an opportunity to fully brief the remaining issues.

Respectfully submitted,

Jeffrey S. Goddess
(Del. Bar No. 630)

cc: Richard D. Kirk, Esquire (Via electronic filing)
Richard L. Horwitz, Esquire (Via electronic filing)
Cass W. Christenson, Esquire (Via e-mail)
Daniel G. Jarcho, Esquire (Via e-mail)
Scott R. Miller, Esquire (Via e-mail)
Robert C. Weems, Esquire (Via e-mail)
Clerk, U.S. District Court (By Hand)