**ROSENTHAL, MONHAIT, GROSS & GODDESS, P. A.**
ATTORNEYS AT LAW
SUITE 1401, 919 MARKET STREET
P. O. BOX 1070
WILMINGTON, DELAWARE 19899-1070

TELEPHONE (302) 656-4433
FACSIMILE (302) 658-7567
E-MAIL RMGG@RMGGLAW.COM

JOSEPH A. ROSENTHAL
NORMAN M. MONHAIT
KEVIN GROSS
JEFFREY S. GODDESS
CARMELLA P. KEENER
EDWARD B. ROSENTHAL
JESSICA ZELDIN

October 27, 2005

**VIA ELECTRONIC FILING/HAND DELIVERY**

The Hon. Joseph J. Farnan, Jr.
United States District Court
844 King Street
Wilmington, DE 19801

      RE:   **LG Philips LCD Co., Inc. v. Tatung Co., et al.**
              **D.Del., C.A. No. 04-343 JJF**

Dear Judge Farnan:

      On behalf of the Tatung defendants, I write to request oral argument on the two Reports and Recommendations of the Special Master (D.I. 197 and 208). Defendants' objections and plaintiff's response, as well as plaintiff's motion to approve and defendants' opposition, have been filed with the Court. (D.I. 201, 206, 218, 219 and 222.)

      Respectfully yours,

      Jeffrey S. Goddess (Del. Bar No. 630)

JSG/cmw
cc:   Richard D. Kirk, Esquire (Via electronic filing/e-mail)
      Richard L. Horwitz, Esquire (Via electronic filing/e-mail)
      Cass W. Christenson, Esquire (Via e-mail)
      Scott R. Miller, Esquire (Via e-mail)
      Robert C. Weems, Esquire (Via e-mail)
      Julian M. Baum, Esquire (Via e-mail)
      Clerk, U.S. District Court