IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 04-343-JJF |
| v. ) | |
| ) | |
| TATUNG COMPANY; ) | |
| TATUNG COMPANY OF AMERICA, INC.; and ) | |
| VIEWSONIC CORPORATION, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on November 29, 2005, copies of 1) PLAINTIFF LG.PHILIPS LCD CO., LTD.'S SECOND SET OF INTERROGATORIES TO DEFENDANT TATUNG COMPANY; 2) PLAINTIFF LG.PHILIPS LCD CO., LTD.'S SECOND SET OF INTERROGATORIES TO DEFENDANT TATUNG COMPANY OF AMERICA; and 3) PLAINTIFF LG.PHILIPS LCD CO., LTD.'S SECOND SET OF INTERROGATORIES TO DEFENDANT VIEWSONIC CORPORATION were served as shown:

**BY EMAIL AND BY HAND**

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon LLP
1313 N. Market St., 6th Fl.
Wilmington, DE 19801

Jeffrey S. Goddess, Esq.
Jessica Zeldin, Esquire
Rosenthal, Monhait, Gross & Goddess
Mellon Bank Center, Suite 1401
Wilmington, DE 19801

**BY EMAIL AND BY U.S. MAIL**

Julian M. Baum, Esq.
Robert C. Weems, Esq.
Baum & Weems
58 Katrina Lane
San Anselmo, CA 94960

Scott Miller, Esq.
Tracy Roman, Esq.
Bingham McCutchen LLP
355 South Grand Ave., 44th Floor
Los Angeles, CA 90071-3106

609971v1

November 29, 2005

THE BAYARD FIRM

/s/ Richard D. Kirk (rk0922)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130
rkirk@bayardfirm.com
(302) 655-5000
Counsel for Plaintiff
LG.PHILIPS LCD CO., LTD.

OF COUNSEL:
Daniel G. Jarcho
Matthew T. Bailey
Lora A. Brzezynski
Cass W. Christenson
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006
(202) 496-7500

609971v1