IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LG PHILIPS LCD CO., LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 04-343-JJF |
| v. | ) | |
| | ) | |
| TATUNG CO., TATUNG COMPANY | ) | |
| OF AMERICA, INC., and VIEWSONIC | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that out-of-state counsel for defendant Tatung

Company and for defendant Tatung Company of America, Baum & Weems, have a new

address and a new facsimile number, as of this date:

BAUM & WEEMS
Fair-Anselm Plaza
Second Floor, West
751 Center Blvd.
Fairfax, CA 94930
Main Phone:   (415) 460-1791
Main Fax:       (415) 259-4936

ROSENTHAL, MONHAIT, GROSS
& GODDESS, P.A.

Jeffrey S. Goddess (Del. Bar. No. 630)
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, Delaware 19899-1070
Tel: 302-656-4433
Fax: 302-658-7567
jgoddess@rmgglaw.com

OF COUNSEL:

Julian M. Baum
Robert C. Weems
BAUM & WEEMS
Fair-Anselm Plaza
Second Floor, West
751 Center Blvd.
Fairfax, CA 94930
Tel: (415) 460-1791
Fax: (415) 259-4936

December 27, 2005

## CERTIFICATE OF SERVICE

I, Jeffery S. Goddess, hereby certify that on the 27th of December, 2005, I electronically filed DEFENDANTS TATUNG COMPANY AND TATUNG COMPANY OF AMERICA'S NOTICE OF CHANGE OF ADDRESS with the Clerk of the Court using CM/EF, which will send notification of such filing to the registered participant(s).

I further certify that the foregoing document was also served on the individuals named below in the manner indicated:

(VIA E-MAIL)          Richard D. Kirk, Esquire
                      The Bayard Firm
                      222 Delaware Avenue #900
                      P.O. Box 25130
                      Wilmington, DE 19899

(VIA E-MAIL)          Richard L. Horwitz, Esquire
                      Potter Anderson & Corroon, LLP
                      1313 N. Market Street
                      Hercules Plaza, 6th Floor
                      P.O. Box 951
                      Wilmington, DE 19899

(VIA E-MAIL)          Cass W. Christenson, Esquire
                      Daniel Jarcho, Esquire
                      McKenna Long & Aldridge LLP
                      1900 K Street, NW
                      Washington, DC 20006

(VIA E-MAIL)          Tracy Roman, Esquire
                      Bingham McCutchen
                      355 S. Grand Ave., 44th Floor
                      Los Angels, CA 90071


                                        Jeffery S. Goddess (Del. Bar No. 630)
                                        Rosenthal, Monhait, Gross & Goddess, P.A.
                                        (302) 656-4433
                                        jgoddess@rmgglaw.com