IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG Philips LCD Co., | ) |
| | ) |
| Plaintiff, | ) C.A. No.: 04-343-JJF |
| | ) |
| v. | ) |
| | ) JURY TRIAL DEMANDED |
| Tatung Co., Tatung Company of | ) |
| America Inc., and Viewsonic Corp., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE FOR TATUNG CO. AND TATUNG COMPANY OF AMERICA INC.

TO:  Richard D. Kirk, Esquire           Richard L. Horwitz, Esquire
     The Bayard Firm                    David E. Moore, Esquire
     222 Delaware Avenue #900           Potter Anderson & Corroon LLP
     Wilmington, DE 19899               1313 N. Market Street
                                        Hercules Plaza, 6th Floor
     Daniel G. Jarcho, Esquire          Wilmington, DE 19899
     Cass W. Christenson, Esquire
     Lora A. Brzezynski, Esquire        Scott R. Miller, Esquire
     Matthew T. Bailey, Esquire         Tracy R. Roman, Esquire
     McKenna Long & Aldridge LLP        Bingham McCutchen
     1900 K Street, N.W.                355 S. Grand Avenue, 44th Floor
     Washington D.C. 20006              Los Angeles, CA 90071

**PLEASE TAKE NOTICE** that Jeffrey S. Goddess and Jessica Zeldin of Rosenthal, Monhait, Gross & Goddess, P.A. and their firm and Julian M. Baum and Robert C. Weems of Baum & Weems and their firm hereby withdraw their appearance as counsel for Defendants Tatung Co. and Tatung Company of America Inc. and that Frederick L. Cottrell, III and Anne Shea Gaza of Richards, Layton & Finger, P.A. and Christopher Darrow, Mark H. Krietzman, Andrew Eliseev and Kathryn L. Clune of Greenberg Traurig LLP are substituted for, and hereby enter their appearance on behalf of, Defendants Tatung Co. and Tatung Company of America Inc.

RLF1-2966985-1

/s/ *Jeffrey S. Goddess*
Jeffrey S. Goddess (#630)
Jessica Zeldin (#3558)
Rosenthal, Monhait, Gross & Goddess, P.A.
1401 Mellon Bank Center
P.O. Box 1070
Wilmington, Delaware 19899-1070
Telephone: (302) 656-4433
Facsimile: (302) 658-7567
jgoddess@rmgglaw.com
jzeldin@rmgglaw.com
Withdrawing Attorneys for
Defendants Tatung Co. and
Tatung Company of America Inc.

*Of Counsel*:
Julian M. Baum
Robert C. Weems
Baum & Weems
Fair Anselm Plaza
Second Floor, West
751 Center Boulevard
Fairfax, CA 94930
Telephone: (415) 460-1791
Facsimile: (415) 259-4936

Dated: January 10, 2006

/s/ Anne Shea Gaza
Frederick L. Cottrell, III (#2555)
Anne Shea Gaza (#4093)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
cottrell@rlf.com
gaza@rlf.com
Attorneys for Defendants Tatung Co. and
Tatung Company of America Inc.

*Of Counsel*:
Christopher Darrow
Mark H. Krietzman
Andrew Eliseev
Greenberg Traurig LLP
2450 Colorado Avenue
Suite 400E
Santa Monica, CA 90404
Telephone: (310) 586-7700
Facsimile: (310) 586-7800

Kathryn L. Clune
Greenberg Traurig LLP
800 Connecticut Avenue, N.W.
Suite 500
Washington, DC 20006
Telephone: (202) 530-8592
Facsimile: (202) 331-3101

Dated: January 10, 2006

**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2006, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

| | |
|---|---|
| Richard D. Kirk, Esquire | Richard L. Horwitz, Esquire |
| The Bayard Firm | David E. Moore, Esquire |
| 222 Delaware Avenue #900 | Potter Anderson & Corroon LLP |
| Wilmington, DE 19899 | 1313 N. Market Street |
| | Hercules Plaza, 6th Floor |
| | Wilmington, DE 19899 |

I hereby certify that on January 10, 2006, I have sent by Federal Express the foregoing document to the following non-registered participants:

| | |
|---|---|
| Daniel G. Jarcho, Esquire | Scott R. Miller, Esquire |
| Cass W. Christenson, Esquire | Tracy R. Roman, Esquire |
| Lora A. Brzezynski, Esquire | Bingham McCutchen |
| Matthew T. Bailey, Esquire | 355 S. Grand Avenue, 44th Floor |
| McKenna Long & Aldridge LLP | Los Angeles, CA 90071 |
| 1900 K Street, N.W. | |
| Washington D.C. 20006 | |

/s/ Anne Shea Gaza
Anne Shea Gaza (#4093)
Gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

RLF1-2967131-1