IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C. A. No. 04-343-JJF |
| TATUNG CO.; | ) |
| TATUNG COMPANY OF AMERICA, INC.; and | ) |
| VIEWSONIC CORPORATION, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

The undersigned, counsel for Defendant ViewSonic Corporation hereby certifies that true and correct copies of Defendant ViewSonic Corporation's Responses to Plaintiff's Second Set of Interrogatories; and Defendant ViewSonic Corporation's Responses to Plaintiff's Second Set of Requests of Production of Documents were caused to be served on January 13, 2006, on the attorneys of record at the following addresses as indicated

### VIA U.S. MAIL & ELECTRONIC MAIL

Richard D. Kirk
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19899
bankserve@bayardfirm.com

Anne Shea Gaza
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
gaza@rlf.com

Daniel G. Jarcho
Cass W. Christenson
McKenna Long & Aldridge LLP
1900K Street, N.W.
Washington, DC 20006
djarcho@mckennalong.com
cchristenson@mckennalong.com

Mark H. Krietzman
Greenberg Traurig, LLP
2450 Colorado Avenue, Suite 400 East
Santa Monica, CA 90404
krietzmanm@gtlaw.com

|  |  |
|---|---|
| | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: | By: */s/ David E. Moore* |
| | Richard L. Horwitz (#2246) |
| Scott R. Miller | David E. Moore (#3983) |
| Tracy R. Roman | Hercules Plaza, 6th Floor |
| BINGHAM MCCUTCHEN LLP | 1313 N. Market Street |
| 355 South Grand Ave., 44th Floor | Wilmington, DE 19899-0951 |
| Los Angeles, CA 90071-3106 | Telephone: (302) 984-6000 |
| Telephone: (213) 680-6400 | Facsimile: (302) 658-1192 |
| | rhorwitz@potteranderson.com |
| | dmoore@potteranderson.com |
| Dated: January 17, 2006 | |
| 715121 | *Attorneys for Defendant ViewSonic Corporation* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on January 17, 2006, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

| | |
|---|---|
| Richard D. Kirk<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19899 | Anne Shea Gaza<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899 |

I hereby certify that on January 17, 2006, I have Electronically Mailed the foregoing document(s) to the following non-registered participants:

| | |
|---|---|
| Daniel G. Jarcho<br>Cass W. Christenson<br>Andrew J. Park<br>McKenna Long & Aldridge LLP<br>1900 K Street, N.W.<br>Washington, DC 20006<br>djarcho@mckennalong.com<br>cchristenson@mckennalong.com | Mark H. Krietzman<br>Greenberg Traurig, LLP<br>2450 Colorado Avenue, Suite 400 East<br>Santa Monica, CA 90404<br>krietzmanm@gtlaw.com |

/s/ David E. Moore
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
rhorwitz@potteranderson.com
dmoore@potteranderson.com

672130