IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG Philips LCD Co., Ltd., <br><br> Plaintiff, <br> v. <br> Tatung Co., Tatung Company of America Inc., and Viewsonic Corp., <br><br> Defendants. | ) <br> ) <br> ) C.A. No. 04-343-JJF <br> ) <br> ) <br> ) JURY TRIAL DEMANDED <br> ) <br> ) <br> ) <br> ) |

### STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to order of the Court, by and between counsel for Plaintiff LG Philips LCD Co., Ltd. and Defendants Tatung Co. and Tatung Company of America Inc., that Defendants Tatung Co. and Tatung Company of America Inc.'s time to respond to Plaintiff LG Philips LCD Co., Ltd.'s Second Set of Document Requests to Defendant Tatung Company; Plaintiff LG Philips LCD Co., Ltd.'s Second Set of Document Requests to Defendant Tatung Company of America; Plaintiff LG Philips LCD Co., Ltd.'s Second Set of Interrogatories to Defendant Tatung Company; and Plaintiff LG Philips LCD Co., Ltd.'s Second Set of Interrogatories to Defendant Tatung Company of America is extended through and including February 13, 2006. Defendants Tatung Co. and Tatung Company of America Inc. shall begin producing their responsive, non-privileged, documents to Plaintiff's Document Requests beginning on February 13, 2006 and continuing thereafter on a rolling basis.

RLF1-2974547-1

| | |
|---|---|
| /s/ Richard D. Kirk<br>Richard D. Kirk (#922)<br>rkirk@bayardfirm.com<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899<br>Telephone: (302) 429-4208<br>Facsimile: (302) 658-6395<br>*Attorneys for Plaintiff LG*<br>*Philips LCD Co.* | *[signature]*<br>Frederick L. Cottrell, III (#2555)<br>cottrell@rlf.com<br>Anne Shea Gaza (#4093)<br>gaza@rlf.com<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, Delaware 19899<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br>*Attorneys for Defendants Tatung Co. and*<br>*Tatung Company of America Inc.* |
| Dated: January __, 2006 | Dated: January __, 2006 |

SO ORDERED this _____ day of _____, 2006.

_____
Hon. Joseph J. Farnan, Jr.

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on January 26, 2006, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

>Richard L. Horwitz, Esquire
>David E. Moore, Esquire
>Potter Anderson & Corroon LLP
>1313 N. Market Street
>Hercules Plaza, 6th Floor
>Wilmington, DE 19899

I hereby certify that on January 26, 2006, I have sent by Federal Express the foregoing document to the following non-registered participants:

>Scott R. Miller, Esquire
>Tracy R. Roman, Esquire
>Bingham McCutchen
>355 S. Grand Avenue, 44th Floor
>Los Angeles, CA 90071

>Frederick L. Cottrell, III (#2555)
>Cottrell@rlf.com
>Richards, Layton & Finger, P.A.
>One Rodney Square
>P.O. Box 551
>Wilmington, Delaware 19899
>Telephone: (302) 651-7700
>Facsimile: (302) 651-7701

RLF1-2967131-1