IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG Philips LCD Co., Ltd., | ) |
| | ) |
| Plaintiff, | ) C.A. No.: 04-343-JJF |
| | ) |
| v. | ) |
| | ) JURY TRIAL DEMANDED |
| Tatung Co., Tatung Company of | ) |
| America Inc., and Viewsonic Corp., | ) |
| | ) |
| Defendants. | ) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to order of the Court, by and between counsel for the parties, that the Protective Order For Jurisdictional Discovery, dated February 3, 2005 (D.I. 144), is amended as follows:

4. Disclosure of Confidential Material.

4.1 Documents or information designated CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER shall be disclosed by the recipient thereof only to:

(a) the attorneys who are actively involved in this action that are partners/members of or employed by the following law firms of record for the parties, and their authorized secretarial, clerical and legal assistant staff: The Bayard Firm; McKenna, Long & Aldridge LLP; Potter, Anderson & Corroon LLP; Bingham McCutchen LLP; Richards, Layton & Finger, P.A.; Greenberg Traurig, LLP provided that such attorneys shall not be provided access to HIGHLY SENSITIVE CONFIDENTIAL information if such attorneys

Notwithstanding the foregoing, all other provisions of the Protective Order for Jurisdictional Discovery (D.I. 144), including provisions both obligating and protecting Tatung Company's and Tatung Company of America, Inc.'s former counsel, Rosenthal, Monhait, Gross & Goddess and Baum & Weems, shall remain in full force and effect.

To the extent the Protective Order For Jurisdictional Discovery is or may still be in effect, Defendants Tatung Co. and Tatung Company of America Inc., and their respective counsel at Richards, Layton and Finger, P.A. and Greenberg Traurig, LLP, hereby expressly agree to be bound by the terms of the Protective Order For Jurisdictional Discovery for any documents or information that is or may be designated CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER and/or HIGHLY SENSITIVE CONFIDENTIAL now and in the future.

| | |
|---|---|
| /s/ Richard L. Horwitz | [signature] |
| Richard L. Horwitz (#2246) | Frederick L. Cottrell, III (#2555) |
| rhorwitz@potteranderson.com | cottrell@rlf.com |
| David E. Moore (#3983) | Anne Shea Gaza (#4093) |
| dmoore@potteranderson.com | gaza@rlf.com |
| Potter Anderson & Corroon LLP | Richards, Layton & Finger, P.A. |
| 1313 N. Market Street | One Rodney Square |
| Hercules Plaza, 6th Floor | P.O. Box 551 |
| Wilmington, DE 19899 | Wilmington, Delaware 19899 |
| Telephone: (302) 984-6027 | Telephone: (302) 651-7700 |
| Facsimile: (302) 658-1192 | Facsimile: (302) 651-7701 |
| *Attorneys for Defendant Viewsonic Corp.* | *Attorneys for Defendants Tatung Co. and Tatung Company of America Inc.* |

/s/ Richard D. Kirk
Richard D. Kirk (#922)
rkirk@bayardfirm.com
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
Telephone: (302) 429-4208
Facsimile: (302) 658-6395
*Attorneys for Plaintiff LG
Philips LCD Co.*

Dated: January ___, 2006


    SO ORDERED this _____ day of _____, 2006.


    _____
    Hon. Joseph J. Farnan, Jr.