
Potter
Anderson
& Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

David E. Moore
Attorney at Law
dmoore@potteranderson.com
302 984-6147 Direct Phone
302 658-1192 Fax

February 8, 2006

**VIA HAND DELIVERY AND CM/ECF**

Dr. Peter T. Dalleo
Clerk of the Court
United States District Court
 for the District of Delaware
844 King Street
Wilmington, DE 19801

Re:   L.G. Philips LCD Co., Ltd. v. Tatung Co., et al.,
      C. A. No. 04-343-JJF

Dear Dr. Dalleo:

I am writing on behalf of defendant Viewsoinc, Corp. to request that the following docket entries be unsealed:

D.I. 64    Answer Brief Filed by Viewsonic Corp. in opp. to Pltf.'s [2-1] motion for Preliminary Injunction - Reply Brief due 11/19/04. (SEALED) (afb) (Entered: 09/13/2004);

D.I. 65    Declaration of Michael Zapka Filed by Viewsonic Corp. Appending [64-1] answer brief (SEALED) (afb) (Entered: 09/13/2004); and

D.I. 66    Declaration of Mark D. Brinkerhoff Filed by Viewsonic Corp. Appending [64-1] answer brief (SEALED) (afb) (Entered: 09/13/2004).

Enclosed are replacement cover pages (original and 1 copy) for the filings listed above. Please unseal these filings and replace the previously filed (under seal) cover pages on the documents with the corresponding (not under seal) cover pages.

Dr. Peter T. Dalleo
February 8, 2006
Page 2


Thank you for your assistance, and feel free to contact me with any questions.

Very truly yours,

/s/ *David E. Moore*

David E. Moore

718794
Enclosures
cc:   Richard D. Kirk (w/enc.) (via email)
      Anne Shea Gaza (w/enc.) (via email)
      Scott R. Miller (w/enc.) (via email)