IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2004 SEP 10 PM 4:28

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., ) | |
| ) | |
| Plaintiff, ) | C. A. No. 04-343 (JJF) |
| ) | |
| v. ) | |
| ) | |
| TATUNG CO.; ) | |
| TATUNG COMPANY OF AMERICA, INC.; and ) | |
| VIEWSONIC CORPORATION, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT VIEWSONIC CORPORATION'S ANSWERING BRIEF IN OPPOSITION
TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Richard L. Horwitz (#2246)
David E. Moore (#3898)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
Telephone: (302) 984-6000

*Attorneys for Defendant
ViewSonic Corporation*

Of Counsel:

Scott R. Miller
Tracy R. Roman
BINGHAM McCUTCHEN
355 South Grand Avenue
Suite 4400
Los Angeles, CA 90071
(213) 629-4828

Dated: September 10, 2004

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2004 SEP 10 PM 4: 27

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TATUNG CO.; )<br>TATUNG COMPANY OF AMERICA, INC.; and )<br>VIEWSONIC CORPORATION )<br>)<br>Defendants. )<br>)<br>) | C. A. No. 04-343 (JJF) |

### DECLARATION OF MICHAEL ZAPKA IN SUPPORT OF DEFENDANT VIEWSONIC CORPORATION'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Richard L. Horwitz (#2246)
David E. Moore (#3898)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
Telephone: (302) 984-6000

Of Counsel:

Scott R. Miller
Tracy R. Roman
BINGHAM McCUTCHEN
355 South Grand Avenue
Suite 4400
Los Angeles, CA 90071
(213) 629-4828

*Attorneys for Defendant
ViewSonic Corporation*

Dated: September 10, 2004



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TATUNG CO.; ) <br> TATUNG COMPANY OF AMERICA, INC.; and ) <br> VIEWSONIC CORPORATION ) <br> ) <br> Defendants. ) <br> ) <br> ) | C. A. No. 04-343 (JJF) |

DECLARATION OF MARK D. BRINKERHOFF IN SUPPORT OF
DEFENDANT VIEWSONIC CORPORATION'S OPPOSITION TO
PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Richard L. Horwitz (#2246)
David E. Moore (#3898)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
Telephone: (302) 984-6000

Of Counsel:

Scott R. Miller
Tracy R. Roman
BINGHAM McCUTCHEN LLP
355 South Grand Avenue
Suite 4400
Los Angeles, CA 90071
Telephone: (213) 629-4824

*Attorneys for Defendant
ViewSonic Corporation*

Dated: September 10, 2004