IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LG PHILLIPS LCD CO., LTD., | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 04-343-JJF |
| TATUNG COMPANY, TATUNG COMPANY OF AMERICA, INC., and VIEWSONIC CORPORATION, | : | |
| Defendants. | : | |
| L. G. PHILIPS LCD CO., LTD., | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 05-292-JJF |
| TATUNG COMPANY, TATUNG COMPANY OF AMERICA, INC., CHUNGHWA PICTURE TUBES, LTD., and VIEWSONIC CORPORATION, | : | |
| Defendants. | : | |

**ORDER**

At Wilmington this **27th** day of **February, 2006**.

IT IS ORDERED that a teleconference has been scheduled for **Monday, March 6, 2006 at 10:00 a.m.** with Magistrate Judge Thynge to discuss the status of the above matters and court-assisted ADR. **Plaintiff's counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE
