IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>TATUNG COMPANY; TATUNG COMPANY OF AMERICA, INC.; and VIEWSONIC CORPORATION,<br><br>Defendants. | Civil Action No. 04-343-JJF |

**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO DISCOVERY**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiff LG.Philips LCD Co., Ltd. ("LPL") and Defendant ViewSonic Corporation ("ViewSonic"), subject to approval of the Court, that LPL's time to respond to ViewSonic's First Set of Requests for Production of Documents to LPL; First Set of Requests for Admissions to LPL.; and First Set of Interrogatories to LPL, is extended through and including March 24, 2006.

| | |
|---|---|
| THE BAYARD FIRM | POTTER ANDERSON & CORROON LLP |
| /s/ Richard D. Kirk (rk0922)<br>rkirk@bayardfirm.com<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899<br>(302) 429-4208<br> *Attorneys for Plaintiff*<br> *LG.Philips LCD Co., Ltd.* | /s/ Richard L. Horwitz (rh2246)<br>rhorwitz@potteranderson.com<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, Delaware 19899<br>(302) 984-6000<br>*Attorneys for Defendant ViewSonic Corporation* |

SO ORDERED this _____ day of March, 2006.

_____
Hon. Joseph J. Farnan, Jr.

619339v1

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on March 6, 2006, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon LLP
1313 N. Market St., 6th Fl.
Wilmington, DE 19801

Frederick L. Cottrell, III, Esq.
Anne Shea Gaza, Esq.
Richards, Layton & Finger
One Rodney Sqare
P.O. Box 551
Wilmington, DE 19899

The undersigned counsel further certifies that copies of the foregoing document were sent by hand to the above counsel and by email and first class mail to the following non-registered participants:

Scott Miller, Esq.
Tracy Roman, Esq.
Bingham McCutchen LLP
355 South Grand Ave., 44th Floor
Los Angeles, CA 90071-3106

Christopher Darrow, Esq.
Mark H. Krietzman, Esq.
Andrews Eliseev, Esq.
Greenberg Traurig LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

571447v1