IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LG PHILLIPS LCD CO., LTD., | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 04-343-JJF |
| TATUNG COMPANY, TATUNG COMPANY OF AMERICA, INC., and VIEWSONIC CORPORATION, | : | |
| Defendants. | : | |
| L. G. PHILLIPS LCD CO., LTD., | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 05-292-JJF |
| TATUNG COMPANY, TATUNG COMPANY OF AMERICA, INC., CHUNGHWA PICTURE TUBES, LTD., and VIEWSONIC CORPORATION, | : | |
| Defendants. | : | |

**ORDER**

At Wilmington this **20th** day of **March, 2006**.

IT IS ORDERED that as a result of the teleconferences held in the above matters and the discussions with counsel and the parties, the tentative mediation date of Monday, April 3, 2006 in the C. A. 05-292 matter and the mediation scheduled for Monday, April 24, 2006 in the C. A. 04-343 matter are canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel

of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge  
UNITED STATES MAGISTRATE JUDGE