IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

LG.PHILIPS LCD CO., LTD.,

  Plaintiff,

     v.

                            Civil Action No. 04-343 (JJF)

TATUNG COMPANY;
TATUNG COMPANY OF AMERICA, INC.;
AND VIEWSONIC CORPORATION,

  Defendants.

## NOTICE OF SERVICE

     PLEASE TAKE NOTICE that, on March 24, 2006, copies of 1) PLAINTIFF'S OBJECTIONS AND RESPONSES TO DEFENDANT VIEWSONIC CORPORATION'S FIRST SET OF REQUESTS FOR ADMISSION; 2) PLAINTIFF'S OBJECTIONS AND ANSWERS TO DEFENDANT VIEWSONIC CORPORATION'S FIRST SET OF INTERROGATORIES; and 3) PLAINTIFF'S OBJECTIONS AND RESPONSES TO DEFENDANT VIEWSONIC CORPORATION'S FIRST SET OF DOCUMENT REQUESTS were served as shown:

**BY EMAIL AND BY HAND**

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon LLP
1313 N. Market St., 6th Fl.
Wilmington, DE 19801

Frederick L. Cottrell, III, Esq.
Anne Shea Gaza, Esq.
Richards, Layton & Finger
One Rodney Sqare
P.O. Box 551
Wilmington, DE 19899

621167v1

**BY EMAIL AND BY U.S. MAIL**

Christopher Darrow, Esq.                     Scott Miller, Esq.
Mark H. Krietzman, Esq.                      Tracy Roman, Esq.
Andrews Eliseev, Esq.                        Bingham McCutchen LLP
Greenberg Traurig LLP                        355 South Grand Ave., 44th Floor
2450 Colorado Avenue, Suite 400E             Los Angeles, CA 90071-3106
Santa Monica, CA 90404


March 24, 2006                               THE BAYARD FIRM

                                             /s/ Richard D. Kirk (rk0922)
                                             222 Delaware Avenue, Suite 900
                                             P.O. Box 25130
                                             Wilmington, DE  19899-5130
                                             rkirk@bayardfirm.com
                                             (302) 655-5000
                                             Counsel for Plaintiff
                                             LG.PHILIPS LCD CO., LTD.


OF COUNSEL:
Gaspare Bono
Matthew T. Bailey
Cass W. Christenson
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006
(202) 496-7500

621167v1