IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG Philips LCD Co., <br><br>Plaintiff,<br><br>v.<br><br>Tatung Co., Tatung Company of America Inc., and Viewsonic Corp.,<br><br>Defendants. | )<br>)<br>)<br>) C.A. No.: 04-343-JJF<br>)<br>) JURY TRIAL DEMANDED<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel hereby moves the admission pro hac vice of Valerie W. Ho of Greenberg Traurig LLP to represent Defendants Tatung Co. and Tatung Company of America Inc. in the above-captioned matter.

Of Counsel:
Christopher Darrow
Mark H. Krietzman
Andrews Eliseev
Greenberg Traurig LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404
Telephone: 310-586-7700

Kathryn L. Clune
Greenberg Traurig LLP
800 Connecticut Avenue, N.W., Suite 500
Washington, DC 20006

Eric S. Tautfest
Greenberg Traurig, P.A.
2200 Ross Avenue, Suite 4700E
Dallas, Texas 75201

Dated: March 31, 2006

/s/ Anne Shea Gaza
Frederick L. Cottrell, III (#2555)
Anne Shea Gaza (#4093)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
Cottrell@rlf.com
Gaza@rlf.com
Attorneys for Defendants Tatung Co. and Tatung Company of America Inc.

RLF1-2997826-1

IT IS HEREBY ORDERED this _____ day of _____, 2006 that counsel's Motion for Admission Pro Hac Vice is GRANTED.

_____
Hon. Joseph J. Farnan, Jr.

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing in good standing as a member of the Bar of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Dated: March 30, 2006

_____
Valerie W. Ho
Greenberg Traurig LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404

# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2006 I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

| | |
|---|---|
| Richard D. Kirk, Esquire | Richard L. Horwitz, Esquire |
| The Bayard Firm | David E. Moore, Esquire |
| 222 Delaware Avenue #900 | Potter Anderson & Corroon LLP |
| Wilmington, DE 19899 | 1313 N. Market Street |
| | Hercules Plaza, 6th Floor |
| | Wilmington, DE 19899 |

I hereby certify that on March 31, 2006 I caused to be sent by Federal Express the foregoing document to the following non-registered participants:

| | |
|---|---|
| Daniel G. Jarcho, Esquire | Scott R. Miller, Esquire |
| Cass W. Christenson, Esquire | Tracy R. Roman, Esquire |
| Lora A. Brzezynski, Esquire | Bingham McCutchen |
| Matthew T. Bailey, Esquire | 355 S. Grand Avenue, 44th Floor |
| McKenna Long & Aldridge LLP | Los Angeles, CA 90071 |
| 1900 K Street, N.W. | |
| Washington D.C. 20006 | |

*/s/ Anne Shea Gaza*
Anne Shea Gaza (#4093)
Gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
Telephone: (302) 651-7700
Facsimile: (302) 651-7701