IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

LG.PHILIPS LCD CO., LTD.,                          )
                                                   )
                        Plaintiff,                 )
                                                   )    C.A. No. 04-343-JJF
        v.                                         )
                                                   )
TATUNG COMPANY;                                    )
TATUNG COMPANY OF AMERICA, INC.; and               )
VIEWSONIC CORPORATION,                             )
                                                   )
                        Defendants.                )

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on April 7, 2006, copies of PLAINTIFF

LG.PHILIPS LCD CO., LTD.'S OBJECTIONS AND ANSWERS TO DEFENDANT

TATUNG CO.'S FIRST SET OF INTERROGATORIES and this NOTICE OF

SERVICE were served as shown:

**BY EMAIL AND BY HAND**

Richard L. Horwitz, Esq.            Frederick L. Cottrell, III, Esq.
David E. Moore, Esq.                Anne Shea Gaza, Esq.
Potter Anderson & Corroon LLP       Richards, Layton & Finger
1313 N. Market St., 6th Fl.         One Rodney Sqare
Wilmington, DE 19801                P.O. Box 551
                                    Wilmington, DE 19899


**BY EMAIL AND BY U.S. MAIL**

Christopher Darrow, Esq.            Scott Miller, Esq.
Mark H. Krietzman, Esq.            Tracy Roman, Esq.
Andrews Eliseev, Esq.              Bingham McCutchen LLP
Greenberg Traurig LLP              355 South Grand Ave., 44th Floor
2450 Colorado Avenue, Suite 400E   Los Angeles, CA 90071-3106
Santa Monica, CA 90404

571446v1

April 7, 2006

THE BAYARD FIRM

/s/ Richard D. Kirk (rk0922)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899-5130
rkirk@bayardfirm.com
(302) 655-5000
Counsel for Plaintiff
LG.PHILIPS LCD CO., LTD.

OF COUNSEL:
Daniel G. Jarcho
Matthew T. Bailey
Lora A. Brzezynski
Cass W. Christenson
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006
(202) 496-7500

571446v1