IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) C. A. No. 04-343-JJF | |
| TATUNG CO.; ) | |
| TATUNG COMPANY OF AMERICA, INC.; ) | |
| and VIEWSONIC CORPORATION, ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF SERVICE

The undersigned, counsel for Defendant ViewSonic Corporation hereby certifies that true and correct copies of (1) ViewSonic Corporation's Second Set of Interrogatories to Plaintiff LG. Philips LCD Co., Ltd. (Nos. 17-29); and (2) Defendant ViewSonic Corporation's Second Set of Requests for Production of Documents to Plaintiff LG. Philips LCD Co., Ltd. (Nos. 63-120) were caused to be served on May 31, 2006 on the attorneys of record at the following addresses as indicated

### VIA HAND DELIVERY

Richard D. Kirk
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19899

Anne Shea Gaza
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

### VIA FEDERAL EXPRESS

Daniel G. Jarcho
Cass W. Christenson
Andrew J. Park
McKenna Long & Aldridge LLP
1900 K Street, N.W.
Washington, DC 20006

Mark H. Krietzman
Greenberg Traurig, LLP
2450 Colorado Avenue, Suite 400 East
Santa Monica, CA 90404

                                      POTTER ANDERSON & CORROON LLP

| OF COUNSEL: | By: | */s/ Richard L. Horwitz* |
|---|---|---|
| | | Richard L. Horwitz (#2246) |
| Scott R. Miller | | David E. Moore (#3983) |
| Tracy R. Roman | | Hercules Plaza, 6th Floor |
| BINGHAM MCCUTCHEN LLP | | 1313 N. Market Street |
| 355 South Grand Ave., 44th Floor | | Wilmington, DE 19899-0951 |
| Los Angeles, CA 90071-3106 | | Telephone: (302) 984-6000 |
| Telephone: (213) 680-6400 | | Facsimile: (302) 658-1192 |
| | | rhorwitz@potteranderson.com |
| | | dmoore@potteranderson.com |

Dated: May 31, 2006

*Attorneys for Defendant*
*ViewSonic Corporation*

734547

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Richard L. Horwitz, hereby certify that on February 8, 2006, the attached documents were hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Richard D. Kirk
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19899

Anne Shea Gaza
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

I hereby certify that on February 8, 2006, I have Federal Expressed the foregoing documents to the following non-registered participants:

Daniel G. Jarcho
Cass W. Christenson
Andrew J. Park
McKenna Long & Aldridge LLP
1900 K Street, N.W.
Washington, DC 20006
djarcho@mckennalong.com
cchristenson@mckennalong.com

Mark H. Krietzman
Greenberg Traurig, LLP
2450 Colorado Avenue, Suite 400 East
Santa Monica, CA 90404
krietzmanm@gtlaw.com

/s/ Richard L. Horwitz
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
rhorwitz@potteranderson.com
dmoore@potteranderson.com

672130