IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LG Philips LCD Co., Ltd., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 04-343 JJF |
| | ) | |
| vs. | ) | |
| | ) | |
| Tatung Company, Tatung Company of America Inc., and Viewsonic Corp., | ) | |
| | ) | |
| Defendants. | ) | |

**LIMITED ENTRY OF APPEARANCE**

TO:  U.S. District Court for the District of Delaware
 844 North King Street
 Lock Box 18
 Wilmington, DE 19801

**PLEASE ENTER** the appearance of Bifferato, Gentilotti, Biden & Balick, LLC on behalf of the Defendants Tatung Company and Tatung Company of America, Inc. ("Tatung") for the limited purpose of representing Tatung in connection with the issuance of subpoenas to Philips Electronics North America Corporation and Universal Avionics Systems Corporation, both non-parties to this action.

BIFFERATO, GENTILOTTI, BIDEN & BALICK, LLC

Adam Balick (ID # 2718)
Joanne Ceballos (ID#2854)
711 King Street
Wilmington, Delaware 19801
(302) 429-1900
abalick@bgbblaw.com
Attorneys for Tatung Company and
Tatung Company of America, Inc.

Dated: June 21, 2006