## CERTIFICATE OF SERVICE

I, Joanne Ceballos, hereby certify that on the 21st day of June, 2006, I caused the foregoing Limited Entry of Appearance to be electronically filed using CM/ECF which will send notification of such filings to the following:

Richard D. Kirk, Esquire
The Bayard Firm
22 Delaware Avenue #900
Wilmington, DE 19899
rkirk@bayardfirm.com

Richard L. Horowitz, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street
Hercules Plaza, 6th Floor
Wilmington, DE 19899

Anne Shea Gaza, Esquire
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Gaza@rlf.com

I hereby certify that on June 21, 2006 I caused to be sent by First Class Mail the foregoing document to the following non-registered participants:

Daniel G. Jarcho, Esquire
Cass W. Christenson, Esquire
Lora A. Brzezynski, Esquire
Matthew T. Bailey, Esquire
McKenna Long & Aldridge LLP
1900 K Street, N.W.
Washington, DC 20006

Scott R. Miller, Esquire
Tracy R. Roman, Esquire
Bingham McCutchen
355 S. Grand Avenue, 44th Floor
Los Angeles, CA 90071

/s/ Joanne Ceballos
Adam Balick, Esquire (#2718)
Joanne Ceballos, Esquire (#2854)
Bifferato, Gentilotti, Biden & Balick LLC
711 North King Street
Wilmington, DE 19801
Telephone: (302) 429-1900
FAX: (302) 658-1682
jceballos@bgbblaw.com