IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LG Philips LCD Co., Ltd. | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 04-343-JJF |
| vs. | ) | |
| | ) | |
| Tatung Company, Tatung Company of America Inc., and Viewsonic Corp. | ) | |
| Defendants. | ) | |

**CORRECTED NOTICE OF ISSUANCE OF SUBPOENA**

PLEASE TAKE NOTICE that on June 21, 2006 the attached subpoenas duces tecum were issued for service upon Universal Avionics Systems Corporation.

BIFFERATO, GENTILOTTI, BIDEN & BALICK, LLC

Adam Balick (ID # 2718)
Joanne Ceballos (#2854)
711 King Street
Wilmington, Delaware 19801
(302) 429-1900
abalick@bgbblaw.com

Dated: June 22, 2006

Attorneys for Tatung Company and Tatung Company of America