IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG Philips LCD Co., <br><br> Plaintiff, <br><br> v. <br><br> Tatung Co., Tatung Company of America Inc., and Viewsonic Corp., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 04-343-JJF <br> ) JURY TRIAL DEMANDED <br> ) <br> ) <br> ) <br> ) |

## SUPPLEMENTAL NOTICE OF SERVICE OF AMENDED SUBPOENA

To:  Richard D. Kirk, Esquire
     The Bayard Firm
     222 Delaware Avenue #900
     Wilmington, DE 19899

     Scott R. Miller, Esquire
     Tracy R. Roman, Esquire
     Bingham McCutchen
     355 S. Grand Avenue, 44th Floor
     Los Angeles, CA 90071

     Daniel G. Jarcho, Esquire
     Cass W. Christenson, Esquire
     Lora A. Brzezynski, Esquire
     Matthew T. Bailey, Esquire
     McKenna Long & Aldridge LLP
     1900 K Street, N.W.
     Washington D.C. 20006

     Richard L. Horwitz, Esquire
     David E. Moore, Esquire
     Potter Anderson & Corroon LLP
     1313 N. Market Street
     Hercules Plaza, 6th Floor
     Wilmington, DE 19899

PLEASE TAKE NOTICE that on June 21, 2006, Defendant Tatung Company issued the attached amended subpoena for service on NEC Electronic America, Inc., c/o C T Corporation System, 818 West Seventh Street, Los Angeles, CA 90017.

Of Counsel:
Christopher Darrow
Mark H. Krietzman
Frank E. Merideth, Jr.
Alan R. Maler
Valerie W. Ho
Greenberg Traurig LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404
Telephone: 310-586-7700

Kathryn L. Clune
Greenberg Traurig LLP
800 Connecticut Avenue, N.W., Suite 500
Washington, DC 20006

Eric S. Tautfest
Greenberg Traurig, P.A.
2200 Ross Avenue, Suite 4700E
Dallas, Texas 75201

Dated: July 5, 2006

/s/ Frederick L. Cottrell, III
Frederick L. Cottrell, III (#2555)
Anne Shea Gaza (#4093)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
cottrell@rlf.com
gaza@rlf.com
Attorneys for Defendant Tatung Co. and Tatung Company of America Inc.

RLF1-3033446-1

AO 88 (Rev. 11/94) Subpoena in a Civil Case

Issued by the

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

LG Philips LCD Co., Ltd.

v

Tatung Company, Tatung Company of America Inc., and Viewsonic Corp.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 04-343-JJF
District of Delaware

TO: NEC Electronic America, Inc.
c/o C T CORPORATION SYSTEM
818 WEST SEVENTH ST
LOS ANGELES, CA 90017

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): See Attachment A.

| PLACE | DATE AND TIME |
|---|---|
| Ben Hyatt, 18226 Ventura Blvd., Suite 103, Tarzana, CA 91356 (Attn: Rosemary Roper) | June 30, 2006; 10:00 a.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) *[signature]* | DATE June 21, 2006 |
|---|---|

ISSUING OFFICER'S NAME ADDRESS AND TELEPHONE NUMBER
Anne Shea Gaza, Esq., Richards Layton & Finger, P.A., One Rodney Square, 920 North King Street, Post Office Box 551, Wilmington, Delaware 19899-0551

(See Rule 45, Federal Rules of Civil Procedure, parts C & D on reverse)

[1] If action is pending in district other than district of issuance, state district under case number

2002 © American LegalNet, Inc

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO | FOR COURT USE ONLY |
|---|---|---|
| Brandywine Process Servers, LTD<br>2500 Delaware Ave<br>Wilmington   DE   19806 | (800) 952-2288 | |

ATTORNEY FOR (Name):

Insert Name of Court and Name of Judicial District and Branch Court, if any
UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

SHORT TITLE OF CASE
LG PHILIPS V. TATUNG COMPANY

| | DATE | TIME | DEPT./DIV | CASE NUMBER |
|---|---|---|---|---|
| 949784 | 6/30/06 | 10:00 AM | | 04343JJF |
| | | | | REFERENCE NO.<br>LG PHILIPS |

## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 21 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION, I SERVED THE:

SUBPOENA IN A CIVIL CASE

ON: Nec Electronic America, Inc , C/O Ct Corporation
Systems, Agent for Service

AT: 818 W 7th St
Los Angeles   CA   90017

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH

Margaret Wilson, Person Authorized To Receive

ON   6/22/2006   AT   2:25 PM

WITNESS FEES:

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING INFORMATION CONTAINED IN THE RETURN OF SERVICE AND STATEMENT OF SERVICE FEES IS TRUE AND CORRECT.

7a. Person Serving: Enrique Mendez
DDS LEGAL SUPPORT SYSTEMS
b. 2900 Bristol Street
Costa Mesa, CA 92626
c. (714) 662-5555

d. The fee for service was: $
e. I am:
(1) [X] not a registered California process server
(3) [ ] registered California INDEPENDENT CONTRACTOR
(i)
(ii) Registration No.: 434/3428
(iii) County: oc/la

8. [X] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct

DATE: 6/28/2006

SIGNATURE

## Proof of Service

## Attachment A - NEC

**Instructions**

1. If you object to any part of a request and refuse to answer that part, state your objection and answer the remaining portion of that request. If you object to the scope or time period of a request and refuse to answer for that scope or time period, state your objection and answer the request for the scope or time period you believe is appropriate (including in your answer a specific statement as to why you believe the scope or time period is inappropriate).

2. If any of the following requests cannot be answered in full after exercising due diligence to secure the information, please so state and answer to the extent possible, specifying your inability to answer the remainder and stating whatever information you have concerning the unanswered portions. If your answer is qualified in any particular, set forth the details of such qualification.

3. You must produce all documents responsive to these requests which are in your actual or constructive possession, custody or control, including all documents within the actual or constructive possession, custody or control of any representative, agent, employee, attorney, accountant, investigator or any person acting for you or on your behalf.

4. All documents are to be produced as they are kept in the usual course of business, in the files in which such documents have been maintained, and in the order within each file in which such documents have been maintained; or all documents shall be organized and labeled to correspond with the requests below. All documents are to be produced along with copies of the file folders in which they are kept.

5. If, in responding to the requests, you claim that there is any ambiguity in either a particular request or in a definition or an instruction applicable thereto, such claim shall not be used by you as a basis for refusing to respond, but you shall set forth as part of the response the language deemed to be ambiguous and the interpretation chosen or used in responding to the particular request.

1

6. For purposes of interpreting or construing the following requests, the terms used are to be given their most expansive and inclusive interpretation unless otherwise specifically limited in the document request itself. This includes, without limitation, the following:

    a. Construing the words "and" and "or" used in any document request in the disjunctive or conjunctive as necessary, to make the document request more inclusive;

    b. Construing the words "any" and "all" used in any document request to mean "any and all" as necessary to make the document request more inclusive;

    c. Construing the singular form of any word to include the plural and the plural form to include the singular; and

    d. Construing the masculine form to include the feminine and/or the gender neutral form.

7. Electronic records and computerized information are to be produced in an intelligible format together with a description of the system from which it is derived sufficient to permit rendering the material intelligible.

**Definitions**

1. The term "relating to" means referring to, regarding, evidencing, describing, supporting, refuting, and/or constituting.

2. The term "document" or "documents" means and includes any kind of written, typewritten or printed materials; any tangible recording of any form of statement, communication or representation; and all other data compilation from which information can be obtained (translated, if necessary, by you through detection devices into reasonably usable form) including, but not limited to, writings and all non-identical copies and drafts thereof, notes, memoranda, letters, calendars, appointment books, diaries, notes or minutes of meetings or conversations, catalogs, written agreements, microfilm, graphs, charts, drawings, plans, computer discs, computer tapes, computer cards, computer printouts, tape and sound records, photo records, inter-office communications, reports, photographs, cables, telegrams, telexes, account

books, ledger sheets, canceled checks, invoices, bills, receipts, financial statements or any other form of "writing" as defined in Federal Rule of Evidence 1001.

3. The term "LCD panel" means a device with liquid crystals between substrates.

4. The term "Display" means a device that contains at least one frame, a backlight, and an LCD panel.

5. The term "mounting hole" means a hole, such as a screw hole, used for mounting or attaching a device containing an LCD panel to equipment or to another component, such as a housing.

6. The term "communications" means every manner of disclosure, transfer or exchange of information, whether person to person, in a group, orally, in writing, by telephone, by electronic transmission, or otherwise, including letter or other correspondence, electronic mail, telephone message, memorandum, or telegram.

7. The term "APC" means American Panel Corporation, its parent companies, subsidiaries, and affiliated companies including, but not limited to, Universal Avionics Systems Corporation ("UASC"), and Avionics Displays Corporation ("ADC").

8. The term "LPL" means LG Philips LCD Co., its parent companies, subsidiaries, and affiliated companies including, but not limited to, L.G. Philips LCD, LG LCD, LG Group, LG Electronics, Inc., Lucky Goldstar, , Ltd., or Royal Philips Electronics.

9. The term "NEC" means NEC Corporation, its parent companies, subsidiaries, and affiliated companies including, but not limited to, NEC Electronics Corporation, NEC Display Solutions of America, Inc., and NEC Electronics America, Inc.

**Documents to be Produced**

1. Assembly drawings, technical specifications, diagrams, and/or manuals for the NEC Display with model number NL3224AC35 that were created, dated, published or disseminated prior to April 2, 1998.

2. The Assembly drawings, technical specifications, diagrams, and/or manuals for the NEC Display with model number NL3224AC35 that were created, dated, published or disseminated prior to April 2, 1997.

3. The Assembly drawings, technical specifications, diagrams, and/or manuals for the NEC Display with model number NL3224AC35 that were created, dated, published or disseminated prior to April 2, 1996.

4. The Assembly drawings, technical specifications, diagrams, and/or manuals for the NEC Display module with model number NL3224AC35 that were created, dated, published or disseminated prior to April 2, 1995.

5. Assembly drawings, technical specifications, diagrams, and/or manuals for the NEC Display with model numbers NL3224AC35-01 that were created, dated, published or disseminated prior to April 2, 1998.

6. The Assembly drawings, technical specifications, diagrams, and/or manuals for the NEC Display with model number NL3224AC35-01 that were created, dated, published or disseminated prior to April 2, 1997.

7. The Assembly drawings, technical specifications, diagrams, and/or manuals for the NEC Display with model number NL3224AC35-01 that were created, dated, published or disseminated prior to April 2, 1996.

8. The Assembly drawings, technical specifications, diagrams, and/or manuals for the NEC Display with model number NL3224AC35-01 that were created, dated, published or disseminated prior to April 2, 1995.

9. Assembly drawings, technical specifications, diagrams, and/or manuals for the NEC Display with model number NL3224AC35-02 that were created, dated, published or disseminated prior to April 2, 1998.

10. Assembly drawings, technical specifications, diagrams, and/or manuals for the NEC Display with model number NL3224AC35-02 that were created, dated, published or disseminated prior to April 2, 1997.

11. Assembly drawings, technical specifications, diagrams, and/or manuals for the NEC Display with model number NL3224AC35-02 that were created, dated, published or disseminated prior to April 2, 1996.

12. Assembly drawings, technical specifications, diagrams, and/or manuals for the NEC Display with model number NL3224AC35-02 that were created, dated, published or disseminated prior to April 2, 1995.

13. Assembly drawings, technical specifications, diagrams, and/or manuals for the NEC Display with model number NL3224AC35-03 that were created, dated, published or disseminated prior to April 2, 1998.

14. Assembly drawings, technical specifications, diagrams, and/or manuals for the NEC Display with model number NL3224AC35-03 that were created, dated, published or disseminated prior to April 2, 1997.

15. Assembly drawings, technical specifications, diagrams, and/or manuals for the NEC Display with model number NL3224AC35-03 that were created, dated, published or disseminated prior to April 2, 1996.

16. Assembly drawings, technical specifications, diagrams, and/or manuals for the NEC Display with model number NL3224AC35-03 that were created, dated, published or disseminated prior to April 2, 1995.

17. Assembly drawings, technical specifications, diagrams, and/or manuals for the NEC Display with model number NL3224AC35-04 that were created, dated, published or disseminated prior to April 2, 1998.

18. Assembly drawings, technical specifications, diagrams, and/or manuals for the NEC Display with model number NL3224AC35-04 that were created, dated, published or disseminated prior to April 2, 1997.

19. Assembly drawings, technical specifications, diagrams, and/or manuals for the NEC Display with model number NL3224AC35-04 that were created, dated, published or disseminated prior to April 2, 1996.

20. Assembly drawings, technical specifications, diagrams, and/or manuals for the NEC Display with model number NL3224AC35-04 that were created, dated, published or disseminated prior to April 2, 1995.

21. Assembly drawings, technical specifications, diagrams, and/or manuals for the NEC Display with model number NL3224AC35-05 that were created, dated, published or disseminated prior to April 2, 1998.

22. Assembly drawings, technical specifications, diagrams, and/or manuals for the NEC Display with model number NL3224AC35-05 that were created, dated, published or disseminated prior to April 2, 1997.

23. Assembly drawings, technical specifications, diagrams, and/or manuals for the NEC Display with model number NL3224AC35-05 that were created, dated, published or disseminated prior to April 2, 1996.

24. Assembly drawings, technical specifications, diagrams, and/or manuals for the NEC Display with model number NL3224AC35-05 that were created, dated, published or disseminated prior to April 2, 1995.

25. Assembly drawings, technical specifications, diagrams, and/or manuals for the NEC Display with model number NL3224AC35-06 that were created, dated, published or disseminated prior to April 2, 1998.

26. Assembly drawings, technical specifications, diagrams, and/or manuals for the NEC Display with model number NL3224AC35-06 that were created, dated, published or disseminated prior to April 2, 1997.

27. Assembly drawings, technical specifications, diagrams, and/or manuals for the NEC Display with model number NL3224AC35-06 that were created, dated, published or disseminated prior to April 2, 1996.

28. Assembly drawings, technical specifications, diagrams, and/or manuals for the NEC Display with model number NL3224AC35-06 that were created, dated, published or disseminated prior to April 2, 1995.

29. Assembly drawings, technical specifications, diagrams, and/or manuals for the NEC Display with model number NL3224AC35-07 that were created, dated, published or disseminated prior to April 2, 1998.

30. Assembly drawings, technical specifications, diagrams, and/or manuals for the NEC Display with model number NL3224AC35-07 that were created, dated, published or disseminated prior to April 2, 1997.

31. Assembly drawings, technical specifications, diagrams, and/or manuals for the NEC Display with model number NL3224AC35-07 that were created, dated, published or disseminated prior to April 2, 1996.

32. Assembly drawings, technical specifications, diagrams, and/or manuals for the NEC Display with model number NL3224AC35-07 that were created, dated, published or disseminated prior to April 2, 1995.

33. Assembly drawings, technical specifications, diagrams, and/or manuals for the NEC Display with model number NL3224AC35-08 that were created, dated, published or disseminated prior to April 2, 1998.

34. Assembly drawings, technical specifications, diagrams, and/or manuals for the NEC Display with model number NL3224AC35-08 that were created, dated, published or disseminated prior to April 2, 1997.

35. Assembly drawings, technical specifications, diagrams, and/or manuals for the NEC Display with model number NL3224AC35-08 that were created, dated, published or disseminated prior to April 2, 1996.

36. Assembly drawings, technical specifications, diagrams, and/or manuals for the NEC Display with model number NL3224AC35-08 that were created, dated, published or disseminated prior to April 2, 1995.

37. Assembly drawings, technical specifications, diagrams, and/or manuals for the NEC Display with model number NL3224AC35-09 that were created, dated, published or disseminated prior to April 2, 1998.

38. Assembly drawings, technical specifications, diagrams, and/or manuals for the NEC Display with model number NL3224AC35-09 that were created, dated, published or disseminated prior to April 2, 1997.

39. The Assembly drawings, technical specifications, diagrams, and/or manuals for the NEC Display with model number NL3224AC35-09 that were created, dated, published or disseminated prior to April 2, 1996.

40. Assembly drawings, technical specifications, diagrams, and/or manuals for the NEC Display with model number NL3224AC35-09 that were created, dated, published or disseminated prior to April 2, 1995.

41. Assembly drawings, technical specifications, diagrams, and/or manuals for the NEC Display with model number NL3224AC35-10 that were created, dated, published or disseminated prior to April 2, 1998.

42. Assembly drawings, technical specifications, diagrams, and/or manuals for the NEC Display with model number NL3224AC35-10 that were created, dated, published or disseminated prior to April 2, 1997.

43. Assembly drawings, technical specifications, diagrams, and/or manuals for the NEC Display with model number NL3224AC35-10 that were created, dated, published or disseminated prior to April 2, 1996.

44. Assembly drawings, technical specifications, diagrams, and/or manuals for the NEC Display with model number NL3224AC35-10 that were created, dated, published or disseminated prior to April 2, 1995.

45. Documents sufficient to show all NEC backlit Displays that were sold or offered for sale in the United States for the period of January 1991 to April 1998, such as product lists or sell sheets.

46. Assembly drawings, specifications, diagrams and/or manuals for all NEC backlit Displays that were sold or offered for sale in the United States prior to April 2, 1998 that have one or more mounting holes on the back side of the LCD modules used in the Displays.

8

47. All documents relating to sales of, or offers to sell, the NEC Display with model number NL3224AC35 to the LG Group, LG Electronics, Inc., Lucky Goldstar, LG Philips LCD Co., Ltd., or Royal Philips Electronics.

48. All communications with LPL relating to U.S. Patent No. 6,498,718.

49. All communications with LPL relating to U.S. Patent No. 6,501,641.

50. All documents relating to licensing discussions with LPL.

51. All NEC specifications, drawings, diagrams, manuals, and LCD modules or LCD Displays that were provided to LPL prior to April 2, 1998.

52. All documents relating to products which use the NEC TFT-LCD module with a model number that includes NL3224AC35.

LA-FS1\FisherE\240765v06\70272.011200

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on July 5, 2006 I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Richard D. Kirk, Esquire
The Bayard Firm
222 Delaware Avenue #900
Wilmington, DE 19899

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
Wilmington, DE 19899

I hereby certify that on July 5, 2006 I caused to be sent by Federal Express the foregoing document to the following non-registered participants:

Daniel G. Jarcho, Esquire
Cass W. Christenson, Esquire
Lora A. Brzezynski, Esquire
Matthew T. Bailey, Esquire
McKenna Long & Aldridge LLP
1900 K Street, N.W.
Washington D.C. 20006

Scott R. Miller, Esquire
Tracy R. Roman, Esquire
Bingham McCutchen
355 S. Grand Avenue, 44th Floor
Los Angeles, CA 90071

Anne Shea Gaza (#4093)
Gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
Telephone: (302) 651-7700
Facsimile: (302) 651-7701