IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> TATUNG COMPANY; TATUNG COMPANY OF AMERICA, INC.; and VIEWSONIC CORPORATION, <br><br> Defendants. | Civil Action No. 04-343-JJF |

**STIPULATION AND ORDER EXTENDING TIME
FOR PLAINTIFF TO RESPOND TO TATUNG'S DISCOVERY**

IT IS HEREBY STIPULATED AND AGREED, and submitted for order of the Court, by and between counsel for Plaintiff LG.Philips LCD Co., Ltd. and Defendant Tatung Company, that Plaintiff LG.Philips LCD Co., Ltd.'s time to respond to Defendant Tatung Company's Second Set of Requests for Production to Plaintiff LG.Philips LCD Co., Ltd., Defendant Tatung Company's Second Set of Interrogatories to Plaintiff LG.Philips LCD Co., Ltd, and Defendant Tatung Company's Third Set of Interrogatories to Plaintiff LG.Philips LCD Co., Ltd., is extended through and including July 21, 2006. LG Philips LCD will make a good faith effort to begin producing responsive, non-privileged documents by July 21, but by this representation, LG Philips does not agree that all responsive documents will be produced by July 21.

629348v1

| | |
|---|---|
| /s/ Richard D. Kirk (rk0922) | /s/ Frederick L. Cottrell, III (fc2555) |
| rkirk@bayardfirm.com | cottrell@rlf.com |
| The Bayard Firm | Richards, Layton & Finger, P.A. |
| 222 Delaware Avenue, Suite 900 | One Rodney Square |
| P.O. Box 25130 | P.O. Box 551 |
| Wilmington, DE 19899 | Wilmington, Delaware 19899 |
| (302) 655-5000 | (302) 651-7700 |
| *Attorneys for Plaintiff LG.Philips LCD Co., Ltd.* | *Attorneys for Defendants Tatung Company* |

SO ORDERED this _____ day of July, 2006.

_____
District Judge

629348v1

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on July 11, 2006, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon LLP
1313 N. Market St., 6th Fl.
Wilmington, DE 19801

Frederick L. Cottrell, III, Esq.
Anne Shea Gaza, Esq.
Richards, Layton & Finger
One Rodney Sqare
P.O. Box 551
Wilmington, DE 19899

The undersigned counsel further certifies that copies of the foregoing document were sent by hand to the above counsel and by email and first class mail to the following non-registered participants:

Scott Miller, Esq.
Tracy Roman, Esq.
Bingham McCutchen LLP
355 South Grand Ave., 44th Floor
Los Angeles, CA 90071-3106

Christopher Darrow, Esq.
Mark H. Krietzman, Esq.
Andrews Eliseev, Esq.
Greenberg Traurig LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

571447v1