IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>TATUNG COMPANY; TATUNG COMPANY OF AMERICA, INC.; and VIEWSONIC CORPORATION,<br><br>Defendants. | Civil Action No. 04-343-JJF |

**STIPULATION AND ORDER EXTENDING TIME
FOR PLAINTIFF TO RESPOND TO VIEWSONIC'S DISCOVERY**

IT IS HEREBY STIPULATED AND AGREED, and submitted for order of the Court, by and between counsel for Plaintiff LG.Philips LCD Co., Ltd. and Defendant ViewSonic Corporation, that Plaintiff LG.Philips LCD Co., Ltd.'s (i) time to provide objections only to Defendant ViewSonic Corporation's Second Set of Requests for Production of Documents to Plaintiff LG.Philips LCD Co., Ltd. and Defendant ViewSonic Corporation's Second Set of Interrogatories to Plaintiff LG.Philips LCD Co., Ltd., is extended through and including July 14, 2006 and (ii) time to provide responses, including modification of any objections, to Defendant ViewSonic Corporation's Second Set of Requests for Production of Documents to Plaintiff LG.Philips LCD Co., Ltd. and Defendant ViewSonic Corporation's Second Set of Interrogatories to Plaintiff LG.Philips LCD Co., Ltd., is extended through and including July 21, 2006.

LG.Philips LCD Co. has agreed to produce for deposition in the United States its Rule 30(b)(6) corporate witnesses and any officer or director of LG.Philips LCD Co. that ViewSonic notices for a deposition.

| | |
|---|---|
| /s/ Richard D. Kirk (rk0922) | /s/ Richard L. Horwitz (rh2246) |
| rkirk@bayardfirm.com | rhorwitz@potteranderson.com |
| The Bayard Firm | Potter Anderson & Corroon LLP |
| 222 Delaware Avenue, Suite 900 | Hercules Plaza, 6th Floor |
| P.O. Box 25130 | 1313 N. Market Street |
| Wilmington, DE 19899 | Wilmington, Delaware 19899 |
| (302) 655-5000 | (302) 984-6000 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant ViewSonic* |
| *LG.Philips LCD Co., Ltd.* | *Corporation* |

SO ORDERED this _____ day of July, 2006.

_____
District Judge

629712v1

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on July 11, 2006, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

| | |
|---|---|
| Richard L. Horwitz, Esq. | Frederick L. Cottrell, III, Esq. |
| David E. Moore, Esq. | Anne Shea Gaza, Esq. |
| Potter Anderson & Corroon LLP | Richards, Layton & Finger |
| 1313 N. Market St., 6th Fl. | One Rodney Sqare |
| Wilmington, DE 19801 | P.O. Box 551 |
| | Wilmington, DE 19899 |

The undersigned counsel further certifies that copies of the foregoing document were sent by hand to the above counsel and by email and first class mail to the following non-registered participants:

| | |
|---|---|
| Scott Miller, Esq. | Christopher Darrow, Esq. |
| Tracy Roman, Esq. | Mark H. Krietzman, Esq. |
| Bingham McCutchen LLP | Andrews Eliseev, Esq. |
| 355 South Grand Ave., 44th Floor | Greenberg Traurig LLP |
| Los Angeles, CA 90071-3106 | 2450 Colorado Avenue, Suite 400E |
| | Santa Monica, CA 90404 |

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

571447v1