IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 04-343-JJF |
| v. ) | |
| ) | |
| TATUNG COMPANY; ) | |
| TATUNG COMPANY OF AMERICA, INC.; and ) | |
| VIEWSONIC CORPORATION, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on July 14, 2006, copies of (1) PLAINTIFF'S OBJECTIONS TO DEFENDANT VIEWSONIC CORPORATION'S SECOND SET OF DOCUMENT REQUESTS and (2) PLAINTIFF'S OBJECTIONS TO DEFENDANT VIEWSONIC CORPORATION'S SECOND SET OF INTERROGATORIES and (3) THIS NOTICE OF SERVICE were served as shown:

**BY EMAIL AND BY HAND**

| | |
|---|---|
| Richard L. Horwitz, Esq. | Frederick L. Cottrell, III, Esq. |
| David E. Moore, Esq. | Anne Shea Gaza, Esq. |
| Potter Anderson & Corroon LLP | Richards, Layton & Finger |
| 1313 N. Market St., 6th Fl. | One Rodney Sqare |
| Wilmington, DE 19801 | P.O. Box 551 |
| | Wilmington, DE 19899 |

**BY EMAIL AND BY U.S. MAIL**

| | |
|---|---|
| Christopher Darrow, Esq. | Scott Miller, Esq. |
| Mark H. Kreitzman, Esq. | Tracy Roman, Esq. |
| Greenberg Traurig LLP | Bingham McCutchen LLP |
| 2450 Colorado Avenue, Suite 400E | 355 South Grand Ave., 44th Floor |
| Santa Monica, CA 90404 | Los Angeles, CA 90071-3106 |

571446v1

July 14, 2006

                        THE BAYARD FIRM

                        <u>/s/ Richard D. Kirk (rk0922)</u>
                        222 Delaware Avenue, Suite 900
                        P.O. Box 25130
                        Wilmington, DE  19899-5130
                        rkirk@bayardfirm.com
                        (302) 655-5000
                        Counsel for Plaintiff
                        LG.PHILIPS LCD CO., LTD.

OF COUNSEL:
Matthew T. Bailey
Lora A. Brzezynski
Cass W. Christenson
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006
(202) 496-7500

571446v1