IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 04-343-JJF |
| v. | ) |
| | ) |
| TATUNG COMPANY; | ) |
| TATUNG COMPANY OF AMERICA, INC.; and | ) |
| VIEWSONIC CORPORATION, | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on July 21, 2006, copies of (1) PLAINTIFF'S OBJECTIONS AND ANSWERS TO DEFENDANT TATUNG CO.'S SECOND SET OF INTERROGATORIES (2) PLAINTIFF'S OBJECTIONS AND ANSWERS TO DEFENDANT TATUNG CO.'S THIRD SET OF INTERROGATORIES (3) PLAINTIFF'S OBJECTIONS AND RESPONSES TO DEFENDANT VIEWSONIC CORPORATION'S SECOND SET OF DOCUMENT REQUESTS (4) PLAINTIFF'S OBJECTIONS AND RESPONSES TO DEFENDANT TATUNG COMPANY'S SECOND SET OF DOCUMENT REQUESTS (5) PLAINTIFF'S OBJECTIONS AND ANSWERS TO DEFENDANT VIEWSONIC CORPORATION'S SECOND SET OF INTERROGATORIES and (6) THIS NOTICE OF SERVICE were served as shown:

**BY EMAIL AND BY HAND**

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon LLP
1313 N. Market St., 6th Fl.
Wilmington, DE 19801

Frederick L. Cottrell, III, Esq.
Anne Shea Gaza, Esq.
Richards, Layton & Finger
One Rodney Sqare
P.O. Box 551
Wilmington, DE 19899

630681-1

**BY EMAIL AND BY U.S. MAIL**

Christopher Darrow, Esq.  
Mark H. Kreitzman, Esq.  
Greenberg Traurig LLP  
2450 Colorado Avenue, Suite 400E  
Santa Monica, CA 90404

Scott Miller, Esq.  
Tracy Roman, Esq.  
Bingham McCutchen LLP  
355 South Grand Ave., 44th Floor  
Los Angeles, CA 90071-3106

July 21, 2006

THE BAYARD FIRM

/s/ Richard D. Kirk (rk0922)  
222 Delaware Avenue, Suite 900  
P.O. Box 25130  
Wilmington, DE 19899-5130  
rkirk@bayardfirm.com  
(302) 655-5000  
Counsel for Plaintiff  
LG.PHILIPS LCD CO., LTD.

OF COUNSEL:  
Matthew T. Bailey  
Lora A. Brzezynski  
Cass W. Christenson  
McKenna Long & Aldridge LLP  
1900 K Street, NW  
Washington, DC 20006  
(202) 496-7500

630681-1