IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 04-343-JJF |
| v. ) | |
| ) | |
| TATUNG COMPANY; ) | |
| TATUNG COMPANY OF AMERICA, INC.; and ) | |
| VIEWSONIC CORPORATION, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that, on July 25, 2006, copies of (1) PLAINTIFF'S SUPPLEMENTAL OBJECTIONS AND ANSWERS TO DEFENDANT VIEWSONIC CORPORATION'S FIRST SET OF INTERROGATORIES, (2) PLAINTIFF'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO DEFENDANT VIEWSONIC CORPORATION'S FIRST SET OF DOCUMENT REQUESTS, (3) PLAINTIFF'S SUPPLEMENTAL OBJECTIONS AND ANSWERS TO DEFENDANT TATUNG COMPANY'S FIRST SET OF INTERROGATORIES and (4) THIS NOTICE OF SERVICE were served as shown:

**BY EMAIL AND BY HAND**

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon LLP
1313 N. Market St., 6th Fl.
Wilmington, DE 19801

Frederick L. Cottrell, III, Esq.
Anne Shea Gaza, Esq.
Richards, Layton & Finger
One Rodney Sqare
P.O. Box 551
Wilmington, DE 19899

**BY EMAIL AND BY U.S. MAIL**

| | |
|---|---|
| Christopher Darrow, Esq. | Scott Miller, Esq. |
| Mark H. Kreitzman, Esq. | Tracy Roman, Esq. |
| Greenberg Traurig LLP | Bingham McCutchen LLP |
| 2450 Colorado Avenue, Suite 400E | 355 South Grand Ave., 44th Floor |
| Santa Monica, CA 90404 | Los Angeles, CA 90071-3106 |

July 25, 2006

                        THE BAYARD FIRM

                        /s/ Richard D. Kirk (rk0922)
                        222 Delaware Avenue, Suite 900
                        P.O. Box 25130
                        Wilmington, DE  19899-5130
                        rkirk@bayardfirm.com
                        (302) 655-5000
                        Counsel for Plaintiff
                        LG.PHILIPS LCD CO., LTD.

OF COUNSEL:
Matthew T. Bailey
Lora A. Brzezynski
Cass W. Christenson
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006
(202) 496-7500

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on July 25, 2006, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon LLP
1313 N. Market St., 6th Fl.
Wilmington, DE 19801

Frederick L. Cottrell, III, Esq.
Anne Shea Gaza, Esq.
Richards, Layton & Finger
One Rodney Sqare
P.O. Box 551
Wilmington, DE 19899

The undersigned counsel further certifies that copies of the foregoing document were sent by hand to the above counsel and by email and first class mail to the following non-registered participants:

Scott Miller, Esq.
Tracy Roman, Esq.
Bingham McCutchen LLP
355 South Grand Ave., 44th Floor
Los Angeles, CA 90071-3106

Christopher Darrow, Esq.
Mark H. Krietzman, Esq.
Andrews Eliseev, Esq.
Greenberg Traurig LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

571447v1