IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., </br></br>Plaintiff, </br></br>v. </br></br>TATUNG CO.; </br>TATUNG COMPANY OF AMERICA, INC.; AND </br>VIEWSONIC CORPORATION </br></br>Defendants. | ) </br>) </br>) </br>) </br>) C.A. No. 04-343-JJF </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) |

## NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Jeffrey B. Bove and Jaclyn M. Mason of the firm of Connolly Bove Lodge & Hutz LLP, 1007 North Orange Street, P.O. Box 2207, Wilmington, Delaware 19899-2207, hereby enter their appearance in this action on behalf of defendant ViewSonic Corporation.

Dated: August 9, 2006

CONNOLLY BOVE LODGE & HUTZ LLP

By: /s/ Jeffrey B. Bove
Jeffrey B. Bove, Esq. (#998)
Jaclyn M. Mason, Esq. (#4737)
The Nemours Building, 8th floor
1007 North Orange Street
Wilmington, DE 19801
Telephone: (302) 658-9141
Facsimile: (302) 658-5614

*Attorneys for Defendant ViewSonic Corporation*

<u>Of Counsel:</u>

Scott R. Miller
Connolly Bove Lodge & Hutz LLP
355 South Grand Ave.
Suite 3150
Los Angeles, CA 90071

*Attorney for ViewSonic Corporation*

## CERTIFICATE OF SERVICE

I, Jeffrey B. Bove, hereby certify that on the 9th day of August, 2006, a true copy of the foregoing *ViewSonic Defendant's NOTICE OF ENTRY OF APPEARANCE* was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following and the document is available for viewing and downloading from CM/ECF:

Richard D. Kirk
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon, LLP
1313 N. Market St.
Hercules Plaza, 6th Flr.
Wilmington, DE 19899-0951

Anne Shea Gaza
Frederick L. Cottrell III
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801

Joanne Ceballos
Adam L. Balick
Bifferato Gentilotti Biden & Balick
711 North King Street
Wilmington, DE 19801-3503

I hereby certify that on the 9th day of August, 2006, I have sent by FedEx overnight the foregoing documents to the following non-registered participants:

Cass W. Christenson
Lora A. Brzezynski
McKenna Long & Aldridge LLP
1900 K Street NW
Washington, DC 20006

Tracy R. Roman
Bingham McCutchen LLP
355 South Grand Ave., 44th Floor
Los Angeles, CA 90071-3106

Christopher Darrow
Mark H. Krietzman
Greenberg Traurig LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404

By: /s/ *Jeffrey B. Bove*
   Jeffrey B. Bove (#998)
   The Nemours Building, 8th floor
   1007 North Orange Street
   Wilmington, DE 19801
   Telephone: (302) 658-9141