IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

LG.PHILIPS LCD CO., LTD.,

              Plaintiff,

       v.

TATUNG CO.;
TATUNG COMPANY OF AMERICA, INC.; AND
VIEWSONIC CORPORATION

              Defendants.

)
)
)
)
)
)    C.A. No. 04-343-JJF
)
)
)
)
)
)
)
)

## NOTICE OF CHANGE OF ATTORNEY INFORMATION

     PLEASE TAKE NOTICE that, further to the Court's Order granting [29-1] motion for

Scott R. Miller to Appear Pro Hac Vice, the address for Scott R. Miller, counsel for Defendant

ViewSonic Corporation, has changed, effective immediately, from Bingham McCutchen LLP,

355 South Grand Avenue, 44th Floor, Los Angeles, California 90071 to:

Scott R. Miller
Connolly Bove Lodge & Hutz LLP
355 South Grand Avenue
Suite 3150
Los Angeles, CA  90071
Telephone: (213) 787-2500
Facsimile: (213) 687-0498
smiller@cblh.com

LA/480551_1.DOC

CONNOLLY BOVE LODGE & HUTZ LLP

Dated:  August 9, 2006

By:  /s/  *Jeffrey B. Bove*
　　　　Jeffrey B. Bove, Esq. (#998)
　　　　Jaclyn M. Mason, Esq. (#4737)
　　　　The Nemours Building, 8th floor
　　　　1007 North Orange Street
　　　　Wilmington, DE  19801
　　　　Telephone: (302) 658-9141
　　　　Facsimile:　(302) 658-5614

*Attorneys for Defendant ViewSonic Corporation*

Of Counsel:

Scott R. Miller
Connolly Bove Lodge & Hutz LLP
355 South Grand Ave.
Suite 3150
Los Angeles, CA  90071

*Attorney for ViewSonic Corporation*

## CERTIFICATE OF SERVICE

I, Jeffrey B. Bove, hereby certify that on the 9th day of August, 2006, a true copy of the foregoing *ViewSonic Defendant's NOTICE OF CHANGE OF ATTORNEY INFORMATION* was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following and the document is available for viewing and downloading from CM/ECF:

Richard D. Kirk
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Anne Shea Gaza
Frederick L. Cottrell III
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon, LLP
1313 N. Market St.
Hercules Plaza, 6th Flr.
Wilmington, DE 19899-0951

Joanne Ceballos
Adam L. Balick
Bifferato Gentilotti Biden & Balick
711 North King Street
Wilmington, DE 19801-3503

I hereby certify that on the 9th day of August, 2006, I have sent by FedEx overnight the foregoing documents to the following non-registered participants:

Cass W. Christenson
Lora A. Brzezynski
McKenna Long & Aldridge LLP
1900 K Street NW
Washington, DC 20006

Christopher Darrow
Mark H. Krietzman
Greenberg Traurig LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404

Tracy R. Roman
Bingham McCutchen LLP
355 South Grand Ave., 44th Floor
Los Angeles, CA 90071-3106

By: /s/ Jeffrey B. Bove
    Jeffrey B. Bove (#998)
    The Nemours Building, 8th floor
    1007 North Orange Street
    Wilmington, DE 19801
    Telephone: (302) 658-9141