IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> TATUNG COMPANY; TATUNG COMPANY OF AMERICA, INC.; and VIEWSONIC CORPORATION, <br><br> Defendants. | Civil Action No. 04-343-JJF |

## STIPULATED SPECIAL MASTER ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiff LG.Philips LCD Co., Ltd. ("LPL") and Defendant ViewSonic Corporation ("ViewSonic"), subject to approval by the Special Master, as follows:

(1) LPL's time to respond to ViewSonic's Motion to Compel Responses to Interrogatories and Requests for Admission (the "Motion to Compel") is extended to 4:00 p.m. EDT on August 11, 2006;

(2) LPL and ViewSonic agree to limit the time otherwise available under Fed. R.Civ.P. 53(g)(2) to file objections to the Special Master's Order or Report and Recommendations with respect to the Motion to Compel to five (5) business days from the date the Order or Report and Recommendations is served.

632133v1

| THE BAYARD FIRM | POTTER ANDERSON & CORROON LLP |
|---|---|
| /s/ Richard D. Kirk (rk0922) | /s/ David E. Moore (dm3983) |
| Richard D. Kirk | Richard L. Horwitz |
| Ashley B. Stitzer | David E. Moore |
| rkirk@bayardfirm.com | rhorwitz@potteranderson.com |
| 222 Delaware Avenue, Suite 900 | Hercules Plaza, 6th Floor |
| P.O. Box 25130 | 1313 N. Market Street |
| Wilmington, DE 19899 | Wilmington, Delaware 19899 |
| (302) 655-5000 | (302) 984-6000 |
| *Attorneys for Plaintiff LG.Philips LCD Co., Ltd.* | *Attorneys for Defendant ViewSonic Corporation* |

SO ORDERED this ___11___ day of August, 2006.

_____
Special Master

632133v1