IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 04-343-JJF |
| v. ) | |
| ) | |
| TATUNG CO.; ) | |
| TATUNG COMPANY OF AMERICA, INC.; AND ) | |
| VIEWSONIC CORPORATION ) | |
| ) | |
| Defendants. ) | |
| ) | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on September 18, 2006, copies of **VIEWSONIC DEFENDANT'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S THIRD SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS** and THIS NOTICE OF SERVICE were served as shown:

**BY HAND DELIVERY**

Richard D. Kirk
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon, LLP
1313 N. Market St.
Hercules Plaza, 6th Flr.
Wilmington, DE 19899-0951

Anne Shea Gaza
Frederick L. Cottrell III
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801

Joanne Ceballos
Adam L. Balick
Bifferato Gentilotti Biden & Balick
711 North King Street
Wilmington, DE 19801-3503

LA/487679_1.DOC

BY FACSIMILE AND U.S. MAIL

Cass W. Christenson
Lora A. Brzezynski
McKenna Long & Aldridge LLP
1900 K Street NW
Washington, DC 20006

Tracy R. Roman
Bingham McCutchen LLP
355 South Grand Ave., 44th Floor
Los Angeles, CA 90071-3106

Christopher Darrow
Mark H. Krietzman
Greenberg Traurig LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404

Dated: September 18, 2006

CONNOLLY BOVE LODGE & HUTZ LLP

By: /s/ Jeffrey B. Bove
    Jeffrey B. Bove, Esq. (#998)
    Jaclyn M. Mason, Esq. (#4737)
    The Nemours Building, 8th floor
    1007 North Orange Street
    Wilmington, DE 19801
    Telephone: (302) 658.9141
    Facsimile: (302) 658.5614

*Attorneys for Defendant ViewSonic Corporation*

Of Counsel:

Scott R. Miller
Connolly Bove Lodge & Hutz LLP
355 South Grand Ave.
Suite 3150
Los Angeles, CA 90071

*Attorney for ViewSonic Corporation*

## CERTIFICATE OF SERVICE

I, Jeffrey B. Bove, hereby certify that on the 18th day of September, 2006, a true copy of the foregoing **NOTICE OF SERVICE OF VIEWSONIC DEFENDANT'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S THIRD SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS** was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following and the document is available for viewing and downloading from CM/ECF:

Richard D. Kirk
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Anne Shea Gaza
Frederick L. Cottrell III
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19801

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon, LLP
1313 N. Market St.
Hercules Plaza, 6th Flr.
Wilmington, DE 19899-0951

Joanne Ceballos
Adam L. Balick
Bifferato Gentilotti Biden & Balick
711 North King Street
Wilmington, DE 19801-3503

I hereby certify that on the 18th day of September, 2006, I have sent by facsimile and U.S. Mail the foregoing document to the following non-registered participants:

Cass W. Christenson
Lora A. Brzezynski
McKenna Long & Aldridge LLP
1900 K Street NW
Washington, DC 20006

Christopher Darrow
Mark H. Krietzman
Greenberg Traurig LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404

Tracy R. Roman
Bingham McCutchen LLP
355 South Grand Ave., 44th Floor
Los Angeles, CA 90071-3106

By:  /s/  *Jeffrey B. Bove*
Jeffrey B. Bove (#998)
jbove@cblh.com

488218_1.DOC