IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., | |
| Plaintiff, | |
| v. | Civil Action No. 04-343-JJF |
| TATUNG COMPANY; TATUNG COMPANY OF AMERICA, INC.; and VIEWSONIC CORPORATION, | |
| Defendants. | |



RECEIVED SEP 14 2006

### STIPULATION AND ORDER MODIFYING THE SCHEDULING ORDER

THE PARTIES HERETO STIPULATE AND AGREE, subject to the approval of the Court, that the Rule 16 Scheduling Order, dated August 18, 2005 (D.I. 198) (the "Scheduling Order"), be modified in the following ways:

1. Paragraph 4(e) of the Scheduling Order is modified to provide that non-expert depositions shall be completed by **March 2, 2007**.

2. Paragraph 8 of the Scheduling Order is modified to provide as follows:

   (a) A Markman Hearing will be held on **March 7, 2007** at 10:00 a.m./p.m. *(The parties respectfully request that the Court supply a date and time in March 2007, or as soon as possible thereafter, that is available to the Court.)*

   (b) Briefing on the claim construction issues shall be completed as follows:

   (i) Each party shall exchange a preliminary list of terms believed to require construction by **September 22, 2006**.

   (ii) Each party shall exchange a supplemental list of terms believed to require construction by **October 2, 2006**.

635854v1

        (iii)    Each party shall exchange proposed constructions of the disputed terms by **October 13, 2006**.

        (iv)    The parties shall file with the Court a single chart showing each party's proposed construction of the claims at issue, together with the intrinsic evidence supporting that construction, on **November 16, 2006**.

        (v)    Opening Briefs for each party will be filed by **December 15, 2006**.

        (vi)    Response Briefs for each party will be filed by **January 31, 2007**.

3.    Paragraph 9 of the Scheduling Order is modified to provide that if the Court's Markman decision is entered fewer than six weeks before August 31, 2007, the case-dispositive motions deadline shall be changed to **September 21, 2007**.

4.    This modification makes no other changes to the Scheduling Order. All other dates referred to in the Scheduling Order remain fully effective.

| THE BAYARD FIRM | POTTER ANDERSON & CORROON LLP |
|---|---|
| /s/ Richard D. Kirk (rk0922) | /s/ Richard L. Horwitz (rh2246) |
| rkirk@bayardfirm.com | rhorwitz@potteranderson.com |
| 222 Delaware Avenue, Suite 900 | Hercules Plaza, 6th Floor |
| P.O. Box 25130 | 1313 N. Market Street |
| Wilmington, DE 19899 | Wilmington, Delaware 19899 |
| (302) 655-5000 | (302) 984-6000 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant ViewSonic* |
| *LG.Philips LCD Co., Ltd.* | *Corporation* |

-3-

| RICHARDS, LAYTON & FINGER, P.A. | CONNOLLY BOVE LODGE & HUTZ LLP |
|---|---|
| /s/ Anne Shea Gazam (ag4093) | /s/ Jaclyn M. Mason (jm4737) |
| Frederick L. Cottrell, III | Jeffrey B Bove |
| Cottrell@rlf.com | jbove@cblh.com |
| Anne Shea Gaza | Jaclyn M. Mason |
| gaza@rlf.com | jmason@cblh.com |
| One Rodney Square | 1007 North Orange Street |
| P.O. Box 551 | P.O. Box 2207 |
| Wilmington, DE 19899 | Wilmington, Delaware 19899-2207 |
| (302) 651-7700 | (302) 658-9141 |
| *Attorneys for defendants Tatung Company and Tatung Company of America, Inc.* | *Attorneys for Defendant ViewSonic Corporation* |

SO ORDERED this 18 day of September, 2006.

_____
United States District Judge