IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LG.PHILIPS LCD CO., LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 04-343-JJF |
| v. | ) | |
| | ) | |
| TATUNG CO.; | ) | |
| TATUNG COMPANY OF AMERICA, INC.; AND | ) | |
| VIEWSONIC CORPORATION | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that, on September 20, 2006, copies of **DEFENDANT**

**VIEWSONIC CORPORATION'S SUPPLEMENTAL RESPONSES TO PLAINTIFF'S**

**SECOND SET OF INTERROGATORIES** were served as shown:

**BY E-MAIL AND U.S. MAIL**

Richard D. Kirk
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE  19801

Frederick L. Cottrell III
Anne Shea Gaza
Richards, Layton & Finger
One Rodney Square
Wilmington, DE  19801

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon, LLP
1313 N. Market St.
Hercules Plaza, 6th Flr.
Wilmington, DE  19899-0951

Joanne Ceballos
Adam L. Balick
Bifferato Gentilotti Biden & Balick
711 North King Street
Wilmington, DE 19801-3503

488469_1.DOC

Cass W. Christenson
Lora A. Brzezynski
McKenna Long & Aldridge LLP
1900 K Street NW
Washington, DC 20006

Mark H. Krietzman
Christopher Darrow
Greenberg Traurig LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404

Tracy R. Roman
Bingham McCutchen LLP
355 South Grand Ave., 44th Floor
Los Angeles, CA 90071-3106

PLEASE TAKE FURTHER NOTICE that, on September 21, 2006, copies of this

**NOTICE OF SERVICE** were served as shown:

**BY E-MAIL AND HAND-DELIVERY**

Richard D. Kirk
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Frederick L. Cottrell III
Anne Shea Gaza
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon, LLP
1313 N. Market St.
Hercules Plaza, 6th Flr.
Wilmington, DE 19899-0951

Joanne Ceballos
Adam L. Balick
Bifferato Gentilotti Biden & Balick
711 North King Street
Wilmington, DE 19801-3503

**BY E-MAIL AND U.S. MAIL**

Cass W. Christenson
Lora A. Brzezynski
McKenna Long & Aldridge LLP
1900 K Street NW
Washington, DC 20006

Mark H. Krietzman
Christopher Darrow
Greenberg Traurig LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404

Tracy R. Roman
Bingham McCutchen LLP
355 South Grand Ave., 44th Floor
Los Angeles, CA 90071-3106

Dated: September 21, 2006

CONNOLLY BOVE LODGE & HUTZ LLP

By:  /s/  Jeffrey B. Bove
    Jeffrey B. Bove, Esq. (#998)
    Jaclyn M. Mason, Esq. (#4737)
    The Nemours Building, 8th floor
    1007 North Orange Street
    Wilmington, DE  19801
    Telephone: (302) 658.9141
    Facsimile:  (302) 658.5614

*Attorneys for Defendant ViewSonic Corporation*

Of Counsel:

Scott R. Miller
Connolly Bove Lodge & Hutz LLP
355 South Grand Ave.
Suite 3150
Los Angeles, CA  90071

*Attorney for ViewSonic Corporation*

## CERTIFICATE OF SERVICE

I, Jeffrey B. Bove, hereby certify that on the 21st day of September, 2006, a true copy of

the foregoing **NOTICE OF SERVICE OF DEFENDANT VIEWSONIC CORPORATION'S**

**SUPPLEMENTAL RESPONSES TO PLAINTIFF'S SECOND SET OF**

**INTERROGATORIES** was hand delivered to the following persons and was electronically

filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the

following and the document is available for viewing and downloading from CM/ECF:

| | |
|---|---|
| Richard D. Kirk<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801 | Anne Shea Gaza<br>Frederick L. Cottrell III<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>Wilmington, DE 19801 |
| Richard L. Horwitz<br>David E. Moore<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St.<br>Hercules Plaza, 6th Flr.<br>Wilmington, DE 19899-0951 | Joanne Ceballos<br>Adam L. Balick<br>Bifferato Gentilotti Biden & Balick<br>711 North King Street<br>Wilmington, DE 19801-3503 |

I hereby certify that on the 21st day of September, 2006, I have sent by email and U.S.

Mail the foregoing document to the following non-registered participants:

| | |
|---|---|
| Cass W. Christenson<br>Lora A. Brzezynski<br>McKenna Long & Aldridge LLP<br>1900 K Street NW<br>Washington, DC 20006 | Christopher Darrow<br>Mark H. Krietzman<br>Greenberg Traurig LLP<br>2450 Colorado Avenue, Suite 400E<br>Santa Monica, CA 90404 |
| Tracy R. Roman<br>Bingham McCutchen LLP<br>355 South Grand Ave., 44th Floor<br>Los Angeles, CA 90071-3106 | |

By: /s/ Jeffrey B. Bove

Jeffrey B. Bove (#998)
jbove@cblh.com