IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>TATUNG CO.;<br>TATUNG COMPANY OF AMERICA, INC.; AND<br>VIEWSONIC CORPORATION<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

C.A. No. 04-343-JJF

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on September 20, 2006, copies of **DEFENDANT VIEWSONIC CORPORATION'S FIRST SUPPLEMENTAL RESPONSES TO PLAINTIFF'S SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS** were served as shown:

**BY E-MAIL AND U.S. MAIL**

Richard D. Kirk
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon, LLP
1313 N. Market St.
Hercules Plaza, 6th Flr.
Wilmington, DE 19899-0951

Frederick L. Cottrell III
Anne Shea Gaza
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801

Joanne Ceballos
Adam L. Balick
Bifferato Gentilotti Biden & Balick
711 North King Street
Wilmington, DE 19801-3503

489335_1.DOC

Cass W. Christenson
Lora A. Brzezynski
McKenna Long & Aldridge LLP
1900 K Street NW
Washington, DC 20006

Mark H. Krietzman
Christopher Darrow
Greenberg Traurig LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404

**BY E-MAIL AND HAND-DELIVERY**

Tracy R. Roman
Bingham McCutchen LLP
355 South Grand Ave., 44th Floor
Los Angeles, CA 90071-3106

PLEASE TAKE FURTHER NOTICE that, on September 21, 2006, copies of this **NOTICE OF SERVICE** were served as shown:

**BY E-MAIL AND HAND-DELIVERY**

Richard D. Kirk
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Frederick L. Cottrell III
Anne Shea Gaza
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon, LLP
1313 N. Market St.
Hercules Plaza, 6th Flr.
Wilmington, DE 19899-0951

Joanne Ceballos
Adam L. Balick
Bifferato Gentilotti Biden & Balick
711 North King Street
Wilmington, DE 19801-3503

**BY E-MAIL AND U.S. MAIL**

Cass W. Christenson
Lora A. Brzezynski
McKenna Long & Aldridge LLP
1900 K Street NW
Washington, DC 20006

Mark H. Krietzman
Christopher Darrow
Greenberg Traurig LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404

Tracy R. Roman
Bingham McCutchen LLP
355 South Grand Ave., 44th Floor
Los Angeles, CA 90071-3106

Dated: September 21, 2006              CONNOLLY BOVE LODGE & HUTZ LLP


                                       By:  /s/  Jeffrey B. Bove
                                            Jeffrey B. Bove, Esq. (#998)
                                            Jaclyn M. Mason, Esq. (#4737)
                                            The Nemours Building, 8th floor
                                            1007 North Orange Street
                                            Wilmington, DE 19801
                                            Telephone: (302) 658.9141
                                            Facsimile:  (302) 658.5614

                                       *Attorneys for Defendant ViewSonic*
                                       *Corporation*

Of Counsel:

Scott R. Miller
Connolly Bove Lodge & Hutz LLP
355 South Grand Ave.
Suite 3150
Los Angeles, CA 90071


*Attorney for ViewSonic Corporation*

## CERTIFICATE OF SERVICE

I, Jeffrey B. Bove, hereby certify that on the 21st day of September, 2006, a true copy of the foregoing **NOTICE OF SERVICE OF DEFENDANT VIEWSONIC CORPORATION'S FIRST SUPPLEMENTAL RESPONSES TO PLAINTIFF'S SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS** was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following and the document is available for viewing and downloading from CM/ECF:

Richard D. Kirk
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Anne Shea Gaza
Frederick L. Cottrell III
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19801

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon, LLP
1313 N. Market St.
Hercules Plaza, 6th Flr.
Wilmington, DE 19899-0951

Joanne Ceballos
Adam L. Balick
Bifferato Gentilotti Biden & Balick
711 North King Street
Wilmington, DE 19801-3503

I hereby certify that on the 21st day of September, 2006, I have sent by email and U.S. Mail the foregoing document to the following non-registered participants:

Cass W. Christenson
Lora A. Brzezynski
McKenna Long & Aldridge LLP
1900 K Street NW
Washington, DC 20006

Christopher Darrow
Mark H. Krietzman
Greenberg Traurig LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404

Tracy R. Roman
Bingham McCutchen LLP
355 South Grand Ave., 44th Floor
Los Angeles, CA 90071-3106

By: /s/ Jeffrey B. Bove
Jeffrey B. Bove (#998)
jbove@cblh.com