IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LG.PHILIPS LCD CO., LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 04-343-JJF |
| v. | ) | |
| | ) | |
| TATUNG CO.; | ) | |
| TATUNG COMPANY OF AMERICA, INC.; AND | ) | |
| VIEWSONIC CORPORATION | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on September 22, 2006, copies of **DEFENDANT**

**VIEWSONIC CORPORATION'S SUPPLEMENTAL INITIAL DISCLOSURES** were

served as shown:

**BY E-MAIL AND U.S. MAIL**

Richard D. Kirk
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon, LLP
1313 N. Market St.
Hercules Plaza, 6th Flr.
Wilmington, DE 19899-0951

Frederick L. Cottrell III
Anne Shea Gaza
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801

Joanne Ceballos
Adam L. Balick
Bifferato Gentilotti Biden & Balick
711 North King Street
Wilmington, DE 19801-3503

Cass W. Christenson
Lora A. Brzezynski
McKenna Long & Aldridge LLP
1900 K Street NW
Washington, DC 20006

Mark H. Krietzman
Christopher Darrow
Greenberg Traurig LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404

**BY E-MAIL AND HAND-DELIVERY**
Tracy R. Roman
Bingham McCutchen LLP
355 South Grand Ave., 44th Floor
Los Angeles, CA 90071-3106

PLEASE TAKE FURTHER NOTICE that, on September 25, 2006, copies of this

**NOTICE OF SERVICE** were served as shown:

**BY E-MAIL AND HAND-DELIVERY**

Richard D. Kirk
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Frederick L. Cottrell III
Anne Shea Gaza
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon, LLP
1313 N. Market St.
Hercules Plaza, 6th Flr.
Wilmington, DE 19899-0951

Joanne Ceballos
Adam L. Balick
Bifferato Gentilotti Biden & Balick
711 North King Street
Wilmington, DE 19801-3503

**BY E-MAIL AND U.S. MAIL**

Cass W. Christenson
Lora A. Brzezynski
McKenna Long & Aldridge LLP
1900 K Street NW
Washington, DC 20006

Mark H. Krietzman
Christopher Darrow
Greenberg Traurig LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404

Tracy R. Roman
Bingham McCutchen LLP
355 South Grand Ave., 44th Floor
Los Angeles, CA 90071-3106

Dated:  September 25, 2006

CONNOLLY BOVE LODGE & HUTZ LLP

By:  /s/  Jeffrey B. Bove
Jeffrey B. Bove, Esq. (#998)
Jaclyn M. Mason, Esq. (#4737)
The Nemours Building, 8th floor
1007 North Orange Street
Wilmington, DE  19801
Telephone: (302) 658.9141
Facsimile:   (302) 658.5614

*Attorneys for Defendant ViewSonic*
*Corporation*

Of Counsel:

Scott R. Miller
Connolly Bove Lodge & Hutz LLP
355 South Grand Ave.
Suite 3150
Los Angeles, CA  90071

*Attorney for ViewSonic Corporation*

## CERTIFICATE OF SERVICE

I, Jeffrey B. Bove, hereby certify that on the 25th day of September, 2006, a true copy of

the foregoing **NOTICE OF SERVICE OF DEFENDANT VIEWSONIC CORPORATION'S**

**SUPPLEMENTAL INITIAL DISCLOSURES** was hand delivered to the following persons

and was electronically filed with the Clerk of the Court using CM/ECF which will send

notification of such filing to the following and the document is available for viewing and

downloading from CM/ECF:

Richard D. Kirk
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Anne Shea Gaza
Frederick L. Cottrell III
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19801

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon, LLP
1313 N. Market St.
Hercules Plaza, 6th Flr.
Wilmington, DE 19899-0951

Joanne Ceballos
Adam L. Balick
Bifferato Gentilotti Biden & Balick
711 North King Street
Wilmington, DE 19801-3503

I hereby certify that on the 25th day of September, 2006, I have sent by email and U.S.

Mail the foregoing document to the following non-registered participants:

Cass W. Christenson
Lora A. Brzezynski
McKenna Long & Aldridge LLP
1900 K Street NW
Washington, DC 20006

Christopher Darrow
Mark H. Krietzman
Greenberg Traurig LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404

Tracy R. Roman
Bingham McCutchen LLP
355 South Grand Ave., 44th Floor
Los Angeles, CA 90071-3106

By: */s/ Jeffrey B. Bove*
Jeffrey B. Bove (#998)
jbove@cblh.com