IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-343 JJF |
| TATUNG CO., TATUNG COMPANY OF AMERICA, INC., VIEWSONIC CORP., | : |
| Defendants. | : |

**ORDER**

WHEREAS, on July 11, 2006, Defendant ViewSonic Corp. requested relief from a Protective Order For Jurisdictional Discovery (D.I. 144) to permit it to bring certain documents produced in this suit to the attention of its California counsel in an action pending in the United States District Court for the Central District of California;

WHEREAS, on July 18, 2006, Plaintiff LG Philips Co., Ltd. opposed Defendant's request in a letter submitted to the Special Master;

WHEREAS, on February 17, 2005, the Court ordered all pending discovery disputes be referred to a Special Master (D.I. 174);

WHEREAS, on July 28, 2006, the Special Master recommended that Defendant ViewSonic Corp.'s request for relief from the Protective Order be granted, concluding that Defendant made a sufficient showing that it was permitted the relief requested pursuant to paragraph 15.1(b) of the Protective Order;

WHEREAS, no objections to the Special Master's Report And Recommendations have been filed;

NOW THEREFORE IT IS HEREBY ORDERED that the Special Master's Report And Recommendation On Motion Of Defendant ViewSonic Corp. For Relief From Protective Order (D.I. 275) is **ADOPTED**.

September 27, 2006

_____
UNITED STATES DISTRICT JUDGE