IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 04-343-JJF |
| v. | ) |
| | ) |
| TATUNG CO.; | ) |
| TATUNG COMPANY OF AMERICA, INC.; AND | ) |
| VIEWSONIC CORPORATION | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on October 17, 2006, copies of **DEFENDANT VIEWSONIC CORPORATION'S AMENDED FIRST SUPPLEMENTAL RESPONSES TO PLAINTIFF'S SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS** were served as shown:

**BY E-MAIL AND U.S. MAIL**

Richard D. Kirk
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Frederick L. Cottrell III
Anne Shea Gaza
Richards, Layton & Finger
One Rodney Square
920 King Street
Wilmington, DE 19801

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon, LLP
Hercules Plaza, 6th Flr.
1313 N. Market St.
Wilmington, DE 19899-0951

Mark H. Krietzman
Valerie W. Ho
Frank E. Merideth, Jr.
Greenberg Traurig LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404

489811_1.DOC

Cass W. Christenson
Lora A. Brzezynski
Rel Ambrozy
McKenna Long & Aldridge LLP
1900 K Street NW
Washington, DC 20006

Jong P. Hong
Greenberg Traurig, LLP
1900 University Avenue, 5th Floor
East Palo Alto, CA 94303

**BY E-MAIL AND HAND-DELIVERY**
Tracy R. Roman
Bingham McCutchen LLP
355 South Grand Ave., 44th Floor
Los Angeles, CA 90071-3106

PLEASE TAKE FURTHER NOTICE that, on October 18, 2006, copies of this **NOTICE OF SERVICE** were served as shown:

**BY E-MAIL AND HAND-DELIVERY**

Richard D. Kirk
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Frederick L. Cottrell III
Anne Shea Gaza
Richards, Layton & Finger
One Rodney Square
920 King Street
Wilmington, DE 19801

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon, LLP
1313 N. Market St.
Hercules Plaza, 6th Flr.
Wilmington, DE 19899-0951

**BY E-MAIL AND U.S. MAIL**

| | |
|---|---|
| Cass W. Christenson<br>Lora A. Brzezynski<br>Rel Ambrozy<br>McKenna Long & Aldridge LLP<br>1900 K Street NW<br>Washington, DC 20006 | Mark H. Krietzman<br>Valerie W. Ho<br>Frank E. Merideth, Jr.<br>Greenberg Traurig LLP<br>2450 Colorado Avenue, Suite 400E<br>Santa Monica, CA 90404 |
| Tracy R. Roman<br>Bingham McCutchen LLP<br>355 South Grand Ave., 44th Floor<br>Los Angeles, CA 90071-3106 | Jong P. Hong<br>Greenberg Traurig, LLP<br>1900 University Avenue, 5th Floor<br>East Palo Alto, CA 94303 |

Dated: October 18, 2006

CONNOLLY BOVE LODGE & HUTZ LLP


By:  /s/  *Jeffrey B. Bove*
     Jeffrey B. Bove, Esq. (#998)
     Jaclyn M. Mason, Esq. (#4737)
     The Nemours Building, 8th floor
     1007 North Orange Street
     Wilmington, DE 19801
     Telephone: (302) 658.9141
     Facsimile:  (302) 658.5614

*Attorneys for Defendant ViewSonic Corporation*

Of Counsel:

Scott R. Miller
Connolly Bove Lodge & Hutz LLP
355 South Grand Avenue, Suite 3150
Los Angeles, CA 90071

Tracy R. Roman
Bingham McCutchen LLP
355 South Grand Avenue, Suite 4400
Los Angeles, CA 90071-3106

*Attorneys for ViewSonic Corporation*

**CERTIFICATE OF SERVICE**

      I, Jeffrey B. Bove, hereby certify that on the 18th day of October, 2006, a true copy of the foregoing **NOTICE OF SERVICE OF DEFENDANT VIEWSONIC CORPORATION'S AMENDED FIRST SUPPLEMENTAL RESPONSES TO PLAINTIFF'S SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS** was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following and the document is available for viewing and downloading from CM/ECF:

Richard D. Kirk
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE  19801

Anne Shea Gaza
Frederick L. Cottrell III
Richards, Layton & Finger, P.A.
920 King Street
Wilmington, DE  19801

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon, LLP
1313 N. Market St., 6th Flr.
Wilmington, DE  19899-0951

      I hereby certify that on the 18th day of October, 2006, I have sent by email and U.S. Mail the foregoing document to the following non-registered participants:

Cass W. Christenson
Lora A. Brzezynski
Rel Ambrozy
McKenna Long & Aldridge LLP
1900 K Street NW
Washington, DC  20006

Mark H. Krietzman
Valerie W. Ho
Frank E. Merideth, Jr.
Greenberg Traurig LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, CA  90404

Tracy R. Roman
Bingham McCutchen LLP
355 South Grand Ave., 44th Floor
Los Angeles, CA  90071-3106

Jong P. Hong
Greenberg Traurig, LLP
1900 University Avenue, 5th Floor
East Palo Alto, CA  94303

      By:  /s/ Jeffrey B. Bove
          Jeffrey B. Bove (#998)
          jbove@cblh.com

489811_1.DOC