# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

FREDERICK L. COTTRELL, III
DIRECTOR

DIRECT DIAL
(302) 651-7509
COTTRELL@RLF.COM

November 15, 2006

**BY E-MAIL & HAND DELIVERY**

The Honorable Vincent J. Poppiti
Blank Rome LLP
Chase Manhattan Centre, Suite 800
Wilmington, DE 19801-4226

Re: *LG.Philips LCD Co., Ltd. v. ViewSonic Corp., et al.,*
C.A. No. 04-343-JJF

Dear Special Master Poppiti:

I am writing on behalf of defendants Tatung Co. and Tatung Company of America Inc. (collectively, "Tatung"). On Monday, November 13, 2006, Tatung received Your Honor's letter order (the "Order") and, pursuant thereto, Tatung is procuring from Viewsonic Corporation's counsel an affidavit to submit to Your Honor on or before November 20, 2006.

Apart from that affidavit, we understood Your Honor's Order to not contemplate any additional submissions from the parties. Therefore, Mr. Kirk's letter to Your Honor came as quite a surprise. This is, frankly, yet another instance in which plaintiff has flouted the discovery dispute procedures entered by Your Honor on March 24, 2005 (the "Procedures") and submitted briefing without the courtesy of even advising opposing counsel of their intention to do so. In fact, explicitly recognizing that Your Honor's Procedures do not allow for reply letters, plaintiff's counsel nevertheless proceeded to do just that in his November 14, 2006 letter.

While we disagree with the substance of Mr. Kirk's November 14, 2006 letter, we will not address the statements he made at this time, but rather reserve argument on these issues until the anticipated hearing referenced in Your Honor's Order. Should Your Honor believe additional briefing would be helpful in advance of the hearing, however, Tatung would be happy to provide any such additional briefing or otherwise address the statements made in Mr. Kirk's letter.

RLF1-3082365-1

The Honorable Vincent J. Poppiti
November 15, 2006
Page 2

 Of course, should Your Honor wish to discuss this or any other matter, counsel is available at Your Honor's convenience.

             Respectfully,

             Frederick L. Cottrell, III
             (#2555)

FLC,III/afg

cc: Clerk of the Court (By Electronic Filing)
   Richard Kirk, Esquire
   Cormac T. Connor, Esquire
   Lora Brzezynski, Esquire
   Mark Krietzman, Esquire
   Scott R. Miller, Esquire