IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>TATUNG COMPANY; )<br>TATUNG COMPANY OF AMERICA, INC.; and )<br>VIEWSONIC CORPORATION, )<br>)<br>    Defendants. ) | C.A. No. 04-343-JJF |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on November 16, 2006, copies of (1) PLAINTIFF'S FOURTH SUPPLEMENTAL OBJECTIONS AND ANSWERS TO DEFENDANT VIEWSONIC CORPORATION'S FIRST SET OF INTERROGATORIES and (2) this NOTICE OF SERVICE were served as shown:

**BY EMAIL AND BY HAND**

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon LLP
1313 N. Market St., 6th Fl.
Wilmington, DE 19801

Jeffrey B Bove, Esq.
Jaclyn M. Mason, Esq.
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899-2207

Frederick L. Cottrell, III, Esq.
Anne Shea Gaza, Esq.
Richards, Layton & Finger
One Rodney Sqare
P.O. Box 551
Wilmington, DE 19899

571446v1

**BY EMAIL AND BY U.S. MAIL**

Valerie Ho, Esq.
Mark H. Krietzman, Esq.
Frank C. Merideth, Jr., Esq.
Greenberg Traurig LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404

Scott R. Miller, Esq.
Connolly Bove Lodge & Hutz LLP
355 South Grand Avenue
Suite 3150
Los Angeles, CA 90071

Tracy Roman, Esq.
Bingham McCutchen LLP
355 South Grand Ave., 44th Floor
Los Angeles, CA 90071-3106


November 16, 2006

                                  THE BAYARD FIRM

                                  /s/ Richard D. Kirk (rk0922)
                                  222 Delaware Avenue, Suite 900
                                  P.O. Box 25130
                                  Wilmington, DE  19899-5130
                                  rkirk@bayardfirm.com
                                  (302) 655-5000
                                  Counsel for Plaintiff
                                  LG.PHILIPS LCD CO., LTD.

OF COUNSEL:
Gaspare J. Bono
Matthew T. Bailey
Lora A. Brzezynski
Cass W. Christenson
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006
(202) 496-7500