IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD.,<br><br>               Plaintiff,<br><br>    v.<br><br>TATUNG CO.;<br>TATUNG COMPANY OF AMERICA, INC.; AND VIEWSONIC CORPORATION<br><br>               Defendants. | CIVIL ACTION NO. 04-343 |

**JOINT SUBMISSION OF CLAIM TERMS, PROPOSED
CONSTRUCTIONS AND CITATIONS TO INTRINSIC EVIDENCE
– FILED PURSUANT TO SCHEDULING ORDER**

Attached as Schedule A are the claim constructions and intrinsic evidence citations for each of the parties in the above-referenced matter.

                              CONNOLLY BOVE LODGE & HUTZ LLP

Dated: November 16, 2006        By:   */s/Jeffrey B. Bove*_____
                                                       Jeffrey B. Bove (#998)
                                                       Jaclyn M. Mason (#4737)
                                                       The Nemours Building, 8th Floor
                                                       1007 North Orange Street
                                                       Wilmington, DE  19801
OF COUNSEL:                           (302) 658-9141
Scott R. Miller
355 South Grand Avenue, Suite 3150   *Attorneys for ViewSonic Corporation*
Los Angeles, CA  90071
(213) 787-2500

500099.1                                        1

THE BAYARD FIRM

November 16, 2006

By: */s/Richard D. Kirk*_____
    Richard D. Kirk (#0922)
    222 Delaware Avenue, Suite 900
    P. O. Box 25130
    Wilmington, DE 19899-2306
    (302) 655-5000

OF COUNSEL:
Gaspare J. Bono
Lora A. Brzezynski
Matthew T. Bailey
Cass W. Christenson
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006
(202) 496-7500

*Attorneys for Plaintiff LG.Philips LCD Co., Ltd.*

RICHARDS, LAYTON & FINGER, P.A.

Dated: November 16, 2006

By: */s/Frederick L. Cottrell, III*_____
    Frederick L. Cottrell, III (#2555)
    Anne Shea Gaza (#4093)
    One Rodney Square
    P. O. Box 551
    Wilmington, DE 19809
    (302) 651-7700

OF COUNSEL:
Mark H. Krietzman
Greenberg Traurig LLP
2450 Colorado Boulevard, Suite 400E
Santa Monica, CA 90404
(310) 586-7700

*Attorneys for Defendant Tatung Company*