## **CERTIFICATE OF SERVICE**

I, Jeffrey B. Bove, hereby certify that on the 16th day of November, 2006, a true copy of the foregoing **JOINT SUBMISSION OF CLAIM TERMS, PROPOSED CONSTRUCTIONS AND CITATIONS TO INTRINSIC EVIDENCE – FILED PURSUANT TO SCHEDULING ORDER** was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following and the document is available for viewing and downloading from CM/ECF:

Richard D. Kirk
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Anne Shea Gaza
Frederick L. Cottrell III
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19801

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon, LLP
1313 N. Market St.
Hercules Plaza, 6th Flr.
Wilmington, DE 19899-0951

Joanne Ceballos
Adam L. Balick
Bifferato Gentilotti Biden & Balick
711 North King Street
Wilmington, DE 19801-3503

I hereby certify that on the 16th day of November, 2006, I have sent by email and U.S. Mail the foregoing document to the following non-registered participants:

Cass W. Christenson
Lora A. Brzezynski
McKenna Long & Aldridge LLP
1900 K Street NW
Washington, DC 20006

Christopher Darrow
Mark H. Krietzman
Greenberg Traurig LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404

Tracy R. Roman
Bingham McCutchen LLP
355 South Grand Ave., 44th Floor
Los Angeles, CA 90071-3106

By: */s/ Jeffrey B. Bove*
    Jeffrey B. Bove (#998)
    jbove@cblh.com

488480_1.DOC