# EXHIBIT 12

Case 1:04-cv-00343-JJF   Document 316-14   Filed 11/20/2006   Page 1 of 2

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD.,<br><br>        Plaintiff,<br><br>        v.<br>TATUNG CO.;<br>TATUNG COMPANY OF AMERICA, INC.; AND<br>VIEWSONIC CORPORATION<br><br>        Defendants. | Civil Action No. 04-343 (JJF) |

**ORDER**

Having considered the parties' submissions and arguments regarding VIEWSONIC CORPORATION'S OBJECTIONS TO PORTIONS OF SPECIAL MASTER'S REPORT AND RECOMMENDATIONS ON VIEWSONIC CORPORATION'S MOTION TO COMPEL DISCOVERY,

**IT IS HEREBY ORDERED** this _____ day of _____ 2006 that the OBJECTIONS are SUSTAINED and ViewSonic's Requests for Admission Nos. 5, 6, 7, and 15 are deemed admitted.

                                                            _____
                                                            Joseph J. Farnan, Jr.
                                                            United States District Judge
                                                            U.S. District Court for the District of Delaware