IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG. PHILIPS LCD CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> TATUNG CO.; <br> TATUNG COMPANY OF AMERICA, INC.; AND <br> VIEWSONIC CORPORATION <br><br> Defendants. | CIVIL ACTION NO. 04-343 |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Manuel C. Nelson of Connolly Bove Lodge & Hutz LLP to represent defendant ViewSonic Corporation in this matter.

CONNOLLY BOVE LODGE & HUTZ LLP

Dated: November 28, 2006

By: _____
Jeffrey B. Bove (#998)
Jaclyn M. Mason (#4737)
The Nemours Building, 8th Floor
1007 North Orange Street
Wilmington, DE 19801
(302) 658-9141

Of Counsel:
Scott R. Miller
355 South Grand Avenue, Suite 3150
Los Angeles, CA 90071
(213) 787-2500

*Attorneys for ViewSonic Corporation*

501078.1

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: _____    Signed: _____
                                                   Hon. Joseph J. Farnan, Jr.

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 11/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: November 21, 2006         Signed: _____
                                         Manuel C. Nelson
                                         Connolly Bove Lodge & Hutz LLP
                                         355 South Grand Avenue, Suite 3150
                                         Los Angeles, CA 90071

501078.1

## CERTIFICATE OF SERVICE

I, Jeffrey B. Bove, hereby certify that on the 28th day of November, 2006, a true copy of the foregoing **MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*** was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following and the document is available for viewing and downloading from CM/ECF:

Richard D. Kirk
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Anne Shea Gaza
Frederick L. Cottrell III
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19801

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon, LLP
1313 North Market Street
Hercules Plaza, 6th Floor
Wilmington, DE 19899-0951

I hereby certify that on the 28th day of November, 2006, I have sent by email and U.S. Mail the foregoing document to the following non-registered participants:

Cass W. Christenson
Lora A. Brzezynski
Rel S. Ambrozy
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006

Mark H. Krietzman
Valerie W. Ho
Frank E. Merideth, Jr.
Greenberg Traurig, LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404

Tracy R. Roman
Bingham McCutchen LLP
355 South Grand Avenue, 44th Floor
Los Angeles, CA 90071-3106

Jong P. Hong
Greenberg Traurig, LLP
1900 University Avenue, 5th Floor
East Palo Alto, CA 94303

By: /s/ *Jeffrey B. Bove*
    Jeffrey B. Bove (#998)
    jbove@cblh.com

501078.1