IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> TATUNG CO.; <br> TATUNG COMPANY OF AMERICA, INC.; AND <br> VIEWSONIC CORPORATION <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 04-343-JJF <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 83.7, Defendants hereby notify the Court that Richard L. Horwitz and David E. Moore of Potter Anderson & Corroon, LLP, 1313 North Market Street, Hercules Plaza, 6th Floor, Wilmington, DE 19899-0951, are withdrawing as counsel for defendant ViewSonic in this action.

The undersigned remains counsel of record for defendant ViewSonic Corporation in this action.

Dated: November 28, 2006    CONNOLLY BOVE LODGE & HUTZ LLP

By: /s/ Jeffrey B. Bove
Jeffrey B. Bove, Esq. (#998)
Jaclyn M. Mason, Esq. (#4737)
The Nemours Building, 8th floor
1007 North Orange Street
Wilmington, DE 19801
Telephone: (302) 658-9141
Facsimile: (302) 658-5614

*Attorneys for Defendant ViewSonic Corporation*

LA/481332_1.DOC

Of Counsel:

Scott R. Miller
Connolly Bove Lodge & Hutz LLP
355 South Grand Avenue
Suite 3150
Los Angeles, CA  90071

*Attorney for ViewSonic Corporation*

## CERTIFICATE OF SERVICE

I, Jeffrey B. Bove, hereby certify that on the 28th day of November, 2006, a true copy of the foregoing **NOTICE OF WITHDRAWAL OF COUNSEL** was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following and the document is available for viewing and downloading from CM/ECF:

Richard D. Kirk
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Anne Shea Gaza
Frederick L. Cottrell III
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19801

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon, LLP
1313 North Market Street
Hercules Plaza, 6th Floor
Wilmington, DE 19899-0951

I hereby certify that on the 28th day of November, 2006, I have sent by email and U.S. Mail the foregoing document to the following non-registered participants:

Cass W. Christenson
Lora A. Brzezynski
Rel S. Ambrozy
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006

Mark H. Krietzman
Valerie W. Ho
Frank E. Merideth, Jr.
Greenberg Traurig, LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404

Tracy R. Roman
Bingham McCutchen LLP
355 South Grand Avenue, 44th Floor
Los Angeles, CA 90071-3106

Jong P. Hong
Greenberg Traurig, LLP
1900 University Avenue, 5th Floor
East Palo Alto, CA 94303

By: /s/ *Jeffrey B. Bove*
Jeffrey B. Bove (#998)
jbove@cblh.com