IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD.,<br><br>           Plaintiff,<br><br>          v.<br>TATUNG CO.;<br>TATUNG COMPANY OF AMERICA, INC.; AND VIEWSONIC CORPORATION<br><br>           Defendants. | CIVIL ACTION NO. 04-343 |

### NOTICE OF DEPOSITION OF JONG-HWAN KIM

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Rule 26 of the Federal Rules of Civil Procedure, Defendant ViewSonic Corporation will take the deposition of Jong-Hwan Kim beginning on February 15, 2007 at 10:00 a.m. at the offices of Connolly Bove Lodge & Hutz LLP located at 355 South Grand Avenue, Suite 3150, Los Angeles, California 90071, or at such other time and/or place as counsel for all parties may agree. The deposition will be conducted upon oral examination before a certified court reporter, notary public, or other person authorized by law to administer oaths. The deposition will continue from day to day until completed. The deposition will be recorded by videotape and stenographically and may use technology that permits the real time display of the deposition transcript. Parties wishing to see the real time

484141.1

display must supply their own computer.

                                CONNOLLY BOVE LODGE & HUTZ LLP

Dated: November 29, 2006      By: */s/ Jaclyn M. Mason*
                                           Jeffrey B. Bove, Esq. (#998)
                                           Jaclyn M. Mason, Esq. (#4737)
                                           The Nemours Building, 8th Floor
                                           1007 North Orange Street
                                           Wilmington, DE 19801
                                           Telephone: (302) 658-9141
                                           Facsimile: (302) 658-5614

                                           Scott R. Miller, Esq.
                                           355 South Grand Avenue, Suite 3150
                                           Los Angeles, CA 90071
                                           Telephone: (213) 787-2500
                                           Facsimile: (213) 687-0498

                                         *Attorneys for ViewSonic Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of November, 2006, a true copy of the foregoing **Notice of Deposition of Jong-Hwan Kim** was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following and the document is available for viewing and downloading from CM/ECF:

| | |
|---|---|
| Richard D. Kirk<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE  19801 | Anne Shea Gaza<br>Frederick L. Cottrell III<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>Wilmington, DE  19801 |

I hereby certify that on the 29th day of November, 2006, I have sent by email the foregoing document to the following non-registered participants:

| | |
|---|---|
| Cass W. Christenson<br>Lora A. Brzezynski<br>Rel S. Ambrozy<br>McKenna Long & Aldridge LLP<br>1900 K Street, NW<br>Washington, DC  20006 | Mark H. Krietzman<br>Valerie W. Ho<br>Frank E. Merideth, Jr.<br>Greenberg Traurig, LLP<br>2450 Colorado Avenue, Suite 400E<br>Santa Monica, CA  90404 |
| Tracy R. Roman<br>Bingham McCutchen LLP<br>355 South Grand Avenue, 44th Floor<br>Los Angeles, CA  90071-3106 | Jong P. Hong<br>Greenberg Traurig, LLP<br>1900 University Avenue, 5th Floor<br>East Palo Alto, CA  94303 |

By: */s/   Jaclyn M. Mason*
Jaclyn M. Mason (#4737)
jmason@cblh.com