# EXHIBIT 6

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD.,<br><br>    Plaintiff,<br><br>        v.<br>TATUNG CO.;<br>TATUNG COMPANY OF AMERICA, INC.; AND<br>VIEWSONIC CORPORATION<br><br>    Defendants. | Civil Action No. 04-343 (JJF) |

## **ORDER**

Having considered the parties' submissions and arguments regarding the November 16, 2006 Objections of LG.Philips LCD Co. Ltd. to Portions of the Special Master's November 8, 2006 Report and Recommendations on ViewSonic's Motion to Compel,

**IT IS HEREBY ORDERED** this _____ day of _____ 2006 that the OBJECTIONS are OVERRULED and ViewSonic's Requests for Admission Nos. 17 and 23 are deemed admitted.

 

_____
Joseph J. Farnan, Jr.
United States District Judge
U.S. District Court for the District of Delaware

1