## **CERTIFICATE OF SERVICE**

      I, Jeffrey B. Bove, hereby certify that on the 1st day of December, 2006, a true copy of the foregoing was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following and the document is available for viewing and downloading from CM/ECF:

| | |
|---|---|
| Richard D. Kirk<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE  19801 | Anne Shea Gaza<br>Frederick L. Cottrell III<br>Richards, Layton & Finger<br>One Rodney Square<br>Wilmington, DE  19801 |
| Richard L. Horwitz<br>David E. Moore<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St.<br>Hercules Plaza, 6th Flr.<br>Wilmington, DE  19899-0951 | Joanne Ceballos<br>Adam L. Balick<br>Bifferato Gentilotti Biden & Balick<br>711 North King Street<br>Wilmington, DE 19801-3503 |

      I hereby certify that on the 1st day of December, 2006, I have sent by FedEx overnight the foregoing documents to the following non-registered participants:

| | |
|---|---|
| Cass W. Christenson<br>Lora A. Brzezynski<br>McKenna Long & Aldridge LLP<br>1900 K Street NW<br>Washington, DC  20006 | Christopher Darrow<br>Mark H. Krietzman<br>Greenberg Traurig LLP<br>2450 Colorado Avenue, Suite 400E<br>Santa Monica, CA  90404 |
| Tracy R. Roman<br>Bingham McCutchen LLP<br>355 South Grand Ave., 44th Floor<br>Los Angeles, CA  90071-3106 | |

                                                                                By: /s/ *Jeffrey B. Bove*
                                                                                          Jeffrey B. Bove (#998)