

Phone:   (302) 425-6410
Fax:     (302) 428-5132
Email:   poppiti@blankrome.com

December 5, 2006

Richard D. Kirk, Esquire  
The Bayard Firm  
222 Delaware Ave., Suite 900  
Wilmington, DE 19801

Frederick L. Cottrell, III, Esquire  
Richards Layton & Finger  
One Rodney Square  
920 N. King Street  
Wilmington, DE 19801

Re: LG. Philips LCD Co., Ltd. v. Tatung Co., et al.; C.A. No. 04-343 JJF; Plaintiff's Three Pending Motions to Compel Discovery from Defendant Viewsonic Corporation

Dear Counsel:

I write in connection with the three motions to compel submitted by Plaintiff against Defendant ViewSonic Corporation on September 27, 2006. The Motions to Compel include (a) Plaintiff's Motion to Compel Discovery Regarding Indirect Infringement and Damages; (b) Plaintiff's Motion to Compel Technical and Mounting-Related Discovery; and (c) Plaintiff's Motion to Compel Discovery on Advice of Counsel and Duty of Care.

In light of the various "meet and confers" that have been held between the parties, ViewSonic's written opposition papers and Amended First Supplemental Responses to Plaintiff's Second Set of Requests for Production of Documents, and any recent document production by ViewSonic, the Plaintiff is directed to submit a letter (with a copy to all counsel of record), on or before December 8, 2006, identifying which Interrogatories and/or Document Requests remain at issue for each Motion to Compel.

Very truly yours,

Vincent J. Poppiti  
Special Master

VJP:mes

Chase Manhattan Centre 1201 Market Street Suite 800 Wilmington, DE 1980
www.BlankRome.com

062038.00612/40165794v.1

Delaware • Florida • New Jersey • New York • Ohio • Pennsylvania • Washington, DC • Hong Kong