

Phone:   (302) 425-6410
Fax:     (302) 428-5132
Email:   Poppiti@BlankRome.com

December 6, 2006

Richard D. Kirk, Esquire
The Bayard Firm
222 Delaware Ave., Suite 900
P.O. Box 25130
Wilmington, DE 19899

Anne Shea Gaza, Esquire
Richards Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801

Jeffrey B Bove, Esquire
Boyer & Katz LLC
42 Reads Way, Suite 114
New Castle Corporate Commons
New Castle, DE 19720

      Re:   LG. Philips LCD Co., Ltd. v. ViewSonic Corporation, et al.
              ViewSonic's Motion to Preclude LPL's untimely Patent Infringement
              Contentions and Tatung's joinder to said Motion
              C.A. No. 04-343 JJF

Dear Counsel:

      By letter correspondence dated November 17, 2006, ViewSonic moves pursuant to Fed. R. Civ. P. 37(c)(1) for an Order barring LPL from asserting new claims raised in its November 8, 2006 response to Interrogatory No. 1. By correspondence dated November 28, 2006, Defendants Tatung Company and Tatung Company of America (collectively "Tatung") joined in the referenced Motion.

      By correspondence dated November 22, 2006, November 30, 2006 and December 4, 2006, LPL takes the position that the Special Master does not have the authority pursuant to the Order Appointing Special Master (D.I. 178) to entertain the motion.

      Concluding that the issue of authority to entertain the motion should be immediately addressed, the Special Master intends to have an ex parte communication with the Court as permitted by paragraph 6 of the Order Appointing Special Master.



Richard D. Kirk, Esquire
Anne Shea Gaza, Esquire
Jeffrey B Bove, Esquire
December 6, 2006
Page 2

    The Special Master will advise the parties in this regard after the communication has occurred.

Very truly yours,

Vincent J. Poppiti
Special Master
(DSBA 100614)

VJP:slc

cc:    Judge Joseph J. Farnan, Jr.