IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>TATUNG CO.; )<br>TATUNG COMPANY OF AMERICA, INC.; AND )<br>VIEWSONIC CORPORATION )<br>)<br>Defendants. )<br>) | C.A. No. 04-343-JJF |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on December 4, 2006, counsel for Defendant ViewSonic Corporation has subpoenaed HEWLETT-PACKARD COMPANY, as more particularly set forth in the attached subpoena, by serving true and correct copies as shown below:

**VIA HAND DELIVERY**

CT Corporation Systems, Inc.
Registered Agent for Service of Process
818 West 7th Street, 2nd Floor
Los Angeles, CA 90017

Dated: December 8, 2006

CONNOLLY BOVE LODGE & HUTZ LLP

By: /s/ Jeffrey B. Bove
    Jeffrey B. Bove, Esq. (#998)
    Jaclyn M. Mason, Esq. (#4737)
    1007 North Orange Street, 8th floor
    Wilmington, DE 19801
    Telephone: (302) 658.9141

*Attorneys for Defendant ViewSonic Corporation*

503944_1.DOC

<u>Of Counsel:</u>

Scott R. Miller
Manuel C. Nelson
Connolly Bove Lodge & Hutz LLP
355 South Grand Ave.
Suite 3150
Los Angeles, CA  90071

*Attorney for ViewSonic Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of December, 2006, a true copy of the foregoing NOTICE OF SERVICE OF DEFENDANT VIEWSONIC CORPORATION'S SUBPOENA TO HEWLETT-PACKARD COMPANY was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following and the document is available for viewing and downloading from CM/ECF:

Richard D. Kirk
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Anne Shea Gaza
Frederick L. Cottrell III
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19801

I hereby certify that on the 8th day of December, 2006, I have sent by email and U.S. Mail the foregoing document to the following non-registered participants:

Cass W. Christenson
Lora A. Brzezynski
Rel S. Ambrozy
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006

Mark H. Krietzman
Valerie W. Ho
Frank E. Merideth, Jr.
Steve P. Hassid
Greenberg Traurig, LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404

Tracy R. Roman
Bingham McCutchen LLP
355 South Grand Avenue, 44th Floor
Los Angeles, CA 90071-3106

Jong P. Hong
Greenberg Traurig, LLP
1900 University Avenue, 5th Floor
East Palo Alto, CA 94303

By: /s/ *Jeffrey B. Bove*
Jeffrey B. Bove (#998)
jbove@cblh.com