# Exhibit 2

| ATTORNEY OR PARTY WITHOUT ATTORNEY (name and Address) | | | | FOR COURT USE ONLY |
|---|---|---|---|---|
| SCOTT R. MILLER<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>355 SOUTH GRAND AVENUE, SUITE 3150<br>LOS ANGELES, CA 90071<br>(213) 787-2510<br>Attorney(s) for: DEFENDANT<br>Ref.: 683925 JMC | | | | |
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | | | | |
| LG PHILIPS LCD CO., LTD. VS. TATUNG CO.; TATUNG COMPANY OF AMERICA, INC.; VIEWSONIC CORPORATION | | | | |
| **PROOF OF SERVICE** | HEARING DATE:<br>JANUARY 19, 2007 | HEARING TIME:<br>10:00 A.M. | DEPT | CASE NUMBER:<br>USDC (Delaware) CV04-343 |

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the:
SUBPOENA IN A CIVIL CASE; LETTER DATED: DECEMBER 1, 2006

2. a. Party served:    HEWLETT-PACKARD COMPANY

   b. Witness served:    CT CORPORATION SYSTEMS, INC., REGISTERED AGENT FOR SERVICE OF PROCESS, BY SERVING DIANE CHRISTMAN, PROCESS SPECIALIST

   c. Address:    818 WEST 7TH STREET, 2ND FLOOR
                  LOS ANGELES, CA 90017

3. I served the party named in item 2a. by personally delivering the copies to the person served as follows:

(1) on: DECEMBER 4, 2006          (2) at: 12:10 P.M.

4. Witness fees and mileage both ways (check one):    ☒(1) were paid. Amount: $40.35
                                                       ☐(2) were not paid.
5. I received this subpoena for service on (date): DECEMBER 4, 2006

6. Person serving:
TIMOTHY A. TIN
WORLDWIDE NETWORK, INC.                    a. Fee for service $
350 SOUTH FIGUEROA, SUITE 299
LOS ANGELES, CALIFORNIA 90071               b. Registered California process server
(213) 620-9400                                 (1) Employee or independent contractor
                                               (2) Registration No.: 4197
                                               (3) County : LOS ANGELES

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: December 4, 2006

PROOF OF SERVICE