IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>TATUNG CO.;<br>TATUNG COMPANY OF AMERICA, INC.; AND<br>VIEWSONIC CORPORATION<br><br>Defendants. | CIVIL ACTION NO. 04-343 |

## NOTICE OF DEPOSITION OF HEWLETT-PACKARD

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Rules 26 of the Federal Rules of Civil Procedure, Defendant ViewSonic Corporation will take the deposition of Hewlett-Packard Company ("HP") beginning on January 19, 2007 at 10:00 a.m. at the offices of Day Casebeer Madrid & Batchelder LLP, 20300 Stevens Creek Boulevard, Suite 400, Cupertino, CA 95014. The deposition will be conducted upon oral examination before a certified court reporter, notary public, or other person authorized by law to administer oaths. The deposition will continue from day to day until completed. The deposition will be recorded by videotape and stenographically, and may use technology that permits the real time display of the deposition transcript. Parties wishing to see the real time display must supply their own computer.

|  |  |
|---|---|
|  | CONNOLLY BOVE LODGE & HUTZ LLP |
| Dated: December 8, 2006 | By: /s/ *Jeffrey B. Bove* <br> Jeffrey B. Bove, Esq. (#998) <br> Jaclyn M. Mason, Esq. (#4737) <br> The Nemours Building, 8th Floor <br> 1007 North Orange Street <br> Wilmington, DE 19801 <br> Telephone: (302) 658-9141 <br> Facsimile: (302) 658-5614 <br><br> Scott R. Miller, Esq. <br> Manuel C. Nelson, Esq. <br> 355 South Grand Avenue, Suite 3150 <br> Los Angeles, CA 90071 <br> Telephone: (213) 787-2500 <br> Facsimile: (213) 687-0498 <br><br> *Attorneys for ViewSonic Corporation* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of December, 2006, a true copy of the foregoing DEFENDANT VIEWSONIC CORPORATION'S NOTICE OF DEPOSITION TO HEWLETT-PACKARD COMPANY was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following and the document is available for viewing and downloading from CM/ECF:

Richard D. Kirk
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Anne Shea Gaza
Frederick L. Cottrell III
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19801

I hereby certify that on the 8th day of December, 2006, I have sent by email and U.S. Mail the foregoing document to the following non-registered participants:

Cass W. Christenson
Lora A. Brzezynski
Rel S. Ambrozy
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006

Mark H. Krietzman
Valerie W. Ho
Frank E. Merideth, Jr.
Steve P. Hassid
Greenberg Traurig, LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404

Tracy R. Roman
Bingham McCutchen LLP
355 South Grand Avenue, 44th Floor
Los Angeles, CA 90071-3106

Jong P. Hong
Greenberg Traurig, LLP
1900 University Avenue, 5th Floor
East Palo Alto, CA 94303

By: */s/ Jeffrey B. Bove*
Jeffrey B. Bove (#998)
jbove@cblh.com