IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> TATUNG COMPANY; TATUNG COMPANY OF AMERICA, INC.; and VIEWSONIC CORPORATION, <br><br> Defendants. | Civil Action No. 04-343-JJF |

### STIPULATION AND ORDER MODIFYING THE SCHEDULING ORDER

WHEREAS, Tracy Roman, who has been counsel for defendant ViewSonic Corporation since the start of the instant action and who has substantial responsibility for the preparation of the Claim Construction briefs for ViewSonic Corporation, is changing law firms and has requested the parties extend the deadline for filing the Opening Claim Construction Briefs by one week to accommodate her transition;

WHEREAS, the parties intend to further meet and confer during that additional week to discuss whether any of the terms proposed for construction can be withdrawn; and,

WHEREAS the parties believe that extending the date for filing the Opening Claim Construction Briefs as proposed herein will not require any other change in the schedule set by the Court for the claim construction process and may allow the parties to agree to withdraw certain terms from the claim construction process;

NOW THEREFORE, THE PARTIES HERETO STIPULATE AND AGREE, subject to the approval of the Court, that the Rule 16 Scheduling Order, dated August 18, 2005 (D.I. 198)

504881_1.DOC

(the "Scheduling Order"), and as amended on September 18, 2006 (D.I. 291) (the "Amended Scheduling Order") be modified in the following ways:

1. Paragraph 8 of the Scheduling Order and Paragraph 2(b)(v) of the Amended Scheduling Order is modified to provide that Opening Briefs regarding Claim Construction for each party will be filed by **December 22, 2006** instead of the currently scheduled deadline of December 15, 2006.

2. This modification makes no other changes to the Scheduling Order or the Amended Scheduling Order. All other dates referred to in the Scheduling Order and Amended Scheduling Order remain fully effective.

|   |   |
|---|---|
| THE BAYARD FIRM | CONNOLLY BOVE LODGE & HUTZ LLP |
| /s/ Richard D. Kirk | /s/ Jeffrey B. Bove |
| Richard D. Kirk | Jeffrey B. Bove |
| rkirk@bayardfirm.com | jbove@cblh.com |
| 222 Delaware Avenue, Suite 900 | Jaclyn M. Mason |
| P.O. Box 25130 | jmason@cblh.com |
| Wilmington, DE 19899 | 1007 North Orange Street |
| (302) 655-5000 | P.O. Box 2207 |
| *Attorneys for Plaintiff* | Wilmington, Delaware 19899-2207 |
| *LG.Philips LCD Co., Ltd.* | (302) 658-9141 |
|   | *Attorneys for Defendant ViewSonic Corporation* |

RICHARDS, LAYTON & FINGER, P.A.

_/s/ Anne Shea Gaza_
Frederick L. Cottrell, III
Cottrell@rlf.com
Anne Shea Gaza
gaza@rlf.com
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
*Attorneys for Defendants Tatung Company
and Tatung Company of America, Inc.*


SO ORDERED this _13_ day of _December_, 2006.

_____
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of December, 2006, a true copy of the foregoing Stipulation and Order Modifying the Scheduling Order was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following and the document is available for viewing and downloading from CM/ECF:

Richard D. Kirk
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Anne Shea Gaza
Frederick L. Cottrell III
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19801

I hereby certify that on the 12th day of December, 2006, I have sent by email and U.S. Mail the foregoing document to the following non-registered participants:

Cass W. Christenson
Lora A. Brzezynski
Rel S. Ambrozy
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006

Mark H. Krietzman
Valerie W. Ho
Frank E. Merideth, Jr.
Steve P. Hassid
Greenberg Traurig, LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404

Tracy R. Roman
Bingham McCutchen LLP
355 South Grand Avenue, 44th Floor
Los Angeles, CA 90071-3106

Jong P. Hong
Greenberg Traurig, LLP
1900 University Avenue, 5th Floor
East Palo Alto, CA 94303

By: /s/ *Jeffrey B. Bove*
Jeffrey B. Bove (#998)
jbove@cblh.com