# THE BAYARD FIRM
ATTORNEYS

222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899
ZIP CODE FOR DELIVERIES: 19801

MERITAS LAW FIRMS WORLDWIDE

www.bayardfirm.com
302-655-5000
(FAX) 302-658-6395
WRITER'S DIRECT ACCESS

(302) 429-4208
rkirk@bayardfirm.com

BY HAND AND BY EMAIL

December 14, 2006

The Honorable Vincent J. Poppiti
Blank Rome LLP
Chase Manhattan Center
1201 Market Street, Suite 800
Wilmington, DE 19801

Re:   *LG.Philips LCD Co., Ltd. v. ViewSonic Corporation, et al.*;
U.S. District Court Case No. 04-343 JJF

Dear Special Master Poppiti:

At Your Honor's request, this letter is intended to summarize the telephone conference held on Friday, December 8, 2006. It has been reviewed and approved by all counsel.

The Special Master and all counsel had a telephone conference on Friday, December 8, 2006, starting at 3:45 p.m. to discuss the scheduling of a hearing for all pending discovery motions. The Special Master and the parties have reserved Thursday, December 28, 2006 for that hearing. Not later than December 19, 2006, the parties shall notify the Special Master if they want the hearing to take place in person. (Subsequent to the call, the Tatung Defendants informed plaintiff and ViewSonic that they would prefer an in-person hearing on December 28, 2006.) The Special Master will determine whether the hearing will be in person or by telephone and will schedule the start time accordingly. The parties contemplate that the hearing will take all or most of the day on December 28, 2006.

The Special Master allowed ViewSonic to file a response, not to exceed two pages, to the December 8, 2006 letter to the Special Master from LPL. The Special Master also agreed to receive supplementation of the parties' prior submissions on the pending motions, intended to update the prior submissions, not reargue them, as follows: On December 20, 2006 by 5:00 p.m. EST, the parties will exchange their proposed supplemental statements. Then by December 22, 2006 by 5:00 p.m. EST, the parties will jointly send a single supplemental submission to the Special Master.

646207-1

THE BAYARD FIRM

The Honorable Vincent J. Poppiti
December 14, 2006
Page 2

      In the joint supplemental submission, each party is limited to ten pages (double spaced) per set of motions (i.e., LPL has ten pages for its motions regarding ViewSonic and ten pages for its motions regarding Tatung, and ViewSonic and Tatung each have ten pages for their motions regarding LPL).

Respectfully submitted,

Richard D. Kirk (rk0922)

cc: Counsel as shown on the attached certificate

646207-1

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on December 14, 2006, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Jeffrey B Bove, Esq.
Jaclyn M. Mason, Esq.
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899-2207

Frederick L. Cottrell, III, Esq.
Anne Shea Gaza, Esq.
Richards, Layton & Finger
One Rodney Sqare
P.O. Box 551
Wilmington, DE 19899

The undersigned counsel further certifies that copies of the foregoing document were sent by hand to the above counsel and by email and first class mail to the following non-registered participants:

Scott R. Miller, Esq.
Connolly Bove Lodge & Hutz LLP
355 South Grand Avenue
Suite 3150
Los Angeles, CA 90071

Valerie Ho, Esq.
Mark H. Krietzman, Esq.
Frank C. Merideth, Jr., Esq.
Greenberg Traurig LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404

Tracy Roman, Esq.
Bingham McCutchen LLP
355 South Grand Ave., 44th Floor
Los Angeles, CA 90071-3106

The Honorable Vincent J. Poppiti
Blank Rome LLP
Chase Manhattan Center
1201 Market Street, Suite 800
Wilmington, DE  19801


/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

571447-1