IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 04-343-JJF |
| v. ) | |
| ) | |
| TATUNG COMPANY; ) | |
| TATUNG COMPANY OF AMERICA, INC.; and ) | |
| VIEWSONIC CORPORATION, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on December 21, 2006, copies of **(1) PLAINTIFF'S OBJECTIONS TO DEFENDANTS' NOTICES OF RULE 30(b)(6) DEPOSITION (TOPICS 7-12); (2) PLAINTIFF'S OBJECTIONS TO DEFENDANTS' NOTICES OF RULE 30(b)(6) DEPOSITION (TOPICS 13-18); PLAINTIFF'S OBJECTIONS TO DEFENDANTS' NOTICES OF RULE 30(b)(6) DEPOSITION (TOPICS 19-30)**; and (4) this **NOTICE OF SERVICE** were served as shown:

**BY EMAIL AND BY HAND**

Jeffrey B Bove, Esq.
Jaclyn M. Mason, Esq.
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899-2207

Frederick L. Cottrell, III, Esq.
Anne Shea Gaza, Esq.
Richards, Layton & Finger
One Rodney Sqare
P.O. Box 551
Wilmington, DE 19899

**BY EMAIL AND BY U.S. MAIL**

Valerie Ho, Esq.
Mark H. Krietzman, Esq.
Frank C. Merideth, Jr., Esq.
Greenberg Traurig LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404

Scott R. Miller, Esq.
Connolly Bove Lodge & Hutz LLP
355 South Grand Avenue
Suite 3150
Los Angeles, CA 90071

571446-1

Tracy Roman, Esq.
Raskin Peter Rubin & Simon LLP
1801 Century Park East, Suite 2300
Los Angeles, CA 90067


December 21, 2006                         THE BAYARD FIRM

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk
Ashley B. Stitzer
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899-5130
rkirk@bayardfirm.com
(302) 655-5000
Counsel for Plaintiff
LG.PHILIPS LCD CO., LTD.

OF COUNSEL:
Gaspare J. Bono
Matthew T. Bailey
Lora A. Brzezynski
Cass W. Christenson
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006
(202) 496-7500

571446-1                      2