**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

LG.PHILIPS LCD CO., LTD.,

          Plaintiff/Counterclaim Defendant,

          v.

TATUNG CO.; TATUNG COMPANY OF
AMERICA, INC.; and VIEWSONIC
CORPORATION,

          Defendants/Counterclaim Plaintiffs.

Civil Action No. 04-343 (JJF)

**APPENDIX OF EXHIBITS TO
PLAINTIFF LG.PHILIP'S LCD CO., LTD.'S
OPENING CLAIM CONSTRUCTION BRIEF**

December 22, 2006

THE BAYARD FIRM

Richard D. Kirk (#922)
Ashley B. Stitzer (#3891)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899-5130
(302) 429-4208
Counsel for Plaintiff
LG.PHILIPS LCD CO., LTD.

OF COUNSEL:

Gaspare J. Bono
Rel S. Ambrozy
Lora A. Brzezynski
Cass W. Christenson
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, D.C. 20006
(202) 496-7500

**LPL's EXHIBITS**

LPL1   McGraw-Hill Dictionary of Engineering ("housing")

LPL2   American Heritage Dictionary ("housing")

LPL3   McGraw-Hill Dictionary of Scientific & Technical Terms ("data processing")

LPL4   McGraw-Hill Dictionary of Scientific & Technical Terms ("device")

LPL5, American Heritage Dictionary ("hole")

LPL6   Webster's Third New International Dictionary ("frame")

LPL7   American Heritage Dictionary ("capable")

LPL8   McGraw-Hill Dictionary of Engineering ("unit")

LPL9   American Heritage Dictionary ("protruding")

LPL10 U.S. Patent No. 5,379,182

# EXHIBIT LPL1



McGraw-Hill

Dictionary of

Scientific and

Technical

Terms

Fifth Edition

LPL-11420

On the cover: Photomicrograph of crystals of vitamin B₁.
*(Dennis Kunkel, University of Hawaii)*

Included in this Dictionary are definitions which have been published previously in the following works: P. B. Jordain, *Condensed Computer Encyclopedia*, Copyright © 1969 by McGraw-Hill, Inc. All rights reserved J. Markus, *Electronics and Nucleonics Dictionary*, 4th ed., Copyright © 1960, 1966, 1978 by McGraw-Hill, Inc. All rights reserved. J. Quick, *Artists' and Illustrators' Encyclopedia*, Copyright © 1969 by McGraw-Hill, Inc. All rights reserved. *Blakiston's Gould Medical Dictionary*, 3d ed., Copyright © 1956, 1972 by McGraw-Hill, Inc. All rights reserved. T. Baumeister and L. S. Marks, eds., *Standard Handbook for Mechanical Engineers*, 7th ed., Copyright © 1958, 1967 by McGraw-Hill, Inc. All rights reserved.

In addition, material has been drawn from the following references: R. E. Huschke, *Glossary of Meteorology*, American Meteorological Society, 1959; *U.S. Air Force Glossary of Standardized Terms*, AF Manual 11-1, vol. 1, 1972; *Communications-Electronics Terminology*, AF Manual 11-1, vol. 3, 1970; W. H. Allen, ed., *Dictionary of Technical Terms for Aerospace Use*, 1st ed., National Aeronautics and Space Administration, 1965; J. M. Gilliland, *Solar-Terrestrial Physics: A Glossary of Terms and Abbreviations*, Royal Aircraft Establishment Technical Report 67158, 1967; *Glossary of Air Traffic Control Terms*, Federal Aviation Agency; *A Glossary of Range Terminology*, White Sands Missile Range, New Mexico, National Bureau of Standards, AD 467-424; *A DOD Glossary of Mapping, Charting and Geodetic Terms*, 1st ed., Department of Defense, 1967; P. W. Thrush, comp. and ed., *A Dictionary of Mining, Mineral, and Related Terms*, Bureau of Mines, 1968; *Nuclear Terms: A Glossary*, 2d ed., Atomic Energy Commission; F. Casey, ed., *Compilation of Terms in Information Sciences Technology*, Federal Council for Science and Technology, 1970; *Glossary of Stinfo Terminology*, Office of Aerospace Research, U.S. Air Force, 1963; *Naval Dictionary of Electronic, Technical, and Imperative Terms*, Bureau of Naval Personnel, 1962; *ADP Glossary*, Department of the Navy, NAVSO P-3097.

**McGRAW-HILL DICTIONARY OF SCIENTIFIC AND TECHNICAL TERMS,**
**Fifth Edition**

Copyright © 1994, 1989, 1984, 1978, 1976, 1974 by McGraw-Hill, Inc. All rights reserved. Printed in the United States of America. Except as permitted under the United States Copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a database or retrieval system, without the prior written permission of the publisher.

5 6 7 8 9 0    DOW/DOW    9 9

ISBN 0-07-042333-4



Library of Congress Cataloging-in-Publication Data

McGraw-Hill dictionary of scientific and technical terms /
    Sybil P. Parker, editor in chief.—5th ed.
        p.    cm.
    ISBN 0-07-042333-4
    1. Science—Dictionaries.    2. Technology—Dictionaries.
    I. Parker, Sybil P.
    Q123.M34 1993
    503—dc20                                      93-34772
                                                       CIP

**INTERNATIONAL EDITION**

Copyright © 1994. Exclusive rights by McGraw-Hill, Inc. for manufacture and export. This book cannot be re-exported from the country to which it is consigned by McGraw-Hill. The International Edition is not available in North America.

When ordering this title, use ISBN 0-07-113584-7.

LPL-11421

**hot stamp** [ENG] An impression on a forging made in a heated condition. { 'hät ,stamp }

**hot stamping** [GRAPHICS] A method of printing in which heated type or stamping dies are pressed against a thin leaf of gold or other metal, or against pigment upon a surface such as paper, board, plastic, or leather; the thin leaf contains a sizing agent that is set by heat; this system is sometimes used for making movie titles and artwork for slides. Also known as hot-press printing. { 'hät ,stamp·iŋ }

**hot strength** See tensile strength. { 'hät ,streŋkth }

**hot-swage** [MET] To reduce the cross section of a hot metal tube or rod. { 'hät ,swäj }

**hot tear** [MET] A separation either internally or externally in a casting due to loadings or internal stresses or both; it results from improper solidification, and shrinkage near the temperature at which the casting is completely solid. { 'hät ,ter }

**hot trim** [MET] Removal of flash in a heated forging. { 'hät ,trim }

**hot-water heating** [MECH ENG] A heating system for a building in which the heat-conveying medium is hot water and the heat-emitting means are radiators, convectors, or panel coils. Also known as hydronic heating. { 'hät ,wod·ər 'hēd·iŋ }

**hot wave** See heat wave. { 'hät ,wāv }

**hot well** [MECH ENG] A chamber for collecting condensate, as in a steam condenser serving an engine or turbine. { 'hät ,wel }

**hot wind** [METEOROL] General term for winds characterized by intense heat and low relative humidity, such as summertime desert winds or an extreme foehn. { 'hät ,wind }

**hot wire** [ELEC] 1. A resistive wire in an electric relay that expands when heated and contracts when cooled. 2. An electrical lead that has an electric potential with respect to the ground. { 'hät 'wīr }

**hot-wire ammeter** [ENG] An ammeter which measures alternating or direct current by sending it through a fine wire, causing the wire to heat and to expand or sag, deflecting a pointer. Also known as thermal ammeter. { 'hät,wīr 'a,med·ər }

**hot-wire anemometer** [ENG] An anemometer used in research on air turbulence and boundary layers; the resistance of an electrically heated fine wire placed in a gas stream is altered by cooling by an amount which depends on the fluid velocity. { 'hät,wīr ,an·ə'mäm·əd·ər }

**hot-wire instrument** [ENG] An instrument that depends for its operation on the expansion by heat of a wire carrying a current. { 'hät,wīr 'in·strə·mənt }

**hot-wire microphone** [ENG ACOUS] A velocity microphone that depends for its operation on the change in resistance of a hot wire as the wire is cooled by varying particle velocities in a sound wave. { 'hät,wīr 'mī·krə,fōn }

**hot work** [IND ENG] A task that requires working on, or in proximity to, exposed energized electrical equipment or wiring. { 'hät ,wərk }

**hot working** [MET] Plastic deformation of a metal at a rate and temperature such that strain hardening cannot occur. { 'hät 'wərk·iŋ }

**Houben-Hoesch synthesis** [ORG CHEM] Condensation of cyanides with polyhydric phenols in the presence of hydrogen chloride and zinc chloride to yield phenolic ketones. { 'hü·bən 'hərsh 'sin·thə·səs }

**Houdry butane dehydrogenation** [CHEM ENG] A catalytic process for dehydrogenating light hydrocarbons from crude oil to their corresponding mono- or diolefins; chromia-alumina catalysts with inert material are used in pellet form. { 'hü·drē ,byü,tān di,hī·drə·jə'nā·shən }

**Houdry fixed-bed catalytic cracking** [CHEM ENG] A cyclic, regenerable process for cracking of petroleum distillates to produce high-octane gasoline from higher-boiling petroleum fractions; synthetic or natural bead catalyst of activated hydrosilicate of alumina may be used. Also known as Houdry process. { 'hü·drē ,fikst 'bed ,kad·əl'id·ik 'krak·iŋ }

**Houdry hydrocracking** [CHEM ENG] A catalytic process combining cracking and desulfurization of crude petroleum oil in the presence of hydrogen; catalysts may be nickel oxide or nickel sulfide on silica alumina, and cobalt molybdate on alumina. { 'hü·drē ,hī·drō'krak·iŋ }

**Houdry process** See Houdry fixed-bed catalytic cracking. { 'hü·drē ,prä·səs }

**hour** [MECH] A unit of time equal to 3600 seconds. Abbreviated hr. { 'aür }

**hour angle** [ASTRON] Angular distance west of a celestial meridian or hour circle; the arc of the celestial equator, or the angle at the celestial pole, between the upper branch of a celestial meridian or hour circle and the hour circle of a celestial body or the vernal equinox, measured westward through 360°. { 'aür ,aŋ·gəl }

**hour-angle difference** See meridian angle difference. { 'aür ,aŋ·gəl 'dif·rəns }

**hour circle** [ASTRON] An imaginary great circle passing through the celestial poles on the celestial sphere above which declination is measured. Also known as circle of declination; circle of right ascension. { 'aür ,sər·kəl }

**hourglass** [HOROL] An instrument for measuring time, consisting of two somewhat funnel-shaped vessels joined at their narrow points by a thin, hollow neck; one hour is required for a given quantity of sand to fall from the upper to the lower vessel. { 'aür,glas }

**hourglass screw** See Hindley screw. { 'aür,glas ,skrü }

**hourglass stomach** [MED] A stomach with an equatorial constriction usually caused by formation of scar tissue around an ulcer. { 'aür,glas 'stəm·ək }

**hourglass worm** See Hindley screw. { 'aür,glas ,wərm }

**hour hand** [HOROL] The pointer that indicates the hour on a timepiece. { 'aür ,hand }

**hourly observation** See record observation. { 'aür·ər·lē ,äb·sər'vā·shən }

**hour-out line** See time front. { 'aür ,aut ,līn }

**hour wheel** [HOROL] The wheel carrying the hour hand of a timepiece. { 'aür ,wēl }

**houseboat** [NAV ARCH] A barge-type craft with cabins on its deck that is used as a dwelling and for leisurely cruising. { 'haüs,bōt }

**housed joint** See dado joint. { 'hauzd ,jóint }

**house drain** [CIV ENG] Horizontal drain in a basement receiving waste from stacks. { 'haüs ,drān }

**housefly** [INV ZOO] Musca domestica. A dipteran insect with lapping mouthparts commonly found near human habitations; a vector in the transmission of many disease pathogens. { 'haüs,flī }

**Householder's method** [MATH] A transformation method for finding the eigenvalues of a symmetric matrix, in which each of the orthogonal transformations that reduce the original matrix to a triple-diagonal matrix reduces one complete row to the required form. { 'haüs,hōl·dərz ,meth·əd }

**housekeeping** [COMPUT SCI] Those operations or routines which do not contribute directly to the solution of a computer program, but rather to the organization of the program. { 'haüs,kēp·iŋ }

**housekeeping gene** See constitutive gene. { 'haüs,kēp·iŋ ,jēn }

**housekeeping run** [COMPUT SCI] The performance of a program or routine to maintain the structure of files, such as sorting, merging, addition of new records, or deletion or modification of existing records. { 'haüs,kēp·iŋ ,rən }

**house physician** [MED] A physician employed by a hospital. { 'haüs fə'zish·ən }

**house sewer** [CIV ENG] Connection between house drain and public sewer. { 'haüs ,sü·ər }

**housing** [ENG] A case or enclosure to cover and protect a structure or a mechanical device. { 'haüz·iŋ }

**Houskeeper seal** [ENG] A vacuum-tight seal made between copper and glass by bringing the copper to a flexible feather edge before fusing it to the glass; the copper then flexes as the glass shrinks during cooling. { 'haüs,kēp·ər ,sēl }

**Houston Automatic Spooling Processor** See HASP. { 'yüs·tən ,ód·ə,mad·ik 'spül·iŋ ,prä,ses·ər }

**hovercraft** See air-cushion vehicle. { 'həv·ər,kraft }

**howardite** [GEOL] An achondritic stony meteorite composed chiefly of calcic plagioclase and orthopyroxene. { 'haü·ər,dīt }

**Howell-Bunger valve** See cone valve. { 'haü·əl 'bəŋ·gər ,valv }

**Howell-Jolly bodies** [PATH] Small, round basophilic inclusions of nuclear material in erythrocytes of splenectomized persons. { 'haü·əl 'jäl·ē ,bäd·ēz }

**Howe truss** [CIV ENG] A truss for spans up to 80 feet (24 meters) having both vertical and diagonal members; made of steel or timber or both. { 'haü ,trəs }

**howitzer** [ORD] A complete projectile-firing weapon with a bore diameter greater than 30 millimeters, and a length shorter



**HOT-WATER HEATING**

One-pipe hot-water heating system.



**HOT-WIRE ANEMOMETER**

Constant-resistance hot-wire anemometer.

LPL-11422

# EXHIBIT LPL2

# OFFICE EDITION



FIRST TIME IN PAPERBACK

## *The*

# AMERICAN
# HERITAGE
## *dic•tion•ar•y*

### THIRD EDITION

BASED ON THE BEST-SELLING
AMERICAN HERITAGE® DICTIONARY
OF THE ENGLISH LANGUAGE,
THIRD EDITION

• OVER 70,000 ENTRIES •
• THOUSANDS OF NEW WORDS AND MEANINGS •
• OVER 400 PHOTOGRAPHS AND ILLUSTRATIONS •
• EXPERT GUIDANCE ON CORRECT USAGE •

LPL-11423

A LAUREL BOOK

Published by
Dell Publishing
a division of
Bantam Doubleday Dell Publishing Group, Inc.
1540 Broadway
New York, New York 10036

If you purchased this book without a cover you should be aware that this book is stolen property. It was reported as "unsold and destroyed" to the publisher and neither the author nor the publisher has received any payment for this "stripped book."

Words are included in this Dictionary on the basis of their usage. Words that are known to have current trademark registrations are shown with an initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word because such investigation is impracticable. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

American Heritage® and the eagle logo are registered trademarks of Forbes Inc. Their use is pursuant to a license agreement with Forbes Inc.

Copyright © 1994 by Houghton Mifflin Company

All rights reserved. No part of this book may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying, recording, or by any information storage and retrieval system, without the written permission of the Publisher, except where permitted by law. For information address: Houghton Mifflin Company, 222 Berkeley Street, Boston, Massachusetts 02116.

The trademark Laurel® is registered in the U.S. Patent and Trademark Office and in other countries.

The trademark Dell® is registered in the U.S. Patent and Trademark Office.

ISBN: 0-440-21861-6

Reprinted by arrangement with Houghton Mifflin Company

Printed in the United States of America

Published simultaneously in Canada

20  19

OPM

LPL-11424

1741–1828. French sculptor.

**hound** (hound) *n*. **1.a.** Any of various hunting dogs usu. having drooping ears and a deep resonant voice. **b.** A dog. **2.** A scoundrel. **3.** An avid enthusiast. —*v*. **1.** To pursue relentlessly. **2.** To nag. [< OE *hund*.]

**hour** (our) *n*. **1.** One of the 24 equal parts of a day. **2.** The time of day. **3.a.** A customary time: *the dinner hour.* **b.** hours. A specified time: *banking hours.* [< Gk. *hōra*, season, time. See **yēr-**.]

**hour·glass** (our′glăs′) *n*. An instrument that measures time by trickling sand from an upper to a lower glass chamber.

**hou·ri** (hŏŏr′ē, hoo′rē) *n.*, *pl.* **-ris.** One of the beautiful virgins of the Koranic paradise. [< Ar. *haurā′*.]

**hour·ly** (our′lē) *adj*. **1.** Occurring every hour. **2.** Frequent; continual. **3.** By the hour as a unit: *hourly pay.* —*adv*. **1.** At or during every hour. **2.** Frequently; continually.

**house** (hous) *n.*, *pl.* **hous·es** (hou′zĭz, -sĭz). **1.a.** A structure serving as a dwelling for one or more persons. **b.** A household. **2.a.** A building used for a particular purpose: *a movie house.* **b.** The audience or patrons of such a place: *a full house.* **3.a.** A commercial firm: *a brokerage house.* **b.** A publishing company. **4.** Often House. A legislative assembly. —*v*. (houz). housed, hous·ing. **1.** To provide living quarters for; lodge. **2.** To shelter, keep, or store. **3.** To contain; harbor. —*Idiom.* on the house. At the expense of the establishment; free. [< OE *hūs*.]

**house·boat** (hous′bōt′) *n*. A barge equipped for use as a dwelling.

**house·break·ing** (hous′brā′kĭng) *n*. The unlawful breaking into and entering another's house. —**house′break′er** *n*.

**house·bro·ken** (hous′brō′kən) *adj*. **1.** Trained to have excretory habits appropriate for indoor living. **2.** Compliant.

**house·fly** (hous′flī′) *n*. A common fly that frequents human dwellings and transmits a wide variety of diseases.

**house·hold** (hous′hōld′) *n*. A domestic unit consisting of the people who live together in a single dwelling. —*adj*. Commonly known; familiar: *a household name.* [ME.] —**house′hold′er** *n*.

**house·keep·er** (hous′kē′pər) *n*. One hired to perform or direct the domestic tasks in a household.

**house·keep·ing** (hous′kē′pĭng) *n*. **1.** Performance or management of household tasks. **2.** Routine maintenance; upkeep.

**house·moth·er** (hous′mŭth′ər) *n*. A woman employed as supervisor of a residence for young people.

**House of Commons** *n*. The lower house of Parliament in the United Kingdom and Canada.

**House of Lords** *n*. The upper house of Parliament in the United Kingdom.

**house organ** *n*. A periodical published by an organization for its employees or clients.

**house·plant** (hous′plănt′) *n*. A usu. decorative plant suitable for growing indoors.

**house·wares** (hous′wârz′) *pl.n.* Articles used in a home, esp. in the kitchen.

**house·warm·ing** (hous′wôr′mĭng) *n*. A celebration of the occupancy of a new home.

**house·wife** (hous′wīf′) *n*. A woman, esp. a married woman, who manages her household as her main occupation. —**house′wife′ly** *adj*. —**house′wif′er·y** *n*.

**house·work** (hous′wûrk′) *n*. The tasks, such as cleaning and cooking, performed in housekeeping.

**hous·ing** (hou′zĭng) *n*. **1.a.** Buildings in which people live. **b.** A dwelling. **2.** Provision of lodging or shelter. **3.** Something that covers, protects, or supports, esp. something that protects a mechanical part.

**Hous·man** (hous′mən), Alfred Edward. 1859–1936. British poet and scholar.

**Hous·ton** (hyoo′stən). A city of SE TX NW of Galveston. Pop. 1,630,553. —**Hous·to′ni·an** (-stō′nē-ən) *n*.

**Houston, Samuel.** 1793–1863. Amer. general and politician.

**hove** (hōv) *v*. P.t. and p.part. of **heave** 5.

**hov·el** (hŭv′əl, hŏv′-) *n*. A small miserable dwelling. [ME. *hut.*]

**hov·er** (hŭv′ər, hŏv′-) *v*. **1.** To remain floating or suspended in the air. **2.** To linger in a place. See Syns at **flutter**. **3.** To remain in an uncertain state; waver. [ME *hoveren.*]

**hov·er·craft** (hŭv′ər-krăft′, hŏv′-) *n*. See **air-cushion vehicle.**

**how** (hou) *adv*. **1.** In what manner or way; by what means. **2.** In what state or condition. **3.** To what extent, amount, or degree. **4.** For what reason or purpose: why. **5.** With what meaning: *How should I take that remark?* —*conj.* **1.** The manner or way in which: *forgot how it was done.* **2.** In whatever way or manner: *Cook it how you please.* —*Idioms.* how about. What is your thought or feeling regarding: *How about a cup of tea?* how come. *Informal.* How is that; why. [< OE *hū.*]

**How·ard** (hou′ərd), Catherine. 1520?–42. Queen of England as the fifth wife of Henry VIII (1540–42); executed.

**Howard, Henry.** 1st Earl of Surrey. 1517?–47. English poet.

**how·be·it** (hou-bē′ĭt) *adv*. Nevertheless.

**how·dah** (hou′də) *n*. A covered seat on the back of an elephant or camel. [< Ar. *hawdaj.*]

**Howe** (hou), Elias. 1819–67. Amer. inventor.

**Howe, Julia Ward.** 1819–1910. Amer. writer and feminist.

**How·ells** (hou′əlz), William Dean. 1837–1920. Amer. writer and editor.

**how·ev·er** (hou-ev′ər) *adv*. **1.** In whatever manner or way. **2.** To whatever degree or extent. **3.** In spite of that; nevertheless. **4.** On the other hand; by contrast. —*conj.* In whatever manner or way.

*Usage:* Although some grammarians have insisted that *however* should not be used to begin a sentence, this rule has been ignored by a number of reputable writers. See Usage Note at **whatever**.

**how·it·zer** (hou′ĭt-sər) *n*. A short cannon that delivers shells at a high trajectory. [< Czech *haufnice.*]

**howl** (houl) *v*. **1.** To utter a long mournful sound. **2.** To cry or wail loudly. See Syns at **shout.** **3.** *Slang.* To laugh heartily. [ME *houlen.*] —**howl** *n*.

**howl·er** (hou′lər) *n*. **1.** One that howls. **2.** *Slang.* A laughably stupid blunder.

**How·rah** (hou′rə, -rä) *n*. A city of E India opposite Calcutta. Pop. 744,429.

**LPL-11425**

# EXHIBIT LPL3



# McGraw-Hill
# Dictionary of
# Scientific and
# Technical
# Terms

### Fifth Edition

LPL-11426

On the cover: Photomicrograph of crystals of vitamin B₁.
*(Dennis Kunkel, University of Hawaii)*

Included in this Dictionary are definitions which have been published previously in the following works: P. B. Jordan, *Condensed Computer Encyclopedia*, Copyright © 1969 by McGraw-Hill, Inc. All rights reserved. J. Markus, *Electronics and Nucleonics Dictionary*, 4th ed., Copyright © 1960, 1966, 1978 by McGraw-Hill, Inc. All rights reserved. J. Quick, *Artists' and Illustrators' Encyclopedia*, Copyright © 1969 by McGraw-Hill, Inc. All rights reserved. *Blakiston's Gould Medical Dictionary*, 3d ed., Copyright © 1956, 1972 by McGraw-Hill, Inc. All rights reserved. T. Baumeister and L. S. Marks, eds., *Standard Handbook for Mechanical Engineers*, 7th ed., Copyright © 1958, 1967 by McGraw-Hill, Inc. All rights reserved.

In addition, material has been drawn from the following references: R. E. Huschke, *Glossary of Meteorology*, American Meteorological Society, 1959; *U.S. Air Force Glossary of Standardized Terms*, AF Manual 11-1, vol. 1, 1972; *Communications-Electronics Terminology*, AF Manual 11-1, vol. 3, 1970; W. H. Allen, ed., *Dictionary of Technical Terms for Aerospace Use*, 1st ed., National Aeronautics and Space Administration, 1965; J. M. Gilliland, *Solar-Terrestrial Physics: A Glossary of Terms and Abbreviations*, Royal Aircraft Establishment Technical Report 67158, 1967; *Glossary of Air Traffic Control Terms*, Federal Aviation Agency; *A Glossary of Range Terminology, White Sands Missile Range, New Mexico*, National Bureau of Standards, AD 467-424; *A DOD Glossary of Mapping, Charting and Geodetic Terms*, 1st ed., Department of Defense, 1967; P. W. Thrush, comp. and ed., *A Dictionary of Mining, Mineral, and Related Terms*, Bureau of Mines, 1968; *Nuclear Terms: A Glossary*, 2d ed., Atomic Energy Commission; F. Casey, ed., *Compilation of Terms in Information Sciences Technology*, Federal Council for Science and Technology, 1970; *Glossary of Stinfo Terminology*, Office of Aerospace Research, U.S. Air Force, 1963; *Naval Dictionary of Electronic, Technical, and Imperative Terms*, Bureau of Naval Personnel, 1962; *ADP Glossary*, Department of the Navy, NAVSO P-3097.

**McGRAW-HILL DICTIONARY OF SCIENTIFIC AND TECHNICAL TERMS,
Fifth Edition**

Copyright © 1994, 1989, 1984, 1978, 1976, 1974 by McGraw-Hill, Inc. All rights reserved. Printed in the United States of America. Except as permitted under the United States Copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a database or retrieval system, without the prior written permission of the publisher.

5 6 7 8 9 0     DOW/DOW     9 9

ISBN 0-07-042333-4

Library of Congress Cataloging-in-Publication Data

McGraw-Hill dictionary of scientific and technical terms /
Sybil P. Parker, editor in chief. —5th ed.
p.     cm.
ISBN 0-07-042333-4
1. Science—Dictionaries.   2. Technology—Dictionaries.
I. Parker, Sybil P.
Q123.M34   1993
503—dc20                                    93-34772
                                            CIP



INTERNATIONAL EDITION

Copyright © 1994. Exclusive rights by McGraw-Hill, Inc. for manufacture and export. This book cannot be re-exported from the country to which it is consigned by McGraw-Hill. The International Edition is not available in North America.

When ordering this title, use ISBN 0-07-113584-7.

LPL-11427

**data field** [COMPUT SCI] An area in the main memory of the computer in which a data record is contained. { 'dad·ə ‚fēld }

**data flow** [COMMUN] The route followed by a data message from its origination to its destination, including all the nodes through which it travels. [COMPUT SCI] The transfer of data from an external storage device, through the processing unit and memory, and out to an external storage device. { 'dad·ə ‚flō }

**data flow analysis** [COMPUT SCI] The development of models for the movement of information within an organization, indicating the sources and destinations of information and where and how information is transmitted, processed, and stored { 'dad·ə ‚flō ə‚nal·ə·səs }

**data flow diagram** [COMPUT SCI] A chart that traces the movement of data in a computer system and shows how the data is to be processed, using circles to represent data. Also known as bubble chart; system flowchart. { 'dad·ə ‚flō ‚dī·ə‚gram }

**data flow language** [COMPUT SCI] A programming language used in a data flow system. { 'dad·ə ‚flō ‚laŋ·gwij }

**data flow system** [COMPUT SCI] An alternative to conventional programming languages and architectures which is able to achieve a high degree of parallel computation, in which values rather than value containers are dealt with, and in which all processing is achieved by applying functions to values to produce new values. { 'dad·ə ‚flō ‚sis·təm }

**data flow technique** [COMPUT SCI] A method of computer system design in which diagrams and charts that show how data is to be handled by the system are used to prepare detailed specifications from which actual programs can be written. { 'dad·ə ‚flō tek‚nēk }

**data formatting** [COMPUT SCI] Structuring the presentation of data as numerical or alphabetic and specifying the size and type of each datum. { 'dad·ə för'mad·iŋ }

**data generator** [COMPUT SCI] A specialized word generator in which the programming is designed to test a particular class of device, the pulse parameters and timing are adjustable, and selected words may be repeated, reinserted later in the sequence, omitted, and so forth. { 'dad·ə ‚jen·ə‚rād·ər }

**data-handling system** [COMPUT SCI] Automatically operated equipment used to interpret data gathered by instrument installations. Also known as data reduction system. { 'dad·ə ‚hand·liŋ ‚sis·təm }

**data independence** [COMPUT SCI] Separation of data from processing, either so that changes in the size or format of the data elements require no change in the computer programs processing them or so that these changes can be made automatically by the database management system. { 'dad·ə in·də'pen·dəns }

**data-initiated control** [COMPUT SCI] The automatic handling of a program dependent only upon the value of input data fed into the computer. { 'dad·ə i‚nish·ē‚ād·əd kən'trōl }

**data-intense application** [COMPUT SCI] A program or computer system that handles large quantities of data and extremely repetitive tasks. { 'dad·ə in‚tens ‚ap·lə'kā·shən }

**data interchange** [COMPUT SCI] Switching of data in and out of storage units. { 'dad·ə ‚in·tər‚chānj }

**data item** [COMPUT SCI] A single member of a data element. Also known as datum. { 'dad·ə ‚īdəm }

**data level** [COMPUT SCI] The rank of a data element in a source language with respect to other elements in the same record. { 'dad·ə ‚lev·əl }

**data library** [COMPUT SCI] A center for the storage of data not in current use by the computer. { 'dad·ə lī‚brer·ē }

**data line** [COMMUN] An individual circuit that transmits data within a communications or computer channel. { 'dad·ə ‚līn }

**data line monitor** [COMMUN] A test instrument that analyzes the signals transmitted over a communications line and either provides a visual display or stores the results for further analysis. { 'dad·ə ‚līn 'män·ə‚dər }

**data link** [COMMUN] The physical equipment for automatic transmission and reception of information. Also known as communication link; information link; tie line; tie-link. { 'dad·ə ‚liŋk }

**data logging** [COMPUT SCI] Conversion of electrical impulses from process instruments into digital data to be recorded, stored, and periodically tabulated. { 'dad·ə ‚läg·iŋ }

**data management** [COMPUT SCI] The collection of functions of a control program that provide access to data sets, enforce data storage conventions, and regulate the use of input/output devices. { 'dad·ə ‚man·ij·mənt }

**data management program** [COMPUT SCI] A computer program that keeps track of what is in a computer system and where it is located, and of the various means to store and access the data efficiently. { 'dad·ə ‚man·ij·mənt ‚prō·gram }

**data manipulation** [COMPUT SCI] The standard operations of sorting, merging, input/output, and report generation. { 'dad·ə mə‚nip·yə‚lā·shən }

**data manipulation language** [COMPUT SCI] The interface between a data base and an applications program, which is embedded in the language of the applications program and provides the programmer with procedures for accessing data in the data base. { 'dad·ə mə‚nip·yə‚lā·shən ‚laŋ·gwij }

**datamation** [COMPUT SCI] A shortened term for automatic data processing; taken from data and automation. { dad·ə'mā·shən }

**data module** [COMPUT SCI] A sealed disk drive unit that includes mechanical and electronic components for handling data stored on the disk. { 'dad·ə ‚mäj·yül }

**data move instruction** [COMPUT SCI] An instruction in a computer program to transfer data between memory locations and registers or between the central processor and peripheral devices. { 'dad·ə ‚müv in'strək·shən }

**data name** [COMPUT SCI] A symbolic name used to represent an item of data in a source program, in place of the address of the data item. { 'dad·ə ‚nām }

**data organization** [COMPUT SCI] Any one of the data management conventions for physical and spatial arrangement of the physical records of a data set. Also known as data set organization. { 'dad·ə ‚ȯr·gə·nə‚zā·shən }

**data origination** [COMPUT SCI] The process of putting data in a form that can be read by a machine. { 'dad·ə·ə‚rij·ə'nā·shən }

**data patch panel** [COMMUN] A plugboard used to rearrange communications lines and modems by connecting them with double-ended cables, or to attach monitoring devices to analyze circuit signals. { 'dad·ə ‚pach ‚pan·əl }

**data plotter** [COMPUT SCI] A device which plots digital information in a continuous fashion. { 'dad·ə ‚pläd·ər }

**data processing** [COMPUT SCI] Any operation or combination of operations on data, including everything that happens to data from the time they are observed or collected to the time they are destroyed. Also known as information processing. { 'dad·ə 'präs‚es·iŋ }

**data processing center** [COMPUT SCI] A computer installation providing data processing service for others, sometimes called customers, on a reimbursable or noncreimbursable basis. { 'dad·ə 'präs‚es·iŋ ‚sent·ər }

**data processing inventory** [COMPUT SCI] An identification of all major data processing areas in an agency for the purpose of selecting and focusing upon those in which the use of automatic data processing (ADP) techniques appears to be potentially advantageous, establishing relative priorities and schedules for embarking on ADP studies, and identifying significant relationships among areas to pinpoint possibilities for the integration of systems. { 'dad·ə 'präs‚es·iŋ ‚in·vən‚tȯr·ē }

**data processing machine** [COMPUT SCI] A computer or a component of a data processing system, such as a card reader or tape unit. { 'dad·ə 'präs‚es·iŋ mə‚shēn }

**data processor** [COMPUT SCI] **1.** Any device capable of performing operations on data, for instance, a desk calculator, an analog computer, or a digital computer. **2.** Person engaged in processing data. { 'dad·ə 'präs‚es·ər }

**data protection** [COMPUT SCI] The safeguarding of data against unauthorized access or accidental or deliberate loss or damage. { 'dad·ə prə‚tek·shən }

**data purification** [COMPUT SCI] The process of removing as many inaccurate or incorrect items as possible from a mass of data before automatic data processing is begun. { 'dad·ə pyür·ə·fə'kā·shən }

**data record** [COMPUT SCI] A collection of data items related in some fashion and usually contiguous in location. { 'dad·ə ‚rek·ord }

**data recorder** [COMPUT SCI] A keyboard device for entering data onto magnetic tape. { 'dad·ə ri‚kord·ər }

**data reduction** [COMPUT SCI] The transformation of raw data into a more useful form. [STAT] The conversion of all information in a data set into fewer dimensions for a particular purpose, as, for example, a single measure such as a reliability measure. { 'dad·ə ri‚dək·shən }

LPL-11428

# EXHIBIT LPL4

# McGraw-Hill

# Dictionary of

# Scientific and

# Technical

# Terms

## Fifth Edition

LPL-11429

On the cover: Photomicrograph of crystals of vitamin $B_1$.
(*Dennis Kunkel, University of Hawaii*)

Included in this Dictionary are definitions which have been published previously in the following works: P. B. Jordain, *Condensed Computer Encyclopedia*, Copyright © 1969 by McGraw-Hill, Inc. All rights reserved. J. Markus, *Electronics and Nucleonics Dictionary*, 4th ed., Copyright © 1960, 1966, 1978 by McGraw-Hill, Inc. All rights reserved. J. Quick, *Artists' and Illustrators' Encyclopedia*, Copyright © 1969 by McGraw-Hill, Inc. All rights reserved. *Blakiston's Gould Medical Dictionary*, 3d ed., Copyright © 1956, 1972 by McGraw-Hill, Inc. All rights reserved. T. Baumeister and L. S. Marks, eds., *Standard Handbook for Mechanical Engineers*, 7th ed., Copyright © 1958, 1967 by McGraw-Hill, Inc. All rights reserved.

In addition, material has been drawn from the following references: R. E. Huschke, *Glossary of Meteorology*, American Meteorological Society, 1959; *U.S. Air Force Glossary of Standardized Terms*, AF Manual 11-1, vol. 1, 1972; *Communications-Electronics Terminology*, AF Manual 11-1, vol. 3, 1970; W. H. Allen, ed., *Dictionary of Technical Terms for Aerospace Use*, 1st ed., National Aeronautics and Space Administration, 1965; J. M. Gilliland, *Solar-Terrestrial Physics: A Glossary of Terms and Abbreviations*, Royal Aircraft Establishment Technical Report 67158, 1967; *Glossary of Air Traffic Control Terms*, Federal Aviation Agency; *A Glossary of Range Terminology*, White Sands Missile Range, New Mexico, National Bureau of Standards, AD 467-424; *A DOD Glossary of Mapping, Charting and Geodetic Terms*, 1st ed., Department of Defense, 1967; P. W. Thrush, comp. and ed., *A Dictionary of Mining, Mineral, and Related Terms*, Bureau of Mines, 1968; *Nuclear Terms: A Glossary*, 2d ed., Atomic Energy Commission; F. Casey, ed., *Compilation of Terms in Information Sciences Technology*, Federal Council for Science and Technology, 1970; *Glossary of Stinfo Terminology*, Office of Aerospace Research, U.S. Air Force, 1963; *Naval Dictionary of Electronic, Technical, and Imperative Terms*, Bureau of Naval Personnel, 1962; *ADP Glossary*, Department of the Navy, NAVSO P-3097.

### McGRAW-HILL DICTIONARY OF SCIENTIFIC AND TECHNICAL TERMS, Fifth Edition

Copyright © 1994, 1989, 1984, 1978, 1976, 1974 by McGraw-Hill, Inc. All rights reserved. Printed in the United States of America. Except as permitted under the United States Copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a database or retrieval system, without the prior written permission of the publisher.

567890    DOW/DOW    99

ISBN 0-07-042333-4



Library of Congress Cataloging-in-Publication Data

McGraw-Hill dictionary of scientific and technical terms /
Sybil P. Parker, editor in chief.—5th ed.
p.    cm.
ISBN 0-07-042333-4
1. Science—Dictionaries.   2. Technology—Dictionaries.
I. Parker, Sybil P.
Q123.M34y 1993
503—dc20                                    93-34772
                                            CIP

### INTERNATIONAL EDITION

Copyright © 1994. Exclusive rights by McGraw-Hill, Inc. for manufacture and export. This book cannot be re-exported from the country to which it is consigned by McGraw-Hill. The International Edition is not available in North America.

When ordering this title, use ISBN 0-07-113584-7.

LPL-11430

deviation to the maximum modulating frequency of a frequency-modulated system under specified conditions. { ,dēvē'ā'shən ,sēns'ə }

**deviation sensitivity** [NAV] A value expressed as the ratio of the rate of change in course indication to the deviation from the course line. { ,dēv-ē'ā'shən ,sens-ə'tiv-əd-ē }

**deviation survey** [PETRO ENG] Measurements made during a drilling operation to determine the angle from which the bit has deviated from the vertical. { ,dēv-ē'ā'shən 'sər-vā }

**deviation table** [NAV] A table of the deviation of a magnetic compass on various headings, magnetic or compass; for an aircraft compass, this information is usually placed on a card called a deviation card. Also known as magnetic compass table. { ,dēvē'ā'shən ,tā-bəl }

**deviatoric stress** [MECH] The portion of the total stress that differs from an isostatic hydrostatic pressure; it is equal to the difference between the total stress and the spherical stress. { ,dēv-ē-ə'tär-ik 'stres }

**deviatoric stress** [GEOL] A condition in which the stress components operating at a point in a body are not the same in every direction. Also known as differential stress. { ,dēvē-ə'tär-ik 'stres }

**device** [COMPUT SCI] A general-purpose term used, often indiscriminately, to refer to a computer component or the computer itself. [ELECTR] An electronic element that cannot be divided without destroying its stated function; commonly applied to active elements such as transistors and transducers. [ENG] A mechanism, tool, or other piece of equipment designed for specific uses. { di'vīs }

**device address** [COMPUT SCI] The binary code which corresponds to a unique device, referred to when selecting this specific device. { di'vīs ə'dres }

**device assignment** [COMPUT SCI] The use of a logical device number used in conjunction with an input/output instruction, and made to refer to a specific device. { di'vīs ə'sīn·mənt }

**device cluster** [COMPUT SCI] A collection of peripheral devices (usually terminals) that have a common control unit. { di'vīs ,kləs·tər }

**device control character** [COMPUT SCI] A special character used to direct a peripheral or communications device to perform a specific function. { di'vīs kən'trōl ,kar-ik-tər }

**device driver** [COMPUT SCI] A subroutine which handles a complete input/output operation. { di'vīs ,drīv-ər }

**device-end condition** [COMPUT SCI] The completion of an input/output operation, such as the transfer of a complete data block, recognized by the hardware in the absence of a byte count. { di'vīs ,end kən'dish·ən }

**device end pending** [COMPUT SCI] A hardware error in which a peripheral device does not respond when addressed by the central processing unit, usually because the device has become inoperative. { di'vīs 'end ,pend·iŋ }

**device flag** [COMPUT SCI] A flip-flop output which indicates the ready status of an input/output device. { di'vīs ,flag }

**device independence** [COMPUT SCI] Property of a computer program whose successful execution (without recompilation) does not depend on the type of physical unit associated with a given logical unit employed by the program. { di'vīs ,in·də'pen·dəns }

**device-name assignment** [COMPUT SCI] The designation of a peripheral device by a symbolic name rather than an address. { di'vīs ,nām ə,sīn·mənt }

**device number** [COMPUT SCI] The physical or logical number which refers to a specific input/output device. { di'vīs ,nəm·bər }

**device selector** [COMPUT SCI] A circuit which gates data-transfer or command pulses to a specific input/output device. { di'vīs si'lek·tər }

**devil** See devil float. { 'dev-əl }

**devil float** [ENG] A hand float containing nails projecting at each corner and used to roughen the surface of plaster to provide a key for the next coat. Also known as devil; nail coat. { 'dev-əl ,flōt }

**devillite** [MINERAL] $Cu_4Ca(SO_4)_2(OH)_6·3H_2O$ A dark-green mineral consisting of a hydrous basic sulfate of copper and calcium, occurring in six-sided platy crystals. { də'vē,līt }

**devil on two sticks** See devil's curve. { 'dev-əl ȯn ,tü 'stiks }

**devil's curve** [MATH] A plane curve whose equation in cartesian coordinates $x$ and $y$ is $y^4 - a^2y^2 = x^4 - b^2x^2$, where $a$

and $b$ are constants. Also known as devil on two sticks. { 'dev-əlz 'kərv }

**devil's pitchfork** [DES ENG] A tool with flexible prongs used in recovery of a bit, underreamer, cutters, or such lost during drilling. { 'dev-əlz 'pich,fȯrk }

**devitrification** [CHEM] The process by which the glassy texture of a material is converted into a crystalline texture. { dē,vi-trə-fə'kā-shən }

**devitrified glass** [MATER] A glassy material which has been changed from a vitreous to a brittle crystalline state during manufacture. { dē'vi-trə,fīd 'glas }

**devolatilize** [CHEM ENG] To remove volatile components from a material. { dē'väl-ə-tə,līz }

**Devonian** [GEOL] The fourth period of the Paleozoic Era, covering the geological time span between about 412 and $354 × 10^6$ years before present. { di'vō·nē·ən }

**De Vries effect** [GEOCHEM] A relatively short-term oscillation, on the order of 100 years, in the radiocarbon content of the atmosphere, and the resulting variation in the apparent radiocarbon age of samples. { də'vrēz i'fekt }

**devrinol** [ORG CHEM] $C_{17}H_{21}O_2N$ A brown solid with a melting point of 68.5–70.5°C; slight solubility in water; used as a herbicide for crops. Also known as 2-(α-naphthoxy)-N,N-diethylpropionamide. { 'dev-rə,nȯl }

**dew** [HYD] Water condensed onto grass and other objects near the ground, the temperatures of which have fallen below the dew point of the surface air because of radiational cooling during the night but are still above freezing. { dü }

**Dewar calorimeter** [ENG] 1. Any calorimeter in which the sample is placed inside a Dewar flask to minimize heat losses. 2. A calorimeter for determining the mean specific heat capacity of a solid between the boiling point of a cryogenic liquid, such as liquid oxygen, and room temperature, by measuring the amount of the liquid that evaporates when the specimen is dropped into the liquid. { 'dü·ər ,kal·ə'rim·əd·ər }

**Dewar flask** [PHYS] A vessel having double walls, the space between being evacuated to prevent the transfer of heat and the surfaces facing the vacuum being heat-reflective; used to hold liquid gases and to study low-temperature phenomena. { 'dü·ər ,flask }

**Dewar structure** [ORG CHEM] A structural formula for benzene that contains a bond between opposite atoms. { 'dü·ər ,strək·chər }

**dewaterer** [MECH ENG] Wet-type mechanical classifier (solids separator) in which solids settle out of the carrier liquid and are concentrated for recovery. { dē'wȯd·ər·ər }

**dewatering** [ENG] 1. Removal of water from solid material by wet classification, centrifugation, filtration, or similar solid-liquid separation techniques. 2. Removing or draining water from an enclosure or a structure, such as a riverbed, caisson, or mine shaft, by pumping or evaporation. { dē'wȯd·ər·iŋ }

**dewaxed oil** [MATER] Lubricating oil that has had a portion of the wax removed. { dē'wakst 'ȯil }

**dewaxing** [CHEM ENG] Removing wax from a material or object; a process used to separate solid hydrocarbons from petroleum liquids. { dē'waks·iŋ }

**dewcap** [OPTICS] An open tube attached to the end of a refracting telescope to prevent moisture from condensing on the objective. { 'dü,kap }

**dew cell** [ENG] An instrument used to determine the dew point, consisting of a pair of spaced, bare electrical wires wound spirally around an insulator and covered with a wicking wetted with a water solution containing an excess of lithium chloride; an electrical potential applied to the wires causes a flow of current through the lithium chloride solution, which raises the temperature of the solution until its vapor pressure is in equilibrium with that of the ambient air. { 'dü ,sel }

**dewclaw** [VERT ZOO] 1. A vestigial digit on the foot of a mammal which does not reach the ground. 2. A claw or hoof terminating such a digit. { 'dü,klȯ }

**dewetting** [MET] Flow of solder away from the soldered surface during reheating following initial soldering. { dē,wed·iŋ }

**deweylite** [MINERAL] A mixture of clinochrysotile and stevensite. Also known as gymnite. { 'dü·ē,līt }

**dewindtite** [MINERAL] $Pb(UO_2)_3(PO_4)_2·3H_2O$ A canary-yellow secondary mineral consisting of a hydrous phosphate of lead and uranium. { də'win,īt }

**de Witte relation** [GEOPHYS] Graphical plot of the relation between electrical conductivity and distance over which the



**DEVONIAN**

| | QUATERNARY |
|---|---|
| CENOZOIC | TERTIARY |
| | CRETACEOUS |
| MESOZOIC | JURASSIC |
| | TRIASSIC |
| | PERMIAN |
| | PENNSYLVANIAN |
| | CARBONIFEROUS MISSISSIPPIAN |
| PALEOZOIC | DEVONIAN |
| | SILURIAN |
| | ORDOVICIAN |
| | CAMBRIAN |
| | PRECAMBRIAN |

Chart showing relationship of Devonian to other periods.

**DEWAR FLASK**

Typical Dewar containers.

# EXHIBIT LPL5

OFFICE EDITION



*The*

# AMERICAN
# HERITAGE
## *dic•tion•ar•y*

THIRD EDITION

BASED ON THE BEST-SELLING
AMERICAN HERITAGE® DICTIONARY
OF THE ENGLISH LANGUAGE,
THIRD EDITION

- OVER 70,000 ENTRIES -
- THOUSANDS OF NEW WORDS AND MEANINGS -
- OVER 400 PHOTOGRAPHS AND ILLUSTRATIONS -
- EXPERT GUIDANCE ON CORRECT USAGE -

LPL-11432

A LAUREL BOOK

Published by
Dell Publishing
a division of
Bantam Doubleday Dell Publishing Group, Inc.
1540 Broadway
New York, New York 10036

If you purchased this book without a cover you should be aware that this book is stolen property. It was reported as "unsold and destroyed" to the publisher and neither the author nor the publisher has received any payment for this "stripped book."

Words are included in this Dictionary on the basis of their usage. Words that are known to have current trademark registrations are shown with an initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word because such investigation is impracticable. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

American Heritage® and the eagle logo are registered trademarks of Forbes Inc. Their use is pursuant to a license agreement with Forbes Inc.

Copyright © 1994 by Houghton Mifflin Company

All rights reserved. No part of this book may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying, recording, or by any information storage and retrieval system, without the written permission of the Publisher, except where permitted by law. For information address: Houghton Mifflin Company, 222 Berkeley Street, Boston, Massachusetts 02116.

The trademark Laurel® is registered in the U.S. Patent and Trademark Office and in other countries.

The trademark Dell® is registered in the U.S. Patent and Trademark Office.

ISBN: 0-440-21861-6

Reprinted by arrangement with Houghton Mifflin Company

Printed in the United States of America

Published simultaneously in Canada

20  19

OPM

take place: *hold a yard sale.* **15.** To withstand pressure or stress. **16.** To continue in a direction or condition. **17.** To be valid or true. —*phrasal verbs.* **hold forth.** To talk at great length. **hold out. 1.** To continue in supply; last. **2.** To continue to resist. **hold over. 1.** To postpone. **2.** To keep in an earlier state. **hold up. 1.** To obstruct or delay. **2.** To rob. **3.** To endure. —*n.* **1.** The act or means of grasping. **2.** Something that may be grasped, as for support. **3.** Control or power. **4.** A prison cell. —*idloms.* **hold the line.** To maintain the current position or state. **hold water.** To be valid or acceptable. **on hold.** Into a state of delay. [< OE *healdan.*] —**hold′er** *n.*

**hold²** (hōld) *n.* The interior of a ship or airplane in which cargo is stored. [< OE *hulu, hull.*]

**hold·ing** (hōl′dĭng) *n.* **1.** Land rented or leased from another. **2.** Often **holdings.** Legally owned property, as land or stocks.

**holding company** *n.* A company with partial or complete control over other companies.

**hold·out** (hōld′out′) *n.* One that withholds agreement or consent.

**hold·o·ver** (hōld′ō′vər) *n.* One that remains from an earlier time.

**hold·up** (hōld′ŭp′) *n.* **1.** An interruption; delay. **2.** An armed robbery.

**hole** (hōl) *n.* **1.** A cavity in a solid. **2.** An opening or perforation; gap. **3.** An animal's burrow. **4.** An ugly, squalid, or depressing place. **5.** A bad situation; predicament. **6.** *Sports.* **a.** The small pit lined with a cup into which a golf ball must be hit. **b.** One of the divisions of a golf course, from tee to cup. [< OE *hol.*]

**Hol·guín** (ōl-gēn′). A city of E Cuba NNW of Santiago de Cuba. Pop. 186,236.

**hol·i·day** (hŏl′ĭ-dā′) *n.* **1.** A day on which custom or the law dictates a halt to ordinary business to commemorate or celebrate a particular event. **2.** A holy day. **3.** A day free from work. **4.** *Chiefly Brit.* A vacation. [< OE *hālig dæg,* holy day.]

**ho·li·ness** (hō′lē-nĭs) *n.* **1.** The quality of being holy; sanctity. **2.** Holiness. *Rom. Cath. Ch.* Used with *His* or *Your* as a title for the pope.

**ho·lism** (hō′lĭz′əm) *n.* A theory or belief emphasizing the importance of the whole and the interdependence of its parts. —**ho·list** *n.* —**ho·lis′tic** *adj.* —**ho·lis′ti·cal·ly** *adv.*

**Hol·land** (hŏl′ənd). See Netherlands.

**hol·lan·daise sauce** (hŏl′ən-dāz′) *n.* A sauce of butter, egg yolks, and lemon juice or vinegar. [< Fr. *Hollandais,* Dutch.]

**hol·ler** (hŏl′ər) *v.* To yell. See Syns at shout. [< obsolete *hollo,* stop!] —**hol′ler** *n.*

**hol·low** (hŏl′ō) *adj.* **-er, -est. 1.** Having a cavity or space within. **2.a.** Deeply concave. **b.** Sunken; indented: *hollow cheeks.* **3.** Without substance or character. See Syns at **vain. 4.** Devoid of truth; specious. **5.** Having a deep reverberating sound. —*n.* **1.** A cavity or interior space. **2.** An indented or concave surface or area. **3.** A void. **4.** Also **hol·ler** (hŏl′ər). *Regional.* A mountain valley. —*v.* To make hollow. [< OE *holh,* hole.] —**hol′low·ly** *adv.* —**hol′low·ness** *n.*

**hol·ly** (hŏl′ē) *n., pl.* **-lies.** A tree or shrub

usu. having bright red berries and glossy, evergreen leaves with spiny margins. [< OE *holen.*]

**hol·ly·hock** (hŏl′ē-hŏk′) *n.* A tall garden plant with showy, variously colored flowers. [ME *holihocke,* marsh mallow.]

**Hol·ly·wood** (hŏl′ē-wŏŏd′). **1.** A district of Los Angeles, CA; a film and entertainment center. **2.** A city of SE FL on the Atlantic Coast N of Miami Beach. Pop. 121,697.

**Holmes** (hōmz, hōlmz), **Oliver Wendell.** 1809–94. Amer. physician and writer.

**Holmes, Oliver Wendell, Jr.** 1841–1935. Amer. jurist; associate justice of the U.S. Supreme Court (1902–32).

**hol·mi·um** (hōl′mē-əm) *n. Symbol* **Ho** A relatively soft, malleable, rare-earth element. At. no. 67. See table at **element.** [After *Holmia* (Stockholm), Sweden.]

**holo–** or **hol–** *pref.* Whole; entire; entirely: *holograph.* [< Gk. *holos.*]

**hol·o·caust** (hŏl′ə-kôst′, hō′lə-) *n.* **1.** Great or total destruction, esp. by fire. **2.** Holocaust. The genocide of European Jews and others by the Nazis during World War II. [< Gk. *holokaustos,* burnt whole.]

**Hol·o·cene** (hŏl′ə-sēn′, hō′lə-) *adj. Geol.* Of or being the more recent epoch of the Quaternary Period, extending to the present. —*n.* The Holocene Epoch.

**hol·o·gram** (hŏl′ə-grăm′, hō′lə-) *n.* The pattern produced on a photosensitive medium that has been exposed by holography and then photographically developed.

**hol·o·graph** (hŏl′ə-grăf′, hō′lə-) *n.* **1.** A document written wholly in the handwriting of its signer. **2.** See **hologram.** —**hol′o·graph′ic, hol′o·graph′i·cal** *adj.* —**hol′o·graph′i·cal·ly** *adv.*

**ho·log·ra·phy** (hō-lŏg′rə-fē) *n.* A method of producing a three-dimensional image of an object by recording the pattern of interference formed by a split laser beam and then illuminating the pattern.

**Hol·stein¹** (hōl′stĭn′, -stēn′). A region and former duchy of N Germany at the base of the Jutland Peninsula.

**Hol·stein²** (hōl′stĭn′, -stēn′) *n.* Any of a breed of large black and white dairy cattle.

**hol·ster** (hōl′stər) *n.* **1.** A leather case shaped to hold a pistol. **2.** A belt designed to carry small tools. [Du.] —**hol′stered** *adj.*

**ho·ly** (hō′lē) *adj.* **-li·er, -li·est. 1.** Of or associated with a divine power; sacred. **2.** Worthy of veneration or awe; revered. **3.** Spiritually pure; saintly. [< OE *hālig.*] —**ho′li·ly** *adv.* —**ho′li·ness** *n.*

**Ho·ly Ark** *n. Judaism.* The cabinet in a synagogue in which the Torah scrolls are kept.

**Holy Communion** *n.* The Eucharist.

**holy day** *n.* A day for religious observance.

**Holy Ghost** *n.* The Holy Spirit.

**Holy Land.** The biblical region of Palestine.

**Holy Roman Empire.** A loosely federated political entity of central and W Europe (962–1806).

**Holy Spirit** *n.* The third person of the Christian Trinity.

**holy war** *n.* A war declared for a religious or high moral purpose.

**hom·age** (hŏm′ĭj, ŏm′-) *n.* Special honor or respect shown or expressed publicly. [< OFr., prob. < Lat. *homō,* person. See dhghem-*.]

LPL-11434

# EXHIBIT LPL6



LPL-11435



**A GENUINE MERRIAM-WEBSTER**

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

COPYRIGHT © 1993 BY MERRIAM-WEBSTER, INCORPORATED

PHILIPPINES COPYRIGHT 1993 BY MERRIAM-WEBSTER, INCORPORATED

WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY
PRINCIPAL COPYRIGHT 1961

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's third new international dictionary of the English language,
unabridged: a Merriam-Webster/editor in chief, Philip Babcock
Gove and the Merriam-Webster editorial staff.
    p.      cm.
    ISBN 0-87779-201-1 (blue sturdite).—ISBN 0-87779-202-X
(carrying case). — ISBN 0-87779-206-2 (imperial buckram).
    1. English language—Dictionaries.   I. Gove, Philip Babcock,
1902–1972.   II. Merriam-Webster, Inc.
PE1625.W36 1993
423–dc20                                              93-10630
                                                     CIP

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

MADE IN THE UNITED STATES OF AMERICA
4647AG/H9594

LPL-11436

quilting frame

# EXHIBIT LPL7

OFFICE EDITION


FIRST·TIME IN PAPERBACK

*The*

# AMERICAN HERITAGE

*dic•tion•ar•y*



THIRD EDITION

BASED ON THE BEST-SELLING
AMERICAN HERITAGE® DICTIONARY
OF THE ENGLISH LANGUAGE,
THIRD EDITION

• OVER 70,000 ENTRIES •
• THOUSANDS OF NEW WORDS AND MEANINGS •
• OVER 400 PHOTOGRAPHS AND ILLUSTRATIONS •
• EXPERT GUIDANCE ON CORRECT USAGE •

LPL-11438

A LAUREL BOOK

Published by
Dell Publishing
a division of
Bantam Doubleday Dell Publishing Group, Inc.
1540 Broadway
New York, New York 10036

If you purchased this book without a cover you should be aware that this book is stolen property. It was reported as "unsold and destroyed" to the publisher and neither the author nor the publisher has received any payment for this "stripped book."

Words are included in this Dictionary on the basis of their usage. Words that are known to have current trademark registrations are shown with an initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word because such investigation is impracticable. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

American Heritage® and the eagle logo are registered trademarks of Forbes Inc. Their use is pursuant to a license agreement with Forbes Inc.

Copyright © 1994 by Houghton Mifflin Company

All rights reserved. No part of this book may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying, recording, or by any information storage and retrieval system, without the written permission of the Publisher, except where permitted by law. For information address: Houghton Mifflin Company, 222 Berkeley Street, Boston, Massachusetts 02116.

The trademark Laurel® is registered in the U.S. Patent and Trademark Office and in other countries.

The trademark Dell® is registered in the U.S. Patent and Trademark Office.

ISBN: 0-440-21861-6

Reprinted by arrangement with Houghton Mifflin Company

Printed in the United States of America

Published simultaneously in Canada

20 19

OPM

borough of SE England ESE of London; site of Canterbury Cathedral. Pop. 36,000.

can·thus (kăn'thəs) n., pl. -thi (-thī'). The angle formed by the meeting of the upper and lower eyelids at either side of the eye. [< Gk. kanthos.]

can·ti·cle (kăn'tĭ-kal) n. A liturgical chant. [< Lat. canticulum, dim. of canticus, song.]

can·ti·le·ver (kăn'tl-ē'vər, -ěv'ər) n. A projecting structure, such as a beam, that is supported at only one end. [Poss. CANT[1] + LEVER.] —can'ti·le'ver v.

can·ti·na (kăn-tē'nə) n. Regional. A bar that serves liquor. [< Ital., wine cellar.]

can·tle (kăn'tl) n. The raised rear part of a saddle. [< Med.Lat. cantellus.]

can·to (kăn'tō) n., pl. -tos. One of the principal divisions of a long poem. [< Lat. cantus, song.]

can·ton (kăn'tən, -tŏn') n. A small territorial division of a country, esp. one of the states of Switzerland. [< OItal. cantone, corner.] —can'ton·al adj.

Can·ton (kăn'tŏn, kăn'tŏn'). See Guangzhou.

Can·ton·ese (kăn'tə-nēz', -nēs') n. 1. pl. -ese. A native or inhabitant of Guangzhou (formerly Canton). China. 2. The dialect of Chinese spoken in and around Guangzhou. —Can'ton·ese' adj.

can·ton·ment (kăn-tŏn'mənt, -tŏn'-) n. 1. Temporary quarters for troops. 2. Assignment of troops to temporary quarters.

can·tor (kăn'tər) n. The Jewish religious official who leads the musical part of a service. [Lat., singer < canere, sing.] —can·to'ri·al (kăn-tôr'ē-əl, -tōr'-) adj.

Ca·nute (kə-nōōt', -nyōōt'). 994?-1035. King of England (1016-35), Denmark (1018-35), and Norway (1028-35).

can·vas (kăn'vəs) n. 1. A heavy, closely woven fabric of cotton, hemp, or flax, used for tents and sails. 2. A piece of such fabric on which a painting is executed. 3. Sails. 4. The floor of a boxing or wrestling ring. [< Lat. cannabis, hemp.]

can·vas·back (kăn'vəs-băk') n. A North American duck having a reddish-brown head and neck and a whitish back.

can·vass (kăn'vəs) v. 1. To scrutinize. 2.a. To go through (a region) in order to solicit votes or orders. b. To conduct a survey. —n. 1. An examination or discussion. 2. A solicitation of votes, sales, orders, or opinions. [< obsolete canvas, to toss in a canvas sheet as punishment.] —can'vass·er n.

can·yon also ca·ñon (kăn'yən) n. A narrow chasm with steep cliff walls. [Sp. cañon.]

cap (kăp) n. 1. A usu. soft and close-fitting head covering, with or without a visor. 2. A protective cover or seal, esp. one that closes off an end or tip: a bottle cap. 3. An upper limit; ceiling. 4.a. A percussion cap. b. A small explosive charge enclosed in paper for use in a toy gun. —v. capped, cap·ping. 1. To cover or seal with a cap. 2. To lie on top of: hills capped with snow. 3. To set an upper limit on. [< LLat. cappa.]

cap. abbr. 1. Capacity. 2. Capital.

ca·pa·ble (kā'pə-bəl) adj. 1. Having ability; competent. 2. Having the potential: capable of violence. [LLat. capābilis.] —ca'pa·bil'i·ty n. —ca'pa·bly adv.

ca·pa·cious (kə-pā'shəs) adj. Able to hold a

large amount; roomy. See Syns at spacious. [< Lat. capāx, capāc-.] —ca·pa'cious·ly adv. —ca·pa'cious·ness n.

ca·pac·i·tance (kə-păs'ĭ-təns) n. Symbol C 1. The ratio of charge to potential on an isolated conductor. 2. The ratio of the electric charge on one of a pair of conductors to the potential difference between them. 3. The property of a circuit element that permits it to store charge. —ca·pac'i·tive adj. —ca·pac'i·tate (kə-păs'ĭ-tāt') v. -tat·ed, -tat·ing. To render fit; enable.

ca·pac·i·tor (kə-păs'ĭ-tər) n. An electric circuit element used to store charge temporarily, consisting in general of two metallic plates separated by a dielectric.

ca·pac·i·ty (kə-păs'ĭ-tē) n., pl. -ties. 1. The ability to receive, hold, or absorb. 2. The maximum amount that can be contained. 3. The maximum or optimum amount that can be produced. 4. The ability to learn or retain knowledge. 5. The quality of being suitable for or receptive to specified treatment: the capacity of elastic to be stretched. 6. Position; role: in your capacity as sales manager. 7. Elect. Capacitance. —adj. As large or numerous as possible: a capacity crowd. [< Lat. capāx, capāc-, spacious.]

ca·par·i·son (kə-păr'ĭ-sən) n. An ornamental covering for a horse. [< Sp. caparazón.] —ca·par'i·son v.

cape[1] (kāp) n. A sleeveless garment often tied at the throat and worn hanging over the shoulders. [< LLat. cappa.]

cape[2] (kāp) n. A headland projecting into a body of water. [< Lat. caput, head.]

Cape Bret·on Island (kāp brĕt'n, brĭt'n). An island forming the NE part of Nova Scotia, Canada.

Cape buffalo n. A large African buffalo having massive downward-curving horns.

ca·per[1] (kā'pər) n. 1. A playful leap or hop. 2. A wild escapade. 3. Slang. An illegal enterprise, esp. one involving theft. —v. To leap or frisk about. [Alteration of CAPRIOLE.]

ca·per[2] (kā'pər) n. The pickled flower bud of a Mediterranean shrub, used as a pungent condiment. [< Gk. kapparis.]

Ca·pet (kā'pĭt, kăp'ĭt, kä-pā'). A dynasty of French kings (987-1328), including Hugh Capet (940?-996).

Cape Town or Cape·town (kāp'toun'). The legislative cap. of South Africa, in the extreme SW. Pop. 859,940.

Cape Verde (vûrd). An island country of the Atlantic W of Senegal. Cap. Praia. Pop. 296,093.

cap·il·lar·i·ty (kăp'ə-lăr'ĭ-tē) n., pl. -ties. The interaction between contacting surfaces of a liquid and a solid that distorts the liquid surface from a planar shape.

cap·il·lar·y (kăp'ə-lěr'ē) adj. 1. Of or resembling a hair; fine and slender. 2. Having a very small internal diameter: a capillary tube. 3. Anat. Of the capillaries. 4. Of capillarity. —n., pl. -ies. 1. One of the minute blood vessels that connect the arteries and veins. 2. A tube with a very small internal diameter. [< LLat. capillus, hair.]

capillary attraction n. The force that causes a liquid to be raised against a vertical surface, as water is in a clean glass tube.

cap·i·tal[1] (kăp'ĭ-tl) n. 1. A town or city that is the official seat of government in a polit-

LPL-11440

# EXHIBIT LPL8



McGraw-Hill
Dictionary of
Scientific and
Technical
Terms
Fifth Edition

LPL-11441

On the cover: Photomicrograph of crystals of vitamin B$_1$.
*(Dennis Kunkel, University of Hawaii )*

Included in this Dictionary are definitions which have been published previously in the following works: P. B. Jordain, *Condensed Computer Encyclopedia*, Copyright © 1969 by McGraw-Hill, Inc. All rights reserved. J. Markus, *Electronics and Nucleonics Dictionary*, 4th ed., Copyright © 1960, 1966, 1978 by McGraw-Hill, Inc. All rights reserved. J. Quick, *Artists' and Illustrators' Encyclopedia*, Copyright © 1969 by McGraw-Hill, Inc. All rights reserved. *Blakiston's Gould Medical Dictionary*, 3d ed., Copyright © 1956, 1972 by McGraw-Hill, Inc. All rights reserved. T. Baumeister and L. S. Marks, eds., *Standard Handbook for Mechanical Engineers*, 7th ed., Copyright © 1958, 1967 by McGraw-Hill, Inc. All rights reserved.

In addition, material has been drawn from the following references: R. E. Huschke, *Glossary of Meteorology*, American Meteorological Society, 1959; *U.S. Air Force Glossary of Standardized Terms*, AF Manual 11-1, vol. 1, 1972; *Communications-Electronics Terminology*, AF Manual 11-1, vol. 3, 1970; W. H. Allen, ed., *Dictionary of Technical Terms for Aerospace Use*, 1st ed., National Aeronautics and Space Administration, 1965; J. M. Gilliland, *Solar-Terrestrial Physics: A Glossary of Terms and Abbreviations*, Royal Aircraft Establishment Technical Report 67158, 1967; *Glossary of Air Traffic Control Terms*, Federal Aviation Agency; *A Glossary of Range Terminology, White Sands Missile Range, New Mexico*, National Bureau of Standards, AD 467-424; *A DOD Glossary of Mapping, Charting and Geodetic Terms*, 1st ed., Department of Defense, 1967; P. W. Thrush, comp. and ed., *A Dictionary of Mining, Mineral, and Related Terms*, Bureau of Mines, 1968; *Nuclear Terms: A Glossary*, 2d ed., Atomic Energy Commission; F. Casey, ed., *Compilation of Terms in Information Sciences Technology*, Federal Council for Science and Technology, 1970; *Glossary of Stinfo Terminology*, Office of Aerospace Research, U.S. Air Force, 1963; *Naval Dictionary of Electronic, Technical, and Imperative Terms*, Bureau of Naval Personnel, 1962; *ADP Glossary*, Department of the Navy, NAVSO P-3097.

## McGRAW-HILL DICTIONARY OF SCIENTIFIC AND TECHNICAL TERMS, Fifth Edition

Copyright © 1994, 1989, 1984, 1978, 1976, 1974 by McGraw-Hill, Inc. All rights reserved. Printed in the United States of America. Except as permitted under the United States Copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a database or retrieval system, without the prior written permission of the publisher.

  567890     DOW/DOW     99

ISBN 0-07-042333-4



Library of Congress Cataloging-in-Publication Data

McGraw-Hill dictionary of scientific and technical terms /
   Sybil P. Parker editor in chief.—5th ed.
          p.     cm.
      ISBN 0-07-042333-4
      1. Science—Dictionaries.   2. Technology—Dictionaries.
   I. Parker, Sybil P.
   Q123.M34w  1993
   503—dc20
                                             93-34772
                                                CIP

### INTERNATIONAL EDITION

Copyright © 1994. Exclusive rights by McGraw-Hill, Inc. for manufacture and export. This book cannot be re-exported from the country to which it is consigned by McGraw-Hill. The International Edition is not available in North America.

When ordering this title, use ISBN 0-07-113584-7.

LPL-11442

ability of the sample points in either $E_1$ or $E_2$ minus the probability of being in both $E_1$ and $E_2$. { 'yün·yən ¦rül əv ¦prābə'bil·əd·ē }

**union shop** [IND ENG] An establishment in which union membership is not a requirement for original employment but becomes mandatory after a specified period of time. { 'yün·yən ¦shäp }

**unipath** See nonshared control unit. { 'yü·nə,path }

**unipolar** [ELEC] Having but one pole, polarity, or direction; when applied to amplifiers or power supplies, it means that the output can vary in only one polarity from zero and, therefore, must always contain a direct-current component. { 'yü·nə'pō·lər }

**Unipolarina** [INV ZOO] A suborder of the protozoan order Myxosporida characterized by spores with one to six (never five) polar capsules located at the anterior end. { ,yü·nə,pō·lə'rī·nə }

**unipolar machine** See homopolar generator. { 'yü·nə'pō·lər mə'shēn }

**unipolar transistor** [ELECTR] A transistor that utilizes charge carriers of only one polarity, such as a field-effect transistor. { 'yü·nə'pō·lər tran'zis·tər }

**unipole** [ELECTROMAG] A hypothetical antenna that radiates or receives signals equally well in all directions. Also known as isotropic antenna. { 'yü·nə,pōl }

**unipotential cathode** See indirectly heated cathode. { 'yü·nə·pə'ten·chəl 'kath,ōd }

**unipotential electrostatic lens** [ELECTR] An electrostatic lens in which the focusing is produced by application of a single potential difference; in its simplest form it consists of three apertures of which the outer two are at a common potential, and the central aperture is at a different, generally lower, potential. { 'yü·nə·pə'ten·chəl i¦lek·trə'stad·ik 'lenz }

**uniprocessor** [COMPUT SCI] A computer that has a single central processing unit and works sequentially on only one program at a time. { 'yü·nə,prä,ses·ər }

**unique factorization theorem** [MATH] A positive integer may be expressed in precisely one way as a product of prime numbers. { yü'nēk ,fak·tə·rə'zā·shən ,thir·əm }

**unit** [ENG] An assembly or device capable of independent operation, such as a radio receiver, cathode-ray oscilloscope, or computer subassembly that performs some inclusive operation or function. [MATH] An element of a ring with identity that has both a left inverse and a right inverse. [ORD] 1. Any military element whose structure is prescribed by competent authority, such as a table of organization and equipment; specifically, part of an organization. 2. A standard of basic quantity into which an item of supply is divided, issued, or used. [PHYS] A quantity adopted as a standard of measurement. { 'yü·nət }

**unit-area acoustical ohm** See rayl. { 'yü·nət 'er·ē·ə ə'küs·tə·kəl 'ōm }

**unitarity condition** [PARTIC PHYS] The condition that the scattering matrix for any process be unitary, as a result of the fact that the probability for the system to end in some final state must be unity. { ,yü·nə'tar·əd·ē kən,dish·ən }

**unitary air conditioner** [MECH ENG] A small self-contained electrical unit enclosing a motor-driven refrigeration compressor, evaporative cooling coil, air-cooled condenser, filters, fans, and controls. { 'yü·nə,ter·ē 'er kən,dish·ən·ər }

**unitary decuplet** [PARTIC PHYS] A collection of 10 hadrons whose isospin and hypercharge values form a symmetrical pattern, and which are related by unitary symmetry operations. { 'yü·nə,ter·ē də'kəp·lət }

**unitary group** [MATH] The group of unitary transformations on a $k$-dimensional complex vector space. Usually denoted $U(k)$. { 'yü·nə,ter·ē 'grüp }

**unitary matrix** [MATH] A matrix whose inverse is equal to the complex conjugate of its transpose. { 'yü·nə,ter·ē 'mā·triks }

**unitary octet** [PARTIC PHYS] A collection of eight hadrons whose isospin and hypercharge values form a symmetrical pattern, and which are related by unitary symmetry operations. { 'yü·nə,ter·ē äk'tet }

**unitary space** See inner product space. { 'yü·nə,ter·ē 'spās }

**unitary spin** [PARTIC PHYS] A quantum number associated with $SU_3$ symmetry and which determines the $SU_3$ supermultiplet to which a particle belongs, such as singlet, octet, or decuplet. { 'yü·nə,ter·ē 'spin }

**unitary symmetry** [PARTIC PHYS] An approximate internal symmetry law obeyed by the strong interactions of elementary particles; a system of particles that has such a symmetry if all the particles can be described as compounds of a fundamental multiplet of particles, and if all physical properties of the system are unchanged by an arbitrary unitary transformation of this fundamental multiplet. { 'yü·nə,ter·ē 'sim·ə·trē }

**unitary transformation** [MATH] A linear transformation on a vector space which preserves inner products and norms; alternatively, a linear operator whose adjoint is equal to its inverse. { 'yü·nə,ter·ē ,tranz·fər'mā·shən }

**unit assembly** [IND ENG] Assemblage of machine parts which constitutes a complete auxiliary part of an end item, and which performs a specific auxiliary function, and which may be removed from the parent item without itself being disassembled. { 'yü·nət ə'sem·blē }

**unit ball** [MATH] The set of all points in euclidean $n$-space whose distance from the origin is at most 1. { 'yü·nət 'bol }

**unit binormal** [MATH] A unit vector in the same direction as the binormal to a point on a surface or space curve. { 'yü·nət bī'nor·məl }

**unit cell** [CRYSTAL] A parallelepiped which will fill all space under the action of translations which leave the crystal lattice unchanged. Also known as structure cell. [MIN ENG] In flotation, a single cell. { 'yü·nət 'sel }

**unit charge** See statcoulomb. { 'yü·nət 'chärj }

**unit circle** [MATH] The locus of points in the plane which are precisely one unit from the origin. { 'yü·nət 'sər·kəl }

**unit construction** [BUILD] An assembly comprising two or more walls, plus floor and ceiling construction, ready for shipping to a building site. { 'yü·nət kən'strək·shən }

**unit conversion factor** See conversion factor. { 'yü·nət kən'vər·zhən ,fak·tər }

**unit cost** [IND ENG] Cost allocated to a specified unit of a product; computed as the cost over a period of time divided by the number of units produced. { 'yü·nət 'kost }

**unit delay** [ELECTR] A network whose output is equal to the input delayed by one unit of time. { 'yü·nət di'lā }

**unit die** [MET] A die block having more than one cavity insert and allowing several different castings to be made. { 'yü·nət 'dī }

**United States airways code** [METEOROL] A synoptic code for communicating aviation weather observations. Also known as airways code. { yə'nīd·əd 'stāts 'er,wāz ,kōd }

**United States standard dry seal thread** [DES ENG] A modified pipe thread used for pressure-tight connections that are to be assembled without lubricant or sealer in refrigeration pipes, automotive and aircraft fuel-line fittings, and gas and chemical shells. { yə'nīd·əd 'stāts 'stan·dərd 'drī ¦sēl ,thred }

**United States Survey foot** [GEOD] The foot used by the U.S. Coast and Geodetic Survey in which 1 inch is equal to 2.540005 centimeters. { yü'es 'sər,vā 'fut }

**unitegmic** [BOT] Referring to an ovule having a single integument. { ,yü·nə'teg·mik }

**unit element** [MATH] An element in a ring which acts as a multiplicative identity. { 'yü·nət 'el·ə·mənt }

**uniterm** [COMPUT SCI] A word, symbol, or number used as a description for retrieval of information from a collection; especially, such a description used in a coordinate indexing system. { 'yü·nə,tərm }

**uniterm system** [COMPUT SCI] An information retrieval system which uses uniterm cards; cards representing words of interest in a search are selected and compared visually; if identical numbers are found to appear on the uniterm card undergoing comparison, those numbers represent documents to be examined in connection with the search. { 'yü·nə,tərm ,sis·təm }

**unit fraction** [MATH] A common fraction whose numerator is unity. { 'yü·nət ,frak·shən }

**unit heater** [MECH ENG] A heater consisting of a fan for circulating air over a heat-exchange surface, all enclosed in a common casing. { 'yü·nət 'hēd·ər }

**unit impulse** See delta function. { 'yü·nət 'im,pəls }

**unitized body** [ENG] An automotive body that has the body and frame in one unit; side members are designed on the principle of a bridge truss to gain stiffness, and sheet metal of the body is stressed so that it carries some of the load. { 'yü·nə,tīzd 'bäd·ē }

**unitized cargo** [IND ENG] Grouped cargo carried aboard a ship in pallets, containers, wheeled vehicles, or barges or lighters. { 'yü·nə,tīzd 'kär·gō }



**UNIPOTENTIAL ELECTROSTATIC LENS**

$\phi_0$    $\phi_1$    $\phi_0$

A unipotential electrostatic lens, a type of axially symmetric electrostatic lens. $\phi_0$ = common potential for outer two apertures; $\phi_1$ = lower potential for central aperture.

LPL-11443

# EXHIBIT LPL9

OFFICE EDITION



FIRST TIME IN PAPERBACK

*The*

# AMERICAN

# HERITAGE

## *dic•tion•ar•y*

### THIRD EDITION

BASED ON THE BEST-SELLING
AMERICAN HERITAGE® DICTIONARY
OF THE ENGLISH LANGUAGE,
THIRD EDITION

• OVER 70,000 ENTRIES •
• THOUSANDS OF NEW WORDS AND MEANINGS •
• OVER 400 PHOTOGRAPHS AND ILLUSTRATIONS •
• EXPERT GUIDANCE ON CORRECT USAGE •

LPL-11444

A LAUREL BOOK

Published by
Dell Publishing
a division of
Bantam Doubleday Dell Publishing Group, Inc.
1540 Broadway
New York, New York 10036

If you purchased this book without a cover you should be aware that this book is stolen property. It was reported as "unsold and destroyed" to the publisher and neither the author nor the publisher has received any payment for this "stripped book."

Words are included in this Dictionary on the basis of their usage. Words that are known to have current trademark registrations are shown with an initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word because such investigation is impracticable. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

American Heritage® and the eagle logo are registered trademarks of Forbes Inc. Their use is pursuant to a license agreement with Forbes Inc.

Copyright © 1994 by Houghton Mifflin Company

All rights reserved. No part of this book may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying, recording, or by any information storage and retrieval system, without the written permission of the Publisher, except where permitted by law. For information address: Houghton Mifflin Company, 222 Berkeley Street, Boston, Massachusetts 02116.

The trademark Laurel® is registered in the U.S. Patent and Trademark Office and in other countries.

The trademark Dell® is registered in the U.S. Patent and Trademark Office.

ISBN: 0-440-21861-6

Reprinted by arrangement with Houghton Mifflin Company

Printed in the United States of America

Published simultaneously in Canada

20  19

OPM

*prōstrātus.* p.part. of *prōsternere,* throw down.] —**pros'tra'tion** *n.*

**pros•y** (prō'zē) *adj.* **-i•er, -i•est. 1.** Prosaic. **2.** Dull; commonplace. —**pros'i•ness** *n.*

**Prot.** *abbr.* Protestant.

**prot—** *pref.* Var. of **proto—.**

**pro•tac•tin•i•um** (prō'tăk-tĭn'ē-əm) *n. Symbol* **Pa** A rare radioactive element chemically similar to uranium. At. no. 91. See table at element. [< PROT(O)—.]

**pro•tag•o•nist** (prō-tăg'ə-nĭst) *n.* **1.** The main character in a drama or other literary work. **2.** A leading or principal figure, as of a cause. [Gk. *prōtagōnistēs* : PROT(O)— + *agōnistēs,* actor (< *agein,* to drive, lead; see ag-').]

**Pro•tag•o•ras** (prō-tăg'ər-əs). fl. 5th cent. B.C. Greek philosopher. —**Pro'tag'o•re'an** (-ə-rē'ən) *adj.*

**pro•te•an** (prō'tē-ən, prō-tē'-) *adj.* Readily taking on varied shapes, forms, or meanings. [< PROTEUS.]

**pro•tect** (prə-tĕkt') *v.* To keep from damage, attack, theft, or injury. [< Lat. *prōtegere.*] —**pro•tec'tive** *adj.*

**pro•tec•tion** (prə-tĕk'shən) *n.* **1.** The act of protecting or the condition of being protected. **2.** One that protects. **3.** A system of protectionist tariffs.

**pro•tec•tion•ism** (prə-tĕk'shə-nĭz'əm) *n.* The protection of domestic producers by impeding or limiting, as by tariffs, the importation of foreign goods and services. —**pro•tec'tion•ist** *n.*

**pro•tec•tor** (prə-tĕk'tər) *n.* **1.** One that protects; guard or guardian. **2.** Protector. One who rules a kingdom during the minority of a sovereign. —**pro•tec'tor•ship'** *n.*

**pro•tec•tor•ate** (prə-tĕk'tor-ĭt) *n.* **1.a.** A relationship of protection and partial control by a superior power over a dependent country or region. **b.** The protected country or region. **2.** Protectorate. The government, office, or term of a protector.

**pro•té•gé** (prō'tə-zhā', prō'tə-zhā') *n.* One whose welfare, training, or career is promoted by an influential person. [Fr. < p.part. of *protéger,* protect.]

**pro•tein** (prō'tēn', -tē-ĭn) *n.* Any of a group of complex organic compounds that are composed of amino acids, occur in all living cells, and are essential for the growth and repair of animal tissue. [< LGk. *prōteios,* of the first quality.]

**pro tem** (prō tĕm') *adv.* Pro tempore.

**pro tem•po•re** (prō tĕm'pə-rē) *adv.* For the time being. [Lat. *prō tempore.*]

**pro•test** (prə-tĕst', prō-, prō'tĕst') *v.* **1.** To object to, esp. in a formal statement. **2.** To promise or affirm with earnest solemnity. —*n.* (prō'tĕst'). **1.** A formal declaration of disapproval or objection issued by a person or group. **2.** An individual or collective display of disapproval. [< Lat. *prōtestārī.*] —**prot'es•ta'tion** (prŏt'ĭ-stā'shən, prō'tĭ-) *n.* —**pro•test'er** *n.* —**pro•test'ing•ly** *adv.*

**Prot•es•tant** (prŏt'ĭ-stant) *n.* **1.** A Christian belonging to a denomination descending from those that broke away from the Roman Catholic Church in the 16th cent. **2.** *(also* prə-tĕs'tənt). protestant. One who makes a declaration or avowal. —**Prot'es•tant•ism** *n.*

**Pro•te•us** (prō'tē-əs, -tyōōs') *n. Gk. Myth.* A sea god able to change his shape at will.

**proto—** or **prot—** *pref.* Earliest; original: *prototype.* [< Gk. *prōtos,* 1st.]

**pro•to•col** (prō'tə-kôl', -kŏl', -kōl') *n.* **1.a.** The forms of ceremony and etiquette observed by diplomats and heads of state. **b.** A code of correct conduct. **2.** The first copy of a treaty or other such document before its ratification. **3.** A preliminary draft or record of a transaction. **4.** The plan for a course of medical treatment or for a scientific experiment. [< LGk. *prōtokollon,* table of contents.]

**Pro•to-In•do-Eu•ro•pe•an** (prō'tō-ĭn'dō-yōōr'ə-pē'ən) *n.* The earliest reconstructed stage of Indo-European.

**pro•ton** (prō'tŏn') *n.* A stable, positively charged subatomic particle found in all atomic nuclei. [Gk. *prōton.*]

**pro•to•plasm** (prō'tə-plăz'əm) *n.* The complex, semifluid substance that constitutes the living matter of plant and animal cells. —**pro'to•plas'mic** (-plăz'mĭk) *adj.*

**pro•to•type** (prō'tə-tīp') *n.* An original type or form that serves as a model on which later stages or examples are based or judged. —**pro'to•typ'al** (-tī'pəl), **pro'to•typ'ic** (-tĭp'ĭk), **pro'to•typ'i•cal** *adj.*

**pro•to•zo•an** (prō'tə-zō'ən) *n., pl.* **-zo•ans** or **-zo•a** (-zō'ə). Any of a large group of single-celled, usu. microscopic organisms, such as amoebas. —**pro'to•zo'an, pro'to•zo'ic** *adj.*

**pro•tract** (prō-trăkt', prə-) *v.* To draw out or lengthen in time; prolong. [Lat. *prōtrahere, prōtrāct-.*] —**pro•trac'tion** *n.*

**pro•trac•tile** (prō-trăk'təl, -tīl', prə-) *adj.* That can be protracted; extensible.

**pro•trac•tor** (prō-trăk'tər, prə-) *n.* A semicircular instrument for measuring and constructing angles.

**pro•trude** (prō-trōōd') *v.* **-trud•ed, -trud•ing.** To push or jut outward; project. See Syns at bulge. [Lat. *prōtrūdere.*] —**pro•tru'sive** *adj.*

**pro•tu•ber•ance** (prō-tōō'bər-əns, -tyōō'-, prə-) *n.* Something, such as a bulge, knob, or swelling, that protrudes. [< Lat. *prōtūberāre,* swell out.] —**pro•tu'ber•ant** *adj.*

**proud** (proud) *adj.* **-er, -est. 1.** Feeling pleasurable satisfaction. **2.** Occasioning pride. **3.** Feeling or showing self-respect. **4.** Filled with or showing excessive self-esteem. **5.** Of great dignity; honored. **6.** Majestic; magnificent. [< LLat. *prōde,* advantageous.] —**proud'ly** *adv.* —**proud'ness** *n.*

**Prou•dhon** (prōō-dôN'), **Pierre Joseph.** 1809–65. French anarchist.

**Proust** (prōōst), **Marcel.** 1871–1922. French writer. —**Proust'i•an** *adj.*

**prov.** *abbr.* Province; provincial.

**prove** (prōōv) *v.* **proved** or **prov•en** (prōō'vən), **prov•ing. 1.** To establish the truth or validity of by argument or evidence. **2.** To determine the quality of by testing; try out. **3.** To be shown to be such; turn out. [< Lat. *probāre,* test.] —**prov'a•ble** *adj.*
    *Usage:* Both *proved* and *proven* are now well established in written English as participles: *He has proved (or proven) his point. Proven* is more common as an adjective before a noun: *a proven talent.*

**prov•e•nance** (prŏv'ə-nəns, -näns') *n.* Place of origin. [< Lat. *prōvenīre,* originate : *prō-,*

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on December 22, 2006, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Jeffrey B Bove, Esq.
Jaclyn M. Mason, Esq.
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899-2207

Frederick L. Cottrell, III, Esq.
Anne Shea Gaza, Esq.
Richards, Layton & Finger
One Rodney Sqare
P.O. Box 551
Wilmington, DE 19899

The undersigned counsel further certifies that copies of the foregoing document were sent by hand to the above counsel and by email and first class mail to the following non-registered participants:

Scott R. Miller, Esq.
Connolly Bove Lodge & Hutz LLP
355 South Grand Avenue
Suite 3150
Los Angeles, CA 90071

Valerie Ho, Esq.
Mark H. Krietzman, Esq.
Frank C. Merideth, Jr., Esq.
Greenberg Traurig LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404

Tracy Roman, Esq.
Raskin Peter Rubin & Simon LLP
1801 Century Park East, Suite 2300
Los Angeles, CA 90067

The Honorable Vincent J. Poppiti
Blank Rome LLP
Chase Manhattan Center
1201 Market Street, Suite 800
Wilmington, DE  19801

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

571447-1