# VIEWSONIC EXHIBIT 1

The following lists examples from each column of the '641 Patent where the invention sought to be protected is depicted as a portable computer or an element thereof.

**Title:**

- `641-"Portable Computer Having a Flat Panel Device Display"
- `718-"Portable Computer And Method For Mounting Having a Flat Panel Device Display Thereon"

**Abstract:**

- "A portable computer including a housing having first and second sections, the first section having an information input device and the second section having a case having a first fastening element; a display panel including a second fastening element at a rear surface of the panel, the case and the display panel being attached through the first and second fastening elements; a hinge coupling the first and the second sections to each other; and a display panel support member having a third fastening element, the display panel support member being attached to the display panel through the third fastening. [sic]" JA at Ex. A, '641 Pat.

**Drawings**

- Figures 1-16.  JA at Ex. A, '641 Pat.

- "The present invention relates generally to a flat panel display device, and more specifically, to a flat panel display device mounting structure and method of mounting the flat panel display device to a computer."  JA at Ex. A, '641 Pat., lines 11-14

- "Accordingly, the present invention is directed to a portable computer and method for mounting a flat panel display device thereon that substantially obviates one or more of the problems due to limitations and disadvantages of the related art." JA at Ex. A, '641 Pat., lines 41-45.

- "Another object of the present invention is to provide a computer having a flat panel display device with a maximum display area and the minimum display case size" JA at Ex. A, '641 Pat., lines 48-51.

- "Additional features and advantages of the invention will be set forth in the description which follows, and in part will be apparent from the

      description, or may be learned by practice of the invention." JA at Ex. A, `641 Pat., lines 51-54.

- "The objectives and other advantages of the invention will be realized and attained by the structure particularly pointed out in the written description and claims hereof as well as the appended drawings." JA at Ex. A, `641 Pat., lines 54-57.

- "To achieve these and other advantages and in accordance with the purpose of the present invention, as embodied and broadly described, a portable computer includes a body having an information input device; a case coupled to the body and having inner and outer surfaces; and a flat panel display device having a display surface and a rear surface, the rear surface being fixed to the inner surface of the case." JA at Ex. A, '641 Pat., lines 58-64.

- "According to another aspect of the present invention, a portable computer includes a body having an information input device; a flat panel display case coupled to the body; a flat panel display device having a display surface and a rear surface; and a hinge mechanism having a hinge mount and a hinge arm fixed to the rear surface of the display device. JA at Ex. A, '641 Pat., line 66-Col. 3, line 4.

**Column 3**:

- "According to another aspect of the present invention, a method of mounting a flat panel display device to a hinge mechanism having a hinge mount, a hinge arm, and a pin portion rotating in the hinge mount, the flat panel display device having a display surface and a rear surface, the method including a step of fixing the rear surface of the flat panel display device to the hinge arm. The fixing step is preferably carried out by attaching the hinge arm and the rear surface of the flat display device using a screw. JA at Ex. A, '641 Pat., lines 5-13.

- "FIG. 5 shows a mounting structure in accordance with a first embodiment in accordance with the present invention." JA at Ex. A, '641 Pat., lines 43-44.

- "FIG. 6 shows a mounting structure in accordance with a second embodiment in accordance with the present invention." JA at Ex. A, '641 Pat., lines 45-47

- "FIG. 8 is a perspective view showing a back mounting structure of the LCD device according to a third embodiment in accordance with the present invention." JA at Ex. A, '641 Pat., lines 50-52

- "FIG. 9 is a perspective view showing a back mounting structure of the LCD device according to a fourth embodiment in accordance with the

present invention." JA at Ex. A, '641 Pat., lines 53-55.

- o "FIG. 11 is a fifth embodiment in accordance with the present invention which is an alternate embodiment to FIG. 10 where the hinge mount is fixed to the display case." JA at Ex. A, '641 Pat., lines 57-59.

- o "FIGS. 12, 13, and 14 are sixth, seventh, and eighth embodiments in accordance with the present invention." JA at Ex. A, '641 Pat., lines 60-61.

- o "FIG. 15 is a side view showing a back mounting structure of the LCD device according to a ninth embodiment of the present invention." JA at Ex. A, '641 Pat., lines 62-64.

**Column 4**:

- o "The present invention provides a back mounting method and a back mounting structure for a panel display device in a portable computer. Moreover, the rear surface of the display panel device may be coupled to a hinge arm for further support of the display panel device." JA at Ex. A, '641 Pat., lines 6-11;

  "Fig. 5 shows the assembly of the LCD device 10 to the display case 21 of a portable computer according to a first embodiment of the present invention." JA at Ex. A, '641 Pat., lines 42-44;

  "The computer includes a body 20 or a first section having an information input device and a second section including the case 21. The case 21 may cover the body 20 as coupled to the body through a hinge mechanism. Together, the case 21 and the body 20 may be referred to as a housing. . ." JA at Ex. A, '641 Pat., lines 44-49.

**Column 5**:

- o "FIG. 6 shows a back mounting structure of the LCD device according to a second embodiment of the present invention, and FIG. 7 is a detailed partial sectional view showing the assembled state of the LCD device 10 and the case 21 in accordance with the second embodiment." JA at Ex. A, '641 Pat., lines 4-8;

  "FIG. 8 is a perspective view showing a mounting structure of the LCD device according to a third embodiment of the present invention. There may be one or more hinge mechanisms for the LCD device; however, for convenience of explanation, only one hinge mechanism will be explained. Referring to FIG. 8, a body 20 includes a hinge mount 22, where a hinge arm 24 is connected." JA at Ex. A, '641 Pat., lines 34-40.

**Column 6**:

- "To mount the LCD device 10, the body 20 (first portion) and the display case 30 (second portion) (collectively referred to as a housing) are connected by the pin portion 24a on the hinge mount 22."  JA at Ex. A, '641 Pat., lines 6-9.

**Column 7**:

- "As explained above, the mounting method according to the present invention does not require unnecessary side space for mounting the LCD device on the computer.  Thus, the ratio of the display area of the LCD device to the display case can be improved and maximized."  JA at Ex. A, '641 Pat., lines 31-35.

- "Moreover, in the above embodiments, other hinge mechanisms may be used such as a gear hinge as disclosed, for example, in U.S. application Ser. No. 08/937,801 filed on Sep. 25, 1997 entitled, "DISPLAY WITH GEAR TYPE HINGE," which is incorporated herein by reference."  JA at Ex. A, '641 Pat., lines 41-45.

- "It will be apparent to those skilled in the art that various modifications and variation can be made in the portable computer and method for mounting a flat panel display device thereon of the present invention without departing from the spirit or scope of the invention."  JA at Ex. A, '641 Pat., lines 46-50.