**VIEWSONIC EXHIBIT 2**









**VIEWSONIC EXHIBIT 2 - PAGE 2**