# VIEWSONIC EXHIBIT 3

| *Claim Terms* | *Stipulated Construction* |
|---|---|
| attaching | Attaching firmly or fixing securely so as to be supported |
| fastening | Attaching firmly or fixing securely so as to be supported |
| fixed | Attached firmly or fixed securely so as to be supported |
| fixing | Attaching firmly or fixing securely so as to be supported |
| flat display panel | The component within a flat panel display device on which the image appears. |
| mounted | Attached firmly or fixed securely so as to be supported |