## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

LG.PHILIPS LCD CO., LTD.,

        Plaintiff,

    v.

TATUNG CO.;
TATUNG COMPANY OF AMERICA, INC.;
AND VIEWSONIC CORPORATION

        Defendants.

C.A. No. 04-343-JJF

### NOTICE OF FILING PAPER DOCUMENTS

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court on behalf of all parties and are available in paper form only:

**VOLUME 1**
**JOINT APPENDIX OF EXHIBITS**
**IDENTIFIED IN THE JOINT SUBMISSION**

Dated:  December 22, 2006

    */s/ Jeffrey B. Bove*
    Jeffrey B. Bove, Esq. (#998)
    Jaclyn M. Mason, Esq. (#4737)
    Connolly Bove Lodge & Hutz LLP
    The Nemours Building, 8th Floor
    1007 North Orange Street
    Wilmington, DE  19801
    Telephone:  (302) 658-9141
    Facsimile:   (302) 658-5614

    Scott R. Miller, Esq.
    355 South Grand Avenue, Suite 3150
    Los Angeles, CA  90071
    Telephone:  (213) 787-2500
    Facsimile:   (213) 687-0498

    *Attorneys for ViewSonic Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2006, I electronically filed the **Notice of**

**Filing Paper Documents** with the Clerk of the Court using CM/ECF which will send

notification of such filing to the following:

Richard D. Kirk
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Anne Shea Gaza
Frederick L. Cottrell III
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19801

I hereby certify that on December 22, 2006, I have caused copies of the foregoing

document to be served upon the following non-registered participants by email and U.S.

Mail:

Cass W. Christenson
Lora A. Brzezynski
Rel S. Ambrozy
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006

Mark H. Krietzman
Valerie W. Ho
Frank E. Merideth, Jr.
Steve P. Hassid
Greenberg Traurig, LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404

Tracy R. Roman
Raskin Peter Rubin & Simon
1801 Century Park East 23rd Floor
Los Angeles, CA 90067

Jong P. Hong
Greenberg Traurig, LLP
1900 University Avenue, 5th Floor
East Palo Alto, CA 94303

By: /s/ Jeffrey B. Bove
Jeffrey B. Bove (#998)
jbove@cblh.com