IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>TATUNG CO.;<br>TATUNG COMPANY OF AMERICA, INC.;<br>AND VIEWSONIC CORPORATION<br><br>Defendants. | C.A. No. 04-343-JJF |

**NOTICE OF FILING PAPER DOCUMENTS**

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court on behalf of all parties and are available in paper form only:

VOLUME 2
JOINT APPENDIX OF EXHIBITS
IDENTIFIED IN THE JOINT SUBMISSION

Dated: December 22, 2006

*/s/ Jeffrey B. Bove*
Jeffrey B. Bove, Esq. (#998)
Jaclyn M. Mason, Esq. (#4737)
Connolly Bove Lodge & Hutz LLP
The Nemours Building, 8th Floor
1007 North Orange Street
Wilmington, DE 19801
Telephone: (302) 658-9141
Facsimile: (302) 658-5614

Scott R. Miller, Esq.
355 South Grand Avenue, Suite 3150
Los Angeles, CA 90071
Telephone: (213) 787-2500
Facsimile: (213) 687-0498

*Attorneys for ViewSonic Corporation*

511964_1.DOC

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2006, I electronically filed the **Notice of Filing Paper Documents** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Richard D. Kirk  
The Bayard Firm  
222 Delaware Avenue, Suite 900  
Wilmington, DE 19801

Anne Shea Gaza  
Frederick L. Cottrell III  
Richards, Layton & Finger, P.A.  
One Rodney Square  
Wilmington, DE 19801

I hereby certify that on December 22, 2006, I have caused copies of the foregoing document to be served upon the following non-registered participants by email and U.S. Mail:

Cass W. Christenson  
Lora A. Brzezynski  
Rel S. Ambrozy  
McKenna Long & Aldridge LLP  
1900 K Street, NW  
Washington, DC 20006

Mark H. Krietzman  
Valerie W. Ho  
Frank E. Merideth, Jr.  
Steve P. Hassid  
Greenberg Traurig, LLP  
2450 Colorado Avenue, Suite 400E  
Santa Monica, CA 90404

Tracy R. Roman  
Raskin Peter Rubin & Simon  
1801 Century Park East 23rd Floor  
Los Angeles, CA 90067

Jong P. Hong  
Greenberg Traurig, LLP  
1900 University Avenue, 5th Floor  
East Palo Alto, CA 94303

By: /s/ *Jeffrey B. Bove*  
Jeffrey B. Bove (#998)  
jbove@cblh.com

511964_1.DOC