IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TATUNG CO.; )<br>TATUNG COMPANY OF AMERICA, INC.; AND )<br>VIEWSONIC CORPORATION )<br>)<br>Defendants. )<br>) | C.A. No. 04-343-JJF |

**NOTICE OF CHANGE OF ATTORNEY INFORMATION**

PLEASE TAKE NOTICE that, further to the Court's Order granting [29-1] motion for Tracy R. Roman to Appear Pro Hac Vice, the address for Tracy R. Roman, counsel for Defendant ViewSonic Corporation, has changed, effective immediately, from Bingham McCutchen LLP, 355 South Grand Avenue, 44th Floor, Los Angeles, California 90071 to:

Tracy R. Roman
Raskin Peter Rubin & Simon LLP
1801 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: (310) 277-0010
Facsimile: (310) 277-1980
troman@raskinpeter.com

511388_1.DOC

|  |  |
|---|---|
|  | CONNOLLY BOVE LODGE & HUTZ LLP |
| Dated: December 26, 2006 | By: /s/ Jeffrey B. Bove |
|  | Jeffrey B. Bove, Esq. (#998) |
|  | Jaclyn M. Mason, Esq. (#4737) |
|  | The Nemours Building, 8th floor |
|  | 1007 North Orange Street |
|  | Wilmington, DE 19801 |
|  | Telephone: (302) 658-9141 |
|  | Facsimile: (302) 658-5614 |

*Attorneys for Defendant ViewSonic Corporation*

Of Counsel:

Scott R. Miller
Connolly Bove Lodge & Hutz LLP
355 South Grand Ave.
Suite 3150
Los Angeles, CA 90071

*Attorney for ViewSonic Corporation*

2

## CERTIFICATE OF SERVICE

I, Jeffrey B. Bove, hereby certify that on the 26th day of December, 2006, a true copy of the foregoing *ViewSonic Defendant's NOTICE OF CHANGE OF ATTORNEY INFORMATION* was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following and the document is available for viewing and downloading from CM/ECF:

Richard D. Kirk
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Anne Shea Gaza
Frederick L. Cottrell III
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801

I hereby certify that on the 26th day of December, 2006, I have sent by email and U.S. Mail the foregoing documents to the following non-registered participants:

Cass W. Christenson
Lora A. Brzezynski
Rel Ambrozy
McKenna Long & Aldridge LLP
1900 K Street NW
Washington, DC 20006

Mark H. Krietzman
Valerie W. Ho
Frank E. Merideth, Jr.
Steve P. Hassid
Greenberg Traurig LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404

Tracy R. Roman
Raskin Peter Rubin & Simon
1801 Century Park East, 23rd Floor
Los Angeles, CA 90067

Jong P. Hong
Greenberg Traurig, LLP
1900 University Avenue, 5th Floor
East Palo Alto, CA 94303

By: */s/ Jeffrey B. Bove*
Jeffrey B. Bove (#998)
The Nemours Building, 8th floor
1007 North Orange Street
Wilmington, DE 19801
Telephone: (302) 658-9141

3