# VIEWSONIC EXHIBIT 2

| '641 patent | Kurihara |
|---|---|



'641 patent



**VIEWSONIC EXHIBIT 2 - PAGE 1**





**VIEWSONIC EXHIBIT 2 - PAGE 2**