IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG Philips LCD Co., Ltd., | ) |
| | ) |
| Plaintiff, | ) C.A. No. 04-343-JJF |
| | ) |
| v. | ) |
| | ) JURY TRIAL DEMANDED |
| Tatung Co., Tatung Company of | ) |
| America Inc., and Viewsonic Corp., | ) |
| | ) |
| Defendants. | ) |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, subject to order of the Special Master, by and between counsel for Plaintiff LG Philips LCD Co., Ltd. and Defendants Tatung Co. and Tatung Company of America Inc., that Defendants Tatung Co. and Tatung Company of America Inc.'s time to respond to Plaintiff LG Philips LCD Co., Ltd.'s Motion to Compel Discovery Concerning Advice of Counsel, Plaintiff LG Philips LCD Co., Ltd.'s Motion to Compel Discovery Regarding Indirect Infringement and Damages and Plaintiff LG Philips LCD Co., Ltd.'s Motion to Compel Technical and Mounting-Related Discovery is extended through and including January 8, 2007

/s/ Richard D. Kirk
Richard D. Kirk (#922)
rkirk@bayardfirm.com
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
Telephone: (302) 429-4208
Facsimile: (302) 658-6395
*Attorneys for Plaintiff LG
Philips LCD Co., Ltd*

/s/ Frederick L. Cottrell, III
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
Telephone: (302) 651-7700
*Attorneys for Defendants Tatung Co and
Tatung Company of America Inc*

Dated: December 27, 2006

RLF1-2974547-1

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2006 I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Richard D Kirk, Esquire
The Bayard Firm
222 Delaware Avenue #900
Wilmington, DE 19899

Jeffrey B. Bove, Esquire
Jaclyn M. Mason, Esquire
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P O. Box 2207
Wilmington, DE 19899

I hereby certify that on December 27, 2006 I caused to be sent by Federal Express the foregoing document to the following non-registered participants:

Cass W Christenson, Esquire
Lora A Brzezynski, Esquire
Matthew T. Bailey, Esquire
McKenna Long & Aldridge LLP
1900 K Street, N.W.
Washington D.C 20006

Tracy R. Roman, Esquire
Raskin Peter Rubin & Simon LLP
1801 Century Park East, Suite 2300
Los Angeles, CA 90067

Scott R. Miller, Esquire
Connolly Bove Lodge & Hutz LLP
355 South Grand Avenue
Suite 3150
Los Angeles, CA 90071

/s/ Frederick L. Cottrell, III
Frederick L. Cottrell, III(#2555)
Cottrell@rlf.com

SO ORDERED this __27__ day of __Dec__, 2006.

_____
Special Master

RLF1-2974547-1