**TA 1**

# Verification

The undersigned, I sincerely declare and verify the fact that I truly translated Korean Patent application no. 1998 - 44993.

Signature: 이충기

Date: October 14, 2000

Name: Yi, Sung-Wook

VS024424

# KOREAN INDUSTRIAL

# PROPERTY OFFICE

This is to certify that the following application annexed hereto

is a true copy from the records of the Korean Industrial Property Office

**Application Number** : **Patent Application 1998 year No. 44973**

**Date of Application** : **October 27. 1998**

**Applicant(s)** : **LG Electronics Inc.**

# COMMISSIONER

VS024425

[ TITLE OF DOCUMENT ]    PATENT APPLICATION

[ RECIPIENT ]   Mr. COMMISSIONER

[ DATE OF SUBMISSION ]    October 27, 1998

[ TITLE OF INVENTION IN KOREAN ]    휴대용 컴퓨터와 그 평판 표시
장치의 결합방법

[ TITLE OF INVENTION IN ENGLISH ]    A portable computer and the method for
mounting a flat panel display device   thereon

[ APPLICANT ]

    [ NAME IN KOREAN ]    엘지전자 주식회사

    [ NAME IN ENGLISH ]    LG Electronics Inc.

    [ PRESIDENT ]    Ku, Ja-Hong

    [ CORD OF APPLICANT ]    11006955

    [ CLASS OF APPLICANT ]    Corporation in Domestic Commercial Law

    [ PHONE NO. ]   02-3777-7083

    [ ZIP CODE ]    150-010

    [ ADDRESS ]    20 Yoido-dong, Youngdungpo-ku, Seoul

    [ NATION ]    KR

[ ATTORNEY ]

    [ NAME ]    Jung, Won-Ki

    [ CORD OF ATTORNEY ]    K199

    [ PHONE NO. ]   02-557-4424

    [ ZIP CODE ]    135-080

    [ ADDRESS ]    302 Shinwon building, 648-15 Yoksam-dong, Kangnam-ku,
Seoul

[ ATTORNEY ]

VS024426

[ NAME ]   Lee, Chang-Hoon

[ CORD OF ATTORNEY ]   H377

[ PHONE NO. ]   02-557-4424

[ ZIP CODE ]   135-080

[ ADDRESS ]   302 Shinwon building, 648-15 Yoksam-dong, Kangnam-ku, Seoul

[ INVENTOR ]

[ NAME IN KOREAN ]   김 종 환

[ NAME IN ENGLISH ]   Kim, Jong-Hwan

[ IDENTIFICATION NO. ]   630408-1715616

[ ZIP CODE ]   431-080

[ ADDRESS ]   304/1505 Mukunghwa-Apt. 1057 Hogae-dong, Dongahn-ku, Ahnyang-shi Kyonggi-do

[ NATION ]   KR

[ INVENTOR ]

[ NAME IN KOREAN ]   조 영 우

[ NAME IN ENGLISH ]   Cho, Young-Woo

[ IDENTIFICATION NO. ]   670102-1090426

[ ZIP CODE ]   435-055

[ ADDRESS ]   215-704 Jukong 2-danji Jaegung-dong, Kunpo-shi Kyonggi-do

[ NATION ]   KR

[ PURPORT ]   We submit application as above under the article 42 of the Patent Law

Attorney                                          Jung, Won-Ki (seal)

Attorney                                          Lee, Chang-Hoon (seal)

VS024427

[ REQUEST OF SUBSTANTIVE EXAMINATION ]     We request the substantive examination as above under the article 60 of the Patent Law

| | |
|---|---|
| Attorney | Jung, Won-Ki (seal) |
| Attorney | Lee, Chang-Hoon (seal) |

[ FEES ]

| | | | |
|---|---|---|---|
| [ BASIC APPLICATION FEE ] | 20 pages | 29,000 | won |
| [ ADDITIONAL APPLICATION FEE ] | 9 pages | 9,000 | won |
| [ PRIORITY FEE ] | 0 things | 0 | won |
| [ REQUEST FEE ] | 24 sections | 877,000 | won |
| [ TOTAL ] | | 915,000 | won |

[ ENCLOSED ]   1. Abstract, Specifications ( & Drawings )   1 set, each

2. FD duplicates including Duplicates of Application, Abstract, and Specifications ( & Drawings ) 1 set

3. Assignments ( & Translation of the same )

3

VS024428

[ DOCUMENT OF ABSTRACT ]

[ ABSTRACT ]

The present invention produces the method for coupling a portable computer engaging rotating means on a back surface rotatively coupling a body case with a display device case, and the method for coupling a flat panel display device of the portable computer. The present invention shows a portable computer and the method for coupling the portable computer, and the portable computer comprising, a body including an input device and an information processing unit; a body case protecting and receiving the body; a flat panel display device including a display portion displaying results of the information processing unit and a back surface having at least one first fastening portion; rotating means including a second fastening portion engaged with the first fastening portion to rotatively couple the flat panel display device with the body; a display device case formed with a third fastening portion coupled with the first fastening portion and/or the second fastening portion so as to adjoin the back surface of the flat panel display device.

[ MAIN FIG ]

FIG. 4

1

VS024429

[ SPECIFICATIONS ]

[ TITLE OF INVENTION ]

A portable computer and method for mounting the display device

[ BRIEF EXPLANATION OF FIGS ]

Fig.1 is a view showing a conventional portable computer,

Fig.2a is an exploded perspective view illustrating an assembly structure of a liquid crystal display device for the conventional personal notebook computer,

Fig 2b is a view of the assembly of liquid crystal display device,

Fig.3a and Fig.3b are an exploded perspective view and a bottom view, respectively, illustrating the liquid crystal display device according to the present invention,

Fig 4 is an exploded perspective view illustrating a assembly structure of a liquid crystal display device of a portable computer according to the present invention,

Fig.5 is an exploded perspective view illustrating an assembly structure of a liquid crystal display device of another embodiment according to the present invention,

Fig.6 is a partially assembled view illustrating an embodiment of mounting the liquid crystal display device according to the preferred embodiment according to the present invention illustrated in Fig.5,

Fig.7 is a view similar to Fig.6 illustrating another embodiment of the assembly structure of the liquid crystal display device according to the present invention,

Fig.8 is a side view illustrating a back mounting structure of the liquid crystal, display device according to the present invention,

2

VS024430

Fig.9 is a partially cross-sectional view illustrating a state that the liquid crystal display device is coupled with a rear case.

* Explanation of major parts in the figures.*

| | |
|---|---|
| 10 : liquid crystal display device | 12 : liquid crystal panel |
| 14 : back light device | 15 : coupling rib |
| 16 : support frame | 18 : screw |
| 20 : body case | 22 : hinge mount |
| 24 : hinge arm | 26 : fixing plate |
| 30 : image display case | 40 : fixing frame |
| 41 : gear | 42 : fixing pin |
| 43 : arm | |

[ DETAILED EXPLANATION OF INVENTION ]

[ OBJECT OF INVENTION ]

[TECHNICAL FIELD OF INVENTION AND  CONVENTIONAL ART OF THE FIELD]

The present invention relates to a coupling structure of a case and a flat panel display device of a portable computer, and the method of the same.

A conventional note book computer assembled with a key input device 102 opened to outside for an information input unit comprises a body 100 including an information

3

VS024431

processing unit like a memory storage and an arithmetic unit (not shown) inside, a display device assembly coupled with the body 100 by a hinge 124 and including a flat panel display device inside, and a case receiving and protecting these.

Referring to Fig. 2a and 2b illustrating a conventional display device case assembly 110 in detail, a flat panel display device 111 according to the present invention can be applied to a plasma display panels (PDP) and a field emission displays (FED) and preferably a liquid crystal display device. The liquid crystal display device comprises a liquid crystal panel 112 and a back light device (not shown), and a support frame 114 is surrounded along the edges of the liquid crystal panel 112 and the back light device. In this application, a liquid crystal display device module, or a flat panel display device module is defined as the liquid crystal display device having the support frame.

The display device case 122 is coupled with a body case 120 receiving the body, by a hinge. Thus, the display device assembly is selectively opened or closed at the body 100. A hinge mount 124 of the hinge is protruded from an upper portion of the body case, and the body case 120 is connected with the display device case 122 at a hinge mount 124 via a hinge arm 126. Thus, the display device assembly 110 can be rotated for some angle to the body case 120.

From two opposite side surfaces of the support frame 114 of the liquid crystal display device 111 are fixing plates 114a protruded, and on under corner portions are coupling plates formed. On an inner surface of the display device case 122 are a plurality of

4

VS024432

coupling ribs 122a formed so as to be coupled to the fixing plates 114a of the liquid crystal display device 111.

Processes of assembling are fixing an edge of the hinge arm 126 to the coupling plate 114b of the support frame 114 by a screw 128 at first, and finally fastening the fixing plate 114a of the support frame 114 with the fixing rib 122a by a screw 128 downward.

However, in the assembling structure of the liquid crystal display device assembly, as shown in Fig.2b, there occurs a distance by the width d1 of the hinge arm 126 between the liquid crystal display device 110 and display device case 122 due to mounting the hinge arm 126 to the liquid crystal display device 110. Further, the coupling plate 114a takes space by the width d2 of the coupling plate due to protruding of the coupling plate 114a from the support frame 136. Subsequently, there exists a problem of reduced display area due to increased non-display area by space d1+d2=D between the liquid crystal panel 112 and edge portions of the display device case 122.

[ TECHNICAL SUBJECT OF INVENTION ]

To solve the above problem, the present invention provides a portable computer and a method of assembling the same, of which the display area is maximized by minimizing the non-display area produced when the flat panel display device is fixed to a hinge and a case.

5

VS024433

[ CONSTRUCTION AND OPERATION OF INVENTION ]

To achieve the above purpose, the present invention provides a portable computer having rotating means rotatively coupling a body case with a display device case and engaged to a back surface of the portable computer, and a method of coupling a flat panel display device of the portable computer.

That is to say, the present invention provides a portable computer comprising, a body including an input device and an information processing unit; a body case protecting and receiving the body; a flat panel display device including a display portion displaying results of the information processing unit and a back surface having at least one first fastening portion; rotating means including a second fastening portion engaged with the first fastening portion to rotatively couple the flat panel display device with the body; a display device case formed with a third fastening portion coupled with the first fastening portion and/or the second fastening portion so as to adjoin the back surface of the flat panel display device.

Further, the present invention provides a method of coupling the flat panel display device of the portable computer comprising preparing a body, the flat panel display device, a display device case and rotating means, which rotatively couple a display device case with the flat panel display device; coupling the rotating means to rotatively couple the display device case with the body; coupling the rotating means on the back surface of the flat panel display device; and coupling the rotating means with the display device case.

6

VS024434

The rotating means according to the present invention preferably includes a hinge mount and a hinge arm, and one portion of the hinge arm is placed and coupled on the back surface of the flat panel display device.

The present invention prefers applying the liquid crystal display device to the flat panel display device rather than applying PDP or FED device, which may be applicable, too.

In coupling the portable computer with the flat panel display device according to the present invention, since the rotating means are coupled on the back surface of the flat panel display device, non-display area of side surfaces resulted from coupling is minimized.

Hereinafter, referring to Figs. attached in the application, a preferred embodiment according to the present invention is explained more in detail.

Fig.3a and Fig.3b are an exploded perspective view and a bottom view, respectively, illustrating an embodiment of the liquid crystal display device having coupling means on the back surface.

Illustrated in the Fig.3a, a liquid crystal display device 10 comprises a liquid crystal panel 12 formed on the front surface and a back light device 14 formed on the rear surface.

A support frame 16 is formed along edges of the liquid crystal panel 12 and back light device 14, and supports and couples the liquid crystal panel with the back light device.

The back light device 14 comprises a diffusing or a protecting sheet 14a diffusing to display area of the liquid crystal panel 12, first and second prism sheets 14b, 14c condensing rays for some angle, a diffusing or a protecting sheet 14d, a light guide 14e and a reflector 14f receiving incident rays horizontally and emitting rays perpendicularly, and a fixing frame 14g, which are mounted sequentially behind the liquid crystal panel 12.

VS024435

Referring to the Fig.3b, a plurality of fixing holes 15 are formed along the edges of the back surface of the liquid crystal panel. These fixing holes 15 are preferably formed on each corner for stable fixing, and inner screws are preferably formed in each fixing hole. Though the fixing hole 15 has an exaggerated shape of rib in the Fig, the fixing hole may have just a hole shape according to the design of a circuit board on real applications.

Illustrated in the Fig.4, a hinge mount 22 is protruded from a body case 20, and a hinge arm 24 is inserted into the hinge mount 22. That is to say, the hinge arm 24 has a cylindrical bar 24a shape at a first edge so as to be inserted into the hinge mount 22, and a thin plate 24b shape at a second edge so as to be coupled with the back surface of the liquid crystal display device 10. Herein, a fixing pin may be used at an end portion of the cylindrical bar 24a of the hinge arm 24 coupled with the hinge mount 22, so as not to be separated from the hinge mount.

The thin plate portion 24b of the hinge arm may be extended in various methods or arrangements. Fig.4 shows an embodiment of the hinge arm 24 including a thin plate 24b having a reversed F shape. Through holes 24c corresponding to the positions of the fixing holes 15 are formed on the end portion of the thin plate 24b. The through hole 24c is a screw hole or a conventional through hole.

However, the display device case 30 has a coupling holes 30a formed on positions corresponding to each position of the through holes 24c of the hinge arm 24 and the fixing holes 15 of the liquid crystal display device 10. The coupling hole 30a also has an internal hole inside. Or the coupling hole may have a stepped hole including a larger outside diameter and a smaller inside diameter so as for a coupling member to be inserted inside.

8

VS024436

Processes of assembling the above liquid crystal display device comprise connecting the body case 20 with the display device case 30 by inserting the hinge arm 24 into the hinge mount 30 of the body case 20, placing the liquid crystal display device 10 on the display device case 30 with the hinge arm 24 placed on the display device case, and fastening the liquid crystal display device 10 with the hinge arm 24 and display device case 30 integrally by the screw 18 from the rear surface of the display device case 30, or outside. For fastening by screws, at least one among the holes 15, 24c and 30a needs to have an internal screw. Of course, instead of the screws 18, nails or hooks are possibly used as fastening members. Therein, the internal screw doesn't need to be formed, but each hole needs to have a hole shape corresponding to the fastening member used.

Fig.5 is an exploded perspective view illustrating an assembly structure of a liquid crystal display device of another embodiment according to the present invention.

Illustrated in Fig.5, the hinge arm 24 is inserted into the hinge mount 22 of the body case 20, longitudinally extended and placed along the two opposite side edges of the display device case 30. The display device case 30 has coupling holes 30a on up and down corners so as to be penetrated with the through holes 24c of the hinge arm 24 at the same time.

Thus, the liquid crystal display device 10 and the hinge arm 24 are mounted via the screw 18 at the same time.

This embodiment is different from the embodiment of the Fig.4 in that the fastening force of this embodiment is stronger due to fastening the thin plate 24b of the hinge arm, the case 30 and the back light device 16 of the liquid crystal display device by the coupling members, for example, the screws at one time.

9

VS024437

Fig.6 is a partially assembled view easily illustrating an embodiment of mounting the liquid crystal display device according to the preferred embodiment according to the present invention illustrated in Fig.5.

Fig.7 shows an embodiment that the hinge arm which is placed according to the embodiment illustrated in Fig.5 is applied to a portable computer having the hinge mount at the inner surface of the display device case 30.

Illustrated in Fig.7, this portable computer has the hinge mount 22 at the inner surface of the display device case 30, and the cylindrical bar 24a of the first edge of the hinge arm 24 is inserted into the hinge mount 22 with the thin plate 24b of the second edge extended by the size of the liquid crystal display device 10 along the two opposite sides of the inner surface of the display device case 30.

A fixing plate 26 is formed on the body case 20 and connected with an edge of the hinge mount 22. That is to say, the liquid crystal display device 10 and the display device case 30 are able to rotate for some angle to the body case 20 by the hinge arm with the hinge mount 22 and the fixing plate 26.

Illustrated in the Fig., comparing the structure and action of this embodiment with the embodiment of the Fig.5, unless the different positions of the hinge mounts, the methods of assembling the liquid crystal display device or structures for assembly are alike.

Fig.8 and Fig. 9 are side and partially cross-sectional views, respectively, illustrating an embodiment of coupling the liquid crystal display device, the hinge arm, and the display device case with fastener.

VS024438

Herein, at least one fastener 19 is formed on the back surface of the liquid crystal display device. The through hole 24c is formed on the thin plate 24b of the hinge arm 24, and a fastener coupling hole 30b is formed on the case 30. The fastener coupling hole 30b is preferably a through hole penetrating the case 30, that is needed on separation. A stepped portion is formed at the coupling hole 30b to latch the head of the fastener 19. The fastener 19 can be compressed when entering the coupling hole 30b so as to be latched at the stepped portion and fixed.

In order to disassemble or release the liquid crystal display device 10 from the case 30, a pair of tweezers or similar tool can be used in compressing the head of the fastener 19 from the back of the case 30 through the hole 30b. The fastener 19 is unlatched and can freely slide out of the hole 30b.

For the sake of appearance, a cover or a sticker is preferably used in covering the coupling hole 30b from the outside of the case 30.

[ EFFECT OF INVENTION ]

In the above mounting method according to the present invention, the liquid crystal display device is coupled with the rear of the case so as to minimize the non-display area of the flat panel display device. Thus, the ratio of the display area of the liquid crystal display device to the display case can be improved.

It will be apparent to those skilled in the art that various modifications and variation can be made in the portable computer and method for mounting a flat panel

11

VS024439

display device thereon of the present invention without departing from the spirit or scope of the invention. For example, instead of the liquid crystal display device, various flat panel display devices may be used. And, for coupling the case with the body, instead of the hinge, various rotating means, for example, gears may be used.

But, it is intended that the present invention cover the modifications and variations of this invention provided they come within the scope of the appended claims and their equivalents.

12

VS024440

[ RANGE OF CLAIMS ]

[ CLAIM 1 ]

A portable computer comprising:

a body including an input device and an information processing unit;

a flat panel display device including a display portion displaying results of the information processing unit, and a back surface;

a hinge for rotatively coupling the flat panel display device with the body, including a hinge mount and a hinge arm, the hinge arm inserted into the hinge mount and coupled with the back surface of the flat panel display device.

[ CLAIM 2 ]

The portable computer according to the claim 1, wherein

the flat panel display device is a liquid crystal display device.

[ CLAIM 3 ]

The portable computer according to the claim 2, wherein

the hinge arm is formed integrally with a pin for rotation and a thin plate, the thin plate extended on the back surface of the liquid crystal display device.

[ CLAIM 4 ]

13

VS024441

A portable computer comprising:

a body including an input device and an information processing unit;

a body case protecting and receiving the body;

a flat panel display device including a display portion displaying results of the information processing unit, and a back surface having at least one first fastening portion;

a hinge for rotatively coupling the flat panel display device with the body, including a hinge mount and a hinge arm, the hinge arm coupled into the hinge mount and coupled with a second fastening portion, the second fastening portion coupled with the first fastening portion;

at least one display device case including a third fastening portion, the third fastening portion coupled with the first fastening portion and/or the second fastening portion so as to adjoin the back surface of the flat panel display device.

[ CLAIM 5 ]

The portable computer according to the claim 4, wherein

the flat panel display device is a liquid crystal display device.

[ CLAIM 6 ]

The portable computer according to the claim 5, wherein

14

VS024442

the hinge arm is formed integrally with a pin, the pin inserted into the hinge mount and rotating, and a thin plate extended on the back surface of the liquid crystal display device.

[ CLAIM 7 ]

The portable computer according to the claim 6, wherein

the hinge mount is fixed to the body case.

[ CLAIM 8 ]

The portable computer according to the claim 7, wherein

the first fastening portion is at least one fixing hole formed on the back surface of the display device, the second fastening portion is at least one through hole formed on the thin plate, the fixing hole and the through hole fastened by a screw.

[ CLAIM 9 ]

The portable computer according to the claim 6, wherein

the thin plates of the hinge arms are extended perpendicular to two opposite sides of the back surface of the flat panel display device.

[ CLAIM 10 ]

The portable computer according to the claim 9, wherein

15

VS024443

the thin plate of the hinge arm further includes a horizontally extended portion from the perpendicularly extended portion.

[ CLAIM 11 ]

The portable computer according to the claim 6, wherein

the hinge mount is fixed to a display device case.

[ CLAIM 12 ]

The portable computer according to the claim 11, wherein

the first fastening portion is at least one fixing hole formed on the back surface of the display device, the second fastening portion is at least one through hole formed on the thin plate, and each the fixing hole and the through hole having at least one internal screw, fastened by screws.

[ CLAIM 13 ]

The portable computer according to the claim 12, wherein

the thin plate of the hinge arm is extended perpendicular to two sides of the back surface of the flat panel display device.

[ CLAIM 14 ]

The portable computer according to the claim 13, wherein

16

VS024444

the thin plate of the hinge arm further includes an horizontally extended portion from the perpendicularly extended portion.

[ CLAIM 15 ]

The portable computer according to the claim 4 or 5, wherein

The first fastening portion is a fastener, the second fastening portion is a through hole, and the third fastening portion is a fastener fixing hole.

[ CLAIM 16 ]

A method of coupling a flat panel display device of a portable computer comprising:

preparing a body, the flat panel display device, a display device case and a hinge, the hinge including a hinge arm and a hinge mount and rotatively coupling a display device case with the flat panel display device;

mounting the hinge to rotatively couple the display device case with the body;

and coupling the hinge arm of the hinge on the back surface of the flat panel display device.

[ CLAIM 17 ]

The method of coupling the flat panel display device of the portable computer according to the claim 16, wherein

17

VS024445

the flat panel display device is a liquid crystal display device.

[ CLAIM 18 ]

The method of coupling the flat panel display device of the portable computer according to the claim 17, wherein

the hinge arm is formed integrally with a pin for rotation and a thin plate, the thin plate extended on the back surface of the liquid crystal display device.

[ CLAIM 19 ]

A method of coupling a flat panel display device of a portable computer comprising:

preparing a body case, the flat panel display device, a display device case and a hinge, the hinge including a hinge arm and a hinge mount and rotatively coupling the display device case with the body case;

mounting the hinge to rotatively couple the display device case with the body case;

coupling the hinge arm of the hinge on the back surface of the flat panel display device;

and coupling the hinge arm and/or the flat panel display device  with the display device case.

[ CLAIM 20 ]

18

VS024446

The method of coupling the flat panel display device of the portable computer according to the claim 19, wherein

the hinge arm includes a pin and a thin plate, the pin capable of rotating in the hinge mount, and the thin plate extended from the pin and parallel to an inner surface of the display device case.

[ CLAIM 21 ]

The method of coupling the flat panel display device of the portable computer according to the claim 19, wherein

the hinge mount is mounted on the body case.

[ CLAIM 22 ]

The method of coupling the flat panel display device of the portable computer according to the claim 20, wherein

the hinge mount is mounted on the body case.

[ CLAIM 23 ]

The method of coupling the flat panel display device of the portable computer according to the claim 19, 20, 21, and 22 wherein

the flat panel display device is a liquid crystal display device.

VS024447

[ CLAIM 24 ]

The method of coupling the flat panel display device of the portable computer according to the claim 19, 20, 21, and 22 wherein

the back surface of the flat panel display device, the hinge arm and the display device case are coupled at the same time.

VS024448

[FIG.1]



VS024449

[FIG.2A]



[FIG.2B]



VS024451

[FIG.3A]



VS024452

[FIG.3B]



VS024453



[FIG.4]



VS024454

[FIG.5]





[FIG.6]





[FIG.7]



VS024457

[FIG.8]




[FIG.9]



30

VS024458

# 대 한 민 국 특 허 청

## KOREAN INDUSTRIAL
## PROPERTY OFFICE

별첨 사본은 아래 출원의 원본과 동일함을 증명함.

This is to certify that the following application annexed hereto is a true copy from the records of the Korean Industrial Property Office.

출 원 번 호 :  1998년  특허출원  제44973호
Application Number

출 원 년 월 일 :  1998년  10월  27일
Date of Application

출 원 인 :  엘지전자주식회사
Applicant(s)

199 9 년  1 월  6 일

특  허  청
COMMISSIONER

VS024459

# 특허출원서

【출원번호】 98-044973
【출원일자】 1998/10/27
【발명의 국문명칭】 휴대용 컴퓨터와 그 평판표시장치의 결합방법
【발명의 영문명칭】 A portable computer and the method for mounting a flat disp
　　　　　　　　　　lay device thereon
【출원인】
　　【국문명칭】 엘지전자 주식회사
　　【영문명칭】 LG Electronics Inc.
　　【대표자】 구자홍
　　【출원인코드】 11006955
　　【출원인구분】 국내상법상법인
　　【전화번호】 02-3777-7083
　　【우편번호】 150-010
　　【주소】 서울특별시 영등포구 여의도동 20번지
　　【국적】 KR
【대리인】
　　【성명】 정원기
　　【대리인코드】 K199
　　【전화번호】 02-557-4424
　　【우편번호】 135-080
　　【주소】 서울특별시 강남구 역삼동 648-15 신원빌딩 302호
【대리인】
　　【성명】 이창훈
　　【대리인코드】 H377
　　【전화번호】 02-557-4424
　　【우편번호】 135-080
　　【주소】 서울특별시 강남구 역삼동 648-15 신원빌딩 302호
【발명자】
　　【국문성명】 김종환
　　【영문성명】 KIM, JONG HWAN
　　【주민등록번호】 630408-1715616
　　【우편번호】 431-080
　　【주소】 경기도 안양시 동안구 호계동 1057 무궁화아파트 304/1505
　　【국적】 KR
【발명자】
　　【국문성명】 조영우
　　【영문성명】 CHO, YOUNG WOO
　　【주민등록번호】 670102-1090426
　　【우편번호】 435-055
　　【주소】 경기도 군포시 재궁동 주공2단지 215-704
　　【국적】 KR



【취지】 특허법 제42조의 규정에 의하여 위와 같이 출원합니다.
　　　　대리인　　　　　　　　　　　　　　　　　정원기　(인)
　　　　대리인　　　　　　　　　　　　　　　　　이창훈　(인)
【심사청구】 특허법 제60조의 규정에 의하여 위와 같이 출원심사를 청구합니다.
　　　　대리인　　　　　　　　　　　　　　　　　정원기　(인)
　　　　대리인　　　　　　　　　　　　　　　　　이창훈　(인)
【수신처】 특허청장 귀하
【수수료】
　　　　【기본출원료】 20 면　　　　　　29,000 원
　　　　【가산출원료】 9 면　　　　　　　9,000 원
　　　　【우선권주장료】 0 건　　　　　　　　0 원
　　　　【심사청구료】 24 항　　　　　877,000 원
　　　　【합계】 915,000 원
【첨부서류】 1. 요약서, 명세서(및 도면) 각 1통
　　　　　　　2. 출원서 부본, 요약서, 명세서(및 도면)을 포함하는 FD부본 1통
　　　　　　　3. 위임장(및 동 번역문) 추후제출

VS024461

【요약서】

【요약】

　　본 발명은 본체케이스와 표시장치케이스를 회동결합시키는 회동수단이 평판표시장치의 배면에 결합된 휴대용 컴퓨터 및 휴대용 컴퓨터의 평판표시장치 결합방법을 제공한다. 본 발명은, 정보입력장치와 정보처리수단을 포함하는 본체와; 상기 본체를 보호하고 수용하는 본체케이스와; 상기 정보처리수단의 처리결과를 표시하는 표시부와, 적어도 하나의 제 1결합부가 형성된 배면을 가진 평판표시장치와; 상기 제 1결합부와 결합되는 제 2결합부를 가지고 상기 평판표시장치와 상기 본체를 회동가능하게 하는 회동수단과; 상기 평판표시장치의 배면과 접하도록 상기 평판표시장치의 제 1결합부 그리고/또는 상기 제 2결합부와 결합하는 적어도 하나의 제 3결합부가 형성된 표시장치케이스를 포함하는 휴대용 컴퓨터 및 그 휴대용 컴퓨터의 결합방법을 개시한다.

【대표도】

　　도 4

VS024462

【명세서】

【발명의 명칭】

　　　휴대용 컴퓨터와 그 평판표시장치의 결합방법

【도면의 간단한 설명】

　　　도 1은 일반적인 노트북 퍼스날컴퓨터를 도시한 도면,

　　　도 2a는 종래 노트북 퍼스날컴퓨터에서 액정표시장치의 조립구조를 도시한 분해사시도, 도 2b는 액정표시장치가 조립된 상태도,

　　　도 3a와 도 3b는 본 발명에 따른 액정표시장치를 도시한 분해사시도 및 배면도,

　　　도 4는 본 발명에 따른 휴대용 컴퓨터의 액정표시장치의 조립구조를 도시한 분해사시도,

　　　도 5는 본 발명에 따른 액정표시장치의 조립구조의 다른 실시예를 도시한 분해사시도,

　　　도 6은 제 5도에 도시된 실시예에 따라 본 발명에 따른 액정표시장치가 장착된 예를 도시하는 부분결합도,

　　　도 7은 본 발명에 따른 액정표시장치의 조립구조의 또 다른 실시예를 도시한 도 6에 유사한 도면.

　　　도 8은 본 발명에 따른 액정표시장치의 후면조립구조의 다른 실시예를 도시한 측면도,

　　　도 9는 도 8의 액정표시장치와 후방케이스가 결합한 상태를 도시한 부분단면

VS024463

도이다.

　　　　　* 도면의 주요 부분에 대한 부호의 설명 *

　　　　　10 : 액정표시장치　　　12 : 액정패널

　　　　　14 : 배광장치　　　　　15 : 결합리브

　　　　　16 : 지지프레임　　　　18 : 스크루

　　　　　20 : 본체케이스　　　　22 : 힌지연결부

　　　　　24 : 힌지아암　　　　　26 : 고정대

　　　　　30 : 화상케이스　　　　40 : 고정프레임

　　　　　41 : 기어　　　　　　　42 : 고정핀

　　　　　43 : 아암

【발명의 상세한 설명】

【발명의 목적】

【발명이 속하는 기술분야 및 그 분야의 종래기술】

　　　　본 발명은 휴대용 컴퓨터의 본체와 평판표시장치의 결합구조 및 결합방법에

관한 것이다.

　　　　일반적인 노트북이라고도 일컬어지는 휴대용 컴퓨터는 도 1에 도시된 바와

같이, 정보입력장치인 키입력장치(102)가 노출되어 설치되어 있는 한편, 기억장치

및 연산장치(미도시)와 같은 정보처리장치가 내장되어 있는 본체(100)와, 상기 본

체(100)와 힌지(124)결합하는 표시장치어셈블리(110)를 포함하고 있고, 표시장치어

셈블리(110)는 내부의 평판표시장치(111)가 있으며, 이를 보호하고 수용하는 케이

VS024464

스(122)를 구비하고 있다.

그리고, 종래의 표시장치어셈블리(110)를 상세히 도시한 도 2(a)와 도 2(b)를 참조하여 설명하면, 평판표시장치(111)로서는 PDP(Plasma display panel)이나 FED(Field emission display)도 가능하나, 일반적으로 액정표시장치가 적용되고 있으며 액정표시장치는 액정패널(112)과 배광장치(미도시)로 이루어져 있고, 액정패널(112)과 배광장치의 가장자리를 따라 지지프레임(114)이 테두리되어 있다. 이 명세서에서는 지지프레임을 포함하는 액정표시장치를 액정표시장치모듈, 평판표시장치 모듈이라고 한다.

상기 표시장치케이스(122)는 본체를 수용하는 본체케이스(120)와 힌지결합되어 본체(100)에 표시장치어셈블리(110)가 선택적으로 개폐하도록 되어 있다. 상기 힌지의 힌지연결부(124)는 본체케이스의 상부에 돌출형성되어 있고, 본체케이스(120)와 표시장치케이스(122)는 상기 힌지연결부(124)에 힌지아암(126)을 매개로 연결되어 있다. 따라서, 표시장치어셈블리(110)는 본체케이스(120)에 대해 소정의 각도로 회동가능하도록 되어 있다.

상기 액정표시장치(111)의 지지프레임(114)의 양측면에는 고정편(114a)이 돌출형성되어 있고, 하부모서리부에 결합편(114b)이 형성되어 있는 한편, 표시장치케이스(122)의 내면에 액정표시장치(111)의 고정편(114a)에 결합되도록 다수개의 결합리브(122a)가 형성되어 있다.

액정표시장치(110)의 조립과정은 힌지아암(126)의 선단을 지지프레임(114)의 결합편(114b)에 스크루(128)로써 1차로 고정시키고, 지지프레임(114)의 고정편

VS024465

(114a)과 표시장치케이스(122)의 고정리브(122a)를 위쪽에서 아래쪽으로 스크루(128)로써 체결하여 조립을 완료한다.

그런데, 상기한 액정표시장치어셈블리의 조립구조는 도 2b에 도시된 바와 같이, 액정표시장치(110)에 힌지아암(126)을 설치함으로써 액정표시장치(110)와 표시장치케이스(122)는 힌지아암(126)의 폭 만큼(d1) 거리가 생기게 된다. 또한, 결합편(114a)이 지지프레임(136)에서 돌출되어 결합편의 폭(d2)만큼 공간을 차지하게 된다. 결국, 액정패널(112)과 표시장치케이스(122)의 가장자리 사이에는 공간(d1+d2=D)이 생기므로 액정표시장치(110)의 비유효표시영역이 늘어나게 되어 평판표시장치 즉, 액정패널(112)의 표시영역이 줄어드는 문제점이 있다.

【발명이 이루고자 하는 기술적 과제】

이에, 본 발명은 상기한 문제점을 해소하기 위한 안출한 것으로, 화상표시장치를 힌지와 케이스 등에 고정할 때 발생하는 비유효표시영역을 최소화하여 화상표시패널의 표시영역을 최대화할 수 있도록 된 휴대용 컴퓨터와 그 조립방법을 제공하는데 그 목적이 있다.

【발명의 구성 및 작용】

상기한 목적을 달성하기 위해 본 발명은 본체케이스와 표시장치케이스를 회동결합시키는 회동수단이 평판표시장치의 배면에 결합된 휴대용 컴퓨터 및 휴대용 컴퓨터의 평판표시장치 결합방법을 제공한다.

즉, 본 발명은, 정보입력장치와 정보처리수단을 포함하는 본체와; 상기 본체를 보호하고 수용하는 본체케이스와; 상기 정보처리수단의 처리결과를 표시하는 표

VS024466

시부와, 적어도 하나의 제 1결합부가 형성된 배면을 가진 평판표시장치와; 상기 제 1결합부와 결합되는 제 2결합부를 가지고 상기 평판표시장치와 상기 본체를 회동가능하게 하는 회동수단과; 상기 평판표시장치의 배면과 접하도록 상기 평판표시장치의 제 1결합부 그리고/또는 상기 제 2결합부와 결합하는 적어도 하나의 제 3결합부가 형성된 표시장치케이스를 포함하는 휴대용 컴퓨터를 제공한다.

본 발명은 또한, 본체케이스와, 평판표시장치와, 표시장치케이스와, 상기 본체케이스와 상기 표시장치케이스가 회동할 수 있는 회동수단를 구비하는 단계와; 상기 회동수단을 상기 본체케이스와 상기 표시장치케이스를 회동가능하게 장착하는 단계와; 상기 평판표시장치배면에 상기 회동수단을 결합하는 단계와; 상기 회동수단과 상기 표시장치케이스를 결합하는 단계포함하는 휴대용 컴퓨터의 평판표시장치 결합방법을 제공한다.

본 발명의 회동수단는 바람직하게 힌지연결부와 힌지아암으로 이루어져 있고, 힌지아암의 일부는 평판표시장치의 배면에 배치되어 결합된다.

본 발명에 적용될 수 있는 평판표시장치로서는 PDP,FED가 있고, 바람직하기로는 액정표시장치이다.

이와 같은 본 발명에 따른 휴대용 컴퓨터와 평판표시장치의 결합방법은, 회동수단이 평판표시장치의 배면에 결합되므로 결합시 발생되는 측면의 비표시영역을 최소화할 수 있다.

이하, 본 발명의 바람직한 실시예를 명세서에 첨부된 도면을 참조하여 보다 상세하게 설명한다.

VS024467

　　도 3a 와 도 3b는 본 발명을 적용하기 위하여 액정표시장치의 배면에 형성된 결합수단을 가지는 액정표시장치의 일예를 도시한 분해사시도 및 배면도이다.

　　도 3a에 도시된 바와 같이 액정표시장치(10)는 전면에 형성된 액정패널(12)과, 후면에 부착된 배광장치(14)로 구성된다.

　　상기 액정패널(12)과 배광장치(14)는 선단을 따라 지지프레임(16)이 형성되어 두 부재(12)(14)를 지지하면서 결합시키고 있다.

　　상기 배광장치(14)는 액정패널(12)의 표시영역에 확산시키는 확산 또는 보호시트(14a)와, 광를 소정의 각도롤 집광하는 제1,2프리즘시트(14b)(14c), 확산 또는 보호시트(14d), 광을 수평으로 입사받아 수직으로 방사하는 도광판(14e) 및 반사판(14f), 그리고 상기한 부재를 지지하는 고정틀(14g)로 구성되어, 이러한 부재들이 액정패널(12)의 후방으로 차례로 부착되게 된다.

　　도 3b를 참조하여 설명하면, 액정표시장치(10)의 배면선단을 따라 다수개의 고정홈(15)이 형성되어 있다. 이러한 고정홈(15)들은 배면의 각 모서리에 설치되는 것이 안정된 고정에 바람직하고, 고정홈(15)에는 암나사가 형성될 수도 있다. 도면에서 고정홈(15)는 과장되게 돌출되어 리브형상이지만, 실제 적용시 액정표시장치의 회로기판의 설계에 따라 돌출되지 않고 단지 홈형상을 지닐 수도 있다.

　　도 4는 상기 도 3a 및 도 3b와 관련하여 설명한 액정표시장치를 본 발명에 따라 힌지결합구조에 적용하기 위한 휴대용 컴퓨터의 액정표시장치의 조립구조를 도시한 일부 분해사시이다.

　　도 4에 도시된 바와 같이, 본체케이스(20)는 상부에 힌지연결부(22)가 돌출

VS024468

형성되어 있고, 상기 힌지 연결부(22)에 힌지아암(24)이 삽입설치되어 있다. 즉 상기 힌지아암(24)은 일측이 단면이 원형인 원형봉(24a)으로 형성되어 힌지아암(24)에 삽입되어 있고, 타측은 박편(24b)으로 형성되어 액정표시장치(10) 하부배면과 결합되도록 되어 있다. 여기서 상기 힌지연결부(22)에 연결된 힌지아암(24)의 원형봉(24a)의 일측선단은 이탈되지 않도록 고정편 등을 설치할 수도 있다.

상기 힌지 아암의 박편부분(24b)은 다양한 방법 또는 다양한 배치로 연장될 수 있는 바, 도 4는 그 예로서 역 F형상을 지닌 박편(24b)을 가진 힌지아암(24)을 도시하고 있다. 각 박편(24b)의 선단에는 상기 도 3에서 설명한 액정표시장치(10)의 고정홈(15)의 위치와 대응되는 관통홈(24c)이 형성되어 있고, 이 홈은 나사홈일 수도 있고 통상의 통공일수도 있다.

한편, 상기 표시장치케이스(30)는 액정표시장치(10)의 고정홈(15)과 상기 힌지아암(24)의 관통홈(24c)과 대응하는 위치에 체결공(30a)이 형성되어 있다. 이 체결공(30a) 역시 암나사가 형성될 수도 있고, 관통홈(24c)이나 고정홈(15)에 비하여 바깥쪽 직경을 크게하고 내측직경을 작게하는 단턱을 형성하여 체결부재가 체결공의 내부로 삽입되도록 할 수도 있다.

위에서 설명한 구조를 지닌 액정표시장치(10)를 조립하는 과정은, 본체케이스(20)의 힌지연결부(22)에 힌지아암(24)을 설치하여 본체케이스(20)와 표시장치케이스(30)를 연결하고, 액정표시장치(10)를 힌지아암(24)이 놓여진 표시장치케이스(30)에 배치한 후 표시장치케이스(30)의 후면 즉, 바깥쪽에서 스크루(18)로써 액정표시장치(10)와 힌지아암(24) 및 표시장치케이스(30)를 일체로 고정한다. 스크루

VS024469

고정을 위해서는 상기 각 홈(15)(24c)(30a) 중 적어도 하나에 암나사가 형성되는 것이 필요하다. 물론 스크루(18)을 대신하여 결합부재로서 못이나, 후크를 사용하는 경우도 가능하고 이 경우에는 암나사가 형성될 필요가 없고, 사용하는 결합부재에 상응하는 홈의 형상을 갖도록 하면 된다. .

도 5는 본 발명에 따른 액정표시장치의 조립구조의 다른 실시예를 도시한 분해사시도이다.

도 5에 도시된 바와 같이, 힌지아암(24)은 본체케이스(20)의 힌지연결부(22)에 삽입되고 길이가 연장되어 표시장치케이스(30)의 양측 케이스 선단을 따라 배치되어 있다. 표시장치케이스(30)는 상하모서리부에 힌지아암(24)의 관통공(24c)과 동시에 관통하는 체결공(30a)이 형성되어 있다.

따라서, 액정표시장치(10)는 스크루(18)를 매개로 하여 힌지아암(24)과 동시에 부착되게 되는 것이다.

이 실시예와 상기 도 4에서 도시된 실시예와의 차이는 체결부재 예를들어 스크루가 힌지아암의 박편(24b)과 케이스(30)와 액정표시장치의 배광장치(16)를 공통으로 체결하기 때문에 결합력이 높다는 이점이 있다.

도 6은 도 5에 설명한 실시예가 적용된 휴대용 컴퓨터를 이해하기쉽게 부분단면도로 표시한 도면이다.

도 7은 도 5에서 설명한 실시예에 따라 배치된 힌지아암을 힌지연결부(22)가 표시장치케이스(30)의 내면에 형성된 휴대용 컴퓨터에 적용한 예를 도시하고 있다.

도 7에 도시된 바와 같이, 이 휴대용 컴퓨터는 표시장치케이스(30)의 하부내

VS024470

면에 힌지연결부(22)가 형성되어 있고, 힌지아암(24)의 일단의 원형봉(24a)이 힌지

연결부(22)에 삽입되는 동시에 타단이 표시장치케이스(30)의 내면의 양측을 따라

액정표시장치(10)의 크기만큼 연장된 박판(24b)이 배치되어 있다.

    그리고, 본체케이스(20)에는 고정대(26)가 설치되어 상기 힌지연결부(22)의

선단에 연결되어 있다. 즉 힌지아암(24)은 힌지연결부(22)와 고정대(26)를 매개로

본체케이스(20)를 기준으로 액정표시장치(10)와 표시장치케이스(30)를 소정의 각도

로 회전시키는 역할을 한다.

    도시한 바와 같이, 이 실시예의 구성 및 작용관계는 도 5의 실시예와 비교하

여 단지 힌지연결부의 위치만 다르고, 액정표시장치의 조립방법이나, 조립을 위한

구성은 동일하다.

    도 8과 도 9은 액정표시장치와, 힌지아암과, 표시장치케이스를 화스너를 이

용하여 결합하는 예를 도시한 측면도 및 단면도이다.

    여기에서 액정표시장치의 배면에 적어도 하나의 화스너(19)가 형성되고, 힌

지아암(24)의 박편(24b)에는 관통홈(24c)이 형성되어 있고, 케이스(30)에는 화스너

결합홈(30b)이 형성되어 있다. 화스너결합홈(30b)은 분리를 위해 케이스(30)를 관

통하는 관통공인 것이 바람직하고, 또한 상기 결합홈(30b)에는 화스너(19)의 머리

가 걸리도록 단턱이 형성되어 있다. 화스너(19)는 결합홈(30b)에 들어갈 때 수축확

장식으로 끼워지고, 결합홈(30b)의 단턱부에 걸려서 고정된다.

    액정표시장치(10)를 케이스(30)로부터 분리할 때는, 케이스(30)의 후면으로

부터 결합홈(30b) 속으로 핀셋같은 도구를 사용하여 화스너(19)의 머리를 압착시키

VS024471

면서 밀면 화스녀가 결합홈(30b)으로부터 분리된다.

한편, 미관을 고려하여 케이스(30)의 외면쪽에서 결합홈(30b)을 덮도록 마개나 스티커를 사용하는 것이 바람직하다.

【발명의 효과】

이상에서 설명한 바와 같은 본 발명에 따른 컴퓨터와 화상표시장치의 고정방법에 의하면, 화상표시장치와 힌지아암을 케이스후방에서 조립하도록 되어 힌지아암이나 액정표시장치의 결합을 위하여 종래에 발생했던 화상표시패널의 측면 비표시영역을 최소화할 수 있으므로 영상표시영역의 비율이 높아지게 된다.

상기에서 설명한 본 발명의 실시예는 단지 예시이며, 본 발명의 정신을 벗어나지 않고 다양한 변화와 변형이 가능할 것임은 본 발명이 속한 분야의 통상의 지식인은 알 수 있을 것이다. 예컨데 액정표시장치를 대신하여 여러 가지 다른 평판표시장치를 사용할 수도 있고, 케이스와 본체를 힌지결합하지 않고 다양한 회전수단 예를들어 기어를 이용하여 케이스와 본체를 결합하는 휴대용 컴퓨터에도 적용될 수 있을 것이다.

그러나, 이러한 변화와 변형은 모두 본 발명의 권리범위에 속하게 됨은 첨부된 특허청구의 범위를 통해 알 수 있을 것이다.

VS024472

【특허청구범위】

【청구항 1】

정보입력장치와 정보처리장치를 포함하는 본체와;

상기 본체의 정보처리장치의 처리결과를 표시하는 표시부와, 배면을 가진 평판표시

장치와;

상기 평판표시장치와 본체를 회동가능하게 연결하기 위하여 힌지연결부와, 상기 연

결부에 삽입되어 회동하고 상기 평판표시장치의 배면과 결합되는 힌지아암을 가지

는 힌지

를 포함하는 휴대용 컴퓨터

【청구항 2】

제 1항에 있어서,

상기 평판표시장치는 액정표시장치인 휴대용 컴퓨터.

【청구항 3】

제 2항에 있어서,

상기 힌지아암은 회동을 위한 원형봉과, 상기 액정표시장치의 배면에 배치되도록

형성된 박편이 일체로 형성된 휴대용 컴퓨터.

【청구항 4】

정보입력장치와 정보처리수단을 포함하는 본체와;

상기 본체를 보호하고 수용하는 본체케이스와;

상기 정보처리수단의 처리결과를 표시하는 표시부와, 적어도 하나의 제 1결

VS024473

합부가 형성된 배면을 가진 평판표시장치와;

상기 평판표시장치와 상기 본체를 회동가능하게 결합하기 위하여, 힌지연결부와, 상기 힌지연결부내로 결합되고 상기 제 1결합부와 결합되는 제 2결합부를 가진 힌지아암을 가지는 힌지와;

상기 평판표시장치의 배면과 접하도록 상기 평판표시장치의 제 1결합부 그리고/또는 상기 제 2결합부와 결합하는 적어도 하나의 제 3결합부가 형성된 표시장치 케이스

를 포함하는 휴대용 컴퓨터.

【청구항 5】

제 4항에 있어서,

상기 평판표시장치는 액정표시장치인 휴대용 컴퓨터.

【청구항 6】

제 5항에 있어서,

상기 힌지아암은 힌지연결부에 개재되어 회동하는 원형봉과, 상기 액정표시장치의 배면에 배치되도록 형성된 박편이 일체로 형성된 휴대용 컴퓨터.

【청구항 7】

제 6항에 있어서,

상기 힌지연결부는 본체케이스에 고정된 휴대용 컴퓨터.

【청구항 8】

제 7항에 있어서,

VS024474

상기 제 1결합부는 표시장치의 배면에 형성된 적어도 하나의 고정홈이고, 상기 제 2결합부는 상기 박편에 형성된 적어도 하나의 관통홈으로서, 상기 고정홈과 상기 관통홈은 적어도 하나에 암나사가 형성되어, 상기 홈들은 스크루에 의해 결합되는 휴대용 컴퓨터.

【청구항 9】

제 6항에 있어서,

상기 힌지아암의 박편은 상기 평판표시장치의 배면의 양측에 수직방향으로 연장되어 형성된 휴대용 컴퓨터.

【청구항 10】

제 9항에 있어서,

상기 힌지아암의 박편은 상기 수직연장부에서 수평방향으로 연장된 수평연장부를 더욱 포함하는 휴대용 컴퓨터.

【청구항 11】

제 6항에 있어서,

상기 힌지연결부는 표시장치케이스에 고정된 휴대용 컴퓨터.

【청구항 12】

제 11항에 있어서,

상기 제 1결합부는 표시장치의 배면에 형성된 적어도 하나의 고정홈이고, 상기 제 2결합부는 상기 박편에 형성된 적어도 하나의 관통홈으로서, 상기 고정홈과 상기 관통홈은 적어도 하나에 암나사가 형성되어, 상기 홈들은 스크루에 의해 결합되는

VS024475

휴대용 컴퓨터.

【청구항 13】

제 12항에 있어서,

상기 힌지아암의 박편은 상기 평판표시장치의 배면의 양측에 수직방향으로 연장되어 형성된 휴대용 컴퓨터.

【청구항 14】

제 13항에 있어서,

상기 힌지아암의 박편은 상기 수직연장부에서 수평방향으로 연장된 수평연장부를 더욱 포함하는 휴대용 컴퓨터.

【청구항 15】

제 4항 또는 제 5항에 있어서,

상기 제 1결합부는 화스너이고, 제 2결합부는 통공이고, 제 3결합부는 화스너고정홈인 휴대용 컴퓨터

상기 화상표시장치는 액정표시장치인 휴대용 컴퓨터.

【청구항 16】

본체와, 평판표시장치와, 상기 평판표시장치와 상기 표시장치케이스가 회동할 수 있도록 힌지연결부와 힌지아암을 포함하는 힌지를 구비하는 단계와;

상기 힌지를 본체와 상기 표시장치케이스를 회동가능하게 장착하는 단계와;

상기 평판표시장치의 배면에 상기 힌지의 힌지아암을 결합하는 단계를 포함하는 휴대용 컴퓨터의 평판표시장치 결합방법

VS024476

【청구항 17】

제 16항에 있어서,

상기 평판표시장치는 액정표시장치인 휴대용 컴퓨터.

【청구항 18】

제 17항에 있어서,

상기 힌지아암은 상기 힌지연결부에서 회동을 위한 원형봉과, 상기 액정표시장치의 배면에 배치되도록 형성된 박편이 일체로 형성된 휴대용 컴퓨터.

【청구항 19】

본체케이스와, 평판표시장치와, 표시장치케이스와, 상기 본체케이스와 상기 표시장치케이스가 회동할 수 있는 힌지연결부와 힌지아암을 포함하는 힌지를 구비하는 단계와;

상기 힌지를 상기 본체케이스와 상기 표시장치케이스를 회동가능하게 장착하는 단계와;

상기 평판표시장치배면에 상기 힌지의 힌지아암을 결합하는 단계와;

상기 힌지아암 그리고/또는 상기 평판표시장치를 상기 표시장치케이스를 결합하는 단계;

를 포함하는 휴대용 컴퓨터의 평판표시장치결합방법.

【청구항 20】

제 19항에 있어서,

상기 힌지아암은 상기 힌지연결부에서 회전할 수 있는 원형봉과 상기 원형봉에서

VS024477

연장되어 상기 표시장치케이스의 내면과 평행하게 형성된 박판을 구비한 휴대용 컴퓨터의 평판표시장치결합방법

【청구항 21】

제 20항에 있어서,

상기 힌지연결부를 상기 본체케이스에 장착하는 휴대용 컴퓨터의 평판표시장치결합방법.

【청구항 22】

제 20항에 있어서,

상기 힌지연결부를 상기 본체케이스에 장착하는 휴대용 컴퓨터의 평판표시장치결합방법.

【청구항 23】

제 19항 내지 제 22항에 있어서,

상기 평판표시장치는 액정표시장치인 휴대용 컴퓨터의 평판표시장치 결합방법.

【청구항 24】

제 19항 내지 제 22항에 있어서,

상기 평판표시장치배면과, 상기 힌지아암과, 상기 표시장치케이스를 동시에 결합하는 휴대용컴퓨터의 평판표시장치 결합방법.

VS024478

【도면】

【도 1】



【도 2a】

VS024479



【도 2b】

VS024480



【도 3a】

VS024481



【도 3b】

VS024482



【도 4】

VS024483



【도 5】

VS024484



【도 6】

VS024485





【도 7】



VS024486



【도 8】



【도 9】



VS024487

**TA 2**

# MANUAL OF PATENT EXAMINING PROCEDURE

*Eighth Edition*

Volume 2

Incorporating Revision No. 5

For those who receive this book as a part of their subscription to Walker on Patents, this volume replaces volume 10 of the third edition set.



THOMSON

WEST

*In re Fredericksen* 213 F.2d 547, 102 USPQ 35 (CCPA 1954). The more recent cases have tended to accept a limitation such as "an effective amount" as being definite when read in light of the supporting disclosure and in the absence of any prior art which would give rise to uncertainty about the scope of the claim. In *Ex parte Skuballa*, 12 USPQ2d 1570 (Bd. Pat. App. & Inter. 1989), the Board held that a pharmaceutical composition claim which recited an "effective amount of a compound of claim 1" without stating the function to be achieved was definite, particularly when read in light of the supporting disclosure which provided guidelines as to the intended utilities and how the uses could be effected.

## 2173.05(d) Exemplary Claim Language ("for example," "such as") [R-1]

Description of examples or preferences is properly set forth in the specification rather than the claims. If stated in the claims, examples and preferences >may< lead to confusion over the intended scope of a claim. In those instances where it is not clear whether the claimed narrower range is a limitation, a rejection under 35 U.S.C. 112, second paragraph should be made. The examiner should analyze whether the metes and bounds of the claim are clearly set forth. Examples of claim language which have been held to be indefinite because the intended scope of the claim was unclear are:

(A) "R is halogen, for example, chlorine";

(B) "material such as rock wool or asbestos" *Ex parte Hall*, 83 USPQ 38 (Bd. App. 1949);

(C) "lighter hydrocarbons, such, for example, as the vapors or gas produced" *Ex parte Hasche*, 86 USPQ 481 (Bd. App. 1949); and

(D) "normal operating conditions such as while in the container of a proportioner" *Ex parte Steigerwald*, 131 USPQ 74 (Bd. App. 1961).

>The above examples of claim language which have been held to be indefinite are fact specific and should not be applied as *per se* rules. See MPEP § 2173.02 for guidance regarding when it is appropriate to make a rejection under 35 U.S.C. 112, second paragraph.<

## 2173.05(e) Lack of Antecedent Basis [R-5]

A claim is indefinite when it contains words or phrases whose meaning is unclear. The lack of clarity could arise where a claim refers to "said lever" or "the lever," where the claim contains no earlier recitation or limitation of a lever and where it would be unclear as to what element the limitation was making reference. Similarly, if two different levers are recited earlier in the claim, the recitation of "said lever" in the same or subsequent claim would be unclear where it is uncertain which of the two levers was intended. A claim which refers to "said aluminum lever," but recites only "a lever" earlier in the claim, is indefinite because it is uncertain as to the lever to which reference is made. Obviously, however, the failure to provide explicit antecedent basis for terms does not always render a claim indefinite. If the scope of a claim would be reasonably ascertainable by those skilled in the art, then the claim is not indefinite. >*Energizer Holdings Inc. v. Int'l Trade Comm'n*, 435 F.3d 1366, 77 USPQ2d 1625 (Fed. Cir. 2006)(holding that 'anode gel" provided by implication the antecedent basis for "zinc anode").< *Ex parte Porter*, 25 USPQ2d 1144, 1145 (Bd. Pat. App. & Inter 1992) ("controlled stream of fluid" provided reasonable antecedent basis for "the controlled fluid") Inherent components of elements recited have antecedent basis in the recitation of the components themselves. For example, the limitation "the outer surface of said sphere" would not require an antecedent recitation that the sphere has an outer surface. See *Bose Corp. v. JBL, Inc.*, 274 F.3d 1354, 1359, 61 USPQ2d 1216, 1218-19 (Fed. Cir. 2001) (holding that recitation of "an ellipse" provided antecedent basis for "an ellipse having a major diameter" because "[t]here can be no dispute that mathematically an inherent characteristic of an ellipse is a major diameter")

## EXAMINER SHOULD SUGGEST CORRECTIONS TO ANTECEDENT PROBLEMS

Antecedent problems in the claims are typically drafting oversights that are easily corrected once they are brought to the attention of applicant. The examiner's task of making sure the claim language complies with the requirements of the statute should be carried out in a positive and constructive way, so that minor problems can be identified and easily

corrected, and so that the major effort is expended on more substantive issues. However, even though indefiniteness in claim language is of semantic origin, it is not rendered unobjectionable simply because it could have been corrected. *In re Hammack*, 427 F.2d 1384 n.5, 166 USPQ 209 n.5 (CCPA 1970).

## A CLAIM TERM WHICH HAS NO ANTECEDENT BASIS IN THE DISCLOSURE IS NOT NECESSARILY INDEFINITE

The mere fact that a term or phrase used in the claim has no antecedent basis in the specification disclosure does not mean, necessarily, that the term or phrase is indefinite. There is no requirement that the words in the claim must match those used in the specification disclosure. Applicants are given a great deal of latitude in how they choose to define their invention so long as the terms and phrases used define the invention with a reasonable degree of clarity and precision.

## A CLAIM IS NOT *PER SE* INDEFINITE IF THE BODY OF THE CLAIM RECITES ADDITIONAL ELEMENTS WHICH DO NOT APPEAR IN THE PREAMBLE

The mere fact that the body of a claim recites additional elements which do not appear in the claim's preamble does not render the claim indefinite under 35 U.S.C. 112, second paragraph. See *In re Larsen*, No. 01-1092 (Fed. Cir. May 9, 2001) (unpublished) (The preamble of the *Larsen* claim recited only a hanger and a loop but the body of the claim positively recited a linear member. The examiner rejected the claim under 35 U.S.C. 112, second paragraph, because the omission from the claim's preamble of a critical element (i.e., a linear member) renders that claim indefinite. The court reversed the examiner's rejection and stated that the totality of all the limitations of the claim and their interaction with each other must be considered to ascertain the inventor's contribution to the art. Upon review of the claim in its entirety, the court concluded that the claim at issue apprises one of ordinary skill in the art of its scope and, therefore, serves the notice function required by 35 U.S.C. 112, paragraph 2.)

## 2173.05(f)  Reference to Limitations in Another Claim

A claim which makes reference to a preceding claim to define a limitation is an acceptable claim construction which should not necessarily be rejected as improper or confusing under 35 U.S.C. 112, second paragraph. For example, claims which read: "The product produced by the method of claim 1." or "A method of producing ethanol comprising contacting amylose with the culture of claim 1 under the following conditions ...." are not indefinite under 35 U.S.C. 112, second paragraph, merely because of the reference to another claim. See also *Ex parte Porter*, 25 USPQ2d 1144 (Bd. Pat. App. & Inter. 1992) where reference to "the nozzle of claim 7" in a method claim was held to comply with 35 U.S.C. 112, second paragraph. However, where the format of making reference to limitations recited in another claim results in confusion, then a rejection would be proper under 35 U.S.C. 112, second paragraph.

## 2173.05(g)  Functional Limitations [R-3]

A functional limitation is an attempt to define something by what it does, rather than by what it is (e.g., as evidenced by its specific structure or specific ingredients). There is nothing inherently wrong with defining some part of an invention in functional terms. Functional language does not, in and of itself, render a claim improper. *In re Swinehart*, 439 F.2d 210, 169 USPQ 226 (CCPA 1971).

A functional limitation must be evaluated and considered, just like any other limitation of the claim, for what it fairly conveys to a person of ordinary skill in the pertinent art in the context in which it is used. A functional limitation is often used in association with an element, ingredient, or step of a process to define a particular capability or purpose that is served by the recited element, ingredient or step >In *Innova/Pure Water Inc. v. Safari Water Filtration Sys. Inc.*, 381 F.3d 1111, 1117-20, 72 USPQ2d 1001, 1006-08 (Fed. Cir. 2004), the court noted that the claim term "operatively connected" is "a general descriptive claim term frequently used in patent drafting to reflect a functional relationship between claimed components," that is, the term "means the claimed components must be connected in a way to perform a designated function." "In the absence of modifiers,

**TA 3**

.

CPU - Merriam-Webster Unabridged



**Unabridged Dictionary** | Main Entry | | search | Site Menu

Merriam-Webster
**Unabridged**
⬧ THE UNABRIDGED DICTIONARY

✓ **Browsing the web?**
*Bring the dictionary!*
Download IE Toolbar and
Firefox Search Tools today

SEARCH AGAIN AT ▲
TOP OF PAGE | Bookmark entry | Print entry | E-mail entry | Browse dictionary | Get help | ◀))

ADVANCED SEARCH | Collegiate | Thesaurus | Encyclopedia | Medical | Spanish-English | French-English

One entry found.

[ CPU ]

Click Here to view
Previous Lists

Double-click any word in the
entry to see its definition

Main Entry: **CPU**   Pronunciation Guide
Pronunciation: ˌsē(ˌ)pē'yü
Function: *noun*
Inflected Form(s): -s
Usage: *often not capitalized*
: the hardware component of a computer system that performs
the basic operations of the system including processing of data,
exchange of data with memory or peripherals, and management
of the system's other components -- called also *processor*

Citation format for this entry:

"CPU " *Webster's Third New International Dictionary, Unabridged.*
Merriam-Webster, 2002. http://unabridged.merriam-webster.com ( 22
Dec 2006)

Home    My Account    Contact Us    Privacy Policy    Site Help    Merriam-Webster Online

© 2005-2006 Merriam-Webster, Incorporated

data+processing - Merriam-Webster Unabridged                    Page 1 of 1



## Main Entry: **data processing**    Pronunciation Guide
Function: *noun*
: the conversion of raw data to machine-readable form and its subsequent processing (as storing, updating, combining, rearranging, or printing out) by a computer
- **data processor** *noun*

One entry found.

data+processing

Click Here to view
Previous Lists

Double-click any word in the
entry to see its definition

Citation format for this entry:

"data processing." *Webster's Third New International Dictionary, Unabridged.* Merriam-Webster, 2002. http://unabridged.merriam-webster.com ( 22 Dec 2006).

Home    My Account    Contact Us    Privacy Policy    Site Help    Merriam-Webster Online

© 2005-2006 Merriam-Webster, Incorporated