**TA 4**

# Verification

The undersigned, I sincerely declare and verify the fact that I truly translated Korean Patent application no. 1998 - 44475

Signature: 이성욱
Date: October 13, 2000
Name: Yi, Sung-Wook

# KOREAN INDUSTRIAL

# PROPERTY OFFICE

This is to certify that the following application annexed hereto

is a true copy from the records of the Korean Industrial Property Office

**Application Number**  :  **Patent Application 1998 year No. 44475**

**Date of Application**  :  **October 23. 1998**

**Applicant(s)**          :  **LG Electronics Inc.**

# COMMISSIONER

VS024353

[ TITLE OF DOCUMENT ]   PATENT APPLICATION

[ RECIPIENT ]   Mr. COMMISSIONER

[ DATE OF SUBMISSION ]   October 23, 1998

[ TITLE OF INVENTION IN KOREAN ]   평판표시장치, 컴퓨터  및
평판표시장치의  고정방법

[ TITLE OF INVENTION IN ENGLISH ]   Flat display device, Computer, And Method
for mounting said display device

[ APPLICANT ]

    [ NAME IN KOREAN ]   엘지전자 주식회사

    [ NAME IN ENGLISH ]   LG Electronics Inc.

    [ PRESIDENT ]   Ku, Ja-Hong

    [ CORD OF APPLICANT ]   11006955

    [ CLASS OF APPLICANT ]   Corporation in Domestic Commercial Law

    [ PHONE NO. ]   02-3777-7083

    [ ZIP CODE ]   150-010

    [ ADDRESS ]   20 Yoido-dong, Youngdungpo-ku, Seoul

    [ NATION ]   KR

[ ATTORNEY ]

    [ NAME ]   Jung, Won-Ki

    [ CORD OF ATTORNEY ]   K199

    [ PHONE NO. ]   02-557-4424

    [ ZIP CODE ]   135-080

    [ ADDRESS ]   302 Shinwon building, 648-15 Yoksam-dong, Kangnam-ku,
Seoul

VS024354

[ ATTORNEY ]

    [ NAME ]   Lee, Chang-Hoon

    [ CORD OF ATTORNEY ]   H377

    [ PHONE NO. ]   02-557-4424

    [ ZIP CODE ]   135-080

    [ ADDRESS ]   302 Shinwon building, 648-15 Yoksam-dong, Kangnam-ku, Seoul

[ INVENTOR ]

    [ NAME IN KOREAN ]   김 종 환

    [ NAME IN ENGLISH ]   Kim, Jong-Hwan

    [ IDENTIFICATION NO. ]   630408-1715616

    [ ZIP CODE ]   431-080

    [ ADDRESS ]   304/1505 Mukunghwa-Apt. 1057 Hogae-dong, Dongahn-ku, Ahnyang-shi Kyonggi-do

    [ NATION ]   KR

[ INVENTOR ]

    [ NAME IN KOREAN ]   조 영 우

    [ NAME IN ENGLISH ]   Cho, Young-Woo

    [ IDENTIFICATION NO. ]   670102-1090426

    [ ZIP CODE ]   435-055

    [ ADDRESS ]   215-704 Jukong 2-danji Jaegung-dong, Kunpo-shi Kyonggi-do

    [ NATION ]   KR

[ PURPORT ]   We submit application as above under the article 42 of the Patent Law

       Attorney                      Jung, Won-Ki (seal)

       Attorney                      Lee, Chang-Hoon (seal)

2

[ REQUEST OF SUBSTANTIVE EXAMINATION ] We request the substantive examination as above under the article 60 of the Patent Law

| | |
|---|---|
| Attorney | Jung, Won-Ki (seal) |
| Attorney | Lee, Chang-Hoon (seal) |

[ FEES ]

| | | | |
|---|---|---|---|
| [ BASIC APPLICATION FEE ] | 20 pages | 29,000 | won |
| [ ADDITIONAL APPLICATION FEE ] | 13 pages | 13,000 | won |
| [ PRIORITY FEE ] | 0 things | 0 | won |
| [ REQUEST FEE ] | 40 sections | 1,389,000 | won |
| [ TOTAL ] | | 1,431,000 | won |

[ ENCLOSED ]    1. Abstract, Specifications ( & Drawings )    1 set, each

2. FD duplicates including Duplicates of Application, Abstract, and Specifications ( & Drawings ) 1 set

3. Assignments ( & Translation of the same )

3

VS024356

## [ DOCUMENT OF ABSTRACT ]

[ ABSTRACT ]

Disclosed are a portable computer which includes a body having an information input device, a memory storage and an arithmetic unit, a case having inner and outer surfaces which covers the body selectively, a display device which displays arithmetic results by the arithmetic unit, and a liquid crystal display device having a back surface coupled with the inner surface of the case.

Further, the present invention provides a portable computer which has a wider display area using a method for coupling the back surface of the liquid crystal display with the inner surface of the case through between the liquid crystal device and the case so as to minimize the non display area of the liquid display device.

[ MAIN FIG ]

FIG. 5

VS024357

[ SPECIFICATIONS ]

[ NAME OF INVENTION ]

Flat display device, computer, and method for mounting the flat display device

[ BRIEF EXPLANATION OF FIGS ]

Fig.1 show a conventional portable computer,

Fig.2 is an exploded perspective view illustrating a front mounting structure of a liquid crystal display device for the conventional personal notebook computer,

Fig.3 is an exploded perspective view illustrating a side mounting structure of the liquid crystal display device for the conventional personal notebook computer,

Fig.4 (a) is a top view the liquid crystal display device according to the present invention,

Fig.4 (b) is a bottom view illustrating the liquid crystal display device according to the present invention,

Fig.4 (c) is a detailed exploded perspective view of the liquid crystal display device according to the present invention,

Fig.5 is a perspective view illustrating a back mounting structure of the liquid crystal display device for a portable computer according to the present invention,

Fig.6 is a side view illustrating a back mounting structure of the liquid crystal display device according to another embodiment of the present invention,

Fig.7 is a partially cross sectional view illustrating a state that the liquid crystal display device is assembled with a rear case.

VS024358

* Explanation of major parts in the figures *

10  : body                              20  : case

20a : coupling hole                     22  : coupling rib

30  : liquid crystal display device     32  : liquid crystal display panel

34  : back light unit                   35  : screw hole

37  : fastener                          36  : support frame

38  : screw

[ DETAILED DESCRIPTION OF INVENTION ]

[ OBJECT OF INVENTION ]

[TECHNICAL FIELD OF THE INVENTION AND  CONVENTIONAL ART OF THE FIELD]

The present invention relates to an image display device for use in a computer, a computer having the image display device and a method of mounting the image display device to the computer.

The computer can be classified into many types such as a laptop computer, a portable computer and the like, and basically has an input device, a memory unit, an arithmetic unit, and an image display device displaying arithmetic results by the arithmetic unit.

VS024359

As a display device or a monitor, a cathode ray tube (CRT) is usually used for a laptop computer, and a liquid crystal display (LCD) is usually used for a portable computer.

But those classifications become meaningless, since the LCD devices emitting little electromagnetic waves and less harmful to eyes are recently applied to the laptop computers instead of the CRTs, and plasma display panels (PDP) and field emission displays (FED), which are still on developing due to their over-consuming electric power, have a possibility to be applied to portable computers in the near future.

The present invention relates to the image display device which is applicable to the above-mentioned various computers, and especially relates to methods and structures of mounting the display device to the case or the housing in order to maximize the display area of the flat panel display device like the LCD of a flat panel structure.

Under the above-mentioned background, only for the sake of convenience of explanation, the present invention is explained especially centering on the flat panel display devices and the methods of mounting the same which are applied to portable computers required to be small-sized.

Further, though the present invention refers to the LCD as an example of the flat panel display device, the present invention may be applied to various display devices, which will be developed in the future.

VS024360

Referring to Fig. 1, a typical portable computer such as laptop or notebook computers includes a body 100, a case 120 coupled to the body 100 via a hinge mechanism, and an image display device 130 fixed to the body 100.

The body 100 has a key-input device 110 exposed to the outside as an input device, and has an information processing unit (not shown) mounted inside the body 100 like a memory storage unit, an arithmetic unit and the like. And for the flat panel display device 130, a liquid crystal display device(LCD) is widely used for portable computers or flat screen monitors due to the smaller space occupied by the liquid crystal display device.

An actual back light device includes a light guide, a polarizer and the like which are not shown, and that is the definition of the back light device in this application.

Further, a flat panel display device assembly is defined as a device including the flat panel display device and the case casing the flat panel display device, and a flat panel display device module is defined as the flat panel display device with a support frame and the like mounted in order to be coupled to the case.

Referring to Fig. 2, in an assembly structure of the LCD device applied to a conventional portable computer, the case 120 has a front case 122 and a rear case 124 separated, which can be coupled, so as to fixe the LCD device 130.

The rear case 124 has an outer surface and an inner surface, and coupling ribs 124a are formed at the four corresponding positions of the inner surface to support each corner of the LCD 130.

VS024361

The LCD device 130 has an LCD panel 132 at its front surface, a back light device 134 arranged at the back surface of the LCD panel 132, and a support frame 136 is surrounded along the edges of the back light device 134 and the LCD panel 132. And, the support frame 136 has protrusions 136a located at locations corresponding to the positions of the ribs 123a of the rear case 124.

For mounting the LCD device 130 having the above mentioned structure to the case 120, the LCD device 130 is placed on the rear case 124 so that the protrusions 136a corresponds to the coupling ribs 124a, the support frame 136 and the ribs 123a are fastened together by screws 138, and finally the front case 122 is coupled to the rear case 124.

At this point, as described above, the front mounting method is defined as the method in which the LCD device 130 is mounted to the rear case 124 from the front toward the rear by the screw 138, and the structure assembled through the front mounting method is defined as the front mounting structure.

However, in the front mounting structure of the LCD device 130, there exists a problem that the display area of the LCD device 130 is reduced relatively, since the protrusions 136 protruded from the support frame 136 occupies space corresponding to the width "d" of the protrusion 136a.

To solve the above problem, the application of the side mounting method and the side mounting structure have been suggested recently.

Referring to Fig. 3 which shows the side mounting structure of the LCD device, the case 120 has the front case 122 and the rear case 124 which are removable,

VS024362

and a couple of coupling holes 124b are formed on each side surface of the rear case 124.

The support frame 136 surrounds the edge of the LCD panel 132 and the back light unit 136, one couple of coupling ribs 134a are respectively protruded from each side of the back light unit 134 corresponding to each position of one couple of connecting holes 124b. And the support frame 136 has sections cut so as not to interfere with coupling ribs 134a, or has holes corresponding to the holes of the coupling ribs 134a for the same reason.

For mounting the LCD device 130 of the above structure, the LCD device is placed at the rear case 124, the coupling holes 124b and the coupling ribs 134a are fastened by the screws 138, and the rear case 124 is coupled with the front case 122.

In the side mounting method for the LCD device described above, in comparison with the front mounting method, the non-display area may be reduced, since a height "t" of the coupling rib of the back light unit can get smaller than the width "d" of the protrusion of the Fig. 2 by placing the coupling ribs 137 on the side surface. Thus, the side mounting method plays an important role in expanding the display area of the LCD panel 132.

But, the side mounting method also needs the coupling ribs, which produce the non-display area as large as a height "t" of the coupling rib. Thus, the problem of the non-display area still exists.

VS024363

[ TECHNICAL SUBJECT OF INVENTION ]

To solve the above problem, the present invention provides a flat panel display device of which the display area is maximized by minimizing the non-display area produced when the flat panel display device is mounted to the case of the flat panel display device, provides a computer having the flat panel display device and a method of mounting the flat panel display device on the computer.

[ CONSTRUCTION AND OPERATION OF INVENTION ]

To achieve the above purpose, the present invention basically provides a method for coupling a rear surface of a flat panel display device with a front surface of a case or a housing which receives the flat panel display device, and the flat panel display device mounted by the method.

In one aspect, the present invention provides a portable terminal which includes a body having a key-input device and an arithmetic unit, a case having inner and outer surfaces and selectively covering the body, a liquid crystal display device having a front surface displaying arithmetic results of the arithmetic unit and a back surface coupling with the inner surface of the case.

In another aspect, the present invention provides a computer including an input device; an information processing unit; a flat panel display device having a front surface displaying results of the information processing unit and a back surface having a first fastening portion; and a case having a second fastening portion located on a

VS024364

location corresponding to the first fastening portion and receiving the flat panel display device.

In another aspect, the present invention provides a liquid crystal display device module of a LCD device coupled with the outside members, the liquid crystal display module including a liquid crystal display panel; a back light device providing light wave for the liquid crystal display panel, having a front surface coupled with a rear surface of the LCD panel and a rear surface having a coupling means coupled with the outside members; a support frame supporting and coupling the flat panel display device and the back light device.

In another aspect, the present invention provides a flat panel display device assembly for a computer, including a flat panel display device displaying arithmetic results of the information processing unit; and a case having a front surface coupled with a rear of the flat panel display device.

In another aspect, the present invention provides a method of mounting a flat panel display device having a front surface displaying the processing results of an information processing unit of a computer and a back surface, the method including: preparing a case receiving the flat panel display device; forming a first fastening portion in the case; forming a second fastening portion in the back surface of the flat panel display device, the second fastening portion located at a location corresponding to the first fastening portion of the case; aligning the first fastening portion of the case with to the second fastening portion of the flat panel display device; and fixing the flat panel display device to the case.

VS024365

In the present invention, as the flat panel display device PDP or FED device may be applicable, but the LCD device is preferred.

In fixing the LCD device to the portable computer, since the assembling section is at the rear surface, the area of the edge is reduced so as to minimize the non-display area. Thus, the display area of the LCD device becomes wider.

Hereinafter, a preferred embodiment of the present invention will be described in detail by way of example of a computer and a LCD device as a flat panel display device of the computer. The examples are for the purpose of the convenient explanation.

Fig. 4a and 4b are front and back views showing the LCD device, respectively, according to a first embodiment of the present invention.

The LCD device 30 includes a LCD panel 32 and a back light device stuck to the rear surface of the LCD panel 32. A support frame 36 is formed along edges of the back light device 34 and the LCD panel 32 so as to support and couple them. A plurality of screw holes 35 are formed on the rear surface of the back light device 34. Preferably, the screw holes 35 are formed on each corner for more stable fixing. Since in a real LCD device a printed circuit board 31 is protruded from the rear surface of the back light device 34, the support frame 36 has the structure to cover the thickness of the printed circuit board. Thus, though the screw holes 35 are formed on the corners and may have the same height in a rib type, the screw holes 35 prefer not to exceed the width of the support frame 36.

Fig.4 (c) is a detailed exploded perspective view of the liquid crystal display device shown in Fig.4 (a) and 4 (b). illustrated in the Fig 4 (c), the LCD device has a

VS024366

first fixing frame 34g, a reflector 34f, light guide 34e, a diffuser or a protection sheet 34d, a first prism sheet 34c, a second prism sheet 34b, a diffuser or a protection sheet 34d and a LCD panel 32, which are stacked sequentially. The first fixing frame 34g is coupled with the second fixing frame located at the upper portion of the LCD panel 32. Therein, screw holes 35 are formed at each corner of the first fixing frame 34g.

This embodiment of the present invention does not define or specify the figure and composition of the panels used in the back light device 34 of the LCD device. Each panel and the fixing frame are changeable, and some of them can be omitted. The point of the embodiment is the connecting part formed at the back surface of the LCD device, as the screw holes 35.

Fig. 5 is an exploded perspective view of assembling the LCD device shown in Figs. 4 a, 4 b, and 4c to a case of a portable computer.

Shown in Fig. 5, the portable computer includes a body 10 having a key input device, a memory storage and an arithmetic unit; a case 20 having inner and outer spaces and alternatively covering the body 10 via a hinge mechanism; and a display device 30 displaying arithmetic results of the arithmetic unit and fixed into the case 20.

Coupling holes 20a are formed on the inner surface of the case 20.

For mounting the LCD device 30 to the case 20, the LCD device 30 is placed into the case 20 with the coupling holes 20a corresponding to the coupling memper 35, and the case 20 and the LCD device 30 are fastened by screws 38.

At this point, the coupling hole 20a has a stepped hole shape so as for the head of the screw 38 not to protrude out of the case 20.

VS024367

Not shown in the Fig., for the sake of appearance, the front case 122 like part shown in the Fig. 3 covers the edge of the LCD device 30 and connects the case 20, preferably the same as the conventional structure.

Fig. 6 is a side view of another embodiment of the present invention, showing the LCD device having an assembling structure at the rear.

Fig. 7 is a partially sectional perspective view of the connections shown in Fig.6 in detail.

The LCD device 30 is mounted to the case by fixing the fasteners 37 of plastic hooks, which are protruded from the rear surface of the back light device 34, to the fixing ribs 22 formed on the case 20. Exaggerated in the Fig., the coupling ribs 22 and the fasteners 37 actually have the same shape as the coupling member 35 of the first embodiment, and preferably formed so as not to exceed the width of the support frame 36 preferably.

A coupling hole 20b for fastener 37 is formed on the coupling rib 22. The coupling hole 20b is preferably a through-hole extending all the way to the outer surface of the case 20 for disassembling. The coupling hole 20b has a stepped hole shape so as for the head of the fastener 37 to be latched.

The fastener 37 has a compressible head which compresses into a small diameter to allow the fastener to enter and slide through the coupling hole 20b. Once the head reaches the stepped portion, the head returns to its original diameter and snaps or latches onto the stepped portion of the fixing rib 22. In order to disassemble or release the LCD device 30 from the case 20, a pair of tweezers or similar tool can be

VS024368

used in compressing the head of the fastener 37 from the back of the case 20 through the hole 20b. The fastener 37 is unlatched and can freely slide out of the hole 20b.

For the sake of appearance, a cover or a sticker 20c is preferably used in covering the coupling hole 20b from the outside of the case 20.

The assembly of the LCD device 30 and the case 20 of this embodiment has the benefit of simplicity and convenience.

However, in order to form the plastic hooks, namely, the fastener on the inner surface of the case with the fixing rib formed on the rear surface of the back light device is also possible.

[ EFFECT OF INVENTION ]

In the above mounting method according to the present invention, the LCD device is connected with the rear of the case so as to minimize the non-display area of the flat panel display device. Thus, the ratio of the display area of the LCD device to the display case can be improved and maximized.

It will be apparent to those skilled in the art that various modifications and variation can be made in the portable computer and method for mounting a flat panel display device thereon of the present invention without departing from the spirit or scope of the invention. For example, instead of the LCD device, various flat panel display devices may be used, and for back mounting assembly a strong velcro may be used on the inner surface of the case and the back of the back light device. A snap

VS024369

button of thin steel plate using elasticity is applicable to the back light device and the case, too.

Further, the present invention is applicable to lap-top computers as well as portable computers.

But, it is intended that the present invention cover the modifications and variations of this invention provided they come within the scope of the appended claims and their equivalents.

VS024370

VS024371

[ RANGE OF CLAIMS ]

[ CLAIM 1]

A portable computer comprising:

a body including an input device and an information processing unit;

a case having an inner surface and an outer surface, and covering the body selectively;

and a flat panel display device including a display portion showing results of the information processing unit, and a back surface coupled to the inner surface of the case.

[ CLAIM 2 ]

The portable computer according to the claim 1, wherein

the flat panel display device is a liquid crystal display device.

[ CLAIM 3 ]

The portable computer according to the claim 2, wherein

the liquid crystal display device includes a liquid crystal display panel, a back light device and a support frame supporting the liquid crystal display panel and the back light device.

[ CLAIM 4 ]

The portable computer according to the claim 1 further comprising

16

VS024372

another case coupled with edge portions of the case toward the display portion of the flat panel display device.

[ CLAIM 5 ]

The portable computer according to the claim 1, wherein

at least one coupling member including an internal screw is fixed on the back surface of the flat panel display device is fixed, at least one coupling hole formed on the case corresponding to a position of the coupling member, and the coupling hole and the coupling member are fastened by a screw.

[ CLAIM 6 ]

The portable computer according to the claim 5, wherein

the flat panel display device is a liquid crystal display device.

[ CLAIM 7 ]

The portable computer according to the claim 5, wherein

each coupling member is formed at each corner of the back surface of the flat panel display device.

[ CLAIM 8 ]

The portable computer according to the claim 1, wherein

17

VS024373

at least one fastener is formed on the back surface of the flat panel display device toward the case, and at least one stepped coupling hole is formed on the case corresponding to the fastener.

[ CLAIM 9 ]

The portable computer according to the claim 8, wherein

the fasteners is formed around corners of the back surface of the flat panel display device.

[ CLAIM 10 ]

The portable computer according to the claim 8, wherein

the flat panel display device is a liquid crystal display device.

[ CLAIM 11 ]

The portable computer according to the claim 1, wherein

the case is coupled to the body via a hinge mechanism.

[ CLAIM 12 ]

As a flat panel display device used with an outside member coupled,

a flat panel display device module comprising:

a flat panel;

VS024374

a back light device providing light wave to the flat panel , coupled with a rear surface of the flat panel, and including a coupling means which is coupled with the outside member;

and a support frame supporting and coupling the flat panel and the back light device.

[ CLAIM 13 ]

The flat panel display device module according to the claim 12, wherein

the flat panel is a liquid crystal display panel.

[ CLAIM 14 ]

The flat panel display device module according to the claim 12, wherein

the coupling means is at least one fastener coupled with a rear surface of the back light device.

[ CLAIM 15 ]

The flat panel display device module according to the claim 12, wherein

the coupling means is at least one coupling member including an internal screw in an inner portion.

[ CLAIM 16 ]

The flat panel display device module according to the claim 12, 13, 14, or 15 wherein

the outside member is a case of a portable computer

19

VS024375

[ CLAIM 17 ]

As a flat panel display device used with an outside member coupled, a flat panel display device module comprising:

a flat panel including a display portion and a back surface;

a flat panel frame supporting the back surface, and including a coupling means which can be coupled to the outside member at a back surface of the flat panel frame;

a support frame supporting and coupling the flat panel and the flat panel frame.

[ CLAIM 18 ]

The flat panel display device module according to the claim 17, wherein

the coupling means is at least one fastener coupled to a rear surface of the support frame.

[ CLAIM 19 ]

The flat panel display device module according to the claim 17, wherein

the coupling means is at least one screw hole.

[ CLAIM 20 ]

The flat panel display device module according to the claim 17, 18, or 19 wherein

the outside member is a case of a portable computer.

[ CLAIM 21 ]

20

VS024376

The flat panel display device module according to the claim 17, wherein

the flat panel is a liquid crystal display panel.

[ CLAIM 22 ]

A flat panel display device used with an outside member coupled comprising:

a flat panel including a display portion and a back surface;

a light guide placed adjacent to the back surface of the flat panel;

a reflector placed adjacent to the back surface of the light guide;

a first frame supporting and coupling the flat panel and the light guide and the reflector;

a second frame including a coupling means on a back surface, and the coupling means coupled with the first frame so as to be coupled with the outside member.

[ CLAIM 23 ]

The flat panel display device according to the claim 22, wherein

At least one diffuser, at least one protection sheet and at least one prism sheet are placed between the reflector and the light guide.

[ CLAIM 24 ]

The flat panel display device according to the claim 22, wherein

VS024377

the coupling means is at least one fastener coupled with a rear surface of the support frame.

[ CLAIM 25 ]

The flat panel display device according to the claim 22, wherein

the coupling means is at least one screw hole.

[ CLAIM 26 ]

The flat panel display device according to the claim 22, 23, 24, or 25 wherein

the outside member is a case of a portable computer .

[ CLAIM 27 ]

The flat panel display device according to the claim 22, 23, 24, or 25 wherein

the flat panel is a liquid crystal display panel.

[ CLAIM 28 ]

A computer comprising:

an input device;

an information processing unit;

a flat panel display device including a display portion displaying results of the information processing unit, and a back surface having a first fastening portion;

22

VS024378

a case including a second fastening portion correspondingly coupled with the first

fastening portion of the back surface of the flat panel display device, and receiving the flat

panel display device.

[ CLAIM 29 ]

The computer according to the claim 28, wherein

the flat panel display device includes a liquid crystal display panel and a back light

device, and the case is coupled with a rear surface of the back light device.

[ CLAIM 30 ]

The computer according to the claim 28, wherein

the first fastening portion is at least one coupling member including an internal

screw and fixed on the rear surface of the back light device, at least one coupling hole is

formed on the case corresponding to a position of the coupling portion, and the coupling hole

and the coupling portion are fastened by a screw.

[ CLAIM 31 ]

The computer according to the claim 28, wherein

the first fastening portion is at least one fastener formed from the rear surface of the

back light device to the case, and the second fastening portion is a coupling hole formed on

a position corresponding to a position of the first fastening portion, the coupling hole has a

stepped hole shape for the fastener to be coupled with.

[ CLAIM 32 ]

23

VS024379

For a computer including a body having an input device and an information processing unit, a case having an inner surface and an outer surface and covering the body selectively, and a flat panel display device having a display part showing results of the information processing unit and a back surface coupled with the inner surface of the case,

a method of mounting the flat panel display device to the case comprising:

forming a first fastening portion at the case;

forming a second fastening portion at the back surface of the flat panel display device corresponding to the first fastening portion of the case;

and coupling an inner surface of the flat panel display device with a back surface of the case.

[ CLAIM 33 ]

The method of mounting the flat panel display device for the computer according to the claim 32, wherein

the flat panel display device includes a liquid crystal display panel and a back light device, and the case is coupled with a back surface of the back light device.

[ CLAIM 34 ]

The method of mounting the flat panel display device for the computer according to the claim 33, wherein

the first fastening portion is at least one bolt hole formed on the case,

the second fastening portion is at least one screw hole formed on a position corresponding to a position of the bolt hole,

24

VS024380

and when coupling the case with the flat panel display device, the flat panel display device and the case are aligned so as for the bolt hole to be corresponding to the coupling portion, and the case is fixed to the flat panel display device by screws.

[ CLAIM 35 ]

The method of mounting the flat panel display device for the computer according to the claim 33, wherein

the first fastening portion is at least one fixing rib having a stepped through hole,

the second fastening portion is at least one fastener formed at a position corresponding to a position of the fixing rib toward the case,

the step of coupling comprises placing the flat panel display device and the case with the fastener corresponding to the coupling portion, and fixing the flat panel display device to the case by pushing the flat panel display device toward the case.

[ CLAIM 36 ]

The method of mounting the flat panel display device for the computer according to the claim 32 further comprising

coupling another case toward the display part of the flat panel display device with edge portions of the case coupled with the flat panel display device.

[ CLAIM 37 ]

A method of mounting a flat panel display device including a display part displaying results of the information processing unit and a back surface, comprising:

25

VS024381

preparing a case receiving the flat panel display device;

forming a first fastening portion at the case;

forming a second fastening portion at the back surface of the flat panel display device corresponding to the first fastening portion of the case;

placing the first fastening portion of the case corresponding to the second fastening portion of the flat panel display device;

and fixing the flat panel display device to the case.

[ CLAIM 38 ]

The method of fixing the flat panel display device according to the claim 37, wherein

the flat panel display device includes a liquid crystal display panel and a back light device, and the case is connected with a back surface of the back light device.

[ CLAIM 39 ]

The method of fixing the flat panel display device according to the claim 38, wherein

the first fastening portion is at least one bolt hole formed on the case,

the second fastening portion is at least one screw hole corresponding to the bolt hole,

and at the step of coupling the flat panel display device is fixed to the case by screws.

26

VS024382

[ CLAIM 40 ]

The method of fixing the flat panel display device according to the claim 38, wherein

the first fastening portion is at least one fixing rib having a stepped through hole,

the second fastening portion  is at least one fastener formed at a position corresponding to a position of the fixing rib toward the case,

the step of coupling the case with the flat panel display device comprises placing the flat panel display device and the case with the fastener corresponding to the connecting part, and fixing the flat panel display device to the case by pushing the flat panel display device toward case.

VS024383

[FIG.1]



VS024384

[FIG.2]



VS024385

[FIG.3]



VS024386

[FIG.4A]



[FIG.4B]



[FIG.4C]



VS024388

[FIG.5]



VS024389

[FIG.6]



[FIG.7]



# 대 한 민 국 특 허 청
## KOREAN INDUSTRIAL
## PROPERTY OFFICE

별첨 사본은 아래 출원의 원본과 동일함을 증명함.

This is to certify that the following application annexed hereto is a true copy from the records of the Korean Industrial Property Office.

출 원 번 호 : 1998년 특허출원 제44475호
Application Number

출 원 년 월 일 : 1998년 10월 23일
Date of Application

출 원 인 : 엘지전자주식회사
Applicant(s)

199 9 년 1 월 6 일

특 허 청
COMMISSIONER

# 특허출원서

【출원번호】 98-044475
【출원일자】 1998/10/23
【발명의 국문명칭】 평판표시장치, 컴퓨터 및 평판표시장치의 고정방법
【발명의 영문명칭】 Flat display device, Computer, And Method for mounting said
       display device
【출원인】
 【국문명칭】 엘지전자 주식회사 .
 【영문명칭】 LG Electronics Inc.
 【대표자】 구자홍
 【출원인코드】 11006955
 【출원인구분】 국내상법상법인
 【전화번호】 02-3777-7083
 【우편번호】 150-010
 【주소】 서울특별시 영등포구 여의도동 20번지
 【국적】 KR
【대리인】
 【성명】 정원기
 【대리인코드】 K199
 【전화번호】 02-557-4424
 【우편번호】 135-080
 【주소】 서울특별시 강남구 역삼동 648-15 신원빌딩 302호
【대리인】
 【성명】 이창훈
 【대리인코드】 H377
 【전화번호】 02-557-4424
 【우편번호】 135-080
 【주소】 서울특별시 강남구 역삼동 648-15 신원빌딩 302호
【발명자】
 【국문성명】 김중환
 【영문성명】 KIM, JONG HWAN
 【주민등록번호】 630408-1715616
 【우편번호】 431-080
 【주소】 경기도 안양시 동안구 호계동 1057 무궁화아파트 304/1505
 【국적】 KR
【발명자】
 【국문성명】 조영우
 【영문성명】 CHO, YOUNG WOO
 【주민등록번호】 670102-1090426
 【우편번호】 435-055
 【주소】 경기도 군포시 재궁동 주공2단지 215-704
 【국적】 KR

VS024392

【취지】 톡허법 제42조의 규정에 의하여 위와 같이 출원합니다.
　　　　대리인　　　　　　　　　　　　　　　　　　　정원기　　(인)
　　　　대리인　　　　　　　　　　　　　　　　　　　이창훈　　(인)
【심사청구】 톡허법 제60조의 규정에 의하여 위와 같이 출원심사를 청구합니다.
　　　　대리인　　　　　　　　　　　　　　　　　　　정원기　　(인)
　　　　대리인　　　　　　　　　　　　　　　　　　　이창훈　　(인)
【수신처】 특허청장 귀하
【수수료】
　　　【기본출원료】 20 면　　　　　　　　29,000　원
　　　【가산출원료】 13 면　　　　　　　　13,000　원
　　　【우선권주장료】 0 건　　　　　　　　　　　0　원
　　　【심사청구료】 40 항　　　　　　　1,389,000　원
　　　【합계】 1,431,000 원
【첨부서류】 1. 요약서, 명세서(및 도면) 각 1통 .
　　　　　　2. 출원서 부본, 요약서, 명세서(및 도면)을 포함하는 FD부본 1통
　　　　　　3. 위임장(및 동 번역문) 추후제출

VS024393

## 【요약서】

【요약】

　　본 발명은 정보입력장치와 기억장치와 연산장치를 포함하는 본체와, 내면과 외면을 가지고 상기 본체를 선택적으로 덮는 케이스, 상기 연산장치의 연산결과를 표시하는 표시부와 상기 케이스의 내면에 결합된 배면을 갖는 액정표시장치를 포함하는 휴대용 컴퓨터를 개시한다.

　　또한 본 발명은 액정표시장치와 케이스 사이에 결합수단을 매개로 하여 액정표시장치의 배면을 케이스내면에 결합하는 방법을 사용함으로써, 액정패널의 비표시영역을 최소화하여 영상표시영역을 넓게 할 수 있는 휴대용 컴퓨터를 제공하게 된다.

【대표도】

　　도 5

VS024394

【명세서】

【발명의 명칭】

평판표시장치, 컴퓨터 및 평판표시장치의 고정방법 (Flat display device, Computer, And Method for mounting said display device)

【도면의 간단한 설명】

도 1은 일반적인 노트북 퍼스날컴퓨터를 도시한 도면,

도 2는 종래 노트북 퍼스날컴퓨터에서 액정표시장치의 전면조립구조를 도시한 분해사시도,

도 3은 종래 노트북 퍼스날컴퓨터에서 액정표시장치의 측면조립구조를 도시한 분해사시도,

도 4(a)는 본 발명에 따른 액정표시장치를 도시한 평면도 ,

도 4(b)는 본 발명에 따른 액정표시장치를 도시한 배면도,

도 4(c)는 본 발명에 따른 액정표시장치의 상세분해사시도,

도 5는 본 발명에 따른 휴대용 컴퓨터의 액정표시장치의 후면조립구조를 도시한 분해사시도,

도 6은 본 발명에 따른 액정표시장치의 후면조립구조의 다른 실시예를 도시한 측면도,

도 7은 도 6의 액정표시장치와 후방케이스가 결합한 상태를 도시한 부분단면도이다.

* 도면의 주요 부분에 대한 부호의 설명 *

VS024395

| | |
|---|---|
| 10 : 본체 | 20 : 케이스 |
| 20a : 체결공 | 22 : 결합리브 |
| 30 : 액정표시장치 | 32 : 액정패널 |
| 34 : 배광장치 | 35 : 나사홈 |
| 37 : 화스너 | 36 : 지지프레임 |
| 38 : 스크루 | |

【발명의 상세한 설명】

【발명의 목적】

【발명이 속하는 기술분야 및 그 분야의 종래기술】

　　본 발명은 컴퓨터에 사용되는 화상표시장치와, 그 화상표시장치를 가진 컴퓨터와, 상기 화상표시장치를 컴퓨터에 장착하는 방법에 관한 것이다.

　　컴퓨터는 랩탑컴퓨터와, 휴대용 컴퓨터 등 여러 가지로 분류될 수 있고, 컴퓨터는 입력장치, 기억장치, 연산장치, 그리고 상기 연산장치의 연산결과를 표시하는 화상표시장치를 기본적으로 구비하고 있다.

　　화상표시장치 또는 모니터는 랩탑에서는 음극선관(CRT: Cathode Ray Tube)이 주로 사용되고 휴대용 컴퓨터에서는 액정표시장치(LCD)가 주로 사용되고 있다.

　　그러나, 최근 플라즈마디스플레이패널(PDP:Plasma Display Panel)이나 전계방출표시장치(FED:Field Emission Display)가 연구되고 있으며, 이러한 표시장치들도 전력소모가 많다는 등의 이유로 아직까지 개발단계에 있지만, 차후에 휴대용 단말기에 적용될 수 있는 여지가 있고, 최근 랩탑컴퓨터에도 CRT를 대신하여 눈에 피

VS024396

로가 적고, 전자파발생이 거의 없는 액정표시장치가 사용되고 있으므로, 이러한 구분은 점점 그 의미가 열어지고 있다.

본 발명은 상기와 같이 다양한 컴퓨터에 적용될 수 있는 화상표시장치에 관한 것으로, 특히 평판구조를 가진 액정표시장치 등 평판표시장치의 표시영역을 최대로 할 수 있도록 케이스나 하우징에 장착하는 방법 및 장착구조에 관한 것이다.

상기와 같은 배경하에서 본 발명에서는 단지 설명의 편의를 위해, 특히 적은 부피가 요구되는 휴대용 컴퓨터에 적용되는 평판표시장치 및 그 장착방법에 관하여 설명하는 것으로 한다.

또한 본 발명에서는 평판표시장치로서 액정표시장치에 대하여 설명하지만 추후 개발될 다양한 화상표시장치에도 적용될 수 있을 것이다.

일반적으로 휴대용 컴퓨터 즉, 휴대용 단말기는 도 1에 도시된 바와 같이, 크게 본체(100)와, 본체(100)에 힌지연결된 케이스(120) 및, 상기 케이스(120)에 고정된 화상표시장치(130)로 이루어져 있다.

상기 본체(100)에는 정보입력장치인 키입력장치(110)가 노출되어 설치되어 있는 한편, 기억장치 및 연산장치(미도시)와 같은 정보처리장치가 내장되어 있다. 그리고, 상기 평판표시장치(130)는, 일반적으로 액정표시장치(LCD: Liquid Crystal Display device)는 설치공간을 적게하는 장점을 지니고 있으므로 휴대용 컴퓨터나 박형모니터에 널리 사용되어 지고 있다.

실제 배광장치로서 미도시된 도광판, 편광판 등을 포함하고 있지만, 본 명세서에서는 이를 합친 개념으로 배광장치라 지칭한다.

VS024397

또한 본 발명에서 평판표시장치와 그 평판표시장치가 장착되는 케이스를 통칭하여 평판표시장치어셈블리라 하고, 평판표시장치가 케이스에 결합되기 위하여 지지프레임 등 필요한 부재가 장착된 평판표시장치를 평판표시장치 모듈이라고 정의한다.

도 2를 참조하여 종래의 휴대용 단말기의 일예에 적용되는 액정표시장치의 조립구조를 설명하면, 케이스(120)는 전/후방케이스(122)(124)로 분리/결합되도록 되어 액정표시장치(130)를 고정하도록 되어 있다.

상기 후방케이스(124)는 내면과 외면을 가지고 있고, 내면에는 액정표시장치(130)의 각 모서리를 지지하도록 네지점에 결합리브(124a)가 형성되어 있다.

한편, 상기 액정표시장치(130)는 전면에 액정패널(132)이 위치하고 있고, 액정패널(132)의 후면에 배광장치(134)가 부설되어 있으며, 상기 액정패널(132)과 배광장치의 가장자리를 따라 지지프레임(136)이 테두리되어 있다. 그리고, 상기 지지프레임(136)의 각 모서리부의 측면에는 결합편(136a)이 돌출 형성되어 있고, 결합편(136a)은 상기 후방케이스(124)의 결합리브(124a)의 위치와 일치하도록 형성되어 있다.

상기와 같은 구성을 지닌 액정표시장치(130)를 케이스(120)에 조립하는 방법은, 지지프레임(136)의 결합편(136a)이 후방케이스(124)의 결합리브(124a)에 일치하도록 액정표시장치(130)를 배치하고, 스크루(138)로써 결합편(136a)과 결합리브(124a)를 체결한 다음, 후방케이스(124)에 전방케이스(122)를 결합하게 된다.

여기서 상기와 같이 액정표시장치(130)의 전면에서 후방케이스(124)를 향하

VS024398

여  스크루(138) 등으로 결합하는 방법을 전면조립방법, 또한 이렇게 조립된 구조를 전면조립구조라고 정의한다.

그런데, 상기한 액정표시장치(130)의 전면조립구조에서는 액정표시장치(130)에서 결합편(136a)이 지지프레임(136)에서 돌출되어 결합편의 폭(d)만큼 공간을 차지하게 되어 상대적으로 액정패널(132)의 표시영역이 줄어드는 문제점이 있다.

따라서, 상기한 문제점을 해결하기 위한 방안으로 최근에는 평판표시부를 측면에서 조립하는 측면조립방법 및 그 구조를 채택하는 방안이 제시되고 있다.

도 3을 참조하여 액정표시장치의 측면조립구조를 설명하면, 케이스(120)는 전/후방케이스(122)(124)로 분리/결합되도록 되어 있고, 후방케이스(124)의 양측면에 1쌍의 체결공(124b)이 형성되어 있다.

액정표시장치(130)에는 액정패널(132)과 배광장치(134)의 선단을 따라 지지프레임(136)이 테두리되어 있는 한편, 상기 배광장치(136)의 양측에는 상기 한쌍의 체결공(124b)와 일치되는 위치에 1쌍의 결합리브(134a)가 돌출형성되어 있고, 상기 지지프레임(136)은 결합리브(134a)부분이 닿지 않도록 그 부분이 절개되거나 결합리브(134a)의 홈에 일치되는 홈이 형성되어 있다.

이러한 구조를 가진 액정표시장치(130)의 고정방법은 후방케이스(124)에 액정표시장치를 배치하여 케이스(124)의 측면에 형성된 체결공(124b)와 결합리브(134a) 사이를 스크루(138)로써 체결하여 고정한 후 후방케이스(124)를 전방케이스(122)에 결합한다.

이러한 액정표시장치(130)의 측면고정방법은 전면고정방법에 비하여 결합리

VS024399

브(137)를 측면으로 배치하여 비표시영역을 도 2의 결합편의 폭(d)에 비하여 배광장치의 결합리브의 높이(t)는 작아도 되기 때문에 액정패널(132)의 표시영역을 확장하는 데 큰 역할을 하고 있다.

그러나 이러한 방법은 역시 결합리브가 필요하고 이에 따라 각 측면으로 결합리브의 높이(t)만큼의 비표시영역이 존재하게 되는 문제점은 여전히 상존하게 된다.

【발명이 이루고자 하는 기술적 과제】

본 발명은 상기한 문제점을 해소하기 위한 안출된 것으로, 평판표시장치를 케이스 등에 고정할 때 발생하는 비유효표시영역을 최소화하여 평판표시패널의 표시영역을 최대화할 수 있도록 된 평판표시장치와, 평판표시장치가 장착된 컴퓨터와, 컴퓨터에 평판표시장치를 고정방법을 제공하는데 그 목적이 있다.

【발명의 구성 및 작용】

상기한 목적을 달성하기 위해 본 발명은, 기본적으로 평판표시장치를 이를 수용하는 케이스 또는 하우징에 평판표시장치의 후면과 상기 케이스의 전면을 결합하는 방법 및 그 방법에 의해 결합된 평판표시장치를 제공한다.

본 발명의 하나의 특징에서는 키입력장치와 기억장치와 연산장치를 포함하는 본체와, 내면과 외면을 가지고 상기 본체를 선택적으로 덮는 케이스, 상기 본체의 연산장치의 연산결과를 표시하는 전면과 상기 케이스의 내면에 결합된 배면을 갖는 액정표시장치를 포함하여 구성된 휴대용 단말기를 제공한다.

본 발명은 또 다른 특징에서는 입력장치와; 정보처리장치와; 상기 정보처리장치의

결과를 평판으로 표시하는 전면과, 제 1결합부가 구비된 배면을 가진 평판표시장치와; 상기 평판표시장치의 배면에 구비된 제 1결합부에 대응하여 결합되는 제 2결합부를 가지고, 상기 평판표시장치를 수용하는 케이스를 포함하는 컴퓨터를 제공한다.

본 발명은 또 다른 특징에서는 외부부재에 결합되어 사용되는 액정표시장치로서, 액정패널과; 상기 액정패널에 광을 공급하고, 상기 액정패널의 후면에 전면이 결합되고, 후면에는 상기 외부부재에 결합될 수 있는 결합수단이 구비된 배광장치와; 상기 액정패널과 상기 배광장치를 결합지지하는 지지프레임을 포함하는 액정표시장치모듈을 제공한다.

본 발명은 또 다른 특징에서는 컴퓨터의 정보처리수단의 연산결과를 출력하는 평판표시장치와; 전면에 상기 평판표시장치의 후부가 결합되는 케이스를 포함하는 컴퓨터용 평판표시장치어셈블리를 제공한다.

본 발명은 또 다른 특징에서는 컴퓨터의 정보처리장치의 처리결과를 표시하는 전면과 배면을 가진 평판표시장치를 고정하는 방법으로, 상기 평판표시장치를 수용하는 케이스를 구비하는 단계와; 상기 케이스에 제 1결합부를 형성하는 단계와; 상기 평판표시장치의 배면에 상기 케이스의 제 1결합부에 대응하는 제 2결합부를 형성하는 단계와; 상기 케이스의 제 1결합부와 상기 평판표시장치의 제 2결합부를 대응하는 위치에 배치하는 단계와, 상기 평판표시장치를 상기 케이스에 고정하는 단계를 포함하는 평판표시장치 고정방법을 제공한다.

본 발명에서 상기 평판표시장치로는 PDP, FED 등도 적용가능하나, 액정표시

VS024401

장치인 것이 바람직하다.

이와 같은 본 발명에 따른 휴대용 컴퓨터와 액정표시장치의 고정방법은, 액정표시장치를 후면에서 조립하도록 되어 테두리부가 차지하는 면적을 줄여 액정패널의 비표시영역을 최소화함으로써 액정표시장치의 영상표시영역을 넓힐 수 있게 된다.

이하, 본 발명의 바람직한 실시예를 명세서에 첨부된 도면을 참조하여 보다 상세하게 설명하는 바, 설명의 편의를 위하여 휴대용 컴퓨터와 그 평판표시장치로서 액정표시장치를 예를들어 설명한다.

도 4a 와 도 4b는 본 발명의 일실시예에 따른 액정표시장치를 도시한 평면도 및 배면도이다.

액정표시장치(30)는 액정패널(32)과, 이 액정패널(32)의 후면에 부착된 배광장치(34)로 구성된다. 상기 액정패널(32)과 배광장치(34)는 선단을 따라 지지프레임(36)이 형성되어 상기 배광장치(34)와 액정패널(32)를 지지하면서 결합시키고 있다. 그리고, 상기 배광장치(34)의 후면에 다수개의 나사홈(35)이 형성되어 있고, 상기 다수개의 나사홈(35)은 각 모서리부에 설치되는 것이 안정된 고정에 바람직하다. 나사홈(35)이 모서리부에 형성되어 있고, 나사홈(35)은 리브형태로 일정한 높이를 가질 수도 있으나, 실제 액정표시장치에는 일반적으로 액정패널을 구동하는 회로기판(31)이 배광장치(34)의 후면에 돌출배열되어 있는 구조를 채택하고 있고 지지프레임(36)이 회로기판의 두께까지 커버하는 구조로 되어 있어 지지프레임(36)의 폭을 넘어서지는 않도록 하는 것이 바람직하다.

VS024402

한편, 도 4(c)는 도 4(a)(b)에 도시된 액정표시장치의 일례를 상세 분해한 사시도로서, 도시한 바와 같이, 액정표시장치는 먼저 플라스틱 재질의 제1 고정틀 (34g)위에 반사판(34f)과 도광판(34e) 및 확산 또는 보호쉬트(34d)와 제 1프리즘시트(34c) 및 제 2프리즘쉬트(34b)와 확산 또는 보호쉬트(34a) 및 액정패널(32)이 차례로 적층되어 설치된다. 한편, 상기 제 1고정틀(34g)은 액정패널(32)의 상측에 제 2고정틀과 결합된다.여기서, 상기 제 1고정틀(34g)의 각 모서리부에 나사홈(35)이 설치되어 있다.

이 실시예에서 액정표시장치의 배팡장치(34)를 이루는 상기 각 판들의 형상이나 구성을 특정하는 것이 아니고, 각 판이나 고정틀의 형상이 변화될 수도 있고, 일부가 생략가능할 수도 있다. 본 실시예에서 중점을 두는 것은 액정표시장치의 배면에 결합부재가 형성되고 그 예로서 나사홈(35)을 제시하고 있는 것이다.

도 5는 도 4(a)(b)(c)에 도시된 액정표시장치를 휴대용 컴퓨터의 케이스에 조립하는 것을 도시한 분해사시도이다.

도 5에 도시된 바와 같이, 휴대용 컴퓨터는 키입력장치와 기억장치 및 연산산장치가 구비된 본체(10)와, 이 본체(10)에 선택적으로 덮을 수 있도록 힌지연결되고 내면과 외면을 구비한 케이스(20) 및, 이 케이스(20)에 내장되어 연산장치의 연산결과를 표시하는 액정표시장치(30)로 이루어져 있다.

상기 케이스(20)는 내면에 액정표시장치(30)의 결합부재(35)에 대응하게 체결공(20a)이 형성되어 있다.

액정표시장치(30)를 케이스(20)에 조립하는 과정은, 케이스(20)의 내면에 체

VS024403

결공(20a)과 결합부재(35)가 일치하도록 액정표시장치(30)를 배치하고, 케이스(20)의 후방에서 체결수단인 스크루(38)로써 체결한다.

여기서, 상기 케이스(20)의 체결공(20a)은 단턱지게 형성되어 스크루(36)의 머리부가 케이스(20) 외측으로 돌출되지 않도록 하는 것이 바람직하다.

한편, 도시하지는 않았지만, 미관을 위해 도 3에 도시된 전방케이스(122)와 같은 요소가 액정표시장치(30)의 가장자리를 커버하면서 상기 케이스(20)와 결합되는 것이 바람직한 것은 종래와 다름이 없다.

도 6은 본 발명에 따른 액정표시장치의 후면조립구조의 다른 실시예를 도시한 측면도이고, 도 7은 도 6의 결합관계를 상세히 도시한 부분 단면도이다.

액정표시장치(30)는 배광장치(34)의 후면에 일체로 형성된 플라스틱 후크부 즉, 화스너(37)를 케이스(20)에 형성된 고정리브(22)에 고정하도록 되어 있다. 고정리브(22)와 화스너(37)는 도면에서는 과장되어 있으나, 실제 상기 제 1실시예의 결합부재(35)와 동양으로 고정리브(22)는 지지프레임(36)의 폭보다 돌출되지 않도록 형성하는 것이 바람직하다.

상기 고정리브(22)에는 화스너(37)가 삽입체결되는 체결공(20b)이 형성되어 있고, 상기 화스너(37)를 분리하기 위하여 상기 체결공(20b)는 케이스(20)를 관통하는 것이 바람직하고, 또한 상기 체결공(20b)에는 화스너(37)의 머리가 걸리도록 단턱이 형성되어 있다.

화스너(37)는 머리가 개구되어 있으므로 고정리브(22)의 체결공(20b)에 들어갈 때 수축확장식으로 끼워지고, 고정리브(22)의 체결공(20b)의 단턱부에 걸려서

VS024404

고정된다.

　액정표시장치(30)를 케이스(20)로부터 분리할 때는, 케이스(20)의 후면으로부터 체결공(20b) 속으로 핀셋같은 도구를 사용하여 화스너(37)의 머리를 압착시키면서 밀면 화스너(37)가 고정리브(22)의 체결공(22a)으로부터 분리된다.

　한편, 미관을 고려하여 케이스(20)의 외면쪽에서 체결공(20b)을 덮도록 마개나 스티커(20c)를 사용하는 것이 바람직하다.

　본 실시예는 액정표시장치(30)를 케이스(20)시 조립작업이 간단하고, 편리한 장점이 있다.

　한편, 플라스틱 후크부 즉, 화스너를 케이스의 내면에 형성하고 고정리브를 액정표시장치의 배광장치의 후면에 형성하는 것도 가능한 것은 물론이다.

【발명의 효과】

　이상에서 설명한 바와 같은 본 발명에 따른 컴퓨터와 평판표시장치의 고정방법에 의하면, 평판표시장치를 케이스후방에 조립하도록 되어 평판표시패널의 비표시영역을 최소화할 수 있으므로 영상표시영역의 비율이 높아지게 된다.

　상기에서 설명한 본 발명의 실시예는 단지 예시이며, 본 발명의 정신을 벗어나지 않고 다양한 변화와 변형이 가능할 것임은 본 발명이 속한 분야의 통상의 지식인은 알 수 있을 것이다. 예컨데 액정표시장치를 대신하여 여러 가지 다른 평판표시장치를 사용할 수도 있고, 후방결합방식으로 강력한 벨크로(일명 찍찍이)를 케이스의 내면과 배광장치의 배면에 부착하여 사용할 수도 있을 것이다.

　또한 박형 철판으로 되어 탄성력을 이용하여 결합과 분해가 가능한 스냅버튼

(일명 똑딱이 버튼)을 배광장치와 케이스에 각각 설치할 수도 있을 것이다.

또한 본 발명은 휴대용컴퓨터 뿐만 아니라 랩탑컴퓨터 등에서도 적용됨은 앞에서 설명한 바와 같다.

그러나, 이러한 변화와 변형은 모두 본 발명의 권리범위에 속하게 됨은 첨부된 특허청구의 범위를 통해 알 수 있을 것이다.

VS024406

【특허청구범위】

【청구항 1】

　　　정보입력장치와 정보처리장치를 포함하는 본체와;

　　　내면과 외면을 가지고, 상기 본체를 선택적으로 덮는 케이스와;

　　　상기 정보처리수단의 결과를 표시하는 표시부와, 상기 케이스의 내면에 결합

된 배면을 갖는 평판표시장치

　　　를 포함하는 휴대용컴퓨터.

【청구항 2】

　　　제 1항에 있어서,

　　　상기 평판표시장치는 액정표시장치인 휴대용 컴퓨터.

【청구항 3】

제 2항에 있어서,

상기 액정표시장치는 액정패널과 배광장치와, 상기 액정패널과 배광장치를 지지하

는 지지프레임을 포함하는 휴대용 컴퓨터.

【청구항 4】

제 1항에 있어서,

상기 평판표시장치의 표시부쪽으로 상기 케이스의 가장자리와 결합하는 다른 케이

스를 더욱 포함하는 휴대용 컴퓨터.

【청구항 5】

　　　제 1항에 있어서,

상기 평판표시장치의 배면에 암나사가 내부에 형성된 결합부재가 적어도 하나 고정되어 있고, 상기 케이스에는 상기 결합부재의 위치와 대응하는 위치에 적어도 하나의 체결공이 형성되어 있고, 상기 체결공과 상기 결합부재는 스크루에 의해 결합되는 휴대용 컴퓨터.

【청구항 6】

제 5항에 있어서,

상기 평판표시장치는 액정표시장치인 휴대용 컴퓨터.

【청구항 7】

제 5항에 있어서,

상기 결합부재는 상기 평판표시장치의 배면 모서리에 각각 형성된 휴대용 컴퓨터.

【청구항 8】

제 1항에 있어서,

상기 평판표시장치의 배면에 적어도 하나의 화스너가 케이스를 향하여 형성되어 있고, 상기 케이스에는 상기 화스너에 대응하는 위치에 상기 화스너가 체결될 수 있도록 단턱이 진 체결공이 형성된 휴대용 컴퓨터.

【청구항 9】

제 8항에 있어서,

상기 화스너는 평판표시장치의 배면모서리부근에 형성되어 있는 휴대용 컴퓨터.

【청구항 10】

VS024408

제 8항에 있어서,

상기 평판표시장치는 액정표시장치인 휴대용 컴퓨터.

【청구항 11】

제 1항에 있어서,

상기 케이스는 상기 본체에 힌지결합된 휴대용 컴퓨터.

【청구항 12】

외부부재에 결합되어 사용되는 평판표시장치모듈로서,

평판패널과,

상기 평판패널에 광을 공급하고, 상기 평판패널의 후면에 전면이 결합되고, 후면에는 상기 외부부재에 결합될 수 있는 결합수단이 구비된 배광장치와,

상기 평판패널과 상기 배광장치를 결합지지하는 지지프레임을 포함하는 평판표시장치모듈.

【청구항 13】

제 12항에 있어서,

상기 평판패널은 액정패널인 평판표시장치모듈.

【청구항 14】

제 12항에 있어서,

상기 결합수단은 상기 배광장치의 후면에 결합된 적어도 하나의 화스너인 평표시장치모듈.

【청구항 15】

VS024409

제 12항에 있어서,

상기 결합수단은 암나사가 내부에 형성된 적어도 하나의 결합부재인 평판표지장치

모듈.

【청구항 16】

제 12항 내지 제 15항에 있어서,

상기 외부부재는 휴대용 컴퓨터의 케이스인 평판표시장치모듈.

【청구항 17】

외부부재에 결합되어 사용되는 평판표시장치로서,

표시부와 배면을 가지는 평판패널과;

상기 평판패널의 배면을 지지하고, 배면쪽에 상기 외부부재에 결합될 수 있는 결합

수단이 구비된 평판패널프레임과;

상기 평판패널과 상기 평판패널프레임을 결합지지하는 지지프레임

을 포함하는 평판표시장치 모듈

【청구항 18】

제 17항에 있어서,

상기 결합수단은 상기 지지프레임의 후면에 결합된 적어도 하나의 화스너인 평판표

시장치모듈.

【청구항 19】

제 17항에 있어서,

상기 결합수단은 적어도 하나의 나사홈인 평판표시장치모듈.

【청구항 20】

제 17항 내지 제 19항에 있어서,

상기 외부부재는 휴대용 컴퓨터의 케이스인 평판표시장치모듈.

【청구항 21】

제 17항에 있어서,

상기 평판패널은 액정패널인 평판표시장치모듈.

【청구항 22】

외부부재에 결합되어 사용되는 평판표시장치로서,

표시부와 배면을 가지는 평판패널과;

상기 평판패널의 배면에 인접하게 배치된 도광판과;

상기 도광판의 배면에 인접하게 배치된 반사판과;

상기 평판패널과, 상기 도광판과, 상기 반사판을 결합지지하는 제 1프레임과;

상기 제 1프레임과 결합되어 상기 외부부재와 결합할 수 있는 결합수단이 배면에

형성된 제 2프레임

을 포함하는 평판표시디바이스

【청구항 23】

제 22항에 있어서,

상기 반사판과 상기 도광판 사이에는 적어도 하나의 확산쉬트와 보호쉬트와 프리즘

시트를 포함하는 평판표시디바이스

【청구항 24】

VS024411

제 22항에 있어서,

상기 결합수단은 상기 지지프레임의 후면에 결합된 적어도 하나의 화스너인 평판표시디바이스.

【청구항 25】

제 22항에 있어서,

상기 결합수단은 적어도 하나의 나사홈인 평판표시디바이스.

【청구항 26】

제 22항 내지 제 25항에 있어서,

상기 외부부재는 휴대용 컴퓨터의 케이스인 평판표시디바이스.

【청구항 27】

제 22항 내지 25항에 있어서,

상기 평판패널은 액정패널인 평판표시디바이스.

【청구항 28】

정보입력장치와;

정보처리장치와;

상기 정보처리장치의 결과를 화상으로 표시하는 표시부와, 제 1결합부가 구비된 배면을 가진 평판표시장치와;

상기 평판표시장치의 배면에 구비된 상기 제 1결합부에 대응하여 결합되는 제 2결합부를 가지고, 상기 평판표시장치를 수용하는 케이스

를 포함하는 컴퓨터.

VS024412

【청구항 29】

제 28항에 있어서,

상기 평판표시장치는 액정패널과 배광장치를 가지고 있으며, 상기 배광장치의 후면에 상기 케이스가 결합되는 컴퓨터.

【청구항 30】

제 28항에 있어서,

상기 제 1결합부는 상기 배광장치의 후면에 고정되고 암나사가 내부에 형성된 적어도 하나의 결합부재이고, 상기 제 2결합부는 상기 케이스에 상기 제 1결합부의 위치와 대응하는 위치에 형성된 적어도 하나의 체결공이고, 상기 체결공과 상기 결합부재는 스크루에 의해 결합되는 컴퓨터

【청구항 31】

제 28항에 있어서,

상기 제 1결합부는 상기 배광장치의 후면에서 상기 케이스를 향하여 형성된 적어도 하나의 화스너이고, 상기 제 2결합부는 상기 화스너에 대응하는 위치에 상기 화스너가 체결될 수 있도록 단턱이 진 체결공인 형성된 컴퓨터.

【청구항 32】

정보 입력장치와, 정보처리장치를 가진 본체와, 상기 본체를 선택적으로 덮고 내면과 외면을 가진 케이스와, 상기 케이스의 내면과 접하는 배면과 상기 연산장치의 연산결과를 표시하는 표시부를 가진 평판표시장치를 포함하는 컴퓨터의 상기 평판표시장치를 상기 케이스에 고정하는 방법으로서,

VS024413

상기 케이스에 제 1결합부를 형성하는 단계와,

상기 평판표시장치의 배면에 상기 케이스의 제 1결합부에 대응하는 제 2결합부를

형성하는 단계와,

상기 케이스의 내면과 상기 평판표시장치의 배면을 결합하는 단계

를 포함하는 컴퓨터의 평판표시장치 고정방법.

【청구항 33】

제 32항에 있어서,

상기 평판표시장치는 액정패널과 배광장치를 가지고 있으며, 상기 배광장치의 배면

에 상기 케이스를 결합하는 컴퓨터의 평판표시장치 고정방법.

【청구항 34】

제 33항에 있어서,

상기 제 1결합부는 상기 케이스에 형성된 적어도 하나의 볼트공이고,

상기 제 2결합부는 상기 볼트공의 위치에 대응하는 위치에 형성된 적어도 하나의

나사홈이고,

상기 결합단계에서는 상기 볼트공과 상기 결합부재가 대응하는 위치에 상기 평판표

시장치와 상기 케이스를 배치하고 스크류에 의해 상기 평판표시장치를 상기 케이스

에 고정하는 단계인 컴퓨터의 평판표시장치 고정방법.

【청구항 35】

제 33항에 있어서,

상기 제 1결합부는 단턱이 진 통공을 가진 적어도 하나의 고정리브이고,

VS024414

상기 제 2결합부는 상기 고정리브의 위치에 대응하는 위치에 형성되고 상기 케이스를 향한 적어도 하나의 화스너이고,

상기 결합단계에서는 화스너와 상기 고정리브가 대응하는 위치에 상기 평판표시장치와 상기 케이스를 배치하고, 상기 평판표시장치를 상기 케이스쪽으로 밀어서 상기 평판표시장치를 상기 케이스에 고정하는 단계인 컴퓨터의 평판표시장치 고정방법.

【청구항 36】

제 32항에 있어서,

다른 케이스로 상기 평판표시장치의 표시부방향으로 상기 평판표시장치가 결합된 상기 케이스의 가장자리와 결합하는 단계를 더욱 포함하는 컴퓨터의 평판표시장치 고정방법.

【청구항 37】

컴퓨터의 정보처리장치의 처리결과를 표시하는 표시부와 배면을 가진 평판표시장치를 고정하는 방법으로,

상기 평판표시장치를 수용하는 케이스를 구비하는 단계와,

상기 케이스에 제 1결합부를 형성하는 단계와,

상기 평판표시장치의 배면에 상기 케이스의 제 1결합부에 대응하는 제 2결합부를 형성하는 단계와,

상기 케이스의 제 1결합부와 상기 평판표시장치의 제 2결합부를 대응하는 위치에 배치하는 단계와,

상기 평판표시장치를 상기 케이스에 고정하는 단계

를 포함하는 평판표시장치 고정방법.

【청구항 38】

제 37항에 있어서,

상기 평판표시장치는 액정패널과 배광장치를 가지고 있으며, 상기 배광장치의 배면

에 상기 케이스를 결합하는 평판표시장치 고정방법.

【청구항 39】

제 38항에 있어서,

상기 제 1결합부는 상기 케이스에 형성된 적어도 하나의 볼트공이고,

상기 제 2결합부는 상기 볼트공의 위치에 대응하는 위치에 형성된 적어도하나의 나

사홈이고,

상기 고정단계에서는 스크루에 의해 상기 평판표시장치를 상기 케이스에 고정하는

평판표시장치 고정방법.

【청구항 40】

제 38항에 있어서,

상기 제 1결합부는 단턱이 진 통공을 가진 적어도 하나의 고정리브이고,

상기 제 2결합부는 상기 고정리브의 위치에 대응하는 위치에 형성되고 상기 케이스

를 향한 적어도 하나의 화스너이고,

상기 고정단계에서는 상기 평판표시장치를 상기 케이스쪽으로 밀어서 상기 평판표

시장치를 상기 케이스에 고정하는 평판표시장치 고정방법.

【도면】

【도 1】



【도 2】

VS024417



【도 3】

VS024418



【도 4a】

VS024419



【도 4b】



【도 4c】

VS024420



【도 5】

VS024421



【도 6】



【도 7】

VS024422



VS024423

**TA 5**

9

24. The portable computer according to claim 22, wherein the first fastening element includes four fastening holes at four corners of the second section.

25. The portable computer according to claim 6, wherein the second fastening element includes at least one fastening hole located at a corner of the rear mountable display device corresponding to the fastening hole of the first fastening element.

26. The portable computer according to claim 9, wherein the second fastening element includes at least two fastening holes at two corners of the rear mountable display device.

27. The portable computer according to claim 9, wherein the second fastening element includes four fastening holes at four corners of the rear mountable display device.

28. The portable computer according to claim 1, wherein the first fastening element and the second fastening element include a screw hole, and a screw is inserted from the rear of the case to fasten the case to the rear mountable display device.

29. The portable computer according to claim 28, wherein the screw hole of the case is located at a position corresponding to a display area of the rear mountable display device.

30. A portable computer comprising:

a housing including first and second sections, the first section having an information input device and the second section having a case having a first fastening element;

a rear mountable display device including a second fastening element at a rear surface of the rear mountable display device, the case and the rear mountable display device being attached through the first and second fastening elements;

a hinge coupling the first and the second sections to each other;

a display device support member including an arm extending upward and a third fastening element, the display device support member being attached to the rear mountable display device through the first and third fastening elements;

wherein the arm includes a fastening hole at a portion of the arm, the rear mountable display device being attached to the arm through the fastening hole of the arm;

wherein the first and second fastening elements include first and second fastening holes, respectively, and the rear mountable display device is attached to the case through the first and second fastening elements using a screw; and

wherein the display device support member is coupled to the hinge.

31. The portable computer according to claim 30, wherein the second fastening element is not visible from a viewing direction of the rear mountable display device.

32. The portable computer according to claim 30, wherein no fastening element is visible when viewed from the viewing direction of the rear mountable display device.

33. The portable computer according to claim 30, wherein the second fastening element includes protruding portions protruding away from the rear mountable display device.

34. The portable computer according to claim 33, wherein the protruding portion includes a peg having a fastening hole.

35. A rear mountable flat panel display device capable of being mounted to a data processing device, the flat panel display device comprising:

a backlight unit including a first frame having a fastening part at a rear surface of the first frame, a flat display panel adjacent to the backlight unit; and

10

a second frame;

wherein the flat display panel is between the first frame and the second frame, the first frame of the backlight unit capable of being fixed to a housing of the data processing device through the fastening part at the rear surface of the first frame.

36. The rear mountable flat panel display device according to claim 35, wherein the fastening part includes a fastening hole.

37. The rear mountable flat panel display device according to claim 36, further comprising a screw attaching the first frame of the backlight unit to the second frame through the fastening hole.

38. The rear mountable flat panel display device according to claim 36, wherein the fastening part includes at least two fastening holes at two corners of the first frame.

39. The rear mountable flat panel display device according to claim 36, wherein the fastening part includes four fastening holes at four corners of the first frame.

40. The rear mountable flat panel display device according to claim 35, wherein the backlight unit comprises:

a reflector unit adjacent the first frame;

a light source unit adjacent the reflector unit; and

a light guide unit adjacent the light source unit.

41. The rear mountable flat panel display device according to claim 40, further comprising a diffuser unit and a prism unit.

42. The rear mountable flat panel display device according to claim 35, wherein the fastening part is not visible from a viewing direction of the flat display panel.

43. The rear mountable flat panel display device according to claim 35, wherein the flat panel display device only shows the flat display panel and the second frame when viewed from a viewing direction of the display panel.

44. The rear mountable flat panel display device according to claim 35, wherein the fastening part includes a protruding portion protruding away from the flat display panel.

45. The rear mountable flat panel display device according to claim 44, wherein the protruding portion includes a peg having a fastening hole.

46. The rear mountable flat panel display device according to claim 44, wherein the protruding portion includes a first part and a second part, the first part being larger than the second part.

47. A rear mountable flat panel display device capable of being mounted to a housing, the rear mountable flat panel display device comprising:

a backlight unit including:

a first frame having a fastening part at a rear surface of the first frame;

a reflector unit adjacent the first frame; and

a light guide unit adjacent the light source unit;

a flat panel display adjacent to the backlight unit;

a second frame; and

a screw attaching the first frame of the backlight unit to the second frame through the fastening part;

wherein the flat panel display is between the first frame and the second frame, the first frame of the backlight unit capable of being fixed to the housing through the fastening part at the rear surface of the first frame.

48. The rear mountable flat panel display device according to claim 47, further comprising a diffuser unit and a prism unit.

49. The rear mountable flat panel display device according to claim 47, wherein the fastening part is not visible from a viewing direction of the flat display panel.

**TA 6**

US 6,498,718 B1

<table>
<tr><td>9</td><td>10</td></tr>
</table>

16. The method of claim 1, wherein the display device support member extends substantially from a bottom portion of the second to a top portion of the second section.

17. A method of assembling a portable computer having a rear mountable display device and a housing comprising a first section having an information input device and a second section having a case including a first fastening element, the method comprising:

attaching the rear mountable display device to the case by the first fastening element and a second fastening element on a rear surface of the rear mountable display device;

coupling the first and second sections of the housing with a hinge; and attaching a display device support member to the rear mountable display device by a third fastening element on the display device support member.

18. The method of claim 17, wherein at least one of the first and second fastening elements includes a fastening hole.

19. The method of claim 17, wherein the second fastening element includes a fastening hole.

20. The method of claim 17, wherein the first and second fastening elements each include a screw hole.

21. The method of claim 20, wherein attaching the rear mountable display device to the case further comprises:

inserting a screw from a rear of the case through the screw holes of the first and second fastening elements; and

fastening the rear mountable display device to the case by the screw.

22. The method of claim 17, wherein attaching the rear mountable display device to the display device support member comprises fastening the rear mountable display device to the display device support member by the first and third fastening elements.

23. The method of claim 22, wherein the third fastening element includes a fastening hole.

24. The method of claim 22, wherein the first and third fastening elements each include a screw hole.

25. The method of claim 24, wherein attaching the rear mountable display device to the display device support member further comprises:

inserting a screw through the screw holes of the first and third fastening elements; and fastening the rear mountable display device to the case by the screw.

26. The method of claim 22, wherein the first, second and third fastening elements each include a screw hole.

27. The method of claim 26, wherein attaching the rear mountable display device to the display device support member further comprises:

inserting a screw from a rear of the case through the screw holes of the first, second and third fastening elements; and

fastening the rear mountable display device to the case by the screw.

28. The method of claim 17, wherein the first fastening element includes a stepped hole, the second fastening element includes a compressible head, and wherein attaching the rear mountable display device to the case comprises inserting the compressible head through the stepped hole.

29. The method of claim 17, wherein the first fastening element includes a fastening hole, the second fastening element comprises a hook, and wherein attaching the rear

mountable display device to the case comprises pressing the hook through the fastening hole to snap the hook into place.

30. The method of claim 17, wherein the first fastening element includes a stepped hole, the second fastening element includes a compressible head, and the third fastening element includes a fastening hole, and wherein attaching the rear mountable display device to the case comprises inserting the compressible head through the fastening hole and the stepped hole.

31. The method of claim 17, wherein the first fastening element includes a first fastening hole, the second fastening element includes a hook, and the third fastening element includes a second fastening hole, and wherein attaching the rear mountable display device to the case comprises pressing the hook through the first and second fastening holes to snap the hook into place.

32. The method of claim 17, wherein the display device support member extends substantially from a bottom portion of the second section to a top portion of the second section.

33. A method of assembling a rear mountable flat panel display device capable of being mounted to a housing, comprising:

placing a flat display panel on a top surface of a backlight unit having a first frame, the first frame having a fastening element for fastening the first frame to the housing, said fastening element being located on a rear surface opposite the top surface of the backlight unit where the flat display panel is placed;

placing a second frame on the flat display panel; and

fixing the flat display panel between the first frame of the backlight unit and the second frame.

34. The method of claim 33, wherein the fastening element comprises a fastening hole.

35. The method of claim 33, wherein the fastening element comprises a screw hole.

36. The method of claim 33, wherein the fastening element comprises a stepped hole.

37. The method of claim 33, wherein the fastening element comprises a compressible head.

38. The method of claim 33, wherein the fastening element comprises a hook.

39. A rear mountable method of assembling a liquid crystal display (LCD) device comprising:

arranging a first frame on a light guide, the first frame having holes for coupling a a LCD panel to a supporting frame, the supporting frame having a front surface and a rear surface; and

coupling the LCD panel, the light guide to the first frame from the rear surface of the supporting frame.

40. A rear mountable method of assembling a liquid crystal display (LCD) device comprising:

arranging the LCD device on a inner surface of a display case, wherein the display case has an inner surface and back;

attaching the LCD device to the display case from the back of the display case.

41. The rear mountable method of assembling a liquid crystal display (LCD) device of claim 40, wherein the LCD device is attached to the display case by bolts inserted into the holes from the back of the display case.

* * * * *