## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., <br><br> Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> TATUNG CO.; TATUNG COMPANY OF AMERICA, INC.; and VIEWSONIC CORPORATION, <br><br> Defendants/Counterclaim Plaintiffs. | Civil Action No. 04-343 (JJF) |

## NOTICE OF WITHDRAWAL OF COUNSEL FOR
## PLAINTIFF LG.PHILIPS LCD CO., LTD.

Pursuant to Local Rule 83.7, Defendants hereby notify the Court that Daniel G. Jarcho of McKenna Long & Aldridge LLP, 1900 K Street, NW, Washington, D.C. 20006, is withdrawing as counsel for plaintiff LG.Philips LCD Co., Ltd. ("Plaintiff") in this action.

The undersigned, as well as all other attorneys admitted *pro hac vice* for Plaintiff, remain as counsel of record for Plaintiff in this action.

1

January 5, 2007                          THE BAYARD FIRM

                                         /s/ Richard D. Kirk (rk0922)
                                         Richard D. Kirk
                                         Ashley B. Stitzer
                                         222 Delaware Avenue, Suite 900
                                         P.O. Box 25130
                                         Wilmington, DE  19899-5130
                                         (302) 655-5000
                                         rkirk@ bayardfirm.com
                                         astitzer@bayardfirm.com

                                         Counsel for Plaintiff
                                         LG.PHILIPS LCD CO., LTD.

OF COUNSEL:
Gaspare J. Bono
Rel S. Ambrozy
Lora A. Brzeznski
Cass W. Christenson
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006
(202) 496-7500

2

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on January 5, 2007, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Jeffrey B Bove, Esq.
Jaclyn M. Mason, Esq.
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899-2207

Frederick L. Cottrell, III, Esq.
Anne Shea Gaza, Esq.
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

The undersigned counsel further certifies that copies of the foregoing document were sent by hand to the above counsel and by email and will be sent by first class mail to the following non-registered participants:

Scott R. Miller, Esq.
Connolly Bove Lodge & Hutz LLP
355 South Grand Avenue
Suite 3150
Los Angeles, CA 90071

Valerie Ho, Esq.
Mark H. Krietzman, Esq.
Frank C. Merideth, Jr., Esq.
Greenberg Traurig LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404

Tracy Roman, Esq.
Raskin Peter Rubin & Simon LLP
1801 Century Park East, Suite 2300
Los Angeles, CA 90067

/s/ Richard D. Kirk (rk922)
Richard D. Kirk

571447-1