

*Phone:*   (302) 425-6410
*Fax:*     (302) 428-5132
*Email:*   Poppiti@BlankRome.com

January 9, 2007

**Via Electronic Filing & E-Mail**

Ashley B. Stitzer, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19899

Fredrick L. Cottrell, III, Esquire
Richards Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801

Jeffrey B Bove, Esquire
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
Wilmington, DE 19899

Re:   LG. Philips LCD Co., Ltd. v. Tatung Co, et al.
      C.A. No. 04-343 JJF

Dear Counsel:

During the hearing conducted on December 26, 2006, I requested that counsel for the Plaintiff LG. Philips LCD Co., Ltd. ("LPL") and Defendants Tatung Company and Tatung Company of America, Inc. (collectively "Tatung") review Judge Farnan's Order of September 29, 2006 (D.I. 297) insofar as it related to possible remand of certain issues to me for further consideration. I am in receipt of correspondence dated January 5, 2007 from Ms. Stitzer following your meet and confer on January 4, 2007 regarding same. In the referenced correspondence, LPL and Tatung requested that I seek clarification of Judge Farnan's Order during an expected upcoming meeting with him.

Having the benefit of the January 5, 2007 correspondence and upon closer review of the referenced Order, I am satisfied that the Court did not remand any matter to me for consideration. I, therefore, see no need to discuss the matter with Judge Farnan.



Frederick L. Cottrell, Esquire
Ashely B. Stitzer, Esquire
Jeffrey B Bove, Esquire
January 9, 2007
Page 2

I appreciate your assistance in this regard.

Yours very truly,

Vincent J. Poppiti (DSBA 100614)
Special Master

VJP:mes

cc:    Judge Joseph J. Farnan, Jr.