## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

LG. PHILIPS LCD CO., LTD.,

                Plaintiff,

      v.

TATUNG COMPANY, TATUNG
COMPANY OF AMERICA, INC., and
VIEWSONIC CORPORATION,

                Defendants.

Civil Action No. 04-343-JJF

## AMENDED RULE 16 SCHEDULING ORDER

The Rule 16 Scheduling Order dated August 18, 2005 (D.I. 198), as previously modified (D.I. 291, 364), is hereby further amended as follows:

1.      Paragraph 4(e) of the Scheduling Order is amended to provide that non-expert and third party discovery – including all depositions, as well as interrogatories and document discovery by Defendants directed to new claims –shall be completed by March 30, 2007.

2.      Paragraph 4(d) of the Scheduling Order is amended to allow each Defendant to propound 10 additional interrogatories, including contention interrogatories; and 10 requests for admission; and 10 document requests.

3.      Paragraph 4 of the Scheduling Order is further amended to add subparagraph 4(h) as follows:

      (h)      Special Master Vincent J. Poppiti[*] (the "Special Master") will conduct discovery status conferences commencing at 11:30 a.m. (Eastern time) on January 19,

---

[*] The Order Appointing Vincent J. Poppiti as Special Master was entered on February 25, 2005 and is docketed as item number 178.

2007; February 9, 2007; March 2, 2007; March 23, 2007; April 13, 2007; and on such additional dates as set by the Special Master. Parties may submit discovery motions using a 3-page short form, with opening submissions due two weeks before – and oppositions due one week before – the scheduled status conference date at which the motion is requested to be heard. The parties will submit to the Special Master a joint informational status letter on the Monday before each scheduled status conference unless that day is a holiday, in which case the joint status letter will be submitted on the Tuesday before the joint status conference.

4.     Paragraph 5 of the Scheduling Order is amended to provide that reports from experts on which the party bears the burden of proof shall be served by July 15, 2007; expert depositions shall be completed by July 30, 2007; and rebuttal reports and/or reports on issues on which the party does not bear the burden of proof shall be served by August 21, 2007.

5.     Paragraph 8 of the Scheduling Order is amended to provide that the claims chart shall be updated by April 15, 2007 to address the new claims. Opening *Markman* Briefs for each party will be filed by April 30, 2007 and Response Briefs will be filed by May 15, 2007.

6.     Paragraph 8 of the Scheduling Order is further amended to add subparagraph 8(c) as follows:

(c)     The Special Master is assigned to provide an initial decision regarding claim construction issues presented by the parties by June 21, 2007. A *Markman* Hearing will be held no later than May 30, 2007, at a date and time to be set by the Special Master.

7.     Paragraph 9 of the Scheduling Order is amended to add subparagraph 9(b) as follows:

062038.00612/40166531v.1

(b)     The Special Master is assigned to provide an initial decision regarding any case dispositive motion submitted by the parties.

8.     This amended order makes no other changes to the Scheduling Order.  All other dates referred to in the Scheduling Order remain fully effective.

SO ORDERED,

this _____17_____ day of January, 2007.

Hon. Joseph J. Farnan, Jr.
UNITED STATES DISTRICT JUDGE

3