## RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

ANNE SHEA GAZA

DIRECT DIAL
(302) 651-7539
GAZA@RLF.COM

January 22, 2007

**BY E-MAIL & HAND DELIVERY**

The Honorable Vincent J. Poppiti
BLANK ROME LLP
Chase Manhattan Center
1201 Market Street, Suite 800
Wilmington, DE 19801

> **Re:** *LG.Philips LCD Co., Ltd. v. ViewSonic Corp., et al.*, C.A. No. 04-343-JJF

Dear Special Master Poppiti:

Defendants Tatung Company and Tatung Company of America (collectively "Tatung") respectfully submit that, in addition to any terms identified by Viewsonic Corporation as needing construction, the following additional claim terms require construction:

`'641 patent:`

   `Claim 38, 39:` corners of the first frame.

   `Claim 56:` the flat display panel is rear mounted.

`'718 patent:` none

Of course, should Your Honor have any questions or wish to discuss the foregoing, counsel is available at Your Honor's convenience.

Respectfully,

Anne Shea Gaza
(#4093)

ASG/afg
cc:     Clerk of the Court (By Electronic Filing)

RLF1-3106879-1

The Honorable Vincent J. Poppiti
January 22, 2007
Page 2

     Richard Kirk, Esquire (via electronic mail)
     Cormac T. Connor, Esquire (via electronic mail)
     Lora Brzezynski, Esquire (via electronic mail)
     Mark Krietzman, Esquire (via electronic mail)
     Scott R. Miller, Esquire (via electronic mail)
     Jeffrey B. Bove, Esquire (via electronic mail)