IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) C.A. No. 04-343-JJF <br> ) <br> ) |
| TATUNG CO.; <br> TATUNG COMPANY OF AMERICA, INC.; AND <br> VIEWSONIC CORPORATION, | ) <br> ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

### NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that James D. Heisman of the firm of Connolly Bove Lodge & Hutz LLP, 1007 North Orange Street, P.O. Box 2207, Wilmington, Delaware 19899-2207, hereby enters his appearance in this action on behalf of defendant ViewSonic Corporation.

Dated: January 25, 2007          CONNOLLY BOVE LODGE & HUTZ LLP

By:   /s/ Jeffrey B. Bove
      Jeffrey B. Bove, Esq. (#998)
      James D. Heisman (#2746)
      Jaclyn M. Mason, Esq. (#4737)
      The Nemours Building, 8th floor
      1007 North Orange Street
      Wilmington, DE 19801
      Telephone: (302) 658-9141
      Facsimile: (302) 658-5614

*Attorneys for Defendant ViewSonic Corporation*

Of Counsel:

Scott R. Miller
Manuel C. Nelson
Connolly Bove Lodge & Hutz LLP
355 South Grand Ave.
Suite 3150
Los Angeles, CA  90071

*Attorneys for ViewSonic Corporation*

## CERTIFICATE OF SERVICE

I, Jeffrey B. Bove, hereby certify that on January 25, 2007, a true copy of the foregoing *ViewSonic Defendant's NOTICE OF ENTRY OF APPEARANCE* was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following and the document is available for viewing and downloading from CM/ECF:

Richard D. Kirk
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE  19801

Anne Shea Gaza
Frederick L. Cottrell III
Richards, Layton & Finger
One Rodney Square
Wilmington, DE  19801

I hereby certify that on the January 25, 2007, I have sent by U.S. Mail the foregoing documents to the following non-registered participants:

Cass W. Christenson
Lora A. Brzezynski
Rel S. Ambrozy
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC  20006

Mark H. Krietzman
Valerie W. Ho
Frank E. Merideth, Jr.
Steve P. Hassid
Greenberg Traurig, LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, CA  90404

Tracy R. Roman
Raskin Peter Rubin & Simon
1801 Century Park East 23rd Floor
Los Angeles, CA  90067

By: /s/ *Jeffrey B. Bove*
Jeffrey B. Bove (#998)
The Nemours Building, 8th floor
1007 North Orange Street
Wilmington, DE  19801
Telephone: (302) 658-9141