IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD.,<br><br>　　　Plaintiff/Counterclaim Defendant,<br><br>　　　v.<br><br>TATUNG CO.; TATUNG COMPANY OF AMERICA, INC.; and VIEWSONIC CORPORATION,<br><br>　　　Defendants/Counterclaim Plaintiffs. | Civil Action No. 04-343 (JJF) |

**NOTICE OF FILING AND SERVICE OF LETTER TO SPECIAL MASTER**

PLEASE TAKE NOTICE that, on January 24, 2007, the undersigned counsel caused to be filed with the Honorable Vincent J. Poppiti, the Special Master, a letter brief, under seal, with referenced exhibits. The letter was sent by email on January 24, 2007 and then by hand on January 25, 2007. Copies were served on counsel in the same manner and on the same dates.

January 26, 2007

　　　　　　　　　　　　　　　　　　THE BAYARD FIRM

　　　　　　　　　　　　　　　　　/s/ Richard D. Kirk (rk0922)
　　　　　　　　　　　　　　　　　Richard D. Kirk
　　　　　　　　　　　　　　　　　Ashley B. Stitzer
　　　　　　　　　　　　　　　　　222 Delaware Avenue, Suite 900
　　　　　　　　　　　　　　　　　P.O. Box 25130
　　　　　　　　　　　　　　　　　Wilmington, DE  19899-5130
　　　　　　　　　　　　　　　　　(302) 655-5000
　　　　　　　　　　　　　　　　　rkirk@ bayardfirm.com
　　　　　　　　　　　　　　　　　astitzer@bayardfirm.com
　　　　　　　　　　　　　　　　　Counsel for Plaintiff
　　　　　　　　　　　　　　　　　LG.PHILIPS LCD CO., LTD.

650169-1

1

OF COUNSEL:
Gaspare J. Bono
Rel S. Ambrozy
Lora A. Brzeznski
Cass W. Christenson
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006
(202) 496-7500

2

650169-1

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on January 26, 2007, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Jeffrey B Bove, Esq.
Jaclyn M. Mason, Esq.
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899-2207

Frederick L. Cottrell, III, Esq.
Anne Shea Gaza, Esq.
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

The undersigned counsel further certifies that copies of the foregoing document were sent by hand to the above counsel and by email and will be sent by first class mail to the following non-registered participants:

Scott R. Miller, Esq.
Connolly Bove Lodge & Hutz LLP
355 South Grand Avenue
Suite 3150
Los Angeles, CA 90071

Valerie Ho, Esq.
Mark H. Krietzman, Esq.
Frank C. Merideth, Jr., Esq.
Greenberg Traurig LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404

Tracy Roman, Esq.
Raskin Peter Rubin & Simon LLP
1801 Century Park East, Suite 2300
Los Angeles, CA 90067

/s/ Richard D. Kirk (rk922)
Richard D. Kirk

571447-1