IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD.,<br><br>        Plaintiff,<br><br>   v.<br><br>TATUNG CO.;<br>TATUNG COMPANY OF AMERICA, INC.; AND<br>VIEWSONIC CORPORATION<br><br>        Defendants. | CIVIL ACTION NO. 04-343 |

## AMENDED NOTICE OF DEPOSITION OF JONG-HWAN KIM

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Rule 26 of the Federal Rules of Civil Procedure, Defendant ViewSonic Corporation will take the deposition of Jong-Hwan Kim beginning on February 22, 2007 at 10:00 a.m., and continuing on February 23, 2007 and February 26, 2007 at 10:00 a.m. unless completed earlier, at the offices of Connolly Bove Lodge & Hutz LLP located at 1007 North Orange Street, Wilmington, Delaware 19899, or at such other time and/or place as counsel for all parties may agree. The deposition will be conducted upon oral examination before a certified court reporter, notary public, or other person authorized by law to administer oaths. The deposition will be recorded by videotape and stenographically and

10414.1

may use technology that permits the real time display of the deposition transcript. Parties wishing to see the real time display must supply their own computer.

CONNOLLY BOVE LODGE & HUTZ LLP

Dated: January 26, 2007              By: /s/ Jaclyn M. Mason
                                         Jeffrey B. Bove, Esq. (#998)
                                         Jaclyn M. Mason, Esq. (#4737)
                                         The Nemours Building, 8th Floor
                                         1007 North Orange Street
                                         Wilmington, DE 19801
                                         Telephone: (302) 658-9141
                                         Facsimile: (302) 658-5614

                                         Scott R. Miller, Esq.
                                         355 South Grand Avenue, Suite 3150
                                         Los Angeles, CA 90071
                                         Telephone: (213) 787-2500
                                         Facsimile: (213) 687-0498

                                         *Attorneys for ViewSonic Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of January, 2007, a true copy of the foregoing **Amended Notice of Deposition of Jong-Hwan Kim** was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following and the document is available for viewing and downloading from CM/ECF:

| | |
|---|---|
| Richard D. Kirk<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801 | Anne Shea Gaza<br>Frederick L. Cottrell III<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>Wilmington, DE 19801 |

I hereby certify that on the 26th day of January, 2007, I have sent by email the foregoing document to the following non-registered participants:

| | |
|---|---|
| Cass W. Christenson<br>Lora A. Brzezynski<br>Rel S. Ambrozy<br>McKenna Long & Aldridge LLP<br>1900 K Street, NW<br>Washington, DC 20006 | Mark H. Krietzman<br>Valerie W. Ho<br>Frank E. Merideth, Jr.<br>Steve P. Hassid<br>Greenberg Traurig, LLP<br>2450 Colorado Avenue, Suite 400E<br>Santa Monica, CA 90404 |

Tracy R. Roman
Raskin Peter Rubin & Simon LLP
1801 Century Park East, Suite 2300
Los Angeles, CA 90067-2325

By: /s/ *Jaclyn M. Mason*
    Jaclyn M. Mason (#4737)
    jmason@cblh.com