RICHARDS, LAYTON & FINGER
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

FREDERICKK L. COTTRELL, III
DIRECTOR

DIRECT DIAL
(302) 651-7509
COTTRELL@RLF.COM

January 26, 2007

**BY E-MAIL & HAND DELIVERY**

The Honorable Vincent J. Poppiti
BLANK ROME LLP
Chase Manhattan Center
1201 Market Street, Suite 800
Wilmington, DE 19801

Re:   *LG.Philips LCD Co., Ltd. v. ViewSonic Corp., et al.*, C.A. No. 04-343-JJF

Dear Special Master Poppiti:

Defendants, Tatung Co. and Tatung Company of America Inc., join in ViewSonic's opposition to the January 23, 2007 submission from plaintiff requesting an extension of the March 30, 2007 deadline for completion of third-party discovery. If Your Honor has any questions, please do not hesitate to call.

Respectfully,

Frederick L. Cottrell, III (#2555)

FLC,III/afg
cc:   Clerk of the Court (By Electronic Filing)
      Richard Kirk, Esquire (via electronic mail)
      Cormac T. Connor, Esquire (via electronic mail)
      Lora Brzezynski, Esquire (via electronic mail)
      Mark Krietzman, Esquire (via electronic mail)
      Scott R. Miller, Esquire (via electronic mail)
      Jeffrey B. Bove, Esquire (via electronic mail)
      Tracy Roman, Esquire (via electronic mail)

RLF1-3108842-1