# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

ANNE SHEA GAZA

DIRECT DIAL
(302) 651-7539
GAZA@RLF.COM

January 29, 2007

**BY E-MAIL & HAND DELIVERY**

The Honorable Vincent J. Poppiti
BLANK ROME LLP
Chase Manhattan Center
1201 Market Street, Suite 800
Wilmington, DE 19801

Re:  *LG Philips LCD Co., Ltd. v. ViewSonic Corp., et al.*, C.A. No. 04-343-JJF

Dear Special Master Poppiti:

Defendants, Tatung Company and Tatung Company of America Inc., hereby join in ViewSonic's January 26, 2007 letter motion to compel plaintiff to produce certain documents and/or a privilege log as set forth more fully in Viewsonic's letter motion. If Your Honor has any questions, please do not hesitate to call.

Respectfully,

Anne Shea Gaza (#4093)

ASG/csi
cc:  Clerk of the Court (By Electronic Filing)
     Richard Kirk, Esquire (via electronic mail)
     Cormac T. Connor, Esquire (via electronic mail)
     Lora Brzezynski, Esquire (via electronic mail)
     Mark Krietzman, Esquire (via electronic mail)
     Scott R. Miller, Esquire (via electronic mail)
     Jeffrey B. Bove, Esquire (via electronic mail)
     Tracy Roman, Esquire (via electronic mail)

RLF1-3109545-1