IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> TATUNG COMPANY; <br> TATUNG COMPANY OF AMERICA, INC.; <br> AND VIEWSONIC CORPORATION, <br><br> Defendants. | Civil Action No. 04-343 (JJF) |

**CASES CITED IN PLAINTIFF LG.PHILIPS LCD CO. LTD.'S
RESPONSE REGARDING MOTION TO COMPEL DISCOVERY
REGARDING ADVISE OF COUNSEL AND DUE CARE
FILED WITH SPECIAL MASTER POPPITI JANUARY 31, 2007**