# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., <br><br> Plaintiff, <br><br> v. <br> TATUNG CO.; <br> TATUNG COMPANY OF AMERICA, INC.; AND <br> VIEWSONIC CORPORATION <br><br> Defendants. | Civil Action No. 04-343 (JJF) |

**DECLARATION OF MANUEL NELSON IN SUPPORT OF VIEWSONIC'S
OPPOSITION TO LPL'S MOTION TO COMPEL VIEWSONIC
TO CATEGORIZE ITS PRODUCTS
INTO "MOUNTING SYSTEMS" OR "MOUNTING CATEGORIES"**

I, Manuel Nelson, declare as follows:

1. I have personal knowledge of the facts stated herein and, to the extent called upon, could competently testify to them.

2. I am employed by Connolly Bove Lodge & Hutz LLP, attorneys for ViewSonic Corporation ("ViewSonic").

3. Enclosed with this Declaration as Exhibit 2 is a compact disc (CD) containing true and correct copies of certain electronic files ViewSonic produced to LG.Philips LCD Co., Ltd. ("LPL"), the plaintiff in this action.

4. The enclosed electronic files contain the complete Service Manuals from which excerpts were taken and submitted as Exhibits A and C of LPL's January 26, 2007 motion to compel ViewSonic to categorize its products into "mounting systems" or "mounting categories" (hereinafter "Motion"), as well as a Service Manual for the VX900.

5. Some Service Manuals apply to more than one product. For example, the Service Manual for the Q9 produced on September 28, 2006 (see below) is the same document as the Service Manual for the Q9b.

6. On September 14, 2006, ViewSonic produced to LPL electronic files containing Service Manuals for 65 Visual Display Products. These files included files containing the Service Manuals for the VG151, VG700b, VG900, VG900b, and VP230mb.

7. On September 28, 2006, ViewSonic produced to LPL electronic files containing Service Manuals for 37 Visual Display Products. These files included files containing the Service Manuals for the Q9, Q9b, VG510s, VG510b, VX700, and VX900.

8. Below is a cross-reference table indicating the file name of each electronic file on the CD provided as Exhibit 2, the title of the Service Manual contained in the electronic file, the

1

identification of the Exhibit to LPL's Motion that contains an excerpt from the Service Manual, and the date when the electronic file was produced to LPL.

| File name on CD (Ex. 2) (all are ".PDF" files) | Service Manual | LPL Exhibit | Date Produced |
|---|---|---|---|
| VS004371.PDF | VG151 | A | Sep. 14, 2006 |
| VS005296.PDF | VG700b | A | Sep. 14, 2006 |
| VS005698.PDF | VG900 | C | Sep. 14, 2006 |
| VS005737.PDF | VG900b | C | Sep. 14, 2006 |
| VS006452.PDF | VP230mb | A | Sep. 14, 2006 |
| VS008550.PDF | Q9, Q9b | C | Sep. 28, 2006 |
| VS009847.PDF | VG510s, VG510b | C | Sep. 28, 2006 |
| VS010813.PDF | VX700 | A | Sep. 28, 2006 |
| VS011434.PDF | VX900 | Not an LPL Exhibit | Sep. 28, 2006 |

9. Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed February 2, 2007 at Los Angeles, California.

_____
Manuel Nelson