# EXHIBIT 4

Atlanta

Denver

Los Angeles

Philadelphia

# McKenna Long
# & Aldridge LLP
Attorneys at Law

1900 K Street, NW • Washington, DC 20006
202.496.7500 • Fax: 202.496.7756
www.mckennalong.com

San Diego

San Francisco

Washington, DC

Brussels

REL S. AMBROZY
(202) 496-7693

EMAIL ADDRESS
rambrozy@mckennalong.com

September 26, 2006

**VIA FACSIMILE AND U.S. MAIL**

Scott R. Miller, Esq.
Connolly Bove Lodge & Hutz LLP
Wells Fargo Center
South Tower, Suite 3150
355 South Grand Avenue
Los Angeles, CA  90071

Re:    *LG.Philips LCD Co., Ltd. v. ViewSonic Corporation, et al.*;
       **U.S. District Court Case No. 04-343 JJF**

Dear Scott:

We have completed our review of the exploded view documents produced on September 15, 2006. Based on that review, we have determined that all of the monitors identified in that September 15th production potentially infringe the Patents-in-Suit. Accordingly, please produce immediately all documents responsive to LPL's pending document requests for these monitors. Such LPL Document Requests include at least Nos. 2-5, 18, 28-29, 38-41, 46, 47 and 55. Please produce these documents on a rolling basis.

Also, please confirm that, as we have discussed multiple times, you are producing the balance of the exploded view documents on a rolling basis.

Please contact me if you have any questions on this issue.

Sincerely,

*Rel S. Ambrozy* /CTC

Rel S. Ambrozy

RSA:mrs

cc  Tracy Roman (via email)
    Manuel Nelson (via email)

DC:50435051.1