# EXHIBIT 5

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

PHILLIPS, L.G., LCD CO., LTD,        )
                                      )
         Plaintiffs,                  )   C.A. No. 04-343(JJF)
                                      )
v.                                    )
                                      )
TATUNG CO., TATUNG COMPANY OF         )
AMERICA, INC., and VIEWSONIC          )
CORPORATION,                          )
                                      )
         Defendants.                  )

        Hearing of above matter taken pursuant to notice before Renee A. Meyers, Registered Professional Reporter and Notary Public, in the law offices of BLANK ROME, LLP, 1201 North Market Street, Wilmington, Delaware, on Thursday, December 28, 2006, beginning at approximately 11:30 p.m., there being present:

BEFORE:  VINCENT J. POPPITI, SPECIAL MASTER

APPEARANCES:

        THE BAYARD FIRM
        RICHARD D. KIRK, ESQ.
          222 Delaware Avenue, Suite 900
          Wilmington, Delaware  19899
          for Plaintiffs

CORBETT & WILCOX
Registered Professional Reporters
230 North Market Street    Wilmington, DE 19899
(302) 571-0510
www.corbettreporting.com
Corbett & Wilcox is not affiliated
with Wilcox & Fetzer, Court Reporters

Page 26

1    not trying to be a jerk about this. On the other hand --
2            SPECIAL MASTER POPPITI: I am not
3    suggesting that you would be. If --
4            MR. MILLER: I am not inclined to, at
5    this instance, to extend ourselves to try to prepare
6    summaries for these documents that have been available
7    for an extended period of time which we have spent
8    substantial resources to get to today on.
9            SPECIAL MASTER POPPITI: That answers my
10   question. And I don't have the authority to require that
11   you create something that isn't in the -- that doesn't
12   exist and you don't do in the ordinary course of
13   business.
14           If you choose, at some point, to provide
15   that professional courtesy, it would be a nice thing to
16   do, but having heard what I have heard, it sounds to me
17   like the only thing I should, perhaps, listen to is an
18   agreement, and this is managing discovery, if you will,
19   as opposed to making a decision, because I don't think I
20   need to make a decision here, there was a request, the
21   information is available. I'd like to hear when that
22   information would be available for inspection and where.
23           MR. MILLER: It's maintained in
24   California at an off-site storage facility and we

Page 27

1    probably need -- well, my client is closed this week, but
2    I probably need, you know, three or four days, you know,
3    preferably a week advanced notice and I can start making
4    the documents available.
5            SPECIAL MASTER POPPITI:
6    Mr. Christenson.
7            MR. CHRISTENSON: As I recall, there
8    were some limitations imposed on the production, I think,
9    for example, there was an intention to redact some
10   information before making those documents available, and,
11   so, it would be helpful for me to know if there are going
12   to be any limitations such as that imposed.
13           SPECIAL MASTER POPPITI: Mr. Miller.
14           MR. MILLER: Excuse me, your Honor. No,
15   I don't believe so. I mean, they will be in the state in
16   which they are maintained. I don't understand that there
17   is any privileged materials. They are, obviously,
18   confidential materials. But we will do a quick spot
19   check to make sure there is nothing privileged, but other
20   than that, we would not intend to try to redact any
21   information out of them.
22           MR. CHRISTENSON: The only other comment
23   I have on this, your Honor, is that all of the documents
24   that the parties have produced to date have been produced

Page 28

1    by sending copies to counsel. And, so, our preference
2    will be, obviously, for that same practice to continue
3    rather than going out to do an inspection at a warehouse.
4    We would prefer that we continue the same practice of
5    exchanging documents by copying.
6            SPECIAL MASTER POPPITI: Well, again,
7    it's a courtesy that they have provided. Mr. Miller? I
8    don't know the universe of documents in terms of numbers
9    that are involved.
10           MR. MILLER: It's a high -- it's a very
11   high number of boxes of documents, and our discussions
12   have always been, So long as the documents are not quite
13   voluminous, we would extend that courtesy, but we have
14   made clear, since the beginning, that we are not doing it
15   as to these given the volume of materials.
16           SPECIAL MASTER POPPITI: All right.
17   Well, then, the inspection will take place on the site
18   that you have identified.
19           What I would like you to do is work out
20   the detail and provide me with what that detail is not
21   later than -- if this -- if this makes sense to all of
22   you, Friday of next week, which is -- actually, we will
23   do Monday of next week, I am not in the office on Friday
24   -- I am sorry, Monday, the 8th, January 8th of 2007.

Page 29

1            MR. MILLER: Very well, your Honor.
2            MR. CHRISTENSON: Thank you, Your Honor.
3            SPECIAL MASTER POPPITI: Thank you.
4            MR. CHRISTENSON: Your Honor, if I may
5    continue --
6            SPECIAL MASTER POPPITI: Yeah.
7            MR. CHRISTENSON: -- discussing what we
8    think is missing from the production with respect to
9    sales --
10           SPECIAL MASTER POPPITI: Okay.
11           MR. CHRISTENSON: -- information?
12           In our review of the summaries that we
13   have received from Viewsonic, it appears to us that the
14   summaries do not include all of the relevant products,
15   and just by way of example, there appear to be a product
16   specifically accused of infringement that are not
17   reflected in the sales summaries, and I can identify a
18   few. They would include the VA 503 B, the VG 2021 M, the
19   VX 924, the VG 920, the VP 2030 B, and the VP 930 B.
20           Our concern is, again, it goes to the
21   completeness of the information that we have. We do have
22   summaries for certain time periods and for certain
23   products, but the summaries do not appear to include all
24   of the relevant products.

Page 78

1  when all of that occurs.
2       I don't hear Mr. Miller saying that they
3  are not going to make these available.
4       MR. AMBROZY: Again, Your Honor, and I
5  agree that they are not -- that he shouldn't be ordered
6  to produce something that he cannot produce.
7       SPECIAL MASTER POPPITI: Right.
8       MR. AMBROZY: But getting back to our
9  point, and I understand we will get back to the Jean, but
10 that does make those documents the best available
11 evidence of the monitors that were previously sold.
12      SPECIAL MASTER POPPITI: It may be. But
13 I want to focus on the hardware, if you will, and I would
14 just like a representation from the both of you as to
15 when you can expect there will be some resolution to the
16 process of what exists, new product that will be
17 purchased, old product that will either be inspected or
18 purchased, and a representation by Mr. Miller that that
19 does constitute the universe of expected -- of available
20 product.
21      MR. MILLER: Your Honor, I am happy to
22 do that with dispassion. I can only make so many demands
23 on my client in terms of the things we have agreed to for
24 the 19th.

Page 79

1       This is going to be a, you know, a
2  looking around for dinosaur kind of project. It's not
3  going to be that straightforward. I am going to need
4  some time, I would think, you know, until the end of
5  January, perhaps, to get that list assembled. I mean,
6  the products that are available for purchase obviously
7  are on our web site and they can get those at any time
8  they choose.
9       SPECIAL MASTER POPPITI: And those that
10 are available for purchase and if they are on the web
11 site, that can be done right away.
12      To search for dinosaurs, I mean, how
13 many are we -- how many exist? Any idea?
14      MR. MILLER: There is 216 products
15 listed on our list, and we are looking through a, you
16 know, five or 600,000 foot facility, which is warehouse
17 and office and it may be on somebody's desk, that we are
18 going to have to try to locate some of these things. So
19 it's not a -- it's not just an easy task, I don't
20 believe.
21      SPECIAL MASTER POPPITI: And are we
22 talking about dinosaurs that are yours or dinosaurs that
23 may be in the possession of the OEMs?
24      MR. MILLER: No. We are talking about

Page 80

1  dinosaurs that are ours.
2       SPECIAL MASTER POPPITI: Right.
3       MR. MILLER: And are in our facilities.
4       SPECIAL MASTER POPPITI: Is the date of
5  the 26th doable?
6       MR. AMBROZY: Just to clarify, Your
7  Honor, when Mr. Miller says that he is looking at
8  Viewsonic, does that include Viewsonic -- I am not sure
9  of the proper name, Scott -- but Viewsonic America or the
10 other entities of Viewsonic?
11      MR. MILLER: I would be looking at
12 Viewsonic America, which would be the only place I would
13 expect to find the U.S. products. I mean, if we are
14 going to expand this to overseas, it's going to take
15 substantially longer.
16      MR. AMBROZY: We will start with the
17 U.S. products, but that brings, Your Honor, brings us to
18 another point --
19      SPECIAL MASTER POPPITI: No new points.
20 We will keep it to what was asked for. I will look at
21 the document that you are going to provide to me over the
22 break, and if it becomes an issue that is looking
23 overseas, we can join that issue at some other point.
24      MR. MILLER: Your Honor, as to the 26th,

Page 81

1  could I ask for the 29th to give me another weekend, if
2  necessary, to scrounge around, please?
3       SPECIAL MASTER POPPITI: 29th is fine.
4  Okay. We are just about at 1:30. Did that finish that
5  particular application?
6       MR. AMBROZY: The only issue remaining,
7  Your Honor, was the fact of the limitation to U.S. sales
8  which we think is improper.
9       We believe that our discovery should be
10 responded to to include monitors that are imported to the
11 U.S. as well as monitors that might go to Mexico, are
12 assembled or put under a different brand name and then
13 make their way into the United States. So just limiting
14 the search to just monitors that are imported by
15 Viewsonic into the United States, we think, is too
16 narrow.
17      SPECIAL MASTER POPPITI: Mr. Miller.
18      MR. MILLER: I think we have retrenched
19 to the motion I thought we had finished which was the
20 information about sales. This was technical documents
21 and those sorts of things.
22      Is that what you are doing, Rel?
23      MR. AMBROZY: No. I am trying to get
24 before his Honor the proper scope of the requests, which