# EXHIBIT 6

# CONNOLLY BOVE LODGE & HUTZ LLP
### ATTORNEYS AT LAW

Wells Fargo Center
South Tower, Suite 3150
355 South Grand Avenue
Los Angeles CA 90071
TEL (213) 787 2500
FAX (213) 687 0498

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
TEL (302) 658 9141
FAX (302) 658 5614

1990 M Street, NW, Suite 800
Washington DC 20036
TEL (202) 331 7111
FAX (202) 293 6229

WEB www.cblh.com

Scott R. Miller
Partner

TEL (213) 787-2510
FAX (213) 687-0498
EMAIL smiller@cblh.com
REPLY TO Los Angeles Office

*Via Email and First Class Mail*

January 29, 2007

Cass W. Christenson, Esq.
McKenna Long & Aldridge LLP
1900 K Street NW
Washington, DC 20006

Re: *LG.Philips LCD Co., Ltd. v. ViewSonic Corp., et al.*
    USDC, Delaware, C.A. No. 04-343-JJF

Dear Cass:

On January 24, 2007, your firm served a Supplemental Notice of Rule 30(b)(6) of ViewSonic Corporation ("Notice"). We request that you withdraw that notice immediately.

First, the Notice attempts to set the deposition date for January 30, 2007. Pursuant to D. Del. LR 30.1, a reasonable notice cannot be less than five days. In conformance with Rule 6(a) of the Federal Rules of Civil Procedure, we understand D. Del. LR 30.1 to mean five business or court days. Inasmuch the Notice provided only four days notice, it is defective.

Second, as you already know, ViewSonic, in the ordinary course of its business, does not categorize, classify, or concern itself with "the type and/or classification of mounting technology or mounting system employed or mounting system used" in any of its Visual Display Products (as that term is defined in the Notice). Consequently, ViewSonic cannot designate or produce a witness to testify about the topic identified in the Notice, and the Notice should be withdrawn.

In any event, ViewSonic's Motion for a Protective Order remains pending, and encompasses the Notice served last week. If LPL is of a different opinion, please advise by 4 pm PST today.

Sincerely,

Scott R. Miller



**CONNOLLY BOVE LODGE & HUTZ LLP**
ATTORNEYS AT LAW

Cass W. Christenson, Esq.
January 29, 2007
Page 2

cc:    Rel S. Ambrozy, Esq.
       Lora A. Brzezynski, Esq.
       Cormac T. Connor, Esq.
       Richard D. Kirk, Esq.
       Mark H. Krietzman, Esq.
       Frank E. Merideth, Jr., Esq.
       Valerie W. Ho, Esq.
       Steve P. Hassid, Esq.
       Anne Shea Gaza, Esq.
       Frederick L. Cottrell III, Esq.
       Tracy R. Roman, Esq.
       Jeffrey B. Bove, Esq.
       Jaclyn M. Mason, Esq.