# EXHIBIT 7

**CONNOLLY BOVE LODGE & HUTZ LLP**
ATTORNEYS AT LAW

LOS ANGELES, CA

355 S. Grand Ave.
Suite 3150
Los Angeles, CA 90071
TEL: (213) 787 2500
FAX: (213) 687 0498
WEB: www.cblh.com

Scott R. Miller
Partner

TEL (213) 787-2510
FAX (213) 687-0498
EMAIL smiller@cblh.com

*Via Email and U.S. Mail*

January 30, 2007

Cass W. Christenson, Esq.
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006-1108

Frank E. Merideth, Jr., Esq.
Greenberg Traurig, LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404

Re:   *LG.Philips LCD Co., Ltd. v. ViewSonic Corporation, et al.*
       **USDC Case No. 04-343 JJF**

Counsel:

As a follow-up to the discussion held before the Special Master, enclosed please find the list which constitutes our best estimate of ViewSonic's "dinosaur" products available for inspection or purchase. The products listed on pages 1-3 are units which ViewSonic has identified for disposal which ViewSonic offers to make available for inspection in Los Angeles within the next ten days. We cannot guarantee the condition of these products, or even that the estimated number of products available is fully accurate. To the extent there are multiple complete units available for a particular product, ViewSonic is prepared to sell one specimen to LPL, and a second to Tatung, should either party wish to purchase same. As any inspection needs to be complete promptly an before the parties resources are devoted to depositions, we expect that any inspection will be completed by the end of next week. Thus please identify which products you wish to inspect by this Friday.

The list found on pages 4-5 identifies non-current ViewSonic products which are presently available for purchase on the ViewSonic store and outlet websites and/or are designated as "C-Stock" and available for purchase by employees. While we cannot provide you with an exact inventory for these products, ViewSonic is willing to sell one sample of each of these products to LPL and/or Tatung to the extent it has sufficient

10545.1

CONNOLLY BOVE LODGE & HUTZ LLP
ATTORNEYS AT LAW

Cass W. Christenson, Esq.
January 30, 2007
Page 2

inventory to do so. To the extent you identify one of these products for which only a single unit is available, ViewSonic reserves the right to retain ownership of that product and make it available for inspection in Los Angeles at the same time as the inspection of the products described on pages 1-3. Except as described in the preceding sentence, products from the ViewSonic store, outlet and/or categorized as "C-Stock," will only be made available for sale and not for inspection as doing so would interfere with ViewSonic's ability to sell them in the ordinary course of business.

Products purchased will be available for pickup at ViewSonic's facility in California. As for a purchase price, the products on pages 4-5 will be sold at the currently established price through the outlet store and/or the employee purchase program. Any products on pages 1-3 sold will be priced in accordance with the price ViewSonic has negotiated with the third party to whom it normally sells these products. Once you identify what you are interested in purchasing, we can send you a complete price for the lot.

As you can imagine, inventory of products is a fluid matter. Accordingly, please provide us with identification no later than the end of this week of the products you wish to purchase from these lists.

Sincerely,

Scott R. Miller

Enclosure

10545.1



Cass W. Christenson, Esq.
January 30, 2007
Page 3

cc:     Rel S. Ambrozy, Esq. (w/encl.)
        Lora A. Brzezynski, Esq. (w/encl.)
        Cormac T. Connor, Esq. (w/encl.)
        Richard D. Kirk, Esq. (w/encl.)
        Mark H. Krietzman, Esq. (w/encl.)
        Valerie W. Ho, Esq. (w/encl.)
        Steve P. Hassid, Esq. (w/encl.)
        Anne Shea Gaza, Esq. (w/encl.)
        Frederick L. Cottrell III, Esq. (w/encl.)
        Tracy R. Roman, Esq. (w/encl.)
        Jeffrey B. Bove, Esq. (w/o encl.)
        Jaclyn M. Mason, Esq. (w/o encl.)
        Manuel C. Nelson, Esq. (w/o encl.)
        James D. Heisman, Esq. (w/o encl.)

## Estimate of ViewSonic Products available for inspection or purchase

| ITEM_NUMBER | ONHAND QUANTITY |
|---|---|
| N1700W-D | 9 |
| N1800TV-NT-D | 3 |
| N2000-D | 4 |
| N2750W-D | 8 |
| N3200W-2-D | 1 |
| N3200W-D | 2 |
| Q190MB-D | 3 |
| Q7B-D | 1 |
| VA2012WB-D | 9 |
| VA520-1-D | 1 |
| VA520-2-D | 7 |
| VA520-3-D | 4 |
| VA712B-D | 1 |
| VA720-2-D | 4 |
| VA720-D | 5 |
| VA800-D | 6 |
| VA903B-D | 1 |
| VA912B-4-D | 4 |
| VA930-D | 1 |
| VE150B-D | 4 |
| VE150-D | 4 |
| VE150MB-D | 3 |
| VE150M-D | 1 |
| VE155-1-D | 9 |
| VE170MB-D | 2 |
| VE170M-D | 5 |
| VE175-3-D | 1 |
| VE175B-1-D | 2 |
| VE175B-2-D | 5 |
| VE175-D | 2 |
| VE500-1-D | 7 |
| VE510+-1-D | 3 |
| VE510B-D | 3 |
| VE700-1-D | 6 |
| VE710B-2-D | 1 |
| VE710B-4-D | 1 |
| VE710S-2-D | 1 |
| VE710S-4-D | 1 |
| VE800-1-D | 5 |
| VE902M-D | 1 |
| VG150B-D | 7 |
| VG150-D | 9 |
| VG150M-2-D | 1 |

1

HIGHLY SENSITIVE CONFIDENTIAL UNDER PROTECTIVE ORDER

| ITEM_NUMBER | ONHAND QUANTITY |
|---|---|
| VG150MB-D | 1 |
| VG151-2-D | 2 |
| VG151B-2-D | 2 |
| VG151-D | 2 |
| VG170M-D | 1 |
| VG171B-D | 7 |
| VG171-D | 2 |
| VG180-2-D | 1 |
| VG180-D | 1 |
| VG191B-D | 7 |
| VG191-D | 2 |
| VG500-1-D | 2 |
| VG500-2-D | 1 |
| VG500B-D | 10 |
| VG510B-D | 3 |
| VG700-1-D | 3 |
| VG700B-2-D | 9 |
| VG700B-D | 1 |
| VG710B-D | 12 |
| VG710S-D | 2 |
| VG800-1-D | 7 |
| VG800B-D | 1 |
| VG810S-D | 1 |
| VG900B-D | 12 |
| VG900-D | 10 |
| VG910B-D | 4 |
| VG910S-D | 5 |
| VG920-D | 5 |
| VP140-D | 3 |
| VP150-D | 1 |
| VP171B-2-D | 7 |
| VP171B-D | 3 |
| VP171S-2-D | 3 |
| VP171S-D | 2 |
| VP181B-2-D | 2 |
| VP181-D | 5 |
| VP191B-D | 12 |
| VP191S-D | 5 |
| VP201B-D | 1 |
| VP201MB-D | 4 |
| VP201M-D | 2 |
| VP201S-D | 14 |
| VP2030B-D | 1 |
| VP211B-D | 1 |
| VP2130B-D | 2 |
| VP2290B-2-D | 3 |

2

HIGHLY SENSITIVE CONFIDENTIAL UNDER PROTECTIVE ORDER

| ITEM_NUMBER | ONHAND QUANTITY |
|---|---|
| VP230MB-D | 3 |
| VP231WB-D | 1 |
| VP912B-D | 3 |
| VPA138-D | 2 |
| VPA150-D | 1 |
| VPD180-D | 1 |
| VX2000-1-D | 7 |
| VX2025WM-D | 1 |
| VX500+-1-D | 3 |
| VX500T-D | 3 |
| VX700-2-D | 3 |
| VX700-D | 1 |
| VX710-D | 12 |
| VX715-D | 5 |
| VX724-D | 2 |
| VX900-1-D | 3 |
| VX922-D | 2 |
| VX924-D | 3 |

3

HIGHLY SENSITIVE CONFIDENTIAL UNDER PROTECTIVE ORDER

| Product | C-Stock | Outlet | Store |
|---|---|---|---|
| AIRPANEL 100 | | X | |
| N1300 | X | | |
| N1700W | X | | |
| N1750W | X | | |
| N2010 | | X | |
| N2011 | | | X |
| N2060W | | | X |
| N2700W | | X | |
| N2750W | X | X | |
| N2751W | X | | X |
| N3200W | X | | |
| N3250W | X | X | |
| N3251W | X | | X |
| N3252W | X | | |
| N3260W-2 | | | X |
| N3751w | | | X |
| N3760W | | | X |
| N4000WP | | X | |
| N4060W | | | X |
| N4200W | | | X |
| TPCV1250 | | X | |
| VA1912WB | | X | |
| VA1912WB-3 | | | X |
| VA1930WM | | | X |
| VA2012WB | | | X |
| VA503B | | | X |
| VA521 | | X | |
| VA702B | | | X |
| VA703B | | | X |
| VA712B | | | X |
| VA730M | | | X |
| VA902B | | X | X |
| VA930M-3 | | | X |
| VG191 | | X | |
| VG1930WM | | | X |
| VG2021M | | | X |
| VG2030WM | | | X |
| VG2230WM | | | X |
| VG730M | | | X |
| VIEWPAD 1000 | | X | |
| VP171S | | X | |
| VP2130B | | | X |
| VP2290B | | X | |
| VP2290B-2 | | X | |
| VP920B | | | X |
| VPD150 | | X | |

4

HIGHLY SENSITIVE CONFIDENTIAL UNDER PROTECTIVE ORDER

| Product | C-Stock | Outlet | Store |
|---|---|---|---|
| VPD180 | | X | |
| VX1945WM | | | X |
| VX1945WM-3 | | | X |
| VX2025WM | | X | |
| VX2035WM | | | X |
| VX2235WM | | X | X |
| VX2235WM-3 | | X | |
| VX2245WM | | | X |
| VX500-2 | | X | |
| VX510 | | X | |
| VX922 | | | X |

HIGHLY SENSITIVE CONFIDENTIAL UNDER PROTECTIVE ORDER