IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| L.G. PHILIPS LCD CO., LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 04-343 (JJF) |
| v. | ) |
| | ) |
| TATUNG CO., TATUNG COMPANY OF AMERICA, INC. AND VIEWSONIC CORPORATION, | ) |
| | ) |
| Defendants. | ) |

## PARAGRAPH 4(d) AMENDED LANGUAGE

Maximum of 84 hours of examination by plaintiff of fact witnesses, including expert depositions, unless otherwise agreed in writing by the parties or ordered by the Court. Defendants combined shall be limited to 140 hours of examination of fact witnesses, excluding expert depositions. No fact witnesses or designee under Rule 30(b)(6) for whom English is their first language shall be deposed for more than 7 hours. No fact witness or designee under Rule 30(b)(6) for whom English is not their first language shall be deposed for more than 10.5 hours. Notwithstanding the foregoing limitations, each of the inventors of the patents-in-suit maybe deposed for up to 21 hours total, which shall be consecutive.

062038.00612/40167063v.1