### IN THE UNIED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| L.G.PHILIPS LCD CO., LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. NO. 04-343-JJF |
| v. ) | |
| ) | |
| TATUNG CO.; ) | |
| TATUNG COMPANY OF AMERICA, INC.; and ) | |
| VIEWSONIC CORPORATION, ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on February 13, 2007, counsel for Defendant ViewSonic Corporation has subpoenaed ADVANTECH CORPORATION, as more particularly set forth in the attached subpoena, by serving true and correct copies as shown below:

**Via hand-delivery**
Attn: Mr. Thomas T.C. Chen
Advantech Corporation
380 Fairview Way
Milpitas, CA 95035

PLEASE TAKE NOTICE that, pursuant to the attached subpoena, Defendant ViewSonic Corporation will take the deposition *duces tecum* of ADVANTECH CORPORATION pursuant to Fed. R. Civ. P. 30(b)(6). The deposition will take place on March 13, 2007 at 10:00 a.m. at Greenberg Traurig, LLP, 1900 University Avenue, 5th Floor, East Palo Alto, CA 94303. The deposition will continue from day to day until completed. The deposition will be conducted upon oral examination before a certified court reporter, notary public, or other person authorized by law to administer oaths. The deposition will be recorded by videotape and stenographically and may use technology that permits the real time display of the deposition transcript. Parties wishing to see the real time display must supply their own compatible computer.

PLEASE ALSO TAKE NOTICE that View Sonic Corporation is serving ADVANTECH CORPORATION with the attached Subpoena. The subjects covered in the deposition will include (but are not limited to) the subject listed on Attachment A to the Subpoena. Pursuant to Fed R. Civ. P. 30(b)(6), ADVANTECH CORPORATION is required to designate one or more persons to testify at the deposition as to matters known or reasonably available to ADVANTECH CORPORATION concerning all topics listed in Attachment A to the Subpoena. In addition, the Subpoena requires ADVANTECH CORPORATION to produce in advance of the deposition, documents listed in Attachment B to the Subpoena.

    Counsel for all parties are invited to attend and cross examine.

Dated: February 15, 2007      **CONNOLLY BOVE LODGE & HUTZ LLP**

    By:    **/s/ James D. Heisman**
           Jeffrey B. Bove (# 998)
           James D. Heisman (# 2746)

OF COUNSEL:            Jaclyn M. Mason (# 4737)
Scott R. Miller, Esq.            1007 N. Orange Street
Manuel C. Nelson, Esq.            P. O. Box 2207
**Connolly Bove Lodge & Hutz LLP**            Wilmington, DE 19899
355 South Grand Avenue            Tel:  (302) 658-9141
Suite 3150            *Attorneys for Defendant ViewSonic*
Los Angeles, CA 90071            *Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of February 2007, a true and correct copy of the foregoing NOTICE OF SERVICE OF DEFENDANT VIEWSONIC CORPORATION'S SUBPOENA TO ADVANTECH CORPORATION was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following and the document is available for viewing and downloading from CM/ECF:

Richard D. Kirk, Esq.  
The Bayard firm  
222 Delaware Avenue  
Suite 900  
Wilmington, DE 19801  

Anne Shea Gaza, Esq.  
Frederick L. Cottrell, III  
Richards, Layton & Finger, P.A.  
One Rodney Square  
Wilmington, DE 19801  

I further certify that on the 15th day of February 2007, I have sent by email and U.S. mail the foregoing document to the following non-registered participants:

Cass W. Christenson, Esq.  
Lora A. Brzezynski, Esq.  
Rel S. Ambrozy, Esq.  
McKenna Long & Aldridge LLP  
1900 K Street, NW  

Tracy R. Roman, Esq.  
Raskin Peter Rubin & Simon LLP  
1801 Century Park East  
Suite 2300  
Los Angeles, CA 90067-2325  

Mark H. Krietzman, Esq.  
Valerie W. Ho, Esq.  
Frank E. Merideth, Jr., Esq.  
Steve P. Hassid, Esq.  
2450 Colorado Ave., Suite 400E  
Santa Monica, CA 90404  

Jong P. Hong, Esq.  
Greenberg Traurig, LLP  
1900 University Ave., 5th Floor  
East Palo Alto, CA 94303  

                                                         */s/ James D. Heisman*  
                                                    James D. Heisman (# 2746)  
                                                          jheisman@cblh.com