**IN THE UNIED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| L.G.PHILIPS LCD CO., LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | )                C.A. NO. 04-343-JJF |
| v. | ) |
| | ) |
| TATUNG CO.; | ) |
| TATUNG COMPANY OF AMERICA, INC.; and | ) |
| VIEWSONIC CORPORATION, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that, on February 13, 2007, counsel for Defendant ViewSonic Corporation has subpoenaed CTX TECHNOLOGY CORPORATION, as more particularly set forth in the attached subpoena, by serving true and correct copies as shown below:

**Via hand-delivery**
Attn: Chung-Yuan Chou
CTX Technology Corporation
15253 Don Julian Road
City of Industry, CA 91745

PLEASE TAKE NOTICE that, pursuant to the attached subpoena, Defendant ViewSonic Corporation will take the deposition *duces tecum* of CTX TECHNOLOGY CORPORATION pursuant to Fed. R. Civ. P. 30(b)(6). The deposition will take place on March 12, 2007 at 10:00 a.m. at Connolly Bove Lodge & Hutz LLP, 355 South Grand Avenue, Suite 3150, Los Angeles, CA 90071. The deposition will continue from day to day until completed. The deposition will be conducted upon oral examination before a certified court reporter, notary public, or other person authorized by law to administer oaths. The deposition will be recorded by videotape and stenographically and may use technology that permits the real time display of the deposition transcript. Parties wishing to see the real time display must supply their own compatible computer.

PLEASE ALSO TAKE NOTICE that View Sonic Corporation is serving CTX TECHNOLOGY CORPORATION with the attached Subpoena. The subjects covered in the deposition will include (but are not limited to) the subject listed on Attachment A to the Subpoena. Pursuant to Fed R. Civ. P. 30(b)(6), CTX TECHNOLOGY CORPORATION is required to designate one or more persons to testify at the deposition as to matters known or reasonably available to CTX TECHNOLOGY CORPORATION concerning all topics listed in Attachment A to the Subpoena. In addition, the Subpoena requires CTX TECHNOLOGY

CORPORATION to produce in advance of the deposition, documents listed in Attachment B to the Subpoena.

Counsel for all parties are invited to attend and cross examine.

Dated:  February 15, 2007

**CONNOLLY BOVE LODGE & HUTZ LLP**

By:      __/s/ James D. Heisman_____

Jeffrey B. Bove (# 998)
James D. Heisman (# 2746)

OF COUNSEL:
Scott R. Miller, Esq.
Manuel C. Nelson, Esq.
**Connolly Bove Lodge & Hutz LLP**
355 South Grand Avenue
Suite 3150
Los Angeles, CA 90071

Jaclyn M. Mason (# 4737)
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899
Tel:  (302) 658-9141
*Attorneys for Defendant ViewSonic Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of February 2007, a true and correct copy of the foregoing NOTICE OF SERVICE OF DEFENDANT VIEWSONIC CORPORATION'S SUBPOENA TO CTX TECHNOLOGY CORPORATION was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following and the document is available for viewing and downloading from CM/ECF:

Richard D. Kirk, Esq.
The Bayard firm
222 Delaware Avenue
Suite 900
Wilmington, DE 19801

Anne Shea Gaza, Esq.
Frederick L. Cottrell, III
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19801

I further certify that on the 15th day of February 2007, I have sent by email and U.S. mail the foregoing document to the following non-registered participants:

Cass W. Christenson, Esq.
Lora A. Brzezynski, Esq.
Rel S. Ambrozy, Esq.
McKenna Long & Aldridge LLP
1900 K Street, NW

Tracy R. Roman, Esq.
Raskin Peter Rubin & Simon LLP
1801 Century Park East
Suite 2300
Los Angeles, CA 90067-2325

Mark H. Krietzman, Esq.
Valerie W. Ho, Esq.
Frank E. Merideth, Jr., Esq.
Steve P. Hassid, Esq.
2450 Colorado Ave., Suite 400E
Santa Monica, CA 90404

Jong P. Hong, Esq.
Greenberg Traurig, LLP
1900 University Ave., 5th Floor
East Palo Alto, CA 94303

_/s/ James D. Heisman_
James D. Heisman (# 2746)
jheisman@cblh.com