# IN THE UNIED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| L.G.PHILIPS LCD CO., LTD., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TATUNG CO.; )<br>TATUNG COMPANY OF AMERICA, INC.; and )<br>VIEWSONIC CORPORATION, )<br>)<br>Defendants. ) | C.A. NO. 04-343-JJF |

## NOTICE OF SERVICE

    PLEASE TAKE NOTICE that, on February 13, 2007, counsel for Defendant ViewSonic Corporation has subpoenaed HEWLETT-PACKARD COMPANY, as more particularly set forth in the attached subpoena, by serving true and correct copies as shown below:

    **Via hand-delivery**
    CT Corporation Systems, Inc.
    Registered Agent for Service of Process
    818 West 7th Street, 2nd Floor
    Los Angeles, CA  90017

    PLEASE TAKE NOTICE that, pursuant to the attached subpoena, Defendant ViewSonic Corporation will take the deposition *duces tecum* of HEWLETT-PACKARD COMPANY pursuant to Fed. R. Civ. P. 30(b)(6).  The deposition will take place on March 14, 2007 at 10:00 a.m. at Greenberg Traurig, LLP, 1900 University Avenue, 5th Floor, East Palo Alto, CA 04303.  The deposition will continue from day to day until completed.  The deposition will be conducted upon oral examination before a certified court reporter, notary public, or other person authorized by law to administer oaths.  The deposition will be recorded by videotape and stenographically and may use technology that permits the real time display of the deposition transcript.  Parties wishing to see the real time display must supply their own compatible computer.

    PLEASE ALSO TAKE NOTICE that View Sonic Corporation is serving HEWLETT-PACKARD COMPANY with the attached Subpoena.  The subjects covered in the deposition will include (but are not limited to) the subject listed on Attachment A to the Subpoena.  Pursuant to Fed R. Civ. P. 30(b)(6), HEWLETT-PACKARD COMPANY is required to designate one or more persons to testify at the deposition as to matters known or reasonably available to HEWLETT-PACKARD COMPANY concerning all topics listed in Attachment A to the Subpoena.  In addition, the Subpoena requires HEWLETT-PACKARD COMPANY to produce in advance of the deposition, documents listed in Attachment B to the Subpoena.

    Counsel for all parties are invited to attend and cross examine.

Dated: February 15, 2007                              **CONNOLLY BOVE LODGE & HUTZ LLP**

                                                       By:    ***/s/ James D. Heisman***
                                                                Jeffrey B. Bove (# 998)
                                                                 James D. Heisman (# 2746)

OF COUNSEL:                                  Jaclyn M. Mason (# 4737)
Scott R. Miller, Esq.                       1007 N. Orange Street
Manuel C. Nelson, Esq.                  P. O. Box 2207
**Connolly Bove Lodge & Hutz LLP**      Wilmington, DE 19899
355 South Grand Avenue                 Tel: (302) 658-9141
Suite 3150                                      *Attorneys for Defendant ViewSonic*
Los Angeles, CA 90071                  *Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of February 2007, a true and correct copy of the foregoing NOTICE OF SERVICE OF DEFENDANT VIEWSONIC CORPORATION'S SUBPOENA TO HEWLETT-PACKARD COMPANY was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following and the document is available for viewing and downloading from CM/ECF:

| | |
|---|---|
| Richard D. Kirk, Esq. | Anne Shea Gaza, Esq. |
| The Bayard firm | Frederick L. Cottrell, III |
| 222 Delaware Avenue | Richards, Layton & Finger, P.A. |
| Suite 900 | One Rodney Square |
| Wilmington, DE 19801 | Wilmington, DE 19801 |

I further certify that on the 15th day of February 2007, I have sent by email and U.S. mail the foregoing document to the following non-registered participants:

| | |
|---|---|
| Cass W. Christenson, Esq. | Mark H. Krietzman, Esq. |
| Lora A. Brzezynski, Esq. | Valerie W. Ho, Esq. |
| Rel S. Ambrozy, Esq. | Frank E. Merideth, Jr., Esq. |
| McKenna Long & Aldridge LLP | Steve P. Hassid, Esq. |
| 1900 K Street, NW | 2450 Colorado Ave., Suite 400E |
| | Santa Monica, CA 90404 |
| Tracy R. Roman, Esq. | |
| Raskin Peter Rubin & Simon LLP | Jong P. Hong, Esq. |
| 1801 Century Park East | Greenberg Traurig, LLP |
| Suite 2300 | 1900 University Ave., 5th Floor |
| Los Angeles, CA 90067-2325 | East Palo Alto, CA 94303 |

                                          */s/ James D. Heisman*
                                               James D. Heisman (# 2746)
                                                    jheisman@cblh.com