**IN THE UNIED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| L.G.PHILIPS LCD CO., LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. NO. 04-343-JJF |
| v. ) | |
| ) | |
| TATUNG CO.; ) | |
| TATUNG COMPANY OF AMERICA, INC.; and ) | |
| VIEWSONIC CORPORATION, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that, on February 13, 2007, counsel for Defendant ViewSonic Corporation has subpoenaed INTERNATIONAL BUSINESS MACHINES CORPORATION, as more particularly set forth in the attached subpoena, by serving true and correct copies as shown below:

**Via hand-delivery**
CT Corporation Systems, Inc.
Registered Agent for Service of Process
818 West 7th Street, 2nd Floor
Los Angeles, CA 90017

PLEASE TAKE NOTICE that, pursuant to the attached subpoena, Defendant ViewSonic Corporation will take the deposition *duces tecum* of INTERNATIONAL BUSINESS MACHINES CORPORATION pursuant to Fed. R. Civ. P. 30(b)(6). The deposition will take place on February 28, 2007 at 10:00 a.m. at Greenberg Traurig, LLP, MetLife Building, 200 Park Avenue, New York, NY 10166. The deposition will continue from day to day until completed. The deposition will be conducted upon oral examination before a certified court reporter, notary public, or other person authorized by law to administer oaths. The deposition will be recorded by videotape and stenographically and may use technology that permits the real time display of the deposition transcript. Parties wishing to see the real time display must supply their own compatible computer.

PLEASE ALSO TAKE NOTICE that View Sonic Corporation is serving INTERNATIONAL BUSINESS MACHINES CORPORATION with the attached Subpoena. The subjects covered in the deposition will include (but are not limited to) the subject listed on Attachment A to the Subpoena. Pursuant to Fed R. Civ. P. 30(b)(6), INTERNATIONAL BUSINESS MACHINES CORPORATION is required to designate one or more persons to testify at the deposition as to matters known or reasonably available to INTERNATIONAL BUSINESS MACHINES CORPORATION concerning all topics listed in Attachment A to the

Subpoena. In addition, the Subpoena requires INTERNATIONAL BUSINESS MACHINES CORPORATION to produce in advance of the deposition, documents listed in Attachment B to the Subpoena.

    Counsel for all parties are invited to attend and cross examine.

Dated: February 15, 2007            **CONNOLLY BOVE LODGE & HUTZ LLP**

                                       By:     ___*/s/ James D. Heisman*___
                                                     Jeffrey B. Bove (# 998)
                                                     James D. Heisman (# 2746)

OF COUNSEL:                           Jaclyn M. Mason (# 4737)
Scott R. Miller, Esq.                   1007 N. Orange Street
Manuel C. Nelson, Esq.               P. O. Box 2207
**Connolly Bove Lodge & Hutz LLP**    Wilmington, DE 19899
355 South Grand Avenue            Tel: (302) 658-9141
Suite 3150                                *Attorneys for Defendant ViewSonic*
Los Angeles, CA 90071                *Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of February 2007, a true and correct copy of the foregoing NOTICE OF SERVICE OF DEFENDANT VIEWSONIC CORPORATION'S SUBPOENA TO INTERNATIONAL BUSINESS MACHINES CORPORATION was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following and the document is available for viewing and downloading from CM/ECF:

| | |
|---|---|
| Richard D. Kirk, Esq.<br>The Bayard firm<br>222 Delaware Avenue<br>Suite 900<br>Wilmington, DE 19801 | Anne Shea Gaza, Esq.<br>Frederick L. Cottrell, III<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>Wilmington, DE 19801 |

I further certify that on the 15th day of February 2007, I have sent by email and U.S. mail the foregoing document to the following non-registered participants:

| | |
|---|---|
| Cass W. Christenson, Esq.<br>Lora A. Brzezynski, Esq.<br>Rel S. Ambrozy, Esq.<br>McKenna Long & Aldridge LLP<br>1900 K Street, NW | Mark H. Krietzman, Esq.<br>Valerie W. Ho, Esq.<br>Frank E. Merideth, Jr., Esq.<br>Steve P. Hassid, Esq.<br>2450 Colorado Ave., Suite 400E<br>Santa Monica, CA 90404 |
| Tracy R. Roman, Esq.<br>Raskin Peter Rubin & Simon LLP<br>1801 Century Park East<br>Suite 2300<br>Los Angeles, CA 90067-2325 | Jong P. Hong, Esq.<br>Greenberg Traurig, LLP<br>1900 University Ave., 5th Floor<br>East Palo Alto, CA 94303 |

                                               */s/ James D. Heisman*
                                               James D. Heisman (# 2746)
                                                    jheisman@cblh.com