IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> TATUNG CO.; <br> TATUNG COMPANY OF AMERICA, INC.; AND <br> VIEWSONIC CORPORATION <br><br> Defendants. | CIVIL ACTION NO. 04-343 |

## NOTICE OF DEPOSITION OF HO LEE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Rule 26 of the Federal Rules of Civil Procedure, Defendant ViewSonic Corporation will take the deposition of Ho Lee beginning on March 12, 2007 at 10:00 a.m. at the offices of Connolly Bove Lodge & Hutz LLP located at 1007 North Orange Street, Wilmington, Delaware 19899, or at such other time and/or place as counsel for all parties may agree. The deposition will continue from day to day until completed. The deposition will be conducted upon oral examination before a certified court reporter, notary public, or other person authorized by law to administer oaths. The deposition will be recorded by videotape and stenographically and may use technology that permits the real time display of

10814.1

the deposition transcript. Parties wishing to see the real time display must supply their own compatible computer.

                                            CONNOLLY BOVE LODGE & HUTZ LLP

Dated: February 16, 2007        By: */s/ James D. Heisman*
                                            Jeffrey B. Bove, Esq. (#998)
                                            James D. Heisman (#2746)
                                            Jaclyn M. Mason, Esq. (#4737)
                                            The Nemours Building, 8th Floor
                                            1007 North Orange Street
                                            Wilmington, DE 19801
                                            Telephone: (302) 658-9141
                                            Facsimile: (302) 658-5614

                                            Scott R. Miller, Esq.
                                            355 South Grand Avenue, Suite 3150
                                            Los Angeles, CA 90071
                                            Telephone: (213) 787-2500
                                            Facsimile: (213) 687-0498

                                            *Attorneys for ViewSonic Corporation*

# CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of February, 2007, a true copy of the foregoing **Notice of Deposition of Ho Lee** was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following and the document is available for viewing and downloading from CM/ECF:

Richard D. Kirk  
The Bayard Firm  
222 Delaware Avenue, Suite 900  
Wilmington, DE 19801

Anne Shea Gaza  
Frederick L. Cottrell III  
Richards, Layton & Finger, P.A.  
One Rodney Square  
Wilmington, DE 19801

I hereby certify that on the 16th day of February, 2007, I have sent by email the foregoing document to the following non-registered participants:

Cass W. Christenson  
Lora A. Brzezynski  
Rel S. Ambrozy  
McKenna Long & Aldridge LLP  
1900 K Street, NW  
Washington, DC 20006

Mark H. Krietzman  
Valerie W. Ho  
Frank E. Merideth, Jr.  
Steve P. Hassid  
Greenberg Traurig, LLP  
2450 Colorado Avenue, Suite 400E  
Santa Monica, CA 90404

Tracy R. Roman  
Raskin Peter Rubin & Simon LLP  
1801 Century Park East, Suite 2300  
Los Angeles, CA 90067-2325

By: /s/ *James D. Heisman*  
James D. Heisman (#2746)  
jheisman@cblh.com