IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> TATUNG CO.; <br> TATUNG COMPANY OF AMERICA, INC.; AND <br> VIEWSONIC CORPORATION <br><br> Defendants. | CIVIL ACTION NO. 04-343 |

**NOTICE OF DEPOSITION OF YEONG-UN BANG**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Rule 26 of the Federal Rules of Civil Procedure, Defendant ViewSonic Corporation will take the deposition of Yeong-Un Bang beginning on March 14, 2007 at 10:00 a.m. at the offices of Connolly Bove Lodge & Hutz LLP located at 1007 North Orange Street, Wilmington, Delaware 19899, or at such other time and/or place as counsel for all parties may agree.  The deposition will continue from day to day until completed.  The deposition will be conducted upon oral examination before a certified court reporter, notary public, or other person authorized by law to administer oaths.  The deposition will be recorded by videotape and stenographically and may use technology that permits the real

10812.1

time display of the deposition transcript. Parties wishing to see the real time display must supply their own compatible computer.

                                      CONNOLLY BOVE LODGE & HUTZ LLP

Dated: February 16, 2007        By: */s/ James D. Heisman*
                                              Jeffrey B. Bove, Esq. (#998)
                                              James D. Heisman (#2746)
                                              Jaclyn M. Mason, Esq. (#4737)
                                              The Nemours Building, 8th Floor
                                              1007 North Orange Street
                                              Wilmington, DE 19801
                                              Telephone: (302) 658-9141
                                              Facsimile: (302) 658-5614

                                              Scott R. Miller, Esq.
                                              355 South Grand Avenue, Suite 3150
                                              Los Angeles, CA 90071
                                              Telephone: (213) 787-2500
                                              Facsimile: (213) 687-0498

                                    *Attorneys for ViewSonic Corporation*

# CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of February, 2007, a true copy of the foregoing **Notice of Deposition of Yeong-Un Bang** was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following and the document is available for viewing and downloading from CM/ECF:

Richard D. Kirk
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Anne Shea Gaza
Frederick L. Cottrell III
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19801

I hereby certify that on the 16th day of February, 2007, I have sent by email the foregoing document to the following non-registered participants:

Cass W. Christenson
Lora A. Brzezynski
Rel S. Ambrozy
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006

Mark H. Krietzman
Valerie W. Ho
Frank E. Merideth, Jr.
Steve P. Hassid
Greenberg Traurig, LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404

Tracy R. Roman
Raskin Peter Rubin & Simon LLP
1801 Century Park East, Suite 2300
Los Angeles, CA 90067-2325

By: */s/ James D. Heisman*
James D. Heisman (#2746)
jheisman@cblh.com