# EXHIBIT 5

Case 1:04-cv-00343-JJF    Document 475-6    Filed 02/16/2007    Page 1 of 3

**CONNOLLY BOVE LODGE & HUTZ LLP**

ATTORNEYS AT LAW

LOS ANGELES, CA

355 S. Grand Ave.
Suite 3150
Los Angeles, CA 90071
TEL: (213) 787 2500
FAX: (213) 687 0498
WEB: www.cblh.com

Scott R. Miller
Partner

TEL (213) 787-2510
EMAIL smiller@cblh.com

*Via Email and U.S. Mail*

February 8, 2007

Cass W. Christenson, Esq.
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006-1108

Re:   *LG.Philips LCD Co., Ltd. v. ViewSonic Corporation, et al.*
      USDC Case No. 04-343 JJF

Dear Cass:

This letter supplements my letter to you of yesterday and responds to your email of today regarding the additional discovery supplementation that ViewSonic demands from LPL, which is warranted by the exposure of LPL's extended misrepresentation regarding its commercialization of products that practice the supposed invention of the patents in suit.

As detailed in my letter of yesterday, LPL's false assertion that it did not make products that practice any of the supposed inventions of the patents in suit has greatly prejudiced ViewSonic in its discovery activities. In addition to the matters raised in that letter, we demand that LPL immediately fully respond to ViewSonic's Requests for Production nos. 12, 13, 15, 28, 29, 33 and 67-70. Given the enormous delay already occasioned by LPL's tactics, we demand that LPL immediately produce all of the responsive documents, and that it produce all samples for inspection in Los Angeles not later than Monday, February 12. Failing that, it is clear that the depositions of the LPL witnesses that are presently noticed for February 22 cannot be completed and we reserve the right to reconvene and complete those depositions once LPL provides this long overdue discovery.

10697.1



**CONNOLLY BOVE LODGE & HUTZ LLP**
ATTORNEYS AT LAW

Cass W. Christenson, Esq.
February 8, 2007
Page 2

      Absent the immediate acceptable resolution of this matter, we intend to bring this further example of LPL's continued failure to participate in discovery to the Special Master's attention at the earliest possible time.

Sincerely,

Scott R. Miller

cc:    Rel S. Ambrozy, Esq.
       Lora A. Brzezynski, Esq.
       Cormac T. Connor, Esq.
       Richard D. Kirk, Esq.
       Mark H. Krietzman, Esq.
       Valerie W. Ho, Esq.
       Steve P. Hassid, Esq.
       Anne Shea Gaza, Esq.
       Frederick L. Cottrell III, Esq.
       Tracy R. Roman, Esq.
       Jeffrey B. Bove, Esq.
       Jaclyn M. Mason, Esq.
       Manuel C. Nelson, Esq.
       James D. Heisman, Esq.

10697.1