# EXHIBIT 11



LC230W01
Liquid Crystal Display

Product Specification

# SPECIFICATION FOR APPROVAL

( ? ) **Preliminary Specification**
(   ) **Final Specification**

| Title | 23.0" WXGA TFT LCD |
|---|---|

| BUYER | General |
|---|---|
| MODEL | |

| SUPPLIER | LG.Philips LCD Co., Ltd. |
|---|---|
| *MODEL | LC230W01 |
| SUFFIX | A2K2 |

*When you obtain standard approval,
please use the above model name without suffix

| APPROVED BY | SIGNATURE DATE |
|---|---|
| / | |
| / | |
| / | |

Please return 1 copy for your confirmation with your signature and comments.

| APPROVED BY | SIGNATURE DATE |
|---|---|
| M.H Park / G. Manager | |
| **REVIEWED BY** | |
| J.T Kim / S. Manager | |
| **PREPARED BY** | |
| J.H.Yoon / Engineer | |

TV  Products Engineering Dept.
LG. Philips LCD Co., Ltd

Ver. 0.0          Dec. 10, 2003          1 / 29



LC230W01
Liquid Crystal Display
Product Specification

# Contents

| No | ITEM | Page |
|---|---|---|
|  | COVER | 1 |
|  | CONTENTS | 2 |
|  | RECORD OF REVISIONS | 3 |
| 1 | GENERAL DESCRIPTION | 4 |
| 2 | ABSOLUTE MAXIMUM RATINGS | 5 |
| 3 | ELECTRICAL SPECIFICATIONS | 6 |
| 3-1 | ELECTRICAL CHARACTREISTICS | 6 |
| 3-2 | INTERFACE CONNECTIONS | 8 |
| 3-3 | SIGNAL TIMING SPECIFICATIONS | 12 |
| 3-4 | SIGNAL TIMING WAVEFORMS | 13 |
| 3-5 | COLOR INPUT DATA REFERNECE | 14 |
| 3-6 | POWER SEQUENCE | 15 |
| 3-7 | LUMINANCE CONTROLS | 16 |
| 4 | OPTICAL SFECIFICATIONS | 18 |
| 5 | MECHANICAL CHARACTERISTICS | 22 |
| 6 | RELIABLITY | 25 |
| 7 | INTERNATIONAL STANDARDS | 26 |
| 7-1 | SAFETY |  |
| 7-2 | EMC |  |
| 8 | PACKING | 27 |
| 8-1 | DESIGNATION OF LOT MARK |  |
| 8-2 | PACKING FORM |  |
| 9 | PRECAUTIONS | 28 |



LC230W01
Liquid Crystal Display

Product Specification

## RECORD OF REVISIONS

| Revision No | Revision Date | Page | DESCRIPTION |
|---|---|---|---|
| 0.0 | Dec.10. 2003 | - | Preliminary Specification |

 

LC230W01
Liquid Crystal Display

Product Specification

## 1. General Description

The LC230W01 is a Color Active Matrix Liquid Crystal Display with an integral Cold Cathode Fluorescent Lamp(CCFL) backlight system. The matrix employs a-Si Thin Film Transistor as the active element. It is a transmissive type display operating in the normally black mode. This TFT-LCD has a 23.0 inch diagonally measured active display area with WXGA resolution (768 vertical by 1280 horizontal pixel array). Each pixel is divided into Red, Green and Blue sub-pixels or dots which are arranged in vertical stripes. Gray scale or the brightness of the sub-pixel color is determined with a 8-bit gray scale signal for each dot, thus, presenting a palette of more than 16.7M(true) colors with 8Bit.
The LC230W01 has been designed to apply the 8Bit LVDS interface.
It is intended to support LCD TV, PCTV where high brightness, wide viewing angle, high color saturation, and high color are important.



## General Features

| Active Screen Size | 23.01 inches(584.40mm) diagonal |
|---|---|
| Outline Dimension | 528.0(H) x 326.0(V) x 34.5(D) mm(Typ.) |
| Pixel Pitch | 0.1305mm x 0.3915mm x RGB |
| Pixel Format | 1280 horiz. By 768 vert. Pixels RGB strip arrangement |
| Color Depth | 16.7M colors |
| Luminance, White | 450 cd/m² (Center 1 points typ.) |
| Viewing Angle(CR>10) | View Angle Free |
| Power Consumption | Total 67.8Watt (Typ.) |
| Weight | 2,700g (Typ.) |
| Display Operating Mode | Transmissive mode, Normally Black |
| Surface Treatment | Hard coating(3H), Anti-glare treatment of the front polarizer, |



LC230W01
Liquid Crystal Display

Product Specification

## 2. Absolute Maximum Ratings

The following are maximum values which, if exceeded, may cause faulty operation or damage to the unit.

**Table 1. ABSOLUTE MAXIMUM RATINGS**

| Parameter | Symbol | Values | | Units | Notes |
|---|---|---|---|---|---|
| | | Min | Max | | |
| Power Input Voltage | $V_{LCD}$ | -0.3 | +14.0 | Vdc | at $25 \pm 5°C$ |
| Operating Temperature | $T_{OP}$ | 0 | +50 | °C | 1 |
| Storage Temperature | $T_{ST}$ | -20 | +60 | °C | |
| Operating Ambient Humidity | $H_{OP}$ | 10 | 90 | %RH | |
| Storage Humidity | $H_{ST}$ | 10 | 90 | %RH | |

Notes : 1. Temperature and relative humidity range are shown in the figure below.
        Wet bulb temperature should be 39 °C Max, and no condensation of water.



Ver. 0.0      Dec. 10, 2003      5 / 29

LG.PHILIPS LCD

LC230W01
Liquid Crystal Display

Product Specification

## 3. Electrical Specifications

### 3-1. Electrical Characteristics

The LC230W01 requires two power inputs. One is employed to power the LCD electronics and to drive the TFT array and liquid crystal. The second input power for the CCFL/Backlight, is to power the inverter.

**Table 2_1. LCD PANEL ELECTRICAL CHARACTERISTICS**

| Parameter | Symbol | Min | Typ | Max | Unit | Notes |
|---|---|---|---|---|---|---|
| Module : | | | | | | |
| Power Supply Input Voltage | $V_{LCD}$ | 11.4 | 12.0 | 12.6 | Vdc | |
| Power Supply Input Current | $I_{LCD}$ | - | 230 | 270 | mA | 1 |
| | | - | 280 | 360 | mA | 2 |
| Power Consumption | $P_{LCD}$ | | 2.76 | 3.24 | Watt | 1 |
| Rush current | $I_{RUSH}$ | - | - | 2.0 | A | 3 |

Notes: 1. The specified current and power consumption are under the $V_{LCD}$=12.0V, 25°C, $f_V$=60Hz condition whereas mosaic pattern(8 x 6) is displayed and $f_V$ is the frame frequency.
2. The current is specified at the maximum current pattern.
3. The duration of rush current is about 2ms and rising time of Power Input is 1ms(min).



Mosaic Pattern(8X6)

**LG.PHILIPS LCD**

LC230W01
Liquid Crystal Display

Product Specification

### Table 2_2. INVERTER ELECTRICAL CHARACTERISTICS

| Parameter | | | Symbol | Values | | | Unit | Notes |
|---|---|---|---|---|---|---|---|---|
| | | | | Min | Typ | Max | | |
| Inverter : | | | | | | | | |
| Power Supply Input Voltage | | | $V_{DDB}$ | 22.8 | 24.0 | 25.2 | Vdc | |
| Power Supply Input Current | | | $I_{DDB}$ | - | 2.71 | 3.20 | A | 1 |
| Power Consumption | | | $P_B$ | - | 65.0 | 77.0 | W | 1 |
| Input Voltage for Control System Signals | BRTI Signal | | VBI | 0 | | 3.3 | V | |
| | BRTP Signal | Low | VBPL | 0 | | 0.8 | V | |
| | | High | VBPH | 2.0 | | 5.0 | V | |
| | BRTC Signal | Low | VBCL | 0 | | 0.8 | V | |
| | | High | VBCH | 2.0 | | 5.0 | V | |
| | PWSEL Signal | Low | VBSL | 0 | | 0.8 | V | |
| | | High | VBSH | 2.0 | | 5.0 | V | |
| Lamp : | | | | | | | | |
| Life Time | | | | | 50,000 | | Hrs | 2 |

Notes : 1. The specified current and power consumption are under the typical supply Input voltage, 24.0V.
2. The life is determined as the time at which luminance of the lamp is 50% compared to that of initial value at the typical lamp current on condition of continuous operating at 25 ± 2°C.
3. Electrical characteristics are determined after the unit has been 'ON' and stable for approximately 2Hrs in a dark environment at 25 °C± 2°C.



LC230W01
Liquid Crystal Display

Product Specification

### 3-2. Interface Connections

This LCD employs Two interface connections, a 20 pin connector is used for the module electronics and a 12Pin Connector is used for the integral backlight system.

3-2-1. LCD Module
- LCD Connector    : DF14H-20P-1.25H(Manufactured by Hirose) or Equivalent
- Mating connector : DF14-20S-1.25C(Manufactured by Hirose) or Equivalent

**Table 3. MODULE CONNECTOR PIN CONFIGURATION**

| Pin No | Symbol | Description | Output Pin # (LVDS Tx) |
|---|---|---|---|
| 1 | $V_{LCD}$ | Power Supply +12.0V | |
| 2 | $V_{LCD}$ | Power Supply +12.0V | |
| 3 | GND | Power Ground. | |
| 4 | GND | Power Ground | |
| 5 | RXIN0- | LVDS Receiver Signal(-) | PIN#48 |
| 6 | RXIN0+ | LVDS Receiver Signal(+) | PIN#47 |
| 7 | GND | Ground | |
| 8 | RXIN1- | LVDS Receiver Signal(-) | PIN#46 |
| 9 | RXIN1+ | LVDS Receiver Signal(+) | PIN#45 |
| 10 | GND | Ground | |
| 11 | RXIN2- | LVDS Receiver Signal(-) | PIN#42 |
| 12 | RXIN2+ | LVDS Receiver Signal(+) | PIN#41 |
| 13 | GND | Ground | |
| 14 | RXCLK IN- | LVDS Receiver Clock Signal(-) | PIN#40 |
| 15 | RXCLK IN+ | LVDS Receiver Clock Signal(+) | PIN#39 |
| 16 | GND | Ground | |
| 17 | RXIN3- | LVDS Receiver Signal(-) | PIN#38 |
| 18 | RXIN3+ | LVDS Receiver Signal(+) | PIN#37 |
| 19 | GND | Ground | |
| 20 | GND | Ground | |

Notes: 1. All GND(ground) pins should be connected together and to Vss which should also be connected to the LCD's metal frame.
      2. All $V_{LCD}$ (power input) pins should be connected together.
      3. Input Level of LVDS signal is based on the IEA 664 Standard.

**Rear view of LCM**



DF14H-20P-1.25H(Hirose)



LC230W01
Liquid Crystal Display
Product Specification

Table 4. REQUIRED SIGNAL ASSIGNMENT FOR FLATLINK'S Transmitter(THC63LVDM83A/LVDF83A)

| Pin # | Pin Name | Symbol | Description | Output |
|---|---|---|---|---|
| 51 | TxIN0 | Red0 [LSB] | Red Pixel Data | Rx0-<br>Rx0+ |
| 52 | TxIN1 | Red1 | Red Pixel Data | |
| 54 | TxIN2 | Red2 | Red Pixel Data | |
| 55 | TxIN3 | Red3 | Red Pixel Data | |
| 56 | TxIN4 | Red4 | Red Pixel Data | |
| 2 | TxIN5 | Red7 [MSB] | Red Pixel Data | Rx3-<br>Rx3+ |
| 3 | TxIN6 | Red5 | Red Pixel Data | Rx0-<br>Rx0+ |
| 4 | TxIN7 | Green0 [LSB] | Green Pixel Data | |
| 6 | TxIN8 | Green1 | Green Pixel Data | Rx1-<br>Rx1+ |
| 7 | TxIN9 | Green2 | Green Pixel Data | |
| 8 | TxIN10 | Green6 | Green Pixel Data | Rx3-<br>Rx3+ |
| 10 | TxIN11 | Green7 [MSB] | Green Pixel Data | |
| 11 | TxIN12 | Green3 | Green Pixel Data | |
| 12 | TxIN13 | Green4 | Green Pixel Data | Rx1-<br>Rx1+ |
| 14 | TxIN14 | Green5 | Green Pixel Data | |
| 15 | TxIN15 | Blue0 [LSB] | Blue Pixel Data | |
| 16 | TxIN16 | Blue6 | Blue Pixel Data | Rx3-<br>Rx3+ |
| 18 | TxIN17 | Blue7 [MSB] | Blue Pixel Data | |
| 19 | TxIN18 | Blue1 | Blue Pixel Data | Rx1-<br>Rx1+ |
| 20 | TxIN19 | Blue2 | Blue Pixel Data | |
| 22 | TxIN20 | Blue3 | Blue Pixel Data | Rx2-<br>Rx2+ |
| 23 | TxIN21 | Blue4 | Blue Pixel Data | |
| 24 | TxIN22 | Blue5 | Blue Pixel Data | |
| 25 | TxIN23 | RES | | Rx3-<br>Rx3+ |
| 27 | TxIN24 | Hsync. | No connection, If unnecessary | Rx2-<br>Rx2+ |
| 28 | TxIN25 | Vsync. | No connection, If unnecessary | |
| 30 | TxIN26 | EN | Data Enable | |
| 50 | TxIN27 | Red6 | Red Pixel Data | Rx3-<br>Rx3+ |

Notes: 1. Refer to LVDS Transmitter Data Sheet for detail descriptions.
2. 7 means MSB and 0 means LSB at R,G,B pixel data.



LC230W01
Liquid Crystal Display
Product Specification

Table 5. REQUIRED SIGNAL ASSIGNMENT FOR LVDS Transmitter (THC63LVDM83A / LVDF83A)



Notes : The LCD Module uses a 100Ohm resistor between positive and negative lines of each receiver input. Recommended Transmitter : See the data sheet for THC63LVDM83A(Thine Electronics Inc.)

**LG.PHILIPS LCD**

LC230W01
Liquid Crystal Display

Product Specification

### 3-2-2. Backlight Inverter

- Inverter Connector : S12B-PH-SM3-TB(Manufactured by JST) or Equivalent
- Mating Connector : PHR-12(Manufactured by JST) or Equivalent

#### Table 6. INVERTER CONNECTOR PIN CONFIGULATION

| Pin No | Symbol | Description | Remarks |
|---|---|---|---|
| 1 | VDDB | Power Supply +24.0V | |
| 2 | VDDB | Power Supply +24.0V | |
| 3 | VDDB | Power Supply +24.0V | |
| 4 | NC | Not Connection | |
| 5 | PWSEL | Select of luminance control signal method | Note 1 |
| 6 | BRTP | PWM Signal | |
| 7 | BRTI | Luminance Control by voltage method | |
| 8 | BRTC | Backlight ON/OFF Signal | On : High or Open, Off : Low |
| 9 | NC | Not Connection | |
| 10 | GND | Backlight Ground | Note 2 |
| 11 | GND | Backlight Ground | |
| 12 | GND | Backlight Ground | |

Notes :  1. See "3-7 Luminance controls"
         2. GND is connected to the LCD's metal frame.

**Rear view of LCM**



S12B-PH-SM3-TB
(JST : Japan Solderless Terminal Co.,Ltd.)

| Ver. 0.0 | Dec. 10, 2003 | 11 / 29 |



LC230W01
Liquid Crystal Display

Product Specification

### 3-3. Signal Timing Specifications

This is the signal timing required at the input of the LVDS Transmitter. All of the interface signal timing should be satisfied with the following specifications for it's proper operation.

**Table 7. TIMING TABLE**

| ITEM | Symbol | | Min | Typ | Max | Unit | Note |
|---|---|---|---|---|---|---|---|
| DCLK | Period | tCLK | 12.2 | 12.5 | - | ? | |
| | Frequency | - | - | 80 | 82 | MHz | |
| Hsync | Period | tHP | 1328 | 1648 | - | tCLK | |
| | Frequency | fH | 44.0 | 48.54 | - | kHz | |
| | Width | tWH | 8 | 16 | - | tCLK | |
| Vsync | Period | tVP | 775 | 810 | - | tHP | PAL : 47~53Hz NTSC: 57~63Hz |
| | Frequency | fV | 47 | 60 | 63 | Hz | |
| | Width | tWV | 2 | 6 | - | tHP | |
| DE (Data Enable) | Horizontal Valid | tHV | 1280 | 1280 | 1280 | tCLK | |
| | Horizontal Back Porch | tHBP | 16 | 80 | - | | |
| | Horizontal Front Porch | tHFP | 24 | 272 | - | | |
| | Horizontal Blank | - | 48 | 368 | - | | |
| | Vertical Valid | tVV | 768 | 768 | 768 | tHP | |
| | Vertical Back Porch | tVBP | 3 | 20 | - | | |
| | Vertical Front Porch | tVFP | 2 | 16 | - | | |
| | Vertical Blank | - | 7 | 42 | - | | |

Notes : Hsync period and Hsync width-active should be even number times of tCLK. If the value is odd number times of tCLK, display control signal can be asynchronous. In order to operate this LCM a Hsync., Vsync and DE(data enable) signals should be used.
 1. The performance of the electro-optical characteristics are may be influenced by variance of the vertical refresh rates.
 2. Vsync, Hsync should be keep the above specification.
 3. Hsync Period should be a double number of character (8).

| Ver. 0.0 | Dec. 10, 2003 | 12 / 29 |
|---|---|---|



LC230W01
Liquid Crystal Display
Product Specification

### 3-4. Signal Timing Waveforms





Case 1:04-cv-00343-JJF　Document 475-16　Filed 02/16/2007　Page 15 of 16



LC230W01
Liquid Crystal Display

Product Specification

## 3-5. Color Input Data Reference

The Brightness of each primary color(red,green,blue) is based on the 8-bit gray scale data input for the color; the higher the binary input, the brighter the color. The table below provides a reference for color versus data input.

Table 8. COLOR DATA REFERENCE

| Color | | Input Color Data | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | RED MSB → LSB | | | | | | | | GREEN MSB → LSB | | | | | | | | BLUE MSB → LSB | | | | | | |
| | | R7 | R6 | R5 | R4 | R3 | R2 | R1 | R0 | G7 | G6 | G5 | G4 | G3 | G2 | G1 | G0 | B7 | B6 | B5 | B4 | B3 | B2 | B1 | B0 |
| Basic Color | Black | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Red (255) | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Green (255) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Blue (255) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| | Cyan | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| | Magenta | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| | Yellow | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | White | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| RED | RED (000) Dark | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | RED (001) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ... | ... | | | | | | | | ... | | | | | | | | ... | | | | | | | |
| | RED (254) | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | RED (255) | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GREEN | GREEN (000) Dark | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | GREEN (001) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ... | ... | | | | | | | | ... | | | | | | | | ... | | | | | | | |
| | GREEN (254) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | GREEN (255) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| BLUE | BLUE (000) Dark | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | BLUE (001) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| | ... | ... | | | | | | | | ... | | | | | | | | ... | | | | | | | |
| | BLUE (254) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 |
| | BLUE (255) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |

Ver. 0.0　　Dec. 10, 2003　　14 / 29



LC230W01
Liquid Crystal Display
Product Specification

### 3-6. Power Sequence



#### Table 9. POWER SEQUENCE

| Parameter | Values | | | Units |
|---|---|---|---|---|
| | Min | Typ | Max | |
| T1 | 1 | - | 10 | ms |
| T2 | 0.5 | - | 50 | ms |
| T3 | 200 | - | - | ms |
| T4 | 200 | - | - | ms |
| T5 | 0.5 | - | 50 | ms |
| T6 | - | - | 10 | ms |
| T7 | 1 | - | - | s |

Notes : 1. Please avoid floating state of interface signal at invalid period.
2. When the interface signal is invalid, be sure to pull down the power supply for LCD $V_{DD}$ to 0V.
3. Lamp power must be turn on after power supply for LCD an interface signal are valid.