# EXHIBIT 12



# SPECIFICATION
# FOR
# APPROVAL

**( ) Preliminary Specification**
**( ● ) Final Specification**

| Title | 23.0" WUXGA TFT LCD |
|---|---|

| BUYER | HP |
|---|---|
| MODEL | |

| SUPPLIER | LG.Philips LCD Co., Ltd. |
|---|---|
| *MODEL | LM230W02 |
| Suffix | A2 |

*When you obtain standard approval,
please use the above model name without suffix

| SIGNATURE | DATE |
|---|---|
| / | |
| / | |
| / | |

Please return 1 copy for your confirmation with your signature and comments.

| SIGNATURE | DATE |
|---|---|
| *S.G.Hong / G.Manager* | |
| **REVIEWED BY** | |
| *J.Y.Choi / Manager* | |
| **PREPARED BY** | |
| *J.H Kim / Engineer* | |

**MNT Products Engineering Dept.**
**LG. Philips LCD Co., Ltd**

# Contents

| No | ITEM | Page |
|---|---|---|
| | COVER | 1 |
| | CONTENTS | 2 |
| | RECORD OF REVISIONS | 3 |
| 1 | GENERAL DESCRIPTION | 4 |
| 2 | ABSOLUTE MAXIMUM RATINGS | 5 |
| 3 | ELECTRICAL SPECIFICATIONS | 6 |
| 3-1 | ELECTRICAL CHARACTREISTICS | 6 |
| 3-2 | INTERFACE CONNECTIONS | 8 |
| 3-3 | SIGNAL TIMING SPECIFICATIONS | 11 |
| 3-4 | SIGNAL TIMING WAVEFORMS | 12 |
| 3-5 | COLOR INPUT DATA REFERNECE | 13 |
| 3-6 | POWER SEQUENCE | 14 |
| 4 | OPTICAL SFECIFICATIONS | 15 |
| 5 | MECHANICAL CHARACTERISTICS | 21 |
| 6 | RELIABLITY | 24 |
| 7 | INTERNATIONAL STANDARDS | 25 |
| 7-1 | SAFETY | 25 |
| 7-2 | EMC | 25 |
| 8 | PACKING | 26 |
| 8-1 | DESIGNATION OF LOT MARK | 26 |
| 8-2 | PACKING FORM | 26 |
| 9 | PRECAUTIONS | 27 |

 

## RECORD OF REVISIONS

| Revision No | Revision Date | Page | Description |
|---|---|---|---|
| 0.0 | July. 27. 2003 | - | First Draft(Preliminary) |
| 0.1 | Aug. 05. 2003 | All | Table & Paragraph Arranged from side to side. Table style reversion |
| | | 21 | User Connector position changed (vertically 1.2mm moved) |
| 0.2 | Aug. 18. 2003 | 7 | Updated Inverter Electrical Characteristics (Table 2-2) |
| 0.3 | Oct. 09. 2003 | 4 | Updated Power consumption |
| | | 7 | Changed Inverter Electrical Characteristics (Table 2-2) |
| | | 8 | Put in the equivalent connector part name |
| | | 15 | Updated Table 9. |
| | | 21 | Changed Mechanical Drawing (Add Bead) |
| 1.0 | Oct. 21. 2003 | - | Final Specification |
| | | 4 | Added Contrast Ratio value |
| | | 15 | Updated Table 9. (Add crosstalk and TCO spec) |
| 1.1 | April. 06. 2004 | 15-19 | Changed the Optical characteristic (Added the Gray-to-gray response time, Color shift, Effective viewing angle and Luminance uniformity) |
| | | 22-23 | Changed Mechanical Drawing |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## 1. General Description

The LM230W02 LCD is a Color Active Matrix Liquid Crystal Display with an integral Cold Cathode Fluorescent Lamp(CCFL) back light system. The matrix employs a-Si Thin Film Transistor as the active element. It is a transmissive type display operating in the normally black mode. This TFT-LCD has a 23.0 inch diagonally measured active display area with WUXGA resolution(1200 vertical by 1920 horizontal pixel array). Each pixel is divided into Red, Green and Blue sub-pixels or dots which are arranged in vertical stripes. Gray scale or the luminance of the sub-pixel color is determined with a 8-bit gray scale signal for each dot, thus, presenting a palette of more than 16,777,216 colors.
The LM230W02 has been designed to apply the TMDS™(Transition Minimized Differential Signaling) interface.

## General Features

| | |
|---|---|
| Active Screen Size | 23.0 inches(58.4cm) diagonal |
| Outline Dimension | 523.4(H) x 335.6(V) x 41.0(D) mm(Typ.) |
| Active Area | 495.36[mm] × 309.6[mm] |
| Pixel Pitch | 0.258 mm x 0.258mm |
| Pixel Format | 1920 horiz. By 1200 vert. Pixels RGB stripes arrangement |
| Color Depth | 8-bit, 16,777,216 colors |
| Luminance, CR | 250 cd/m$^2$, 500:1 |
| Viewing Angle(CR>10) | View Angle Free (R/L 176(Typ.), U/D 176(Typ.)) |
| Power Consumption | Total 56 Watt (Typ.) (Logic=5.6 W, Lamp=50.4 W) |
| Weight | 2,870g(typ.) |
| Display Operating Mode | Transmissive mode, normally black |
| Surface Treatment | Hard coating(3H), Anti-glare treatment of the front polarizer |
| Interface | TMDS |



## 2. Absolute Maximum Ratings

The following are maximum values which, if exceeded, may cause operation or damage to the unit.

**Table 1. ABSOLUTE MAXIMUM RATINGS**

| Parameter | Symbol | Values | | Units | Notes |
|---|---|---|---|---|---|
| | | Min | Max | | |
| Power Input Voltage | VLCD | -0.3 | 21 | Vdc | at 25 ± 2°C |
| Operating Temperature | TOP | 0 | 50 | °C | 1 |
| Storage Temperature | TST | -20 | 60 | °C | |
| Operating Ambient Humidity | HOP | 10 | 90 | %RH | |
| Storage Humidity | HST | 10 | 90 | %RH | |

Note : 1. Temperature and relative humidity range are shown in the figure below.
Wet bulb temperature should be 39 °C Max, and no condensation of water.



# 3. Electrical Specifications

## 3-1. Electrical Characteristics

The LM230W02 requires two power inputs. One input is employed to power the LCD electronics and to drive the TFT array and liquid crystal. And the second input power for the CCFL / Backlight is to power the inverter.

**Table 2-1. ELECTRICAL CHARACTERISTICS**

| Parameter | Symbol | Values | | | Unit | Notes |
|---|---|---|---|---|---|---|
| | | Min | Typ | Max | | |
| MODULE : | | | | | | |
| Power Supply Input Voltage | $V_{LCD}$ | 17.0 | 18.0 | 19.0 | Vdc | |
| Power Supply Input Current | $I_{LCD}$ | - | 310 | 357 | A | 1 |
| | | - | 470 | 610 | A | 2 |
| Power Consumption | $P_{LCD}$ | - | 5.60 | 6.44 | Watt | 1 |
| Rush current | $I_{RUSH}$ | - | - | 3.0 | A | 3 |

Note :

1. The specified current and power consumption are under the $V_{LCD}$=18.0V, 25 ± 2°C,$f_V$=60Hz condition whereas mosaic pattern(8 x 6) is displayed and $f_V$ is the frame frequency.
2. The current is specified at the maximum current pattern.
3. The duration of rush current is about 2ms and rising time of power Input is 1ms(min.).

White : 255Gray
Black : 0Gray

Mosaic Pattern(8X6)



**Table 2-2. INVERTER ELECTRICAL CHARACTERISTICS**

| Parameter | Symbol | Condition | Values | | | Unit | Notes |
|---|---|---|---|---|---|---|---|
| | | | Min. | Typ. | Max. | | |
| **Inverter :** | | | | | | | |
| Input Voltage | $V_{DDB}$ | | 22.0 | 24.0 | 26.0 | V | 1 |
| Input Current | $I_{DDB}$ | $V_{BR}$ = 3.3V | 1.8 | 2.1 | 2.4 | A | 2 |
| Input Power | PB | $V_{BR}$ = 3.3V | 43.2 | 50.4 | 57.6 | Watt | 2 |
| B/L on/off control | VON/OFF | Lamp ON = High | 4.0 | - | 5.0 | V | |
| | | Lamp OFF =Low | 0.0 | - | 0.8 | V | |
| Brightness Adj | VBR | | 0 | - | 3.3 | V | |
| **LAMP :** | | | | | | | |
| Life time | | | 50,000 | | | Hrs | 3 |

Notes :

1. The input voltage ripple is limited below 400mVp-p.
2. The specified current and power consumption are under the typical supply Input voltage, 24V.
3. The life is determined as the time at which luminance of the lamp is 50% compared to that of initial value at the typical lamp current on condition of continuous operating at 25 ± 2°C.
4. Electrical characteristics are determined after the unit has been 'ON' and stable for approximately 30min in a dark environment at 25 °C± 2°C.
5. The lamp must be turned on in condition of 0℃ temperature.



## 3-2. Interface Connections

This LCD employs Two interface connections, a 30 pin connector is used for the module electronics and a 14Pin Connector is used for the integral backlight system.

### 3-2-1. LCD Module

- LCD Connector(CN1):FI-XB30SL-HF, FI-XB30SSL-HF15 (Manufactured by JAE) or Equivalent
- Mating Connector : FI-X30C2L (Manufactured by JAE) or Equivalent
- Interface chips(LCD) : PTFP 403 PZP (TI)

**Table 3 MODULE CONNECTOR(CN1) PIN CONFIGURATION**

| No | Symbol | Description | No | Symbol | Symbol |
|---|---|---|---|---|---|
| 1 | GND | Ground | 16 | OPEN | NC |
| 2 | SHLD2 | Shield for TMDS channel 2 | 17 | OPEN | NC |
| 3 | RX2+ | TMDS Differential Output(+) (CH 2) | 18 | OPEN | NC |
| 4 | RX2- | TMDS Differential Output(-) (CH 2) | 19 | GND | Ground |
| 5 | SHLD1 | Shield for TMDS channel 1 | 20 | GND | Ground |
| 6 | RX1+ | TMDS Differential Output(+) (CH 1) | 21 | GND | Ground |
| 7 | RX1- | TMDS Differential Output(-) (CH 1) | 22 | $V_{LCD}$ | Supply voltage for LCD |
| 8 | SHLD0 | Shield for TMDS channel 0 | 23 | $V_{LCD}$ | Supply voltage for LCD |
| 9 | RX0+ | TMDS Differential Output(+) (CH 0) | 24 | $V_{LCD}$ | Supply voltage for LCD |
| 10 | RX0- | TMDS Differential Output(-) (CH 0) | 25 | PWR_ON | Power ON control signal input 3.3V(H:90%,L:10%) |
| 11 | SHLDC | Shield for TMDS channel C | 26 | HS_OUT | Hsync Output |
| 12 | RXC+ | TMDS Differential Output(+) (CH C) | 27 | VS_OUT | Vsync Output |
| 13 | RXC- | TMDS Differential Output(-) (CH C) | 28 | GND | Ground |
| 14 | GND | Ground | 29 | OPEN | DDC –Clk(HDCP) for future use |
| 15 | OPEN | NC | 30 | OPEN | DDC –Data(HDCP) for future use |

Notes: 1. All GND(ground) pins should be connected together and should also be connected to the LCD's metal frame.
2. All $V_{LCD}$(power input) pins should be connected together.
3. Input Level of TMDS signal is based on the Digital Visual Interface (DVI 1.0) Standard.

**Rear view of LCM**



**Table 4 REQUIRED SIGNAL ASSIGNMENT FOR TMDS TRANSMITTER**

| Graphics Controller 24-bits | Graphics Controller 18-bits | PanelLink SiI160 | PanelLink SiI161 | Flat Panel Controller 18-bits | Flat Panel Controller 24-bits |
|---|---|---|---|---|---|
| B0 - 0 | | DIE0 | QE0 | | B0 - 0 |
| B1 - 0 | | DIE1 | QE1 | | B1 - 0 |
| B2 - 0 | B0 - 0 | DIE2 | QE2 | B0 - 0 | B2 - 0 |
| B3 - 0 | B1 - 0 | DIE3 | QE3 | B1 - 0 | B3 - 0 |
| B4 - 0 | B2 - 0 | DIE4 | QE4 | B2 - 0 | B4 - 0 |
| B5 - 0 | B3 - 0 | DIE5 | QE5 | B3 - 0 | B5 - 0 |
| B6 - 0 | B4 - 0 | DIE6 | QE6 | B4 - 0 | B6 - 0 |
| B7 - 0 | B5 - 0 | DIE7 | QE7 | B5 - 0 | B7 - 0 |
| G0 - 0 | | DIE8 | QE8 | | G0 - 0 |
| G1 - 0 | | DIE9 | QE9 | | G1 - 0 |
| G2 - 0 | G0 - 0 | DIE10 | QE10 | G0 - 0 | G2 - 0 |
| G3 - 0 | G1 - 0 | DIE11 | QE11 | G1 - 0 | G3 - 0 |
| G4 - 0 | G2 - 0 | DIE12 | QE12 | G2 - 0 | G4 - 0 |
| G5 - 0 | G3 - 0 | DIE13 | QE13 | G3 - 0 | G5 - 0 |
| G6 - 0 | G4 - 0 | DIE14 | QE14 | G4 - 0 | G6 - 0 |
| G7 - 0 | G5 - 0 | DIE15 | QE15 | G5 - 0 | G7 - 0 |
| R0 - 0 | | DIE16 | QE16 | | R0 - 0 |
| R1 - 0 | | DIE17 | QE17 | | R1 - 0 |
| R2 - 0 | R0 - 0 | DIE18 | QE18 | R0 - 0 | R2 - 0 |
| R3 - 0 | R1 - 0 | DIE19 | QE19 | R1 - 0 | R3 - 0 |
| R4 - 0 | R2 - 0 | DIE20 | QE20 | R2 - 0 | R4 - 0 |
| R5 - 0 | R3 - 0 | DIE21 | QE21 | R3 - 0 | R5 - 0 |
| R6 - 0 | R4 - 0 | DIE22 | QE22 | R4 - 0 | R6 - 0 |
| R7 - 0 | R5 - 0 | DIE23 | QE23 | R5 - 0 | R7 - 0 |
| B0 - 1 | | DIO0 | QO0 | | B0 - 1 |
| B1 - 1 | | DIO1 | QO1 | | B1 - 1 |
| B2 - 1 | B0 - 1 | DIO2 | QO2 | B0 - 1 | B2 - 1 |
| B3 - 1 | B1 - 1 | DIO3 | QO3 | B1 - 1 | B3 - 1 |
| B4 - 1 | B2 - 1 | DIO4 | QO4 | B2 - 1 | B4 - 1 |
| B5 - 1 | B3 - 1 | DIO5 | QO5 | B3 - 1 | B5 - 1 |
| B6 - 1 | B4 - 1 | DIO6 | QO6 | B4 - 1 | B6 - 1 |
| B7 - 1 | B5 - 1 | DIO7 | QO7 | B5 - 1 | B7 - 1 |
| G0 - 1 | | DIO8 | QO8 | | G0 - 1 |
| G1 - 1 | | DIO9 | QO9 | | G1 - 1 |
| G2 - 1 | G0 - 1 | DIO10 | QO10 | G0 - 1 | G2 - 1 |
| G3 - 1 | G1 - 1 | DIO11 | QO11 | G1 - 1 | G3 - 1 |
| G4 - 1 | G2 - 1 | DIO12 | QO12 | G2 - 1 | G4 - 1 |
| G5 - 1 | G3 - 1 | DIO13 | QO13 | G3 - 1 | G5 - 1 |
| G6 - 1 | G4 - 1 | DIO14 | QO14 | G4 - 1 | G6 - 1 |
| G7 - 1 | G5 - 1 | DIO15 | QO15 | G5 - 1 | G7 - 1 |
| R0 - 1 | | DIO16 | QO16 | | R0 - 1 |
| R1 - 1 | | DIO17 | QO17 | | R1 - 1 |
| R2 - 1 | R0 - 1 | DIO18 | QO18 | R0 - 1 | R2 - 1 |
| R3 - 1 | R1 - 1 | DIO19 | QO19 | R1 - 1 | R3 - 1 |
| R4 - 1 | R2 - 1 | DIO20 | QO20 | R2 - 1 | R4 - 1 |
| R5 - 1 | R3 - 1 | DIO21 | QO21 | R3 - 1 | R5 - 1 |
| R6 - 1 | R4 - 1 | DIO22 | QO22 | R4 - 1 | R6 - 1 |
| R7 - 1 | R5 - 1 | DIO23 | QO23 | R5 - 1 | R7 - 1 |
| Shift CLK | Shift CLK | IDCK | ODCK | Shift CLK | Shift CLK |
| VSYNC | VSYNC | VSYNC | VSYNC | VSYNC | VSYNC |
| HSYNC | HSYNC | HSYNC | HSYNC | HSYNC | HSYNC |
| DE | DE | DE | DE | DE | DE |



### 3-2-2. Backlight Interface

- Inverter Connector : S14B-PH-SM3 Side entry type (Manufactured by JST) or Equivalent
- Mating Connector : PHR-14(Manufactured by JST) or Equivalent

**Table 5. INVERTER CONNECTOR PIN CONFIGULATION**

| Pin No | Symbol | Description | Remarks |
|---|---|---|---|
| 1 | VDDB | Power Supply +24.0V (Back light) | |
| 2 | VDDB | Power Supply +24.0V (Back light) | |
| 3 | VDDB | Power Supply +24.0V (Back light) | |
| 4 | VDDB | Power Supply +24.0V (Back light) | |
| 5 | VDDB | Power Supply +24.0V (Back light) | |
| 6 | GND | Power Ground (Back light) | Note 1 |
| 7 | GND | Power Ground (Back light) | |
| 8 | GND | Power Ground (Back light) | |
| 9 | GND | Power Ground (Back light) | |
| 10 | GND | Power Ground (Back light) | |
| 11 | OPEN | NC | |
| 12 | VON/OFF | Backlight On/off Signal | (On :4.0V~5V/Off :0.0~0.8V) |
| 13 | VBR | Brightness Adjustable Voltage | (Max :3.3V / Min :0.0V) |
| 14 | OPEN | NC | |

Notes : 1. GND is connected to the LCD's metal frame.

**Rear view of LCM**

PCB
14
1
S14B-PH-SM3-TB
(JST : Japan Solderless Terminal Co.,Ltd.)



## 3-3. Signal Timing Specifications

This is signal timing required at the input of the TMDS transmitter. All of the interface signal timing should be satisfied with the following specifications for it's proper operation.

**Table 6. TIMING TABLE**

| ITEM | | SYMBOL | Min | Typ | Max | Unit | Note |
|---|---|---|---|---|---|---|---|
| DCLK | Period | $t_{CLK}$ | 6.49 | 6.41 | 6.33 | ns | |
| | Frequency | $f_{CLK}$ | 154 | 156 | 158 | MHz | |
| Hsync | Period | $t_{HP}$ | 1984 | 2144 | - | $t_{CLK}$ | |
| | Width-Active | $t_{WH}$ | 32 | 32 | 32 | | |
| Vsync | Period | $t_{VP}$ | 1206 | 1212 | - | $t_{HP}$ | |
| | Frequency | $f_{V}$ | 56 | 60 | 64 | Hz | |
| | Width-Active | $t_{WV}$ | 2 | 3 | - | $t_{HP}$ | |
| Data Enable | Horizontal Valid | $t_{HV}$ | 1920 | 1920 | 1920 | $t_{CLK}$ | |
| | Horizontal Back Porch | $t_{HBP}$ | 16 | 128 | - | | |
| | Horizontal Front Porch | $t_{HFP}$ | 16 | 64 | - | | |
| | Horizontal Blank | - | 64 | 224 | - | | $t_{WH}+t_{HBP}+t_{HFP}$ |
| | Vertical Valid | $t_{VV}$ | 1200 | 1200 | 1200 | $t_{HP}$ | |
| | Vertical Back Porch | $t_{VBP}$ | 3 | 6 | - | | |
| | Vertical Front Porch | $t_{VFP}$ | 1 | 3 | - | | |
| | Vertical Blank | - | 6 | 12 | - | | $t_{WV}+t_{VBP}+t_{VFP}$ |

Note: Hsync period and Hsync width-active should be even number times of $t_{CLK}$. If the value is odd number times of $t_{CLK}$, display control signal can be asynchronous. In order to operate this LCM a Hsync, Vsyn, and DE(data enable) signals should be used.

1. : The performance of the electro-optical characteristics may be influenced by variance of the vertical refresh rates.
2. Vsync and Hsync should be keep the above specification.
3. Hsync Period, Hsync Width, and Horizontal Back Porch should be any times of of character number(8).



LM230W02
Liquid Crystal Display

Product Specification

## 3-4. Signal Timing Waveforms

Hsync, Vsync, DE, DATA
0.7VDD
0.3VDD
tCLK
0.5VDD
Dclk
VALID
INVALID
DATA
INVALID
DE(Data Enable)
Data are latched at the falling edge of DCLK
tHP
Hsync
tWH
tHBP
tHV
tHFP
DE(Data Enable)
tVP
tWV
Vsync
tVBP
tVV
tVFP
DE(Data Enable)

Ver. 1.1 April. 06 . 2004 12 / 28





## 3-5. Color Data Reference

The luminance of each primary color(red,green,blue) is based on the 8-bit gray scale data input for the color; the higher the binary input, the brighter the color. The table below provides a reference for color versus data input.

**Table 7. COLOR DATA REFERENCE**

| Color | | Input Color Data | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | RED MSB | | | | | | | RED LSB | GREEN MSB | | | | | | | GREEN LSB | BLUE MSB | | | | | | | BLUE LSB |
| | | R7 | R6 | R5 | R4 | R3 | R2 | R1 | R0 | G7 | G6 | G5 | G4 | G3 | G2 | G1 | G0 | B7 | B6 | B5 | B4 | B3 | B2 | B1 | B0 |
| Basic Color | Black | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Red (255) | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Green (255) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Blue (255) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| | Cyan | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| | Magenta | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| | Yellow | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | White | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| RED | RED (000) Dark | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | RED (001) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ... | ... | | | | | | | | ... | | | | | | | | ... | | | | | | | |
| | RED (254) | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | RED (255) | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GREEN | GREEN (000) Dark | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | GREEN (001) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ... | ... | | | | | | | | ... | | | | | | | | ... | | | | | | | |
| | GREEN (254) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | GREEN (255) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| BLUE | BLUE (000) Dark | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | BLUE (001) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| | ... | ... | | | | | | | | ... | | | | | | | | ... | | | | | | | |
| | BLUE (254) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 |
| | BLUE (255) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |

Note : Users should be input true 8 Bit data streams via TMDS transmitter.

## 3-6. Power Sequence

**Table 8. POWER SEQUENCE**

| Parameter | Values | | | Units |
|---|---|---|---|---|
| | Min | Typ | Max | |
| T1 | - | - | 10 | ms |
| T2 | - | - | 50 | ms |
| T3 | - | - | 50 | ms |
| T4 | 100 | - | - | ms |
| T5 | - | - | 50 | ms |
| T6 | - | - | 80 | ms |
| T7<br>T8<br>T9 | 400<br>50<br>- | - | -<br>-<br>10 | ms |

Notes : 1. Please avoid floating state of interface signal at invalid period.
2. When the interface signal is invalid, be sure to pull down the power supply for LCD $V_{LCD}$ to 0V.
3. Lamp power must be turn on after power supply for LCD and interface signal are valid.
4. When connector is hot-plug and plug, T2 & T8 min spec can be 0ms.