**LG.PHILIPS LCD**

**LM230W02**
**Liquid Crystal Display**

| Product Specification |
|---|

## 4. Optical Specifications

Optical characteristics are determined after the unit has been 'ON' for approximately 30 minutes in a dark environment at 25±2°C. The values specified are at an approximate distance 50cm from the LCD surface at a viewing angle of Φ and θ equal to 0 ° and aperture 1 degree.

FIG. 1 presents additional information concerning the measurement equipment and method.



**FIG. 1 Optical Characteristic Measurement Equipment and Method**

**Table 9.  OPTICAL CHARACTERISTICS**    (Ta=25 °C, $V_{LCD}$=18.0V, $f_V$=60Hz Dclk=156MHz, $V_{BR}$=3.3V)

| Parameter | | Symbol | Values | | | Units | Notes |
|---|---|---|---|---|---|---|---|
| | | | Min | Typ | Max | | |
| Contrast Ratio | | CR | 350 | 500 | | | 1 |
| Surface Luminance, white | | $L_{WH}$ | 200 | 250 | | cd/m² | 2 |
| Luminance Variation | | $\delta_{WHITE}$ | | | 1.3 | | 3 |
| Response Time | Rise Time | $Tr_R$ | - | 8.5 | 15 | ms | 4 |
| | Decay Time | $Tr_D$ | - | 7.5 | 15 | ms | 4 |
| | Gray to Gray | $T_{GTG\_AVR}$ | - | 12 | | ms | 5 |
| | | $T_{GTG\_MAX}$ | - | 18 | | ms | 5 |
| Color Coordinates [CIE1931] | RED | Rx | | 0.640 | | | |
| | | Ry | | 0.332 | | | |
| | GREEN | Gx | | 0.288 | | | |
| | | Gy | Typ -0.03 | 0.601 | Typ +0.03 | | |
| | BLUE | Bx | | 0.146 | | | |
| | | By | | 0.065 | | | |
| | WHITE | Wx | | 0.313 | | | |
| | | Wy | | 0.329 | | | |
| Color Shift | Horizontal | $\theta_{CST\_H}$ | - | 176 | - | Degree | 6 |
| | Vertical | $\theta_{CST\_V}$ | - | 176 | - | | |
| Viewing Angle (CR>10) | | | | | | | |
| General | Horizontal | $\theta_H$ | 170 | 176 | - | Degree | 7 |
| | Vertical | $\theta_V$ | 170 | 176 | - | | |
| Effective | Horizontal | $\theta_{GMA\_H}$ | | 176 | - | Degree | 8 |
| | Vertical | $\theta_{GMA\_V}$ | | 176 | - | | |
| Gray Scale | | | | 2.2 | | | 9 |
| Crosstalk | | | | | 1.8 | % | FIG.8 |
| Luminance Uniformity (TCO'99) | | LR | | | 1.7 | | FIG.9 |

 **LG.PHILIPS LCD**

**LM230W02**
**Liquid Crystal Display**

**Product Specification**

Notes 1. Contrast Ratio(CR) is defined mathematically as :

$$\text{Contrast Ratio} = \frac{\text{Surface Luminance with all white pixels}}{\text{Surface Luminance with all black pixels}}$$

It is measured at center point(Location P1)

2. Surface luminance(LWH)is luminance value at center point(P1) across the LCD surface 50cm from the surface with all pixels displaying white. For more information see FIG 2.

3. The variation in surface luminance , δ WHITE is defined as :

$$\delta_{WHITE} = \frac{\text{Maximum}(L_{P1}, L_{P2}, ..., L_{P5})}{\text{Minimum}(L_{P1}, L_{P2}, ..., L_{P5})}$$

Where P1 to P5 are the luminance with all pixels displaying white at 5 locations.
For more information see FIG 2.

4. Response time is the time required for the display to transition from black to white (Rise Time, $Tr_R$) and from white to black (Decay Time, $Tr_D$). For additional information see FIG 3.

5. Gray to gray response time is the time required for the display to transition from gray to gray. For additional information see Table 10.

6. Color shift is the angle at which the color difference is lower than 0.04.
For more information see FIG 4.
- Color difference (Δu'v')

$$u' = \frac{4x}{-2x + 12y + 3} \qquad v' = \frac{9y}{-2x + 12y + 3}$$

$$\Delta u'v' = \sqrt{(u'_1 - u'_2)^2 + (v'_1 - v'_2)^2} \qquad \begin{array}{l} u'1, v'1 : u'v' \text{ value at viewing angle direction} \\ u'2, v'2 : u'v' \text{ value at front } (\theta = 0) \end{array}$$

- Pattern size : 25% Box size
- Viewing angle direction of color shift : Horizontal, Vertical

7. Viewing angle is the angle at which the contrast ratio is greater than 10. The angles are determined for the horizontal or x axis and the vertical or y axis with respect to the z axis which is normal to the LCD surface. For more information see FIG 5.

8. Effective viewing angle is the angle at which the gamma shift of gray scale is lower than 0.3. For more information see FIG 6 and FIG 7.

9. Gray scale specification
Gamma Value is approximately 2.2. For more information see Table 11.

 **LG.PHILIPS LCD**

**LM230W02**
**Liquid Crystal Display**

| Product Specification |
| --- |

Measuring point for surface luminance & measuring point for luminance variation.



A : H / 4 mm
B : V / 4 mm
H : 495.36 mm
V : 309.60 mm
@ H,V : Active Area

**FIG. 2 Measure Point for Luminance**

The response time is defined as the following figure and shall be measured by switching the input signal for "black" and "white".



**FIG. 3 Response Time**

 **LG.PHILIPS LCD**

**LM230W02**
**Liquid Crystal Display**

Product Specification

The gray to gray response time is defined as the following figure and shall be measured by switching the input signal for "Gray To Gray".
- Gray step : 5 step
- $T_{GTG\_AVR}$ is the total average time at rising time and falling time for "Gray To Gray".
- $T_{GTG\_MAX}$ is the max time at rising time or falling time for "Gray To Gray".

**Table 10.  Gray to gray response time table**

| Gray to Gray | | Rising Time | | | | |
|---|---|---|---|---|---|---|
| | | G255 | G191 | G127 | G63 | G0 |
| Falling Time | G255 | | | | | |
| | G191 | | | | | |
| | G127 | | | | | |
| | G63 | | | | | |
| | G0 | | | | | |

Color shift is defined as the following test pattern and color.



25% Box size

**FIG. 4 Test Pattern**

Average RGB values in Bruce RGB for Macbeth Chart

| | Dark skin | Light skin | Blue sky | Foliage | Blue flower | Bluish green |
|---|---|---|---|---|---|---|
| R | 98 | 206 | 85 | 77 | 129 | 114 |
| G | 56 | 142 | 112 | 102 | 118 | 199 |
| B | 45 | 123 | 161 | 46 | 185 | 178 |
| | Orange | Purplish blue | Moderate red | Purple | Yellow green | Orange yellow |
| R | 219 | 56 | 211 | 76 | 160 | 230 |
| G | 104 | 69 | 67 | 39 | 193 | 162 |
| B | 24 | 174 | 87 | 86 | 58 | 29 |
| | Blue | Green | Red | Yellow | Magenta | Cyan |
| R | 26 | 72 | 197 | 241 | 207 | 35 |
| G | 32 | 148 | 27 | 212 | 62 | 126 |
| B | 145 | 65 | 37 | 36 | 151 | 172 |
| | White | Neutral 8 | Neutral 6.5 | Neutral 5 | Neutral 3.5 | black |
| R | 240 | 206 | 155 | 110 | 63 | 22 |
| G | 240 | 206 | 155 | 110 | 63 | 22 |
| B | 240 | 206 | 155 | 110 | 63 | 22 |

**LG.PHILIPS LCD**

**LM230W02**
**Liquid Crystal Display**

## Product Specification

Dimension of viewing angle range.



**FIG. 5 Viewing angle**



**FIG. 6 Sample Luminance vs. gray scale (using a 256 bit gray scale)**

$$L = aV^r + L_b$$



**FIG. 7 Sample Log-log plot of luminance vs. gray scale**

$$\log(L - L_b) = r\log(V) + \log(a)$$

Here the Parameter $\alpha$ and $\gamma$ relate the signal level V to the luminance L.

The GAMMA we calculate from the log-log representation (FIG. 7)

**Table 11. Gray Scale Specification**

| Gray Level | Relative Luminance [%] (Typ.) |
|---|---|
| 0 | 0.3 |
| 31 | 1.2 |
| 63 | 4.7 |
| 95 | 11.7 |
| 127 | 21.2 |
| 159 | 35.2 |
| 191 | 53.0 |
| 223 | 75.4 |
| 255 | 100 |



**LG.PHILIPS LCD**  

**LM230W02**
**Liquid Crystal Display**

Product Specification

Crosstalk is defined as

Crosstalk : $( | L_{A[or\ C]2} - L_{A[or\ C]1} | / L_{A[or\ C]1} ) \times 100 (\%)$ [Vertical],
$( | L_{B[or\ D]2} - L_{B[or\ D]1} | / L_{B[or\ D]1} ) \times 100 (\%)$ [Horizontal]



Pattern 1

- Half Gray: Gray 127



Pattern 2

- Background  :Gray 127
- Window      :Gray 0/255

**FIG. 8 Crosstalk**

Luminance Uniformity - angular – dependent ($L_R$)

TCO '99  Certification requirements and test methods for environmental labelling of Display [Flat]

report No.2 (Luminance uniformity- angular – dependent)

- Test pattern : White pattern when the DUT luminance is 125 cd/㎡
- Test point  : 2-point
- Test distance : 87.63 ㎝
- Test method : $L_R = ((L_{max.\ +30deg.} / L_{min.\ +30deg.}) + (L_{max.\ -30deg.} / L_{min.\ -30deg.})) / 2$



*H,V : Active area

**FIG. 9  Luminance Uniformity-Angular dependent**

 LG.PHILIPS LCD

**LM230W02**
**Liquid Crystal Display**

Product Specification

## 5. Mechanical Characteristics

The contents provide general mechanical characteristics. In addition the figures in the next page are detailed mechanical drawing of the LCD.

| | | |
|---|---|---|
| Outline Dimension | Horizontal | 523.4mm |
| | Vertical | 335.6mm |
| | Depth | 41mm |
| Bezel Area | Horizontal | 499.4mm |
| | Vertical | 313.6mm |
| Active Display Area | Horizontal | 495.36mm |
| | Vertical | 309.6mm |
| Weight | 2870g (Typ.) | |
| Surface Treatment | Hard coating(3H)<br>Anti-glare(13%) treatment of the front polarizer | |

Notes : Please refer to a mechanic drawing in terms of tolerance at the next page.



**LM230W02**
**Liquid Crystal Display**

Product Specification

<FRONT VIEW>

M3 Machine Screw (0.5Pitch)
(Torque 2.5kgf~3.5kgf)

SECTION A-A
SCALE 1/1(3sec)

Bezel(0.8t)
Panel
Rubber

User Mounting(3ea)
(M3, 0.5Pitch)

User Mounting(3ea)
(M3, 0.5Pitch)



**LM230W02**
**Liquid Crystal Display**

| Product Specification |
| --- |

<REAR VIEW>

 **LG.PHILIPS LCD**

**LM230W02**
**Liquid Crystal Display**

Product Specification

## 6. Reliability

Environment test condition

| No | Test Item | Condition |
|----|-----------|-----------|
| 1 | High temperature storage test | Ta= 60°C   240h |
| 2 | Low temperature storage test | Ta= -20°C   240h |
| 3 | High temperature operation test | Ta= 50°C   50%RH    240h |
| 4 | Low temperature operation test | Ta= 0°C    240h |
| 5 | Vibration test (non-operating) | Wave form : random<br>Vibration level : 1.0G RMS<br>Bandwidth : 10-500Hz<br>Duration : X,Y,Z, 10 min<br>One time each direction |
| 6 | Shock test (non-operating) | Shock level : 100Grms<br>Waveform : half sine wave, 2ms<br>Direction : $\pm$X, $\pm$Y, $\pm$Z<br>One time each direction |
| 7 | Humidity condition Operation | Ta= 40 °C ,90%RH |
| 8 | Altitude<br>        storage / shipment | 0 - 40,000 feet(12192m) |

 **LG.PHILIPS LCD**

**LM230W02**
**Liquid Crystal Display**

Product Specification

## 7. International Standards

### 7-1. Safety

    a) UL 60950, Third Edition, Underwriters Laboratories, Inc., Dated Dec. 11, 2000.
       Standard for Safety of Information Technology Equipment, Including Electrical Business Equipment.
    b) CAN/CSA C22.2, No. 60950, Third Edition, Canadian Standards Association, Dec. 1, 2000.
       Standard for Safety of Information Technology Equipment, Including Electrical Business Equipment.
    c) EN 60950 : 2000, Third Edition
       IEC 60950 : 1999, Third Edition
       European Committee for Electrotechnical Standardization(CENELEC)
       EUROPEAN STANDARD for Safety of Information Technology Equipment Including Electrical
       Business Equipment.

### 7-2. EMC

    a) ANSI C63.4 "Methods of Measurement of Radio-Noise Emissions from Low-Voltage Electrical and
       Electrical Equipment in the Range of 9kHZ to 40GHz. "American National Standards Institute(ANSI),
       1992
    b) C.I.S.P.R "Limits and Methods of Measurement of Radio Interface Characteristics of Information
       Technology Equipment." International Special Committee on Radio Interference.
    c) EN 55022 "Limits and Methods of Measurement of Radio Interface Characteristics of Information
       Technology Equipment." European Committee for Electrotechnical Standardization.(CENELEC), 1998
       ( Including  A1: 2000 )

 LG.PHILIPS LCD

**LM230W02**
**Liquid Crystal Display**

Product Specification

## 8. Packing

### 8-1. Designation of Lot Mark

a) Lot Mark

| A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

A,B,C : SIZE(INCH)
D : YEAR                                E : MONTH
F : PANEL CODE                          G : FACTORY CODE
H : ASSEMBLY CODE              I,J,K,L,M : SERIAL NO.

Note
1. YEAR

| Year | 97 | 98 | 99 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
|------|----|----|----|------|------|------|------|------|------|------|------|
| Mark | 7 | 8 | 9 | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 |

2. MONTH

| Month | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|-------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| Mark | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | A | B | C |

3. PANEL CODE

| Panel Code | P1 Factory | P2 Factory | P3 Factory | P4 Factory | P5 Factory | Hydis Panel |
|------------|------------|------------|------------|------------|------------|-------------|
| Mark | 1 | 2 | 3 | 4 | 5 | H |

4. FACTORY CODE

| Factory Code | LPL Gumi | LPL Nanjing |
|--------------|----------|-------------|
| Mark | K | C |

5. SERIAL NO.

| Year | 1 ~ 99999 | 100000 ~ |
|------|-----------|----------|
| Mark | 00001 ~ 99999 | A0001 ~ A9999, ..... , Z9999 |

b) Location of Lot Mark

Serial NO. is printed on the label. The label is attached to the backside of the LCD module.
This is subject to change without prior notice.

## 8-2. Packing Form

a) Package quantity in one box : 4PCS

b) Box Size : 434 X 334 X 666

 **LG.PHILIPS LCD**

**LM230W02**
**Liquid Crystal Display**

Product Specification

## 9. PRECAUTIONS

Please pay attention to the followings when you use this TFT LCD module.

## 9-1. MOUNTING PRECAUTIONS

(1) You must mount a module using holes arranged in four corners or four sides.
(2) You should consider the mounting structure so that uneven force (ex. Twisted stress) is not applied to the module. And the case on which a module is mounted should have sufficient strength so that external force is not transmitted directly to the module.
(3) Please attach the surface transparent protective plate to the surface in order to protect the polarizer. Transparent protective plate should have sufficient strength in order to the resist external force.
(4) You should adopt radiation structure to satisfy the temperature specification.
(5) Acetic acid type and chlorine type materials for the cover case are not desirable because the former generates corrosive gas of attacking the polarizer at high temperature and the latter causes circuit break by electro-chemical reaction.
(6) Do not touch, push or rub the exposed polarizers with glass, tweezers or anything harder than HB pencil lead. And please do not rub with dust clothes with chemical treatment.
Do not touch the surface of polarizer for bare hand or greasy cloth.(Some cosmetics are detrimental to the polarizer.)
(7) When the surface becomes dusty, please wipe gently with absorbent cotton or other soft materials like chamois soaks with petroleum benzene. Normal-hexane is recommended for cleaning the adhesives used to attach front / rear polarizers. Do not use acetone, toluene and alcohol because they cause chemical damage to the polarizer.
(8) Wipe off saliva or water drops as soon as possible. Their long time contact with polarizer causes deformations and color fading.
(9) Do not open the case because inside circuits do not have sufficient strength.

## 9-2. OPERATING PRECAUTIONS

(1) The spike noise causes the mis-operation of circuits. It should be lower than following voltage :
$V=\pm200mV$(Over and under shoot voltage)
(2) Response time depends on the temperature.(In lower temperature, it becomes longer.)
(3) Brightness depends on the temperature. (In lower temperature, it becomes lower.)
And in lower temperature, response time(required time that brightness is stable after turned on) becomes longer.
(4) Be careful for condensation at sudden temperature change. Condensation makes damage to polarizer or electrical contacted parts. And after fading condensation, smear or spot will occur.
(5) When fixed patterns are displayed for a long time, remnant image is likely to occur.
(6) Module has high frequency circuits. Sufficient suppression to the electromagnetic interference shall be done by system manufacturers. Grounding and shielding methods may be important to minimized the interference.
(7) Please do not give any mechanical and/or acoustical impact to LCM. Otherwise, LCM can't be operated its full characteristics perfectly.
(8) A screw which is fastened up the steels should be a machine screw.
(if not, it causes metallic foreign material and deal LCM a fatal blow)
(9) Please do not set  LCD on its edge.

 **LG.PHILIPS** LCD

**LM230W02**
**Liquid Crystal Display**

Product Specification

## 9-3. ELECTROSTATIC DISCHARGE CONTROL

Since a module is composed of electronic circuits, it is not strong to electrostatic discharge. Make certain that treatment persons are connected to ground through wrist band etc. And don't touch interface pin directly.

## 9-4. PRECAUTIONS FOR STRONG LIGHT EXPOSURE

Strong light exposure causes degradation of polarizer and color filter.

## 9-5. STORAGE

When storing modules as spares for a long time, the following precautions are necessary.

(1) Store them in a dark place. Do not expose the module to sunlight or fluorescent light. Keep the temperature between 5°C and 35°C at normal humidity.
(2) The polarizer surface should not come in contact with any other object.
    It is recommended that they be stored in the container in which they were shipped.

## 9-6. HANDLING PRECAUTIONS FOR PROTECTION FILM

(1) The protection film is attached to the bezel with a small masking tape.
    When the protection film is peeled off, static electricity is generated between the film and polarizer.
    This should be peeled off slowly and carefully by people who are electrically grounded and with well ion-blown equipment or in such a condition, etc.
(2) When the module with protection film attached is stored for a long time, sometimes there remains a  very small amount of glue still on the bezel after the protection film is peeled off.
(3) You can remove the glue easily. When the glue remains on the bezel surface or its vestige is  recognized, please wipe them off with absorbent cotton waste or other soft material like chamois soaked with normal-hexane.