IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD.,<br><br>        Plaintiff,<br><br>        v.<br><br>TATUNG CO.;<br>TATUNG COMPANY OF AMERICA, INC.; AND<br>VIEWSONIC CORPORATION<br><br>        Defendants. | Civil Action No. 04-343 (JJF) |

## ORDER

Having considered the parties' submissions and arguments in connection with Defendant ViewSonic Corporation's MOTION TO COMPEL LPL TO PRODUCE TECHNICAL AND MOUNTING DOCUMENTS submitted February 16, 2007,

**IT IS HEREBY ORDERED** this _____ day of _____ 2007 that ViewSonic's motion is GRANTED, and, that Plaintiff LG.PHILIPS LCD CO., LTD. shall produce:

(1) Product Specifications for all of LPL's flat panel display products from January 1, 1997 to the present;

(2) All documents related to LPL's development, testing and commercialization of all of LPL flat panel products made from January 1, 1997 to the present;

(3) One sample or specimen of each of LPL's flat panel display products made from January 1, 1997 to present; and

(4) Complete response to RFP 82 (bills of material for every LPL flat panel display product) and RFP 84 (documents sufficient to identify the structure, function and assemblage of all of the parts of every LPL LCD module) from January 1, 1997 to the present.

_____
Special Master Vincent J. Poppiti