IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| L.G.PHILIPS LCD CO., LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TATUNG CO.; ) <br> TATUNG COMPANY OF AMERICA, INC.; and ) <br> VIEWSONIC CORPORATION, ) <br> ) <br> Defendants. ) | C.A. NO. 04-343-JJF |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on February 16, 2007, counsel for Defendant ViewSonic Corporation served a Notice of Deposition and Subpoena upon CANON U.S.A., INC., as more particularly set forth in the attached Notice of Deposition and Subpoena, by serving true and correct copies as shown below:

**Via hand-delivery**
Canon U.S.A., Inc.
One Canon Plaza
Lake Success, NY 11042

PLEASE TAKE NOTICE that, pursuant to the attached Notice of Deposition and Subpoena, Defendant ViewSonic Corporation will take the deposition *duces tecum* of CANON U.S.A., INC. pursuant to Fed. R. Civ. P. 30(b)(6). The deposition will take place on March 6, 2007 at 10:00 a.m. at Greenberg Traurig, LLP, MetLife Building, 200 Park Avenue, New York, NY 10166. The deposition will continue from day to day until completed. The deposition will be conducted upon oral examination before a certified court reporter, notary public, or other person authorized by law to administer oaths. The deposition will be recorded by videotape and stenographically and may use technology that permits the real time display of the deposition transcript. Parties wishing to see the real time display must supply their own compatible computer.

PLEASE ALSO TAKE NOTICE that View Sonic Corporation is serving CANON U.S.A., INC. with the attached Notice of Deposition and Subpoena. The subjects covered in the deposition will include (but are not limited to) the subjects listed on Attachment A to the Subpoena. Pursuant to Fed R. Civ. P. 30(b)(6), CANON U.S.A., INC. is required to designate one or more persons to testify at the deposition as to matters known or reasonably available to CANON U.S.A., INC. concerning all topics listed in Attachment A to the Subpoena. In addition,

the Subpoena requires CANON U.S.A., INC. to produce in advance of the deposition, documents listed in Attachment B to the Subpoena.

    Counsel for all parties are invited to attend and cross examine.

Dated: February 19, 2007　　　　　　　　　　**CONNOLLY BOVE LODGE & HUTZ LLP**

                                      By:　　*/s/ James D. Heisman*
                                                Jeffrey B. Bove (# 998)
                                                James D. Heisman (# 2746)

OF COUNSEL:　　　　　　　　　　　　　Jaclyn M. Mason (# 4737)
Scott R. Miller, Esq.　　　　　　　　　　1007 N. Orange Street
Manuel C. Nelson, Esq.　　　　　　　　P. O. Box 2207
**Connolly Bove Lodge & Hutz LLP**　　Wilmington, DE 19899
355 South Grand Avenue　　　　　　　Tel: (302) 658-9141
Suite 3150　　　　　　　　　　　　　　　*Attorneys for Defendant ViewSonic*
Los Angeles, CA 90071　　　　　　　　*Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of February 2007, a true and correct copy of the foregoing NOTICE OF SERVICE OF DEFENDANT VIEWSONIC CORPORATION'S NOTICE OF DEPOSITION AND SUBPOENA TO CANON U.S.A., INC was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following and the document is available for viewing and downloading from CM/ECF:

Richard D. Kirk, Esq.
The Bayard firm
222 Delaware Avenue
Suite 900
Wilmington, DE 19801

Anne Shea Gaza, Esq.
Frederick L. Cottrell, III
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19801

I further certify that on the 19th day of February 2007, I have sent by email the foregoing document to the following non-registered participants:

Cass W. Christenson, Esq.
Lora A. Brzezynski, Esq.
Rel S. Ambrozy, Esq.
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006

Mark H. Krietzman, Esq.
Valerie W. Ho, Esq.
Frank E. Merideth, Jr., Esq.
Steve Hassid, Esq.
Greenberg Traurig, LLP
2450 Colorado Ave., Suite 400E
Santa Monica, CA 90404

Tracy R. Roman, Esq.
Raskin Peter Rubin & Simon LLP
1801 Century Park East
Suite 2300
Los Angeles, CA 90067-2325

*/s/ James D. Heisman*
James D. Heisman (# 2746)
jheisman@cblh.com