

Phone:   (302) 425-6410
Fax:     (302) 428-5132
Email:   Poppiti@BlankRome.com

February 14, 2007

Richard D. Kirk, Esquire
The Bayard Firm
222 Delaware Avenue
Suite 900
Wilmington, DE 19801

Frederick L. Cottrell, Esquire
Richards Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801

Jaclyn M. Mason, Esquire
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
Wilmington, DE 19801

Re:   *LG. Philips LCD Co., Ltd. v. ViewSonic Corporation, et al.*;
      C.A. No. 04-343 (JJF)

Dear Counsel:

By correspondence dated January 26, 2007 from counsel for ViewSonic Corporation ("ViewSonic") and correspondence dated February 2, 2007 from counsel for LG. Philips LCD Co., Ltd ("LPL"), the parties have requested that the Special Master provide guidance with respect to the scope of privilege logs.

Without reciting the parties' respective positions formulated over time with respect to same, suffice it to say that unless the parties are able to agree otherwise on the scope of the privilege log, it is expected that a privilege log must include all documents, whether pre or post the commencement of litigation, that would be responsive to discovery requests and therefore produced absent the claim of a privilege.

While it is important at times for the Special Master to assist the parties in arriving at their own resolution of disputes that are ripe for consideration and while it may be appropriate for the Special Master to facilitate meet and confer sessions regarding matters not yet ripe for consideration, the Special Master is not convinced that the present circumstance warrants guidance. At the same time, if the parties request that this issue be the subject of further meet and confer with the participation of the Special Master, please request time for same before the end of the week.

February 14, 2007  
Page 2

    In any event, each of the parties shall exchange privilege logs or produce documents not later than 5:00 p.m. EST, Monday, February 19, 2007.

    IT IS SO ORDERED.

Yours very truly,

Vincent J. Poppiti
Special Master
(DSBA 100614)

VJP:mes