**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>TATUNG COMPANY; TATUNG COMPANY OF AMERICA, INC.; and VIEWSONIC CORPORATION,<br><br>Defendants. | Civil Action No. 04-343-JJF |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that, on February 21, 2007, copies of (1) PLAINTIFF'S

SECOND SUPPLEMENTAL OBJECTIONS AND ANSWERS TO DEFENDANT

VIEWSONIC CORPORATION'S SECOND SET OF INTERROGATORIES; (2)

PLAINTIFF'S FOURTH SUPPLEMENTAL OBJECTIONS AND ANSWERS TO

DEFENDANT VIEWSONIC CORPORATION'S FIRST SET OF INTERROGATORIES; and

(3) this NOTICE OF SERVICE were served as shown:

**BY EMAIL AND BY HAND**

Jeffrey B Bove, Esq.
Jaclyn M. Mason, Esq.
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899-2207

Frederick L. Cottrell, III, Esq.
Anne Shea Gaza, Esq.
Richards, Layton & Finger
One Rodney Sqare
P.O. Box 551
Wilmington, DE 19899

**BY EMAIL AND BY U.S. MAIL**

Valerie Ho, Esq.
Mark H. Krietzman, Esq.
Frank C. Merideth, Jr., Esq.
Greenberg Traurig LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404

Scott R. Miller, Esq.
Connolly Bove Lodge & Hutz LLP
355 South Grand Avenue
Suite 3150
Los Angeles, CA 90071

571446-1

**BY EMAIL AND BY U.S. MAIL**
Tracy Roman, Esq.
Raskin  Peter Rubin & Simon LLP
1801 Century Park East, Suite 2300
Los Angeles, CA 90067

February 21, 2007                              THE BAYARD FIRM

                                               /s/ Richard D. Kirk (rk0922)
                                               Richard D. Kirk
                                               Ashley B. Stitzer
                                               222 Delaware Avenue, Suite 900
                                               P.O. Box 25130
                                               Wilmington, DE  19899-5130
                                               rkirk@bayardfirm.com
                                               (302) 655-5000
                                               Counsel for Plaintiff
                                               LG.PHILIPS LCD CO., LTD.

OF COUNSEL:
Gaspare J. Bono
Matthew T. Bailey
Lora A. Brzezynski
Cass W. Christenson
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006
(202) 496-7500