# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| L.G.PHILIPS LCD CO., LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. NO. 04-343-JJF |
| v. ) | |
| ) | |
| TATUNG CO.; ) | |
| TATUNG COMPANY OF AMERICA, INC.; and ) | |
| VIEWSONIC CORPORATION, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 20, 2007, counsel for Defendant ViewSonic Corporation served true and correct copies of **DEFENDANT VIEWSONIC CORPORATION'S AMENDED SUPPLEMENTAL RESPONSES TO PLAINTIFF'S SECOND SET OF INTERROGATORIES** upon the following individuals by e-mail:

Richard D. Kirk, Esq.  
The Bayard Firm  
222 Delaware Avenue  
Suite 900  
Wilmington, DE 19801  

Anne Shea Gaza, Esq.  
Frederick L. Cottrell, III, Esq.  
Richards, Layton & Finger, P.A.  
One Rodney Square  
Wilmington, DE 19801  

Cass W. Christenson, Esq.  
Lora A. Brzezynski, Esq.  
Rel S. Ambrozy, Esq.  
McKenna Long & Aldridge LLP  
1900 K Street, NW  
Washington, DC 20006  

Mark H. Krietzman, Esq.  
Valerie W. Ho, Esq.  
Frank E. Merideth, Jr., Esq.  
Steve Hassid, Esq.  
Greenberg Traurig, LLP  
2450 Colorado Ave., Suite 400E  
Santa Monica, CA 90404

Dated: February 22, 2007                    **CONNOLLY BOVE LODGE & HUTZ LLP**

                                            By:    __/s/ James D. Heisman__
                                                   Jeffrey B. Bove (# 998)
                                                   James D. Heisman (# 2746)
OF COUNSEL:                                        Jaclyn M. Mason (# 4737)
Scott R. Miller, Esq.                              1007 N. Orange Street
Manuel C. Nelson, Esq.                             P. O. Box 2207
**Connolly Bove Lodge & Hutz LLP**                 Wilmington, DE 19899
355 South Grand Avenue                             Tel:  (302) 658-9141
Suite 3150                                         *Attorneys for Defendant ViewSonic*
Los Angeles, CA 90071                              *Corporation*

## CERTIFICATE OF SERVICE

I, James D. Heisman, hereby certify that on this 22nd day of February, 2007, a true copy of the foregoing **NOTICE OF SERVICE OF DEFENDANT VIEWSONIC CORPORATION'S AMENDED SUPPLEMENTAL RESPONSES TO PLAINTIFF'S SECOND SET OF INTERROGATORIES** was hand-delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following and the document is available for viewing and downloading from CM/ECF:

| | |
|---|---|
| Richard D. Kirk, Esq. | Anne Shea Gaza, Esq. |
| The Bayard Firm | Frederick L. Cottrell, III |
| 222 Delaware Avenue | Richards, Layton & Finger, P.A. |
| Suite 900 | One Rodney Square |
| Wilmington, DE 19801 | Wilmington, DE 19801 |

I further certify that on this 22nd day of February 2007, I have sent by e-mail the foregoing document to the following non-registered participants:

| | |
|---|---|
| Cass W. Christenson, Esq. | Mark H. Krietzman, Esq. |
| Lora A. Brzezynski, Esq. | Valerie W. Ho, Esq. |
| Rel S. Ambrozy, Esq. | Frank E. Merideth, Jr., Esq. |
| McKenna Long & Aldridge LLP | Steve Hassid, Esq. |
| 1900 K Street, NW | Greenberg Traurig, LLP |
| Washington, DC 20006 | 2450 Colorado Ave., Suite 400E |
| | Santa Monica, CA 90404 |
| Tracy R. Roman, Esq. | |
| Raskin Peter Rubin & Simon LLP | |
| 1801 Century Park East | |
| Suite 2300 | |
| Los Angeles, CA 90067-2325 | |

                                            */s/ James D. Heisman*
                                              James D. Heisman (# 2746)
                                                  jheisman@cblh.com