IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG Philips LCD Co., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 04-343-JJF |
| Tatung Co., Tatung Company of America Inc., | ) |
| and Viewsonic Corp., | ) JURY TRIAL DEMANDED |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF SERVICE OF SUBPOENA

To:   Richard D. Kirk, Esquire              Jeffrey B. Bove, Esquire
      The Bayard Firm                        James Heisman, Esquire
      222 Delaware Avenue #900               Jaclyn M. Mason, Esquire
      Wilmington, DE 19899                   Connolly Bove Lodge & Hutz LLP
                                             1007 North Orange Street
      Tracy R. Roman, Esquire                P.O. Box 2207
      Raskin Peter Rubin & Simon LLP         Wilmington, De 19899
      1801 Century Park East, Suite 2300
      Los Angeles, CA 90067                  Gaspare J. Bono, Esquire
                                             Rel S. Ambrozy, Esquire
      Scott R. Miller, Esquire               Lora A. Brzezynski, Esquire
      Connolly Bove Lodge & Hutz LLP         Cass W. Christenson, Esquire
      355 South Grand Avenue                 McKenna Long & Aldridge LLP
      Suite 3150                             1900 K Street, N.W.
      Los Angeles, CA 90071                  Washington D.C. 20006

PLEASE TAKE NOTICE that on February 22, 2007, Defendants Tatung Company and Tatung Company of America, Inc. issued the attached subpoena for service on Toshiba America Electronic Components, Inc.

RLF1-3025538-1

|                                      |                                                          |
|--------------------------------------|----------------------------------------------------------|
| Of Counsel:                          | /s/ Frederick L. Cottrell, III                           |
| Christopher Darrow                   | Frederick L. Cottrell, III (#2555)                       |
| Mark H. Krietzman                    | Anne Shea Gaza (#4093)                                   |
| Frank E. Merideth, Jr.               | Richards, Layton & Finger, P.A.                          |
| Alan R. Maler                        | One Rodney Square                                        |
| Valerie W. Ho                        | P.O. Box 551                                             |
| Greenberg Traurig LLP                | Wilmington, Delaware 19899                               |
| 2450 Colorado Avenue, Suite 400E     | (302) 651-7700                                           |
| Santa Monica, CA 90404               | cottrell@rlf.com                                         |
| Telephone: 310-586-7700              | gaza@rlf.com                                             |
|                                      | Attorneys for Defendants Tatung Co. and Tatung Company of America Inc. |

Kathryn L. Clune
Greenberg Traurig LLP
800 Connecticut Avenue, N.W., Suite 500
Washington, DC 20006

Dated: February 22, 2007

RLF1-3025538-1

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2007 I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

| | |
|---|---|
| Richard D. Kirk, Esquire | Jeffrey B. Bove, Esquire |
| The Bayard Firm | James Heisman, Esquire |
| 222 Delaware Avenue #900 | Jaclyn M. Mason, Esquire |
| Wilmington, DE 19899 | Connolly Bove Lodge & Hutz LLP |
| | 1007 North Orange Street |
| | P.O. Box 2207 |
| | Wilmington, DE 19899 |

I hereby certify that on February 22, 2007 I caused to be sent the foregoing document to the following non-registered participants in the manner indicated below:

| | |
|---|---|
| **VIA FEDERAL EXPRESS** | **VIA FEDERAL EXPRESS** |
| Gaspare J. Bono, Esquire | Tracy R. Roman, Esquire |
| Rel S. Ambrozy, Esquire | Raskin Peter Rubin & Simon LLP |
| Lora A. Brzezynski, Esquire | 1801 Century Park East, Suite 2300 |
| Cass W. Christenson, Esquire | Los Angeles, CA 90067 |
| McKenna Long & Aldridge LLP | |
| 1900 K Street, N.W. | **VIA FEDERAL EXPRESS** |
| Washington D.C. 20006 | Scott R. Miller, Esquire |
| | Connolly Bove Lodge & Hutz LLP |
| | 355 South Grand Avenue |
| | Suite 3150 |
| | Los Angeles, CA 90071 |

Anne Shea Gaza (#4093)
Gaza@rlf.com

RLF1-2967131-1