IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG Philips LCD Co., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 04-343-JJF |
| Tatung Co., Tatung Company of America Inc., | ) |
| and Viewsonic Corp., | ) JURY TRIAL DEMANDED |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF SERVICE OF SUBPOENA

To:   Richard D. Kirk, Esquire
      The Bayard Firm
      222 Delaware Avenue #900
      Wilmington, DE 19899

      Tracy R. Roman, Esquire
      Raskin Peter Rubin & Simon LLP
      1801 Century Park East, Suite 2300
      Los Angeles, CA 90067

      Scott R. Miller, Esquire
      Connolly Bove Lodge & Hutz LLP
      355 South Grand Avenue
      Suite 3150
      Los Angeles, CA 90071

      Jeffrey B. Bove, Esquire
      James Heisman, Esquire
      Jaclyn M. Mason, Esquire
      Connolly Bove Lodge & Hutz LLP
      1007 North Orange Street
      P.O. Box 2207
      Wilmington, De 19899

      Gaspare J. Bono, Esquire
      Rel S. Ambrozy, Esquire
      Lora A. Brzezynski, Esquire
      Cass W. Christenson, Esquire
      McKenna Long & Aldridge LLP
      1900 K Street, N.W.
      Washington D.C. 20006

PLEASE TAKE NOTICE that on February 22, 2007, Defendants Tatung Company and Tatung Company of America, Inc. issued the attached subpoena for service on Toshiba America, Inc.

RLF1-3025538-1

Of Counsel:  
Christopher Darrow  
Mark H. Krietzman  
Frank E. Merideth, Jr  
Alan R. Maler  
Valerie W. Ho  
Greenberg Traurig LLP  
2450 Colorado Avenue, Suite 400E  
Santa Monica, CA 90404  
Telephone: 310-586-7700  

Kathryn L. Clune  
Greenberg Traurig LLP  
800 Connecticut Avenue, N.W., Suite 500  
Washington, DC 20006  

Dated: February 22, 2007

/s/  
Frederick L. Cottrell, III (#2555)  
Anne Shea Gaza (#4093)  
Richards, Layton & Finger, P.A.  
One Rodney Square  
P.O. Box 551  
Wilmington, Delaware 19899  
(302) 651-7700  
cottrell@rlf.com  
gaza@rlf.com  
Attorneys for Defendants Tatung Co. and Tatung Company of America Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2007 I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Richard D. Kirk, Esquire
The Bayard Firm
222 Delaware Avenue #900
Wilmington, DE 19899

Jeffrey B. Bove, Esquire
James Heisman, Esquire
Jaclyn M. Mason, Esquire
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

I hereby certify that on February 22, 2007 I caused to be sent the foregoing document to the following non-registered participants in the manner indicated below:

**VIA FEDERAL EXPRESS**
Gaspare J. Bono, Esquire
Rel S. Ambrozy, Esquire
Lora A. Brzezynski, Esquire
Cass W. Christenson, Esquire
McKenna Long & Aldridge LLP
1900 K Street, N.W.
Washington D.C. 20006

**VIA FEDERAL EXPRESS**
Tracy R. Roman, Esquire
Raskin Peter Rubin & Simon LLP
1801 Century Park East, Suite 2300
Los Angeles, CA 90067

**VIA FEDERAL EXPRESS**
Scott R. Miller, Esquire
Connolly Bove Lodge & Hutz LLP
355 South Grand Avenue
Suite 3150
Los Angeles, CA 90071

Anne Shea Gaza (#4093)
Gaza@rlf.com

RLF1-2967131-1