IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TATUNG COMPANY; ) <br> TATUNG COMPANY OF AMERICA, INC.; and ) <br> VIEWSONIC CORPORATION, ) <br> ) <br> Defendants. ) | C.A. No. 04-343-JJF |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on February 23, 2007, copies of (1) **PLAINTIFF'S OBJECTIONS TO DEFENDANT VIEWSONIC'S AMENDED NOTICE OF RULE 30(b)(6) DEPOSITION (TOPICS 1-6)**; (2) **PLAINTIFF'S OBJECTIONS TO DEFENDANT VIEWSONIC'S AMENDED NOTICE OF RULE 30(b)(6) DEPOSITION (TOPICS 7-12)**; (3) **PLAINTIFF'S OBJECTIONS TO DEFENDANT VIEWSONIC'S AMENDED NOTICE OF RULE 30(b)(6) DEPOSITION (TOPICS 13-18)**; (4) **PLAINTIFF'S OBJECTIONS TO DEFENDANT VIEWSONIC'S AMENDED NOTICE OF RULE 30(b)(6) DEPOSITION (TOPICS 19-30)**; and (5) this **NOTICE OF SERVICE** were served as shown:

**BY EMAIL AND BY HAND**

Jeffrey B Bove, Esq.
Jaclyn M. Mason, Esq.
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899-2207

Frederick L. Cottrell, III, Esq.
Anne Shea Gaza, Esq.
Richards, Layton & Finger
One Rodney Sqare
P.O. Box 551
Wilmington, DE 19899

571446-1

**BY EMAIL AND BY U.S. MAIL**

Valerie Ho, Esq.  
Mark H. Krietzman, Esq.  
Frank C. Merideth, Jr., Esq.  
Greenberg Traurig LLP  
2450 Colorado Avenue, Suite 400E  
Santa Monica, CA 90404

Scott R. Miller, Esq.  
Connolly Bove Lodge & Hutz LLP  
355 South Grand Avenue  
Suite 3150  
Los Angeles, CA 90071

Tracy Roman, Esq.  
Raskin Peter Rubin & Simon LLP  
1801 Century Park East, Suite 2300  
Los Angeles, CA 90067

February 23, 2007

THE BAYARD FIRM

/s/ Richard D. Kirk (rk0922)  
Richard D. Kirk  
Ashley B. Stitzer  
222 Delaware Avenue, Suite 900  
P.O. Box 25130  
Wilmington, DE 19899-5130  
rkirk@bayardfirm.com  
(302) 655-5000  
Counsel for Plaintiff  
LG.PHILIPS LCD CO., LTD.

OF COUNSEL:  
Gaspare J. Bono  
Matthew T. Bailey  
Lora A. Brzezynski  
Cass W. Christenson  
McKenna Long & Aldridge LLP  
1900 K Street, NW  
Washington, DC 20006  
(202) 496-7500