**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| L.G.PHILIPS LCD CO., LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. NO. 04-343-JJF |
| v. ) | |
| ) | |
| TATUNG CO.; ) | |
| TATUNG COMPANY OF AMERICA, INC.; and ) | |
| VIEWSONIC CORPORATION, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that, on February 23, 2007, counsel for Defendant ViewSonic Corporation served true and correct copies of **ViewSonic Corporation's Second Set of Requests for Admission to Plaintiff, ViewSonic Corporation's Third Set of Interrogatories to Plaintiff, and ViewSonic Corporation's Third Set of Requests for Production of Documents to Plaintiff** upon the below-listed counsel of record in the manner indicated below:

*Via hand-delivery*
Richard D. Kirk, Esq.
The Bayard Firm
222 Delaware Avenue
Suite 900
Wilmington, DE 19801

*Via email*
Cass W. Christenson, Esq.
Lora A. Brzezynski, Esq.
Rel S. Ambrozy, Esq.
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006

*Via email*
Tracy R. Roman, Esq.
Raskin Peter Rubin & Simon LLP
1801 Century Park East
Suite 2300
Los Angeles, CA 90067-2325

*Via hand-delivery*
Anne Shea Gaza, Esq.
Frederick L. Cottrell, III
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19801

*Via email*
Mark H. Krietzman, Esq.
Valerie W. Ho, Esq.
Frank E. Merideth, Jr., Esq.
Steve Hassid, Esq.
Greenberg Traurig, LLP
2450 Colorado Ave., Suite 400E
Santa Monica, CA 90404

Dated: February 26, 2007          **CONNOLLY BOVE LODGE & HUTZ LLP**

By:    */s/ James D. Heisman*
       Jeffrey B. Bove (# 998)
       James D. Heisman (# 2746)

OF COUNSEL:        Jaclyn M. Mason (# 4737)
Scott R. Miller, Esq.        1007 N. Orange Street
Manuel C. Nelson, Esq.        P. O. Box 2207
**Connolly Bove Lodge & Hutz LLP**        Wilmington, DE 19899
355 South Grand Avenue        Tel: (302) 658-9141
Suite 3150        *Attorneys for Defendant ViewSonic*
Los Angeles, CA 90071        *Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of February 2007, a true and correct copy of the foregoing **Notice of Service of ViewSonic Corporation's Second Set of Requests for Admission to Plaintiff, ViewSonic Corporation's Third Set of Interrogatories to Plaintiff, and ViewSonic Corporation's Third Set of Requests for Production of Documents to Plaintiff** was hand-delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following and the document is available for viewing and downloading from CM/ECF:

| | |
|---|---|
| Richard D. Kirk, Esq. | Anne Shea Gaza, Esq. |
| The Bayard Firm | Frederick L. Cottrell, III |
| 222 Delaware Avenue | Richards, Layton & Finger, P.A. |
| Suite 900 | One Rodney Square |
| Wilmington, DE 19801 | Wilmington, DE 19801 |

I further certify that on the 26th day of February 2007, I have sent by email the foregoing document to the following non-registered participants:

| | |
|---|---|
| Cass W. Christenson, Esq. | Mark H. Krietzman, Esq. |
| Lora A. Brzezynski, Esq. | Valerie W. Ho, Esq. |
| Rel S. Ambrozy, Esq. | Frank E. Merideth, Jr., Esq. |
| McKenna Long & Aldridge LLP | Steve Hassid, Esq. |
| 1900 K Street, NW | Greenberg Traurig, LLP |
| Washington, DC 20006 | 2450 Colorado Ave., Suite 400E |
| | Santa Monica, CA 90404 |
| Tracy R. Roman, Esq. | |
| Raskin Peter Rubin & Simon LLP | |
| 1801 Century Park East | |
| Suite 2300 | |
| Los Angeles, CA 90067-2325 | |

        */s/ James D. Heisman*
        James D. Heisman (# 2746)
        jheisman@cblh.com