IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG Philips LCD Co., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 04-343-JJF |
| Tatung Co., Tatung Company of America Inc., | ) |
| and Viewsonic Corp., | ) JURY TRIAL DEMANDED |
| | ) |
| Defendants. | ) |
| | ) |

### NOTICE OF WITHDRAWAL OF SUBPOENA

To:  Richard D. Kirk, Esquire  
      The Bayard Firm  
      222 Delaware Avenue #900  
      Wilmington, DE 19899

      Tracy R. Roman, Esquire  
      Raskin Peter Rubin & Simon LLP  
      1801 Century Park East, Suite 2300  
      Los Angeles, CA 90067

      Scott R. Miller, Esquire  
      Connolly Bove Lodge & Hutz LLP  
      355 South Grand Avenue  
      Suite 3150  
      Los Angeles, CA 90071

Jeffrey B. Bove, Esquire  
James Heisman, Esquire  
Jaclyn M. Mason, Esquire  
Connolly Bove Lodge & Hutz LLP  
1007 North Orange Street  
P.O. Box 2207  
Wilmington, De 19899

Gaspare J. Bono, Esquire  
Rel S. Ambrozy, Esquire  
Lora A. Brzezynski, Esquire  
Cass W. Christenson, Esquire  
McKenna Long & Aldridge LLP  
1900 K Street, N.W.  
Washington D.C. 20006

PLEASE TAKE NOTICE that Defendants Tatung Company and Tatung Company of America, Inc. hereby withdraw the subpoena issued to Toshiba America, Inc. This subpoena will not be reissued at this time.

RLF1-3120261-1

Of Counsel:
Christopher Darrow
Mark H. Krietzman
Frank E. Merideth, Jr.
Alan R. Maler
Valerie W. Ho
Greenberg Traurig LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404
Telephone: 310-586-7700

Kathryn L. Clune
Greenberg Traurig LLP
800 Connecticut Avenue, N.W., Suite 500
Washington, DC 20006

Dated: February 27, 2007

*/s/ Anne Shea Gaza*
Frederick L. Cottrell, III (#2555)
Anne Shea Gaza (#4093)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
cottrell@rlf.com
gaza@rlf.com
*Attorneys for Defendants Tatung Co. and Tatung Company of America Inc.*

RLF1-3120261-1

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2007 I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Richard D. Kirk, Esquire
The Bayard Firm
222 Delaware Avenue #900
Wilmington, DE 19899

Jeffrey B. Bove, Esquire
James Heisman, Esquire
Jaclyn M. Mason, Esquire
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

I hereby certify that on February 27, 2007 I caused to be sent the foregoing document to the following non-registered participants in the manner indicated below:

**VIA FEDERAL EXPRESS**
Gaspare J. Bono, Esquire
Rel S. Ambrozy, Esquire
Lora A. Brzezynski, Esquire
Cass W. Christenson, Esquire
McKenna Long & Aldridge LLP
1900 K Street, N.W.
Washington D.C. 20006

**VIA FEDERAL EXPRESS**
Tracy R. Roman, Esquire
Raskin Peter Rubin & Simon LLP
1801 Century Park East, Suite 2300
Los Angeles, CA 90067

**VIA FEDERAL EXPRESS**
Scott R. Miller, Esquire
Connolly Bove Lodge & Hutz LLP
355 South Grand Avenue
Suite 3150
Los Angeles, CA 90071

Anne Shea Gaza (#4093)
Gaza@rlf.com

RLF1-2967131-1