IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| L.G.PHILIPS LCD CO., LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TATUNG CO.; ) <br> TATUNG COMPANY OF AMERICA, INC.; and ) <br> VIEWSONIC CORPORATION, ) <br> ) <br> Defendants. ) | C.A. NO. 04-343-JJF |

## NOTICE OF WITHDRAWAL

TO:   Richard D. Kirk, Esq.                           Anne Shea Gaza, Esq.
      The Bayard Firm                                 Frederick L. Cottrell, III
      222 Delaware Avenue                             Richards, Layton & Finger, P.A.
      Suite 900                                       One Rodney Square
      Wilmington, DE 19801                            Wilmington, DE 19801

      Cass W. Christenson, Esq.                       Mark H. Krietzman, Esq.
      Lora A. Brzezynski, Esq.                        Valerie W. Ho, Esq.
      Rel S. Ambrozy, Esq.                            Frank E. Merideth, Jr., Esq.
      McKenna Long & Aldridge LLP                     Steve Hassid, Esq.
      1900 K Street, NW                               Greenberg Traurig, LLP
      Washington, DC 20006                            2450 Colorado Ave., Suite 400E
                                                      Santa Monica, CA 90404

      Tracy R. Roman, Esq.
      Raskin Peter Rubin & Simon LLP
      1801 Century Park East
      Suite 2300
      Los Angeles, CA 90067-2325

PLEASE TAKE NOTICE that Defendant ViewSonic Corporation, by its undersigned counsel, hereby withdraws its Subpoena issued to Fujitsu America, Inc. dated February 13, 2007. This Subpoena will not be reissued at this time.

Dated: February 28, 2007    **CONNOLLY BOVE LODGE & HUTZ LLP**

By:    __/s/ *James D. Heisman*__
Jeffrey B. Bove (# 998)
James D. Heisman (# 2746)
OF COUNSEL:    Jaclyn M. Mason (# 4737)
Scott R. Miller, Esq.    1007 N. Orange Street
Manuel C. Nelson, Esq.    P. O. Box 2207
**Connolly Bove Lodge & Hutz LLP**    Wilmington, DE 19899
355 South Grand Avenue    Tel: (302) 658-9141
Suite 3150    *Attorneys for Defendant ViewSonic*
Los Angeles, CA 90071    *Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of February 2007, a true and correct copy of the foregoing **NOTICE OF WITHDRAWAL OF SUBPOENA TO FUJITSU AMERICA, INC.** was hand-delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following and the document is available for viewing and downloading from CM/ECF:

| | |
|---|---|
| Richard D. Kirk, Esq. | Anne Shea Gaza, Esq. |
| The Bayard Firm | Frederick L. Cottrell, III |
| 222 Delaware Avenue | Richards, Layton & Finger, P.A. |
| Suite 900 | One Rodney Square |
| Wilmington, DE 19801 | Wilmington, DE 19801 |

I further certify that on this 28th day of February 2007, I have sent by email the foregoing document to the following non-registered participants:

| | |
|---|---|
| Cass W. Christenson, Esq. | Mark H. Krietzman, Esq. |
| Lora A. Brzezynski, Esq. | Valerie W. Ho, Esq. |
| Rel S. Ambrozy, Esq. | Frank E. Merideth, Jr., Esq. |
| McKenna Long & Aldridge LLP | Steve Hassid, Esq. |
| 1900 K Street, NW | Greenberg Traurig, LLP |
| Washington, DC 20006 | 2450 Colorado Ave., Suite 400E |
| | Santa Monica, CA 90404 |

Tracy R. Roman, Esq.
Raskin Peter Rubin & Simon LLP
1801 Century Park East
Suite 2300
Los Angeles, CA 90067-2325

I further certify that on this 28th day of February 2007, I have sent by U.S. mail the foregoing document to the following non-registered participant:

Fujitsu America, Inc.
c/o CT Corporation Systems, Inc.
Registered Agent for Service of Process
818 West 7th Street, 2nd Floor
Los Angeles, CA 90017


                                               */s/ James D. Heisman*
                                               James D. Heisman (# 2746)
                                                   jheisman@cblh.com