IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG Philips LCD Co., Ltd. ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 04-343-JJF |
| vs. ) | |
| ) | |
| Tatung Company, Tatung Company of ) | |
| America Inc., and Viewsonic Corp. ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF ISSUANCE OF SUBPOENA

PLEASE TAKE NOTICE on February 28, 2007, that the attached subpoena duces tecum was issued for service upon International Business Machines Corporation.

BIFFERATO GENTILOTTI & BALICK, LLC

/s/ Joanne Ceballos
Joanne Ceballos (#2854)
711 King Street
Wilmington, Delaware 19801
(302) 429-1900
jceballos@bgbblaw.com

Attorneys for Tatung Company and Tatung Company of America

Dated: February 28, 2007