IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 04-343-JJF ) ) |
| TATUNG CO.; TATUNG COMPANY OF AMERICA, INC.; AND VIEWSONIC CORPORATION | ) ) ) ) |
| Defendants. | ) ) ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on February 28, 2007, copies of **DEFENDANT VIEWSONIC CORPORATION'S FOURTH SET OF INTERROGATORIES TO PLAINTIFF LG. PHILIPS LCD CO., LTD** were served as shown:

**BY HAND DELIVERY AND U.S. MAIL**

Richard D. Kirk
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Cass W. Christenson
Lora A. Brzezynski
McKenna Long & Aldridge LLP
1900 K Street NW
Washington, DC 20006

Frederick L. Cottrell III
Anne Shea Gaza
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801

Mark H. Krietzman
Valerie W. Ho
Frank E. Merideth, Jr.
Steve P. Hassid
Greenberg Traurig LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404

**BY E-MAIL**

Tracy R. Roman
Raskin Peter Rubin & Simon
1801 Century Park East 23rd Floor
Los Angeles, CA 90067

524517_1.DOC

PLEASE TAKE FURTHER NOTICE that, on February 28, 2007, copies of this **NOTICE OF SERVICE** were served as shown:

**BY E-MAIL AND HAND-DELIVERY**

Richard D. Kirk
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Frederick L. Cottrell III
Anne Shea Gaza
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801

**BY E-MAIL AND U.S. MAIL**

Cass W. Christenson
Lora A. Brzezynski
McKenna Long & Aldridge LLP
1900 K Street NW
Washington, DC 20006

Mark H. Krietzman
Valerie W. Ho
Frank E. Merideth, Jr.
Steve P. Hassid
Greenberg Traurig LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404

Tracy R. Roman
Raskin Peter Rubin & Simon
1801 Century Park East 23rd Floor
Los Angeles, CA 90067

Dated: February 28, 2007

CONNOLLY BOVE LODGE & HUTZ LLP

By: /s/ *James D. Heisman*
    Jeffrey B. Bove, Esq. (#998)
    James D. Heisman (# 2746)
    Jaclyn M. Mason, Esq. (#4737)
    The Nemours Building, 8th floor
    1007 North Orange Street
    Wilmington, DE 19801
    Telephone: (302) 658.9141
    Facsimile:  (302) 658.5614

*Attorneys for Defendant ViewSonic Corporation*

Of Counsel:

Scott R. Miller
Connolly Bove Lodge & Hutz LLP
355 South Grand Ave.
Suite 3150
Los Angeles, CA 90071

*Attorney for ViewSonic Corporation*

## **CERTIFICATE OF SERVICE**

I, James D. Heisman, hereby certify that on February 28, 2007, a true copy of the foregoing **NOTICE OF SERVICE OF DEFENDANT VIEWSONIC CORPORATION'S FOURTH SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF LG. PHILIPS LCD CO., LTD.** was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following and the document is available for viewing and downloading from CM/ECF:

Richard D. Kirk
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Anne Shea Gaza
Frederick L. Cottrell III
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19801

I hereby certify that on the February 28, 2007, I have sent by email and U.S. Mail the foregoing document to the following non-registered participants:

Cass W. Christenson
Lora A. Brzezynski
Rel Ambrozy
McKenna Long & Aldridge LLP
1900 K Street NW
Washington, DC 20006

Tracy R. Roman
Raskin Peter Rubin & Simon
1801 Century Park East 23rd Floor
Los Angeles, CA 90067

Mark H. Krietzman
Valerie W. Ho
Frank E. Merideth, Jr.
Steve P. Hassid
Greenberg Traurig LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404

By: /s/ *James D. Heisman*
James D. Heisman (# 2746)
jheisman@cblh.com

February 28, 2007