IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LG Philips LCD Co., Ltd., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 04-343 JJF |
| | ) | |
| vs. | ) | |
| | ) | |
| Tatung Company, Tatung Company of America Inc., and Viewsonic Corp., | ) | |
| | ) | |
| Defendants. | ) | |

## REQUEST FOR REMOVAL FROM THE CM/ECF ELECTRONIC NOTICE LIST

To:   Clerk of the Court

Adam Balick, Esquire requests that he be removed from the CM/ECF electronic notice list so that he does not receive notices of electronic filings in the above captioned matter.

BIFFERATO GENTILOTTI & BALICK, LLC

_____
Adam Balick (ID# 2718)
711 King Street
Wilmington, DE 19801
abalick@bgbde.com

Attorneys for Tatung Company and
Tatung Company of America, Inc.

Dated:   March 1, 2007