IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD.,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>TATUNG CO.;<br>TATUNG COMPANY OF AMERICA, INC.; AND<br>VIEWSONIC CORPORATION<br><br>　　　　　　Defendants. | CIVIL ACTION NO. 04-343 |

### NOTICE OF DEPOSITION OF AVNET, INC. PURSUANT TO RULE 30(b)(6)

TO:　　Richard D. Kirk, Esquire
　　　　The Bayard Firm
　　　　222 Delaware Avenue #900
　　　　Wilmington, DE 19899

　　　　Jeffrey B. Bove, Esquire
　　　　Jaclyn M. Mason, Esquire
　　　　Connolly Bove Lodge & Hutz LLP
　　　　1007 North Orange Street
　　　　P.O. Box 2207
　　　　Wilmington, DE 19899

　　　　Gaspare J. Bono, Esquire
　　　　Rel S. Ambrozy, Esquire
　　　　Lora A. Brzezynski, Esquire
　　　　Cass W. Christenson, Esquire
　　　　McKenna Long & Aldridge LLP
　　　　1900 K Street, N.W.
　　　　Washington D.C. 20006

　　　　Tracy R. Roman, Esquire
　　　　Raskin Peter Rubin & Simon LLP
　　　　1801 Century Park East
　　　　Suite 2300
　　　　Los Angeles, CA 90067

　　　　Scott R. Miller, Esquire
　　　　Connolly Bove Lodge & Hutz LLP
　　　　355 South Grand Avenue
　　　　Suite 3150
　　　　Los Angeles, CA 90071

　　　PLEASE TAKE NOTICE that pursuant to Rules 26 and Rule 30(b)(6) of the Federal Rules of Civil Procedure ("FRCP"), Defendants Tatung Company and Tatung Company of America will take the deposition of Avnet, Inc. ("Avnet") beginning on March 29, 2007 at 10:00 a.m. at the offices of Greenberg Traurig, LLP, 2375 East Camelback Road, Suite 700, Phoenix,

AZ 85016, or at such other time and/or place as counsel for all parties may agree in writing. The deposition will be conducted upon oral examination before a certified court reporter authorized by law to administer oaths. The deposition will continue from day to day until completed. The deposition will be recorded by videotape and stenographically, and may use technology that permits the real time display of the deposition transcript. Parties wishing to see the real time display must supply their own computer.

Pursuant to FRCP 30(b)(6), Avnet shall designate one or more officers, directors, agents or other representatives who consent to testify on its behalf, to testify as to matters known or reasonably available to Avnet regarding the topics listed in the attached list of topics. To the extent more than one deponent is identified, Avnet shall state in advance of the deposition which portions of this notice each deponent is prepared to address.

All parties are invited to attend and cross-examine.

Of Counsel:
Frank E. Merideth, Jr.
Mark H. Krietzman
Valerie W. Ho
Steve Hassid
Greenberg Traurig LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404
Telephone: 310-586-7700

Dated: March 2, 2007

Frederick L. Cottrell, III (#2555)
Anne Shea Gaza (#4093)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
cottrell@rlf.com
gaza@rlf.com

*Attorneys for Defendant Tatung Company*

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2007 I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

| | |
|---|---|
| Richard D. Kirk, Esquire<br>The Bayard Firm<br>222 Delaware Avenue #900<br>Wilmington, DE 19899 | Jeffrey B. Bove, Esquire<br>James Heisman, Esquire<br>Jaclyn M. Mason, Esquire<br>Connolly Bove Lodge & Hutz LLP<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899 |

I hereby certify that on March 2, 2007 I caused to be sent the foregoing document to the following non-registered participants in the manner indicated below:

| | |
|---|---|
| **VIA FEDERAL EXPRESS**<br>Gaspare J. Bono, Esquire<br>Rel S. Ambrozy, Esquire<br>Lora A. Brzezynski, Esquire<br>Cass W. Christenson, Esquire<br>McKenna Long & Aldridge LLP<br>1900 K Street, N.W.<br>Washington D.C. 20006 | **VIA FEDERAL EXPRESS**<br>Tracy R. Roman, Esquire<br>Raskin Peter Rubin & Simon LLP<br>1801 Century Park East, Suite 2300<br>Los Angeles, CA 90067<br><br>**VIA FEDERAL EXPRESS**<br>Scott R. Miller, Esquire<br>Connolly Bove Lodge & Hutz LLP<br>355 South Grand Avenue<br>Suite 3150<br>Los Angeles, CA 90071 |

/s/ Anne Shea Gaza
Anne Shea Gaza (#4093)
Gaza@rlf.com

RLF1-2967131-1