

# CONNOLLY BOVE LODGE & HUTZ LLP
### ATTORNEYS AT LAW

JAMES D. HEISMAN
Partner
Tel 658-9141
Fax 252-4208
Email jheisman@cblh.com
Reply to Wilmington Office

WILMINGTON, DE

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

March 6, 2007

*Via CM/ECF and hand-delivery*
Ms. Deborah Krett
Case Manager
U.S. District Court
844 King St., Lockbox 27
Wilmington, DE 19801

  RE: ***Request for Permission to Have Laptop Computers in Courtroom 2A***
     *LG.Philips v. Tatung and ViewSonic*, C.A. No. 04-343 (JJF)

Dear Ms. Krett:

  We are scheduled to appear at a hearing in Courtroom 2A before Special Master Poppiti commencing at 8:30 a.m. on **March 9, 2007** and request permission to bring laptop computers as well as several liquid display monitors to Courtroom 2A to assist in the presentation during the hearing. We are aware of the Court's October 20, 2004 Order and agree to comply with the policies and procedures instituted by the Court as well as the United States Marshal's policy regarding electronic devices. Attached is a Form of Order.

               Respectfully,

               James D. Heisman (# 2746)

Enclosure
xc: Special Master Vincent J. Poppiti (via hand-delivery w/ enclosure)
   David Thomas, U.S. Marshal (via hand-delivery w/ enclosure)
   Keith Ash, Chief Court Security Officer (via hand-delivery w/ enclosure)
   All Counsel of Record (via CM/ECF)
   525359/70104*4