IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| L.G.PHILIPS LCD CO., LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TATUNG CO.; ) <br> TATUNG COMPANY OF AMERICA, INC.; and ) <br> VIEWSONIC CORPORATION, ) <br> ) <br> Defendants. ) | C.A. NO. 04-343-JJF |

## ORDER

The attorneys and staff listed below are permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 2A, laptop computers and liquid display monitors for a hearing commencing at **8:30 a.m. on March 9, 2007**. Counsel shall comply with the inspection provisions of the United States Marshal.

James D. Heisman, Esq.
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899
(302) 658-9141

Tracy R. Roman, Esq.
RASKIN PETER RUBIN & SIMON
1801 Century Park East
23rd Floor
Los Angeles, CA 90067
(310) 277-0010

Date: March ____, 2007

_____
JOSEPH J. FARNAN, JR.
United States District Court Judge