IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD.,<br><br>  Plaintiff,<br><br>v.<br><br>TATUNG CO.;<br>TATUNG COMPANY OF AMERICA, INC.; AND<br>VIEWSONIC CORPORATION,<br><br>  Defendants. | C.A. NO. 04-343-JJF |

### RE-NOTICE OF DEPOSITION OF PANASONIC CORPORATION OF NORTH AMERICA PURSUANT TO RULE 30(b)(6)

TO:   Richard D. Kirk, Esquire
      The Bayard Firm
      222 Delaware Avenue #900
      Wilmington, DE 19899

      Gaspare J. Bono, Esquire
      Rel S. Ambrozy, Esquire
      Lora A. Brzezynski, Esquire
      Cass W. Christenson, Esquire
      McKenna Long & Aldridge LLP
      1900 K Street, N.W.
      Washington D.C. 20006

      Jeffrey B. Bove, Esquire
      Jaclyn M. Mason, Esquire
      Connolly Bove Lodge & Hutz LLP
      1007 North Orange Street
      P.O. Box 2207
      Wilmington, DE 19899

      Tracy R. Roman, Esquire
      Raskin Peter Rubin & Simon LLP
      1801 Century Park East
      Suite 2300
      Los Angeles, CA 90067

      Scott R. Miller, Esquire
      Connolly Bove Lodge & Hutz LLP
      355 South Grand Avenue
      Suite 3150
      Los Angeles, CA 90071

PLEASE TAKE NOTICE that pursuant to Rules 26 and Rule 30(b)(6) of the Federal Rules of Civil Procedure ("FRCP"), Defendants Tatung Company and Tatung Company of America will take the deposition of Panasonic Corporation of North America ("Panasonic") beginning on March 26, 2007 at 10:00 a.m. at the offices of Greenberg Traurig, LLP located at

200 park Avenue, Florham Park, New Jersey 07932 or at such other time and/or place as counsel for all parties may agree in writing. This deposition was previously scheduled to commence on March 5, 2007, but is hereby rescheduled for march 26, 2007 at 10:00 a.m. The deposition will be conducted upon oral examination before a certified court reporter authorized by law to administer oaths. The deposition will continue from day to day until completed. The deposition will be recorded by videotape and stenographically, and may use technology that permits the real time display of the deposition transcript. Parties wishing to see the real time display must supply their own computer.

Pursuant to FRCP 30(b)(6), Panasonic shall designate one or more officers, directors, agents or other representatives who consent to testify on its behalf, to testify as to matters known or reasonably available to Panasonic regarding the topics listed in the attached list of topics. To the extent more than one deponent is identified, Panasonic shall state in advance of the deposition which portions of this notice each deponent is prepared to address.

All parties are invited to attend and cross-examine.

| | |
|---|---|
| Of Counsel:<br>Frank E. Merideth, Jr.<br>Mark H. Krietzman<br>Valerie W. Ho<br>Steve Hassid<br>Greenberg Traurig LLP<br>2450 Colorado Avenue, Suite 400E<br>Santa Monica, CA 90404<br>Telephone: 310-586-7700 | Frederick L. Cottrell, III (#2555)<br>Anne Shea Gaza (#4093)<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, Delaware 19899<br>(302) 651-7700<br>cottrell@rlf.com<br>gaza@rlf.com |
| Dated: March 6, 2007 | *Attorneys for Defendant Tatung Company* |

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2007 I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Richard D. Kirk, Esquire
The Bayard Firm
222 Delaware Avenue #900
Wilmington, DE 19899

Jeffrey B. Bove, Esquire
James Heisman, Esquire
Jaclyn M. Mason, Esquire
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

I hereby certify that on March 6, 2007 I caused to be sent the foregoing document to the following non-registered participants in the manner indicated below:

**VIA FEDERAL EXPRESS**
Gaspare J. Bono, Esquire
Rel S. Ambrozy, Esquire
Lora A. Brzezynski, Esquire
Cass W. Christenson, Esquire
McKenna Long & Aldridge LLP
1900 K Street, N.W.
Washington D.C. 20006

**VIA FEDERAL EXPRESS**
Tracy R. Roman, Esquire
Raskin Peter Rubin & Simon LLP
1801 Century Park East, Suite 2300
Los Angeles, CA 90067

**VIA FEDERAL EXPRESS**
Scott R. Miller, Esquire
Connolly Bove Lodge & Hutz LLP
355 South Grand Avenue
Suite 3150
Los Angeles, CA 90071

Anne Shea Gaza (#4093)
Gaza@rlf.com

RLF1-2967131-1