# EXHIBIT 1

| | | |
|---|---|---|
| Albany | **McKenna Long** | New York |
| Atlanta | **& Aldridge** LLP | Philadelphia |
| Brussels | Attorneys at Law | San Diego |
| Denver | 303 Peachtree Street, NE • Suite 5300 • Atlanta, GA 30308 | San Francisco |
| Los Angeles | Tel: 404.527.4000 • Fax: 404.527.4198 | Washington, D.C. |
| | www.mckennalong.com | |

February 2, 2007

**VIA E-MAIL AND US MAIL**

Scott R. Miller
Connolly Bove Lodge & Hutz LLP
Wells Fargo Center
South Tower, Suite 3150
355 South Grand Avenue
Los Angeles, CA 90071
smiller@cblh.com

Mark H. Krietzman
Greenberg Traurig LLP
2450 Colorado Avenue
Suite 400E
Santa Monica, CA 90404
krietzmanm@GTLAW.com

Re:   *LG.Philips LCD Co., Ltd. v. ViewSonic Corporation, et al.;*
      U.S. District Court Case No. 04-343 JJF

Dear Counsel:

Attached are Declarations of Michael I. Angert and Derek A. Auito declaring that neither has participated in or engaged in any patent prosecution related activity involving LG.PHILIPS LCD CO., LTD. ("LPL") relating to the Subject Matter as defined in the Protective Order. Please understand that your concern arose from the fact that it is the policy of McKenna Long & Aldridge LLP ("MLA") to list all of its registered patent attorneys on its Power of Attorney for LPL filed with the United States Patent & Trademark Office.

Please contact me if you have any additional concerns on this topic.

Regards,

Rel S. Ambrozy

RSA/ms
cc:   Tracy R. Roman (via email)
      Scott R. Miller (via email)
      Mark H. Krietzman (via email)
      Valerie W. Ho (via email)
      Jong P. Hong (via email)
      Manuel Nelson (via email)
      Steve Hassid (via email)
      Anne Shea Gaza (via email)
      Fred Cottrell (via email)
      Jaclyn Michel Mason (via email)
      Jeffrey B. Bove (via email)
      Richard Horwitz (via email)

DC:50459568.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| LG.PHILIPS LCD CO., LTD., |  |
|---|---|
| Plaintiff, | |
| v. | |
| TATUNG COMPANY; TATUNG COMPANY OF AMERICA, INC.; and VIEWSONIC CORPORATION, | Civil Action No. 04-343-JJF |
| Defendants. | |

## **DECLARATION OF DEREK A. AUITO**

I, Derek A. Auito, declare under penalty of perjury that I have not and will not:

(1) participate in, direct or supervise any patent prosecution activity related to the patents-in-suit or currently participated in, direct or supervise any patent prosecution activity involving (i) flat panel or flat panel display technology or (ii) technology related or referring to or incorporating flat panels or flat panels displays (collectively, "the Subject Matter"). During the pendency of this litigation and for one year after the full and final conclusion of this litigation, including all appeals, I understand that I will not participate in, direct or supervise any patent prosecution activity in the United States Patent and Trademark Office or with any patent office outside the United States involving the Subject Matter. (Section 4.1(a)(1) of the Protective Order in the above titled case for Jurisdictional Discovery)

(2) provide non-legal, business advise or non-legal, business representation or to clients in the flat panel display industry wherein the highly sensitive business-related financial information of any opposing party would be relevant to such non-legal, business advise or non-legal, business representation. During the pendency of this litigation and for one year after the full and final conclusion of this litigation, including all appeals, I understand that I will not provide non-legal, business advise or non-legal, business representation to clients in the flat panels display industry wherein the highly sensitive business-related information of any opposing party would be relevant to such non-legal, business advice or representation; or (Section 4.1(a)(2) of the Protective Order in the above titled case for Jurisdictional Discovery)

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this 2nd day of February, 2007.

_____
Derek A. Auito

DC:50459541.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD.,<br>       Plaintiff,<br>v.<br>TATUNG COMPANY; TATUNG<br>COMPANY OF AMERICA, INC.;<br>and VIEWSONIC CORPORATION,<br>       Defendants. | Civil Action No. 04-343-JJF |

## DECLARATION OF MICHAEL L. ANGERT

I, Michael I. Angert, declare under penalty of perjury that I have not and will not:

(1) participate in, direct or supervise any patent prosecution activity related to the patents-in-suit or currently participated in, direct or supervise any patent prosecution activity involving (i) flat panel or flat panel display technology or (ii) technology related or referring to or incorporating flat panels or flat panels displays (collectively, "the Subject Matter"). During the pendency of this litigation and for one year after the full and final conclusion of this litigation, including all appeals, I understand that I will not participate in, direct or supervise any patent prosecution activity in the United States Patent and Trademark Office or with any patent office outside the United States involving the Subject Matter. (Section 4.1(a)(1) of the Protective Order in the above titled case for Jurisdictional Discovery)

(2) provide non-legal, business advise or non-legal, business representation or to clients in the flat panel display industry wherein the highly sensitive business-related financial information of any opposing party would be relevant to such non-legal, business advise or non-legal, business representation. During the pendency of this litigation and for one year after the full and final conclusion of this litigation, including all appeals, I understand that I will not provide non-legal, business advise or non-legal, business representation to clients in the flat panels display industry wherein the highly sensitive business-related information of any opposing party would be relevant to such non-legal, business advice or representation; or (Section 4.1(a)(2) of the Protective Order in the above titled case for Jurisdictional Discovery)

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this 2nd day of February, 2007.

                _/s/ Michael I. Angert_____
                Michael I. Angert

DC:50459550.1

| | **McKenna Long** | |
|---|---|---|
| Atlanta | **& Aldridge**LLP | San Diego |
| Denver | Attorneys at Law | San Francisco |
| Los Angeles | 1900 K Street, NW • Washington, DC 20006 | Washington, DC |
| | 202.496.7500 • Fax: 202.496.7756 | |
| Philadelphia | www.mckennalong.com | Brussels |

February 6, 2007

**VIA E-MAIL AND US MAIL**

Scott R. Miller  
Connolly Bove Lodge & Hutz LLP  
Wells Fargo Center  
South Tower, Suite 3150  
355 South Grand Avenue  
Los Angeles, CA 90071  
smiller@cblh.com

Mark H. Krietzman  
Greenberg Traurig LLP  
2450 Colorado Avenue  
Suite 400E  
Santa Monica, CA 90404  
krietzmanm@GTLAW.com

Re: *LG.Philips LCD Co., Ltd. v. ViewSonic Corporation, et al.*;  
U.S. District Court Case No. 04-343 JJF

Dear Counsel:

Attached is a Declaration of Jennifer L. Davis declaring that she has not and will not participate in or engage in any patent prosecution related activity involving LG.PHILIPS LCD CO., LTD. relating to the Subject Matter as defined in the Protective Order. Please contact me if you have any further questions.

Regards,

Rel S. Ambrozy

cc: Tracy R. Roman (via email)  
Scott R. Miller (via email)  
Mark H. Krietzman (via email)  
Valerie W. Ho (via email)  
Jong P. Hong (via email)  
Manuel Nelson (via email)  
Steve Hassid (via email)  
Anne Shea Gaza (via email)  
Fred Cottrell (via email)  
Jaclyn Michel Mason (via email)  
Jeffrey B. Bove (via email)  
Richard Horwitz (via email)

DC:50459587.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., <br>                 Plaintiff, <br> v. <br> TATUNG COMPANY; TATUNG COMPANY OF AMERICA, INC.; and VIEWSONIC CORPORATION, <br><br>                 Defendants. | Civil Action No. 04-343-JJF |

### **DECLARATION OF JENNIFER L. DAVIS**

I, Jennifer L. Davis, declare under penalty of perjury that I have not and will not:

(1) participate in, direct or supervise any patent prosecution activity related to the patents-in-suit or currently participated in, direct or supervise any patent prosecution activity involving (i) flat panel or flat panel display technology or (ii) technology related or referring to or incorporating flat panels or flat panels displays (collectively, "the Subject Matter"). During the pendency of this litigation and for one year after the full and final conclusion of this litigation, including all appeals, I understand that I will not participate in, direct or supervise any patent prosecution activity in the United States Patent and Trademark Office or with any patent office outside the United States involving the Subject Matter. (Section 4.1(a)(1) of the Protective Order in the above titled case for Jurisdictional Discovery)

(2) provide non-legal, business advise or non-legal, business representation or to clients in the flat panel display industry wherein the highly sensitive business-related financial information of any opposing party would be relevant to such non-legal, business advise or non-legal, business representation. During the pendency of this litigation and for one year after the full and final conclusion of this litigation, including all appeals, I understand that I will not provide non-legal, business advise or non-legal, business representation to clients in the flat panels display industry wherein the highly sensitive business-related information of any opposing party would be relevant to such non-legal, business advice or representation; or (Section 4.1(a)(2) of the Protective Order in the above titled case for Jurisdictional Discovery)

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this 5th day of February, 2007.

_____
Jennifer L. Davis

DC:50459544.2