# EXHIBIT 2

# Christenson, Cass

| | |
|---|---|
| **From:** | Bono, Gaspare |
| **Sent:** | Sunday, March 04, 2007 7:53 PM |
| **To:** | 'MeridethF@GTLAW.com' |
| **Cc:** | 'rkirk@bayardfirm.com'; 'astitzer@bayardfirm.com'; 'tnuble@bayardfirm.com'; Christenson, Cass; Ambrozy, Rel; Connor, Cormac; 'jbove@cblh.com'; 'jheisman@cblh.com'; 'jmason@cblh.com'; 'smiller@cblh.com'; 'troman@raskinpeter.com'; 'cottrell@rlf.com'; 'gaza@rlf.com'; 'lees@rlf.com'; 'krietzmanm@gtlaw.com'; 'hov@gtlaw.com'; 'hassids@gtlaw.com'; 'bialasm@gtlaw.com' |
| **Subject:** | RE: Copy of Assignment Document |

Dear Frank: Thank you for sending me today the assignment document you referred to in the conference call with Judge Poppiti on Friday. I am sure your failure to send it before was an oversight, or the result of an unintentional miscommunication with one of your colleagues. However, I am concerned because, contrary to your representations to Judge Poppiti, the document you forwarded to me bears bates numbers LPL 006417-006421, so it had previously been produced by LG.Philips. You told the court that we had failed to produce the document. This was not correct, and I would like you to correct the matter with the court on Monday so I do not have to. Please refrain from making misrepresentations to Judge Poppiti in the future. Thank you for your anticipated cooperation. Regards, Gap


-----Original Message-----
From: MeridethF@GTLAW.com [mailto:MeridethF@GTLAW.com]
Sent: Sunday, March 04, 2007 11:05 PM
To: Bono, Gaspare; Ambrozy, Rel; Christenson, Cass
Subject: FW: Assignment docs

Here is a copy of the assignment filed with the PTO by your office.
----------------------------------------------------------

-----Original Message-----
From: Bono, Gaspare
Sent: Sunday, March 04, 2007 8:20 PM
To: 'MeridethF@GTLAW.com'
Cc: 'rkirk@bayardfirm.com'; 'astitzer@bayardfirm.com'; 'tnuble@bayardfirm.com'; Christenson, Cass; Ambrozy, Rel; Connor, Cormac; 'jbove@cblh.com'; 'jheisman@cblh.com'; 'jmason@cblh.com'; 'smiller@cblh.com'; 'troman@raskinpeter.com'; 'cottrell@rlf.com'; 'gaza@rlf.com'; 'lees@rlf.com'; 'krietzmanm@gtlaw.com'; 'hov@gtlaw.com'; 'hassids@gtlaw.com'; 'bialasm@gtlaw.com'
Subject: RE: Copy of Assignment Document

Dear Frank: No one on my team has received anything from either you or Mark. I do not have a copy of what you were referring to. Please resend immediately. Also, please send me the e-mail that Mark supposedly sent on Friday because I would like to figure out why no one received it. Also, on Friday you told me you had the alleged document as part of an e-mail on your laptop in the deposition room and you told me that you would forward the document directly to me. Apparently, you did not do so. I am again requesting that you send the document by e-mail to me immediately, and copy Rel and Cass. Thank you for your anticipated cooperation. Regards, Gap

-----Original Message-----
From: MeridethF@GTLAW.com [mailto:MeridethF@GTLAW.com]
Sent: Sunday, March 04, 2007 12:41 AM
To: Bono, Gaspare
Subject: RE: Copy of Assignment Document

Mark forwarded a clean copy to you Friday afternoon. My understanding is that you already have a copy, in any event. If you did not get a copy from Mark, let me know and I will have it resent.

1

------------------------------------------------------

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.


The information contained in this transmission may contain privileged and confidential information.  It is intended only for the use of the person(s) named above. If you are not the intended recipient,  you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. To reply to our email administrator directly, please send an email to postmaster@gtlaw.com.

------------------------------------------------------


From: Bono, Gaspare [mailto:gbono@mckennalong.com]
Sent: Saturday, March 03, 2007 4:19 PM
To: Merideth, Frank (Shld-LA-LT)
Cc: rkirk@bayardfirm.com; astitzer@bayardfirm.com; tnuble@bayardfirm.com; Christenson, Cass; Ambrozy, Rel; Connor, Cormac; jbove@cblh.com; jheisman@cblh.com; jmason@cblh.com; smiller@cblh.com; troman@raskinpeter.com; cottrell@rlf.com; gaza@rlf.com; lees@rlf.com; Krietzman, Mark H. (Shld-LA-IP); Ho, Valerie W. (Shld-LA-LT); Hassid, Steve (Assoc-LA-IP); Bialas, Monika (Secy-LA-IP)
Subject: Copy of Assignment Document

Dear Frank: During the conference call with Judge Poppiti on Friday, you referred to an assignment document that you said you had in your possession that was in the PTO file that had not yet been produced in discovery in the case. I asked you to provide me with a copy, and you said you would e-mail it to me. I later gave you my card at the deposition on Friday afternoon with my e-mail address on it, and again asked you to e-mail the document to me. You again said you would.
However, I have not yet received any e-mail from you with the assignment document. Please e-mail the document to me before Monday. Thank you for your cooperation. Regards, Gap

CONFIDENTIALITY NOTICE:
This e-mail and any attachments contain information from the law firm of McKenna Long & Aldridge LLP, and are intended solely for the use of the named recipient or recipients. This e-mail may contain privileged attorney/client communications or work product. Any dissemination of this e-mail by anyone other than an intended recipient is strictly prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you believe you have received this e-mail in error, notify the sender immediately and permanently delete the e-mail, any attachments, and all copies thereof from any drives or storage media and destroy any printouts of the e-mail or attachments.

# Brzezynski, Lora

**From:** Ambrozy, Rel
**Sent:** Tuesday, March 06, 2007 12:01 PM
**To:** Brzezynski, Lora
**Subject:** FW: Assignment docs

**Attachments:** Assig001.PDF


Assig001.PDF
(270 KB)

```
-----Original Message-----
From: MeridethF@GTLAW.com [mailto:MeridethF@GTLAW.com]
Sent: Sunday, March 04, 2007 6:05 PM
To: Bono, Gaspare; Ambrozy, Rel; Christenson, Cass
Subject: FW: Assignment docs

Here is a copy of the assignment filed with the PTO by your office.
------------------------------------------------------------

    Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS
under Circular 230, we inform you that any U.S. federal tax advice contained in this
communication (including any attachments), unless otherwise specifically stated, was not
intended or written to be used, and cannot be used, for the purpose of (1) avoiding
penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to
another party any matters addressed herein.


    The information contained in this transmission may contain privileged and
confidential information.  It is intended only for the use of the person(s) named above.
If you are not the intended recipient,  you are hereby notified that any review,
dissemination, distribution or duplication of this communication is strictly prohibited.
If you are not the intended recipient, please contact the sender by reply email and
destroy all copies of the original message. To reply to our email administrator directly,
please send an email to postmaster@gtlaw.com.

------------------------------------------------------------
```

| | | |
|---|---|---|
| Atty Docket No.: LG. PHILIPS<br>FORM PTO-1595<br>1-31-92 | 10-01-1999<br>▮▮▮▮▮▮▮▮▮▮▮▮<br>101159495 | U.S. DEPARTMENT OF COMMERCE<br>Patent and Trademark Office |

To the Honorable Commissioner of Patents and Trademarks: ... original documents or copy thereof.

| 1. Name of conveying party(ies):<br><br>LG ELECTRONICS, INC.<br><br>MRD<br>9-29-99<br><br>Additional name(s) of conveying party(ies) attached? ☐Yes ☐No | 2. Name and address of receiving party(ies):<br><br>Name:    LG. PHILIPS LCD CO., LTD<br>Address:  20 Yoido-dong, Youngdungpo-ku<br>          Seoul 150-068, KOREA<br><br>[OIPE SEP 29 1999 stamp]<br><br>Additional name(s) and address(es) attached? ☐Yes ■No |
|---|---|
| 3. Nature of Conveyance:<br>  ■ Assignment          ☐ Merger<br>  ☐ Security Agreement  ☐ Change of Name<br>  ☐ Other<br>     Execution Date:  September 21, 1999 | |

4. Application number(s) or patent number(s): SEE ATTACHED APPENDIX I AND II TO ASSIGNMENT

If this document is being filed together with a new application, the execution date of the application is:

| A. Patent Application No.(s) | B. Patent No.(s) |
|---|---|

Additional numbers attached? ■Yes ☐No

| 5. Name and address of party to whom correspondence concerning document should be mailed:<br><br>LONG ALDRIDGE & NORMAN LLP<br>701 Pennsylvania Avenue, N.W.<br>6th Floor<br>Washington, D.C. 20004 | 6. Total applications and patents involved:  376 |
|---|---|
| | 7. Total fee (37 CFR 3.41):  $15,040.00<br>  ■ Enclosed<br>  ☐ Authorized to be charged to deposit account |
| | 8. Deposit account number:  50-0911<br>(Attach duplicate copy of this page if paying by deposit account) |

DO NOT USE THIS SPACE

9. Statement and signature

*To the best of my knowledge and belief, the foregoing information is true and correct and any attached copy is a true copy of the original document.*

| SONG K. JUNG | [signature] | 9/29/99 |
|---|---|---|
| Name of Person Signing | Signature | Date |

Registration Number:  35,210

Total number of pages including this cover sheet:  5

---

Do not detach this portion

Mail documents to be recorded with required cover sheet information to:

Commissioner of Patents and Trademarks
Box Assignments
Washington, D.C. 20231

10/01/1999 NTHAI1  00000079 5122891
01 FC:581              15040.00 OP

CERTIFICATE OF MAILING
37 C.F.R. §1.8
I hereby certify that this paper is being deposited with the U.S. Postal Service as First-Class Mail, postage prepaid, in an envelope addressed to: Assistant Commissioner for Patents, Washington, D.C. 20231, on the date shown below:

Date _____  Susan F. Mahon

PATENT
REEL: 010281 FRAME: 0291

LPL 006417

## ASSIGNMENT

WHEREAS, LG Electronics, Inc., a corporation duly organized and existing under the laws of the Republic of Korea and having its principal place of business at 20, Yoido-dong, Yongdungpo-ku, Seoul, Korea (hereinafter referred to as Assignor), hereby warrants that it owns 100% of the entire right, title and interest in and to the patents and patent applications identified in Appendices I and II attached hereto;

WHEREAS, LG Philips LCD Co., Ltd, a corporation duly organized and existing under the laws of the Republic of Korea and having its principal place of business at 20, Yoido-dong, Yongdungpo-ku, Seoul, Korea (hereinafter referred to as Assignee), is desirous of acquiring 50% of Assignor's entire right, title and interest in and to the patents and patent applications identified in Appendix I attached hereto, including but not limited to the right to sue for past, present and future infringement;

WHEREAS, Assignee is desirous of acquiring 100% of the entire right, title and interest in and to the patents and patent applications identified in Appendix II attached hereto, including but not limited to the right to sue and recover damages for past, present and future infringement;

WHEREAS, Assignor is desirous of conveying and transferring to Assignee 50% of the entire right, title and interest in and to the patents and patent applications identified in Appendix I attached hereto, including but not limited to the right to sue for past, present and future infringement, and 100% of the entire right, title and interest in and to the patents and patent applications identified in Appendix II attached hereto, including but not limited to the right to sue for past, present and future infringement;

NOW, THEREFORE, in consideration of the sum of One Dollar and other good and valuable consideration which is hereby acknowledged, Assignor hereby assigns to Assignee and its successors and assigns 50% of the entire right, title and interest in and to the patents and patent applications identified in Appendix I attached hereto, including but not limited to the right to sue for past, present and future infringement, and 100% of the entire right, title and interest in and to the patents and patent applications identified in Appendix II attached hereto, including but not limited to the right to sue for past, present and future infringement.

IN TESTIMONY WHEREOF, Assignor, by its below-named duly empowered and authorized representative executes this Assignment this __21th__ day of __September__, 1999.

ASSIGNOR: LG Electronics, Inc.

By: _Byung Chul Jung_
Byung Chul Jung
President

LPL 006418

RECORDED: 09/29/1999

PATENT
REEL: 010281 FRAME: 0295

| APPENDIX I |
|------------|
| PATENT #   |
| 5835139    |
| 5872606    |

| APPLN. #   |
|------------|
| 08/937,801 |

LPL 006419

**PATENT**
**REEL: 010281 FRAME: 0292**

| APPENDIX II Patent No. | APPENDIX II con't. Patent No. | APPENDIX II con't. Patent No. | APPENDIX II Con't. Patent No. |
|---|---|---|---|
| 5122891 | 5432108 | 5882238 | 4651185 |
| 5150240 | 5818562 | 5859682 | 4820222 |
| 5470769 | 5466618 | 5889571 | 4842378 |
| 5387922 | 5581382 | 5773845 | 5019002 |
| 5220446 | 5473452 | 5825437 | 5162931 |
| 5386309 | 5916737 | 5754261 | 5123847 |
| 5409566 | 5877827 | 5854663 | 4680580 |
| 5210629 | 5523187 | 5861635 | 4928095 |
| 5338240 | 5466620 | 5783338 | 4609930 |
| 5371025 | 5559345 | 5796449 | 4924279 |
| 5363216 | 5604358 | 5742365 | 4705358 |
| 5495347 | 5714769 | 5854513 | 4624737 |
| 5347146 | 5686320 | 5811836 | 4885616 |
| 5396083 | 5851859 | 5793460 | 4599246 |
| 5409851 | 5621555 | 5742363 | 4956680 |
| 5598011 | 5546207 | 5898187 | |
| 5568292 | 5757453 | 5831284 | |
| 5538823 | 5737049 | 5783852 | |
| 5495354 | 5612234 | 5844644 | |
| 5467882 | 5767530 | 5880794 | |
| 5399114 | 5786878 | 5814836 | |
| 5464478 | 5757058 | 5851411 | |
| 5528395 | 5764210 | 5866919 | |
| 5610082 | 5824377 | 5853818 | |
| 5422287 | 5856816 | 5790222 | |
| 5403755 | 5781254 | 5852305 | |
| 5424103 | 5803965 | 5874326 | |
| 5560777 | 5681439 | 5856854 | |
| 5453856 | 5784133 | 5835172 | |
| 5362661 | 5766493 | 5827760 | |
| 5429962 | 5889290 | 5913113 | |
| 5432122 | 5703668 | 5790212 | |
| 5700699 | 5838067 | 5859633 | |
| 5473451 | 5677207 | 5844314 | |
| 5479280 | 5905549 | 5877514 | |
| 5457552 | 5760861 | 5859679 | |
| 5828083 | 5751020 | 5883682 | |
| 5715025 | 5751017 | 5909265 | |
| 5464669 | 5701166 | 5905274 | |
| 5767994 | 5818402 | 5852481 | |
| 5442215 | 5828433 | 5886757 | |
| 5619222 | 5825449 | 5835176 | |
| 5500380 | 5694185 | 5831709 | |
| 5627089 | 5652633 | 4736229 | |

LPL 006420

PATENT
REEL: 010281 FRAME: 0293

| APPENDIX II con't. Appl. No. | APPENDIX II con't. Appl. No. | APPENDIX II con't. Appl. No. | APPENDIX II con't. Appl. No. | APPENDIX II con't. Appl. No. |
|---|---|---|---|---|
| 08/731751 | 08/843470 | 09/022415 | 09/121268 | 09/093974 |
| 08/665739 | 09/245027 | 08/980311 | 09/140554 | 09/079895 |
| 08/564810 | 08/833496 | 08/953484 | 09/086494 | 09/097372 |
| 09/083021 | 09/334942 | 09/005587 | 09/038823 | 09/205879 |
| 08/910338 | 08/877621 | 09/033161 | 09/132895 | 09/129474 |
| 08/656898 | 08/855358 | 08/920005 | 09/143624 | 09/205582 |
| 09/002037 | 08/883501 | 08/888703 | 09/064064 | 09/109884 |
| 08/622876 | 08/850099 | 08/993195 | 09/084582 | 09/145752 |
| 08/635862 | 08/823904 | 09/079896 | 09/080267 | 09/134405 |
| 08/791903 | 08/856576 | 08/993097 | 09/075182 | 09/170625 |
| 08/740662 | 08/869989 | 09/178833 | 09/033929 | 09/199650 |
| 09/018057 | 08/874282 | 09/010138 | 09/112208 | 09/132443 |
| 08/777126 | 09/246782 | 08/998026 | 09/134083 | 08/149746 |
| 09/079274 | 08/883131 | 08/996815 | 09/083980 | 09/235205 |
| 08/672183 | 08/899600 | 08/997303 | 09/169357 | 09/143505 |
| 08/603480 | 09/158830 | 08/989520 | 09/185700 | 09/205570 |
| 08/810027 | 08/873927 | 09/054473 | 09/170526 | 09/213321 |
| 08/799416 | 08/859688 | 09/006592 | 09/169470 | 09/212709 |
| 08/742967 | 08/854463 | 08/969367 | 09/210354 | 09/212506 |
| 08/755142 | 09/225834 | 09/010139 | 09/095756 | 09/211920 |
| 08/744302 | 08/908955 | 09/004277 | 09/181869 | 09/212657 |
| 08/738708 | 08/939813 | 09/048320 | 09/182641 | 09/210081 |
| 09/257300 | 09/305641 | 09/036793 | 09/112968 | 09/286564 |
| 09/105044 | 08/892438 | 08/049469 | 09/112299 | 09/192050 |
| 08/712316 | 08/941011 | 08/969470 | 09/186338 | 09/271153 |
| 09/282162 | 08/942197 | 08/936510 | 09/182202 | 09/211677 |
| 09/225828 | 08/996424 | 08/943417 | 09/112303 | 09/247455 |
| 09/057538 | 09/243556 | 08/916532 | 09/038718 | 09/179517 |
| 08/861315 | 09/145357 | 08/961063 | 09/137842 | 09/184825 |
| 08/889732 | 09/178832 | 08/992669 | 09/183638 | 09/213705 |
| 08/799389 | 09/178711 | 09/075187 | 09/079894 | 09/200200 |
| 09/086527 | 09/326540 | 08/918462 | 09/110961 | 09/215002 |
| 08/832692 | 09/079169 | 09/090950 | 09/114302 | 09/213852 |
| 08/826804 | 09/078523 | 09/085014 | 09/116707 | 09/213034 |
| 08/831717 | 08/917501 | 09/115263 | 09/109977 | 09/212992 |
| 08/889096 | 08/934771 | 09/060883 | 09/139997 | 09/213850 |
| 08/901676 | 08/936019 | 09/037700 | 09/146460 | 09/193557 |
| 08/803229 | 08/934770 | 09/039438 | 09/207402 | 09/184824 |
| 09/108229 | 09/023713 | 08/954124 | 09/145448 | |
| 08/872368 | 08/964912 | 09/007542 | 09/074616 | |
| 08/880068 | 08/967033 | 08/961426 | 09/123831 | |
| 08/843507 | 08/964914 | 08/969927 | 09/083109 | |
| 09/311597 | 08/953631 | 08/979936 | 09/115498 | |
| 08/829121 | 08/982294 | 09/158466 | 09/123886 | |
| 08/832980 | 08/979843 | 09/246917 | 09/143305 | |
| 08/823692 | 09/062768 | 09/246916 | 09/084583 | |
| 09/185069 | 09/048321 | 09/112890 | 09/193110 | |

LPL 006421

PATENT
REEL: 010281 FRAME: 0294