# EXHIBIT 1

PATENT/WASHINGTON

File No. 8733.680.00

Atty: TMA/SJH/es

LAN NO: 680

Application No.: 10/184,097

In the Matter of the Application of: Dong Jae YOU

For:   STRUCTURE FOR MOUNTING FLAT PANEL DISPLAY

Filed: June 28, 2002

Date: September 23, 2002

The following has been received in the U.S. Patent Office
on the date stamped hereon:

1. Check in the amount of $910.00 [$740=Appln. Fee;
   $130=Declaration Fee; and $40=Assignmt Recordation]
2. Part 2 Copy of Notice to File Missing Parts of
   Nonprovisional Application
3. Filing of Declaration Under 37 CFR 1.53(f)
4. Declaration, Power of Attorney and Petition (2 Pages)
5. Form PTO-1595 Recordation Form Cover Sheet
6. Executed Assignment of Application (2 Pages)

   DUE DATE: September 23, 2002    

**DJC**

Docket No.: 8733.680.00

# Declaration, Power of Attorney and Petition

WE (I) the undersigned inventor(s), hereby declare(s) that:

My residence, post office address and citizenship are as stated below next to my name,

We (I) believe that we are (I am) the original, first, and joint (sole) inventor(s) of the subject matter which is claimed and for which a patent is sought on the invention entitled

### STRUCTURE FOR MOUNTING FLAT PANEL DISPLAY

the specification of which

- ☐ is attached hereto.
- ☒ was filed on         June 28, 2002
  as Application No.   10/184,097
  and amended on
- ☐ was filed as PCT international application
  Number
  on
  and was amended under PCT Article 19
  on                                           (if applicable).

We (I) hereby state that we (I) have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment referred to above.

We (I) acknowledge the duty to disclose information known to be material to the patentability of this application as defined in Section 1.56 of Title 37 Code of Federal Regulations.

We (I) hereby claim foreign priority benefits under 35 U.S.C. §119(a)-(d) or §365(b) of any foreign application(s) for patent or inventor's certificate, or §365(a) of any PCT International application which designated at least one country other than the United States, listed below and have also identified below, by checking the box, any foreign application for patent or inventor's certificate, or PCT International application having a filing date before that of the application on which priority is claimed. Prior Foreign Application(s)

| APPLICATION NO. | COUNTRY | DAY/MONTH/YEAR | PRIORITY CLAIMED |
|---|---|---|---|
| P2001-41347 | Korea | 10 July 2001 | ☒ Yes   ☐ No |
|  |  |  | ☐ Yes   ☐ No |
|  |  |  | ☐ Yes   ☐ No |
|  |  |  | ☐ Yes   ☐ No |

DC58867

We (I) hereby claim the benefit under Title 35, United States Code, § 119(e) of any United States provisional application(s) listed below.

| (APPLICATION NUMBER) | (FILING DATE) |
|---|---|
| | |

We (I) hereby claim the benefit under 35 U.S.C. § 120 of any United States application(s), or § 365(c) of any PCT International application designating the United States, listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States or PCT International application in the manner provided by the first paragraph of 35 U.S.C. § 112, I acknowledge the duty to disclose information which is material to patentability as defined in 37 CFR § 1.56 which became available between the filing date of the prior application and the national or PCT International filing date of this application.

| APPLICATION SERIAL NO. | FILING DATE | STATUS (PENDING, PATENTED, ABANDONED) |
|---|---|---|
| | | |

And we (I) hereby appoint Song K. Jung, Reg. No. 35,210; John M. Kelly, Reg. No. 33,920; Rebecca Goldman Rudich, Reg. No. 41,786; Teresa Arroyo, Reg. No. 50,015; and William D. Titcomb, Reg. No. 46,463, as our (my) attorneys, with full powers of substitution and revocation, to prosecute this application and to transact all business in the Patent Office connected therewith; and we (I) hereby request that all correspondence regarding this application be sent to Song K. Jung of McKenna Long & Aldridge LLP, Attorneys At Law, 1900 K Street, N.W., Washington, D.C. 20006.

We (I) declare that all statements made herein of our (my) own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issuing thereon.

DONG JAE YOU
NAME OF FIRST SOLE INVENTOR

RESIDENCE: Shinsekye Town 1604, Hyunggok 1-dong, Kumi-shi, Kyongsangbuk-do, Korea

_____ You Dong jae _____
SIGNATURE OF INVENTOR

CITIZEN OF: Republic of Korea

POST OFFICE ADDRESS: Same as above

DATE: September 13, 2002

DC:105712.1

2