# EXHIBIT 2

PATENT/WASHINGTON

| | |
|---|---|
| FILE NO.: | 8733.173.20 |
| ATTORNEY: | SKJ/SJH/slm |
| LAN NO.: | 588 |
| APPLICATION NO.: | New Continuation Application |
| IN THE MATTER OF THE APPLICATION OF: | Young Woo CHO et al. |
| FOR: | PORTABLE COMPUTER AND METHOD FOR MOUNTING A FLAT PANEL DISPLAY DEVICE MODULE |
| FILED: | May 24, 2002 |
| DATE: | May 24, 2002 |

*[Stamp: MAY 24 2002]*

The following has been received in the U.S. Patent Office on the date stamped hereon:

1. Utility Patent Application Transmittal
2. Fee Transmittal Sheet w/Check in the amount of $1,208.00
3. Copy of Declaration from Application Serial No. 09/437,222
4. Copy of Specification (20 pages) and Drawings (14 sheets) from Application Serial No. 09/437,222
5. Copy of Request for Priority and first page of Korean Application No. 1998-48265 filed 11/11/98 from parent application
6. Copy of Assignment and Notice of Recordation from Application Serial No. 09/437,222
7. Preliminary Amendment
8. Information Disclosure Statement with copies of Forms PTO-1449s and PTO-892 from Application Serial No. 09/437,222

DUE DATE: N/A

Docket No.: 8733.20067

# Declaration, Power of Attorney and Petition

WE (I) the undersigned inventor(s), hereby declare(s) that:

My residence, post office address and citizenship are as stated below next to my name,

We (I) believe that we are (I am) the original, first, and joint (sole) inventor(s) of the subject matter which is claimed and for which a patent is sought on the invention entitled

__Portable Computer And Method For Mounting a Flat Panel Display Device Module__

the specification of which

    is attached hereto.

■   was filed on   November 10, 1999

    As Application Serial No.   09/437,222

    And amended on

☐   was filed as PCT international application

Number

on

and was amended under PCT Article 19

on         (if applicable).

We (I) hereby state that we (I) have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment referred to above.

We (I) acknowledge the duty to disclose information known to be material to the patentability of this application as defined in Section 1.56 of Title 37 Code of Federal Regulations.

We (I) hereby claim foreign priority benefits under 35 U.S.C. 119(a)-(d) or 365(b) of any foreign application(s) for patent or inventor's certificate, or 365(a) of any PCT International application which designated at least one country other than the United States, listed below and have also identified below, by checking the box, any foreign application for patent or inventor's certificate, or PCT International application having a filing date before that of the application on which priority is claimed. Prior Foreign Application(s)

| Application No. | Country | Day/Month/Year | Priority Claimed | |
|---|---|---|---|---|
| 1998-48265 | Korea | November 11, 1998 | ■ Yes | No |
| | | | Yes | No |
| | | | Yes | No |

We (I) hereby claim the benefit under Title 35, United States Code, 119(e) of any United States provisional application(s) listed below.

_____                _____
(Application Number)                   (Filing Date)

_____                _____
(Application Number)                   (Filing Date)

We (I) hereby claim the benefit under 35 U.S.C. 120 of any United States application(s), or 365(c) of any PCT International application designating the United States, listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States or PCT International application in the manner provided by the first paragraph of 35 U.S.C. 112, I acknowledge the duty to disclose information which is material to patentability as defined in 37 CFR 1.56 which became available between the filing date of the prior application and the national or PCT International filing date of this application.

Application Serial No.        Filing Date            Status (pending, patented, abandoned)

_____  _____  _____

_____  _____  _____

And we (I) hereby appoint Steven B. Kelber, Reg. No. 30,073; Marc R. Labgold, Ph.D., Reg. No. 34,651; Song K. Jung, Reg. No. 35,210; Sharon E. Crane, Ph.D., Reg. No. 36,113; Laura A. Donnelly, Reg. No. 38,435; Catherine Bax Richardson, Reg. No. 39,007; Kenneth D. Springer, Reg. No. 39,843; Russell O. Paige, Reg. No. 40,758; James M. Heintz, Reg. No. 41,828, Laura D. Nammo, Reg. No. 42,024 and Amy L. Miller, Reg. No. 43,804 and as our (my) attorneys, with full powers of substitution and revocation, to prosecute this application and to transact all business in the Patent Office connected therewith; and we (I) hereby request that all correspondence regarding this application be sent to Steven B. Kelber of Long Aldridge & Norman LLP, Attorneys At Law, 6th Floor, 701 Pennsylvania Avenue, N.W., Washington, D.C. 20004.

We (I) declare that all statements made herein of our (my) own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issuing thereon.

Young Woo CHO
_____
NAME OF FIRST SOLE INVENTOR

Young Woo Cho
_____
Signature of Inventor

Feb. 18, 2000
_____
Date

Residence: 215-704 Jukong2dnaji,
_____
Jaekoong-dong, Kunpo, Kyonggi-do, KOREA
_____

Citizen of: Korea

Post Office Address:   Same As Above

Jong Hwan KIM

NAME OF SECOND JOINT INVENTOR

*Jonghwan Kim*

Signature of Inventor

*Feb. 18 2000*

Date

Residence:
304-1505 Mukoongwha-Apt. 1057

Hogye-dong, Tongan-ku Anyang, Kyonggi-do, KOREA

Citizen of: Korea

Post Office Address: Same As Above


Dae Hee PARK

NAME OF THIRD JOINT INVENTOR

*Dae Hee Park.*

Signature of Inventor

*Feb. 18 2000*

Date

Residence: 1003-1806 Jukong-Apt. 1120

Sanbon-dong, Kunpo, Kyonggi-do, KOREA

Citizen of: Korea

Post Office Address: Same As Above