# EXHIBIT 3

**PATENT/WASHINGTON**

FILE NO.: 8733.628.00

ATTORNEY: SKJ/slm

LAN NO.: 628

APPLICATION NO.: 10/184,083

IN THE MATTER OF THE APPLICATION OF: Sang Seok LEE et al.

FOR: METHOD FOR FABRICATING LCD

FILED: June 28, 2002

DATE: October 1, 2002

THE FOLLOWING HAS BEEN RECEIVED IN THE U.S. PATENT OFFICE ON THE DATE STAMPED HEREON:

1. Fee Transmittal w/check in the amount of $1,020.00 *[$130 surcharge + $740 filing fee + $110 EOT + $40 assignment]*
2. Response to Notice to File Missing Parts of Application w/copy of Notice
3. Executed Declaration
4. Petition for (1-month) Extension of Time Under 37 C.F.R. § 1.136(a)
5. Executed Assignment w/PTO-1595

DUE DATE: July 18, 2002

**DJC**

Docket No.: 8733.628.00

# Declaration, Power of Attorney and Petition

WE (I) the undersigned inventor(s), hereby declare(s) that:

My residence, post office address and citizenship are as stated below next to my name,

We (I) believe that we are (I am) the original, first, and joint (sole) inventor(s) of the subject matter which is claimed and for which a patent is sought on the invention entitled

## METHOD FOR FABRICATING LCD

the specification of which

☐ is attached hereto,

☒ was filed on **June 28, 2002**

as Application No. 10/184,083

and amended on

☐ was filed as PCT international application

Number

on

and was amended under PCT Article 19

on _____ (if applicable).

We (I) hereby state that we (I) have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment referred to above.

We (I) acknowledge the duty to disclose information known to be material to the patentability of this application as defined in Section 1.56 of Title 37 Code of Federal Regulations.

We (I) hereby claim foreign priority benefits under 35 U.S.C. §119(a)–(d) or § 365(b) of any foreign application(s) for patent or inventor's certificate, or § 365(a) of any PCT International application which designated at least one country other than the United States, listed below and have also identified below, by checking the box, any foreign application for patent or inventor's certificate, or PCT International application having a filing date before that of the application on which priority is claimed. Prior Foreign Application(s)

| APPLICATION NO. | COUNTRY | DAY/MONTH/YEAR | PRIORITY CLAIMED | |
|---|---|---|---|---|
| P 2002-6656 | Korea | 6 February 2002 | ☒ YES | ☐ No |
| | | | ☐ YES | ☐ No |
| | | | ☐ YES | ☐ No |
| | | | ☐ YES | ☐ No |

DCS8887

We (I) hereby claim the benefit under Title 35, United States Code, § 119(e) of any United States provisional application(s) listed below.

| (APPLICATION NUMBER) | (FILING DATE) |
|---|---|
| | |

We (I) hereby claim the benefit under 35 U.S.C. § 120 of any United States application(s), or § 365(c) of any PCT International application designating the United States, listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States or PCT International application in the manner provided by the first paragraph of 35 U.S.C. § 112, I acknowledge the duty to disclose information which is material to patentability as defined in 37 CFR § 1.56 which became available between the filing date of the prior application and the national or PCT International filing date of this application.

| APPLICATION SERIAL NO. | FILING DATE | STATUS (PENDING, PATENTED, ABANDONED) |
|---|---|---|
| | | |

And we (I) hereby appoint Song K. Jung, Reg. No. 35,210; John M. Kelly, Reg. No. 33,920; Rebecca Goldman Rudich, Reg. No. 41,786; Teresa M. Arroyo, Reg. No. 50,015; and William D. Titcomb, Reg. No. 46,463, as our (my) attorneys, with full powers of substitution and revocation, to prosecute this application and to transact all business in the Patent Office connected therewith; and we (I) hereby request that all correspondence regarding this application be sent to Song K. Jung of McKenna, Long & Aldridge LLP, Attorneys At Law, 1900 K Street, N.W., Washington, D.C. 20006.

We (I) declare that all statements made herein of our (my) own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issuing thereon.

**Sang Seok LEE**
NAME OF FIRST SOLE INVENTOR

SIGNATURE OF INVENTOR

Sep 01 2002
DATE

RESIDENCE: Boseong seohan 2-cha, 102-711, 872, Dongcheon-dong, Puk-gu, Taegu-kwangyokshi, Korea

CITIZEN OF: Republic of Korea

POST OFFICE ADDRESS: Same as above

**Sang Ho PARK**
NAME OF SECOND INVENTOR

SIGNATURE OF INVENTOR

Sep 01 2002
DATE
DC:99920.1

RESIDENCE: 30/4, 320-12, Namsan-dong, Kumjong-gu, Pusan-kwangyokshi, Korea

CITIZEN OF: Republic of Korea

POST OFFICE ADDRESS: Same as above

2