# EXHIBIT 5

Atty Docket No.: 8733.986.00-US

**Inventor:** Sung-Hun OH, et al.

**Application No.:** Not Yet Assigned  **Filing Date:** December 15, 2003

**Title:** LIQUID CRYSTAL DISPLAY DEVICE HAVING VARIABLE VIEWING ANGLE

**Documents Filed:**

Utility Patent Application Transmittal (1 page)

Fee Transmittal (1 page)

Check No. 37938 in the amount of $918.00

Specification (27 pages)

Drawings (8 sheets; Figs. 1-7)

Declaration, Power of Attorney and Petition (2 pages)

Recordation Form Cover Sheet (1 page)

Executed Assignment of Application (2 pages)

Claim for Priority and Submission of Documents (1 page)

Certified Copies of Korean Patent Appln. Nos. 10-2002-0079852 and 10-2002-0083200

Return Serial Number Postcard

**Via:** PTO Daily Run

**Sender's Initials:** RGR/GGB/deb    **Date:** December 15, 2003

Docket No.: 8733.986.00

# Declaration, Power of Attorney and Petition

WE (I) the undersigned inventor(s), hereby declare(s) that:

My residence, post office address and citizenship are as stated below next to my name,

We (I) believe that we are (I am) the original, first, and joint (sole) inventor(s) of the subject matter which is claimed and for which a patent is sought on the invention entitled

## LIQUID CRYSTAL DISPLAY DEVICE HAVING VARIABLE VIEWING ANGLE

the specification of which

| ☒ | is attached hereto. | | |
|---|---|---|---|
| ☐ | was filed on | | |
| | | as Application No. | |
| | | and amended on | |
| ☐ | was filed as PCT international application | | |
| | Number | | |
| | on | | |
| | and was amended under PCT Article 19 | | |
| | on | | (if applicable). |

We (I) hereby state that we (I) have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment referred to above.

We (I) acknowledge the duty to disclose information known to be material to the patentability of this application as defined in Section 1.56 of Title 37 Code of Federal Regulations.

We (I) hereby claim foreign priority benefits under 35 U.S.C. §119(a)-(d) or §365(b) of any foreign application(s) for patent or inventor's certificate, or §365(a) of any PCT International application which designated at least one country other than the United States, listed below and have also identified below, by checking the box, any foreign application for patent or inventor's certificate, or PCT International application having a filing date before that of the application on which priority is claimed. Prior Foreign Application(s)

| Application No. | Country | Day/Month/Year | Priority Claimed | |
|---|---|---|---|---|
| 2002-079852 | Korea | December 13, 2002 | ☒ Yes | ☐ No |
| 2002-083200 | Korea | December 24, 2002 | ☒ Yes | ☐ No |
| | | | ☐ Yes | ☐ No |

DC:50250954.1

We (I) hereby claim the benefit under Title 35, United States Code, §119(e) of any United States provisional application(s) listed below.

| (Application Number) | (Filing Date) |
|---|---|
| | |

We (I) hereby claim the benefit under 35 U.S.C. §120 of any United States application(s), or §365(c) of any PCT International application designating the United States, listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States or PCT International application in the manner provided by the first paragraph of 35 U.S.C. §112, I acknowledge the duty to disclose information which is material to patentability as defined in 37 CFR §1.56 which became available between the filing date of the prior application and the national or PCT International filing date of this application.

| Application Serial No. | Filing Date | Status (pending, patented, abandoned) |
|---|---|---|
| | | |

And we (I) hereby appoint Song K. Jung, Reg. No. 35,210; Matthew T. Bailey, Reg. No. 33,829; Rebecca Goldman Rudich, Reg. No. 41,786; Kurt M. Eaton, Reg. No. 51,640; Eric J. Nuss, Reg. No. 40,106; Valerie P. Hayes, Reg. No. 53,005 and George G. Ballas, Reg. No. 52,587 as our (my) attorneys, with full powers of substitution and revocation, to prosecute this application and to transact all business in the Patent Office connected therewith; and we (I) hereby request that all correspondence regarding this application be sent to Song K. Jung of McKenna Long & Aldridge LLP, Attorneys At Law, 1900 K Street, N.W., Washington, D.C. 20006.

We (I) declare that all statements made herein of our (my) own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issuing thereon.

Sung-Hun OH
NAME OF FIRST INVENTOR

Residence:   8/4, 452-13, Galhyeon2-dong,
Eunpyeong-gu, Seoul, 122-812
Republic of Korea

Citizen of:   Republic of Korea

Post Office Address:   Same as above

Signature of Inventor
Date   Dec. 5. 2003

Man-Hoan LEE
NAME OF SECOND INVENTOR

Residence:   87-46, Sillim-dong, Gwanak-gu
Seoul, 151-010, Republic of Korea

Citizen of:   Republic of Korea

Post Office Address:   Same as above

Signature of Inventor
Date   Dec. 5. 2003

2

DC:50250954.1