# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

ANNE SHEA GAZA

DIRECT DIAL
(302) 651-7539
GAZA@RLF.COM

March 7, 2007

**BY E-MAIL & HAND DELIVERY**

The Honorable Vincent J. Poppiti
BLANK ROME LLP
Chase Manhattan Center
1201 Market Street, Suite 800
Wilmington, DE 19801

    Re:   *LG.Philips LCD Co., Ltd. v. ViewSonic Corp., et al.*, C.A. No. 04-343-JJF

Dear Special Master Poppiti:

    During the hearing scheduled with Your Honor for Thursday, March 8, 2007, Tatung Company and Tatung Company of America, Inc. (collectively, the "Tatung Defendants") anticipate referencing the supplemental privilege log produced by LG Philips LCD Company, Ltd. ("LPL") on March 6, 2007. Accordingly, for Your Honor's convenience, the Tatung Defendants have enclosed a copy of LPL's supplemental privilege log for Your Honor's review and records.

Respectfully,

*Anne Shea Gaza*

Anne Shea Gaza
(#4093)

Enclosure
cc:   Clerk of Court (via CM/ECF)(w/o encl.)
      Richard Kirk, Esquire (via electronic mail) (w/o encl.)
      Cormac T. Connor, Esquire (via electronic mail) (w/o encl.)
      Mark Krietzman, Esquire (via electronic mail) (w/o encl.)
      Scott R. Miller, Esquire (via electronic mail) (w/o encl.)
      Jeffrey B. Bove, Esquire (via electronic mail) (w/o encl.)