# Exhibit 1

# Service Manual

## ViewSonic VX900-2

Model No. VLCDS26105-2W

19" Color TFT LCD Display

(VX900-2_SM_637 - Rev.1a-Feb 2003)

ViewSonic® 381 Brea Canyon Road, Walnut, California 91789 USA - (800) 888-8583

CONFIDENTIAL

VS011434

# SEALED DOCUMENT