# Exhibit 3

# OEM Agreement Table of Contents

A. RECITAL .................................................................................................................... 2

B. AGREEMENT ............................................................................................................ 2

C. REPRESENTATIONS, GRANT OF RIGHTS .......................................................... 3

D. TERM AND TERMINATION ................................................................................... 3

E. PERFORMANCE ....................................................................................................... 4

F. NOTICE .................................................................................................................... 11

G. EXHIBITS, APPENDICES & ENCLOSED DOCUMENTS ................................... 13

EXHIBIT 1: GENERAL PROGRAM SUMMARY (GPS) ........................................... 15

EXHIBIT 2: PRODUCT DEVELOPMENT GUIDELINES ......................................... 21

EXHIBIT 3: SUPPLY CHAIN MANAGEMENT ......................................................... 24

EXHIBIT 4: PRODUCT QUALITY POLICY ............................................................... 29

EXHIBIT 5: WORLDWIDE SERVICE AND SPARE PARTS POLICY ..................... 41

EXHIBIT 6: REGIONAL SERVICE AND SPARE PARTS POLICY .......................... 49

EXHIBIT 7: LOGO LICENSE AGREEMENT ............................................................. 56

EXHIBIT 8: REWARDS AND PENALTIES ................................................................ 60

**OEM Agreement**
between ViewSonic Corporation
and _____*COMPANY*

THIS AGREEMENT is made and entered into as of the date of execution (the "Effective Date") by and between ViewSonic Corporation, a Delaware corporation, with offices at 381 Brea Canyon Road, Walnut, California 91789, (hereinafter, "ViewSonic") and Jean Company, Ltd., a Taiwan corporation, with offices located at 7F, 2, Rei Kuang Road, Nei Hu, Taipei, Taiwan, R.O.C. (hereinafter, "Supplier").

# SEALED DOCUMENT