IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG Philips LCD Co., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 04-343-JJF |
| Tatung Co., Tatung Company of America Inc., | ) |
| and Viewsonic Corp., | ) JURY TRIAL DEMANDED |
| | ) |
| Defendants. | ) |
| | ) |

### ORDER

The attorneys listed below representing Tatung Co. and Tatung Company of America as well as their vendor Aquipt, are permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 2A, the following: several laptops, several monitors, a projector and stand, a large screen, audio equipment, VGA switch and 2 computer tables for a hearing commencing on March 9, 2007 at 8:30 a.m. Counsel shall comply with the inspection provisions of the United States Marshal.

Frederick L. Cottrell, III
Richards, Layton & Finger
One Rodney Square
Wilmington, DE  19899
(302) 651-7700

Frank E. Merideth, Jr.
Mark H. Krietzman
Greenberg Traurig LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, CA  90404


Dated: _____         _____
                                Joseph J. Farnan, Jr.
                                United States District Court Judge

RLF1-3123464-1