IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD.,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>TATUNG CO.;<br>TATUNG COMPANY OF AMERICA, INC.; AND<br>VIEWSONIC CORPORATION,<br><br>　　　　　　Defendants. | C.A. NO. 04-343 (JJF) |

**CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 7.1.1**

　　　I, James D. Heisman, an attorney for Defendant ViewSonic Corporation ("ViewSonic"), hereby certify that that the parties have attempted to reach an agreement on the matters set forth in the foregoing letter motion to Special Master Poppiti requesting the entry of a protective order pursuant to Rule 26(c) of the Fed. R. Civ. P. and the parties were unable to reach a resolution.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: March 7, 2007 | **CONNOLLY BOVE LODGE & HUTZ LLP** |
|  | By:　　*/s/ James D. Heisman*<br>　　　　James D. Heisman (# 2746)<br>　　　　1007 N. Orange Street<br>　　　　P. O. Box 2207<br>　　　　Wilmington, DE 19899<br>　　　　Tel: (302) 658-9141<br>　　　　*Attorneys for Defendant ViewSonic Corporation* |

525561