# Exhibit 1

Albany
Atlanta
Brussels
Denver
Los Angeles

# McKenna Long
# & Aldridge LLP
Attorneys at Law

1900 K Street, NW • Washington, DC 20006-1108
Tel: 202.496.7500 • Fax: 202.496.7756
www.mckennalong.com

New York
Philadelphia
San Diego
San Francisco
Washington, D.C.

CASS W. CHRISTENSON
(202) 496-7218

EMAIL ADDRESS
cchristenson@mckennalong.com

February 22, 2007

VIA E-MAIL AND U.S. MAIL

Scott R. Miller, Esq.
Connolly Bove Lodge & Hutz, LLP
355 South Grand Avenue, Suite 3150
Los Angeles, CA 90071

Frank E. Merideth, Jr., Esq.
Greenberg Traurig, LLP
2450 Colorado Avenue, Suite 400 East
Santa Monica, CA 90404

Re: LG.Philips LCD Co., Ltd. v. Tatung, et al.; Civil Action No. 04-343 (JJF)

Dear Scott and Frank:

I write to follow up on our teleconference today concerning deposition issues. During our call, you both agreed that you will depose Mr. Jong-Hwan Kim first before proceeding with Mr. Cho's deposition as an inventor. Therefore, we understand that this issue is resolved.

Another issue that we discussed related to our understanding of how much time is permitted for Rule 30(b)(6) testimony of each party in this case. With respect to LPL, I confirmed that LPL intends to designate Mr. Jong-Hwan Kim to testify concerning primarily topics related to patent and technology issues, and to designate Mr. Joo Sup Kim to testify concerning topics related to business and damages issues. Scott confirmed that ViewSonic will designate four Rule 30(b)(6) witnesses, Mr. Jue, Ms. Stetson, Mr. Volpe, and Mr. Ranucci. Further, Mr. Jue will testify on the patent and technology topics, whereas the other three witnesses will testify on business or damages issues. Scott declined to state more specifically what issues will be addressed by ViewSonic's Rule 30(b)(6) witnesses. Frank confirmed that Tatung and Tatung America will each have two Rule 30(b)(6) designees as previously discussed.

I attempted to confirm with you the amount of time that you anticipate needing to complete Mr. Kim's deposition. We already have confirmed five days for his deposition, which seems more than sufficient to cover any and all of his individual and Rule 30(b)(6) testimony.

Scott R. Miller, Esq.
Frank E. Merideth, Jr., Esq.
February 22, 2007
Page 2

You both requested that we identify more specifically the topics for which LPL's two designees will testify. You indicated that you understood our agreement to be that specific witness designations will be exchanged five business days in advance of testimony, not five calendar days, and you contended that designations from LPL should be provided today.

We agree to your clarified proposal to exchange designation information for all witnesses five business days before the first Rule 30(b)(6) deposition. Accordingly, and subject to its objections, LPL intends to designate witnesses as follows:

<u>Mr. Jong-Hwan Kim on topics</u>: 1-9; 10(a), (b); 11-12; 19; 20(a), (c); 21(b)(1)-(2); 22; 24(a)-(e), (h), (j), (k); 25(d)-(e); 26; 27(b), (c); 29; and 30;

<u>Mr. Joo Sup Kim on topics</u>: 13(a)-(l), (p), (q), (s)-(v); 14; 15(a)(1)-(4); 17 (which we understand relates to topics in the same notice); and 18.

For topic 16, which relates to interrogatory answers, LPL assumes that interrogatory answers will be discussed with whichever witness is designated for topics that correspond to the substance of a particular answer or set of answers.

Very truly yours,

Cass W. Christenson

cc:   Richard D. Kirk, Esq. (via e-mail)
      Mark Krietzman, Esq. (via e-mail)
      Valerie W. Ho, Esq. (via e-mail)
      Steve P. Hassid, Esq. (via e-mail)
      Anne Shea Gaza, Esq. (via e-mail)
      Frederick L. Cottrell, III, Esq. (via e-mail)
      Manuel Nelson, Esq. (via e-mail)
      Tracy R. Roman, Esq. (via e-mail)
      Jeffrey B. Bove, Esq. (via e-mail)
      Jaclyn M. Mason, Esq. (via e-mail)
      James D. Heisman, Esq. (via e-mail)