# Exhibit 2

Case 1:04-cv-00343-JJF    Document 552-3    Filed 03/08/2007    Page 2 of 2

# THIS DOCUMENT

# FILED UNDER SEAL