# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

ANNE SHEA GAZA

DIRECT DIAL
(302) 651-7539
GAZA@RLF.COM

March 8, 2007

**BY E-MAIL & HAND DELIVERY**

The Honorable Vincent J. Poppiti
BLANK ROME LLP
Chase Manhattan Center
1201 Market Street, Suite 800
Wilmington, DE 19801

    Re:    *LG.Philips LCD Co., Ltd. v. ViewSonic Corp., et al.*, C.A. No. 04-343-JJF

Dear Special Master Poppiti:

    Tatung Company and Tatung Company of America, Inc. (collectively, "the Tatung Defendants") hereby join in Defendant ViewSonic Corporation's ("ViewSonic") motion for a protective order dated March 7, 2007, pursuant to Federal Rule of Civil Procedure 26(c), regarding LG.Philips LCD Co., Ltd.'s ("LPL") overbroad and improper Rule 30(b)(6) deposition topics.

    In addition to the arguments raised by ViewSonic regarding identical 30(b)(6) notices, the Tatung Defendants note that they have produced technical documents regarding approximately 800 products even though LPL has thus far accused only 25 products of infringing the patents in suit. Recently, even this number was decreased from 25 to 20. *See* letter to Special Master Poppiti from Anne Shea Gaza, dated March 7, 2007. Accordingly, LPL's topics directed to *all* "visual display products" are overbroad, not reasonably calculated to lead to the discovery of admissible evidence, and serve no legitimate purpose.

RLF1-3124310-1

The Honorable Vincent J. Poppiti
March 8, 2007
Page 2

      Based on the foregoing, the Tatung Defendants respectfully request that the Special Master issue an order to protect the Tatung Defendants from the annoyance, harassment, and undue burden caused by LPL's attempt to seek information which is unnecessary, irrelevant, and not likely to lead to discovery of admissible evidence in this action.

                                            Respectfully submitted,

                                            */s/ Anne Shea Gaza*
                                            Anne Shea Gaza
                                            (#4093)

Enclosures
cc:    Clerk of Court (via CM/ECF)
       Richard Kirk, Esquire (via electronic mail)
       Cormac T. Connor, Esquire (via electronic mail)
       Mark Krietzman, Esquire (via electronic mail)
       Scott R. Miller, Esquire (via electronic mail)
       Jeffrey B. Bove, Esquire (via electronic mail)

RLF1-3124310-1