# EXHIBIT 1

# THE BAYARD FIRM
A T T O R N E Y S

222 DELAWARE AVENUE, SUITE 900
P.O. Box 25130
WILMINGTON, DE 19899
ZIP CODE FOR DELIVERIES: 19801

MERITAS LAW FIRMS WORLDWIDE
www.bayardfirm.com
302-655-5000
(FAX) 302-658-6395

WRITER'S DIRECT ACCESS

(302) 429-4208
rkirk@bayardfirm.com

BY HAND AND BY EMAIL

February 23, 2007

The Honorable Vincent J. Poppiti
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

      Re:    *LG.Philips LCD Co., Ltd. v. ViewSonic,* C.A. No. 04-343 JJF

Dear Special Master Poppiti:

On behalf of LG.Philips LCD Co., Ltd. ("LPL"), I write to update Your Honor concerning LPL's motion to compel deposition dates and the parties' discussions regarding the depositions of Defendants' witnesses. Below is a schedule of the depositions of Defendants' witnesses that have been confirmed and agreed to by the parties, subject to the overall hours limit for LPL depositions. LPL reserves the right, if necessary, to seek additional deposition time to complete the depositions. All of the depositions will occur at the Los Angeles office of McKenna Long & Aldridge LLP and will be videotaped depositions.

| DATE | WITNESS |
|---|---|
| March 12 | Jackson Chang |
| March 13 | Tommy Jue (primarily technical issues - 30(b)(6)designee) |
| March 14 | His-Ling (Jamie) Yang |
| March 14 | Kim Stetson (primarily business issues - 30(b)(6)designee) |
| March 15 | Jeff Volpe (primarily business issues - 30(b)(6) designee) |
| March 16 | Calvin Ho (sales / customer account manager, previously identified as Kevin Ho) |
| March 19 | Vincent Liu (technical / patent 30(b)(6)designee) |
| March 20 | Continued deposition of Vincent Liu, as necessary |
| March 20 | Oliver Shih (business / damages 30(b)(6)designee) |
| March 21 | Continued deposition of Oliver Shih, as necessary |
| March 21 | Sally Wang (date not confirmed as witness is out of country) |
| March 22 | Andrew Sun (business / damages 30(b)(6) designee) |
| March 23 | Continued deposition of Andrew Sun, as necessary |
| March 23 | Peter Farzin (technical / patent 30(b)(6) designee) |
| March 26 | Continued deposition of Peter Farzin, as necessary |
| March 27 | Robert Ranucci (primarily business issues - 30(b)(6) designee) |

652571-1

THE BAYARD FIRM

The Honorable Vincent J. Poppiti
February 23, 2007
Page 2

      March 28        Vivian Liu
      March 29        Bryan Lin

      Tatung's counsel has confirmed that Huang Chin-Min will not be called to testify at trial and is retired. Tatung's counsel also represents that S.Y. Tsai is no longer an employee of Tatung Company and will not be called as a trial witness. LPL reserves the right to seek his deposition if appropriate.

      ViewSonic will confirm whether an interpreter is needed for Sally Wang and Vivian Liu.

                      Respectfully submitted,

                      /s/ Richard D. Kirk (rk0922)

cc: Counsel as shown on the attached certificate

652571-1

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on February 23, 2007, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Jeffrey B Bove, Esq.
Jaclyn M. Mason, Esq.
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899-2207

Frederick L. Cottrell, III, Esq.
Anne Shea Gaza, Esq.
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

The undersigned counsel further certifies that copies of the foregoing document were sent by email to the above counsel on February 23, 2007, and will be sent by hand on February 23, 2007, and were sent by email on February 23, 2007, and will be sent by first class mail on February 23, 2007, to the following non-registered participants:

Scott R. Miller, Esq.
Connolly Bove Lodge & Hutz LLP
355 South Grand Avenue
Suite 3150
Los Angeles, CA 90071

Valerie Ho, Esq.
Mark H. Krietzman, Esq.
Frank C. Merideth, Jr., Esq.
Greenberg Traurig LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404

Tracy Roman, Esq.
Raskin Peter Rubin & Simon LLP
1801 Century Park East, Suite 2300
Los Angeles, CA 90067

/s/ Richard D. Kirk (rk922)
Richard D. Kirk

571447-1