# EXHIBIT 6

# Christenson, Cass

| | |
|---|---|
| **From:** | Christenson, Cass |
| **Sent:** | Thursday, March 01, 2007 1:25 PM |
| **To:** | 'Scott Miller'; Frank C. Merideth |
| **Cc:** | 'Richard D. Kirk'; 'Mark H. Krietzman'; 'Valerie W. Ho'; 'Steve P. Hassid'; 'Anne Shea Gaza'; 'Frederick L. Cottrell III'; 'Tracy Roman'; 'Jeff Bove'; 'Jaclyn M. Mason'; 'Manuel C. Nelson'; 'James Heisman' |
| **Subject:** | LG.Philips LCD Co., Ltd. v. Tatung Co., et al., C.A. No. 04-343 JJF / Depositions |

Scott and Frank:

As discussed in yesterday's call, we would like to address and resolve deposition issues with you. To that end:

1. We have requested more specifically what information you seek from Mr. Bang so that we can better assess whether it is appropriate to proceed with his deposition. He really is not a proper witness in this case, in our view, but a witness related to the other proceedings concerning the side mount technology / patent(s). Nonetheless, if you explain specifically what you intend to discuss with him we can better address this issue with you.

2. LPL is designating Mr. Joo Sup Kim on the overlapping topics referencing DEC, Topics 10(c) and 15(a)(5).

3. We would like to resolve the issues concerning the remaining topics in ViewSonic's amended deposition notice for which LPL has not designated a witness. For some of these topics, LPL does not have any information, but is willing to provide a witness if that is necessary and we can reach an agreement. We propose the following resolution, which involves compromise from both sides and would require agreement as to each part of the proposal:

(a) LPL will designate one or more witnesses, subject to its objections, for deposition at a mutually agreed time on Topics 15(a)(6), 15(b), 15(c), 21(a), 23(a), 24(i), 25(a), 25(b), 27(a), 27(d), and 28;

(b) LPL requests more information from Defendants concerning Topics 13(m), 13(n), 13(r), 13(w), 20(b), 21(b)(3), 21(b)(4), 23(b), and 23(c). These topics appear to be duplicative and redundant given the numerous other related and overlapping topics on the same and similar issues. If Defendants specify for each of these topics what specific additional information they believe is needed, we can discuss those issues and determine whether further testimony is needed and/or whether other vehicles exist to provide that information;

(c) LPL will not designate a witness on topics 24(f), 24(g), or 25(c). These topics are improper because, among other reasons, they seek legal conclusions and expert opinion / analysis. Defendants have numerous topics that relate to these issues and adequately cover any discoverable facts and testimony from LPL. In addition, these issues will be further addressed in the Markman briefing and expert discovery.

We look forward to your response. I can discuss this any time today between 2:00 and 6:00 p.m.

Regards,
Cass

1