IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> TATUNG CO.; <br> TATUNG COMPANY OF AMERICA, INC.; AND <br> VIEWSONIC CORPORATION, <br><br> Defendants. | C.A. NO. 04-343-JJF |

## CERTIFICATION OF MARK H. KRIETZMAN
## REGARDING DOCUMENT PRODUCTION

I, Mark H. Krietzman declare:

1. I am a shareholder of Greenberg Traurig, the attorneys for Tatung Company and Tatung America, Inc. in the above-entitled action (the "Tatung Defendants").

2. I am the person responsible for coordinating the production of documents for the Tatung Defendants. In this regard, I have personally worked with the representatives of the Tatung Defendants to ensure all responsive documents have been produced.

3. I hereby certify that the Tatung Defendants have produced, subject to the objections pending before the Special Master, all the responsive documents called for by plaintiffs' requests for production, with two caveats. 1) We have recently discovered in preparing witnesses for testimony that they may have some responsive documents on personal computers. These documents may be duplicative of prior production. We are using our best efforts to obtain printouts of those materials before the deposition testimony. 2) We agreed this morning in Court to an additional production of certain CAD file print outs.

I declare under penalty of perjury under the Court of Delaware that the foregoing is true and correct.

Executed this 9th day of March 2007.

_____
Mark H. Krietzman

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on March 9, 2007 I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Richard D. Kirk, Esquire
The Bayard Firm
222 Delaware Avenue #900
Wilmington, DE 19899

Jeffrey B. Bove, Esquire
James Heisman, Esquire
Jaclyn M. Mason, Esquire
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

I hereby certify that on March 9, 2007 I caused to be sent the foregoing document to the following non-registered participants in the manner indicated below:

**VIA FEDERAL EXPRESS**
Gaspare J. Bono, Esquire
Rel S. Ambrozy, Esquire
Lora A. Brzezynski, Esquire
Cass W. Christenson, Esquire
McKenna Long & Aldridge LLP
1900 K Street, N.W.
Washington D.C. 20006

**VIA FEDERAL EXPRESS**
Tracy R. Roman, Esquire
Raskin Peter Rubin & Simon LLP
1801 Century Park East, Suite 2300
Los Angeles, CA 90067

**VIA FEDERAL EXPRESS**
Scott R. Miller, Esquire
Connolly Bove Lodge & Hutz LLP
355 South Grand Avenue
Suite 3150
Los Angeles, CA 90071

Anne Shea Gaza (#4093)
Gaza@rlf.com

RLF1-2967131-1