# EXHIBIT A

Case 1:04-cv-00343-JJF    Document 560-2    Filed 03/09/2007    Page 1 of 4

# Greenberg
# Traurig

Valerie W Ho
Tel 310 586 7841
Fax 310 586 7800
HoV@gtlaw.com

March 1, 2007

**<u>Via E-Mail and U.S. Mail</u>**

Rel Ambrozy, Esq.
McKenna Long & Aldridge LLP
1900 K Street, N.W.
Washington, D.C. 20006

Re: *LG Philips LCD Co., Ltd. vs. ViewSonic Corporation, et al.*
    Delaware District Court, Case No. 04-343 JJF

Dear Rel:

Attached is an updated chart regarding the exploded view drawings that have been produced for Tatung Company's products. This chart includes all of the products identified in Tatung's amended and supplemental responses to LPL's interrogatories nos. 2 and 3. Please note that as previously discussed, only the products ending with a "U" designation are destined for North America. The other products are qualified and destined for other locations such as Europe and Asia. It remains our position that only the products destined for North America could be at issue potentially. However, for the sake of completeness, we have included even the non-North American products in the attached chart. The chart identifies by bates numbers the drawing(s) that corresponds to a particular group of products. The bolded items are the ones that were not included in the first chart provided as an attachment to Mr. Merideth's letter dated January 31, 2007. Tatung has now produced at least 66 drawings covering 307 products. It has produced all of the drawings it could locate after performing a diligent search. A few of the recently produced drawings are for new products from the current quarter (First Quarter of 2007) and will be included in a further supplementation of the interrogatory responses.

Please feel free to call me if you have any questions.

Very truly yours,

Valerie W. Ho

LA 126735232v1 3/1/2007

Greenberg Traurig, LLP | Attorneys at Law | Los Angeles Office | 2450 Colorado Avenue | Suite 400E | Santa Monica, CA 90404 | Tel 310 586 7700 | Fax 310 586 7800 | www.gtlaw.com

Rel Ambrozy, Esq.
March 1, 2007
Page 2

---

cc:   Cass Christenson (via email)
      Lora Brzezynski (via email)
      Richard Kick (via email)
      Scott Miller (via email)
      Jeffrey Bove (via email)
      James Heisman (via email)
      Tracy Roman (via email)
      Frank Merideth (via email)
      Mark Krietzman (via email)
      Steve Hassid (via email)

DOCUMENT REDACTED