IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> TATUNG CO.; <br> TATUNG COMPANY OF AMERICA, INC.; AND <br> VIEWSONIC CORPORATION, <br><br> Defendants. | C.A. NO. 04-343-JJF |

ORDER

In order for the Special Master to consider the propriety of LG. Philips LCD Co., Ltd.'s Motion to Compel, the Special Master hereby orders Tatung Company and Tatung Company of America, Inc. to produce for *in camera* review and inspection the CAD/CAM system for flat screen products utilized by the Tatung Defendants at the hearing scheduled for March 9, 2007 at 9:00 a.m. in courtroom 2A of the federal courthouse, 844 North King Street, Wilmington, Delaware 19801.

SO ORDERED this ___ day of March, 2007.

Special Master Vincent J. Poppiti

RLF1-3123682-1