# EXHIBIT A

# EXHIBIT A

**From:** Merideth, Frank (Shld-LA-LT)
**Sent:** Monday, March 12, 2007 7:23 PM
**To:** 'Christenson, Cass'; Ambrozy, Rel
**Cc:** Ho, Valerie W. (Shld-LA-LT)
**Subject:** Document production

The TUS bates number you gave this afternoon does not match our production. Perhaps one of us wrote it down incorrectly. I have scanned the most recent production. The only engineering documents I saw were pages of user manuals. Clearly these are not CAD/CAM drawings in the sense presented to the Special Master this afternoon. Please send me the bates numbers of the TUS production that you contend contain CAD/CAM images.

We hope to have the sales summmaries and the Tatung CAD/CAM drawings for you atthe end of the day tomorrow