# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

ANNE SHEA GAZA

DIRECT DIAL
(302) 651-7539
GAZA@RLF.COM

March 14, 2007

**BY E-MAIL & HAND DELIVERY**

The Honorable Vincent J. Poppiti
BLANK ROME LLP
Chase Manhattan Center
1201 Market Street, Suite 800
Wilmington, DE 19801

Re: *LG Philips LCD Co., Ltd. v. ViewSonic Corp., et al.*, C.A. No. 04-343-JJF

Dear Special Master Poppiti:

Tatung Company and Tatung Company of America, Inc. (collectively, the "Tatung Defendants") respectfully request that LG.Philips LCD Company, Ltd.'s ("LPL") motion to continue the deposition of Oliver Shih be considered today on an expedited basis if convenient with the Special Master's and LPL's attorneys calendars. As Your Honor is aware, this issue was raised on Friday March 9, 2007 and at that time Your Honor determined that Mr. Shih's deposition should proceed without delay. There is no substantive reason to reconsider the prior ruling. Mr. Shih's deposition was noticed, his deposition dates were agreed to and he is in Los Angeles prepared to testify. Had the Special Master ruled that his deposition was to be continued, he would have returned to Taiwan last Friday. Further, LPL is proceeding with the deposition of Mr. Shih's counterpart at Viewsonic.

Mr. Shih is prepared to testify on all of the subjects for which he has been designated. The delay of his testimony is unnecessary, would be expensive and greatly inconvenient for Mr. Shih. The Tatung Defendants respectfully submit that Mr. Shih ought to be deposed under the order established by the Court. Accordingly, the Tatung Defendants respectfully request that Your Honor summarily deny LPL's motion or, in the alternative, convene a hearing on the motion, if at all possible, today.

The Honorable Vincent J. Poppiti
March 14, 2007
Page 2

Respectfully,

*Anne Shea Gaza*

Anne Shea Gaza
(#4093)

ASG/afg
cc:   Clerk of Court (via CM/ECF)
      Richard Kirk, Esquire (via electronic mail)
      Cormac T. Connor, Esquire (via electronic mail)
      Mark Krietzman, Esquire (via electronic mail)
      Scott R. Miller, Esquire (via electronic mail)
      Jeffrey B. Bove, Esquire (via electronic mail)

RLF1-3126718-1