## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

LG.PHILIPS LCD CO., LTD.,

          Plaintiff/Counterclaim Defendant,

          v.

TATUNG CO.; TATUNG COMPANY OF
AMERICA, INC.; and VIEWSONIC
CORPORATION,

          Defendants/Counterclaim Plaintiffs.

Civil Action No. 04-343 (JJF)

### NOTICE OF FILING AND SERVICE OF LETTER TO SPECIAL MASTER

      PLEASE TAKE NOTICE that, on March 14, 2007, the undersigned counsel

caused to be filed with the Honorable Vincent J. Poppiti, the Special Master, a letter

brief, under seal, with referenced exhibits.  The letter was sent by email and by hand on

March 14, 2007.  Copies were served on counsel in the same manner and on the same

dates.

March 14, 2007

          THE BAYARD FIRM

          /s/ Richard D. Kirk (rk0922)
          Richard D. Kirk
          Ashley B. Stitzer
          222 Delaware Avenue, Suite 900
          P.O. Box 25130
          Wilmington, DE  19899-5130
          (302) 655-5000
          rkirk@ bayardfirm.com
          astitzer@bayardfirm.com
          Counsel for Plaintiff
          LG.PHILIPS LCD CO., LTD.

OF COUNSEL:

Gaspare J. Bono
Rel S. Ambrozy
Lora A. Brzeznski
Cass W. Christenson
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006
(202) 496-7500

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on March 14, 2007, he electronically filed

the foregoing document with the Clerk of the Court using CM/ECF, which will send

automatic notification of the filing to the following:

Jeffrey B Bove, Esq.                    Frederick L. Cottrell, III, Esq.
Jaclyn M. Mason, Esq.                   Anne Shea Gaza, Esq.
Connolly Bove Lodge & Hutz LLP          Richards, Layton & Finger
1007 North Orange Street                One Rodney Square
P.O. Box 2207                           P.O. Box 551
Wilmington, Delaware 19899-2207         Wilmington, DE 19899

The undersigned counsel further certifies that copies of the foregoing document

were sent by email to the above counsel on March 14, 2007, and will be sent by hand on

March 14, 2007, and were sent by email on March 14, 2007, and will be sent by first

class mail on March 14, 2007, to the following non-registered participants:

Scott R. Miller, Esq.                   Valerie Ho, Esq.
Connolly Bove Lodge & Hutz LLP          Mark H. Krietzman, Esq.
355 South Grand Avenue                  Frank C. Merideth, Jr., Esq.
Suite 3150                              Greenberg Traurig LLP
Los Angeles, CA 90071                   2450 Colorado Avenue, Suite 400E
                                        Santa Monica, CA 90404

Tracy Roman, Esq.
Raskin Peter Rubin & Simon LLP
1801 Century Park East, Suite 2300
Los Angeles, CA 90067


                              /s/ Richard D. Kirk (rk922)
                              Richard D. Kirk

571447-1