# EXHIBIT 6

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD.,<br><br>        Plaintiff,<br><br>    v.<br>TATUNG CO.;<br>TATUNG COMPANY OF AMERICA, INC.; AND<br>VIEWSONIC CORPORATION<br><br>        Defendants. | CIVIL ACTION NO. 04-343 |

**DEFENDANT VIEWSONIC CORPORATION'S
AMENDED SUPPLEMENTAL RESPONSES
TO PLAINTIFF'S SECOND SET OF INTERROGATORIES**

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Defendant ViewSonic Corporation ("ViewSonic") submits its Amended Supplemental Responses to Plaintiff LG.Philips LCD Co. Ltd.'s ("LPL") Second Set of Interrogatories ("Interrogatories").

**General Objections**

ViewSonic objects to each and every interrogatory as set forth below. These objections are incorporated into every response and are set forth here to avoid the duplication and repetition of restating them for each interrogatory. These general objections may specifically be referred to in response to an interrogatory for clarity; however, the failure to specifically repeat a general objection should not be construed as a waiver of the objection.

1.    ViewSonic objects to the Definitions and/or the Interrogatories to the extent they purport to impose obligations on ViewSonic greater than those imposed by operation of law.

486396.1

2. ViewSonic objects to each of the Interrogatories to the extent that each is so vague, ambiguous, overlybroad and unduly burdensome so as to render it impossible to respond in any reasonable manner or amount of time.

3. ViewSonic objects to each of the Interrogatories to the extent they seek information protected by the attorney-client privilege, work product doctrine, or other applicable privileges or immunities from discovery and such information will be withheld.

4. Where ViewSonic agrees to provide information in compliance with LPL's Interrogatories, ViewSonic's agreement to do so does not reflect ViewSonic's concurrence in any factual assertions contained therein.

5. ViewSonic has not fully completed its investigation of the facts relating to this case, its discovery and its preparation for trial. All responses and objections contained herein are based only upon such information and such documents which are presently available to and specifically known to ViewSonic as of the date hereof through the exercise of reasonable diligence. It is anticipated that further discovery, independent investigation, legal research and analysis may supply additional facts and add meaning to known facts, as well as establish entirely new factual conclusions and legal conclusions, all of which may lead to substantial additions to, changes in and variations from the responses set forth herein. The foregoing objections and following responses are made without prejudice to ViewSonic's right to provide any subsequently discovered information. Accordingly, without assuming any obligation to do so, and without waiving the objections asserted herein, ViewSonic reserves the right to amend and/or supplement these responses as and when additional facts are discovered or ascertained. Furthermore, ViewSonic's objections to Plaintiff's Interrogatories do not necessarily reflect the existence of requested information.

6.    Each and all of these General Objections are hereinafter incorporated by reference in response to each and every interrogatory.

## SPECIFIC OBJECTIONS AND RESPONSES

**INTERROGATORY NO. 1:**

Identify each person who prepared or otherwise assisted in the preparation of your responses to these interrogatories.

**RESPONSE TO INTERROGATORY NO. 1:**

ViewSonic incorporates its general objections herein by reference. ViewSonic further objects to this Interrogatory to the extent it seeks information that is protected by the attorney-client privilege and/or the work product doctrine, or that is otherwise privileged and protected from disclosure.

Subject to and without waiving the foregoing objections, ViewSonic responds as follows: Scott Miller and Tracy Roman, Bingham McCutchen, 355 S. Grand Avenue, Suite 4400 Los Angeles CA 90071.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 1:**

ViewSonic incorporates its general objections herein by reference. ViewSonic further objects to this Interrogatory to the extent it seeks information that is protected by the attorney-client privilege and/or the work product doctrine, or that is otherwise privileged and protected from disclosure.

Subject to and without waiving the foregoing objections, ViewSonic supplements its response as follows: Bonnie Uphold, Esq., ViewSonic Corporation, 381 Brea Canyon Road, Walnut, CA 91789; Scott Miller, Connelly Bove Lodge & Hutz LLP, 355 S. Grand Avenue,

Suite 3150, Los Angeles, CA 90071; and Tracy Roman, Bingham McCutchen, 355 S. Grand Avenue, Suite 4400 Los Angeles CA 90071.

**AMENDED SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 1:**

ViewSonic incorporates its general objections herein by reference. ViewSonic further objects to this Interrogatory to the extent it seeks information that is protected by the attorney-client privilege and/or the work product doctrine, or that is otherwise privileged and protected from disclosure.

Subject to and without waiving the foregoing objections, ViewSonic supplements its response as follows: Bonnie Uphold, Esq., ViewSonic Corporation, 381 Brea Canyon Road, Walnut, CA 91789; Scott Miller, Connelly Bove Lodge & Hutz LLP, 355 S. Grand Avenue, Suite 3150, Los Angeles, CA 90071; and Tracy Roman, Raskin Peter Rubin & Simon LLP, 1801 Century Park East, Suite 2300, Los Angeles, CA 90067.

**INTERROGATORY NO. 2:**

Identify each type of visual display product (such as the ViewSonic VX900 monitor) manufactured, shipped, imported, sold, and/or offered for sale, by or for you, since January 1, 2002, and specify which products have been marketed or sold under a trademark or brand name that belongs to ViewSonic Corporation or its affiliated entities.

**RESPONSE TO INTERROGATORY NO. 2:**

ViewSonic incorporates its general objections herein by reference. ViewSonic objects to this Interrogatory on the grounds that it is overbroad, unduly burdensome, oppressive, vague and ambiguous, including as to the phrase "type of visual display product." ViewSonic also objects on the grounds that this Interrogatory seeks information which is not relevant to the claims or

defenses of this lawsuit, and which is not reasonably calculated to lead to the discovery of admissible evidence, including that it is not limited to the United States.

Subject to and without waiving the foregoing objections, ViewSonic responds as follows: Based upon information and belief, the following ViewSonic LCD computer monitors have been shipped, imported, sold, or offered for sale in the United States since January 1, 2002:

| Q7B | VA721 | VE170 | VG150B | VG500B | VG910S | VP211B | VX2000 |
|---|---|---|---|---|---|---|---|
| Q9B | VA902B | VE170B | VG150M | VG510B | VG920 | VP2000 | VX500 |
| Q150 | VA912B | VE170M | VG150MB | VG700 | VG2021M | VP2000S | VX500+-1 |
| Q170 | VA800 | VE170MB | VG151 | VG700B | VP150M | VP2030B | VX500T |
| Q170B | VA930 | VE175 | VG151B | VG710B | VP171B | VP2130B | VX700 |
| Q190MB | VA1912W | VE175B | VG170M | VG710S | VP171S | VP2290B | VX710 |
| VA500 | VA1912WB | VE180 | VG171 | VG720 | VP181B | VP230MB | VX715 |
| VA520 | VA2012WB | VE500 | VG171B | VG750 | VP181S | VP231WB | VX724 |
| VA521 | VE150 | VE510+-1 | VG175 | VG800 | VP191B | VP720B | VX800 |
| VA550 | VE150B | VE510B | VG181 | VG800B | VP191S | VP730B | VX900 |
| VA700 | VE150M | VE700 | VG181B | VG810B | VP201B | VP920B | VX910 |
| VA702B | VE150MB | VE710B/S | VG191 | VG900 | VP201M | VP930B | VX924 |
| VA712B | VE155 | VE800 | VG191B | VG900B | VP201MB | VPD150 | |
| VA720 | VE155B | VG150 | VG500 | VG910B | VP201S | VT550 | |

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 2:**

ViewSonic incorporates its general objections herein by reference. ViewSonic objects to this Interrogatory on the grounds that it is overbroad, unduly burdensome, oppressive, vague and ambiguous, including as to the phrase "type of visual display product." ViewSonic also objects on the grounds that this Interrogatory seeks information which is not relevant to the claims or defenses of this lawsuit, and which is not reasonably calculated to lead to the discovery of admissible evidence, including that it is not limited to the United States.

Subject to and without waiving the foregoing objections, ViewSonic supplements its response as follows: ViewSonic is informed and believes that the following LCD products have been marketed or sold under a trademark or brand name that belongs to ViewSonic Corporation or its affiliated entities since January 1, 2002:

| L700 | Q170 | VA903M | VE510B | VG180M | VG910B | VP201B | VX500 |
|------|------|--------|--------|--------|--------|--------|-------|
| N1300 | Q170B | VA905 | VE510S | VG181 | VG910S | VP201M | VX500+-1 |
| N1700W | Q171B | VA912 | VE700 | VG181B | VG920 | VP201MB | VX500T |
| N1750W | Q190MB | VA912B | VE702M | VG191 | VG921M | VP201S | VX510 |
| N2000 | VA500 | VA913B | VE710B | VG191B | VG930M | VP211B | VX700 |
| N2010 | VA501B | VA915 | VE710S | VG500 | VG1921WM | VP230MB | VX710 |
| N2011 | VA503B | VA930 | VE720M | VG500B | VG1930WM | VP231WB | VX712 |
| N2050W | VA503M | VA1912W | VE720MB | VG510B | WG2020 | VP720 | VX715 |
| N2700W | VA520 | VA1912WB | VE800 | VG510S | VG2021M | VP720B | VX724 |
| N2750W | VA521 | VA2012W | VE902M | VG511S | VG2021WM | VP730 | VX730 |
| N2751W | VA550 | VA2012WB | VE910 | VG512S | VG2030WM | VP730B | VX750 |
| N3000W | VA700 | VE150 | VE910B | VG700 | VG2230WM | VP912B | VX800 |
| N3020W | VA702 | VE150B | VE920M | VG700B | VP140 | VP912S | VX900 |
| N3200W | VA702B | VE150M | VE920MB | VG710B | VP150 | VP920 | VX910 |
| N3208W | VA703B | VE150MB | VE1920WM | VG710S | VP150M | VP920B | VX912 |
| N3250W | VA703M | VE155 | VE1920WMB | VG712B | VP151 | VP930B | VX922 |
| N3251W | VA712 | VE155B | VG150 | VG712S | VP171 | VP2000S | VX924 |
| N3252W | VA712B | VE155S | VG150B | VG720 | VP171B | VP2030B | VX1935WM |
| N4000WP | VA720 | VE170 | VG150M | VG721M | VP171S | VP2130B | VX2000 |
| N4050W | VA721 | VE170B | VG150MB | VG730M | VP180M | VP2290B | VX2022W |
| N4200W | VA721B | VE170M | VG151 | VG750 | VP181 | VP2330WB | VX2025W |
| Q5B | VA730M | VE170MB | VG151B | VG800 | VP181B | VPA145 | VX2025WM |
| Q7 | VA800 | VE175 | VG170M | VG800B | VP181S | VPA150 | |
| Q7B | VA850 | VE175B | VG170MB | VG810B | VP191 | VPD150 | |
| Q9B | VA902 | VE180 | VG171 | VG810S | VP191B | VT550 | |
| Q19WB | VA902B | VE500 | VG171B | VG900 | VP191S | VTA700 | |
| Q150 | VA903B | VE510+-1 | VG175 | VG900B | VP201 | VTA900 | |

Once LPL identifies products it accuses of infringement, ViewSonic will undertake to locate any corresponding products sold outside the United States. ViewSonic is attempting to compile a list of products only sold outside the United States.

**AMENDED SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 2:**

ViewSonic incorporates its general objections herein by reference. ViewSonic objects to this Interrogatory on the grounds that it is overbroad, unduly burdensome, oppressive, vague and ambiguous, including as to the phrase "type of visual display product." ViewSonic also objects on the grounds that this Interrogatory seeks information which is not relevant to the claims or defenses of this lawsuit, and which is not reasonably calculated to lead to the discovery of admissible evidence, including that it is not limited to the United States.

Subject to and without waiving the foregoing objections, ViewSonic supplements its response as follows: ViewSonic is informed and believes that the following LCD products have been marketed or sold under a trademark or brand name that belongs to ViewSonic Corporation or its affiliated entities since December 1, 2002:

| AIRPANEL 100 | Q170 | VA902B | VE910 | VG710S | VP2000S | VPW450HD |
|---|---|---|---|---|---|---|
| APV110 | Q170B | VA903B | VE910B | VG712B | VP201 | VPW500 |
| APV150 | Q171B | VA903M | VE920M | VG712S | VP201B | VPW505 |
| APV210 | Q190MB | VA905 | VE920MB | VG720 | VP201B-H | VPW5500 |
| ASV205 | Q19WB | VA912 | VG150 | VG721M | VP201M | VT550 |
| ASV210 | Q5B | VA912B | VG150B | VG730M | VP201MB | VTA700 |
| ASV212 | Q7 | VA913B | VG150M | VG750 | VP201S | VTA900 |
| L700 | Q7B | VA915 | VG150MB | VG800 | VP2030B | VX1935WM |
| N1300 | Q9B | VA930 | VG151 | VG800B | VP2030B-H | VX1945WM |
| N1500TV | TPCV1100 | VE150 | VG151B | VG810B | VP211B | VX2000 |
| N1700W | TPCV1250 | VE150B | VG170M | VG810S | VP211B-H | VX2022W |
| N1750W | VA1912W | VE150M | VG170MB | VG900 | VP2130B | VX2025W |
| N1800TV | VA1912WB | VE150MB | VG171 | VG900B | VP2130B-H | VX2025WM |
| N2000 | VA1930WM | VE155 | VG171B | VG910B | VP2290B | VX2035WM |
| N2010 | VA2012W | VE155B | VG175 | VG910S | VP230MB | VX2235WM |
| N2011 | VA2012WB | VE155S | VG180 | VG920 | VP231WB | VX2245WM |
| N2050W | VA500 | VE170 | VG180M | VG921M | VP2330WB | VX500 |
| N2060W | VA501B | VE170B | VG181 | VG930M | VP720 | VX500+-1 |
| N2700W | VA503B | VE170M | VG181B | VIEWPAD 100 | VP720B | VX500T |
| N2750W | VA503M | VE170MB | VG191 | VIEWPAD 1000 | VP730 | VX510 |
| N2751W | VA520 | VE175 | VG191B | VP140 | VP730B | VX700 |
| N2752W | VA521 | VE175B | VG1921WM | VP150 | VP730B-H | VX710 |
| N3000W | VA550 | VE180 | VG1930WM | VP150M | VP912B | VX712 |
| N3020W | VA700 | VE1920WM | VG2021M | VP151 | VP912S | VX715 |
| N3200W | VA702 | VE1920WMB | VG2021WM | VP171 | VP920 | VX724 |
| N3208W | VA702B | VE500 | VG2030M | VP171B | VP920B | VX730 |
| N3250W | VA703B | VE510+-1 | VG2030WM | VP171B-H | VP930B | VX750 |
| N3251W | VA703M | VE510B | VG2230WM | VP171S | VP930B-H | VX800 |
| N3252W | VA712 | VE510S | VG500 | VP180M | VPA138 | VX900 |
| N3260W | VA712B | VE700 | VG500B | VP181 | VPA145 | VX910 |
| N3751w | VA720 | VE702M | VG510B | VP181B | VPA150 | VX912 |
| N3760W | VA721 | VE710B | VG510S | VP181B-H | VPD150 | VX922 |
| N4000WP | VA721B | VE710S | VG511S | VP181S | VPD180 | VX924 |
| N4050W | VA730M | VE720M | VG512S | VP191 | VPW420 | WG2020 |

| N4060W | VA800 | VE720MB | VG700 | VP191B | VPW4200 | |
| N4200W | VA850 | VE800 | VG700B | VP191B-H | VPW425 | |
| Q150 | VA902 | VE902M | VG710B | VP191S | VPW4255 | |

**INTERROGATORY NO. 3:**

Identify each type of visual display product (such as the ViewSonic VX900 monitor) manufactured, shipped, imported, sold, and/or offered for sale, in or to the United States, by or for you, since January 1, 2002.

**RESPONSE TO INTERROGATORY NO. 3:**

ViewSonic incorporates its general objections herein by reference. ViewSonic objects to this Interrogatory on the grounds that it is overbroad, unduly burdensome, oppressive, vague and ambiguous, including as to the phrase "type of visual display product." ViewSonic also objects on the grounds that this Interrogatory seeks information which is not relevant to the claims or defenses of this lawsuit, and which is not reasonably calculated to lead to the discovery of admissible evidence, including that it is not limited to the United States.

Subject to and without waiving the foregoing objections, ViewSonic responds as follows: See Response to Interrogatory No. 2.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 3:**

ViewSonic incorporates its general objections herein by reference. ViewSonic objects to this Interrogatory on the grounds that it is overbroad, unduly burdensome, oppressive, vague and ambiguous, including as to the phrase "type of visual display product." ViewSonic also objects on the grounds that this Interrogatory seeks information which is not relevant to the claims or defenses of this lawsuit, and which is not reasonably calculated to lead to the discovery of admissible evidence, including that it is not limited to the United States.

Subject to and without waiving the foregoing objections, ViewSonic supplements its response as follows: The following LCD products have been marketed or sold in the United States under a trademark or brand name that belongs to ViewSonic Corporation or its affiliated entities since January 1, 2002:

| L700 | N4050W | VA800 | VE500 | VG181 | VG910B | VP201S | VX500 |
|---|---|---|---|---|---|---|---|
| N1300 | N4060W | VA902B | VE510+-1 | VG181B | VG910S | VP211B | VX500+-1 |
| N1700W | N4200W | VA912B | VE510B | VG191 | VG920 | VP230MB | VX500T |
| N1750W | Q7B | VA930 | VE510S | VG191B | VG2021M | VP231WB | VX510 |
| N2000 | Q9B | VA1912W | VE700 | VG500 | VP140 | VP720B | VX700 |
| N2010 | Q150 | VA2012WB | VE710B | VG500B | VP150 | VP730B | VX710 |
| N2011 | Q170 | VE150 | VE710S | VG510B | VP150M | VP912B | VX715 |
| N2050W | Q170B | VE150B | VE800 | VG510S | VP151 | VP920B | VX724 |
| N2700W | Q190MB | VE150M | VE903 | VG700 | VP171 | VP930B | VX800 |
| N2750W | VA500 | VE150MB | VE910B | VG700B | VP171B | VP2000S | VX900 |
| N2751W | VA503B | VE155 | VG150 | VG710B | VP171S | VP2030B | VX910 |
| N3000W | VA520 | VE155B | VG150B | VG710S | VP180M | VP2130B | VX922 |
| N3020W | VA521 | VE155S | VG150M | VG720 | VP181 | VP2290B | VX924 |
| N3200W | VA550 | VE170 | VG150MB | VG750 | VP181B | VP2330WB | VX2000 |
| N3250W | VA700 | VE170B | VG151 | VG800 | VP181S | VPA145 | VX2025WM |
| N3251W | VA702 | VE170M | VG151B | VG800B | VP191B | VPA150 | |
| N3252W | VA702B | VE170MB | VG170M | VG810B | VP191S | VPD150 | |
| N3260W | VA712B | VE175 | VG171 | VG810S | VP201B | VT550 | |
| N3760W | VA720 | VE175B | VG171B | VG900 | VP201M | VTA700 | |
| N4000WP | VA721 | VE180 | VG175 | VG900B | VP201MB | VTA900 | |

## AMENDED SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 3:

ViewSonic incorporates its general objections herein by reference. ViewSonic objects to this Interrogatory on the grounds that it is overbroad, unduly burdensome, oppressive, vague and ambiguous, including as to the phrase "type of visual display product." ViewSonic also objects on the grounds that this Interrogatory seeks information which is not relevant to the claims or defenses of this lawsuit, and which is not reasonably calculated to lead to the discovery of admissible evidence, including that it is not limited to the United States.

Subject to and without waiving the foregoing objections, ViewSonic supplements its response as follows: The following LCD products have been marketed or sold in the United

States under a trademark or brand name that belongs to ViewSonic Corporation or its affiliated entities since December 1, 2002:

| AIRPANEL 100 | N4050W | VA800 | VG150B | VG721M | VP2000S | VPW4255 |
|---|---|---|---|---|---|---|
| APV110 | N4060W | VA902B | VG150M | VG730M | VP201B | VPW450HD |
| APV150 | N4200W | VA903B | VG150MB | VG750 | VP201B-H | VPW500 |
| APV210 | Q150 | VA912B | VG151 | VG800 | VP201M | VPW505 |
| ASV205 | Q170 | VA930 | VG151B | VG800B | VP201MB | VPW5500 |
| ASV210 | Q170B | VE150 | VG170M | VG810B | VP201S | VT550 |
| ASV212 | Q171B | VE150B | VG171 | VG810S | VP2030B | VTA700 |
| L700 | Q190MB | VE150M | VG171B | VG900 | VP2030B-H | VTA900 |
| N1300 | Q19WB | VE150MB | VG175 | VG900B | VP211B | VX1935WM |
| N1500TV | Q7 | VE155 | VG180 | VG910B | VP211B-H | VX1945WM |
| N1700W | Q7B | VE155B | VG181 | VG910S | VP2130B | VX2000 |
| N1750W | Q9B | VE155S | VG181B | VG920 | VP2130B-H | VX2025WM |
| N1800TV | TPCV1100 | VE170 | VG191 | VG930M | VP2290B | VX2035WM |
| N2000 | TPCV1250 | VE170B | VG191B | VIEWPAD 100 | VP230MB | VX2235WM |
| N2010 | VA1912W | VE170M | VG1930WM | VIEWPAD 1000 | VP231WB | VX2245WM |
| N2011 | VA1912WB | VE170MB | VG2021M | VP140 | VP2330WB | VX500 |
| N2050W | VA1930WM | VE175 | VG2030M | VP150 | VP720B | VX500+-1 |
| N2060W | VA2012WB | VE175B | VG2030WM | VP150M | VP730B | VX500T |
| N2700W | VA500 | VE180 | VG2230WM | VP151 | VP730B-H | VX510 |
| N2750W | VA503B | VE500 | VG500 | VP171 | VP912B | VX700 |
| N2751W | VA520 | VE510+-1 | VG500B | VP171B | VP920B | VX710 |
| N3000W | VA521 | VE510B | VG510B | VP171B-H | VP930B | VX715 |
| N3020W | VA550 | VE510S | VG510S | VP171S | VP930B-H | VX724 |
| N3200W | VA700 | VE700 | VG511S | VP180M | VPA138 | VX750 |
| N3250W | VA702 | VE710B | VG512S | VP181 | VPA145 | VX800 |
| N3251W | VA702B | VE710S | VG700 | VP181B | VPA150 | VX900 |
| N3252W | VA703B | VE800 | VG700B | VP181B-H | VPD150 | VX910 |
| N3260W | VA712B | VE902M | VG710B | VP181S | VPD180 | VX912 |
| N3751w | VA720 | VE910 | VG710S | VP191B | VPW420 | VX922 |
| N3760W | VA721 | VE910B | VG712B | VP191B-H | VPW4200 | VX924 |
| N4000WP | VA730M | VG150 | VG720 | VP191S | VPW425 | |