# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

ANNE SHEA GAZA

DIRECT DIAL
(302) 651-7539
GAZA@RLF.COM

March 19, 2007

**BY E-MAIL & HAND DELIVERY**

The Honorable Vincent J. Poppiti
BLANK ROME LLP
Chase Manhattan Center
1201 Market Street, Suite 800
Wilmington, DE 19801

Re:  *LG.Philips LCD Co., Ltd. v. ViewSonic Corp., et al.*, C.A. No. 04-343-JJF

Dear Special Master Poppiti:

On behalf of Defendants Tatung Company and Tatung Company of America Inc. (collectively, the "Tatung Defendants"), enclosed please find the Declaration of Valerie Ho, dated March 19, 2007, regarding the deposition of Mr. Kevin Ho. Also enclosed for Your Honor's review and consideration is an email exchange by and between Mr. Kirk and myself regarding Mr. Ho's deposition and the Tatung Defendants' request that LG.Philips LCD Co., Ltd. withdraw its objections to his deposition. While the Tatung Defendants had hoped to avoid burdening Your Honor with these issues, we look forward to correcting the record with respect to Mr. Ho's deposition during the telephonic hearing this evening.

Respectfully,

Anne Shea Gaza (#4093)

ASG/csi
cc:   Clerk of the Court (By Electronic Filing)
      Richard Kirk, Esquire (via electronic mail)
      Cormac T. Connor, Esquire (via electronic mail)
      Lora Brzezynski, Esquire (via electronic mail)
      Mark Krietzman, Esquire (via electronic mail)
      Scott R. Miller, Esquire (via electronic mail)

RLF1-3128356-1

The Honorable Vincent J. Poppiti
March 19, 2007
Page 2

      Jeffrey B. Bove, Esquire (via electronic mail)
      Tracy Roman, Esquire (via electronic mail)

RLF1-3128356-1