**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| L.G.PHILIPS LCD CO., LTD.,          ) | |
|                                        ) | |
|           Plaintiff,            ) | |
|                                      ) | C.A. NO. 04-343-JJF |
| v.                                ) | |
| TATUNG CO.;                        ) | |
| TATUNG COMPANY OF AMERICA, INC.; and   ) | |
| VIEWSONIC CORPORATION,        ) | |
|           Defendants.           ) | |

## NOTICE OF SERVICE

     PLEASE TAKE NOTICE that, on March 13, 2007, counsel for Defendant ViewSonic Corporation served a Notice of Deposition and Subpoena upon LENOVO (UNITED STATES) INC., as more particularly set forth in the attached Notice of Deposition and Subpoena, by serving true and correct copies as shown below:

     **Via hand-delivery**
     Lenovo (United States) Inc.
     3039 Cornwallis Road
     Bldg. 656, Box 29, Office FF 307
     Research Triangle Park, NC 27709

     PLEASE TAKE NOTICE that, pursuant to the attached Notice of Deposition and Subpoena, Defendant ViewSonic Corporation will take the deposition *duces tecum* of LG ELECTRONICS U.S.A., INC. pursuant to Fed. R. Civ. P. 30(b)(6). The deposition will take place on March 30, 2007 at 10:00 a.m. at a place to be determined by the parties. The deposition will continue from day to day until completed. The deposition will be conducted upon oral examination before a certified court reporter, notary public, or other person authorized by law to administer oaths. The deposition will be recorded by videotape and stenographically and may use technology that permits the real time display of the deposition transcript. Parties wishing to see the real time display must supply their own compatible computer.

     PLEASE ALSO TAKE NOTICE that View Sonic Corporation is serving LENOVO (UNITED STATES) INC. with the attached Notice of Deposition and Subpoena. The subjects covered in the deposition will include (but are not limited to) the subjects listed on Attachment A to the Subpoena. Pursuant to Fed R. Civ. P. 30(b)(6), LENOVO (UNITED STATES) INC. is required to designate one or more persons to testify at the deposition as to matters known or reasonably available to LENOVO (UNITED STATES) INC. concerning all topics listed in Attachment A to the Subpoena. In addition, the Subpoena requires LENOVO (UNITED

STATES) INC. to produce in advance of the deposition, documents listed in Attachment B to the Subpoena.

Counsel for all parties are invited to attend and cross examine.

Dated: March 21, 2007                                  **CONNOLLY BOVE LODGE & HUTZ LLP**

                                                By:    */s/ James D. Heisman*
                                                          Jeffrey B. Bove (# 998)
                                                          James D. Heisman (# 2746)

OF COUNSEL:                                    Jaclyn M. Mason (# 4737)
Scott R. Miller, Esq.                          1007 N. Orange Street
Manuel C. Nelson, Esq.                       P. O. Box 2207
**Connolly Bove Lodge & Hutz LLP**       Wilmington, DE 19899
355 South Grand Avenue                   Tel: (302) 658-9141
Suite 3150                                          *Attorneys for Defendant ViewSonic*
Los Angeles, CA 90071                      *Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of March 2007, a true and correct copy of the foregoing NOTICE OF SERVICE OF DEFENDANT VIEWSONIC CORPORATION'S NOTICE OF DEPOSITION AND SUBPOENA TO LENOVO (UNITED STATES) INC. was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following and the document is available for viewing and downloading from CM/ECF:

| | |
|---|---|
| Richard D. Kirk, Esq. | Anne Shea Gaza, Esq. |
| The Bayard Firm | Frederick L. Cottrell, III |
| 222 Delaware Avenue | Richards, Layton & Finger, P.A. |
| Suite 900 | One Rodney Square |
| Wilmington, DE 19801 | Wilmington, DE 19801 |

I further certify that on this 21st day of March 2007, I have sent by email the foregoing document to the following non-registered participants:

| | |
|---|---|
| Cass W. Christenson, Esq. | Mark H. Krietzman, Esq. |
| Lora A. Brzezynski, Esq. | Valerie W. Ho, Esq. |
| Rel S. Ambrozy, Esq. | Frank E. Merideth, Jr., Esq. |
| McKenna Long & Aldridge LLP | Steve Hassid, Esq. |
| 1900 K Street, NW | Greenberg Traurig, LLP |
| Washington, DC 20006 | 2450 Colorado Ave., Suite 400E |
| | Santa Monica, CA 90404 |
| Tracy R. Roman, Esq. | |
| Raskin Peter Rubin & Simon LLP | |
| 1801 Century Park East | |
| Suite 2300 | |
| Los Angeles, CA 90067-2325 | |

*/s/ James D. Heisman*
James D. Heisman (# 2746)
jheisman@cblh.com