IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> TATUNG CO.; <br> TATUNG COMPANY OF AMERICA, INC.; AND <br> VIEWSONIC CORPORATION <br><br> Defendants. | C. A. No. 04-343 |

## NOTICE OF DEPOSITION OF RHEIN TECH LABORATORIES, INC. PURSUANT TO RULE 30(b)(6)

To:  Richard D. Kirk, Esquire  
The Bayard Firm  
222 Delaware Avenue #900  
Wilmington, DE 19899  

Tracy R. Roman, Esquire  
Raskin Peter Rubin & Simon LLP  
1801 Century Park East, Suite 2300  
Los Angeles, CA 90067  

Scott R. Miller, Esquire  
Connolly Bove Lodge & Hutz LLP  
355 South Grand Avenue  
Suite 3150  
Los Angeles, CA 90071  

Jeffrey B. Bove, Esquire  
James Heisman, Esquire  
Jaclyn M. Mason, Esquire  
Connolly Bove Lodge & Hutz LLP  
1007 North Orange Street  
P.O. Box 2207  
Wilmington, De 19899  

Gaspare J. Bono, Esquire  
Rel S. Ambrozy, Esquire  
Lora A. Brzezynski, Esquire  
Cass W. Christenson, Esquire  
McKenna Long & Aldridge LLP  
1900 K Street, N.W.  
Washington D.C. 20006  

PLEASE TAKE NOTICE that pursuant to Rules 26 and Rule 30(b)(6) of the Federal Rules of Civil Procedure ("FRCP"), Defendants Tatung Company and Tatung Company of America will take the deposition of Rhein Tech Laboratories, Inc. ("Rhein") beginning on March 30, 2007 at 10:00 a.m. at the offices of Lad Reporting, 8484 Westpark Drive, Suite 110, McClain, VA 22102, or at such other time and/or place as counsel for all parties may agree in

writing. The deposition will be conducted upon oral examination before a certified court reporter authorized by law to administer oaths. The deposition will continue from day to day until completed. The deposition will be recorded by videotape and stenographically, and may use technology that permits the real time display of the deposition transcript. Parties wishing to see the real time display must supply their own computer.

Pursuant to FRCP 30(b)(6), Rhein shall designate one or more officers, directors, agents or other representatives who consent to testify on its behalf, to testify as to matters known or reasonably available to Rhein regarding the topics listed in the attached list of topics. To the extent more than one deponent is identified, Rhein shall state in advance of the deposition which portions of this notice each deponent is prepared to address.

All parties are invited to attend and cross-examine.

|  |  |
|---|---|
| Of Counsel:<br>Frank E. Merideth, Jr.<br>Mark H. Krietzman<br>Valerie W. Ho<br>Steve Hassid<br>Greenberg Traurig LLP<br>2450 Colorado Avenue, Suite 400E<br>Santa Monica, CA 90404<br>Telephone: 310-586-7700 | Frederick L. Cottrell, III (#2555)<br>Anne Shea Gaza (#4093)<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, Delaware 19899<br>(302) 651-7700<br>cottrell@rlf.com<br>gaza@rlf.com<br><br>*Attorneys for Defendant Tatung Company* |

Dated: March 23, 2007

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2007 I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

| | |
|---|---|
| Richard D. Kirk, Esquire<br>The Bayard Firm<br>222 Delaware Avenue #900<br>Wilmington, DE 19899 | Jeffrey B. Bove, Esquire<br>James Heisman, Esquire<br>Jaclyn M. Mason, Esquire<br>Connolly Bove Lodge & Hutz LLP<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899 |

I hereby certify that on March 23, 2007 I caused to be sent the foregoing document to the following non-registered participants in the manner indicated below:

| | |
|---|---|
| **VIA FEDERAL EXPRESS**<br>Gaspare J. Bono, Esquire<br>Rel S. Ambrozy, Esquire<br>Lora A. Brzezynski, Esquire<br>Cass W. Christenson, Esquire<br>McKenna Long & Aldridge LLP<br>1900 K Street, N.W.<br>Washington D.C. 20006 | **VIA FEDERAL EXPRESS**<br>Tracy R. Roman, Esquire<br>Raskin Peter Rubin & Simon LLP<br>1801 Century Park East, Suite 2300<br>Los Angeles, CA 90067<br><br>**VIA FEDERAL EXPRESS**<br>Scott R. Miller, Esquire<br>Connolly Bove Lodge & Hutz LLP<br>355 South Grand Avenue<br>Suite 3150<br>Los Angeles, CA 90071 |

/s/ Anne Shea Gaza
Anne Shea Gaza (#4093)
Gaza@rlf.com