# THE BAYARD FIRM
A T T O R N E Y S

222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899
ZIP CODE FOR DELIVERIES: 19801

MERITAS LAW FIRMS WORLDWIDE
www.bayardfirm.com
302-655-5000
(FAX) 302-658-6395
WRITER'S DIRECT ACCESS

ELECTRONICALLY FILED
BY HAND AND BY EMAIL

(302) 429-4208
rkirk@bayardfirm.com

March 23, 2007

The Honorable Vincent J. Poppiti
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

Re: *LG.Philips LCD Co., Ltd. v. ViewSonic*, C.A. No. 04-343 JJF

Dear Special Master Poppiti:

    I write to inform Your Honor that plaintiff LG.Philips LCD Co., Ltd. ("LPL") and the Tatung Defendants have agreed to amend their agreed schedule for the depositions of four of the Tatung Defendants' remaining witnesses. The parties have agreed to reset the depositions of the following witnesses to the dates identified below. All depositions will occur in the offices of LPL's counsel in Los Angeles, California.

    Vincent Liu, April 16 and, if necessary, April 17, 2007

    Peter Farzin, April 18, 2007

    Jamie Yang, April 19, 2007

    Bryan Lin, April 20, 2007

    We are writing to keep you informed of the deposition schedule. The parties will inform Your Honor if there are any changes to that schedule.

Respectfully submitted,

Richard D. Kirk (rk0922)

cc: Counsel as shown on the attached certificate

654885-1

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on March 23, 2007, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Jeffrey B Bove, Esq.
Jaclyn M. Mason, Esq.
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899-2207

Frederick L. Cottrell, III, Esq.
Anne Shea Gaza, Esq.
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

The undersigned counsel further certifies that copies of the foregoing document were sent by email to the above counsel on March 23, 2007, and will be sent by hand on March 23, 2007, and were sent by email on March 23, 2007, and will be sent by first class mail on March 23, 2007, to the following non-registered participants:

Scott R. Miller, Esq.
Connolly Bove Lodge & Hutz LLP
355 South Grand Avenue
Suite 3150
Los Angeles, CA 90071

Valerie Ho, Esq.
Mark H. Krietzman, Esq.
Frank C. Merideth, Jr., Esq.
Greenberg Traurig LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404

Tracy Roman, Esq.
Raskin Peter Rubin & Simon LLP
1801 Century Park East, Suite 2300
Los Angeles, CA 90067

/s/ Richard D. Kirk (rk922)
Richard D. Kirk

571447-1