**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TATUNG COMPANY; )<br>TATUNG COMPANY OF AMERICA, INC.; and )<br>VIEWSONIC CORPORATION, )<br>)<br>Defendants. ) | C.A. No. 04-343-JJF |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on March 26, 2007, copies of **(1) PLAINTIFF'S OBJECTIONS AND ANSWERS TO DEFENDANT VIEWSONIC CORPORATION'S SECOND SET OF REQUESTS FOR ADMISSION** and (2) this **NOTICE OF SERVICE** were served as shown:

**BY EMAIL AND BY HAND**

| | |
|---|---|
| Jeffrey B Bove, Esq. | Frederick L. Cottrell, III, Esq. |
| Jaclyn M. Mason, Esq. | Anne Shea Gaza, Esq. |
| Connolly Bove Lodge & Hutz LLP | Richards, Layton & Finger |
| 1007 North Orange Street | One Rodney Sqare |
| P.O. Box 2207 | P.O. Box 551 |
| Wilmington, Delaware 19899-2207 | Wilmington, DE 19899 |

**BY EMAIL AND BY U.S. MAIL**

| | |
|---|---|
| Valerie Ho, Esq. | Scott R. Miller, Esq. |
| Mark H. Krietzman, Esq. | Connolly Bove Lodge & Hutz LLP |
| Frank C. Merideth, Jr., Esq. | 355 South Grand Avenue |
| Greenberg Traurig LLP | Suite 3150 |
| 2450 Colorado Avenue, Suite 400E | Los Angeles, CA 90071 |
| Santa Monica, CA 90404 | |

Tracy Roman, Esq.
Raskin Peter Rubin & Simon LLP

571446-1

1801 Century Park East, Suite 2300
Los Angeles, CA 90067

March 26, 2007

                      THE BAYARD FIRM

                      /s/ Richard D. Kirk (rk0922)
                      Richard D. Kirk
                      Ashley B. Stitzer
                      222 Delaware Avenue, Suite 900
                      P.O. Box 25130
                      Wilmington, DE  19899-5130
                      rkirk@bayardfirm.com
                      (302) 655-5000
                      Counsel for Plaintiff
                      LG.PHILIPS LCD CO., LTD.

OF COUNSEL:
Gaspare J. Bono
Matthew T. Bailey
Lora A. Brzezynski
Cass W. Christenson
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006
(202) 496-7500

571446-1           2