

**BLANK** ■ **ROME** LLP
COUNSELORS AT LAW

| | |
|---|---|
| *Phone:* | *(302) 425-6410* |
| *Fax:* | *(302) 428-5132* |
| *Email:* | *Poppiti@BlankRome.com* |

March 27, 2007

The Honorable Joseph J. Farnan, Jr.
U.S. District Court for the District of Delaware
844 North King Street, Lock Box 27
Wilmington, DE 19801

        Re:     LG. Philips LCD Co., Ltd. v. ViewSonic Corporation, et al.
                  Proposed Stipulation and Order Modifying Scheduling Order
                  C.A. No. 04-343 JJF

Dear Judge Farnan:

       Attached for your review and consideration is a stipulation and order extending the deadline for completion of third party discovery to and including May 11, 2007. The proposed extension has no effect on all other dates and deadlines contained in the Second Amended (Omnibus) Rule 16 Scheduling Order (DI 577).

       The referenced stipulation comes as a result of a compromise by the parties of a discovery dispute.

       I recommend that Your Honor sign the Order. If Your Honor has any question in this regard, I am available at the convenience of the Court.

                               Yours respectfully,

                               Vincent J. Poppiti
                               Special Master
                               (DSBA 100614)

VJP:slc
cc:    Richard D. Kirk, Esquire
       Jeffrey B. Bove, Esquire
       Fredrick L. Cottrell, III Esquire

062038.00612/40167981v.1