IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., | |
| Plaintiff, | |
| v. | Civil Action No. 04-343-JJF |
| TATUNG COMPANY; TATUNG COMPANY OF AMERICA, INC.; and VIEWSONIC CORPORATION, | |
| Defendants. | |

### STIPULATION AND ORDER MODIFYING THE SCHEDULING ORDER

THE PARTIES HERETO STIPULATE AND AGREE, subject to the approval of the Court, that the Second Amended (Omnibus) Rule 16 Scheduling Order (D.I. 577) (the "Order"), be modified by extending the deadline for completion of third party discovery to and including May 11, 2007. No other modification of the Order is intended or implied. All other dates and deadlines referred to in the Order remain fully effective.

| THE BAYARD FIRM | CONNOLLY BOVE LODGE & HUTZ LLP |
|---|---|
| /s/ Richard D. Kirk (rk0922) | /s/ James D. Heisman (jh2746) |
| Richard D. Kirk | Jeffrey B Bove |
| Ashley B. Stitzer | James D. Heisman |
| 222 Delaware Avenue, Suite 900 | Jaclyn M. Mason |
| P.O. Box 25130 | 1007 North Orange Street |
| Wilmington, DE 19899 | P.O. Box 2207 |
| (302) 655-5000 | Wilmington, Delaware 19899-2207 |
| *Attorneys for Plaintiff* | (302) 658-9141 |
| *LG.Philips LCD Co., Ltd.* | *Attorneys for Defendant ViewSonic Corporation* |

635854-1

-2-

RICHARDS, LAYTON & FINGER, P.A.

/s/ Anne Shea Gaza (ag4093)
Frederick L. Cottrell, III
Anne Shea Gaza
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
*Attorneys for defendants Tatung Company
and Tatung Company of America, Inc.*

      SO ORDERED this \_\_\_\_ day of _____, 2007.

_____
United States District Judge