# EXHIBIT C

## Ho, Valerie W. (Shld-LA-LT)

| | |
|---|---|
| From: | Connor, Cormac [cconnor@mckennalong.com] |
| Sent: | Thursday, March 15, 2007 2:50 PM |
| To: | Hassid, Steve (Assoc-LA-IP) |
| Cc: | Merideth, Frank (Shld-LA-LT); Brzezynski, Lora; Ambrozy, Rel; Christenson, Cass; Dick Kirk; Merideth, Frank (Shld-LA-LT); Krietzman, Mark H. (Shld-LA-IP); Hassid, Steve (Assoc-LA-IP); Ho, Valerie W. (Shld-LA-LT) |
| Subject: | RE: L.G. Phillips v. Tatung Company, et al |

We have been reviewing your letters but do not have a response for you yet. Thus, we will not be able to meet tonight. We will do our best to coordinate with you tomorrow and to set a meeting date and time.

Also, as you know, distribution lists are more important now than ever, so as to ensure that someone on our team can review and respond any correspondence from you. Your last email, however, was addressed only to me. Please copy any correspondence to our team so that we can be sure to address any issues you may raise.


Cormac T. Connor

McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006
tel. 202-496-7439
fax 202-496-7756
email: cconnor@mckennalong.com

-----Original Message-----
From: HassidS@gtlaw.com [mailto:HassidS@gtlaw.com]
Sent: Thursday, March 15, 2007 5:16 PM
To: Connor, Cormac
Cc: MeridethF@GTLAW.com
Subject: FW: L.G. Phillips v. Tatung Company, et al

Cormac,

Please contact me (or have someone on your team contact me) today to discuss scheduling the meet and confer and inspections referred to in my attached letters.

Thanks,

Steve


------------------------------------------------------------

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S.
federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.


The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. To reply to our email administrator directly, please send an email to postmaster@gtlaw.com.

1

```
From: Hassid, Steve (Assoc-LA-IP)
Sent: Thursday, March 15, 2007 12:30 AM
To: Oh, Charlene L. (Assoc-LA-LT); 'rkirk@bayardfirm.com'; 'astitzer@bayardfirm.com';
'gbono@mckennalong.com'; 'cchristenson@mckennalong.com'; 'rambrozy@mckennalong.com';
'cconnor@mckennalong.com'; 'sklevens@mckennalong.com'; 'jbove@cblh.com';
'jheisman@cblh.com'; 'jmason@cblh.com'; 'smiller@cblh.com'; 'jherr@cblh.com';
'mnelson@cblh.com'; 'nphillips@cblh.com'; 'jlorenzen@cblh.com'; 'KRohrabaugh@cblh.com';
'troman@raskinpeter.com'; 'cottrell@rlf.com'; 'gaza@rlf.com'; 'lees@rlf.com'; Merideth,
Frank (Shld-LA-LT); Krietzman, Mark H. (Shld-LA-IP); Ho, Valerie W.
(Shld-LA-LT); Bialas, Monika (Secy-LA-IP); Pouratian, Debbie
(Assoc-LA-LT)
Subject: L.G. Phillips v. Tatung Company, et al
```

Please see the attached letters.

Sincerely,

Steve P. Hassid
Greenberg Traurig, LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, California 90404
hassids@gtlaw.com
www.gtlaw.com

*Office Located at 1601 Cloverfield Blvd., Suite 2050 North

(310) 586-7703 (Direct)
(310) 586-7700 (Main)
(310) 586-0203 (Fax)

Amsterdam * Albany* Atlanta * Boca Raton * Boston * Chicago * Dallas* Denver * Fort
Lauderdale * Los Angeles * Miami * New Jersey * New York * Orange County* Orlando *
Philadelphia * Phoenix * Silicon Valley * Tallahassee * Tysons Corner * Washington, D.C. *
West Palm Beach * Wilmington * Zurich

CONFIDENTIALITY NOTICE:
This e-mail and any attachments contain information from the law firm of McKenna Long &
Aldridge LLP, and are intended solely for the use of the named recipient or recipients.
This e-mail may contain privileged attorney/client communications or work product. Any
dissemination of this e-mail by anyone other than an intended recipient is strictly
prohibited. If you are not a named recipient, you are prohibited from any further viewing
of the e-mail or any attachments or from making any use of the e-mail or attachments. If
you believe you have received this e-mail in error, notify the sender immediately and
permanently delete the e-mail, any attachments, and all copies thereof from any drives or
storage media and destroy any printouts of the e-mail or attachments.