# EXHIBIT G

| | **McKenna Long** | |
|---|---|---|
| Albany | **& Aldridge**LLP | New York |
| Atlanta | Attorneys at Law | Philadelphia |
| Brussels | 1900 K Street, NW • Washington, DC 20006-1108 | San Diego |
| Denver | Tel: 202.496.7500 • Fax: 202.496.7756 | San Francisco |
| Los Angeles | www.mckennalong.com | Washington, D C |

CORMAC T. CONNOR
(202) 496-7439

EMAIL ADDRESS
cconnor@mckennalong.com

March 22, 2007

BY E-MAIL AND US MAIL

Steve P. Hassid, Esq.
Greenberg Traurig, LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, California 90404
hassids@gtlaw.com

    Re:    *LG.Philips LCD Co., Ltd. v. Tatung, et al.;*
           *Civil Action No. 04-343 (JJF)*

Dear Steve:

    Your letter dated March 21 was not sent to me until March 22. In it, you demand that we meet-and-confer about the 39+ topics discussed in your letter either today or tomorrow. However, your letter suffers from failings that are the inverse of the failings in your March 15 letter: whereas your March 15 letter failed to identify areas of dispute with respect to the 160 different document requests identified there, your recent letter fails to identify any document requests that relate to your 39+ areas of purported dispute.

    We will do our best to figure out whether Tatung has any basis for seeking the types of information identified in your most recent letter, but we will certainly not be able to meet with you today and any meeting tomorrow will be similarly difficult to arrange. Additionally, tomorrow will be difficult to arrange because the parties will need to prepare for and participate in a hearing with the Special Master. Regardless, I or some member of LPL's team will get back to you as soon as possible in order to arrange a meet-and-confer. In the meantime, if you can link your 39+ areas of dispute to the 160 document requests you identified in your March 15 letter, it will shorten the amount of time that we need to evaluate and respond to your most recent letter.

                                    Sincerely,

                                    Cormac T. Connor

Steve Hassid, Esq.
March 22, 2007
Page 2


cc:    Debbie Pouratian, Esq. (via email)
       Frank E. Merideth, Jr., Esq. (via email)
       Mark H. Krietzman, Esq. (via email)
       Charlene Oh, Esq. (via email)
       Valerie W. Ho, Esq. (via email)
       William Tran, Esq. (via email)


DC:50468245.1