# EXHIBIT H

# Greenberg Traurig

Steve Hassid
Tel 310.586.7700
Fax 310.586.7800
hassids@gtlaw.com

March 26, 2007

Via E-Mail and U.S. Mail

Cormac T. Connor
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006

Re:     *LG.Philips LCD Co., Ltd. v. ViewSonic Corporation et al.*
        **U.S. District Court Case No. 04-343 JJF**

Dear Cormac:

I write in response to your March 22, 2007 letter. We find your letter of March 22, 2007 to be nothing more than an attempt to further delay a meet and confer regarding the issues raised in my March 15, 2007 letter. Despite your repeated promises to provide available dates for a meet and confer, we have yet to hear from you or anyone from your team regarding scheduling a meet and confer. To prevent further delay, we request that you immediately provide available times for a meet and confer on March 26 or 27, 2007. If we do not hear from you, we will raise this issue with the Special Master.

My March 21, 2007 letter explained in detail why the Tatung Defendants are entitled to inspect the alleged Tatung products in LPL's possession. Your letter of March 22, 2007 was silent on this issue and once again failed to offer any dates for the inspection. Accordingly, please immediately provide suitable dates for the inspection of all alleged Tatung products in LPL's possession.

Additionally, upon reviewing LPL's document production, it appears that there are numerous categories of documents that have not been produced despite LPL's agreement to produce such documents. The specific requests and categories of documents have been detailed in my previous letters. Please confirm that LPL has performed and completed a diligent search and that all responsive documents have been produced. If no responsive documents can be located, LPL should supplement its responses to the document requests to so indicate.

ALBANY
AMSTERDAM
ATLANTA
BOCA RATON
BOSTON
BRUSSELS
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LOS VEGAS
LONDON
LOS ANGELES
MIAMI
MILAN
NEW JERSEY
NEW YORK
ORANGE COUNTY
ORLANDO
PHILADELPHIA
PHOENIX
ROME
SACRAMENTO
SILICON VALLEY
TALLAHASSEE
TAMPA
TOKYO
TYSONS CORNER
WASHINGTON DC
WEST PALM BEACH
ZURICH

LA-FIN-1/361818v1/032687.010700 Attorneys at Law | Los Angeles Office | 2450 Colorado Avenue | Suite 400E | Santa Monica, CA 90404
Tel 310.586.7700 | Fax 310.586.7800

www.gtlaw.com

Cormac T. Connor
March 26, 2006
Page 2

We look forward to discussing these issues with you during the conference of counsel.

Sincerely,

Steve P. Hassid

cc:    Scott Miller (via e-mail)
       Frank Merideth (via e-mail)
       Richard Kirk, Esq. (via email)
       Jeffrey Bove, Esq. (via email)
       Mark Krietzman, Esq. (via email)
       Frederick L. Cottrell, III, Esq. (via email)
       Anne Shea Gaza, Esq. (via email)
       Cass Christenson (via email)
       Lora Brzezynski (via email)
       James Heisman (via email)
       Tracy Roman (via email)
       Shari Klevens (via email)
       Rel Ambrozy (via email)
       Manuel C. Nelson (via email)
       Allan W. Jansen (via email)