# EXHIBIT 1

# Greenberg
# Traurig

Steve Hassid
Tel 310.586.7700
Fax 310.586.7800
hassids@gtlaw.com

March 15, 2006

Via E-Mail and U.S. Mail

Cormac T. Connor
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006

Re:   *LG.Philips LCD Co., Ltd. v. ViewSonic Corporation et al.*
      **U.S. District Court Case No. 04-343 JJF**

Dear Cormac:

   I write on behalf of Tatung Company and Tatung Company of America to request inspection of all Tatung products in LPL's possession, custody or control. Please contact me immediately to discuss the details.

Sincerely,

Steve P. Hassid

ALBANY
AMSTERDAM
ATLANTA
BOCA RATON
BOSTON
BRUSSELS'
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON'
LOS ANGELES
MIAMI
MILAN
NEW JERSEY
NEW YORK
ORANGE COUNTY
ORLANDO
PHILADELPHIA
PHOENIX
ROME'
SACRAMENTO
SILICON VALLEY
TALLAHASSEE
TAMPA
TOKYO'
TYSONS CORNER
WASHINGTON D.C.
WEST PALM BEACH
ZURICH

Greenberg Traurig, LLP | Attorneys at Law | Los Angeles Office | 2450 Colorado Avenue | Suite 400E | Santa Monica, CA 90404
Tel 310.586.7700 | Fax 310.586.7800

www.gtlaw.com