# EXHIBIT 5

### Oh, Charlene L. (Assoc-LA-LT)

**From:** Connor, Cormac [cconnor@mckennalong.com]
**Sent:** Thursday, March 29, 2007 9:56 AM
**To:** Bialas, Monika (Secy-LA-IP); Oh, Charlene L. (Assoc-LA-LT); Pouratian, Debbie (Assoc-LA-LT); Merideth, Frank (Shld-LA-LT); lees@rlf.com; Krietzman, Mark H. (Shld-LA-IP); Hassid, Steve (Assoc-LA-IP); Ho, Valerie W. (Shld-LA-LT); Tran, Q. William (Assoc-OC-LT)
**Cc:** Ambrozy, Rel; Christenson, Cass
**Subject:** Inspection of Tatung monitors in LPL's possession

Following up on our discussion from yesterday, LPL continues to offer to provide Tatung with the serial numbers of the Tatung products that LPL has in its possession and which have been accused of infringement. We will not, however, agree to let Tatung inspect those products because such an inspection would require LPL to reveal attorney work product and would be unnecessarily burdensome to LPL, given LPL's offer to provide serial numbers. LPL's offer, as we discussed, was in response to Tatung's indication in the March 20 Joint Status Report that serial numbers would provide Tatung with the information that it seeks.

Please let us know if LPL's offer will satisfy your concerns

Cormac T. Connor

McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006
tel 202-496-7439
fax 202-496-7756

email: cconnor@mckennalong com

CONFIDENTIALITY NOTICE:
This e-mail and any attachments contain information from
the law firm of McKenna Long & Aldridge LLP, and are
intended solely for the use of the named recipient or
recipients. This e-mail may contain privileged
attorney/client communications or work product. Any
dissemination of this e-mail by anyone other than an
intended recipient is strictly prohibited. If you are not a
named recipient, you are prohibited from any further
viewing of the e-mail or any attachments or from making any
use of the e-mail or attachments. If you believe you have
received this e-mail in error, notify the sender
immediately and permanently delete the e-mail, any
attachments, and all copies thereof from any drives or
storage media and destroy any printouts of the e-mail or
attachments.

3/29/2007