IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD.,<br><br>Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>TATUNG CO.; TATUNG COMPANY OF AMERICA, INC.; and VIEWSONIC CORPORATION,<br><br>Defendants/Counterclaim Plaintiffs. | Civil Action No. 04-343 (JJF) |

**PLAINTIFF LG.PHILIPS LCD CO., LTD.'S CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 7.1.1**

I hereby certify that counsel for Plaintiff LG.Philips LCD Co., Ltd. ("LPL") attempted to resolve the issues presented in its Motion to Approve Schedule for ViewSonic Depositions (the "Motion") with Counsel for ViewSonic. Counsel for LPL attempted in good faith to resolve this matter with the Defendants' counsel through written and/or telephonic correspondence on March 22, 23, 28, 29 and 30, 2007. Examples of this correspondence have been submitted as Exhibits to the Motion. The parties have not been able to resolve their disputes, so LPL presented its Motion to the Special Master and seeks expedited review of same.

March 30, 2007

THE BAYARD FIRM

*/s/ Richard D. Kirk*

Richard D. Kirk
Ashley B. Stitzer
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130
rkirk@bayardfirm.com
astitzer@bayardfirm.com
(302) 655-5000

Counsel for Plaintiff
LG.PHILIPS LCD CO., LTD.

OF COUNSEL:
Gaspare J. Bono
Lora Brzezynski
Rel S. Ambrozy
Cass W. Christenson
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006
(202) 496-7500