IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-343 (JJF) |
| | ) |
| TATUNG COMPANY | ) |
| TATUNG COMPANY OF AMERICA, INC.; | ) |
| AND VIEWSONIC CORPORATION, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that copies of Defendant Tatung Company of America, Inc's Third Set of Supplemental Responses to Plaintiff's Second Set of Interrogatories were served via electronic mail on March 30, 2007 upon the following counsel of record:

Richard D. Kirk, Esquire
The Bayard Firm
222 Delaware Avenue #900
Wilmington, DE 19899

Jeffrey B. Bove, Esquire
Jaclyn M. Mason, Esquire
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Gaspare J. Bono, Esquire
Rel S. Ambrozy, Esquire
Lora A. Brzezynski, Esquire
Cass W. Christenson, Esquire
McKenna Long & Aldridge LLP
1900 K Street, N.W.
Washington D.C. 20006

Tracy R. Roman, Esquire
Raskin Peter Rubin & Simon LLP
1801 Century Park East
Suite 2300
Los Angeles, CA 90067

          Scott R. Miller, Esquire
          Connolly Bove Lodge & Hutz LLP
          355 South Grand Avenue
          Suite 3150
          Los Angeles, CA 90071

          /s/ Frederick L. Cottrell, III

Of Counsel:          Frederick L. Cottrell, III (#2555)
Christopher Darrow          Anne Shea Gaza (#4093)
Mark H. Krietzman          Richards, Layton & Finger, P.A.
Frank E. Merideth, Jr.          One Rodney Square
Alan R. Maler          P.O. Box 551
Greenberg Traurig LLP          Wilmington, Delaware 19899
2450 Colorado Avenue, Suite 400E          (302) 651-7700
Santa Monica, CA 90404          cottrell@rlf.com
Telephone: 310-586-7700          gaza@rlf.com
          *Attorneys for Defendants Tatung Company*
Kathryn L. Clune          *and Tatung Company of America Inc.*
Greenberg Traurig LLP
800 Connecticut Avenue, N.W., Suite 500
Washington, DC 20006

Dated: April 2, 2007

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on April 2, 2007 I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

| | |
|---|---|
| Richard D. Kirk, Esquire<br>The Bayard Firm<br>222 Delaware Avenue #900<br>Wilmington, DE 19899 | Jeffrey B. Bove, Esquire<br>James Heisman, Esquire<br>Jaclyn M. Mason, Esquire<br>Connolly Bove Lodge & Hutz LLP<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899 |

I hereby certify that on April 2, 2007 I caused to be sent the foregoing document to the following non-registered participants in the manner indicated below:

| | |
|---|---|
| **VIA FEDERAL EXPRESS**<br>Gaspare J. Bono, Esquire<br>Rel S. Ambrozy, Esquire<br>Lora A. Brzezynski, Esquire<br>Cass W. Christenson, Esquire<br>McKenna Long & Aldridge LLP<br>1900 K Street, N.W.<br>Washington D.C. 20006 | **VIA FEDERAL EXPRESS**<br>Tracy R. Roman, Esquire<br>Raskin Peter Rubin & Simon LLP<br>1801 Century Park East, Suite 2300<br>Los Angeles, CA 90067<br><br>**VIA FEDERAL EXPRESS**<br>Scott R. Miller, Esquire<br>Connolly Bove Lodge & Hutz LLP<br>355 South Grand Avenue<br>Suite 3150<br>Los Angeles, CA 90071 |

_____
Anne Shea Gaza (#4093)
Gaza@rlf.com

RLF1-2967131-1