**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| L.G.PHILIPS LCD CO., LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. NO. 04-343-JJF |
| v. ) | |
| ) | |
| TATUNG CO.; ) | |
| TATUNG COMPANY OF AMERICA, INC.; and ) | |
| VIEWSONIC CORPORATION, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that, on March 31, 2007, counsel for Defendant ViewSonic Corporation served its **Amended Second Supplemental Responses to Plaintiff's Second Set of Interrogatories** by serving true and correct copies via email to the parties listed below:

Richard D. Kirk, Esq.
The Bayard Firm
222 Delaware Avenue
Suite 900
Wilmington, DE 19801

Anne Shea Gaza, Esq.
Frederick L. Cottrell, III
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19801

Cass W. Christenson, Esq.
Lora A. Brzezynski, Esq.
Rel S. Ambrozy, Esq.
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006

Mark H. Krietzman, Esq.
Valerie W. Ho, Esq.
Frank E. Merideth, Jr., Esq.
Steve Hassid, Esq.
Greenberg Traurig, LLP
2450 Colorado Ave., Suite 400E
Santa Monica, CA 90404

Tracy R. Roman, Esq.
Raskin Peter Rubin & Simon LLP
1801 Century Park East
Suite 2300
Los Angeles, CA 90067-2325

Dated: April 3, 2007          **CONNOLLY BOVE LODGE & HUTZ LLP**

By:    */s/ James D. Heisman*
       Jeffrey B. Bove (# 998)
       James D. Heisman (# 2746)

OF COUNSEL:          Jaclyn M. Mason (# 4737)
Scott R. Miller, Esq.          1007 N. Orange Street
Manuel C. Nelson, Esq.        P. O. Box 2207
**CONNOLLY BOVE LODGE & HUTZ LLP**    Wilmington, DE 19899
355 South Grand Avenue        Tel: (302) 658-9141
Suite 3150                   *Attorneys for Defendant ViewSonic*
Los Angeles, CA 90071         *Corporation*

## CERTIFICATE OF SERVICE

I, James D. Heisman, hereby certify that on this 3rd day of April 2007, a true and correct copy of the foregoing **Notice of Service** was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following and the document is available for viewing and downloading from CM/ECF:

| | |
|---|---|
| Richard D. Kirk, Esq. | Anne Shea Gaza, Esq. |
| The Bayard Firm | Frederick L. Cottrell, III |
| 222 Delaware Avenue | Richards, Layton & Finger, P.A. |
| Suite 900 | One Rodney Square |
| Wilmington, DE 19801 | Wilmington, DE 19801 |

I further certify that on this 3rd day of April 2007, I have sent by email the foregoing document to the following non-registered participants:

| | |
|---|---|
| Cass W. Christenson, Esq. | Mark H. Krietzman, Esq. |
| Lora A. Brzezynski, Esq. | Valerie W. Ho, Esq. |
| Rel S. Ambrozy, Esq. | Frank E. Merideth, Jr., Esq. |
| McKenna Long & Aldridge LLP | Steve Hassid, Esq. |
| 1900 K Street, NW | Greenberg Traurig, LLP |
| Washington, DC 20006 | 2450 Colorado Ave., Suite 400E |
| | Santa Monica, CA 90404 |

Tracy R. Roman, Esq.
Raskin Peter Rubin & Simon LLP
1801 Century Park East
Suite 2300
Los Angeles, CA 90067-2325

                                               */s/ James D. Heisman*
                                               James D. Heisman (# 2746)
                                                   jheisman@cblh.com