IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD.,<br><br>             Plaintiff,<br><br>v.<br><br>TATUNG COMPANY; TATUNG<br>COMPANY OF AMERICA, INC.; and<br>VIEWSONIC CORPORATION,<br><br>             Defendants. | Civil Action No. 04-343-JJF |

## STIPULATION AND ORDER MODIFYING THE SCHEDULING ORDER

THE PARTIES HERETO STIPULATE AND AGREE, subject to the approval of the

Court, that the Second Amended (Omnibus) Rule 16 Scheduling Order (D.I. 577) (the "Order"),

be modified by extending the deadline for completion of third party discovery to and including

May 11, 2007.  No other modification of the Order is intended or implied.  All other dates and

deadlines referred to in the Order remain fully effective.

THE BAYARD FIRM

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk
Ashley B. Stitzer
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
(302) 655-5000
 *Attorneys for Plaintiff*
 *LG.Philips LCD Co., Ltd.*

CONNOLLY BOVE LODGE & HUTZ LLP

/s/ James D. Heisman (jh2746)
Jeffrey B Bove
James D. Heisman
Jaclyn M. Mason
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899-2207
(302) 658-9141
*Attorneys for Defendant ViewSonic*
*Corporation*

635854-1

RICHARDS, LAYTON & FINGER, P.A.

/s/ Anne Shea Gaza (ag4093)
Frederick L. Cottrell, III
Anne Shea Gaza
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
*Attorneys for defendants Tatung Company*
*and Tatung Company of America, Inc.*


SO ORDERED this __3__ day of __APRIL__ , 2007.


_____
United States District Judge