IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., | |
| Plaintiff, | |
| v. | Civil Action No. 04-343-JJF |
| TATUNG COMPANY; TATUNG COMPANY OF AMERICA, INC.; and VIEWSONIC CORPORATION, | |
| Defendants. | |

## STIPULATED PROTECTIVE ORDER

This matter came before the Court on motions by Defendants Tatung Company and Tatung Company of America, Inc. (collectively, "Tatung") for protective orders concerning the scope of discovery sought by third party subpoenas issued by Plaintiff LG.Philips LCD Co., Ltd. ("LPL") in various judicial districts outside of Delaware, including in some matters that have subsequently been transferred to this District, and LPL's responses to those motions.

WHEREAS this case is currently pending in the U.S. District Court for the District of Delaware, Civil Action No. 04-343 (JJF) (the "Main Case");

WHEREAS on March 16, 2007, the parties participated in a telephonic hearing in the Main Case before Special Master, Vincent J. Poppiti;

WHEREAS the Special Master indicated at the March 16, 2007 hearing that he will limit certain discovery in this case to the products accused by LPL of infringing the Patents-in-Suit and has subsequently issued a written Report and Recommendation stating same (D.I. 611); and

WHEREAS the motions also affect documents sought from third parties related to Defendant ViewSonic Corporation ("ViewSonic");

655509-1
062038.00612/40168151v.1

In order to resolve the issues presented in Tatung's motion and in LPL's response, the parties stipulate and the Court hereby ORDERS as follows:

1.  The scope of the subpoenas (the "Subpoenas") served by LPL on  Amazon.com (transferred from the District of Washington), American Dynamics (transferred from the Southern District of California), CLI, Inc., Edward Services, LLC, eMachines, Inc., Gateway, Inc., Ingram Micro Inc. (transferred from the Central District of California), CompUSA, Inc. (transferred from the Northern District of Texas) , RadioShack Corp. (transferred from the Northern District of Texas) and Sensormatic (transferred from the Southern District of Florida) (collectively the "Third Parties") is hereby limited to discovery related to products that are or will be specifically accused by LPL of infringing the Patents-in-Suit (the "accused products"). Currently Tatung's accused products are:

> L17AMTN-U01 (also model number TUS L17AMTN)
> L17AMTN-U01 H
> L17AMTN-U03 (also model number ViewSonic Q170)
> L17AMTN-U22 (also model number MEI L17AMTN)
> L17AMTN-U23 (also model number ViewSonic Q170b)
> L17AMTN-U32 (also model number TUS L17AMTN)
> L17UCCT-U01
> L17UCCT-U02 (also model number Walmart L17UCCT)
> L17UCCT-U12 (also model number Walmart L17UCCT)
> L17UCCT-U22 (also model number Walmart L17UCCT)
> L17UCCT-U25 (also model number Walmart L17UCCT)
> L17UCCT-U32 (also model number Walmart L17UCCT)
> L17UCCT-U42 (also model number Walmart L17UCCT)
> L17UCCT-U62 (also model number Walmart L17UCCT)
> L17UCCT-U72 (also model number Walmart L17UCCT)
> L17UCCT-U82 (also model number Walmart L17UCCT)
> TLM1705L17
> ACLN-U03
> L17ACLN-U13
> L17ACLN-UB3
> L17ACTN-U01 (also model number TUS/Best Buy L17ACTN)
> L17ACTN-U23 (also model number ViewSonic VTA700)
> L17ACTN-U32 (also model number TUS L17ACTN)
> L17ACTN-UC3 (also model number ViewSonic VTA700)

-2-

L17ACTN-UD2
ADMNC1LCD17
P42HSMT
P42HSMT-AMF
P42HSMT-T
P42HSMT-UA1
P46T
TLM1505
TLM1703T
TLM1703
TLM1903
TLM1903NB
V23CLTT
V23CLTT-K
V23CLTT-U02 (also model number Walmart V23CLTT)
V23CLTT-U62 (also model number TRIVIEW (TUS) LD23HL)
V23DLWX
V23 DLWX-U12 (also model number V23DLWX)
V27CMTT
V27CMTT-U01 (also model number TUS V27CMTT)
V30CMTT
V30CMTT-U01 (also model number TUS V30CMTT-U)
V30CMTT-U62 (also model number TRIVIEW (TUS) LD30HL)
V30CMTT-KA
V30CMTT-KA01
V30CMTT-U01 K
HP RG556AA
L15FCBT
L15FCBT-U02 (also model number Walmart L15FCBT)
L15FCBT-U09
L15FCBT-U12 (also model number Walmart L15FCBT)
Hitachi 37HDL52


Currently ViewSonic's accused products are:

VX900
VX2000
VA503b
VG2021m
N2000
VP2030b
VX700
VX924
VG920
VP230mb

-3-

VP930b
VP2130b-1
VP191b
VP191s
VG710b
VG710s
VA903b
VE150mb
VX724
VX910
VX922
Q170b
Q170

2. LPL will promptly advise the Third Parties of any new products added to the list of accused products, so that the Third Parties can complete or supplement its document production or deposition testimony. Subject to paragraph 3, the Third Parties is not required to provide discovery that relates to unaccused products.

3. The provisions above do not apply to any documents or information in the possession, custody, or control of the Third Parties that relate generally to Tatung's or ViewSonic's products and that do not specifically identify individual products by product number. In other words, any discovery regarding general information about Tatung's or ViewSonic's products, including but not limited to agreements and marketing materials, or that is vague as to the model number, or that contains information regarding both accused and unaccused products should be produced in response to the Subpoena.

4. To minimize any burden on the Third Parties, the Third Parties may wait and produce all documents responsive to the Subpoena after April 6, 2007, the Court-imposed deadline by which LPL must identify all accused products.

5. If the Special Master or the Court in the Main Case subsequently determines that LPL may conduct additional discovery related to products not expressly accused of infringement,

-4-

then LPL may seek additional discovery under the Subpoena from the Third Parties consistent

with the determination made in the Main Case.

      6. The provisions herein and any document productions or depositions are subject to all

proper objections asserted by the Third Parties.

      7. Counsel for LPL are directed to serve a copy of this Stipulation and Order on the

Third Parties.

THE BAYARD FIRM

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk
Ashley B. Stitzer
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
(302) 655-5000
  *Attorneys for Plaintiff*
  *LG.Philips LCD Co., Ltd.*

CONNOLLY BOVE LODGE & HUTZ LLP

/s/ James D. Heisman (jh2746)
Jeffrey B Bove
James D. Heisman
Jaclyn M. Mason
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899-2207
(302) 658-9141
*Attorneys for Defendant ViewSonic*
*Corporation*

RICHARDS, LAYTON & FINGER, P.A.

/s/ Anne Shea Gaza (ag4093)
Frederick L. Cottrell, III
Anne Shea Gaza
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
*Attorneys for defendants Tatung Company*
*and Tatung Company of America, Inc.*

ENTERED this
5th day of April, 2007

                                
Vincent J. Poppiti (DSBA No. 100614)
Special Master

-5-