## Tracy Roman

**From:** Tracy Roman
**Sent:** Tuesday, March 13, 2007 4:31 PM
**To:** Ambrozy, Rel; smiller@cblh.com; Auito, Derek
**Subject:** RE: Deposition Postponement

Rel:

1. Yes, we agreed to postpone the 30(b)(6) technical witness Tommy Jue for the reasons raised by Scott during yesterday's call, and we also agreed to move the deposition of Sally Wang to accommodate your schedule. Both of these are postponed until at least April 20th. To follow up, Tommy Jue appears to have availability April 20, 24, 25, 26, and 27. He is not available April 23. Sally Wang appears to have availability on April 20, 24, and 25. She is not available April 23, 26, or 27. As to the other witnesses, I am aware that Derek requested they get pushed off, but I am not aware of an agreement yet, so I'll ask Scott to respond that issue.

2. ViewSonic agreed to sell the monitors identified in LPL's previous correspondence except as to any monitors for which we only have a single sample available, in which case, we will make the product available for inspection in D.C., unless it has previously been inspected in California.

3. I have confirmed that ViewSonic is having monitors shipped with the expectation that they will be delivered in time for your inspection to start on March 19, as you requested, barring any unforeseen catastrophe such as weather, hijacking, act of God, etc., that prevents the truck from getting through.

4. Yes, ViewSonic agrees LPL can have until April 13 to supplement its interrogatory response identifying accused products.

Regards,
Tracy

```
Tracy R. Roman
Raskin Peter Rubin & Simon, LLP
1801 Century Park East, Suite 2300
Los Angeles, CA 90067
Tel:  310.277.0010
Fax:  310.277.1980
```

---

**From:** Ambrozy, Rel [mailto:rambrozy@mckennalong.com]
**Sent:** Tue 3/13/2007 3:43 PM
**To:** Tracy Roman; smiller@cblh.com; Auito, Derek
**Subject:** RE: Deposition Postponement

Tracy:

Here are the details as I remember them:

1. We agreed to postpone the depositions of ViewSonic's 30(b)(6) witness as well as the deposition of Sally Wang, Eric Willey, David Lee, Gene Hsiao, Alex Huang, Victoria Yip, Tony Huang, James Sung and Mr. Zapka (please note the rescheduling of the 8 last witnesses was raised by Derek Auito after our call) until at least April 20th.

2. ViewSonic agreed to sell the monitors identified by LPL in LPL's previous correspondence (we received your letter sent last night providing price information, and will identify on Wednesday which products we wish to purchase).

4/6/2007

3. ViewSonic agreed to make available for inspection certain other monitors.
TRACY - Pursuant to our previous requests asking for an inspection on March 12 and 13 in Washington, D.C., on which we never received a response, PLEASE NOTE that we would like to conduct that inspection March 19 and 20 (or until the inspection is complete). Given we have already lost this week for inspection, please advise shortly whether these dates work so that we can make the proper arrangements.

4. LPL will supplement its interrogatory response identifying accused products by April 13.

We look forward to your response.

Thnx, Rel.

---

**From:** Tracy Roman [mailto:TRoman@raskinpeter.com]
**Sent:** Tuesday, March 13, 2007 5:02 PM
**To:** Ambrozy, Rel
**Subject:** RE: Deposition Postponement

Can we wait until Thursday simply because Scott's not going to be on this call and I think he has the necessary details?

```
Tracy R. Roman
Raskin Peter Rubin & Simon, LLP
1801 Century Park East, Suite 2300
Los Angeles, CA 90067
Tel:  310.277.0010
Fax:  310.277.1980
```

---

**From:** Ambrozy, Rel [mailto:rambrozy@mckennalong.com]
**Sent:** Tue 3/13/2007 2:00 PM
**To:** Tracy Roman
**Subject:** Deposition Postponement

Tracy: I would like to put something on the record about our call yesterday, but have not seen the "terms" that we discussed. Do you want to hash those out now via email during the call and put the terms on the record at the end of the call, or wait until Thursday's call ?
Thnx, Rel.

Rel S. Ambrozy
McKenna Long & Aldridge
1900 K Street, N.W.
Washington, DC 20006
202.496.7500 (w)  202.496.7756 (f)
rambrozy@mckennalong.com
www.mckennalong.com
Atlanta * Denver * Los Angeles * Philadelphia * San Diego * San Francisco * Washington, D.C. * Brussels

*************************Confidentiality Notice*************************

This electronic message transmission contains information from the law firm of McKenna Long & Aldridge, which may be confidential or protected

4/6/2007

by the attorney-client privilege and/or the work product doctrine. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the content of this information is prohibited. If you have received this communication in error, please notify us immediately by email and delete the original message as well as any and all copies.

CONFIDENTIALITY NOTICE:
This e-mail and any attachments contain information from the law firm of McKenna Long & Aldridge LLP, and are intended solely for the use of the named recipient or recipients. This e-mail may contain privileged attorney/client communications or work product. Any dissemination of this e-mail by anyone other than an intended recipient is strictly prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you believe you have received this e-mail in error, notify the sender immediately and permanently delete the e-mail, any attachments, and all copies thereof from any drives or storage media and destroy any printouts of the e-mail or attachments.

CONFIDENTIALITY NOTICE:
This e-mail and any attachments contain information from the law firm of McKenna Long & Aldridge LLP, and are intended solely for the use of the named recipient or recipients. This e-mail may contain privileged attorney/client communications or work product. Any dissemination of this e-mail by anyone other than an intended recipient is strictly prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you believe you have received this e-mail in error, notify the sender immediately and permanently delete the e-mail, any attachments, and all copies thereof from any drives or storage media and destroy any printouts of the e-mail or attachments.

4/6/2007