**Tracy Roman**

**From:** Auito, Derek [dauito@mckennalong.com]
**Sent:** Monday, March 12, 2007 4:36 PM
**To:** Tracy Roman
**Cc:** Ambrozy, Rel; Christenson, Cass; Scott Miller
**Subject:** LG. Philips LCD Co., Ltd. v. Tatung Co. et al.

Dear Tracy:

I spoke with Rel Ambrozy and I understand that the ViewSonic 30(b)(6) deposition and the deposition of Sally Wang are postponed with the newly scheduled date being finalized. Consistent with rescheduling those depositions, we would also like to reschedule the newly identified ViewSonic witnesses for dates to be determined in April. If you have any questions, please contact me. We look forward to receiving your draft schedule containing, for example, dates for product inspection, dates we will receive products, etc. Thank you.

Regards,
Derek

Derek A. Auito, Esq.
McKenna Long & Aldridge LLP
(202) 496-7102 office
(202) 496-7756 fax
dauito@mckennalong.com
www.mckennalong.com

CONFIDENTIALITY NOTICE:
This e-mail and any attachments contain information from the law firm of McKenna Long & Aldridge LLP, and are intended solely for the use of the named recipient or recipients. This e-mail may contain privileged attorney/client communications or work product. Any dissemination of this e-mail by anyone other than an intended recipient is strictly prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you believe you have received this e-mail in error, notify the sender immediately and permanently delete the e-mail, any attachments, and all copies thereof from any drives or storage media and destroy any printouts of the e-mail or attachments.

4/6/2007