IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD.,<br><br>        Plaintiff,<br><br>    v.<br><br>TATUNG CO.;<br>TATUNG COMPANY OF AMERICA, INC.; AND<br>VIEWSONIC CORPORATION,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)  C.A. No. 04-343-JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

# EXHIBIT A

## HIGHLY SENSITIVE – CONFIDENTIAL INFORMATION

## TO BE FILED UNDER SEAL

## TO BE OPENED ONLY BY OR AS DIRECTED BY THE COURT

Dated: April 9, 2007

Of Counsel:

Scott R. Miller
Manuel C. Nelson
Connolly Bove Lodge & Hutz LLP
355 South Grand Ave.
Suite 3150
Los Angeles, CA 90071

CONNOLLY BOVE LODGE & HUTZ LLP

By: /s/ James D. Heisman
    Jeffrey B. Bove, Esq. (#998)
    James D. Heisman, Esq. (#2746)
    Jaclyn M. Mason, Esq. (#4737)
    The Nemours Building, 8th floor
    1007 North Orange Street
    Wilmington, DE 19801
    Telephone: (302) 658-9141
    Facsimile: (302) 658-5614

*Attorneys for Defendant ViewSonic Corporation*

# SEALED DOCUMENT