### RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

ANNE SHEA GAZA

DIRECT DIAL NUMBER
302-651-7539
GAZA@RLF.COM

April 16, 2007

**VIA ELECTRONIC MAIL**
**& HAND DELIVERY**

The Honorable Vincent J. Poppiti
BLANK ROME LLP
Chase Manhattan Center
1201 Market Street, Suite 800
Wilmington, DE 19801

Re:    *LG.Philips LCD Co., Ltd. v. ViewSonic Corporation et al.*
       **U.S. District Court Case No. 04-343 JJF**

Dear Special Master Poppiti:

On behalf of Tatung Company and Tatung Company of America (the "Tatung Defendants"), I write to request a brief extension for submission of Mr. Shih's declaration. As discussed during the hearing with Your Honor on Friday, April 13, 2007, the Tatung Defendants will submit Mr. Shih's declaration regarding his deposition. The date originally designated for this submission is April 17, 2007. Counsel for the Tatung Defendants have been trying to contact Mr. Shih but just learned today, however, that Mr. Shih is traveling between different countries in Europe this week and will not be available to complete his declaration until later this week. Accordingly, the Tatung Defendants respectfully request an extension until Friday, April 20, 2007 to submit Mr. Shih's declaration.

Counsel is available at Your Honor's convenience to discuss the foregoing request.

Respectfully submitted,

Anne Shea Gaza
(#4093)

ASG:csi

RLF1-3139400-1

Special Master Poppiti
April 16, 2007
Page 2


cc:    Clerk of Court (CM/ECF filing)
       Richard D. Kirk, Esquire (e-mail)
       Jeffrey B. Bove, Esquire (e-mail)
       Daniel G. Jarcho, Esquire (e-mail)
       Cormac T. Connor, Esquire (e-mail)
       Lora Brzezynski, Esquire (e-mail)
       Tracy R. Roman, Esquire (e-mail)
       Scott R. Miller, Esquire (e-mail)