IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., | |
| Plaintiff, | |
| v. | Civil Action No. 04-343-JJF |
| TATUNG COMPANY; TATUNG COMPANY OF AMERICA, INC.; and VIEWSONIC CORPORATION, | |
| Defendants. | |

## STIPULATION AND ORDER REGARDING
## PRESENTATION AND BRIEFING OF MOTIONS

WHEREAS, plaintiff LG.Philips LCD Co., Ltd. ("LPL") and defendant ViewSonic Corporation ("ViewSonic") have been discussing and negotiating over a variety of issues pertaining to ViewSonic's most recent sets of discovery requests; and

WHEREAS, to give LPL and ViewSonic more time to try to resolve their disputes, they propose to delay the briefing deadlines relevant to the May 4 hearing with the Special Master;

NOW, THEREFORE, IT IS STIPULATED AND AGREED, by and among plaintiff LG.Philips LCD Co., Ltd. ("LPL") and defendant ViewSonic Corporation ("ViewSonic"), by and through their undersigned counsel, and subject to the approval of the Court, as follows:

(1)    In the event that ViewSonic files a motion to compel pertaining to the issues the parties have been discussing, then ViewSonic's motion shall be due on April 25, 2007;

(2)    In that event, LPL's response shall then be due on May 2, 2007.

(3)    Any such motion may then be presented on May 4, 2007.

THE BAYARD FIRM

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk
Ashley B. Stitzer
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
(302) 655-5000
 *Attorneys for Plaintiff*
 *LG.Philips LCD Co., Ltd.*

CONNOLLY BOVE LODGE & HUTZ LLP

/s/ James D. Heisman (jh2746)
Jeffrey B Bove
James D. Heisman
Jaclyn M. Mason
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899-2207
(302) 658-9141
*Attorneys for Defendant ViewSonic*
*Corporation*


SO ORDERED this _____ day of _____, 2007.


_____
Special Master

657764-1

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on April 23, 2007, he electronically filed

the foregoing document with the Clerk of the Court using CM/ECF, which will send

automatic notification of the filing to the following:

Jeffrey B Bove, Esq.
James D. Heisman, Esq.
Jaclyn M. Mason, Esq.
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899-2207

Frederick L. Cottrell, III, Esq.
Anne Shea Gaza, Esq.
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

The undersigned counsel further certifies that copies of the foregoing document

were sent by email to the above counsel on April 23, 2007, and will be sent by hand on

April 23, 2007, and were sent by email on April 23, 2007, and will be sent by first class

mail on April 23, 2007, to the following non-registered participants:

Scott R. Miller, Esq.
Connolly Bove Lodge & Hutz LLP
355 South Grand Avenue
Suite 3150
Los Angeles, CA 90071

Valerie Ho, Esq.
Mark H. Krietzman, Esq.
Frank C. Merideth, Jr., Esq.
Greenberg Traurig LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404

Tracy Roman, Esq.
Raskin Peter Rubin & Simon LLP
1801 Century Park East, Suite 2300
Los Angeles, CA 90067

/s/ Richard D. Kirk (rk922)
Richard D. Kirk

571447-1