IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD.,<br><br>    Plaintiff,<br><br>v.<br><br>TATUNG CO.;<br>TATUNG COMPANY OF AMERICA, INC.; AND<br>VIEWSONIC CORPORATION,<br><br>    Defendants. | CIVIL ACTION NO. 04-343 |

**AMENDED JOINT SUBMISSION OF CLAIM TERMS, PROPOSED
CONSTRUCTIONS AND CITATIONS TO INTRINSIC EVIDENCE
– FILED PURSUANT TO PARAGRAPH 8(A) OF MARCH 9, 2007
<u>SECOND AMENDED [OMNIBUS] RULE 16 SCHEDULING ORDER (DI 577)</u>**

Attached as Schedule A are the claim constructions and intrinsic evidence citations for each of the parties in the above-referenced matter.

CONNOLLY BOVE LODGE & HUTZ LLP

Dated: April 23, 2007

By: <u>/s/ James D. Heisman</u>
Jeffrey B. Bove (#998)
James D. Heisman (#2746)
Jaclyn M. Mason (#4737)
The Nemours Building, 8th Floor
1007 North Orange Street
Wilmington, DE 19801
(302) 658-9141

OF COUNSEL:
Scott R. Miller
355 South Grand Avenue, Suite 3150
Los Angeles, CA 90071
(213) 787-2500

Tracy R. Roman
Raskin Peter Rubin & Simon
1801 Century Park East 23rd Floor
Los Angeles, CA 90067

*Attorneys for ViewSonic Corporation*

534934_1.DOC

THE BAYARD FIRM

Dated: April 23, 2007          By:  /s/  *Richard D. Kirk*
                                    Richard D. Kirk (#0922)
                                    222 Delaware Avenue, Suite 900
                                    P. O. Box 25130
                                    Wilmington, DE 19899-2306
                                    (302) 655-5000

OF COUNSEL:
Cass W. Christenson                 *Attorneys for Plaintiff LG.Philips LCD Co., Ltd.*
Lora A. Brzezynski
Rel. S. Ambrozy
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006
(202) 496-7500


RICHARDS, LAYTON & FINGER, P.A.


Dated: April 23, 2007          By:  /s/  *Anne Shea Gaza*
                                    Frederick L. Cottrell, III (#2555)
                                    Anne Shea Gaza (#4093)
                                    One Rodney Square
                                    P. O. Box 551
                                    Wilmington, DE 19809
                                    (302) 651-7700

OF COUNSEL:                         *Attorneys for Defendant Tatung Company*
Mark H. Krietzman
Valerie W. Ho
Frank E. Merideth, Jr.
Steve P. Hassid
Greenberg Traurig LLP
2450 Colorado Boulevard, Suite 400E
Santa Monica, CA 90404
(310) 586-7700

534934_1.DOC

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2007, a true copy of the foregoing document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following and the document is available for viewing and downloading from CM/ECF:

Richard D. Kirk  
The Bayard Firm  
222 Delaware Avenue, Suite 900  
Wilmington, DE  19801

Anne Shea Gaza  
Frederick L. Cottrell III  
Richards, Layton & Finger, P.A.  
One Rodney Square  
Wilmington, DE  19801

I hereby certify that on April 23, 2007, I have sent by email the foregoing document to the following non-registered participants:

Cass W. Christenson  
Lora A. Brzezynski  
Rel S. Ambrozy  
McKenna Long & Aldridge LLP  
1900 K Street, NW  
Washington, DC  20006

Mark H. Krietzman  
Valerie W. Ho  
Frank E. Merideth, Jr.  
Steve P. Hassid  
Greenberg Traurig, LLP  
2450 Colorado Avenue, Suite 400E  
Santa Monica, CA  90404

Tracy R. Roman  
Raskin Peter Rubin & Simon  
1801 Century Park East 23rd Floor  
Los Angeles, CA  90067

By: /s/ *James D. Heisman*  
James D. Heisman (#2746)  
jheisman@cblh.com

534937_1.DOC