IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

LG.PHILIPS LCD CO., LTD.,

      Plaintiff,

v.

TATUNG COMPANY; TATUNG
COMPANY OF AMERICA, INC.; and
VIEWSONIC CORPORATION,

      Defendants.

Civil Action No. 04-343-JJF

## STIPULATION AND ORDER REGARDING
## PRESENTATION AND BRIEFING OF MOTIONS

WHEREAS, plaintiff LG.Philips LCD Co., Ltd. ("LPL") and defendant ViewSonic

Corporation ("ViewSonic") have been discussing and negotiating over a variety of issues

pertaining to ViewSonic's most recent sets of discovery requests; and

WHEREAS, to give LPL and ViewSonic more time to try to resolve their disputes, they

propose to delay the briefing deadlines relevant to the May 4 hearing with the Special Master;

NOW, THEREFORE, IT IS STIPULATED AND AGREED, by and among plaintiff

LG.Philips LCD Co., Ltd. ("LPL") and defendant ViewSonic Corporation ("ViewSonic"), by

and through their undersigned counsel, and subject to the approval of the Court, as follows:

(1)    In the event that ViewSonic files a motion to compel pertaining to the issues the

parties have been discussing, then ViewSonic's motion shall be due on April 25, 2007;

(2)    In that event, LPL's response shall then be due on May 2, 2007.

(3)    Any such motion may then be presented on May 4, 2007.

657764-1

THE BAYARD FIRM

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk
Ashley B. Stitzer
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
(302) 655-5000
 *Attorneys for Plaintiff*
 *LG.Philips LCD Co., Ltd.*

CONNOLLY BOVE LODGE & HUTZ LLP

/s/ James D. Heisman (jh2746)
Jeffrey B Bove
James D. Heisman
Jaclyn M. Mason
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899-2207
(302) 658-9141
*Attorneys for Defendant ViewSonic*
*Corporation*

SO ORDERED this **23** day of _April_ , 2007.

_____
Special Master

-2-

657764-1