IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> TATUNG COMPANY; TATUNG COMPANY OF AMERICA, INC.; and VIEWSONIC CORPORATION, <br><br> Defendants. | Civil Action No. 04-343-JJF |

## STIPULATION AND ORDER REGARDING DISCOVERY SANCTIONS MOTIONS

IT IS HEREBY STIPULATED AND AGREED, by and among plaintiff LG.Philips LCD Co., Ltd. ("LPL") and defendants Tatung Company, Tatung Company of America, Inc., and ViewSonic Corporation (collectively "Defendants"), by and through their undersigned counsel, and for the approval of the Special Master, as follows:

(1) Discovery-related sanctions motions are currently due to be filed by April 23, 2007, as extended from the previous deadline of April 16, 2007. All of the parties hereto agree that they will forego and refrain from filing any discovery-related motion seeking expenses and/or sanctions, whether under Federal Rule of Civil Procedure 37 or otherwise, arising out of any of the discovery taken in this case.

(2) The aforesaid agreement is not intended to preclude any party from filing: (a) any motions *in limine* to exclude the admission of evidence at trial that has not been disclosed in discovery or was not disclosed in a timely manner during discovery; (b) a motion for leave to take additional discovery after the Court issues a ruling on claim construction, provided there are no requests for expenses or sanctions under Federal Rule 37 subsumed within or implied by said

657493-1

motion for leave to take additional discovery; or (c) asserting objections to evidence sought to be admitted at trial under the applicable Rules of Evidence.

THE BAYARD FIRM

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk
Ashley B. Stitzer
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
(302) 655-5000
*Attorneys for Plaintiff*
*LG.Philips LCD Co., Ltd.*

CONNOLLY BOVE LODGE & HUTZ LLP

/s/ James D. Heisman (jh2746)
Jeffrey B Bove
James D. Heisman
Jaclyn M. Mason
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899-2207
(302) 658-9141
*Attorneys for Defendant ViewSonic Corporation*

RICHARDS, LAYTON & FINGER, P.A.

/s/ Anne Shea Gaza (ag4093)
Frederick L. Cottrell, III
Anne Shea Gaza
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
*Attorneys for defendants Tatung Company and Tatung Company of America, Inc.*

SO ORDERED this 24 day of April, 2007.

_____
Special Master