# EXHIBIT A

corner. The American Heritage® Dictionary of the English Language: Fourth Edition. 2000.





Ads by Google

Luxury Shower Enclosures
Wholesale Shower Enclosures Free Shipping, up to 60% Off Retail
www.BrilliantShowers.cor



Home  Subjects  Titles  Authors     Encyclopedia  Dictionary  Thesaurus  Quotations  English Usage

Reference > American Heritage® > Dictionary

< corneous                                               cornerback >

CONTENTS · INDEX · ILLUSTRATIONS · BIBLIOGRAPHIC RECORD

The American Heritage® Dictionary of the English Language: Fourth Edition. 2000.

# corner

SYLLABICATION: cor·ner

PRONUNCIATION: kôr′nər

NOUN: **1a.** The position at which two lines, surfaces, or edges meet and form an angle: *the four corners of a rectangle.* **b.** The area enclosed or bounded by an angle formed in this manner: *sat by myself in the corner; the corner of one's eye.* **2.** The place where two roads or streets join or intersect. **3a.** *Sports* Any of the four angles of a boxing or wrestling ring where the ropes are joined. **b.** *Baseball* Either side of home plate, toward or away from the batter. **4.** A threatening or embarrassing position from which escape is difficult: *got myself into a corner by boasting.* **5.** A remote, secluded, or secret place: *the four corners of the earth, a beautiful little corner of Paris.* **6.** A part or piece made to fit on a corner, as in mounting or for protection. **7a.** A speculative monopoly of a stock or commodity created by purchasing all or most of the available supply in order to raise its price. **b.** Exclusive possession; monopoly: *"Neither party . . . has a corner on all the good ideas"* (George B. Merry).

VERB: Inflected forms: **cor·nered, cor·ner·ing, cor·ners**

TRANSITIVE VERB: **1.** To furnish with corners. **2.** To place or drive into a corner: *cornered the thieves and captured them.* **3.** To form a corner in (a stock or commodity): *cornered the silver market.*

INTRANSITIVE VERB: **1.** To come together or be situated on or at a corner. **2.** To turn, as at a corner: *a truck that corners poorly.*

ADJECTIVE: **1.** Located at a street corner: *a corner drugstore.* **2.** Designed for use in a corner: *a corner table.*

IDIOM: **around the corner** About to happen; imminent.

ETYMOLOGY: Middle English, from Anglo-Norman, from Old French *corne*, corner, horn, from Vulgar Latin *corna*, from Latin *cornua*, pl. of *cornū*, horn,



corner. The American Heritage® Dictionary of the English Language: Fourth Edition. 2000.

point. See ker-¹ in Appendix I.

Page 2 of 2

The American Heritage® Dictionary of the English Language. Fourth Edition  Copyright © 2000 by Houghton Mifflin Company  Published by the Houghton Mifflin Company  All rights reserved

CONTENTS · INDEX · ILLUSTRATIONS · BIBLIOGRAPHIC RECORD

⟨ corneous                                                                                                                cornerback ⟩



Click here to shop the Bartleby Bookstore

Welcome   Press   Advertising   Linking   Terms of Use   © 2005 Bartleby.com

# EXHIBIT B

corner - Definitions from Dictionary.com | Page 1 of 11





Premium Content | Register | Log In | Help

corner                                           Search

Dictionary    Thesaurus    Encyclopedia    All Reference    The Web

ADVERTISEMENT

Top Web Results for "corner"

## 27 results for: *corner*

[ Nearby Entries ]

Free download! Get instant dictionary, thesaurus, and encyclopedia access with our Explorer toolbar.

View results from: Dictionary | Thesaurus | Encyclopedia | All Reference | the Web

*Dictionary.com Unabridged (v 1.1)* - Cite This Source

**cor·ner** [kawr-ner] Pronunciation Key - Show IPA Pronunciation

–*noun*

1. the place at which two converging lines or surfaces meet.
2. the space between two converging lines or surfaces near their intersection; angle: *a chair in the corner of the room.*
3. a projecting angle, esp. of a rectangular figure or object: *He bumped into the corner of the table.*
4. the point where two streets meet: *the corner of Market and Main Streets.*
5. an end; margin; edge.
6. any narrow, secluded, or secret place.
7. an awkward or embarrassing position, esp. one from which escape is impossible.
8. *Finance.* a monopolizing or a monopoly of the available supply of a stock or commodity to a point permitting control of price (applied only when monopoly price is exacted).
9. region; part; quarter: *from every corner of the empire.*
10. *Surveying.*
    a. the point of intersection of the section lines of a land survey, often marked by a monument or some object, as a pipe that is set or driven into the ground. Compare SECTION (def. 5).
    b. a stake, tree, or rock marking the intersection of property lines.
11. a piece to protect the corner of anything.
12. *Baseball*

   a. any point on the line forming the left or right boundary of home plate: *a pitch on the corner*.
   b. the area formed by the intersection of the foul line and the outfield fence.
13. *Boxing*.
    a. the immediate area formed by any of the four angles in the ring.
    b. one of the two assigned corners where a boxer rests between rounds and behind which the handlers sit during a fight.
14. *Soccer*. CORNER KICK.

–*adjective*
15. situated on or at a corner where two streets meet: *a corner drugstore*.
16. made to fit or be used in a corner: *a corner cabinet*.

–*verb (used with object)*
17. to furnish with corners.
18. to place in or drive into a corner.
19. to force into an awkward or difficult position or one from which escape is impossible: *He finally cornered the thief*.
20. to gain control of (a stock, commodity, etc.).

–*verb (used without object)*
21. to meet in or be situated on or at a corner.
22. to form a corner in a stock or commodity.
23. (of an automobile) to turn, esp. at a speed relatively high for the angle of the turn involved.

—*Idioms*
24. cut corners,
    a. to use a shorter route.
    b. to reduce costs or care in execution: *cutting corners to meet the foreign competition*.
25. rough corners, rude, boorish, or unsophisticated characteristics, manners, or the like: *Despite his rough corners, he was very likable*.
26. the four corners of the earth, the most distant or remote regions: *They traveled to the four corners of the earth*.
27. turn the corner, to pass through a crisis safely: *When the fever passed, we knew he had turned the corner*.

[Origin: 1250-1300; ME < AF, equiv. to OF *corne* corner, HORN (< L *cornū* horn; cf. CORNU) + -*er* -ER$^2$]

—*Synonyms* 7. predicament, impasse, dead end.

*Dictionary.com Unabridged (v 1.1)*
*Based on the Random House Unabridged Dictionary. © Random House, Inc. 2006.*

*Dictionary.com Unabridged (v 1.1)* – *Cite This Source*
**corner kick**
   –*noun Soccer*.



a c    to the attacking team when a defender last
to     d entirely over the goal line, taken from the
co     the field where the ball went out of play.

Als

[O

Dicti                 l)
Based                 abridged Dictionary, © Random House, Inc.
2006

Amer              Cite This Source

cor               onunciation Key
n.

                  h two lines, surfaces, or edges meet and form
                  orners of a rectangle.
                  r bounded by an angle formed in this manner:
                  corner; the corner of one's eye.
                  ur angles of a boxing or wrestling ring where
                  of home plate, toward or away from the batter.
                  poly of a stock or commodity created by
                  ost of the available supply in order to raise its

                  n; monopoly: "Neither party . . . has a corner on
                  (George B. Merry).
2.                s or streets join or intersect.
3.
                  ur angles of a boxing or wrestling ring where
                  of home plate, toward or away from the batter.
  c.   A speculative monopoly of a stock or commodity created by
       purchasing all or most of the available supply in order to raise its
       price.
  d.   Exclusive possession; monopoly: "Neither party . . . has a corner on
       all the good ideas" (George B. Merry).
4. A threatening or embarrassing position from which escape is difficult:
   got myself into a corner by boasting.
5. A remote, secluded, or secret place: the four corners of the earth, a
   beautiful little corner of Paris.
6. A part or piece made to fit on a corner, as in mounting or for protection.
7.
  a.   A speculative monopoly of a stock or commodity created by
       purchasing all or most of the available supply in order to raise its
       price.
  b.   Exclusive possession; monopoly: "Neither party . . . has a corner on
       all the good ideas" (George B. Merry).


v. cor·nered, cor·ner·ing, cor·ners

v. tr.
  1. To furnish with corners

v. *intr.*
1. To come together or be situated on or at a corner.
2. To turn, as at a corner: *a truck that corners poorly.*

adj.
1. Located at a street corner: *a corner drugstore.*
2. Designed for use in a corner: *a corner table.*

[Middle English, from Anglo-Norman, from Old French corne, *corner, horn*, from Vulgar Latin *corna, from Latin cornua, pl. of cornū, *horn, point*; see ker-¹ in Indo-European roots.]

*(Download Now or Buy the Book)*
*The American Heritage® Dictionary of the English Language, Fourth Edition*
*Copyright © 2006 by Houghton Mifflin Company*
*Published by Houghton Mifflin Company. All rights reserved.*

*Online Etymology Dictionary* – Cite This Source
**corner**

c.1280, from O.Fr. *corniere*, from *corne* "horn, corner," from V.L. *corna*, from L. *cornua*, pl. of *cornu* "projecting point, end, horn" (see horn). Replaced O.E. *hyrne*. To *corner* (v.) "turn a corner," as in a race, is 1860s; meaning "drive (someone) into a corner" is Amer.Eng. 1824. Commercial sense is from 1836.

*Online Etymology Dictionary, © 2001 Douglas Harper*

*WordNet* – Cite This Source
**corner**

*noun*
1. a place off to the side of an area; "he tripled to the rightfield corner"; "the southeastern corner of the Mediterranean"
2. the point where two lines meet or intersect; "the corners of a rectangle"
3. an interior angle formed by two meeting walls; "a piano was in one corner of the room"
4. the intersection of two streets; "standing on the corner watching all the girls go by"
5. the point where three areas or surfaces meet or intersect; "the corners of a cube"
6. a small concavity [syn: recess]
7. a temporary monopoly on a kind of commercial trade; "a corner on the silver market"
8. a predicament from which a skillful or graceful escape is impossible; "his lying got him into a tight corner"
9. a projecting part where two sides or edges meet; "he knocked off the corners"
10. a remote area; "in many corners of the world they still practice

11. (architecture) solid exterior angle of a building; especially one formed by a cornerstone

*verb*
1. gain control over; "corner the gold market"
2. force a person or an animal into a position from which he cannot escape
3. turn a corner; "the car corners"

*WordNet® 3.0, © 2006 by Princeton University*

*American Heritage Dictionary of Idioms –* <u>Cite This Source</u>
**corner**

In addition to the idiom beginning with <u>corner</u>, also see <u>around the corner</u>; <u>cut corners</u>; <u>four corners of the earth</u>; <u>in a tight corner</u>; <u>out of the corner of one's eye</u>; <u>paint oneself into a corner</u>; <u>turn the corner</u>.

*The American Heritage® Dictionary of Idioms by Christine Ammer. Copyright © 1997 by The Christine Ammer 1992 Trust. Published by Houghton Mifflin Company.*

*Kernerman English Multilingual Dictionary (Beta Version) –* <u>Cite This Source</u>
**corner**[1] ['kɔːnə] *noun*
a point where two lines, walls, roads etc meet
Example: *the corners of a cube; the corner of the street*

| | | | |
|---|---|---|---|
| *Arabic:* | راويه | *Japanese:* | かど |
| *Chinese (Simplified)* | 角 | *Korean* | 모서리 |
| *Chinese (Traditional):* | 角 | *Latvian:* | stūris |
| *Czech* | kout, roh | *Lithuanian:* | kampas |
| *Danish:* | hjørne | *Norwegian* | hjørne, krok; gatehjørne |
| *Dutch* | hoek | | |
| *Estonian:* | nurk | *Polish:* | róg |
| *Finnish:* | kulma, nurkka | *Portuguese (Brazil)* | canto, esquina, ângulo |
| *French:* | coin | | |
| *German* | die Ecke | *Portuguese (Portugal):* | esquina |
| *Greek:* | γωνία | *Romanian:* | colţ |
| *Hungarian* | sarok | *Russian* | угол |
| *Icelandic* | horn | *Slovak:* | kút, roh |
| *Indonesian* | sudut | *Slovenian* | vogal, kot |
| *Italian* | angolo | *Spanish* | esquina; rincón |
| | | *Swedish* | hörn |
| | | *Turkish* | köşe |

**corner**[2] ['kɔːnə] *noun*
a place, usually a small quiet place
Example: *a secluded corner*

| | | | |
|---|---|---|---|
| | مُنعزل | Korean: | 구석진 곳 |
| Chinese (Simplified): | 冷僻处 | Latvian: | kakts; stūris |
| Chinese (Traditional): | 冷僻處 | Lithuanian: | kampas, kampelis |
| Czech: | koutek | Norwegian: | (av)krok |
| Danish: | afkrog | Polish: | zakątek |
| Dutch: | hoekje | Portuguese (Brazil): | canto |
| Estonian: | nurk | Portuguese (Portugal): | canto |
| Finnish: | nurkkaus | Romanian: | colţ |
| French: | coin | Russian: | уголок |
| German: | der Winkel | Slovak: | kùtik |
| Greek: | γωνία | Slovenian: | kotiček |
| Hungarian: | zug | Spanish: | rincón |
| Icelandic: | afvikinn staður, krókur, kimi | Swedish: | hörn, vrå |
| | | Turkish: | sakin bir yer |
| Indonesian: | pojok | | |
| Italian: | angolo | | |

**corner**[3] [ˈkoːnə] *noun*
   in football, a free kick from the corner of the field
   Example: *We've been awarded a corner.*

| | | | |
|---|---|---|---|
| Arabic: | ضربة زاوية (في كرة القدم) | Japanese: | コーナーキック |
| Chinese (Simplified): | 角球 ( 足球 ) | Korean: | 코너 킥 |
| Chinese (Traditional): | 角球(足球) | Latvian: | stūra sitiens |
| Czech: | rohový kop | Lithuanian: | kampinis |
| Danish: | hjørnespark; hjørne | Norwegian: | hjørnespark |
| Dutch: | corner | Polish: | rzut rożny |
| Estonian: | nurgalöök | Portuguese (Brazil): | escanteio |
| Finnish: | kulmapotku | Portuguese (Portugal): | canto |
| French: | corner | Romanian: | corner |
| German: | die Ecke | Russian: | угловой удар |
| Greek: | κόρνερ (στο ποδόσφαιρο) | Slovak: | roh |
| Hungarian: | szöglet (rúgás) | Slovenian: | kot |
| Icelandic: | hornspyrna | Spanish: | córner, saque de esquina |
| Indonesian: | tendangan sudut | Swedish: | hörna |
| Italian: | angolo | Turkish: | korner, köşe vuruşu |

**corner**[1] [ˈkoːnə] *verb*
   to force (a person or animal) into a place from which it is difficult to escape
   Example: *The thief was cornered in an alley.*

| | | | |
|---|---|---|---|
| | يُحاصِر | | 기 ] 에 몰<br>아넣다 |
| Chinese (Simplified): | 使走投无路 | Latvian: | iedzīt |
| Chinese (Traditional): | 使走投無路 | | stūrī, |
| Czech: | vehnat do | | *strupcelā; |
| | rohu | | notvert |
| Danish: | trænge op i | Lithuanian: | priremti |
| | en krog | | (prie |
| Dutch: | in het nauw | | sienos), |
| | drijven | | įvaryti į |
| Estonian: | lõksu | | spąstus |
| | meelitama | Norwegian: | trenge |
| Finnish: | ahdistaa | | opp i et |
| | nurkkaan | | hjørne |
| French: | acculer | Polish: | osaczać |
| German: | in die Enge | Portuguese (Brazil): | encurralar |
| | treiben | Portuguese (Portugal): | encurralar |
| Hungarian: | sarokba | Romanian: | a încolţi |
| | szorít | Russian: | загонять в |
| Icelandic: | króa af | | угол |
| Indonesian: | memojokkan | Slovak: | zahnať do |
| Italian: | mettere in | | úzkych |
| | un angolo* | Slovenian: | ob zid |
| Japanese: | 追いつめる | | pritisniti |
| | | Spanish: | arrinconar, |
| | | | acorralar |
| | | Swedish: | tränga in i |
| | | | ett hörn |
| | | Turkish: | köşeye |
| | | | sıkıştırmak |

corner² ['kɔːnə] *verb*
  to turn a corner
  Example: *He cornered on only three wheels; This car corners very well.*

| | | | |
|---|---|---|---|
| Arabic: | يَنْعَطِف حَوْل | Korean: | 코너를 돌다 |
| | زاويه | Latvian: | (par |
| Chinese (Simplified): | (车辆)转 | | automašīnu) |
| | 弯 | | izdarīt |
| Chinese (Traditional): | (車輛)轉彎 | | pagriezienu |
| Czech: | vjet do | Lithuanian: | (pa)sukti už |
| | zatáčky, | | kampo, (pa) |
| | zatočit | | daryti |
| Danish: | tage | | posūkį |
| | hjørner; | Norwegian: | sneie, *ta et |
| | tage sving | | hjørne |
| Dutch: | de bocht | Polish: | brać zakręt |
| | nemen | | (y) |
| Estonian: | kurvi | Portuguese (Brazil): | fazer uma |
| | võtma | | curva |
| Finnish: | kaartaa | Portuguese (Portugal): | dar a curva |
| French: | prendre | Romanian: | a lua o |
| | | | curbă |

| | | | |
|---|---|---|---|
| *German*: | um die Ecke fahren | | повороты |
| | | *Slovak*: | vybrať zákrutu |
| *Hungarian*: | kanyarodik | *Slovenian*: | zaviti |
| *Icelandic*: | taka beygjur | *Spanish*: | tomar una curva |
| *Indonesian*: | membelok | *Swedish*: | runda ett hörn, ta kurvor |
| *Italian*: | curvare | | |
| *Japanese*: | 角を曲る | *Turkish*: | köşeyi dönmek |

*See also*: cut corners, cornered, turn the corner

*Kernerman English Multilingual Dictionary (Beta Version)*. © 2000-2006 K Dictionaries Ltd

*Merriam-Webster's Medical Dictionary* – Cite This Source
Main Entry: cor·ner
Pronunciation: 'ko(r)-nər
Function: *noun*
: CORNER TOOTH

*Merriam-Webster's Medical Dictionary*, © 2002 Merriam-Webster, Inc.

*Investopedia* – Cite This Source
**Corner**

1. The act of securing enough controlling interest or ownership within a single security so that manipulation of price can occur.

2. A rare situation occurring in commodity markets wherein the quantity of underlying securities and commodities available are exceeded by the commitments of delivery quantities on future contracts.

*Investopedia Commentary*

1. When someone is said to have "cornered the market," he or she has gained significant power over the manipulation of quantity and price.

2. In other words, the obligations on future contracts to deliver a particular commodity greatly outweigh the actual amount of the commodity available. For example, a freak tornado sweeping through Hawaii and killing all pineapple crops would result in a corner. The tornado would drastically reduce the quantity of pineapples available for delivery against the delivery obligations of future contracts that were previously created.

See also: Actual, Basis Grade, Break, Contract Unit

*Investopedia.com Copyright © 1999-2005 - All rights reserved. Owned and Operated by Investopedia Inc.*

*Wallstreet Words – Cite This Source*
**corner**

To acquire a big enough position in a particular security or commodity so that control over its price and supply is achieved.

*Wall Street Words: An A to Z Guide to Investment Terms for Today's Investor by David L. Scott*
*Copyright © 2003 by Houghton Mifflin Company. Published by Houghton Mifflin Company.*


*Wallstreet Words – Cite This Source*
**corner**

Significant control over a sufficient portion of a particular security so that it is possible to control the security's price. Others wishing to purchase the security, especially to cover short positions, are forced to buy it at an artificially high price. Corners were popular in the early 1900s when the securities markets were virtually unregulated. *See also* natural corner.

*Wall Street Words: An A to Z Guide to Investment Terms for Today's Investor by David L. Scott*
*Copyright © 2003 by Houghton Mifflin Company. Published by Houghton Mifflin Company.*


*U.S. Gazetteer – Cite This Source*
**Cashs Corner, VA** Zip code(s): 22942

**College Corner, OH** (village, FIPS 16700) Location: 39.56780 N, 84.81258 W
Population (1990): 379 (149 housing units)
Area: 0.3 sq km (land), 0.0 sq km (water)
Zip code(s): 45003

**Sprouses Corner, VA** Zip code(s): 23936

**Bliss Corner, MA** (CDP, FIPS 6170) Location: 41.60527 N, 70.94305 W
Population (1990): 4908 (2164 housing units)
Area: 5.2 sq km (land), 0.0 sq km (water)

**Tysons Corner, VA** (CDP, FIPS 79952) Location: 38.91865 N, 77.23175 W
Population (1990): 13124 (7051 housing units)
Area: 12.7 sq km (land), 0.0 sq km (water)

**Tillmans Corner, AL** (CDP, FIPS 76320) Location: 30.58552 N, 88.19134 W
Population (1990): 17988 (6898 housing units)
Area: 54.9 sq km (land), 0.6 sq km (water)

**Myers Corner, NY** (CDP, FIPS 49363) Location: 41.59713 N, 73.86584 W
Population (1990): 5599 (1753 housing units)
Area: 11.0 sq km (land), 0.0 sq km (water)

**Moncks Corner, SC** (town, FIPS 47275) Location: 33.19536 N, 79.99904 W

Fussels Corner, FL (CDP, FIPS 25125) Location: 28.05391 N, 81.86072 W
Population (1990): 3840 (1646 housing units)
Area: 18.0 sq km (land), 0.0 sq km (water)

Carl's Corner, TX (town, FIPS 12895) Location: 32.08525 N, 97.04488 W
Population (1990): 94 (36 housing units)
Area: 4.9 sq km (land), 0.0 sq km (water)

West College Corner, IN (town, FIPS 82556) Location: 39.56960 N, 84.81930 W
Population (1990): 686 (308 housing units)
Area: 0.7 sq km (land), 0.0 sq km (water)

*U.S. Gazetteer, U.S Census Bureau*

*Easton's 1897 Bible Dictionary* - Cite This Source
**Corner**

The angle of a house (Job 1:19) or a street (Prov. 7:8). "Corners" in Neh. 9:22 denotes the various districts of the promised land allotted to the Israelites. In Num. 24:17, the "corners of Moab" denotes the whole land of Moab. The "corner of a field" (Lev. 19:9; 23:22) is its extreme part, which was not to be reaped. The Jews were prohibited from cutting the "corners," i.e., the extremities, of the hair and whiskers running round the ears (Lev. 19:27; 21:5). The "four corners of the earth" in Isa. 11:12 and Ezek. 7:2 denotes the whole land. The "corners of the streets" mentioned in Matt. 6:5 means the angles where streets meet so as to form a square or place of public resort. The corner gate of Jerusalem (2 Kings 14:13; 2 Chr. 26:9) was on the north-west side of the city. Corner-stone (Job 38:6; Isa. 28:16), a block of great importance in binding together the sides of a building. The "head of the corner" (Ps. 118:22, 23) denotes the coping, the "coign of vantage", i.e., the topstone of a building. But the word "corner stone" is sometimes used to denote some person of rank and importance (Isa. 28:16). It is applied to our Lord, who was set in highest honour (Matt. 21:42). He is also styled "the chief corner stone" (Eph. 2:20; 1 Pet. 2:6-8). When Zechariah (10:4), speaking of Judah, says, "Out of him came forth the corner," he is probably to be understood as ultimately referring to the Messiah as the "corner stone." (See TEMPLE, SOLOMON'S ?T0003612.)

*Easton's 1897 Bible Dictionary*



ADVERTISEMENT

Perform a new search, or try your search for "corner" at:

Amazon.com – Shop for books, music and more
Reference.com – Encyclopedia Search
Reference.com – Web Search powered by Google
Thesaurus.com – Search for synonyms and antonyms

Get the Dictionary.com Toolbar for your browser – FREE download! From the makers of Dictionary.com

About Dictionary.com | Privacy Policy | Terms of Use | Link to Us | Contact Us
Copyright © 2007. Lexico Publishing Group, LLC. All rights reserved.