IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> TATUNG CO.; <br> TATUNG COMPANY OF AMERICA, INC.; AND <br> VIEWSONIC CORPORATION, <br><br> Defendants. | CIVIL ACTION NO. 04-343-JJF <br><br> **[EXHIBITS 4 AND 5 HERETO ARE FILED UNDER SEAL]** |

### DECLARATION OF JAMES D. HEISMAN
### IN SUPPORT OF DEFENDANT VIEWSONIC CORPORATION'S
### SUPPLEMENTAL OPENING CLAIM CONSTRUCTION BRIEF

James D. Heisman, being duly sworn, deposes and says as follows:

1. I am a partner of Connolly Bove Lodge & Hutz, LLP, counsel of record for ViewSonic Corporation in this action.

2. I submit this affidavit in support of ViewSonic Corporation's Supplemental Opening Claim Construction Brief.

3. Attached as **Exhibit 4** hereto is a true and correct copy of a chart regarding the Fujitsu-Siemens 5110FA, marked as Exhibit 58 in the deposition of Jong Hwan Kim (FILED UNDER SEAL).

4. Attached as **Exhibit 5** hereto is a true and correct copy of excerpts of the final, unsigned testimony of Mr. Jong Hwan Kim relating to the chart of the Fujitsu-Siemens 5110FA (FILED UNDER SEAL).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. This Declaration is executed this 30th day of April, 2007, in Wilmington, Delaware.

By: /s/ *James D. Heisman*
James D. Heisman (#2746)

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2007, a true copy of the foregoing document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following and the document is available for viewing and downloading from CM/ECF:

Richard D. Kirk
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE  19801

Anne Shea Gaza
Frederick L. Cottrell III
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE  19801

I hereby certify that on April 30, 2007, I have sent by email the foregoing document to the following non-registered participants:

Cass W. Christenson
Lora A. Brzezynski
Rel S. Ambrozy
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC  20006

Mark H. Krietzman
Valerie W. Ho
Frank E. Merideth, Jr.
Steve P. Hassid
Greenberg Traurig, LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, CA  90404

Tracy R. Roman
Raskin Peter Rubin & Simon
1801 Century Park East 23rd Floor
Los Angeles, CA  90067

By: /s/ *James D. Heisman*
James D. Heisman (#2746)
jheisman@cblh.com

534937_1.DOC