IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

LG.PHILIPS LCD CO., LTD.,                    )
                                             )
              Plaintiff,                      )
                                             )
       v.                                    )        C.A. No. 04-343-JJF
                                             )
TATUNG CO.;                                  )
TATUNG COMPANY OF AMERICA, INC.; AND          )
VIEWSONIC CORPORATION,                       )
                                             )
              Defendants.                     )
                                             )

# EXHIBIT 4

## HIGHLY SENSITIVE – CONFIDENTIAL INFORMATION

## EXHIBIT FILED UNDER SEAL IN ITS ENTIRETY

## TO BE OPENED ONLY BY OR AS DIRECTED BY THE COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LG.PHILIPS LCD CO., LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 04-343-JJF |
| v. | ) | |
| | ) | |
| TATUNG CO.; | ) | |
| TATUNG COMPANY OF AMERICA, INC.; AND | ) | |
| VIEWSONIC CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

# EXHIBIT 5

# HIGHLY SENSITIVE – CONFIDENTIAL INFORMATION

# EXHIBIT FILED UNDER SEAL IN ITS ENTIRETY

# TO BE OPENED ONLY BY OR AS DIRECTED BY THE COURT