EXHIBIT LPL 11

# THE AMERICAN HERITAGE®

## dic·tion·ar·y

### THIRD EDITION



LAUREL

A LAUREL BOOK

Published by
Dell Publishing
a division of
Bantam Doubleday Dell Publishing Group, Inc.
1540 Broadway
New York, New York 10036

If you purchased this book without a cover you should be aware that this book is stolen property. It was reported as "unsold and destroyed" to the publisher and neither the author nor the publisher has received any payment for this "stripped book."

Words are included in this Dictionary on the basis of their usage. Words that are known to have current trademark registrations are shown with an initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word because such investigation is impracticable. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

American Heritage® and the eagle logo are registered trademarks of Forbes Inc. Their use is pursuant to a license agreement with Forbes Inc.

Copyright © 1994 by Houghton Mifflin Company

All rights reserved. No part of this book may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying, recording, or by any information storage and retrieval system, without the written permission of the Publisher, except where permitted by law. For information address: Houghton Mifflin Company, 222 Berkeley Street, Boston, Massachusetts 02116.

The trademark Laurel® is registered in the U.S. Patent and Trademark Office and in other countries.

The trademark Dell® is registered in the U.S. Patent and Trademark Office.

ISBN: 0-440-21861-6

Reprinted by arrangement with Houghton Mifflin Company

Printed in the United States of America

Published simultaneously in Canada

20  19

OPM

T[A]

Editorial and Pr[...]

Guide to the Dic[...]

**Dictionary of the** [...]

Appendix of Ind[...]

Picture Credits

---

TAB[LE]

Bible

Calendar

Currency

Elements

Measurement

## asunder / atlas

**52**

**a·sun·der** (ə-sŭn′dər) *adv.* **1.** Into separate parts, pieces, or groups. **2.** Apart in position or direction. [< OE *on sundran*.]
**as well as** *conj.* And in addition: *big as well as strong.* —*prep.* In addition to.
**a·sy·lum** (ə-sī′ləm) *n.* **1.** An institution for the care of ill or needy people, esp. those with mental impairments. **2.** A place of safety; refuge. **3.** Protection granted by a government to a political refugee from another country. [< Gk. *asulos*, inviolable.]
**a·sym·met·ri·cal** (ā′sĭ-mĕt′rĭ-kəl) also **a·sym·met·ric** (-rĭk) *adj.* Not symmetrical. —**a′sym·met′ri·cal·ly** *adv.* —**a·sym′me·try** *n.*
**a·symp·to·mat·ic** (ā′sĭmp-tə-măt′ĭk) *adj.* Neither causing nor exhibiting symptoms of disease. —**a′symp·to·mat′i·cal·ly** *adv.*
**as·ymp·tote** (ăs′ĭm-tōt′, -ĭmp-) *n.* A line approached by a curve in the limit as the curve approaches infinity. [< Gk. *asumptōtos*, not intersecting.] —**as′ymp·tot′ic** (-tŏt′ĭk), **as′ymp·tot′i·cal** *adj.*



**asymptote**
Asymptotes of a hyperbola:
$xy = 1$

**at¹** (ăt; ət *when unstressed*) *prep.* **1.** In or near the position or area occupied by: *at the market; at the top of the page.* **2.** To or toward the direction or goal of: *looked at them; worked at the task.* **3.** In the state or condition of: *at peace.* **4.** In the activity or field of: *good at math; at work.* **5.** On, near, or by the time or age of: *at three o'clock.* **6.** Because of: *rejoice at a victory.* [< OE *æt*.]
**at²** (ăt) *n., pl.* **at.** See table at **currency**. [Thai.]
**At** The symbol for the element **astatine**.
**at.** *abbr.* Atomic.
**at·a·vism** (ăt′ə-vĭz′əm) *n.* The reappearance of a characteristic in an organism after several generations of absence. [< Lat. *atavus*, ancestor.] —**at′a·vis′tic** *adj.* —**at′a·vis′ti·cal·ly** *adv.*
**ate** (āt) *v.* P.t. of **eat**.
**-ate¹** *suff.* **1.a.** Having or characterized by: *affectionate.* **b.** Resembling: *palmate.* **2.** Rank; office: *pastorate.* **3.** To act upon in a specified manner: *acidulate.* **4.** Product of an action or process: *distillate.* [< Lat. *-ātus*, p. part. suff.]
**-ate²** *suff.* **1.** A derivative of a specified chemical compound or element: *silicate.* **2.** A salt or ester of a specified acid: *acetate.* [NLat. *-ātum* < Lat. *-ātus*, p. part. suff.]
**at·el·ier** (ăt′l-yā′) *n.* A workshop or studio, esp. for an artist. [< OFr. *astelier*.]
**Ath·a·bas·ca** (ăth′ə-băs′kə) A river rising in the Rocky Mts. of SW Alberta, Canada, and flowing c. 1,231 km (765 mi) to Lake Athabasca on the Saskatchewan border.
**Ath·a·bas·kan** or **Ath·a·bas·can** (ăth′ə-băs′kən) also **Ath·a·pas·can** (-păs′-) *n.* **1.** A group of related Native American languages including Navajo, Apache, and languages of NW Canada. **2.** A member of an Athabaskan-speaking people.
**a·the·ism** (ā′thē-ĭz′əm) *n.* Disbelief in or denial of the existence of God. [< Gk. *atheos*, without a god.] —**a′the·ist** *n.* —**a′the·is′tic** *adj.*
**A·the·na** (ə-thē′nə) also **A·the·ne** (-nē) *n.* *Gk. Myth.* The goddess of wisdom, the practical arts, and warfare.
**ath·e·nae·um** also **ath·e·ne·um** (ăth′ə-nē′əm) *n.* **1.** An institution for the promotion of learning. **2.** A library. [< Gk. *Athēnaion*, temple of Athena.]
**Ath·ens** (ăth′ənz). The cap. of Greece, in the E part near the Saronic Gulf; reached the height of its power and cultural achievements in the 5th cent. B.C. Pop. 885,737. —**A·the′ni·an** (ə-thē′nē-ən) *adj. & n.*
**ath·er·o·scle·ro·sis** (ăth′ə-rō-sklə-rō′sĭs) *n.* A form of arteriosclerosis in which plaque containing cholesterol and lipids is deposited on the inner walls of the arteries. [< Lat. *atherōma*, kind of tumor.]
**a·thirst** (ə-thûrst′) *adj.* Strongly desirous; eager: *athirst for freedom.*
**ath·lete** (ăth′lēt′) *n.* One who participates esp. in competitive sports. [< Gk. *athlētēs* < *athlein*, compete.]
**athlete's foot** (ăth′lēts) *n.* A contagious fungal infection of the skin usu. affecting the feet, characterized by itching, blisters, cracking, and scaling.
**ath·let·ic** (ăth-lĕt′ĭk) *adj.* **1.** Of or for athletics or athletes. **2.** Physically strong. See Syns at **muscular**. —**ath·let′i·cal·ly** *adv.* —**ath·let′i·cism** (-lĕt′ĭ-sĭz′əm) *n.*
**ath·let·ics** (ăth-lĕt′ĭks) *n. (takes sing. or pl. v.)* **1.** Athletic activities. **2.** A system of training and practice for such activities.
**athletic supporter** *n.* An elastic support for the male genitals, worn esp. during sports.
**a·thwart** (ə-thwôrt′) *adv.* From side to side; crosswise. —*prep.* **1.** From one side to the other of; across. **2.** Contrary to.
**a·tilt** (ə-tĭlt′) *adv. & adj.* In a tilted position.
**-ation** *suff.* **1.a.** Action or process: *strangulation.* **b.** The result of an action or process: *acculturation.* **2.** State, condition, or quality of: *moderation.* [< Lat. *-ātiō*, *n.* suff.]
**-ative** *suff.* Relating to or characterized by: *talkative.* [< Lat. *-ātīvus* < *-ātus*, -ate¹.]
**At·lan·ta** (ăt-lăn′tə). The cap. of GA, in the NW part. Pop. 394,017. —**At·lan′tan** *n.*
**At·lan·tic City** (ăt-lăn′tĭk). A coastal city in SE NJ. Pop. 37,986.
**Atlantic Ocean.** The second-largest ocean, divided into the **North Atlantic** and the **South Atlantic** and extending from the Arctic in the N to the Antarctic in the S between the Americas and Europe and Africa.
**At·lan·tis** (ăt-lăn′tĭs) *n.* A legendary sunken island in the Atlantic Ocean W of Gibraltar.
**at·las** (ăt′ləs) *n.* A book or bound collection of maps. [After *Atlas*, legendary king of Africa.]