IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD.,<br><br>  Plaintiff,<br><br>  v.<br><br>TATUNG CO.;<br>TATUNG COMPANY OF AMERICA, INC.; AND<br>VIEWSONIC CORPORATION,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)  C.A. No. 04-343-JJF<br>)  **FILED UNDER SEAL**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SEALED EXHIBITS TO D.I. 641
## DECLARATION OF JAMES D. HEISMAN

## HIGHLY SENSITIVE –
## CONFIDENTIAL INFORMATION SUBJECT TO
## PROTECTIVE ORDER

## TO BE OPENED ONLY BY
## OR AS DIRECTED BY THE COURT

Dated: April 30, 2007

Of Counsel:

Scott R. Miller
Manuel C. Nelson
Connolly Bove Lodge & Hutz LLP
355 South Grand Ave.
Suite 3150
Los Angeles, CA  90071

CONNOLLY BOVE LODGE & HUTZ LLP

By:  /s/  James D. Heisman
    Jeffrey B. Bove, Esq. (#998)
    James D. Heisman, Esq. (#2746)
    Jaclyn M. Mason, Esq. (#4737)
    The Nemours Building, 8th floor
    1007 North Orange Street
    Wilmington, DE  19801
    Telephone: (302) 658-9141
    Facsimile:  (302) 658-5614

*Attorneys for Defendant ViewSonic Corporation*