IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., | ) </br> ) |
| Plaintiff, | ) </br> ) </br> ) C.A. No. 04-343-JJF |
| v. | ) </br> ) |
| TATUNG CO.; </br> TATUNG COMPANY OF AMERICA, INC.; AND </br> VIEWSONIC CORPORATION, | ) </br> ) </br> ) </br> ) |
| Defendants. | ) </br> ) |

# EXHIBITS 4-5 WERE FILED UNDER SEAL WITH THE CLERK'S OFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>TATUNG CO.;<br>TATUNG COMPANY OF AMERICA, INC.; AND<br>VIEWSONIC CORPORATION,<br><br>Defendants. | )<br>)<br>)<br>)<br>) C.A. No. 04-343-JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

# EXHIBIT 5

HIGHLY SENSITIVE – CONFIDENTIAL INFORMATION

EXHIBIT FILED UNDER SEAL
IN ITS ENTIRETY

TO BE OPENED ONLY BY
OR AS DIRECTED BY THE COURT