## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD.,<br><br>                     Plaintiff,<br><br>              v.<br>TATUNG CO.;<br>TATUNG COMPANY OF AMERICA, INC.; AND<br>VIEWSONIC CORPORATION,<br><br>                     Defendants. | Civil Action No. 04-343 (JJF) |

## **ORDER**

Having considered the parties' submissions and arguments in connection with Defendant ViewSonic Corporation's motion submitted May 2, 2007 to compel Plaintiff LG.Philips LCD Co., Ltd. to produce documents and things responsive to ViewSonic's RFP 128,

**IT IS HEREBY ORDERED** this _____ day of _____ 2007 that the motion is GRANTED.

_____
Special Master Vincent J. Poppiti

1

536859_1.DOC