# EXHIBIT A



VS113850



VS113851

VS113852

VS113853





VS113855



| BL P/N | 09J0940 |
| BL EC | E67808 |
| BL LOT No | PGQ-2 |
| CFL LOT No | CX |

COLD CATHODE FLUORESCENT LAMP IN LCD PANEL CONTAINS A SMALL AMOUNT OF MERCURY. PLEASE FOLLOW LOCAL ORDINANCES OR REGULATIONS FOR DISPOSAL.

VS113857

VS113858

P/N 09J0941
>PC< -PCX-5314



VS113859