# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TATUNG CO.; )<br>TATUNG COMPANY OF AMERICA, INC.; AND )<br>VIEWSONIC CORPORATION, )<br>)<br>Defendants. )<br>) | C.A. No. 04-343-JJF |

# EXHIBIT E WAS FILED UNDER SEAL WITH THE CLERK'S OFFICE

536873_1.DOC