# EXHIBIT G

# SPECIFICATION
# For
# APPROVAL

( ◆ ) Preliminary Specification
(  ) Final Specification

| Title | 15.1" XGA TFT LCD |
|---|---|

| | |
|---|---|
| BUYER NAME | |
| MODEL NAME | |

| | |
|---|---|
| SUPPLIER | LG Philips LCD |
| MODEL NAME | LM151X2 |

| SIGNATURE | DATE |
|---|---|
| / | |
| / | |
| / | |
| Please return 1 copy for our confirmation with your signature and comments. | |

| APPROVED BY | DATE |
|---|---|
| /G.Manager | |
| REVIEWED BY | |
| /S.Engineer | |
| PREPARED BY | |
| /S.Engineer | |
| Product Engineering Dept. LG Philips LCD | |



ALPHA POINT
http://www.alpha.fi
Alpha Point Ltd.
P.O. Box 41
00751 Helsinki, Finland
Tel.: +358-9-34 64 34 1
Fax: +358-9-34 64 34 2

## CONTENTS



| NO. | ITEM | Page |
|---|---|---|
| - | COVER | 1 |
| - | CONTENTS | 2 |
| - | RECORD of REVISIONS | 3 |
| 1. | GENERAL DESCRIPTIONS | 4 |
| 2. | MAXIMUM RATINGS | 5 |
| 3. | ELECTRICAL SPECIFICATIONS | 5 |
| 4. | OPTICAL SPECIFICATIONS | 6 |
| 5. | INTERFACE CONNECTIONS | 10 |
| 6. | SIGNAL TIMING SPECIFICATIONS | 11 |
| 7. | SIGNAL TIMING WAVEFORMS | 12 |
| 8. | COLOR INPUT DATA REFERENCES | 13 |
| 9. | POWER SEQUENCES | 14 |
| 10. | MECHANICAL CHARACTERISTICS | 15 |
| 11. | ENVIRONMENTAL SPECIFICATIONS | 16 |
| 12. | INCOMING INSPECTION STANDARDS FOR TFT-LCD | 17~19 |
| 13. | DESIGNATION OF LOT MARK | 20 |
| 14. | PACKING FORM | 20 |
| 15. | PRECAUTIONS | 21 |
| 16. | APPENDIX 1. OUTLINE DRAWINGS | 22~23 |
| 17. | APPENDIX 2. PACKING ASSEMBLY DRAWINGS | 24~25 |
| 18. | APPENDIX 3. CLASSIFICATION OF DEFECTS | 26 |





ALPHA POINT
http://www.alpha.fi
Alpha Point Ltd.
P.O. Box 41
00751 Helsinki, Finland
Tel.: +358-9-34 64 34 1
Fax: +358-9-34 64 34 2

# Record of Revisions

| Revision Version | Date | DESCRIPTION |
|---|---|---|
| 0.0 | April 13, 1998 | Preliminary |
| 0.1 | May 6, 1998 | Preliminary, Update<br>(Changed Interface Connections - Increased $V_{DD}$ Lines,<br>Fixed Interface Connector Model Name, Updated Outline Drawings) |
| 0.2 | June 16, 1998 | Preliminary, Update<br>(Updated Electrical Specifications,<br>Optical Specifications,<br>and Signal Timing Specifications) |
| 0.3 | June 22, 1998 | Preliminary, Update<br>(Updated Power Sequences,<br>Updated Electrical Specifications - Back Light) |
| 0.4 | June 29, 1998 | Preliminary, Update<br>(Changed Environmental Specifications,<br>Changed Outsize Dimensions - Thickness<br>: Refer to Outline Drawings) |
| 0.5 | July 9, 1998 | Preliminary, Update<br>(Updated Optical Specifications) |
| 0.6 | July 21, 1998 | Preliminary, Update<br>(Updated Optical Specifications - Gamma Value) |
| 0.7 | September17, 1998 | Preliminary, Update<br>( 1. Updated Optical Specifications - Contrast Ratio, Viewing angle, Cross Talk<br>2. Updated Signal Timing Specifications - Main Clock, Hsync, Vsync<br>3. Updated Electrical Characteristics - Back Light Life Time) |
| 1.0 | October 14, 1998 | Final, Update<br>(1. Updated Outsize dimensions<br>2. Updated Optical Specifications - Contrast Ratio<br>3. Updated Electrical Specifications - Lamp Kick-Off Voltage) |



ALPHA POINT
http://www.alpha.fi
Alpha Point Ltd.
P.O. Box 41
00751 Helsinki, Finland
Tel.: +358-9-34 64 34 1
Fax: +358-9-34 64 34 2

## General Descriptions

The LG Philips LCD model LM151X2 LCD is a Color Active Matrix Liquid Crystal Display with an integral Cold Cathode Fluorescent Tube(CCFT) back light system. The matrix employs a-Si Thin Film Transistor as the active element. It is a transmissive type display operating in the normally white mode. This TFT-LCD has a 15.1 inch diagonally measured active display area with XGA resolution(768 vertical by 1024 horizontal pixel array). Each pixel is divided into Red, Green and Blue sub-pixels or dots which are arranged in vertical stripes. Gray scale or the brightness of the sub-pixel color is determined with a 6-bit gray scale signal for each dot, thus, presenting a palette of more than 262,144 colors.

LM151X2 has been designed to apply the CMOS logic level interface.

The LM151X2 LCD is intended to support applications where high brightness, wide viewing angle, high color saturation, and high color depth are very important. In combination with the vertical arrangement of the sub-pixels, the LM151X2 characteristics provide an excellent flat panel display for office automation products such as monitors.




General Display Characteristics

The following are general features of the model LM151X2 LCD;

| | |
|---|---|
| Active display area | 15.1 inches(38cm) diagonal |
| Outsize dimensions | 352.6w * 265.0h * 18.5t(typ)mm (Without Inverter and User Connector) |
| Pixel pitch | 0.30 mm x 0.30 mm |
| Pixel format | 1024 horiz. By 768 vert. Pixels RGB vertical stripe arrangement |
| Color depth | 6-bit, 262,144 colors |
| Display operating mode | transmissive mode, normally white |
| Surface treatments | hard coating(3H), anti-glare treatment of the front polarizer |



ALPHA POINT
http://www.alpha.fi
Alpha Point Ltd.
P.O. Box 41
00751 Helsinki, Finland
Tel.: +358-9-34 64 34 1
Fax: +358-9-34 64 34 2

VS074798

## Maximum Ratings

The following are maximum values which, if exceeded, may cause faulty operation or damage to the unit.

**Table 1 ABSOLUTE MAXIMUM RATINGS**

| Parameter | symbol | Values | | Units | Notes |
|---|---|---|---|---|---|
| | | Min. | Max. | | |
| Power Input Voltage | $V_{DD}$ | 0 | +3.6 | $V_{DC}$ | at 25° |
| Lamp Current | $I_{BL}$ | - | 9.0 | mArms | 2 |
| Operating Temperature | $T_{OP}$ | 0 | +50 | ° | 1 |
| Storage Temperature | $T_{ST}$ | -20 | +60 | ° | |

Note: 1. The Relative Humidity must not exceed 95% non-condensing at temperatures of 40° or less. At temperatures greater than 40°, the wet bulb temperature must not exceed 39°.
2. Current shall be measured at ground line.

## 3. Electrical Specifications

The LM151X2 requires two power inputs. One input is employed to power the LCD electronics and to drive the voltages to drive the TFT array and liquid crystal. And the second input for the backlight CCFL, is typically generated by an inverter. The inverter is an external unit to the LCD.

**Table 2 ELECTRICAL CHARACTERISTICS:**

| Parameter | Symbol | Values | | | Units | Notes |
|---|---|---|---|---|---|---|
| | | Min. | Typ. | Max. | | |
| MODULE : | | | | | | |
| Power Supply Input Voltage | $V_{DD}$ | 3.15 | 3.3 | 3.45 | $V_{DC}$ | 1 |
| Power Supply Input Current | $I_{DD}$ | - | 500 | 800 | mA | 1, 2 |
| Power Supply Kick Off Current | $I_{DDI}$ | - | - | 1,500 | mA | 7 |
| Data Input High Voltage | $V_{IH}$ | 0.7_$V_{DD}$ | - | $V_{DD}$ + 0.5 | V | 1 |
| Data Input Low Voltage | $V_{IL}$ | -0.5 | - | 0.3_$V_{DD}$ | V | 1 |
| BACK LIGHT : | | | | | | |
| Back light Input voltage | $V_{BL}$ | 685 | 585 | 570 | $V_{RMS}$ | |
| Backlight Input Current | $I_{BL}$ | 3.0 | 8.0 | 9.0 | mA | 3 |
| Lamp Kick-Off Voltage | | - | - | 880 | $V_{RMS}$ | At 25_2_ |
| | | - | - | 1145 | $V_{RMS}$ | At 0_2_ |
| | | | | | | 4 |
| | | 1290 | - | - | $V_{RMS}$ | At 25_2_ |
| | | 1660 | - | - | $V_{RMS}$ | At 0_2_ |
| | | | | | | 5 |
| Operating Frequency | $F_{BL}$ | 30 | 50 | 80 | KHz | |
| Life time | | 25,000 | 40,000 | - | hours | 6 |

Notes: 1. All values shall be measured at the user connection.
2. The input current shall be measured at $V_{DD}$ of 3.3V at 25_, refresh rate of 60Hz, and clock frequency of 65MHz under 9 gray pattern.
3. The backlight input current shall be measured at the ground cable and does not include loss of external inverter.
4. Voltages at both ends of the lamp.
5. Voltages at secondary side of transformer using the balancing capacitor, 22pF in inverter. These voltages can be changed with customer's own design of inverter.
6. The life time is defined as the time at which brightness of lamp is 50% compare to that of initial value at the typical lamp current.
7. Power supply kick off current means power supply input current at the moment of LCM power on. This current is higher than the current at the normal operating condition and it lasts for 50~100ms.

## 4. Optical Specifications

Optical characteristics are determined after the unit has been 'ON' and stable for approximately 30 minutes in a dark environment at 25_. The values specified are at an approximate distance 50cm from the LCD surface at a viewing angle of Φ and θ equal to 0° and aperture 1 degree. The test equipment is PhotoResearch Prichard SpectroRadiometer Model 1980B-SC or equivalent. The input signal voltage and timing specification are $V_{DD}$ of 3.3V and VESA XGA @60Hz respectively. The input current of backlight is 8mA($F_{BL}$ = 50KHz) at the ground terminals.

**Table 2 OPTICAL CHARACTERISTICS**

| Parameter | Symbol | Values | | | Units | Notes |
|---|---|---|---|---|---|---|
| | | Min. | Typ. | Max. | | |
| Contrast Ratio | CR | 200 | 250 | - | | 1 |
| Average Brightness, white | $SB_{WH}$ | 170 | 200 | - | cd/m$^2$ | 2 |
| Brightness Variation | $SB_V$ | - | - | 30 | % | 3 |
| Response Time | Tr | | 50 | 80 | msec | 4 |
| Rise Time | $Tr_R$ | - | 20 | 30 | | |
| Decay Time | $Tr_D$ | - | 30 | 50 | | |
| CIE Color Coordinates | | | | | | |
| Red | $x_R$ | 0.600 | 0.630 | 0.660 | | |
| | $y_R$ | 0.310 | 0.340 | 0.370 | | |
| Green | $x_G$ | 0.270 | 0.300 | 0.330 | | |
| | $y_G$ | 0.570 | 0.600 | 0.630 | | |
| Blue | $x_B$ | 0.110 | 0.140 | 0.170 | | |
| | $y_B$ | 0.070 | 0.100 | 0.130 | | |
| White | $x_W$ | 0.290 | 0.320 | 0.350 | | |
| | $y_W$ | 0.310 | 0.340 | 0.370 | | |
| Viewing Angle by CR ≥ 10 | | | | | degree, _ | 5 |
| x axis, right (_=0°) | _ | 55 | 60 | - | | |
| x axis, left(_=180°) | _ | 55 | 60 | - | | |
| y axis, up(_=90°) | _ | 40 | 45 | - | | |
| y axis, down (_=270°) | _ | 40 | 45 | - | | |
| Cross talk | | | | | | |
| Horizontal | | - | - | 1.5 | % | 6 |
| Vertical | | - | - | 1.5 | | |
| Gamma value | | - | - | - | | 7 |



ALPHA POINT
http://www.alpha.fi

Alpha Point Ltd.
P.O. Box 41
00751 Helsinki, Finland

Tel.: +358-9-34 64 34 1
Fax: +358-9-34 64 34 2

Notes 1. Contrast Ratio (CR) is defined mathematically as:

$$\frac{\text{(Surface Brightness with all white pixels)}}{\text{(Surface Brightness with all black pixels)}}$$

Contrast ratio shall be measured at the center of the display (Location 1).

2. Average Brightness is the average of brightness value at location 1 to 5 with all pixels displaying white.

$$B(AVE) = \frac{B1 + B2 + B3 + B4 + B5}{5}$$

3. The variation in surface brightness, $SB_V$ is defined as :

$$\frac{\text{Maximum } (B_1, B_2, \ldots B_{13}) - \text{Minimum } (B_1, B_2, \ldots B_{13})}{\text{Average } (B_1, B_2, \ldots B_5)} \times 100(\%)$$

Where B1 to B13 are the brightness with all pixels displaying white at 13 locations.




4. The response time is defined as the following figure and shall be measured by switching the input signal for "black" and "white".






ALPHA POINT
http://www.alpha.fi
Alpha Point Ltd.
P.O. Box 41
00751 Helsinki, Finland
Tel.: +358-9-34 64 34 1
Fax: +358-9-34 64 34 2

5. Viewing angle is the angle at which the contrast ratio is greater than 10.




6. Cross talk shall be measured at two locations.

$$\text{Crosstalk Ratio} = 100\text{x} \frac{|\text{Brightness at pattern A - Brightness at pattern B}|}{\text{Brightness at pattern A}}$$

Pattern A (Mid-gray : Gs(S)=31)

Pattern B (Background:Gs(S)=31, Rectangular:Gs(S)=0 & 63)




Vertical Crosstalk shall be measured at the location 1 and horizontal crosstalk shall be measured at the location 2.

7. Gamma values shall be measured at the center location.

| n | Gs(S) | Relative Brightness(%) | | Remark |
|---|---|---|---|---|
| | | min | max | |
| 0 | 0 | - | 0.67 | |
| 1 | 7 | - | 1.8 | |
| 2 | 15 | 2.3 | 4.3 | |
| 3 | 23 | 5.4 | 9.4 | |
| 4 | 31 | 10.4 | 20.4 | |
| 5 | 39 | 22.8 | 34.8 | |
| 6 | 47 | 41.1 | 55.1 | |
| 7 | 55 | 66.7 | 82.7 | |
| 8 | 63 | 100 | 100 | |



ALPHA POINT
http://www.alpha.fi
Alpha Point Ltd.
P.O. Box 41
00751 Helsinki, Finland
Tel.: +358-9-34 64 34 1
Fax: +358-9-34 64 34 2

## 5. Interface Connections

This LCD employs three interface connections, a 41 pin connector is used for the module electronics and two connectors, a three pin connector, are used for the integral backlight system.

The electronics interface connector is a model DF9B-41P-1V manufactured by Hirose. The pin configuration for the connector is shown in the table below.

**Table 3 MODULE CONNECTOR PIN CONFIGURATION**

| Pin | Symbol | Description | Pin | Symbol | Description |
|---|---|---|---|---|---|
| 1 | GND | System Ground. Note 1 | 2 | DCLK | Data Input Clock |
| 3 | GND | System Ground | 4 | $H_{sync}$ | $H_{sync}$. Horizontal Sync Signal |
| 5 | $V_{sync}$ | $V_{sync}$. Vertical Sync Signal | 6 | GND | System Ground |
| 7 | GND | System Ground | 8 | GND | System Ground |
| 9 | R0 | Red data 0 (LSB) | 10 | R1 | Red data 1 |
| 11 | R2 | Red data 2 | 12 | GND | System Ground |
| 13 | R3 | Red data 3 | 14 | R4 | Red data 4 |
| 15 | R5 | Red data 5 (MSB) | 16 | GND | System Ground |
| 17 | GND | System Ground | 18 | GND | System Ground |
| 19 | G0 | Green data 0 (LSB) | 20 | G1 | Green data 1 |
| 21 | G2 | Green data 2 | 22 | GND | System Ground |
| 23 | G3 | Green data 3 | 24 | G4 | Green data 4 |
| 25 | G5 | Green data 5 (MSB) | 26 | GND | System Ground |
| 27 | GND | System Ground | 28 | GND | System Ground |
| 29 | B0 | Blue data 0 (LSB) | 30 | B1 | Blue data 1 |
| 31 | B2 | Blue data 2 | 32 | GND | System Ground |
| 33 | B3 | Blue data 3 | 34 | B4 | Blue data 4 |
| 35 | B5 | Blue data 5 (MSB) | 36 | GND | System Ground |
| 37 | DE | Data Enable Signal | 38 | $V_{DD}$ | Power Supply for LCD Module |
| 39 | $V_{DD}$ | Power Supply for LCD Module | 40 | $V_{DD}$ | Power Supply for LCD Module |
| 41 | $V_{DD}$ | Power Supply for LCD Module | | | |

Notes: 1. All GND(ground) pins should be connected together and to Vss which should also be connected to the LCD's metal frame.
2. All $V_{DD}$(power input) pins should be connected together.




The backlight interface connector is a model BHR-03VS-1, manufactured by JST. The mating connector part number is SM02(8.0)B-BHS-1-TB or equivalent. The pin configuration for the connector is shown in the table below.

**Table 4 BACKLIGHT CONNECTOR PIN CONFIGURATION**

| Pin | Symbol | Description | Notes |
|---|---|---|---|
| 1 | HV | Lamp power input | 1 |
| 2 | NC | No connect | |
| 3 | LV | Ground | 2 |

Notes: 1. The input power terminal is colored pink. Ground pin color is light pink.
2. The backlight ground should be common with Vss.



ALPHA POINT
http://www.alpha.fi
Alpha Point Ltd.
P.O. Box 41
00751 Helsinki, Finland
Tel.: +358-9-34 64 34 1
Fax: +358-9-34 64 34 2

## 6. Signal Timing Specifications

| Parameter | | Symbol | Value | | | Units | Notes |
|---|---|---|---|---|---|---|---|
| | | | Min. | Typ. | Max. | | |
| Main Clock | Frequency | $f_{CLK}$(=1/$t_{CLK}$) | 63.0 | 65.0 | 70.0 | MHz | |
| | High duration | $t_{wcH}$ | 0.45 $t_{CLK}$ | 0.5 $t_{CLK}$ | 0.55 $t_{CLK}$ | ns | |
| | Low duration | $t_{wcL}$ | 0.45 $t_{CLK}$ | 0.5 $t_{CLK}$ | 0.55 $t_{CLK}$ | ns | |
| | Rise Time | $t_{rCLK}$ | - | - | 8 | ns | |
| | Fall Time | $t_{fCLK}$ | - | - | 8 | ns | |
| Data (RGB data including sync) | Set-up duration | $t_{SD}$ | 5.0 | - | - | ns | for $f_{CLK}$ |
| | Hold duration | $t_{HD}$ | 5.0 | - | - | ns | for $f_{CLK}$ |
| | | | | | | | note 1 |
| Hsync | Period | $t_{HP}$ | 16.5 | 20.7 | - | – | |
| | | | 1056 | 1344 | 1520 | clock | |
| | Pulse Width | $t_{WH}$ | 8 | 136 | - | clock | |
| Vsync | Period | $t_{VP}$ | - | 16.7 | - | msec | |
| | | | 777 | 806 | 858 | lines | |
| | Pulse Width | $t_{WV}$ | 1 | 6 | - | lines | |
| Data Enable | Set-up duration | $t_{SI}$ | 5.0 | - | - | ns | for $f_{CLK}$ |
| | Hold duration | $t_{HI}$ | 5.0 | - | - | ns | for $f_{CLK}$ |
| | Horizontal Back Porch | $t_{HBP}$ | 8 | 160 | - | clock | |
| | Horizontal Active | | 1024 | 1024 | - | clock | |
| | Horizontal Front porch | $t_{HFP}$ | 8 | 24 | - | clock | |
| | Vertical Back Porch | $t_{VBP}$ | 5 | 29 | - | lines | |
| | Vertical Active | | 768 | 768 | - | lines | |
| | Vertical Front porch | $t_{VFP}$ | 1 | 3 | - | lines | |
| Hsync- Clock phase difference | | $t_{HC}$ | $t_{CLK}$-10 | - | $t_{wcL}$ | ns | |
| Hsync-Vsync phase difference | | $t_{HV}$ | - | - | $t_{HP}$-$t_{WH}$ | ns | |

Notes: 1. All data input shall be latched at falling edge of data clock.



ALPHA POINT
http://www.alpha.fi
Alpha Point Ltd.
P.O. Box 41
00751 Helsinki, Finland
Tel.: +358-9-34 64 34 1
Fax: +358-9-34 64 34 2

VS074805

## 7. Signal Timimg Waveforms






ALPHA POINT
http://www.alpha.fi
Alpha Point Ltd.
P.O. Box 41
00751 Helsinki, Finland
Tel.: +358-9-34 64 34 1
Fax: +358-9-34 64 34 2

## 8. Color Input Data References

The brightness of each primary color(red, green and blue) is based on the 6-bit gray scale data input for the color; the higher the binary input, the brighter the color. The table below provides a reference for color versus data input.

**Table 5 COLOR DATA REFERENCE**

| Color | | Input Color Data | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Red | | | | | | Green | | | | | | Blue | | | | | |
| | | MSB | | | | | LSB | MSB | | | | | LSB | MSB | | | | | LSB |
| | | R5 | R4 | R3 | R2 | R1 | R0 | G5 | G4 | G3 | G2 | G1 | G0 | B5 | B4 | B3 | B2 | B1 | B0 |
| Basic Colors | Black | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Red(63) | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Green(63) | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Blue(63) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 |
| | Cyan | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| | Magenta | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 |
| | Yellow | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| | White | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Red | Red(0) Dark | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Red(1) | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Red(2) | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | : | : | : | : | : | : | : | : | : | : | : | : | : | : | : | : | : | : |
| | Red(61) | 1 | 1 | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Red(62) | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Red(63) Bright | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Green | Green(0) Dark | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Green(1) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Green(2) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | : | : | : | : | : | : | : | : | : | : | : | : | : | : | : | : | : | : |
| | Green(61) | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Green(62) | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Green(63) Bright | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| Blue | Blue(0) Dark | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Blue(1) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| | Blue(2) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| | | : | : | : | : | : | : | : | : | : | : | : | : | : | : | : | : | : | : |
| | Blue(61) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 0 | 1 |
| | Blue(62) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 0 |
| | Blue(63) Bright | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 |



ALPHA POINT
http://www.alpha.fi
Alpha Point Ltd.
P.O. Box 41
00751 Helsinki, Finland
Tel.: +358-9-34 64 34 1
Fax: +358-9-34 64 34 2

## 9. Power Sequences




- **$T_1$, $T_6$** : 10 ns ~ 20 ms.
- **$T_2$, $T_5$** : 50 ms (max.)
- **$T_3$, $T_4$** : 300 ms (min.)
- **$T_7$** : 500ms (min.)

Notes: 1. Please avoid floating state of interface signal at invalid period.

2. When the interface signal is invalid, be sure to pull down the power supply for LCD $V_{DD}$ to 0V.

3. BackLight inverter power must be turn on after power supply for LCD and interface signal are valid.



ALPHA POINT
http://www.alpha.fi
Alpha Point Ltd.
P.O. Box 41
00751 Helsinki, Finland
Tel.: +358-9-34 64 34 1
Fax: +358-9-34 64 34 2

## 10. Mechanical Characteristics

The chart below provides general mechanical characteristics for the model LM151X2 LCD. Please refer to appendix 2 regarding the detailed mechanical drawing of the LCD module.

| Parameter | Value | Symbol | Notes |
|---|---|---|---|
| Outside dimension<br>Width<br>Height<br>Thickness | <br>352.6 (typ)<br>265.0 (typ)<br>18.5 (typ) | mm | |
| Bezel area<br>Width<br>Height | <br>311.2<br>234.4 | mm | |
| Active area<br>Width<br>Height | <br>307.2<br>230.4 | mm | |
| Weight | 1500(typ)<br>1600 (max) | gram | |
| Front surface of LCD | Hard coating 3H.<br>Anti-glare treatment of the front polarizer | - | |



ALPHA POINT
http://www.alpha.fi
Alpha Point Ltd.
P.O. Box 41
00751 Helsinki, Finland
Tel.: +358-9-34 64 34 1
Fax: +358-9-34 64 34 2

## 11. Environmental Specifications

| No | Test ITEM | | Conditions |
|---|---|---|---|
| 1 | Temperature | Operating<br>Non-operating | 0_ ~ 50_<br>-20_ ~ 60_ |
| 2 | Humidity | Operating<br>Non-operating | 20% ~ 80% RH (non-condensing)<br>5% ~ 95% RH<br>(38.7_ maximum wet bulb temperature) |
| 3 | Altitude | | Operating : 12,000ft<br>Storage : 40,000ft |
| 4 | Vibration test<br>(non-operating) | | Waveform : Random<br>Vibration level : 1.0G RMS<br>Bandwidth : 10~200Hz<br>Duration : X, Y, Z, 20 min<br>one time each direction |
| 5 | Shock test<br>(non-operating) | | Shock level : 100G<br>Waveform: half sine wave, 2ms<br>Direction : ±X, ±Y, ±Z<br>one time each direction |



ALPHA POINT
http://www.alpha.fi
Alpha Point Ltd.
P.O. Box 41
00751 Helsinki, Finland
Tel.: +358-9-34 64 34 1
Fax: +358-9-34 64 34 2

## 12. Incoming Inspection Standards for TFT-LCD Modules

1. Scope
This incoming inspection standard shall be applied to TFT-LCD Modules(hereafter called "LCMs") supplied by LG Electronics Inc.(hereafter called the "Supplier") to Customer.

2. Incoming inspection
The Customer shall have the right to conduct at its own cost and expense, an incoming inspection of the LCMs at the destination specified in the relevant bills of lading in accordance with the LCM's specifications separately agreed upon and the inspection standard set forth in this article.

The Customer shall notify the Supplier in writing of the inspection results(acceptance or rejection) in accordance with the said inspection standard within 40 days after the date of the bills of lading.

Should Customer fail to so notify the Supplier within the said 40 days period, the Customer's right to reject the LCMs shall then lapse, and the said LCMs shall be deemed to have been accepted by the Customer.

3. Method of Incoming inspection
Unless otherwise agreed upon in writing, the sampling inspection method based on MIL-STD-105E shall be applied to the Customer's incoming inspection.

4. Classification of defects
Defects are classified as either a major defect or a minor defect based on the degree of defect defined herein.

a) Major defect
A major defect is a defect that is likely to result in product failure, or reduction in the product's intended usage.

b) Minor defect
A minor defect is a defect that has little bearing on the effective use or operation of the product.

Specific criteria of judgement of major and/or minor defects or other related issues shall be in accordance with the attached "Classification of Defects". (refer to appendix 4)

5. Acceptable Quality Level("AQL")
The AQL for major and minor defects shall be respectively set forth below.

a) Major defects : AQL = 0.65%
b) Minor defects : AQL = 1.5%

6. Sampling Inspection Method
a) Lot size : Quantity per shipment lot
b) Sampling type : Normal inspection, Single sampling
c) Inspection level : II
d) Sampling table : Table in MIL-STD-105E

7. Determination of acceptability and subsequent disposal
If the number of defects found in the LCM sampling lot is equal to or less than the applicable acceptance level, the lot shall be accepted.

If the number of defects is greater than the applicable acceptance level, the lot shall be rejected. The Customer shall inform the Supplier of the detailed results of such inspection within the time period stipulated in item #2 "Incoming inspection".

a) Accepted lot
An acceptance under the above incoming inspection shall constitute an acceptance by the Customer of such lot of the LCMs in terms of the landed quality thereof.

b) Rejected lot
If a shipment lot of products is rejected under the above incoming inspection due to any defects for which the Supplier is responsible and such a fact is clearly confirmed by the Supplier through a separate inspection or as otherwise decided, the Supplier shall choose one of the following three options which must be determined by mutual consent. The Supplier shall advise the Customer of its choice not later than 14 working days(Monday to Friday) of receipt of the "Customer's notification of rejected lot" :

-1. The Customer shall return the rejected lot to the place to be designated by the Supplier and the Supplier shall screen all of the products in the lot and repair or replace the defective products.



ALPHA POINT
http://www.alpha.fi
Alpha Point Ltd.
P.O. Box 41
00751 Helsinki, Finland
Tel.: +358-9-34 64 34 1
Fax: +358-9-34 64 34 2

-2. The Supplier shall screen all of the products in the lot and repair or replace the defective products within a reasonable time period at the Customer's facility.

-3. The Customer shall screen the entire lot for the good LCMs at the expense of the Supplier to be separately agreed upon. The rejected products shall be returned to the place designated by the Supplier.

8. Inspection Specifications

a) General conditions

i) The environment conditions
- Ambient temperature : 20~25_
- Humidity : 65_5%RH
- Ambient illumination : Single 20W fluorescent lamp non-directive (About 300 to 700 Lux)

ii) Viewing distance
The distance between the LCM and the eyes of the inspector shall be at least 35cm.

III) Inspection zone for external inspection
External inspection should be performed from front side(Display area)

b) External Inspection Standards

| Inspection items | | Inspection Standards | Remark |
|---|---|---|---|
| Dent | Dot shape | D_0.5, N_8 | On the polarizer |
| Scratches | Line shape | 0.01_W_0.2, 5_L_20, N_4 | On the polarizer |
| Stain inclusion | Dot shape | 0.2_D_0.5, N_5 | Operating |
| | Line shape | 0.05_W_0.1, 0.3_L_3.0, N_5 | Operating |

W : Width(mm)
L : Length(mm)
D : Average diameter(mm)

Note) Those extraneous substances which can be wiped out easily are acceptable.

c) Display-on Inspection(Visual inspection)

i) Dot Defect
- Bright Dot Defects : When the LCM is turned on, dots(sub-pixels) which appear bright in the display area at Black(Dark) Mode are bright dot defects.
. R, G or B 1 dot : 6 Max.
. R, G or B join 2 dots : 1 Max.
. R, G or B join 3 dots : 0 max.
. Minimum Distance between defects : D _10mm
. Total amount of Bright dot defects : 6 Max.

- Black Dot defects : When the LCM is turned on, dots(sub-pixels) which appear black in the display area at White(Bright) Mode are black dot defects.
. 1 dot : 6 Max.
. Join 2 dots : 1 Max.
. Join 3 dots : 0 max.
. Minimum Distance between defects : D _10mm
. Total amount of Black dot defects : 6 Max.

- Total amount of Dot Defect(Bright and Black Dot) : 10 Max. (Combination)

ii) Line Defect
All line defects such as vertical, horizontal or cross line defect are not allowed.

Note 1) Dot Defect : Defected area > 1/2 dot
2) 1 Dot : Defect dot is isolated, not attached to other defect dot.
3) 3 Join N Dot : N dots are consecutive. (N means the number of defect dots)

9. Other
If any problems arise with the LCM supplied by LGE, the Customer and Supplier will cooperate and make efforts to solve it with mutual confidence and respect.



ALPHA POINT
http://www.alpha.fi
Alpha Point Ltd.
P.O. Box 41
00751 Helsinki, Finland
Tel.: +358-9-34 64 34 1
Fax: +358-9-34 64 34 2

## 13. Designation of Lot Mark

a) Lot Mark

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A | B | C | D | E | F | G | H | I | J | K | L |

A, B : DIVISION CODE
C, D, E : MODEL CODE
F : YEAR
G : MONTH
H, I, J, K, L : SERIAL NO.

Note : 1. YEAR

| YEAR | 89 | 90 | 91 | 92 | 93 | 94 | 95 | 96 | 97 | 98 | 99 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Mark | 9 | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |

2. MONTH

| MONTH | Jan. | Feb. | Mar. | Apr. | May | Jun. | Jun. | Aug. | Sep. | Oct. | Nov. | Dec. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mark | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 | N | D |

b) Location of Lot Mark

Serial NO. Is printed on the label. The label is attached to the backside of the LCD module.
This is subject to change without prior notice.

## 14. Packing Form

a) Package quantity in one box : 8 pcs

b) Box Size : 587mm x 408mm x 378mm

Note : 1. Please, refer to appendix 3 regarding the detailed packing assembly drawing.



ALPHA POINT
http://www.alpha.fi
Alpha Point Ltd.
P.O. Box 41
00751 Helsinki, Finland
Tel.: +358-9-34 64 34 1
Fax: +358-9-34 64 34 2

## 15. PRECAUTIONS

Please pay attention to the followings when you use this TFT-LCD module with Back-light unit.

1)You must mount Module using mounting holes arranged in 4 corners.

2) Be sure to turn off the power when connecting or disconnecting the circuit.

3) Note that the polarizers are easily damaged. Pay attention not to scratch or press this surface with any hard object.

4) When the LCD surface become dirty, please wipe it off with a soft material. (ie. cotton ball)

5) Protect the module from the ESD as it may damage the electronic circuit (C-MOS). Make certain that treatment person's body are grounded through wrist bend.

6) Do not disassemble the module and be careful not to incur a mechanical shock that might occur during installation. It may cause permanent damage.

7) Do not leave the module in high temperatures, particularly in areas of high humidity for a long time.

8) The module not be expose to the direct sunlight.

9) Avoid contact with water as it may a short circuit within the module.

10) Do not apply invalid signal, especially very high frequency data clock and $H_{sync}$. Invalid signal causes improper shutdown of DC/DC converter in LCM or permanent damage to LCD module.
(If DC/DC converter in LCM is in shutdown state, LCM shows only white screen. Then please turn off and on once LCM power.)

11) If the LCM displays the same pattern continuously for a long period of time, it can be the image sticking to the screen.



ALPHA POINT
http://www.alpha.fi
Alpha Point Ltd.
P.O. Box 41
00751 Helsinki, Finland
Tel.: +358-9-34 64 34 1
Fax: +358-9-34 64 34 2

## 16. APPENDIX 1 : Outline Drawings






ALPHA POINT
http://www.alpha.fi
Alpha Point Ltd.
P.O. Box 41
00751 Helsinki, Finland
Tel.: +358-9-34 64 34 1
Fax: +358-9-34 64 34 2






ALPHA POINT
http://www.alpha.fi
Alpha Point Ltd.
P.O. Box 41
00751 Helsinki, Finland
Tel.: +358-9-34 64 34 1
Fax: +358-9-34 64 34 2

## 17. APPENDIX 2 : Packing Assembly Drawings




| NO | PART NO | DESCRIPTION | MATERIAL |
|---|---|---|---|
| 1 | 3921L-0011A | PACKING ASS'Y | |
| 2 | | LCD MODULE | |
| 3 | 3880L-0001B | BAG | PE 300(H)X430(V) |
| 4 | 3920L-0011A | PACKING | DW3 356X578 T7 |
| 5 | 3630L-0014A | PACKINGPLATE | BAR DW3 403X116 T7 |
| 6 | 3630L-0018A | PACKINGPLATE | YPLATE DW3 582X368 T7 |
| 7 | 3630L-0017A | PACKINGPLATE | XPLATE DW3 1098X403 T7 |
| 8 | 3630L-0019A | PACKINGPLATE | GATE DW3 356X72 T7 |
| 9 | 3630L-0013A | PACKINGPLATE | ZPLATE DW3 403X318 T7 |
| 10 | 3630L-0020A | PACKINGPLATE | SHEET DW3 320X418 T7 |
| 11 | 3890L-0009B | BOX | DW3 587X408X378 T7 |
| 12 | 7263L-0001A | SILICAGEL | GEL 25G |
| 13 | 3950L-0001A | STAPLE | 35X18 |
| 14 | 7250L-0017A | TAPE | LOGO 70MMX50M |
| 15 | 7250L-0023A | TAPE | MASKING 20MMX50M |



ALPHA POINT
http://www.alpha.fi
Alpha Point Ltd.
P.O. Box 41
00751 Helsinki, Finland
Tel.: +358-9-34 64 34 1
Fax: +358-9-34 64 34 2




| NO | PART NO | DESCRIPTION | MATERIAL |
|---|---|---|---|
| ① | 3921L-0011A | PACKING ASS'Y | |
| ② | 3930L-0001A | PALLET | WOOD |
| ③ | 3922L-0001A | PACKING SHEET | SW1 |
| ④ | 3980L-F001A | WRAP,FILM | P.E |
| ⑤ | 4770L-P001A | BAND, PACKING | P.P |
| ⑥ | 4770L-C002A | BAND, CLIP | STEEL |
| ⑦ | 3858L-A001A | SHEET, ANGLE | PAPER |
| ⑧ | 3858L-A001B | SHEET, ANGLE | PAPER |



ALPHA POINT
http://www.alpha.fi
Alpha Point Ltd.
P.O. Box 41
00751 Helsinki, Finland
Tel.: +358-9-34 64 34 1
Fax: +358-9-34 64 34 2

VS074818

## 18. APPENDIX 3 : Classification of Defects

| Inspection Item | Criterion for Defect | Type |
|---|---|---|
| Operating Frequency | Does not meet specified range in the spec. | Major |
| Power Consumption | Does not meet specified range in the spec. | Major |
| Contrast Ratio | Does not meet specified range in the spec. | Major |
| Line Defect | Vertical line defect<br>Horizontal line defect<br>Cross line defect | Major |
| Scratches, Dents or Bubbles | Shall be accordance with the item 8.b) "External inspection standards" on this incoming inspection standard | Minor |
| Extraneous Substance | Shall be accordance with the item 8.b) "External inspection standards" on this incoming inspection standard | Minor |
| Dot Defect | Shall be accordance with the item 8.b) "External inspection standards" on this incoming inspection standard | Minor |
| Bezel Appearance | Deep damage is found on plating, the ground metal is exposed, or rust may occur. (Irregular plating or coating is ignored) | Minor |
| Damaged Parts | a) The lead wire part is disconnected<br>b) The lead wire part is not yet disconnected, but is damaged<br>c) Function, performance or product value is impaired | Major<br>Minor<br>Major |
| Bezel Claw Forming | a) Bezel claw missing<br>b) The bezel claw is not formed sufficiently | Major<br>Minor |



ALPHA POINT
http://www.alpha.fi
Alpha Point Ltd.
P.O. Box 41
00751 Helsinki, Finland
Tel.: +358-9-34 64 34 1
Fax: +358-9-34 64 34 2