# EXHIBIT H

 **LG Electronics Inc.**

**LM151X2-C2TH**
**Liquid Crystal Display**

**Product Specification (final)**

# SPECIFICATION
# For
# APPROVAL

**(    ) Preliminary Specification**

**( ♦ ) Final Specification**

| Title | 15.1" XGA TFT LCD |
|---|---|

| BUYER NAME | |
|---|---|
| MODEL NAME | |

| SUPPLIER | LG.Philips LCD Co., Ltd. |
|---|---|
| MODEL NAME | LM151X2-C2TH |

<table>
<tr><td><b>SIGNATURE</b></td><td><b>DATE</b></td></tr>
<tr><td>/</td><td></td></tr>
<tr><td>_____</td><td>_____</td></tr>
<tr><td>/</td><td></td></tr>
<tr><td>_____</td><td>_____</td></tr>
<tr><td>/</td><td></td></tr>
<tr><td>_____</td><td>_____</td></tr>
</table>

**Please return 1 copy for our confirmation
with your signature and comments.**

<table>
<tr><td><b>APPROVED BY</b></td><td><b>DATE</b></td></tr>
<tr><td>S.H.Kang /G.Manager</td><td>_____</td></tr>
<tr><td><b>REVIEWED BY</b></td><td></td></tr>
<tr><td>I. H. Ahn /S.Engineer</td><td>_____</td></tr>
<tr><td><b>PREPARED BY</b></td><td></td></tr>
<tr><td>T.K.Kark /S.Engineer</td><td>_____</td></tr>
</table>

**Product Engineering Dept.
LCD Division   LG Electronics Inc.**

 **LG Electronics Inc.**

**LM151X2-C2TH**
**Liquid Crystal Display**

**Product Specification (final)**

## CONTENTS

| NO. | ITEM | Page |
|-----|------|------|
| - | COVER | 1 |
| - | CONTENTS | 2 |
| - | RECORD of REVISIONS | 3 |
| 1. | GENERAL DESCRIPTIONS | 4 |
| 2. | MAXIMUM RATINGS | 5 |
| 3. | ELECTRICAL SPECIFICATIONS | 5 |
| 4. | OPTICAL SPECIFICATIONS | 6 |
| 5. | INTERFACE CONNECTIONS | 10 |
| 6. | SIGNAL TIMING SPECIFICATIONS | 11 |
| 7. | SIGNAL TIMING WAVEFORMS | 12 |
| 8. | COLOR INPUT DATA REFERENCES | 13 |
| 9. | POWER SEQUENCES | 14 |
| 10. | MECHANICAL CHARACTERISTICS | 15 |
| 11. | ENVIRONMENTAL SPECIFICATIONS | 16 |
| 12. | DESIGNATION OF LOT MARK | 17 |
| 13. | PACKING FORM | 17 |
| 14. | PRECAUTIONS | 18 |
| 15. | APPENDIX 1. OUTLINE DRAWINGS | 19~20 |
| 16. | APPENDIX 2. PACKING ASSEMBLY DRAWINGS | 21~22 |

 **LG Electronics Inc.**

**LM151X2-C2TH**
**Liquid Crystal Display**

Product Specification (final)

# Record of Revisions

| Revision Version | Date | DESCRIPTION |
|---|---|---|
| 0.0 | April 13, 1998 | Preliminary |
| 0.1 | May 6, 1998 | Preliminary, Update (Changed Interface Connections - Increased $V_{DD}$ Lines, Fixed Interface Connector Model Name, Updated Outline Drawings) |
| 0.2 | June 16, 1998 | Preliminary, Update (Updated Electrical Specifications, Optical Specifications, and Signal Timing Specifications) |
| 0.3 | June 22, 1998 | Preliminary, Update (Updated Power Sequences, Updated Electrical Specifications - Back Light) |
| 0.4 | June 29, 1998 | Preliminary, Update (Changed Environmental Specifications, Changed Outsize Dimensions - Thickness : Refer to Outline Drawings) |
| 0.5 | July 9, 1998 | Preliminary, Update (Updated Optical Specifications) |
| 0.6 | July 21, 1998 | Preliminary, Update (Updated Optical Specifications - Gamma Value) |
| 0.7 | September17, 1998 | Preliminary, Update ( 1. Updated Optical Specifications - Contrast Ratio, Viewing angle, Cross Talk 2. Updated Signal Timing Specifications - Main Clock, Hsync, Vsync 3. Updated Electrical Characteristics - Back Light Life Time) |
| 1.0 | October 14, 1998 | Final, Update (1. Updated Outsize dimensions 2. Updated Electrical Specifications - Lamp Kick-Off Voltage) |
| 1.1 | November 16, 1998 | Change the signal timing wave form 1.    Change the set-up & hold duration 2.    Add viewing angle at C/R $\geq$ 5 |
| 1.2 | November 20, 1998 | Change the model name ( LM151X2→LM151X2– C2TH) |
| 1.3 | November 25, 1998 | |

**LG Electronics Inc.**

| Product Specification (final) |
|---|

**LG Electronics Inc.**

**LM151X2-C2TH**
**Liquid Crystal Display**

**Product Specification (final)**

## 1. General Descriptions

The LG Electronics model LM151X2 LCD is a Color Active Matrix Liquid Crystal Display with an integral Cold Cathode Fluorescent Tube(CCFT) back light system.   The matrix employs a-Si Thin Film Transistor as the active element.   It is a transmissive type display operating in the normally white mode.   This TFT-LCD has a 15.1 inch diagonally measured active display area with XGA resolution(768 vertical by 1024 horizontal pixel array).   Each pixel is divided into Red, Green and Blue sub-pixels or dots which are arranged in vertical stripes.   Gray scale or the brightness of the sub-pixel color is determined with a 6-bit gray scale signal for each dot, thus, presenting a palette of more than 262,144 colors.

LM151X2 has been designed to apply the CMOS logic level interface.

The LM151X2 LCD is intended to support applications where high brightness, wide viewing angle, high color saturation, and  high color depth are very important.   In combination with the vertical arrangement of the sub-pixels, the LM151X2 characteristics provide an excellent flat panel display for office automation products such as monitors.



General Display Characteristics

The following are general features of the model LM151X2 LCD;

| | |
|---|---|
| Active display area | 15.1 inches(38cm) diagonal |
| Outsize dimensions | 352.6w * 265.0h * 18.5t(typ)mm(Without Inverter and User Connector) |
| Pixel pitch | 0.30 mm  ×  0.30 mm |
| Pixel format | 1024 horiz. By 768 vert. pixels |
| | RGB vertical stripe arrangement |
| Color depth | 6-bit,   262,144 colors |
| Display operating mode | transmissive mode, normally white |
| Surface treatments | hard coating(3H), |
| | anti-glare treatment of the front polarizer |

**LG Electronics Inc.**

**LM151X2-C2TH
Liquid Crystal Display**

**Product Specification (final)**

## 2. Maximum Ratings

The following are maximum values which, if exceeded, may cause faulty operation or damage to the unit.

**Table 1    ABSOLUTE MAXIMUM RATINGS**

| Parameter | symbol | Values | | Units | Notes |
|---|---|---|---|---|---|
| | | Min. | Max. | | |
| Power Input Voltage | $V_{DD}$ | 0 | +3.6 | $V_{DC}$ | at 25℃ |
| Lamp Current | $I_{BL}$ | - | 9.0 | mArms | 2 |
| Operating Temperature | $T_{OP}$ | 0 | +50 | ℃ | 1 |
| Storage Temperature | $T_{ST}$ | -20 | +60 | ℃ | |

Note:    1. The Relative Humidity must not exceed 95% non-condensing at temperatures of 40℃ or less. At temperatures greater than 40℃, the wet bulb temperature must not exceed 39℃.
2. Current shall be measured at ground line.

## 3. Electrical Specifications

The LM151X2 requires two power inputs.   One input is employed to power the LCD electronics and to drive the voltages to drive the TFT array and liquid crystal. And the second input for the backlight CCFL, is typically generated by an inverter. The inverter is an external unit to the LCD.

**Table 2    ELECTRICAL CHARACTERISTICS:**

| Parameter | Symbol | Values | | | Units | Notes |
|---|---|---|---|---|---|---|
| | | Min. | Typ. | Max. | | |
| MODULE : | | | | | | |
| Power Supply Input Voltage | $V_{DD}$ | 3.15 | 3.3 | 3.45 | $V_{DC}$ | 1 |
| Power Supply Input Current | $I_{DD}$ | - | 500 | 800 | mA | 1, 2 |
| Power Supply Kick Off Current | $I_{DDI}$ | - | - | 1,500 | mA | 7 |
| | | | | | | |
| Data Input High Voltage | $V_{IH}$ | $0.7 \times V_{DD}$ | - | $V_{DD} + 0.5$ | V | 1 |
| Data Input Low Voltage | $V_{IL}$ | -0.5 | - | $0.3 \times V_{DD}$ | V | 1 |
| | | | | | | |
| BACK LIGHT : | | | | | | |
| Back light Input voltage | $V_{BL}$ | 685 | 585 | 570 | $V_{RMS}$ | |
| Backlight Input Current | $I_{BL}$ | 3.0 | 8.0 | 9.0 | mA | 3 |
| Lamp Kick-Off Voltage | | - | - | 880 | $V_{RMS}$ | At 25±2℃ |
| | | - | - | 1145 | $V_{RMS}$ | At 0±2℃ |
| | | | | | | 4 |
| | | 1290 | - | - | $V_{RMS}$ | At 25±2℃ |
| | | 1660 | - | - | $V_{RMS}$ | At 0±2℃ |
| Operating Frequency | $F_{BL}$ | 30 | 50 | 80 | KHz | 5 |
| Life time | | 25,000 | 40,000 | - | hours | 6 |

Notes: 1. All values shall be measured at the user connection.
2. The input current shall be measured at $V_{DD}$ of   3.3V at 25℃, refresh rate of 60Hz, and clock frequency of 65MHz under 9 gray pattern.
3. The backlight input current shall be measured at the ground cable and does not include loss of external inverter.
4. Voltages at both ends of the lamp.
5. Voltages at secondary side of transformer using the balancing capacitor, 22pF in inverter. These voltages can be changed with customer's own design of inverter.
6. The life time is defined as the time at which brightness of lamp is 50% compare to that of initial value at the typical lamp current.
7. Power supply kick off current means power supply input current at the moment of LCM power on. This current is higher than the current at the normal operating condition and it lasts for 50~100ms.

**LG Electronics Inc.**

**LM151X2-C2TH
Liquid Crystal Display**

**Product Specification (final)**

## 4. Optical Specifications

Optical characteristics are determined after the unit has been 'ON' and stable for approximately 30 minutes in a dark environment at 25℃. The values specified are at an approximate distance 50cm from the LCD surface at a viewing angle of Φ and θ equal to 0° and aperture 1 degree. The test equipment is PhotoResearch Prichard SpectroRadiometer Model 1980B-SC or equivalent. The input signal voltage and timing specification are $V_{DD}$ of 3.3V and VESA XGA @60Hz respectively. The input current of backlight is 8mA($F_{BL}$ = 50KHz) at the ground terminals.

### Table 2   OPTICAL CHARACTERISTICS

| Parameter | Symbol | Values Min. | Values Typ. | Values Max. | Units | Notes |
|---|---|---|---|---|---|---|
| Contrast Ratio | CR | 150 | 200 | - | | 1 |
| Average Brightness, white | $SB_{WH}$ | 170 | 200 | - | cd/m² | 2 |
| Brightness Variation | $SB_V$ | - | - | 30 | % | 3 |
| Response Time | Tr | | 50 | 80 | msec | 4 |
| Rise Time | $Tr_R$ | - | 20 | 30 | | |
| Decay Time | $Tr_D$ | - | 30 | 50 | | |
| CIE Color Coordinates | | | | | | |
| Red | $x_R$ | 0.600 | 0.630 | 0.660 | | |
| | $y_R$ | 0.310 | 0.340 | 0.370 | | |
| Green | $x_G$ | 0.270 | 0.300 | 0.330 | | |
| | $y_G$ | 0.570 | 0.600 | 0.630 | | |
| Blue | $x_B$ | 0.110 | 0.140 | 0.170 | | |
| | $y_B$ | 0.070 | 0.100 | 0.130 | | |
| White | $x_W$ | 0.290 | 0.320 | 0.350 | | |
| | $y_W$ | 0.310 | 0.340 | 0.370 | | |
| Viewing Angle by CR ≥ 10 | | | | | degree, ° | 5 |
| x axis, right (Φ=0º) | Θ | 55 | 60 | - | | |
| x axis, left(Φ=180º) | Θ | 55 | 60 | - | | |
| y axis, up(Φ=90º) | Θ | 40 | 45 | - | | |
| y axis, down (Φ=270º) | Θ | 40 | 45 | - | | |
| Viewing Angle by CR ≥ 5 | | | | | | |
| x axis, right (Φ=0º) | Θ | 70 | 75 | - | | |
| x axis, left(Φ=180º) | Θ | 70 | 75 | - | | |
| y axis, up(Φ=90º) | Θ | 50 | 55 | - | | |
| y axis, down (Φ=270º) | Θ | 50 | 55 | - | | |
| Cross talk | | | | | | |
| Horizontal | | - | - | 2.5 | % | 6 |
| Vertical | | - | - | 2.5 | | |
| Gamma value | | - | - | - | | 7 |

 **LG Electronics Inc.**

**LM151X2-C2TH
Liquid Crystal Display**

**Product Specification (final)**

Notes   1. Contrast Ratio (CR) is defined mathematically as:

$$\frac{\text{(Surface Brightness with all white pixels)}}{\text{(Surface Brightness with all black pixels)}}$$

Contrast ratio shall be measured at the center of the display (Location 1).

2. Average Brightness is the average of brightness value at location 1 to 5 with all pixels displaying white.

$$B(AVE) = \frac{B1 + B2 + B3 + B4 + B5}{5}$$

3. The variation in surface brightness, $SB_V$ is defined as :

$$\frac{\text{Maximum } (B_1, B_2, ....B_{13}) - \text{Minimum } (B_1, B_2, ....B_{13})}{\text{Average } (B_1, B_2, .... B_5)} \times 100(\%)$$

Where B1 to B13 are the brightness with all pixels displaying white at 13 locations.



4. The response time is defined as the following figure and shall be measured by switching the input signal for "black" and "white".



**LG Electronics Inc.**

**LM151X2-C2TH
Liquid Crystal Display**

**Product Specification (final)**

5. Viewing angle is the angle at which the contrast ratio is greater than 10.



6. Cross talk shall be measured at two locations.

$$\text{Crosstalk Ratio} = 100 \times \frac{\left| \text{Brightness at pattern A} - \text{Brightness at pattern B} \right|}{\text{Brightness at pattern A}}$$

Pattern A                                    Pattern B

(Mid-gray : Gs(S)=31)        (Background:Gs(S)=31, Rectangular:Gs(S)=0 & 63)



Vertical Crosstalk shall be measured at the location 1 and horizontal crosstalk shall be measured at the location 2.

 **LG Electronics Inc.**

**LM151X2-C2TH
Liquid Crystal Display**

Product Specification (final)

7. Gamma values shall be measured at the center location.

| n | Gs(S) | Relative Brightness(%) | | Remark |
|---|---|---|---|---|
| | | min | max | |
| 0 | 0 | - | 0.67 | |
| 1 | 7 | - | 1.8 | |
| 2 | 15 | 2.3 | 4.3 | |
| 3 | 23 | 5.4 | 9.4 | |
| 4 | 31 | 10.4 | 20.4 | |
| 5 | 39 | 22.8 | 34.8 | |
| 6 | 47 | 41.1 | 55.1 | |
| 7 | 55 | 66.7 | 82.7 | |
| 8 | 63 | 100 | 100 | |

**LG Electronics Inc.**

LM151X2-C2TH
Liquid Crystal Display

Product Specification (final)

## 5. Interface Connections

This LCD employs three interface connections, a 41 pin connector is used for the module electronics and two connectors, a three pin connector, are used for the integral backlight system. The electronics interface connector is a model DF9B-41P-1V manufactured by Hirose. The pin configuration for the connector is shown in the table below.

Table 3   MODULE CONNECTOR PIN CONFIGURATION

| Pin | Symbol | Description | Pin | Symbol | Description |
|-----|--------|-------------|-----|--------|-------------|
| 1 | GND | System Ground.   Note 1 | 2 | DCLK | Data Input Clock |
| 3 | GND | System Ground | 4 | H$_{sync}$ | H$_{sync}$. Horizontal Sync Signal |
| 5 | V$_{sync}$ | V$_{sync}$. Vertical Sync Signal | 6 | GND | System Ground |
| 7 | GND | System Ground | 8 | GND | System Ground |
| 9 | R0 | Red data 0 (LSB) | 10 | R1 | Red data 1 |
| 11 | R2 | Red data 2 | 12 | GND | System Ground |
| 13 | R3 | Red data 3 | 14 | R4 | Red data 4 |
| 15 | R5 | Red data 5 (MSB) | 16 | GND | System Ground |
| 17 | GND | System Ground | 18 | GND | System Ground |
| 19 | G0 | Green data 0 (LSB) | 20 | G1 | Green data 1 |
| 21 | G2 | Green data 2 | 22 | GND | System Ground |
| 23 | G3 | Green data 3 | 24 | G4 | Green data 4 |
| 25 | G5 | Green data 5 (MSB) | 26 | GND | System Ground |
| 27 | GND | System Ground | 28 | GND | System Ground |
| 29 | B0 | Blue data 0 (LSB) | 30 | B1 | Blue data 1 |
| 31 | B2 | Blue data 2 | 32 | GND | System Ground |
| 33 | B3 | Blue data 3 | 34 | B4 | Blue data 4 |
| 35 | B5 | Blue data 5 (MSB) | 36 | GND | System Ground |
| 37 | DE | Data Enable Signal | 38 | V$_{DD}$ | Power Supply for LCD Module |
| 39 | V$_{DD}$ | Power Supply for LCD Module | 40 | V$_{DD}$ | Power Supply for LCD Module |
| 41 | V$_{DD}$ | Power Supply for LCD Module | | | |

Notes:   1. All GND(ground) pins should be connected together and to Vss which should also be connected to the LCD's metal frame.
2. All V$_{DD}$(power input) pins should be connected together.



The backlight interface connector is a model BHR-03VS-1, manufactured by JST.  The mating connector part number is SM02(8.0)B-BHS-1-TB or equivalent.  The pin configuration for the connector is shown in the table below.

Table 4   BACKLIGHT CONNECTOR PIN CONFIGURATION

| Pin | Symbol | Description | Notes |
|-----|--------|-------------|-------|
| 1 | HV | Lamp power input | 1 |
| 2 | NC | No connect | |
| 3 | LV | Ground | 2 |

Notes:   1. The input power terminal is colored pink. Ground pin color is light pink.
2. The backlight ground should be common with Vss.

 **LG Electronics Inc.**

**LM151X2-C2TH
Liquid Crystal Display**

**Product Specification (final)**

## 6.  Signal Timing Specifications

| Parameter | | Symbol | Value | | | Units | Notes |
|---|---|---|---|---|---|---|---|
| | | | Min. | Typ. | Max. | | |
| Main Clock | Frequency | $f_{CLK}(=1/t_{CLK})$ | 63.0 | 65.0 | 67.0 | MHz | |
| | High duration | $t_{wCH}$ | 0.45 $t_{CLK}$ | 0.5 $t_{CLK}$ | 0.55 $t_{CLK}$ | ns | |
| | Low duration | $t_{wCL}$ | 0.45 $t_{CLK}$ | 0.5 $t_{CLK}$ | 0.55 $t_{CLK}$ | ns | |
| | Rise Time | $t_{rCLK}$ | - | - | 8 | ns | |
| | Fall Time | $t_{fCLK}$ | - | - | 8 | ns | |
| Data (RGB data including sync) | Set-up duration | $t_{SD}$ | 3.5 | - | - | ns | for $f_{CLK}$ |
| | Hold duration | $t_{HD}$ | 3.5 | - | - | ns | for $f_{CLK}$ note 1 |
| Hsync | Period | $t_{HP}$ | 16.5 1056 | 20.7 1344 | - 1368 | $\mu s$ clock | |
| | Pulse Width | $t_{WH}$ | 8 | 136 | - | clock | |
| Vsync | Period | $t_{VP}$ | - 777 | 16.7 806 | - 840 | msec lines | |
| | Pulse Width | $t_{WV}$ | 1 | 6 | - | lines | |
| Data Enable | Set-up duration | $t_{SI}$ | 5.0 | - | - | ns | for $f_{CLK}$ |
| | Hold duration | $t_{HI}$ | 5.0 | - | - | ns | for $f_{CLK}$ |
| | Horizontal Back Porch | $t_{HBP}$ | 8 | 160 | - | clock | |
| | Horizontal Active | | 1024 | 1024 | 1024 | clock | |
| | Horizontal Front porch | $t_{HFP}$ | 8 | 24 | - | clock | |
| | Vertical Back Porch | $t_{VBP}$ | 5 | 29 | - | lines | |
| | Vertical Active | | 768 | 768 | 768 | lines | |
| | Vertical Front porch | $t_{VFP}$ | 1 | 3 | - | lines | |
| Hsync- Clock phase difference | | $t_{HC}$ | $t_{CLK}$-10 | - | $t_{wCL}$ | ns | |
| Hsync-Vsync phase difference | | $t_{HV}$ | - | - | $t_{HP}$-$t_{WH}$ | ns | |

Notes:    1. All data input shall be latched at falling edge of data clock.

**LG Electronics Inc.**

Product Specification (final)

## 7. Signal Timimg Waveforms



 **LG Electronics Inc.**

**LM151X2-C2TH
Liquid Crystal Display**

**Product Specification (final)**

## 8. Color Input Data References

The brightness of each primary color(red, green and blue) is based on the 6-bit gray scale data input for the color; the higher the binary input, the brighter the color.  The table below provides a reference for color versus data input.

Table 5    COLOR DATA REFERENCE

| Color | | | Input Color Data | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Red | | | | | | Green | | | | | | Blue | | | | | |
| | | | MSB | | | | | LSB | MSB | | | | | LSB | MSB | | | | | LSB |
| | | | R5 | R4 | R3 | R2 | R1 | R0 | G5 | G4 | G3 | G2 | G1 | G0 | B5 | B4 | B3 | B2 | B1 | B0 |
| Basic Colors | Black | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Red(63) | | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Green(63) | | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Blue(63) | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 |
| | Cyan | | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| | Magenta | | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 |
| | Yellow | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| | White | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Red | Red(0) | Dark | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Red(1) | | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Red(2) | | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | : | | : | : | : | : | : | : | : | : | : | : | : | : | : | : | : | : | : | : |
| | Red(61) | | 1 | 1 | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Red(62) | | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Red(63) | Bright | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Green | Green(0) | Dark | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Green(1) | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Green(2) | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | : | | : | : | : | : | : | : | : | : | : | : | : | : | : | : | : | : | : | : |
| | Green(61) | | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Green(62) | | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Green(63) | Bright | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| Blue | Blue(0) | Dark | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Blue(1) | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| | Blue(2) | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| | : | | : | : | : | : | : | : | : | : | : | : | : | : | : | : | : | : | : | : |
| | Blue(61) | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 0 | 1 |
| | Blue(62) | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 0 |
| | Blue(63) | Bright | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 |

LG Electronics Inc.

**LM151X2-C2TH**
**Liquid Crystal Display**

Product Specification (final)

## 9. Power Sequences



- ■ $T_1$, $T_6$ : 10 ns ~ 20 ms.
- ■ $T_2$, $T_5$ : 50 ms (max.)
- ■ $T_3$, $T_4$ : 300 ms (min.)
- ■ $T_7$    : 500ms (min.)

Notes: 1. Please avoid floating state of interface signal at invalid period.

2. When the interface signal is invalid, be sure to pull down the power supply for LCD $V_{DD}$ to 0V.

3. BackLight inverter power must be turn on after power supply for LCD and interface signal are valid.

 **LG Electronics Inc.**

**LM151X2-C2TH**
**Liquid Crystal Display**

Product Specification (final)

## 10. Mechanical Characteristics

The chart below provides general mechanical characteristics for the model LM151X2 LCD.   Please refer to appendix 2 regarding the detailed mechanical drawing of the LCD module.

| Parameter | Value | Symbol | Notes |
|---|---|---|---|
| Outside dimension<br>    Width<br>    Height<br>    Thickness | 352.6 (typ)<br>265.0 (typ)<br>18.5 (typ) | mm | |
| Bezel area<br>    Width<br>    Height | 311.2<br>234.4 | mm | |
| Active area<br>    Width<br>    Height | 307.2<br>230.4 | mm | |
| Weight | 1500(typ)<br>1600 (max) | gram | |
| Front surface of LCD | Hard coating 3H.<br>Anti-glare treatment<br>of the front polarizer | - | |

 **LG Electronics Inc.**

**LM151X2-C2TH
Liquid Crystal Display**

**Product Specification (final)**

## 11. Environmental Specifications

| No | Test ITEM | | Conditions |
|----|-----------|---|------------|
| 1 | Temperature | Operating<br>Non-operating | 0℃ ~ 50℃<br>-20℃ ~ 60℃ |
| 2 | Humidity | Operating<br>Non-operating | 20% ~ 80% RH (non-condensing)<br>5% ~ 95% RH<br>    (38.7℃  maximum wet bulb temperature) |
| 3 | Altitude | | Operating : 12,000ft<br>Storage    : 40,000ft |
| 4 | Vibration test<br>(non-operating) | | Waveform : Random<br>Vibration level : 1.0G RMS<br>Bandwidth : 10~200Hz<br>Duration : X, Y, Z, 20 min<br>            one time each direction |
| 5 | Shock test<br>(non-operating) | | Shock level : 100G<br>Waveform: half sine wave, 2ms<br>Direction : ±X, ±Y, ±Z<br>            one time each direction |

 **LG Electronics Inc.**

**LM151X2-C2TH
Liquid Crystal Display**

| Product Specification (final) |
|---|

## 12. Designation of Lot Mark

a) Lot Mark

| A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|

A, B : DIVISION CODE
C, D, E : MODEL CODE
F : YEAR
G : MONTH
H, I, J, K, L : SERIAL NO.

Note : 1. YEAR

| YEAR | 89 | 90 | 91 | 92 | 93 | 94 | 95 | 96 | 97 | 98 | 99 |
|------|----|----|----|----|----|----|----|----|----|----|----|
| Mark | 9  | 0  | 1  | 2  | 3  | 4  | 5  | 6  | 7  | 8  | 9  |

2. MONTH

| MONTH | Jan. | Feb. | Mar. | Apr. | May | Jun. | Jun. | Aug. | Sep. | Oct. | Nov. | Dec. |
|-------|------|------|------|------|-----|------|------|------|------|------|------|------|
| Mark  | 1    | 2    | 3    | 4    | 5   | 6    | 7    | 8    | 9    | 0    | N    | D    |

b) Location of Lot Mark

Serial NO. Is printed on the label. The label is attached to the backside of the LCD module.
This is subject to change without prior notice.

## 13. Packing Form

a) Package quantity in one box : 8 pcs

b) Box Size : 587mm×408mm×378mm

Note : 1. Please, refer to appendix 3 regarding the detailed packing assembly drawing.

**LG Electronics Inc.**

LM151X2-C2TH
Liquid Crystal Display

Product Specification (final)

## 14. PRECAUTIONS

Please pay attention to the followings when you use this TFT-LCD module with Back-light unit.

1)You must mount Module using mounting holes arranged in 4 corners.

2) Be sure to turn off the power when connecting or disconnecting the circuit.

3) Note that the polarizers are easily damaged. Pay attention not to scratch or press this surface with any hard object.

4) When the LCD surface become dirty, please wipe it off with a soft material. (ie. cotton ball)

5) Protect the module from the ESD as it may damage the electronic circuit (C-MOS).
Make certain that treatment person's body are grounded through wrist bend.

6) Do not disassemble the module and be careful not to incur a mechanical shock that might occur during installation. It may cause permanent damage.

7) Do not leave the module in high temperatures, particularly in areas of high humidity for a long time.

8) The module not be expose to the direct sunlight.

9) Avoid contact with water as it may a short circuit within the module.

10) Do not apply invalid signal, especially very high frequency data clock and $H_{sync}$. Invalid signal causes improper shutdown of DC/DC converter in LCM or permanent damage to LCD module. (If DC/DC converter in LCM is in shutdown state, LCM shows only white screen. Then please turn off and on once LCM power.)

11) If the LCM displays the same pattern continuously for a long period of time, it can be the image sticking to the screen.

**LG Electronics Inc.**

Product Specification (final)

## 15. APPENDIX 1 : Outline Drawings



 **LG Electronics Inc.**

**Product Specification (final)**



**LG Electronics Inc.**

LM151X2-C2TH
Liquid Crystal Display

Product Specification (final)

## 16. APPENDIX 2 : Packing Assembly Drawings



| NO | PART NO | DESCRIPTION | MATERIAL |
|---|---|---|---|
| 1 | 39Z1L-0011A | PACKING ASS'Y | |
| 2 | 3B6AL-0001B | LCD MODULE | |
| 3 | 3B6AL-0019A | BAG | PE.300(H)X430(V) |
| 4 | 3G20-0011A | PACKING | DW3.356X578.T7 |
| 5 | 3G30L-0016A | PACKINGPLATE | BAR DW3.403X116.T7 |
| 6 | 3G30L-0020A | PACKINGPLATE | XPLATE DW3.582X368.T7 |
| 7 | 3G30L-0013A | PACKINGPLATE | XPLATE DW3.1098X403.T7 |
| 8 | 3G30L-0019A | PACKINGPLATE | GATE DW3.356X72.T7 |
| 9 | 3G30L-0017A | PACKINGPLATE | 2PLATE DW3.403X318.T7 |
| 10 | 389AL-0009B | BOX | SHEET DW3.320X418.T7 |
| 11 | 7Z6EIL-0001A | SUCK&GEL | DW3.567X458X378.T7 |
| 12 | 3992IL-0001A | GEL.25G | DW3.25G |
| 13 | 7Z5SL-0017A | STAPLE | 35X18 |
| 14 | 7Z5SL-0017A | TAPE | LOGO.70MM50M |
| 15 | 7Z5SL-0023A | TAPE | MASKING.20MM50M |


**LG Electronics Inc.**

**Product Specification (final)**

