# EXHIBIT I



LP064V1
Liquid Crystal Display

Product Specification

# SPECIFICATION
## For
## APPROVAL

( ✓ ) Preliminary Specification

(   ) Final Specification

| Title | 6.4" VGA TFT LCD |
|-------|------------------|

| BUYER NAME | |
|------------|--|
| MODEL NAME | |

| SUPPLIER | LG Philips LCD |
|----------|----------------|
| MODEL NAME | LP064V1 |

| SIGNATURE | DATE |
|-----------|------|
| | |
| | |
| | |

| SIGNATURE | DATE |
|-----------|------|
| APPROVED BY | |
| REVIEWED BY | |
| PREPARED BY | |
| | 10. FEB 1998 |

Please return 1 copy for our confirmation
with your signature and comments.

Product Engineering Dept.
LG Philips LCD

**ALPHA POINT**
http://www.alpha.fi

Alpha Point Ltd.
P.O. Box 41
00751 Helsinki, Finland

Tel.: +358-9-34 64 34 1
Fax: +358-9-34 64 34 2

VS075557



LP064V1
Liquid Crystal Display

Product Specification

# TABLE of CONTENTS

| NO. | ITEM | Page |
|---|---|---|
| - | COVER | 1/21 |
| - | TABLE of CONTENTS | 2/21 |
| - | RECORD of REVISION | 3/21 |
| 1. | GENERAL DESCRIPTION | 4/21 |
| 2. | MAXIMUM RATINGS | 5/21 |
| 3. | ELECTRICAL SPECIFICATIONS | 5/21 |
| 4. | OPTICAL SPECIFICATIONS | 6/21 |
| 5. | INTERFACE CONNECTIONS | 7/21 |
| 6. | SIGNAL TIMING SPECIFICATIONS | 9/21 |
| 7. | SIGNAL TIMING WAVE FORMS | 10/21 |
| 8. | COLOR INPUT DATA REFERENCE | 11/21 |
| 9. | POWER SEQUENCE | 12/21 |
| 10. | MECHANICAL CHARACTERISTICS | 13/21 |
| 11. | RELIABILITY | 15/21 |
| 12. | INTERNATIONAL STANDARDS | 16/21 |
| 13. | DESIGNATION OF LOT MARK | 17/21 |
| 14. | PACKING FORM | 17/21 |
| 15 | HANDLING PRECAUTIONS | 18/21 |
| - | APPENDIX | 20/21 |



Alpha Point Ltd.
P.O. Box 41
00751 Helsinki, Finland

Tel.: +358-9-34 64 34 1
Fax: +358-9-34 64 34 2

http://www.alpha.fi

VS075558



LP064V1
Liquid Crystal Display

| Product Specification |
|---|

# Record of Revision

| DATE AND VERSION | DESCRIPTION |
|---|---|
|  |  |

ALPHA POINT
http://www.alpha.fi

Alpha Point Ltd.
P.O. Box 41
00751 Helsinki, Finland

Tel.: +358-9-34 64 34 1
Fax: +358-9-34 64 34 2

VS075559



LP064V1
Liquid Crystal Display

| Product Specification |

## 1. General Description

The LG Electronics' model LP064V1 LCD is a Color Active Matrix Liquid Crystal Display with an integral Cold Cathode Fluorescent Tube(CCFT) back light system.   The matrix employs a-Si Thin Film Transistor as the active element.   It is a transmissive type display operating in the normally white mode.   This TFT-LCD has a 6.4 inch diagonally measured active display area with VGA resolution(480 vertical by 640 horizontal pixel array).   Each pixel is divided into Red, Green and Blue sub-pixels or dots which are arranged in vertical stripes.   Gray scale or the brightness of the sub-pixel color is determined with a 6-bit gray scale signal for each dot, thus, presenting a pallete of more than 262,144 colors.

The LP064V1 LCD is intended to support applications where low power consumption, weight and thickness are critical factors and graphic displays are important.   In combination with the vertical arrangement of the sub-pixels, the LP064V1 characteristics provide an excellent flat panel display for office automation products such as portable computers and NTSC application.



## General Display Characteristics

The following are general feature of the model LP064V1 LCD;

| | |
|---|---|
| Active display area | 6.4 inches( cm) diagonal |
| Outsize dimensions | 168W x 123 H x 9.0D mm Typ. |
| Pixel pitch | 0.204 mm * 0.204 mm |
| Pixel format | 640 hor. By 480 ver. Pixels |
| | RGB stripe arrangement |
| Color depth | 6-bit |
| Display operating mode | transmissive mode, normally white |
| Surface treatment | hard coating(2H), |
| | anti-glare treatment of the front polarizer |

**ALPHA POINT**
http://www.alpha.fi

Alpha Point Ltd.
P.O. Box 41
00751 Helsinki, Finland

Tel.: +358-9-34 64 34 1
Fax: +358-9-34 64 34 2

VS075560

LG.PHILIPS LCD

LP064V1
Liquid Crystal Display

Product Specification

## 2. Maximum Ratings

The following are maximum values which, if exceeded, may cause faulty operation or damage to the unit.

**Table 1  ABSOLUTE MAXIMUM RATINGS**

| Parameter | symbol | Values | | Units | Notes |
|---|---|---|---|---|---|
| | | Min. | Max. | | |
| Power Input Voltage | $V_{DD}$ | -0.5 | +5.5 | Vdc | at 25_ |
| Logic Input Voltage | $V_{L/H}$ | 0 | $V_{DD}$+0.5 | Vdc | at 25_ |
| Operating Temperature | $T_{OP}$ | 0 | +50 | _ | 1 |
| Storage Temperature | $T_{ST}$ | -20 | +60 | _ | 1 |

Note:  1. The Relative Humidity must not exceed 80% non-condensing at temperatures of 50_ or less.
      At temperatures greater than 40_, the wet bulb temperature must not exceed 49_.
      At low temperature the brightness of CCFT drop and the life time of CCFT become to be short.
      2.   Under no condition should the unit be exposed to corrosive chemicals.

## 3. Electrical Specifications

The LP064V1 requires two power inputs.  One is employed to power the LCD electronics and to derive the voltages to drive the TFT array and liquid crystal. The second input which powers the backlight CCFT, is typically generated by an inverter. The inverter is an external unit to the LCD.

**Table 2  ELECTRICAL CHARACTERISTICS:**

| Parameter | Symbol | Values | | | Units | Notes |
|---|---|---|---|---|---|---|
| | | Min. | Typ. | Max. | | |
| MODULE: | | | | | | |
| Power Supply Input Voltage | $V_{DD}$ | 4.5 | 5.0 | 5.5 | Vdc | |
| Power Supply Input Current | $I_{DD}$ | - | 180 | 280 | mA | 1 |
| Ripple/Noise | - | - | - | 60 | mV | |
| Logic Input Level, High | $V_{IH}$ | $0.7V_{DD}$ | - | $V_{DD}$ | Vdc | 2 |
| Logic Input Level, Low | $V_{IL}$ | Vss | - | $0.3V_{DD}$ | Vdc | 2 |
| Power Consumption | P | - | 0.9 | 1.54 | W | 1 |
| | | | | | | |
| BACKLIGHT | | | | | | |
| Backlight Input voltage | $V_{BL}$ | - | 355 | 385 | $V_{RMS}$ | 3 |
| Backlight Current | $I_{BL}$ | 3.0 | 5.0 | 9.0 | mA | |
| Lamp Kick-Off Voltage | | - | - | 680 | $V_{RMS}$ | 25_2_ |
| | | - | - | 860 | | 0_ |
| Operating Frequency | $F_{BL}$ | 35 | 55 | 80 | KHz | |

Notes: 1. The current draw and power consumption specified is for 5.0Vdc at 25_ and 25MHz(DCLK).
      Typical power consumption check pattern is 8 gray scale bar.
   2. Logic levels are specified for $V_{DD}$ of 5.0 Vdc at 25_.
      The values specified apply to all Logic inputs; Hsync, Vsync, clock, data signals, etc.
     3. The backlight power consumption shown above does not include loss of external inverter.



ALPHA POINT
http://www.alpha.fi

Alpha Point Ltd.
P.O. Box 41
00751 Helsinki, Finland

Tel.: +358-9-34 64 34 1
Fax: +358-9-34 64 34 2

VS075561



LP064V1
Liquid Crystal Display

Product Specification

## 4. Optical Specifications

Optical characteristics are determined after the unit has been 'ON' and stable for approximately 30 minutes in a dark environment at 25_. The values specified are at an approximate distance 50cm from the LCD surface at a viewing angle of Φ and θ equal to 0°.

Appendix A presents additional information concerning the specified characteristics.

### Table 2  OPTICAL CHARACTERISTICS

| Parameter | Symbol | Values | | | Units | Notes |
|---|---|---|---|---|---|---|
| | | Min. | Typ. | Max. | | |
| Contrast Ratio | CR | 100 | - | - | cd/m$^2$ | 1 |
| Surface Brightness, white(IBL=5.0mA) | SB$_{WH}$ | 100 | 150 | - | | 2 |
| Brightness Variation | SB$_V$ | - | - | 1.4 | | 3 |
| Response Time | | | | | | |
|     Rise Time | Tr$_R$ | | 20 | 50 | msec | 4 |
|     Decay Time | Tr$_D$ | - | 35 | 50 | msec | 4 |
| CIE Color Coordinates | | | | | | |
|     Red | x$_R$ | 0.557 | 0.587 | 0.617 | | 5 |
| | y$_R$ | 0.322 | 0.352 | 0.382 | | 5 |
|     Green | x$_G$ | 0.254 | 0.284 | 0.314 | | 5 |
| | y$_G$ | 0.522 | 0.552 | 0.582 | | 5 |
|     Blue | x$_B$ | 0.114 | 0.144 | 0.174 | | 5 |
| | y$_B$ | 0.092 | 0.122 | 0.152 | | 5 |
|     White | x$_W$ | 0.292 | 0.322 | 0.352 | | 5 |
| | y$_W$ | 0.289 | 0.319 | 0.349 | | 5 |
| Viewing Angle(CR>10:1) | | | | | | |
|     x axis, right (_=0°) | _ | | | 40 | | 6 |
|     x axis, left(_=180°) | _ | | | 40 | degree, _ | |
|     y axis, up(_=90°) | _ | | | 10 | | |
|     y axis, down (_=270°) | _ | | | 30 | | |

Notes 1. Contrast Ratio (CR) is defined mathematically as:

**(Surface Brightness with all white pixels) / (Surface Brightness with all black pixels)**

2. Surface brightness is the center of 5 points(this means number 3 in Appendix A-1 Brightness) across the LCD surface 50cm from the surface with all pixels displaying white. For more information see Appendix. A..

3.The Variation in surface brightness, SB$_V$ is determined by measuring B$_{ON}$ at each test position 1 through 5, and then dividing the maximum B$_{ON}$ by the minimum B$_{ON}$.

**Maximum (B$_{ON1}$, B$_{ON2}$, ....B$_{ON5}$) / Minimum (B$_{ON1}$, B$_{ON2}$, ....B$_{ON5}$)**

4. Response time is the time required for the display to transition from white to black(Rise Time, Tr$_R$) and from black to white (Decay Time, Tr$_D$). For additional information see  Appendix A.

5. Color Coordinates is unfixed

6. Viewing angle is the angle at which the contrast ratio is greater than 10. The angles are etermined for the horizontal or x axis and the vertical or y axis with respect to the z axis which is normal to the LCD        surface.    For      more      information     see     Appendix     A.



Alpha Point Ltd.
P.O. Box 41
00751 Helsinki, Finland
http://www.alpha.fi

Tel.: +358-9-34 64 34 1
Fax: +358-9-34 64 34 2

VS075562



LP064V1
Liquid Crystal Display

Product Specification

## 5. Interface Connections

This LCD employs two interface connections, a 31 pin connector is used for the module and a three pin connector is used for the integral backlight system.

The electric interface connector is a model DF9B-31P-1V, manufactured by Hirose.  The mating connector part number is DF9-31S-1V or equivalent.  The pin configuration for the connector is shown in the table below.

### Table 3  MODULE CONNECTOR PIN CONFIGURATION

| Pin | Symbol | Description | Notes |
|---|---|---|---|
| 1 | Vss | Ground | Connect to Vss, see Note 1 |
| 2 | CLK | Main clock | |
| 3 | Hsync | Horizontal sync. | |
| 4 | Vsync | Vertical sync. | |
| 5 | Vss | Ground | Connect to Vss, see Note 1 |
| 6 | R0 | Red data | Red data least significant bit(LSB) |
| 7 | R1 | Red data | |
| 8 | R2 | Red data | |
| 9 | R3 | Red data | |
| 10 | R4 | Red data | |
| 11 | R5 | Red data | Red data most significant bit(MSB) |
| 12 | Vss | Ground | Connect to Vss, see Note 1 |
| 13 | G0 | Green data | Green data least significant bit(LSB) |
| 14 | G1 | Green data | |
| 15 | G2 | Green data | |
| 16 | G3 | Green data | |
| 17 | G4 | Green data | |
| 18 | G5 | Green data | Green data most significant bit(MSB) |
| 19 | Vss | Ground | Connect to Vss, see Note 1 |
| 20 | B0 | Blue data | Blue data least significant bit(LSB) |
| 21 | B1 | Blue data | |
| 22 | B2 | Blue data | |
| 23 | B3 | Blue data | |
| 24 | B4 | Blue data | |
| 25 | B5 | Blue data | Blue data most significant bit(MSB) |
| 26 | Vss | Ground | |
| 27 | DTMG | Data Timing Signal | |
| 28 | Vdd | Power(+5V) | Connect to Vdd, see Note 2 |
| 29 | Vdd | Power(+5V) | Connect to Vdd, see Note 2 |
| 30 | OAS | O/A, A/V Selection | see Note3 |
| 31 | NC | No Connection | |

Notes:  1. All GND(ground) pins should be connected together and to Vss which should also be connected to the LCD's metal frame.
　　　　2. All $V_{DD}$(power input) pins should be connected together.
　　　　3. This pin is Logic input pin and is connected $V_{DD}$(power input) with surge protection circuit.
　　　4. DTMG, HSYNC and VSYNC shall be supplied simultaneously.


http://www.alpha.fi

Alpha Point Ltd.
P.O. Box 41
00751 Helsinki, Finland

Tel.: +358-9-34 64 34 1
Fax: +358-9-34 64 34 2

VS075563



LP064V1
Liquid Crystal Display

| Product Specification |

The backlight interface connector is a model BHR-03VS-1, manufactured by JST.  The mating connector part number is SM02(8.0)B-BHS-1-TB or equivalent.  The pin configuration for the connector is shown in the table below.

**Table 4  BACKLIGHT CONNECTOR PIN CONFIGURATION**

| Pin | Symbol | Description | Notes |
|-----|--------|-------------|-------|
| 1 | HV | Lamp power input | 1 |
| 2 | NC | No connect | |
| 3 | LV | Ground | |

Notes: 1. The input power terminal is colored pink.

**ALPHA POINT**
http://www.alpha.fi

Alpha Point Ltd.
P.O. Box 41
00751 Helsinki, Finland

Tel.: +358-9-34 64 34 1
Fax: +358-9-34 64 34 2

VS075564



LP064V1
Liquid Crystal Display

Product Specification

## 6. Signal Timing Specifications

| ITEM | | Symbol | Value | | | Units | Notes |
|------|------|--------|-----|-----|-----|-------|-------|
| | | | Min. | Typ. | Max. | | |
| DCLK | Period | fCLK | - | (25.18) | 28 | Mhz | |
| | Width-Low | tWCL | 7 | - | - | ns | |
| | Width-High | tWCH | 7 | - | - | ns | |
| | Rise Time | trCLK | 7 | - | - | ns | |
| | Fall Time | tfCLK | 7 | - | - | ns | |
| | Duty | D | 0.45 | 0.5 | 0.55 | - | D=tCLKL /tCLK |
| Hsync | Set-up Time | tSH | 3 | - | - | ns | for DCLK |
| | Hold Time | tHH | 8 | - | - | ns | |
| | Period | tHP | 776 | (800) | 880 | tCLK | |
| | Width-Active | tWH | 12 | (96) | 200 | tCLK | |
| | Rise/Fall Time | tHr,tHf | - | - | 30 | | |
| Vsync | Set-up Time | tSV | 0 | - | - - | tCLK | for Hsync |
| | Hold Time | tHV | 2 | - | | tCLK | |
| | Period | tVP | 515 | (525) | 560 | tHP | |
| | Width-Active | tWV | 1 | 2 | 34 | tHP | |
| | Rise/Fall Time | tVr,tVf | - | - | 50 | ns | |
| DTMG | Set up Time | tSI | 3 | - | - | ns | for DCLK |
| | Hold Time | tHI | 8 | - | - | ns | |
| | Rise/Fall Time | tIr,tIf | - | - | 30 | ns | |
| | Horizental Back Porch | tHBP | - | 48 | - | tCLK | |
| | Horizental Front Porch | tHFP | - | 16 | - | tCLK | |
| | Vertical Back Porch | tVBP | - | 32 | - | tHP | |
| | Vertical Front Porch | tVFP | - | 11 | - | tHP | |
| DATA | Set up Time | tSD | 7 | - | - | ns | for DCLK |
| | Hold Time | tHD | 14 | - | - | ns | |
| | Rise/Fall Time | tDr,tDf | - | - | 25 | ns | |

\* Setup, Hold, Rise and Fall Times are TBD.



Alpha Point Ltd.
P.O. Box 41
00751 Helsinki, Finland

Tel.: +358-9-34 64 34 1
Fax: +358-9-34 64 34 2

http://www.alpha.fi

VS075565

LG.PHILIPS LCD

LP064V1
Liquid Crystal Display

Product Specification

## 7. Signal Timing Wave Forms

( DATA : Latched at Fall edge of DCLK )



 ALPHA POINT
http://www.alpha.fi

Alpha Point Ltd.
P.O. Box 41
00751 Helsinki, Finland

Tel.: +358-9-34 64 34 1
Fax: +358-9-34 64 34 2

VS075566



LP064V1
Liquid Crystal Display

Product Specification

## 8. Color Input Data Reference

The brightness of each primary color(red, green and blue) is based on the 6-bit gray scale data input for the color; the higher the binary input, the brighter the color.  The table below provides a reference for color versus data input.

### Table 5  COLOR DATA REFERENCE

| Color | | Input Color Data | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Red | | | | | | Green | | | | | | Blue | | | | | |
| | | R5 | R4 | R3 | R2 | R1 | R0 | G5 | G4 | G3 | G2 | G1 | G0 | B5 | B4 | B3 | B2 | B1 | B0 |
| Basic Colors | Black | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Red(63) | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Green(63) | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Blue(63) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 |
| | Cyan | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| | Magenta | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 |
| | Yellow | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| | White | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Red | Red(00) Black | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Red(01) | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Red(02) | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | : | : | : | : | : | : | : | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Red(61) | 1 | 1 | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Red(62) | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Red(63) | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Green | Green(00) Black | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Green(01) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Green(02) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | : | 0 | 0 | 0 | 0 | 0 | 0 | : | : | : | : | : | : | 0 | 0 | 0 | 0 | 0 | 0 |
| | Green(61) | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Green(62) | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Green(63) | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| Blue | Blue(00) Black | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Blue(01) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| | Blue(02) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| | : | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | : | : | : | : | : | : |
| | Blue(61) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 0 | 1 |
| | Blue(62) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 0 |
| | Blue(63) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 |



Alpha Point Ltd.
P.O. Box 41
00751 Helsinki, Finland
Tel.: +358-9-34 64 34 1
Fax: +358-9-34 64 34 2
http://www.alpha.fi

VS075567



LP064V1
Liquid Crystal Display

Product Specification

## 9. Power Sequence



POWER SEQUENCE

t1≤40msec,  0<t2≤50msec,  0<t3≤50msec,  t4<1sec, 0< t5≤2 sec,  0<t6≤2sec

\* Set 0 Volt − Vi(t) −$V_{DD}$(t)
Here Vi(t), $V_{DD}$(t) indicate the transitive state of Vi, $V_{DD}$ when power supply is turned ON or OFF

Notes : 1. Please avoid floating state of interface signal at invalid period.
2. When the interface signal is invalid, be sure to pull down the power supply for
LCD $V_{DD}$ to 0V.



Alpha Point Ltd.
P.O. Box 41
00751 Helsinki, Finland

Tel.: +358-9-34 64 34 1
Fax: +358-9-34 64 34 2

http://www.alpha.fi

VS075568



LP064V1
Liquid Crystal Display

Product Specification

## 10. Mechanical Characteristics

The chart below provides general mechanical characteristics for the model LP064V1 LCD.  The surface of the LCD has an anti-glare coating to minimize reflection and a 2H hard coating to reduce scratching.   In addition, the figure below is a detailed mechanical drawing of the LCD. Note that dimension are given for reference purposes only.

| | | | |
|---|---|---|---|
| Outside dimensions | Width | 168 | mm |
| | Height | 123 | mm |
| | Thickness | 9.0 | mm |
| Active Display area | Width | 130.56 | mm |
| | Height | 97.92 | mm |
| | Diagonal | 163.2 | mm |
| Weight (approximate) | | 230 g Typ. | |





Alpha Point Ltd.
P.O. Box 41
00751 Helsinki, Finland
http://www.alpha.fi

Tel.: +358-9-34 64 34 1
Fax: +358-9-34 64 34 2

VS075569



LP064V1
Liquid Crystal Display

| Product Specification |





Alpha Point Ltd.
P.O. Box 41
00751 Helsinki, Finland

Tel.: +358-9-34 64 34 1
Fax: +358-9-34 64 34 2

http://www.alpha.fi

VS075570



LP064V1
Liquid Crystal Display

| Product Specification |
| --- |

## 11. Reliability

| No. | Test ITEM | Conditions |
| --- | --- | --- |
| 1 | High temperature storage test | Ta = 60℃ 240h |
| 2 | Low temperature storage test | Ta = -20℃ 240h |
| 3 | High temperature<br>& high humidity operation test | Ta = 40℃ 95% 240h<br>(no condensation) |
| 4 | High temperature operation test | Ta = 50℃ 240h |
| 5 | Low temperature operation test | Ta = 0℃ 240h |
| 6 | Vibration test<br>(non-operating) | Frequency:10~57Hz / Vibration Width(one side):0.075mm<br>　　　　　　:58~500Hz / Gravity:9.8m/s$^2$<br>Sweep time: 11 minutes<br>Test period: 3 hours<br>　　　　　(1 hour for each direction of X,Y,Z) |
| 7 | Shock test<br>(non-operating) | Max. Gravity: 490m/s<br>Pulse width: 11ms,half sine wave<br>Direction: ±X, ±Y, ±Z<br>　　　　　one for each direction |

{Result Evaluation Criteria}

There should be no change which might affect the practical display function when the display quality test is conducted under normal operating condition.

In High temperature and low temperature operation test, lamp current should be 5 mA.



Alpha Point Ltd.
P.O. Box 41
00751 Helsinki, Finland
http://www.alpha.fi

Tel.: +358-9-34 64 34 1
Fax: +358-9-34 64 34 2

VS075571



LP064V1
Liquid Crystal Display

| Product Specification |
|---|

## 12. International Standards  ( TBD )

12.1. Safety

UL1950       Safety of Information Technology Equipment Including Electrical Business Equipment.
             Third Edition .Underwriters Laboratories, Inc. 1995

CAS C22.2   Safety of Information Technology Equipment Including Electrical Business Equipment.
             Third Edition .Canadian Standards Association, 1995

EN 60950    Safety of Info  rmation Technology Equipment Including Electrical Business Equipment. .
             European Committee for Electro technical Standardization(CENELEC), 1995
             Ref. No. EN 60950: 1992 + A1: 1993 + A2: 1993 + A3: 1995 E
             (IEC 950: 1991 + A1: 1992 + A2: 1993 + A3: 1995, modified )

12.2. EMC

ANSI C63.4  Methods of Measurement of Radio-Noise Emissions from Low-Voltage Electrical and
             Electronic Equipment in the Range of 9kHz to 40GHz. .
             American National Standards Institute(ANSI),1992.

C.I.S P.R    Limits and Methods of Measurement of Radio Interference Characteristics of
D.Information
             Technology Equipment. .International Special Committee on Radio Interference

EN 55 022  Limits and Methods of Measurement of Radio Interference Characteristics of Information
             Technology Equipment. .European Committee for Electro technical Standardization
             (CENELEC),1988

ALPHA POINT
http://www.alpha.fi

Alpha Point Ltd.
P.O. Box 41
00751 Helsinki, Finland

Tel.: +358-9-34 64 34 1
Fax: +358-9-34 64 34 2

VS075572



LP064V1
Liquid Crystal Display

| Product Specification |
| --- |

## 13. Designation of Lot Mark

13.1. Lot Mark

| A | B | C | D | E | F | G | H | I | J | K | L |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

       1)   2)

A, B : SBU CODE (TBD)
C, D, E : MODEL CODE
F : YEAR
G : MONTH
H, I, J, K : SERIAL NO.

NOTE 1) YEAR

| YEAR | 89 | 90 | 91 | 92 | 93 | 94 | 95 | 96 | 97 | 98 | 99 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Mark | 9 | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |

NOTE 2) MONTH

| MONTH | Jan. | Feb. | Mar. | Apr. | May. | Jun. | Jul. | Aug. | Sep. | Oct. | Nov. | Dec. |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Mark | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | O | N | D |

13.2. Location of Lot Mark

Serial NO. is printed on the label. The label is sttached to the backside of the backlight unit.  This is
subjected to change without prior notice.

## 14. Packing Form

a) Package quantity in the box : TBD

b) Box size : TBD



Alpha Point Ltd.
P.O. Box 41
00751 Helsinki, Finland

Tel.: +358-9-34 64 34 1
Fax: +358-9-34 64 34 2

http://www.alpha.fi

VS075573

LP064V1
Liquid Crystal Display

Product Specification

## 15. Handling Precautions

Please pay attention to the followings when you use this TFT/LCD module
with Back-light unit.

### 15.1. MOUNTING PREACAUTION

1) You must mount Module using mounting holes arranged in 4 corners.
Be sure to turn off the power when connecting or disconnecting the circuit.
2) Note that the polarizers are easily damaged. Pay attention not to scratch or press this
surface with any hard object.
3) When the LCD surface become dirty, please wipe it off with a soft material. (ie.cottonball)
Protect the module from the ESD as it may damage the electronic circuit (C-MOS).  Make certain
that treatment person's body are grounded through wrist bend.
4) Protect the module from the ESD as it may damage the electric circuit(C_MOS).
Make certain that treatment person's body are grounded through wrist bend.
5) Do not disassemble the module and be careful not to incur a mechanical shock that might occur
during installation. It may cause permanent damage.
6) Do not leave the module in high temperatures, Particularly in areas of high humidity for a long time.
7) The module not be expose to the direct sunlight.
8) Avoid contact with water as it may a short circuit within the module.

### 15.2. OPERATING PRECAUTION

1) The spike noise causes the mis-operation of circuits.
Be lower the spike noise as follows :
VDD=⎽200mV, V1=⎽200mV( Over and under shoot voltage.)
2) Response time depends on the temperature. (In lower temperature, it becomes longer.)
3) Brightness depends on the temperature. (In lower temperature, it becomes lower.)
And in lower temperature, response time (Required time that brightness is stable after
turn on)becomes longer.
4) Be careful for condensation at suddern temperature change. Condensation make damage to
polarizer or electrical contact part. And after fading condensation, smear or spot will occur.
5) When fixed pattern are displayed at long times, remnant image is likely to occur.
6) Module has high frequency circuit. If you need to shield the electromagnetic noise.
Please do in yours.
7) When Back-light unit is operating, it sounds.
If you need to shield the noise, please do in yours.

### 15.3 ELECTROSTATIC DISCHARGE CONTROL

Since module is composed with electronic circuit, it is not strong to electrostatic discharge. Make certain
that treatment persons are connected to ground through list band etc.. And don't touch I/F pin directly.



Alpha Point Ltd.
P.O. Box 41
00751 Helsinki, Finland
http://www.alpha.fi

Tel.: +358-9-34 64 34 1
Fax: +358-9-34 64 34 2

VS075574



LP064V1
Liquid Crystal Display

Product Specification

15.4 PRECAUTION FOR STRONG LIGHT EXPOSURE.

Strong light exposure causes degradation of polarizer and color filter.

15.5 STORAGE

When storing module as spares for long time, the following precautions are necessary.

1) Store them in a dark place : do not expose then to sunlight or fluorescent light. Keep the temperature between 5 and 35 at normal humidity.

2) The polarizer surface should not come in contact with any other object. It is recommended that they be stored in the container in which they were shipped.

15.6 HANDLING PRECAUTIONS FOR PROTECTION FILM

1) When the protection film is pealed off, static electricity is generated between the film and the polarizer. This film should be pealed off slowly and carefully by people who are electrically grounded and with well ion-blown equipment or in such a condition. etc.

2) The protection film is attached the polarizer with a small amount of glue.If some stress is applied to rub the protection film against the polarizer during the time you peal off the film, the glue is apt to remain more on the polarizer. So please carefully peal off the protection film without rubbing it against the polarizer.

3) When the module with protection film attached is stored for long time, sometimes there remains a very small amount of glue still on the polarizer after the protection film is pealed off.

Please refrain from storing the module at the high temperature and high humidity for glue is apt to remain in these condition.

4) The glue may be taken for the modules failure, but you can remove the giue easily. When the glue remains on the polarizer surface or its vestige is recognized, please wipe them off with absorbent cotton waste or other soft material like chamois soaked with Normal-hexane.

15.7 SAFETY

1) If module is broken, be careful to handle not to injure. (TFT/LCD and lamp are made of glass)

Please wash hands sufficiently when you touch the liquid crystal coming out from broken LCDs.

2) As it is possible for PCB or other electronic parts of module to small to smoke and to take fire because of the short circuit. Please design the circuit of your instrument not to flow the electric current to TFT/LCD module more than 500mA. (by apply the fuse for example)

3) As Back-light unit has high voltage circuit internal, do not open the case and do not insert foreign materials in the case.

**ALPHA POINT**
http://www.alpha.fi

Alpha Point Ltd.
P.O. Box 41
00751 Helsinki, Finland

Tel.: +358-9-34 64 34 1
Fax: +358-9-34 64 34 2

VS075575



LP064V1
Liquid Crystal Display

| Product Specification |
| --- |

A-1 Brightness

&lt;measuring point&gt;



A-2 RESPONSE TIME

The response time is defined as the following figure and shall be measured by
switching the input signal for  black  and  white 



 ALPHA POINT
http://www.alpha.fi

Alpha Point Ltd.
P.O. Box 41
00751 Helsinki, Finland

Tel.: +358-9-34 64 34 1
Fax: +358-9-34 64 34 2

VS075576



LP064V1
Liquid Crystal Display

Product Specification

A-3 Viewing angle

<Definition of viewing angle range>





Alpha Point Ltd.
P.O. Box 41
00751 Helsinki, Finland

Tel.: +358-9-34 64 34 1
Fax: +358-9-34 64 34 2

http://www.alpha.fi

VS075577