# EXHIBIT J



**LP121S4**
**Liquid Crystal Display**

**Product General Specification**

## 1. General Description

The LG.Philips LCD Co.,Ltd. LP121S4 LCD is a Color Active Matrix Liquid Crystal Display with an integral Cold Cathode Fluorescent Tube(CCFT) back light system. The matrix employs a-Si Thin Film Transistor as the active element. It is a transmissive type display operating in the normally white mode. This TFT-LCD has a 12.1 inch diagonally measured active display area with SVGA resolution(600 vertical by 800 horizontal pixel array). Each pixel is divided into Red, Green and Blue sub-pixels or dots which are arranged in vertical stripes. Gray scale or the brightness of the sub-pixel color is determined with a 6bit gray scale signal for each dot, thus, presenting a pallet of more than 262,144 colors.

The LP121S4 LCD is intended to support applications where low power consumption, weight and thickness are critical factors and graphic displays are important. In combination with the vertical arrangement of the sub-pixels, the LP121S4 characteristics provide an excellent flat panel display for office automation products such as portable computers.



## General Display Characteristics

The following are general feature of the model LP121S4 LCD;

|  |  |
|---|---|
| Active display area | 12.1 inches(30.75cm) diagonal |
| Outsize dimensions | 261 W x 199 H x 6.0 D mm Typ. |
| Pixel pitch | 0.3075 mm x 0.3075 mm |
| Pixel format | 800 horiz. By 600 vert. pixels |
|  | RGB stripe arrangement |
| Color depth | 6-bit |
| Display operating mode | Transmissive mode, normally white |
| Surface treatment | Hard coating(3H), |
|  | Anti-glare treatment of the front polarizer |



**LP121S4**
**Liquid Crystal Display**

**Product General Specification**

## 2. Electrical Specifications

### 2-1. Electrical Characteristics

The LP121S4 requires two power inputs. One is employed to power the LCD electronics and to drive the TFT array and liquid crystal. The second input which powers the CCFL, is typically generated by an inverter. The inverter is an external unit to the LCD.

**Table 1   ELECTRICAL CHARACTERISTICS:**

| Parameter | Symbol | Min. | Typ. | Max. | Units | Notes |
|---|---|---|---|---|---|---|
| MODULE: | | | | | | |
| Power Supply Input Voltage | $V_{DD}$ | 3.0 | 3.3 | 3.6 | Vdc | |
| Power Supply Input Current | $I_{DD}$ | 215 | 235 | 265 | mA | 1 |
| Ripple/Noise | - | - | 50 | - | mV | |
| Logic Input Level, High | $V_{IH}$ | $0.6V_{DD}$ | - | $V_{DD}$ | Vdc | |
| Logic Input Level, Low | $V_{IL}$ | - | - | $0.3V_{DD}$ | Vdc | |
| Power Consumption | $P_c$ | 0.71 | 0.77 | 0.88 | W | 1 |
| LAMP | | | | | | |
| Operating Voltage | $V_L$ | 595(6mA) | 630(5mA) | 715(3mA) | Vrms | 2 |
| Operating Current | $I_L$ | 3.0 | 5.0 | 6.0 | mA | |
| Established Starting Voltage | $V_s$ | | | | | 3 |
|    at 25℃ | | - | - | 960 | Vrms | |
|    at 0℃ | | - | - | 1280 | Vrms | |
| Operating Frequency | $F_L$ | 45 | 55 | 80 | kHz | 4 |
| Discharge Stabilization Time | $T_s$ | | | 3 | Minutes | 5 |
| Power Consumption | $P_L$ | 2.15 | 3.15 | 3.57 | W | 6 |
| Life Time | | 10,000 | - | - | Hours | 7 $I_L$=6mA rms |

**Note)The design of the inverter must have specifications for the lamp in LCD Assembly.**
   The performance of the Lamp in LCM,for example life time or brightness is extremely influenced by the characteristics of
   the DC-AC Inverter. So all the parameters of an inverter should be carefully designed so as not to produce too much leakage
   current from high-voltage output of the inverter.
   When you design or order the inverter, please make sure unwanted lighting caused by the mismatch of the lamp and the
   inverter(no lighting,flicker,etc) never occurs. When you confirm it,the LCD Assembly should be operated in the same condition
   as installed in your instrument.
Notes: 1. The current draw and power consumption specified is for 3.3 Vdc at 25℃ and 38.5MHz (at 64 Gray pattern displayed).
      2. The variance of the voltage is ±10%.
      3. The voltage above $V_s$ should be applied to the lamps for more than 1second for start-up.
         Otherwise, the lamps may not be turned on.
      4. The output of the inverter must have symmetrical(negative and positive) voltage waveform and symmetrical current
         waveform.(Unsymmetrical ratio is less than 10%) Please do not use the inverter  which has unsymmetrical voltage
         and unsymmetrical current and spike wave.   Lamp frequency may produce interference with horizontal synchronous
         frequency and as a result  this may cause beat on the display. Therefore lamp frequency shall be as away as possible from
         the horizontal synchronous frequency and from its harmonics in order to prevent interference.
      5.Let's define the brightness of the lamp after being lighted for 5 minutes as 100%.
       $T_s$ is the time required for the brightness of the center of the lamp to be not less than 95%.
      6. The lamp power consumption shown above does not include loss of external inverter.
       7. The life time is determined as the time at which brightness of lamp is 50% compared to that of initial
          value at the typical lamp current on condition of continuous operating at 25 ±2℃.

### 2-2. Interface Connections



**LP121S4**
**Liquid Crystal Display**

**Product General Specification**

This LCD employs two interface connections, a 30 pin connector is used for the module electronics and a two pin connector is used for the integral backlight system.

The electronics interface connector is a model 55177-3091, manufactured by MOLEX.

The pin configuration for the connector is shown in the table below.

Table 3  MODULE CONNECTOR PIN CONFIGURATION

| Pin | Symbol | Description | Notes |
|---|---|---|---|
| 1 | GND | Ground | see Note 1 |
| 2 | DCLK | Main clock | |
| 3 | GND | Ground | LCD SIDE CONNECTOR : 55177-3091(MOLEX) |
| 4 | Hsync | Horizontal sync. | |
| 5 | Vsync | Vertical sync. | SYSTEM SIDE CONNECTOR : |
| 6 | DTMG | Data timing signal | 1) Wire type :51146-3000(MOLEX) |
| 7 | GND | Ground | 2) FPC type : 54281-3010(MOLEX) |
| 8 | R0 | Red data | |
| 9 | R1 | Red data | |
| 10 | R2 | Red data | |
| 11 | R3 | Red data | |
| 12 | R4 | Red data | |
| 13 | R5 | Red data | |
| 14 | GND | Ground | |
| 15 | G0 | Green data | |
| 16 | G1 | Green data | |
| 17 | G2 | Green data | |
| 18 | G3 | Green data | |
| 19 | G4 | Green data | |
| 20 | G5 | Green data | |
| 21 | GND | Ground | |
| 22 | B0 | Blue data | |
| 23 | B1 | Blue data | |
| 24 | B2 | Blue data | |
| 25 | B3 | Blue data | |
| 26 | B4 | Blue data | |
| 27 | B5 | Blue data | |
| 28 | GND | Ground | |
| 29 | $V_{DD}$ | Power input | +3.3Vdc power supply input, see Note 2 |
| 30 | $V_{DD}$ | Power input | +3.3Vdc power supply input, see Note 2 |

Notes:  1. All GND(ground) pins should be connected together which should also be connected to the LCD's metal frame.
2. All $V_{DD}$(power input) pins should be connected together.

The backlight interface connector is a model BHSR-02VS-1, manufactured by JST.  The mating connector part number is SM02B-BHSS-1-TB or equivalent.  The pin configuration for the connector is shown in the table below.

Table 5  BACKLIGHT CONNECTOR PIN CONFIGURATION

| Pin | Symbol | Description | Notes |
|---|---|---|---|
| 1 | HV | Lamp power input | 1 |
| 2 | LV | Ground | |

Notes: 1. The input power terminal is colored pink. Ground pin color is black.

< LCM FRONT SIDE >

**LP121S4**
**Liquid Crystal Display**

**Product General Specification**



Notes  1.  Unspecified dimensional tolerance are ±0.5mm
2.  Screw Torque : 1.3-1.5kgf.

< LCM BACK SIDE >

Ver. 1.2　　　　　　　　　　　　APR.12,2000　　　　　　　　　　　　Page 4/6



**LP121S4
Liquid Crystal Display**

**Product General Specification**



| Ver. 1.2 | APR.12,2000 | Page 5/6 |



**LP121S4
Liquid Crystal Display**

**Product General Specification**

## 3.PRECAUTIONS

The LCD Products listed on this documents are not suitable for use of Military,Industry,Medical etc. system.
If customers intend to use these LCD products for above application, Please contact ours sales people in advance.