# EXHIBIT M

# LG Electronics Inc.

**LC064N1**
Liquid Crystal Display

## Product Specification

# S ~~S~~

# For

# APPROVAL

( ✓ ) Preliminary Specification
(   ) Final Specification

| Title | 6.4¢ TFT LCD |
|---|---|

| BUYER NAME | |
|---|---|
| MODEL NAME | |

| SUPPLIER | LG Electronics Inc. |
|---|---|
| MODEL NAME | LC064N1 |

| SIGNATURE | DATE |
|---|---|
| / | |
| / | |
| / | |

Please return 1 copy for our confirmation with your signature and comments.

| APPROVED BY | DATE |
|---|---|
| /G.Manager<br>REVIEWED BY | |
| /S.Engineer<br>PREPARED BY | |
| / Engineer | |

Product Engineering Dept.
LCD Division   LG Electronics Inc.

Version 1.02  Feb. 15. 1998                     Page 1/17

**LG Electronics Inc.**

LC064N1
Liquid Crystal Display

**Product Specification**

## CONTENTS

| NO. | ITEM | Page |
|---|---|---|
| - | COVER | 2 |
| - | RECORD of REVISION | 3 |
| 1. | GENERAL DESCRIPTION | 4 |
| 2. | MAXIMUM RATINGS | 5 |
| 3. | ELECTRICAL SPECIFICATIONS | 5 |
| 4. | OPTICAL SPECIFICATIONS | 6 |
| 5. | INTERFACE CONNECTIONS | 7 |
| 6. | SIGNAL TIMING SPECIFICATIONS | 8 |
| 7. | SIGNAL TIMING WAVE FORMS | 9 |
| 8. | MECHANICAL CHARACTERISTICS | 10 |
| 9. | RELIABILITY TEST | 11 |
| 10. | HANDLING PRECAUTIONS | 13 |
| 11. | APPENDIX | 14 |
| 12. | DRAWING | 17 |

 **LG Electronics Inc.**

**LC064N1**
Liquid Crystal Display

**Product Specification**

# Record of Revision

| | |
|---|---|
| September. 12. 1997<br>October. 15. 1997<br>February. 15. 1998 | Preliminary Ver. 1.0<br>Preliminary Ver. 1.01<br>Preliminary Ver. 1.02 |

 **LG Electronics Inc.**

LC064N1
Liquid Crystal
Display

**Product Specification**

### 1. General Description

The LG Electronics model LC064N1 LCD is a Color Active Matrix Liquid Crystal Display with an integral Cold Cathode Fluorescent Tube (CCFT) back light system. The matrix employs a-Si Thin Film Transistor as the active element. It is a transmissive type display operating in a normally white mode. The active display area of this TFT-LCD is 6.4 inch diagonally and resolution is 468 vertical by 640 horizontal pixel array. Each pixel is divided into Red, Green and Blue sub-pixels or dots which are configured in a stripe arrangement.



General Display Characteristics
The following are general features of the LC064N1;
  Outside dimensions        168.0(W)°á23.0(H)°á5.5(D) mm
  Active display area       163.2mm (6.42 Inches) diagonal
  Viewing area            161.743mm (6.36Inches) diagonal
  Pixel pitch             0.204(H)mm°á0.204(V) mm
  Pixel format           640 horiz. by 468 vert. pixels
                      RGB stripe arrangement
  Color depth             262,144 color
  Display operating mode    Transmissive mode, normally white
  Surface treatments       Low-reflection treatment of C/F ($CrO_x$ coating)
  Power consumtion       5 Watts ( Exclude external inverter)

### 2. Maximum Ratings

The following are maximum values which, if exceeded, may cause faulty operation or damage to the unit.

| Version 1.02   Feb. 15. 1998 | Page 4/17 |
|---|---|

**LG Electronics Inc.**

LC064N1
Liquid Crystal Display

**Product Specification**

Table 1 ABSOLUTE MAXIMUM RATINGS

| Parameter | | symbol | Values | | Units | Notes |
|---|---|---|---|---|---|---|
| | | | Min. | Max. | | |
| DC power | Positive power | $V_{EE}$ | -0.3 | 14.0 | V | |
| Analog RGB | Composite video | $V_{BS}$ | | 3.0 | $V_{p-p}$ | |
| | Analog RGB | $V_{RI}, V_{GI}, V_{BI}$ | -0.3 | 5.3 | $V_{p-p}$ | |
| Digital signal | | HSY,VSY,$V_{SW}$ | -0.3 | 5.3 | V | |
| Control signal | | BRT,CNT,CLR,TNT | -0.3 | 4.7 | V | |
| Operating Temperature | | $T_{OP}$ | 0 | 50 | °… | 1) |
| Storage Temperature | | $T_{ST}$ | -20 | 60 | °… | 2) |

Note: 1) Relative Humidity is 0 %
2) Under no condition should the unit be exposed to corrosive chemicals.

### 3. Electrical Specifications

The LC064N1 requires two power inputs. One is employed to power the LCD module and to derive the voltages that drive the TFT array and liquid crystal. The second input which powers the back-light CCFT, is typically generated by an inverter which is an external unit from the LCD.

Table 2 ELECTRICAL CHARACTERISTICS:

| | Parameter | | | Symbol | Values | | | Units | Impedance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Min. | Typ. | Max. | | |
| MODULE | DC Power | Positive power | | $V_{EE}$ | 10.8 | 12.0 | 13.2 | V | |
| | Analog signal | Composite video | Amplitude | $V_{BS}$ | 0.8 | 1.0 | 1.2 | $V_{p-p}$ | 75•ÿ >0.2 $V_{p-p}$ [1] |
| | | Analog RGB | Amplitude | $V_{RI}$ $V_{GI}$ $V_{BI}$ | - | 0.7 | 2.0 | $V_{p-p}$ | >10k•ÿ |
| | Digital signal | Input | High | $V_{SW}$ | 3.5 | - | 5.0 | V | >50k•ÿ |
| | | | Low | | 0.0 | - | 1.5 | V | |
| | | Output | High | HSY | 3.5 | - | 5.0 | V | >20k•ÿ |
| | | | Low | VSY | 0.0 | - | 1.5 | V | |
| | Power consumption | | | Pc | - | 2.94 | 3.12 | watts | Exclude Lamp |
| BACK-LIGHT | Lamp Input voltage | | | $V_{LI}$ | 300 | 355 | 385-9 | $V_{RMS}$ | |
| | Lamp Input current | | | $I_{LI}$ | 3 | 5 | | mA | |
| | Lamp kick-off Voltage | | | $V_{LK}$ | - | - | 860(0°).. 680(25°).. | $V_{RMS}$ | |
| | Lamp operating Frequency | | | $F_{BL}$ | 35 | 55 | 80 | kHz | |
| | Power consumption [2] | | | $P_{BL}$ | 1.2 | 1.8 | 2.7 | watts | |

Notes: 1) Amplitude of sync. signal
2) The back-light power consumption shown above excludes an external inverter.

**LG Electronics Inc.**

LC064N1
Liquid Crystal Display

**Product Specification**

## 4. Optical Specifications

Optical characteristics are determined after the unit has been 'ON' and stable for approximately 30 minutes in a dark environment at 25°±5°,.50°±20%RH. The specified values are at an approximate distance 50 cm from the LCD surface at a viewing angle of $\Phi$ and $\theta$ equal to 0°.

Appendix A presents additional information concerning the specified these characteristics.

**Table 3 OPTICAL CHARACTERISTICS**

| Parameter | Symbol | Values | | | Units | Notes |
|---|---|---|---|---|---|---|
| | | Min. | Typ. | Max. | | |
| Contrast Ratio | CR | 50 | - | - | | 1) |
| Surface Brightness, white | $SB_{WH}$ | 100 | 120 | - | $cd/m^2$ | 2) |
| Brightness Uniformity | $SB_U$ | - | - | 2.5 | | 3) |
| Response Time | Tr | | | | msec | 4) |
| Rising Time | $Tr_R$ | - | - | 30 | | |
| Falling Time | $Tr_f$ | - | - | 50 | | |
| CIE Color Coordinates | | | | | | |
| Red | $x_R$ | 0.52 | 0.55 | 0.58 | | |
| | $y_R$ | 0.31 | 0.34 | 0.37 | | |
| Green | $x_G$ | 0.25 | 0.28 | 0.31 | | |
| | $y_G$ | 0.49 | 0.52 | 0.55 | | |
| Blue | $x_B$ | 0.12 | 0.15 | 0.18 | | |
| | $y_B$ | 0.08 | 0.11 | 0.14 | | |
| White | $x_W$ | 0.28 | 0.31 | 0.34 | | |
| | $y_W$ | 0.31 | 0.34 | 0.37 | | |
| Viewing Angle | | | | | degree, °Δ | 5) |
| x axis, right (•=0°) | •Ë | | 45 | | | |
| x axis, left(•=180°) | •Ë | | 45 | | | |
| y axis, up(•=90°) | •Ë | | 10 | | | |
| y axis, down (•=270°) | •Ë | | 30 | | | |

Notes : 1) Contrast Ratio (CR) is defined mathematically in window as :
$$\frac{\text{(Surface Brightness with white pixels : 100\% IRE)}}{\text{(Surface Brightness with black pixels : 0 \% IRE)}}$$

2) Surface brightness is a measurement of the active display area, 50cm from the center of the surface in condition of displaying window pattern.

3) Brightness uniformity is defined mathematically. For more information see Appendix A.

4) Response time is the time required for the display to transition from white to black(Rising Time, $Tr_R$) and from black to white (Falling Time, Trf). For additional information see Appendix A.

5) Viewing angle is the angle at which the contrast ratio is greater than 10 with window pattern. The angle are determined for the horizontal or x axis and the vertical y axis with respect to the z axis which is normal to the LCD surface. For more information see Appendix A.

6) Optical characteristics are measured using the following equipments; photometer is PR880(PHOTO RESEARCH), pattern generator is PM5640A (PHILIPS).

HY-LINE Computer Components - Tel.: 089-614 503-40 - URL: http://www.hy-line.de

VS073745

**LG Electronics Inc.**

LC064N1
Liquid Crystal Display

**Product Specification**

### 5. Interface Connections

The interface connector is a 28pin, that is manufactured by Elco. (# Model : 6200 - 528 - 430- 000 )
The electronics interface connector is connected to the FFC.
The pin configuration for the connector is shown in the table below.

**Table 4  MODULE CONNECTOR PIN CONFIGURATION**

| Pin | Symbol | I/O | Description | Notes |
|---|---|---|---|---|
| 1 | $\overline{HSY}$ | O | Internal horizontal sync signal(in phase with $V_{BS}$) | 1) |
| 2 | $\overline{VSY}$ | O | Internal vertical sync signal(in phase with $V_{BS}$) | 1) |
| 3 | NC | - | This shall be electrically opened during operation. | |
| 4 | NC | - | This shall be electrically opened during operation. | |
| 5 | NC | - | This shall be electrically opened during operation. | |
| 6 | CLR | I | Color adjusting terminal | 2) |
| 7 | BRT | I | Brightness adjusting terminal | 2) |
| 8 | TNT | I | Tint adjusting terminal | 2) |
| 9 | CNT | I | Contrast adjusting terminal | 2) |
| 10 | GND | I | Ground | |
| 11 | $V_{BS}$ | I | Composite video signal | 3) |
| 12 | GND | I | Ground | |
| 13 | $V_{RI}$ | I | Color video signal(Red) | 4) |
| 14 | GND | I | Ground | |
| 15 | $V_{GI}$ | I | Color video signal(Green) | 4) |
| 16 | GND | I | Ground | |
| 17 | $V_{BI}$ | I | Color video signal(Blue) | 4) |
| 18 | GND | I | Ground | |
| 19 | YS | I | Super impose | 5) |
| 20 | $V_{SW}$ | I | Selection signal of Composite or Analog R.G.B | 6) |
| 21 | NC | I | This shall be electrically opened during operation. | |
| 22 | CSY | I | Csync input ( As a selection of Analog R.G.B signal) | |
| 23 | GND | I | Ground | |
| 24 | GND | I | Ground | |
| 25 | VEE | I | Positive power supply voltage | |
| 26 | NC | - | This shall be electrically opened during operation. | |
| 27 | NC | - | This shall be electrically opened during operation. | |
| 28 | NC | - | This shall be electrically opened during operation. | |

Notes:  1) Negative polarity
2) Brightness, contrast, color gain and tint are adjusted by the DC voltage supplied to each pin. (Contrast, color gain, and tint are not available for RGB signal input.) They are adjusted to the optimum value before shipping but, they can be readjusted by the built-in variable resistor(BRT, CNT, CLR, TNT) or external circuit shown in Appendix D.
3) In case of RGB input, apply composite video signal($V_{BS}$) or composite sync signal (c-sync) with negative polarity to the sync separator.
4) Input signal 2
  (1) Responsive to $0\sim0.7V_{P-P}$ analog RGB signal when $V_{SW}$ is fixed to "low".
  (2) In case of superimposing on composite video signal as on screen display.
   RGB signals shall be digital signal.(low : $0V_{P-P}$, high : $>2V_{P-P}$ available for 8 color display)
   5) High : RGB Mode, Low : Video Mode (NTSC)

Interface Connections (cont'd)

HY-LINE Computer Components - Tel.: 089-614 503-40 - URL: http://www.hy-line.de

VS073746

**LG Electronics Inc.**

**LC064N1**
**Liquid Crystal Display**

**Product Specification**

6) Select input signal(composite or standard analog RGB)
   (1) When $V_{SW}$ is "high" or open, composite video signal(Pin No. 11) is selected.
   (2) When $V_{SW}$ is "low", analog RGB signal sets (Pin No. 13, 15, 17) is selected.

**Caution** : The shielding case is connected to the GND terminal which cuts electrical signals short.

The backlight interface connector is a model BHR-03VS-1, manufactured by JST. The mating connec
-tor part number SM02(8.0) B-BHS-1-TB or equivalent. The pin configuration for the connector is
shown in the table below

Table5. BACK LIGHT CONNECTOR PIN CONFIGURATION

| Pin | Symbol | Description | Note |
|---|---|---|---|
| 1 | HV | Lamp power input | |
| 2 | NC | No connection | |
| 3 | LV | Ground | |

## 6. Signal Timing Specifications

| Parameter | | Symbol | Value | | | Units | Notes |
|---|---|---|---|---|---|---|---|
| | | | Min. | Typ. | Max. | | |
| $\overline{HSY}$ | Frequency | $f_{HSYNC}$ | - | 15.7 | - | kHz | |
| | High duration | $t_{HSYNCH}$ | - | 58.9 | - | ßi | |
| | Low duration | $t_{HSYNCL}$ | - | 4.6 | - | ßi | |
| $\overline{VSY}$ | Frequency | $f_{VSYNC}$ | - | 60 | - | Hz | |
| | High duration | $t_{VSYNCH}$ | - | 16.48 | - | msec | |
| | Low duration | $t_{VSYNCL}$ | - | 192 | - | ßi | |
| Horizontal sync. | Input pulse width | $T_{hs1}$ | 4.2 | 4.7 | 5.7 | ßi | |
| | Output pulse width | $T_{hs2}$ | 4.5 | 5.0 | 5.5 | ßi | |
| Horizontal sync. phase difference | | $T_{pd}$ | -2.0 | - | 2.0 | ßi | |
| Vertical sync. output pulse | | $T_{vs}$ | | 192 | | ßi | |
| Vertical sync. phase difference | odd field | $T_{pv}$ | 31 | 37 | 43 | ßi | |
| | even field | | 24 | 30 | 36 | ßi | |

**LG Electronics Inc.**

LC064N1
Liquid Crystal Display

Product Specification

## 7. Signal Timing Waveforms





HY-LINE Computer Components - Tel.: 089-614 503-40 - URL: http://www.hy-line.de

VS073748

 **LG Electronics Inc.**

**LC064N1**
Liquid Crystal Display

**Product Specification**

### 8. Mechanical Characteristics

The chart below provides general mechanical characteristics for the LC064N1.
The C/F's black matrix has $CrO_x$ coating that minimize reflection. The below diagram is a detailed mechanical drawing of the LCD. Note that dimension are given for reference purposes only.

| Outside dimensions: | Width | 168.0 mm |
| | Height | 123.0 mm |
| | Thickness | 15.5 mm |

| Active Display area: | Width | 130.56 mm |
| | Height | 97.92 mm |
| | Diagonal | 162.6 mm |

| Viewing area dimension | Width | 130.56 mm |
| | Height | 95.472 mm |
| | Diagonal | 161.743 mm |

| Weight (Typical) | | 310gram |

HY-LINE Computer Components - Tel.: 089-614 503-40 - URL: http://www.hy-line.de

VS073749

| LG Electronics Inc. | LC064N1 Liquid Crystal Display |
|---|---|
| **Product Specification** | |

## 9. Reliability test

**9.1 Drop test**
Conduct the following drop test with the chassis unit and should operate as normal usage without any damage after this test.

| | | |
|---|---|---|
| Acceleration | : | 100G 6ms each °X, °Y, °Z |
| Secure | : | Screw |
| Times | : | 3 |

**9.2 Vibration test**
Conduct the following vibration test with the chassis unit and should operate as normal usage without any damage after this test.

| | | |
|---|---|---|
| Frequency(Hz) | : | 10 to 55 |
| Amplitude | : | 1.5m  0.5 Oct/min each X.Y.Z |
| 1 cycle period | : | 3 minutes( back and force) |
| Secure | : | Screw |
| Time | : | Up/Down: |
| | | Forward/Back:  2 hours |
| | | Right/Left: |

**9.3 Pressure reduction test**
Set up the unit in the pressure reduction chamber and reduce the air pressure gradually from the normal pressure to 510hPa(300mmHg) which is equivalent to 5,000m height. There should have no damage to turn on the unit with 10% increased power for 30 minutes and repeat power on and off for 3 times quickly

**9.4 High temperature storage(without power)**
Keep the unit in 60°.temperature and 50% humidity chamber for 240 hours without power. Take out the unit to make it normal temperature and make sure that the unit has no safety hazard and operate as normal usage without any damage

**9.5 Low temperature storage(without power)**
Keep the unit in -20°.temperature and 0% humidity chamber for 240 hours without power. Take out the unit to make it normal temperature and make sure that the unit has no safety hazard and operate as normal usage without any damage

**9.6 Humidity test(with power)**
Operate the unit in 40°temperature and 90% humidity chamber for 240 hours with power. Make sure that the unit has no safety hazard and operate as normal usage without any damage

**9.7 High temperature test(with power)**
Operate the unit in 50°temperature and 50% humidity chamber for 240 hours with power. Make sure that the unit has no safety hazard and operate as normal usage without any damage

**9.8 Low temperature test(with power)**
Operate the unit in 0°temperature and 0% humidity chamber for 240 hours with power. Make sure that the unit has no safety hazard and operate as normal usage without any damage

 | LC064N1
Liquid Crystal
Display

**Product Specification**

9.9  Electrostatic discharge test
Discharge DC 8kV under non operating to chassis angle for 10 times of 1 second interval with 330•ÿ 150pF prove.
Make sure that the unit has operate as normal usage without any damage

9.10 Thermal shock test
Keep the unit in the following temperature chamber without power.
Take out the unit to make it normal temperature and make sure that the unit has no safety hazard and operate as normal usage without any damage.



# of Cycle : 30Cycle

| LG Electronics Inc. | LC064N1<br>Liquid Crystal Display |
|---|---|
| **Product Specification** | |

### 10. Handling precautions

10.1 Be sure to turn off the power when connecting or disconnecting circuit.

10.2 Note that polarizer are easily damaged, pay attention not to scratch or press these surface with any hard object.

10.3 When LCD surface become dirty, please wipe them off with soft material like absorbent cotton

10.4 Protect the module from the ESD. As it may damages electronic circuit (C-MOS).
Make certain that treatment person's body are grounded thru wrist bend.

10.5 Do not disassemble the module and be careful not to have strong mechanical shock such as twist when install to the cabinet. It may cause damage permanently.

10.6 Do not leave the module in high temperature, especially in high humidity for a long time.

10.7 Store the module not to expose to the sunlight directly.

10.8 Avoid condensation of water. It may cause misoperation.

| LG Electronics Inc. | LC064N1 Liquid Crystal Display |
|---|---|

**Product Specification**

(Appendix A)

A.1 BRIGHTNESS UNIFORMITY

<Measuring point>



unit : mm

$$\text{Brightness Uniformity} = \frac{\text{Max}}{\text{Min}} = 1.42$$

A.2 RESPONSE TIME

The response time is defined according to the below diagram and is measured by time needed to switch the input signal for "black" and "white".



| Version 1.02   Feb. 15. 1998 | Page 14/17 |
|---|---|

HY-LINE Computer Components - Tel.: 089-614 503-40 - URL: http://www.hy-line.de

| LG Electronics Inc. | LC064N1 Liquid Crystal Display |
|---|---|
| **Product Specification** | |

(Appendix A)

A.3 VIEWING ANGLE

Viewing angle is defined according to the below diagram.



| Version 1.02  Feb. 15. 1998 | Page 15/17 |
|---|---|

HY-LINE Computer Components - Tel.: 089-614 503-40 - URL: http://www.hy-line.de

VS073754

**LG Electronics Inc.**

LC064N1
Liquid Crystal Display

Product Specification

(Appendix B)

B. Recommended circuitry



**LG Electronics Inc.**

LC064N1
Liquid Crystal Display

**Product Specification**

## 12. Drawing







Version 1.02   Feb. 15, 1998                                   Page 17/17

HY-LINE Computer Components - Tel.: 089-614 503-40 - URL: http://www.hy-line.de

VS073756