# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> TATUNG CO.; <br> TATUNG COMPANY OF AMERICA, INC.; AND <br> VIEWSONIC CORPORATION <br><br> Defendants. | CIVIL ACTION NO. 04-343 |

**DEFENDANT VIEWSONIC CORPORATION'S THIRD SET OF
REQUESTS FOR PRODUCTION OF DOCUMENTS
TO PLAINTIFF LG. PHILIPS LCD CO., LTD.**

Pursuant to Fed. R. Civ. P. 26 and 34, Defendant ViewSonic Corporation serves the following requests for production of documents on Plaintiff LG.Philips LCD Co., Ltd., and requests that LG.Philips LCD Co., Ltd. produce for inspection and copying the documents requested herein. The documents are to be produced, within thirty (30) days after service of the requests at the offices of Connolly Bove Lodge & Hutz LLP, 355 South Grand Avenue, Suite 3150, Los Angeles, CA 90071.

**I.     DEFINITIONS AND INSTRUCTIONS**

ViewSonic incorporates the definitions and instructions in its previous Requests for Production of Documents.

**II.    REQUESTS FOR PRODUCTION OF DOCUMENTS**

**REQUEST FOR PRODUCTION NO. 121:**

Documents sufficient to identify each product by model number and/or other designation made, sold, offered for sale, demonstrated or used by or on behalf of LPL on or after January 1, 1998 that incorporates or embodies a "flat panel display device" as that term is used in any of claims 38, 39, 44, 45, and/or 56 of the '641 patent.

**REQUEST FOR PRODUCTION NO. 122:**

Documents sufficient to show the monthly and annual sales and resultant gross and net profits for each product sold by or on behalf of LPL on or after January 1, 1998 by country and by model number and/or other designation that incorporates or embodies a "flat panel display device" as that term is used in any of claims 38, 39, 44, 45, and/or 56 of the '641 patent.

**REQUEST FOR PRODUCTION NO. 123:**

Documents sufficient to identify each product by model number and/or other designation made, sold, offered for sale, demonstrated or used by or on behalf of LPL on or after January 1, 1998 that incorporates or embodies a "rear mountable flat panel display device" as that term is used in any of claims 38, 39, 44, 45, and/or 56 of the '641 patent.

**REQUEST FOR PRODUCTION NO. 124:**

Documents sufficient to show the monthly and annual sales and resultant gross and net profits for each product sold by or on behalf of LPL on or after January 1, 1998 by country and by model number and/or other designation that incorporates or embodies a "rear mountable flat panel display device" as that term is used in any of claims 38, 39, 44, 45, and/or 56 of the '641 patent.

**REQUEST FOR PRODUCTION NO. 125:**

Documents sufficient to identify any material differences between any product made, sold, offered for sale by or on behalf of LPL on or after January 1, 1998 that incorporates or embodies any "rear mountable flat panel display device" as that term is used in any of claims 38, 39, 44, 45, and/or 56 of the '641 patent and any invention claimed in any of claims 38, 39, 44, 45, and/or 56 of the '641 patent, and any other products made, sold, or offered for sale by or on behalf of LPL on or after January 1, 1998 that incorporate or embody any invention claimed in claims 35, 36 and/or 55 of the '641 patent and/or claims 33, 34, 35 and/or 40 of the '718 patent.

**REQUEST FOR PRODUCTION NO. 126:**

Documents sufficient to illustrate, show and/or evidence the location of the "flat display panel" (as that term is used in claim 56 of the '641 patent) relative to the "first frame" and

"second frame" (as those terms are used in claim 56 of the '641 patent), or the distances between the "flat display panel" and the "first frame" and "second frame" in any product made, sold, or offered for sale by or on behalf of LPL on or after January 1, 1998 that incorporates or embodies any "flat panel display device" (as that term is used in claim 56 of the '641 patent), whether or not the "flat panel display device" is "rear mountable" (as that term is used in claim 56 of the '641 patent).

**REQUEST FOR PRODUCTION NO. 127:**

Documents sufficient to illustrate, show and/or evidence the shape, structure, form and/or performance of any structure provided in any product made, sold, offered for sale, demonstrated or used anywhere by or on behalf of LPL on or after January 1, 1998 that incorporates or embodies any "flat panel display device" (as that term is used in claim 56 of the '641 patent), that enable mounting of a "flat display panel" (as that term is used in claim 56 of the '641 patent) to a "housing" (as that term is used in claim 56 of the '641 patent).

Date: February 23, 2007

Respectfully submitted,

Connolly Bove Lodge & Hutz LLP

Of Counsel:

Scott R. Miller (CA Bar No. 112656)
Connolly Bove Lodge & Hutz LLP
355 South Grand Avenue, Suite 3150
Los Angeles, CA 90071
Telephone: (213) 787-2500
Facsimile: (213) 687-0498

Tracy R. Roman (CA Bar No. 199031)
Raskin Peter Rubin & Simon LLP
1801 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: (310) 277-0010
Facsimile: (310) 277-1980

By: /s/ James D. Heisman
    Jeffrey B. Bove (#998)
    Jaclyn M. Mason (#4737)
    James D. Heisman (#2746)
    The Nemours Building, 8th floor
    1007 North Orange Street
    Wilmington, DE 19801
    Telephone: (302) 658-9141
    Facsimile: (302) 658-5614

*Attorneys for Defendant*
*ViewSonic Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of February 2007, a true and correct copy of the foregoing DEFENDANT VIEWSONIC CORPORATION'S THIRD SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF LG. PHILIPS LCD CO., LTD. was hand delivered to the following persons:

Richard D. Kirk, Esq.
The Bayard Firm
222 Delaware Avenue
Suite 900
Wilmington, DE 19801

Anne Shea Gaza, Esq.
Frederick L. Cottrell, III
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19801

I further certify that on the 23rd day of February 2007, I have sent by email the foregoing document to the following non-registered participants:

Cass W. Christenson, Esq.
Lora A. Brzezynski, Esq.
Rel S. Ambrozy, Esq.
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006

Mark H. Krietzman, Esq.
Valerie W. Ho, Esq.
Frank E. Merideth, Jr., Esq.
Steve Hassid, Esq.
Greenberg Traurig, LLP
2450 Colorado Ave., Suite 400E
Santa Monica, CA 90404

Tracy R. Roman, Esq.
Raskin Peter Rubin & Simon LLP
1801 Century Park East
Suite 2300
Los Angeles, CA 90067-2325

/s/ James D. Heisman
James D. Heisman (# 2746)
jheisman@cblh.com

- 4 -