# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD.,<br><br>            Plaintiff,<br><br>    v.<br><br>TATUNG CO.;<br>TATUNG COMPANY OF AMERICA, INC.; AND<br>VIEWSONIC CORPORATION<br><br>            Defendants. | CIVIL ACTION NO. 04-343 |

**DEFENDANT VIEWSONIC CORPORATION'S FOURTH SET OF
REQUESTS FOR PRODUCTION OF DOCUMENTS
TO PLAINTIFF LG. PHILIPS LCD CO., LTD.**

Pursuant to Fed. R. Civ. P. 26 and 34, Defendant ViewSonic Corporation serves the following requests for production of documents on Plaintiff LG.Philips LCD Co., Ltd., and requests that LG.Philips LCD Co., Ltd. produce for inspection and copying the documents requested herein. The documents are to be produced, within thirty (30) days after service of the requests at the offices of Connolly Bove Lodge & Hutz LLP, 355 South Grand Avenue, Suite 3150, Los Angeles, CA 90071.

**I.    DEFINITIONS AND INSTRUCTIONS**

ViewSonic incorporates the definitions and instructions in its previous Requests for Production of Documents.

**II.    REQUESTS FOR PRODUCTION OF DOCUMENTS**

**REQUEST FOR PRODUCTION NO. 128:**

All information from January 1, 1997 relating to the structures, devices, mechanisms and/or methods used to affix, secure, mount, or attach a flat panel display device (e.g., an LCD module, plasma display panel or field emission device) to, on, or within any other structure, including but not limited to a frame, chassis, tray, enclosure, case, housing, or stand, at or near

the corners of the flat panel display device, including a sample of each such flat panel display device.

**REQUEST FOR PRODUCTION NO. 129:**

All information related to projections, budgets, forecasts and business plans from January 1, 1997 regarding any flat panel display device (e.g., an LCD module, plasma display panel or field emission device) that can be affixed, secured, mounted, or attached to, on, or within any other structure, including but not limited to a frame, chassis, tray, enclosure, case, housing, or stand, at or near the corners of the flat panel display device.

**REQUEST FOR PRODUCTION NO. 130:**

All information related to projections, budgets, forecasts and business plans from January 1, 1997 regarding any flat panel display device (e.g., an LCD module, plasma display panel or field emission device) that can be affixed, secured, mounted, or attached to, on, or within any other structure, including but not limited to a frame, chassis, tray, enclosure, case, housing, or stand, not at or near the corners of the flat panel display device.

Date: February 28, 2007

Respectfully submitted,

Connolly Bove Lodge & Hutz LLP

Of Counsel:

Scott R. Miller (CA Bar No. 112656)
Connolly Bove Lodge & Hutz LLP
355 South Grand Avenue, Suite 3150
Los Angeles, CA 90071
Telephone: (213) 787-2500
Facsimile: (213) 687-0498

Tracy R. Roman (CA Bar No. 199031)
Raskin Peter Rubin & Simon LLP
1801 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: (310) 277-0010
Facsimile: (310) 277-1980

By: : */s/ James D. Heisman*
Jeffrey B. Bove (#998)
James D. Heisman (# 2746)
Jaclyn M. Mason (#4737)
The Nemours Building, 8th floor
1007 North Orange Street
Wilmington, DE 19801
Telephone: (302) 658-9141
Facsimile: (302) 658-5614

*Attorneys for Defendant
ViewSonic Corporation*

## CERTIFICATE OF SERVICE

I, James D. Heisman, hereby certify that on February 28, 2007, a true copy of the foregoing **DEFENDANT VIEWSONIC CORPORATION'S FOURTH SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF LG. PHILIPS LCD CO., LTD.** was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following and the document is available for viewing and downloading from CM/ECF:

Richard D. Kirk
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Anne Shea Gaza
Frederick L. Cottrell III
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19801

I hereby certify that on February 28, 2007, I have sent by email and U.S. Mail the foregoing document to the following non-registered participants:

Cass W. Christenson
Lora A. Brzezynski
Rel S. Ambrozy
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006

Mark H. Krietzman
Valerie W. Ho
Frank E. Merideth, Jr.
Steve P. Hassid
Greenberg Traurig, LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404

Tracy R. Roman
Raskin Peter Rubin & Simon
1801 Century Park East 23rd Floor
Los Angeles, CA 90067

By: /s/ *James D. Heisman*
James D. Heisman (# 2746)
jheisman@cblh.com

524483_1.DOC