# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD.,<br><br>  Plaintiff,<br><br>  v.<br><br>TATUNG CO.;<br>TATUNG COMPANY OF AMERICA, INC.; AND<br>VIEWSONIC CORPORATION<br><br>  Defendants. | CIVIL ACTION NO. 04-343 |

## DEFENDANT VIEWSONIC CORPORATION'S THIRD SET OF INTERROGATORIES TO PLAINTIFF LG. PHILIPS LCD CO., LTD.

Pursuant to Rule 33 of the Federal Rule of Civil Procedure, Defendant ViewSonic Corporation requests that Plaintiff LG. Philips LCD Co., Ltd. respond to the following Interrogatories, separately and fully, under oath and in writing. The response shall be signed by the person making said response and served upon Plaintiff within 30 days after service of these Interrogatories.

### I.  DEFINITIONS AND INSTRUCTIONS

ViewSonic incorporates the definitions and instructions in its previous Interrogatories.

### II.  INTERROGATORIES

**INTERROGATORY NO. 30:**

Identify each product by model number and/or other designation made, sold, offered for sale, demonstrated or used by or on behalf of LPL on or after January 1, 1998 that incorporates or embodies a "flat panel display device" as that term is used in any of claims 38, 39, 44, 45, and/or 56 of the '641 patent.

**INTERROGATORY NO. 31:**

State the monthly and annual sales and resultant gross and net profits for each product sold by or on behalf of LPL on or after January 1, 1998 by country and by model number and/or other designation that incorporates or embodies a "flat panel display device" as that term is used in any of claims 38, 39, 44, 45, and/or 56 of the '641 patent. It is acceptable, to the extent it is less burdensome for LPL, to provide the information requested by country in a form that provides the information by U.S. and by the rest of the world.

**INTERROGATORY NO. 32:**

Identify each product by model number and/or other designation made, sold, offered for sale, demonstrated or used by or on behalf of LPL on or after January 1, 1998 that incorporates or embodies a "rear mountable flat panel display device" as that term is used in any of claims 38, 39, 44, 45, and/or 56 of the '641 patent.

**INTERROGATORY NO. 33:**

State the monthly and annual sales and resultant gross and net profits for each product sold by or on behalf of LPL on or after January 1, 1998 by country and by model number and/or other designation that incorporates or embodies a "rear mountable flat panel display device" as that term is used in any of claims 38, 39, 44, 45, and/or 56 of the '641 patent. It is acceptable, to the extent it is less burdensome for LPL, to provide the information requested by country in a form that provides the information by U.S. and by the rest of the world.

**INTERROGATORY NO. 34:**

State in detail the material differences between any product made, sold, offered for sale by or on behalf of LPL on or after January 1, 1998 that incorporates or embodies any "rear mountable flat panel display device" as that term is used in any of claims 38, 39, 44, 45, and/or 56 of the '641 patent and any invention claimed in any of claims 38, 39, 44, 45, and/or 56 of the '641 patent, and any other products made, sold, or offered for sale by or on behalf of LPL on or after January 1, 1998 that incorporate or embody any invention claimed in claims 35, 36 and/or 55 of the '641 patent and/or claims 33, 34, 35 and/or 40 of the '718 patent.

Date: February 23, 2007                    Respectfully submitted,

                                           Connolly Bove Lodge & Hutz LLP

Of Counsel:                                By: /s/ James D. Heisman
                                               Jeffrey B. Bove (#998)
Scott R. Miller (CA Bar No. 112656)            Jaclyn M. Mason (#4737)
Connolly Bove Lodge & Hutz LLP                 James D. Heisman (# 2746)
355 South Grand Avenue, Suite 3150             The Nemours Building, 8th floor
Los Angeles, CA  90071                         1007 North Orange Street
Telephone: (213) 787-2500                      Wilmington, DE 19801
Facsimile: (213) 687-0498                      Telephone: (302) 658-9141
                                               Facsimile: (302) 658-5614

                                           *Attorneys for Defendant
Tracy R. Roman (CA Bar No. 199031)         ViewSonic Corporation*
Raskin Peter Rubin & Simon LLP
1801 Century Park East, Suite 2300
Los Angeles, CA  90067
Telephone: (310) 277-0010
Facsimile: (310) 277-1980

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of February 2007, a true and correct copy of the foregoing DEFENDANT VIEWSONIC CORPORATION'S THIRD SET OF INTERROGATORIES TO PLAINTIFF LG. PHILIPS LCD CO., LTD. was hand delivered to the following persons:

Richard D. Kirk, Esq.
The Bayard Firm
222 Delaware Avenue
Suite 900
Wilmington, DE 19801

Anne Shea Gaza, Esq.
Frederick L. Cottrell, III
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19801

I further certify that on the 23rd day of February 2007, I have sent by email the foregoing document to the following non-registered participants:

Cass W. Christenson, Esq.
Lora A. Brzezynski, Esq.
Rel S. Ambrozy, Esq.
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006

Mark H. Krietzman, Esq.
Valerie W. Ho, Esq.
Frank E. Merideth, Jr., Esq.
Steve Hassid, Esq.
Greenberg Traurig, LLP
2450 Colorado Ave., Suite 400E
Santa Monica, CA 90404

Tracy R. Roman, Esq.
Raskin Peter Rubin & Simon LLP
1801 Century Park East
Suite 2300
Los Angeles, CA 90067-2325

*/s/ James D. Heisman*
James D. Heisman (# 2746)
jheisman@cblh.com

4