# EXHIBIT 5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD.,<br><br>    Plaintiff,<br><br>  v.<br>TATUNG CO.;<br>TATUNG COMPANY OF AMERICA, INC.; AND<br>VIEWSONIC CORPORATION<br><br>    Defendants. | CIVIL ACTION NO. 04-343 |

**DEFENDANT VIEWSONIC CORPORATION'S SECOND SET OF
REQUESTS FOR ADMISSION TO
PLAINTIFF LG. PHILIPS LCD CO., LTD.**

In accordance with Rule 36 of the Federal Rules of Civil Procedure, Defendant ViewSonic Corporation requests that Plaintiff LG. Philips LCD Co., Ltd. answer the following Requests for Admissions ("RFAs") within thirty (30) days after service hereof.

**I. DEFINITIONS AND INSTRUCTIONS**

ViewSonic incorporates the definitions and instructions in its previous RFAs, and the definitions in its Requests for Production of Documents, and Interrogatories.

**II. REQUESTS FOR ADMISSION**

**REQUEST FOR ADMISSION NO. 34:**

Admit that LPL believes that no product sold by or on behalf of LPL on or after January 1, 1998 incorporates or embodies a "rearmountable flat panel display device" as that term is used in claims 38, 39, 44, 45, and 56 of the '641 patent.

**REQUEST FOR ADMISSION NO. 35:**

Admit that LPL believes that no product sold by or on behalf of LPL on or after January

1, 1998 incorporates or embodies any invention claimed in claims 38, 39, 44, 45, and 56 of the '641 patent and claim 36 of the '718 patent.

**REQUEST FOR ADMISSION NO. 36:**

Admit that LPL believes that no product sold by or on behalf of LPL on or after January 1, 1998 incorporates or embodies a "frame" that is "capable of being fixed to a housing of a data processing device" as those terms are used in claim 56 of the '641 patent.

**REQUEST FOR ADMISSION NO. 37:**

Admit that LPL does not contend that ViewSonic's VE155b infringes any of claims 38, 39, 44, 45, and 56 of the '641 patent and claim 36 of the '718 patent.

Date: February 23, 2007                               Respectfully submitted,

                                                       Connolly Bove Lodge & Hutz LLP

Of Counsel:                                            By: /s/ James D. Heisman
                                                       Jeffrey B. Bove (#998)
Scott R. Miller (CA Bar No. 112656)                    Jaclyn M. Mason (#4737)
Connolly Bove Lodge & Hutz LLP                         James D. Heisman (#2746)
355 South Grand Avenue, Suite 3150                     The Nemours Building, 8th floor
Los Angeles, CA 90071                                  1007 North Orange Street
Telephone: (213) 787-2500                              Wilmington, DE 19801
Facsimile: (213) 687-0498                              Telephone: (302) 658-9141
                                                       Facsimile: (302) 658-5614

Tracy R. Roman (CA Bar No. 199031)                     *Attorneys for Defendant*
Raskin Peter Rubin & Simon LLP                         *ViewSonic Corporation*
1801 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: (310) 277-0010
Facsimile: (310) 277-1980

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of February 2007, a true and correct copy of the foregoing DEFENDANT VIEWSONIC CORPORATION'S SECOND SET OF REQUESTS FOR ADMISSION TO PLAINTIFF LG. PHILIPS LCD CO., LTD was hand delivered to the following persons:

Richard D. Kirk, Esq.
The Bayard Firm
222 Delaware Avenue
Suite 900
Wilmington, DE 19801

Anne Shea Gaza, Esq.
Frederick L. Cottrell, III
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19801

I further certify that on the 23rd day of February 2007, I have sent by email the foregoing document to the following non-registered participants:

Cass W. Christenson, Esq.
Lora A. Brzezynski, Esq.
Rel S. Ambrozy, Esq.
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006

Tracy R. Roman, Esq.
Raskin Peter Rubin & Simon LLP
1801 Century Park East
Suite 2300
Los Angeles, CA 90067-2325

Mark H. Krietzman, Esq.
Valerie W. Ho, Esq.
Frank E. Merideth, Jr., Esq.
Steve Hassid, Esq.
Greenberg Traurig, LLP
2450 Colorado Ave., Suite 400E
Santa Monica, CA 90404

/s/ James D. Heisman
James D. Heisman (# 2746)
jheisman@cblh.com

3