# EXHIBIT 13

**Manuel C. Nelson**

---

**From:** Manuel C. Nelson
**Sent:** Thursday, April 19, 2007 11:57 PM
**To:** 'Cormac Connor'
**Cc:** 'A. Stitzer'; 'Allan Jansen'; 'Anne Shea Gaza'; 'Cass W. Christenson '; 'Christopher Darrow'; 'Dick Kirk'; 'Frank C. Merideth, Jr. '; 'Frederick L. Cottrell'; 'HassidS@gtlaw.com'; Jaclyn M. Mason; James Heisman; Jeff Bove; Jill J. Herr; Julie Lorenzen; Kristen Rohrabaugh; 'Lees'; Litigation Docketing Desk; 'Lora A. Brzezynski '; 'Mark Krietzman'; 'Michael Secondo'; Nancy Phillips; 'Ohc'; 'Pouratiand'; 'Rel Ambrozy'; 'S. Klevens'; Manuel C. Nelson; 'Tracy R. Roman'; 'Valerie Ho'
**Subject:** April 19, 2007 Meet and Confer

Mr. Connor,
I apologize that I did not correspond earlier regarding proposed days and time to complete our meet and confer next week.
I will make myself available next Monday and Tuesday, from 6 am to 7 am PST (9 am to 10 am EST) to complete our meet and confer on LPL's responses to ViewSonic's recent discovery requests. Could you please let me know what day and time works best for you, or propose a different day/time for the call?

I will send an email Friday evening or Saturday following up on today's meet and confer, and indicating whether ViewSonic will accept LPL's proposal we discussed regarding a qualified response to RFAs 34 and 36, and whether ViewSonic can propose a reduction in scope of RFPs 128-130.

Additionally, I confirm ViewSonic's acceptance of LPL's proposal to correct via a letter the typographical error in LPL's most recent response to ViewSonic's interrogatories which inadvertently asserted claim 37 of the '641 patent.

Thank you.

Regards,

Manuel

5/2/2007