# EXHIBIT 16

**Manuel C. Nelson**

---

| | |
|---|---|
| **From:** | Christenson, Cass [cchristenson@mckennalong.com] |
| **Sent:** | Wednesday, April 25, 2007 8:27 AM |
| **To:** | Manuel C. Nelson; Connor, Cormac |
| **Cc:** | A. Stitzer; Allan Jansen; Anne Shea Gaza; Christopher Darrow; Dick Kirk; Frank C. Merideth, Jr. ; Frederick L. Cottrell; HassidS@gtlaw.com; Jaclyn M. Mason; James Heisman; Jeff Bove; Jill J. Herr; Julie Lorenzen; Kristen Rohrabaugh; Lees; Litigation Docketing Desk; Brzezynski, Lora; Mark Krietzman; Michael Secondo; Nancy Phillips; Ohc; Pouratiand; Ambrozy, Rel; Klevens, Shari; Tracy R. Roman; Valerie Ho; Kokrda, Jessie |
| **Subject:** | RE: April 24, 2007 meet and confer |

Manuel: We would agree to push back by one week any briefing and hearing to see whether we can make progress. Regards, Cass

---

**From:** Manuel C. Nelson [mailto:MNelson@cblh.com]
**Sent:** Tuesday, April 24, 2007 8:28 PM
**To:** Connor, Cormac
**Cc:** A. Stitzer; Allan Jansen; Anne Shea Gaza; Christenson, Cass; Christopher Darrow; Dick Kirk; Frank C. Merideth, Jr. ; Frederick L. Cottrell; HassidS@gtlaw.com; Jaclyn M. Mason; James Heisman; Jeff Bove; Jill J. Herr; Julie Lorenzen; Kristen Rohrabaugh; Lees; Litigation Docketing Desk; Brzezynski, Lora; Mark Krietzman; Michael Secondo; Nancy Phillips; Ohc; Pouratiand; Ambrozy, Rel; Klevens, Shari; Tracy R. Roman; Valerie Ho; Kokrda, Jessie
**Subject:** April 24, 2007 meet and confer

Mr. Connor:

We regret to have learned in today's meet and confer that your liaison at LPL is experiencing personal or family problems. We are somewhat encouraged by the progress the parties seem to be making on some of the issues. To the extent a short delay in the filing of any motion by ViewSonic on it's new discovery requests would facilitate communications with LPL that may help further narrow or avoid any motion to the Special Master, ViewSonic is willing to defer the briefing and hearing schedule for such motion by one week due to this unfortunate circumstance. If LPL believes that such an extension would be beneficial, could you please advise by noon EST tomorrow if LPL would like to stipulate to such an extension?

We expect to send a separate email later this evening or tomorrow summarizing today's meet and confer.

Regards,

Manuel

This e-mail message, including any attached documents, is intended only for use by the addressee(s) named herein and may contain information which is privileged and/or confidential and may be an attorney-client communication and work product of counsel. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution and/or use of the contents of this e-mail is strictly prohibited and may be a violation of law. Please notify the sender by reply e-mail or telephone (302-658-9141) to advise the sender of the error in transmission and permanently delete the message and any accompanying attachments from your system and any printout thereof.

To ensure compliance with IRS requirements, we inform you that any tax advice contained in this communication is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any transaction or matter addressed herein.

CONFIDENTIALITY NOTICE:
This e-mail and any attachments contain information from
the law firm of McKenna Long & Aldridge LLP, and are
intended solely for the use of the named recipient or
recipients. This e-mail may contain privileged
attorney/client communications or work product. Any
dissemination of this e-mail by anyone other than an
intended recipient is strictly prohibited. If you are not a
named recipient, you are prohibited from any further
viewing of the e-mail or any attachments or from making any
use of the e-mail or attachments. If you believe you have

received the e-mail in error, notify the sender immediately and permanently delete the e-mail, any attachments, and all copies thereof from any drives or storage media and destroy any printouts of the e-mail or attachments.

5/2/2007