IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> TATUNG CO.; <br> TATUNG COMPANY OF AMERICA, INC.; AND <br> VIEWSONIC CORPORATION, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 04-343-JJF <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

# EXHIBITS 22-23 WERE FILED UNDER SEAL WITH THE CLERK'S OFICE

536874_1_EX22-23.DOC