# EXHIBIT 24



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

November 21, 2006

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF THE FILE WRAPPER AND CONTENTS OF:

APPLICATION NUMBER: *09/285,338*
FILING DATE: *April 02, 1999*
PATENT NUMBER: *6,501,641*
ISSUE DATE: *December 31, 2002*

By Authority of the

Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office



T. WALLACE
Certifying Officer

PART ( 1 ) OF ( 2 ) PART(S)

VS5005339

PATENT NUMBER

**6501641**

6501641

**U.S. UTILITY PATENT APPLICATION**

| O.I.P.E | PATENT DATE DEC 3 1 2002 |
|---|---|
| SCANNED _____ Q.A. _____ | |

| SECTOR | CLASS | SUBCLASS | ART UNIT | EXAMINER |
|---|---|---|---|---|
| | 3 4 1 | 058  681 | 2835 | |

FILED WITH: ☐ DISK (CRF)  ☐ FICHE
(Attached in pocket on right inside flap)

## PREPARED AND APPROVED FOR ISSUE

### ISSUING CLASSIFICATION

| ORIGINAL | | CROSS REFERENCE(S) | |
|---|---|---|---|
| CLASS | SUBCLASS | CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) |
| 361 | 681 | 361 | 683  729 |
| INTERNATIONAL CLASSIFICATION | | 349 | 58 |
| G 0 6 F | 1/16 | | |

☒ Continued on Issue Slip inside file jacket

| TERMINAL DISCLAIMER | DRAWINGS | | | CLAIMS ALLOWED | |
|---|---|---|---|---|---|
| | Sheets Drwg. | Figs. Drwg. | Print Fig. | Total Claims | Print Claim for O.G. |
| | 16 | 19 18 | 5 6 | 5 8 | |

| | NOTICE OF ALLOWANCE MAILED |
|---|---|
| ☐ The term of this patent subsequent to _____ (date) has been disclaimed. | (Assistant Examiner)  (Date) |
| ☐ The term of this patent shall not extend beyond the expiration date of U.S. Patent No. _____ | 8/1/02 |
| | DARREN SCHUBERG SUPERVISORY PATENT EXAMINER TECHNOLOGY CENTER 2800  8/1/02 (Primary Examiner)  (Date) |
| | ISSUE FEE |
| | Amount Due $1280·00  Date Paid 11-1-02 |
| ☐ The terminal _____ months of this patent have been disclaimed. | Roberts  8-2-2 (Legal Instruments Examiner)  (Date) |
| | ISSUE BATCH NUMBER |

**WARNING:**
The information disclosed herein may be restricted. Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368. Possession outside the U.S. Patent & Trademark Office is restricted to authorized employees and contractors only.

Form PTO–436A
(Rev. 6/99)

FILED WITH: ☐ DISK (CRF)  ☐ FICHE  ☐ CD-ROM
(Attached in pocket on right inside flap)

DRAWINGS IN FILE

ISSUE FEE IN FILE

(FACE)

(FACE)

VS5005340



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address:   COMMISSIONER OF PATENTS AND TRADEMARKS
             Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 09/285,538 | 04/02/99   KIM | | 2/330-7059 |

|  | | EXAMINER |
|---|---|---|
| SONG K. JUNG | | CHANG, Y |
| LONG ALDRIDGE & NORMAN, LLP | | |
| SIXTH FLOOR | ART UNIT | PAPER NUMBER |
| 701 PENNSYLVANIA AVE., N.W., | | |
| WASHINGTON, DC 20004 | 2838 | 6 |
| | DATE MAILED: | |
| | | 10/11/00 |

MMC2/1011


**Please find below and/or attached an Office communication concerning this application or proceeding.**

                                                    Commissioner of Patents and Trademarks


PTO-90C (Rev. 2/95)

U.S. G.P.O. 2000 ; 465-188/25266

1- File Copy

VS5005456

| *Office Action Summary* | Application No. | Applicant(s) |
|---|---|---|
| | 09/285,338 | KIM ET AL. |
| | Examiner | Art Unit | |
| | Yean-Hsi Chang | 2835 | |

-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE _3_ MONTH(S) FROM THE MAILING DATE OF THIS COMMUNICATION.

- Extensions of time may be available under the provisions of 37 CFR 1.136 (a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If the period for reply specified above is less than thirty (30) days, a reply within the statutory minimum of thirty (30) days will be considered timely.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).

**Status**

1)☒ Responsive to communication(s) filed on _02 April 1999_ .

2a)☐ This action is FINAL.  2b)☒ This action is non-final.

3)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

4)☒ Claim(s) _1-55_ is/are pending in the application.

    4a) Of the above claim(s) _____ is/are withdrawn from consideration.

5)☐ Claim(s) _____ is/are allowed.

6)☒ Claim(s) _1-55_ is/are rejected.

7)☐ Claim(s) _____ is/are objected to.

8)☐ Claims _____ are subject to restriction and/or election requirement.

**Application Papers**

9)☐ The specification is objected to by the Examiner.

10)☐ The drawing(s) filed on _____ is/are objected to by the Examiner.

11)☐ The proposed drawing correction filed on _____ is: a)☐ approved b)☐ disapproved.

12)☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. § 119**

13)☒ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

    a)☒ All b)☐ Some * c)☐ None of the CERTIFIED copies of the priority documents have been:

        1.☒ received.

        2.☐ received in Application No. (Series Code / Serial Number) _____ .

        3.☐ received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

    * See the attached detailed Office action for a list of the certified copies not received.

14)☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. & 119(e).

**Attachment(s)**

15)☒ Notice of References Cited (PTO-892)
16)☒ Notice of Draftsperson's Patent Drawing Review (PTO-948)
17)☐ Information Disclosure Statement(s) (PTO-1449) Paper No(s) _____ .

18)☐ Interview Summary (PTO-413) Paper No(s). _____ .
19)☐ Notice of Informal Patent Application (PTO-152)
20)☐ Other: .

U.S. Patent and Trademark Office
PTO-326 (Rev. 3-98)                     Office Action Summary                     Part of Paper No. 6

VS5005457

Application/Control Number: 09/285,338                                           Page 2
Art Unit: 2835

## DETAILED ACTION

### *Drawings*

1.      The drawings are objected to under 37 CFR 1.83(a). The drawings must show every feature of the invention specified in the claims.  Therefore, the "first fastening element", "second fastening element", "third fastening element", "display panel supporting member", "first support member", "second support member", "fastening hole", "display support member", "a fastening part", "a flat panel display", "a peg", "a light source unit", "a first part", and "a second part" must be shown or the feature(s) canceled from the claim(s).  No new matter should be entered.

### *Claim Rejections - 35 USC § 112*

2.      Claim 7 recites the limitation "the display support member"" in line 1.  There is insufficient antecedent basis for this limitation in the claim.

### *Claim Rejections - 35 USC § 102*

3.      The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that form the basis for the rejections under this section made in this Office action:

A person shall be entitled to a patent unless —

Application/Control Number: 09/285,338                                    Page 3
Art Unit: 2835

> (b) the invention was patented or described in a printed publication in this or a foreign country or in public use or on sale in this country, more than one year prior to the date of application for patent in the United States.

4.    Claims 1-34 are rejected under 35 U.S.C. 102(b) as being anticipated by Abell Jr. et al. (US 5,268,816).

Abell teaches a portable computer (10, fig. 2) comprising:

- a body (12, fig. 2) having an information input device (11, fig.2)

- a case (16, fig. 2) having fastening element (not numbered)

- a display panel (30, fig. 5) attached to the case by fastening elements (not numbered)

- a hinge (91, fig. 2) being in both the body and the case, coupling the body and the case together

- a hinge arm (assumed to be display panel support member; 89, fig. 4) attached to the display panel, having a pin portion (assumed to be a first support element; 98, fig. 2), and an extended portion (not numbered) shaped like a "F", "L", "C", "E", or "H"

- fastening holes and screws being at four corners, and behind a bezel (59, fig. 5)

5.    The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that form the basis for the rejections under this section made in this Office action:

> A person shall be entitled to a patent unless —
>
> (e) the invention was described in a patent granted on an application for patent by another filed in the United States before the invention thereof by the applicant for patent, or on an international application

Application/Control Number: 09/285,338                                    Page 4
Art Unit: 2835

> by another who has fulfilled the requirements of paragraphs (1), (2), and (4) of section 371(c) of this
> title before the invention thereof by the applicant for patent.

6.      Claims 35-43, 47-50 and 54-55 are rejected under 35 U.S.C. 102(e) as being

anticipated by Yun et al. (US 5,835,139).

Yun teaches a flat panel display device comprising:

- a backlight unit (not numbered) including a first frame (190, fig. 6) having

  fastening holes (410a, fig.6) at four corners, a reflector unit (140, fig. 6), a

  light source unit (110 and 120, fig. 6), a light guide unit (130, fig. 6), a diffuser

  unit (180, fig. 6), and a prism unit (160 and 170, fig. 6)

- a flat panel display (300, fig. 6) between the first frame and a second frame

  (400, fig.6)

- screws for fastening purposes

### Claim Rejections - 35 USC § 103

7.      The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all

obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set
> forth in section 102 of this title, if the differences between the subject matter sought to be patented and
> the prior art are such that the subject matter as a whole would have been obvious at the time the
> invention was made to a person having ordinary skill in the art to which said subject matter pertains.
> Patentability shall not be negatived by the manner in which the invention was made.

8.      Claims 44-46 and 51-53 are rejected under 35 U.S.C. 103(a) as being

unpatentable over Yun et al. in view of Liu (US 5,423,605).

VS5005460

Application/Control Number: 09/285,338                                   Page 5
Art Unit: 2835

Yun DIFFERS from claims 44-46 and 51-53 in that it does not teach a fastening part including a protruding hook and a hole. However, Liu teaches a fastening part including a hook (15, fig. 1) with one portion being larger than another, and a hole (31, fig. 1). It would have been obvious to one having ordinary skill in the art at the time the invention was made to modify the device of Yun with the fastening part taught by Liu for the purpose of easier assembling.

## Conclusion

9.     The prior art made of record and not relied upon is considered pertinent to applicant's disclosure:

Kurihara et al. (US 5,946,061)

Masaru (GB 2 170 035 A)

## Correspondence

10.     Any inquiry concerning this communication or earlier communications from the examiner should be directed to Yean-Hsi Chang whose telephone number is (703) 306-5798.  The examiner can normally be reached on 07:30-17:00.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Leo Picard can be reached on (703) 308-0538.  The fax phone number for

Application/Control Number: 09/285,338                                    Page 6
Art Unit: 2835

the organization where this application or proceeding is assigned are (703) 305-3431 for

regular communications and for After Final communications.

Any inquiry of a general nature or relating to the status of this application or

proceeding should be directed to the receptionist whose telephone number is 305-8558.


Yean-Hsi Chang
Patent Examiner
Art Unit: 2835
October 8, 2000

                                    Leo P. Picard
                             Supervisory Patent Examiner
                              Technology Center 2800

VS5005462

| *Notice of References Cited* | | Application/Control No. 09/285,338 | | | Applicant(s)/Patent Under Reexamination KIM ET AL. | | |
|---|---|---|---|---|---|---|---|
| | | Examiner Yean-Hsi Chang | | | Art Unit 2835 | Page 1 of 1 | |

### U.S. PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | NAME | CLASS | SUBCLASS | DOCUMENT SOURCE ** APS | OTHER |
|---|---|---|---|---|---|---|---|---|
| ☐ | A | 5,268,816 | Dec. 1993 | Abell, Jr. et al. | 361 | 729 | ☒ | ☐ |
| ☐ | B | 5,835,139 | Nov. 1998 | Yun et al. | 349 | 58 | ☒ | ☐ |
| ☐ | C | 5,423,605 | Jun. 1995 | Liu | 312 | 265.6 | ☒ | ☐ |
| ☐ | D | 5,946,061 | Aug. 1999 | Kurihara et al. | 349 | 58 | ☒ | ☐ |
| ☐ | E | ~~GB 2 170 035 A~~ | ~~Jul. 1986~~ | ~~Masaru Yogi~~ | ~~G09F~~ | ~~7/18~~ | ☒ | ☐ |
| ☐ | F | | | | | | ☐ | ☐ |
| ☐ | G | | | | | | ☐ | ☐ |
| ☐ | H | | | | | | ☐ | ☐ |
| ☐ | I | | | | | | ☐ | ☐ |
| ☐ | J | | | | | | ☐ | ☐ |
| ☐ | K | | | | | | ☐ | ☐ |
| ☐ | L | | | | | | ☐ | ☐ |
| ☐ | M | | | | | | ☐ | ☐ |

### FOREIGN PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUBCLASS | DOCUMENT SOURCE ** APS | OTHER |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | N | GB2 170035A | July 1966 | GBX | Masaru Yogi | G09F | 7/18 | ☒ | ☐ |
| ☐ | O | | | | | | | ☐ | ☐ |
| ☐ | P | | | | | | | ☐ | ☐ |
| ☐ | Q | | | | | | | ☐ | ☐ |
| ☐ | R | | | | | | | ☐ | ☐ |
| ☐ | S | | | | | | | ☐ | ☐ |
| ☐ | T | | | | | | | ☐ | ☐ |

### NON-PATENT DOCUMENTS

| * | | DOCUMENT (Including Author, Title Date, Source, and Pertinent Pages) | DOCUMENT SOURCE ** APS | OTHER |
|---|---|---|---|---|
| ☐ | U | | ☐ | ☐ |
| ☐ | V | | ☐ | ☐ |
| ☐ | W | | ☐ | ☐ |
| ☐ | X | | ☐ | ☐ |

*A copy of this reference is not being furnished with this Office action. (See Manual of Patent Examining Procedure, Section 707.05(a).)
**APS encompasses any electronic search i.e. text, image, and Commercial Databases.
U.S. Patent and Trademark Office

PTO-892 (Rev. 03-98)    Notice of References Cited    Part of Paper No. 6

VS5005463

Docket No.    8733.042.00

#10|B DEMAS 1/25/01

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

IN RE APPLICATION OF:  Jong Hwan KIM, et al.          GAU:          2835

SERIAL NO:    09/285,338                              EXAMINER: Chang

FILING DATE: April 2, 1999

FOR:          Portable Computer Having a Flat Panel Display Device

RECEIVED JAN 22 2001 TECHNOLOGY CENTER 2800

OIPE JAN 17 2001 PATENT & TRADEMARK OFFICE

## AMENDMENT

ASSISTANT COMMISSIONER FOR PATENTS

WASHINGTON, D.C.  20231

SIR:

In response to the Office Action dated October 11, 2000, the period for response being extended by one-month by the accompanying Request for Extension of Time, please amend the above-identified application as follows:

## IN THE SPECIFICATION:

Page 2, line 19, please change "the device 111" to read -- the flat panel display device 111 --;

Page 3, line 5, please delete "module";

Page 3, line 9, please change "the panel 132" to read -- the LCD panel 132 --;

Page 3, line 13, please change "the case 122" to read -- the display case 122 --;

Page 4, line 3, please change "the case 122" to read -- the display case 122 --;

Page 4, line 5, please change "the LCD panel" to read -- the LCD device --;

Page 4, line 7, please change "the LCD panel," to read -- the LCD panel 112, --;

Page 4, line 13, please add -- flat panel -- before "display device assembly 110";

Page 9, line 8, please change "second" to read -- first --;

Page 9, line 18, please change "display case 122 (Fig. 1)" to read -- display case 30 (Fig. 8) --;

VS5005501

Page 9, line 19, please change "display case 122" to read -- display case 30 --;

Page 9, line 19, please change "the case 122" to read -- the display case 30 --;

Page 9, line 20, please change "bolts 128" to read -- bolts 18 --;

Page 9, line 21, please change "display case 122" to read -- display case 30 --;

Page 10, line 3, please delete "122";

Page 10, line 4, please change "the case 21" to read -- the display case 21 --;

Page 10, line 8, please change "20a" to read -- 21a --;

Page 10, line 10, please change "20a" to read -- 21a --;

Page 10, line 10, please change "holes 5" to read -- holes 15 --;

Page 10, line 14, please change "the" to read -- a --;

Page 10, line 15, please change "the case 21" to read -- the display case 21 --;

Page 11, line 12, please change "hole 30b" to read -- hole 21b --;

Page 11, line 13, please change "case 30" to read -- case 21 --;

Page 12, line 12, please change "device 30" to read -- case 30 --;

Page 14, line 13, please add -- (see Figs. 12-14) -- after hole 24c --;

Page 14, line 13, please add -- (see Figs. 15-16) -- after hole 30b --;


**IN THE CLAIMS:**

Please **AMEND** the claims as follows:

1. (Amended)  A portable computer comprising:

a housing including first and second sections, the first section having an information input device and the second section having a case having a first fastening element;

a display [panel] <u>device</u> including a second fastening element at a rear surface of the display [panel] <u>device</u>, the case and the display [panel] <u>device</u> being attached through the first and second fastening elements;

-2-

VS5005502

a hinge coupling the first and the second sections to each other; and

a display [panel] <u>device</u> support member having a third fastening element, the display [panel] <u>device</u> support member being attached to the display [panel] <u>device</u> through the third fastening element.

2. (Amended)  The portable computer according to claim 1, wherein the display [panel] <u>device</u> support member is attached to the display [panel] <u>device</u> through the first and third fastening elements.

3. (Amended)  The portable computer according to claim 1, wherein the display [panel] <u>device</u> support member includes:

a first support element extending in one direction; and

a second support element extending in a second direction.

5. (Amended)  The portable computer according to claim 3, wherein the display [panel] <u>device</u> support member has a shape of letter "F".

7. (Amended)  The portable computer according to claim 1, wherein the display <u>device</u> support member includes an arm extending upward.

10. (Amended)  The portable computer according to claim 7, wherein the arm includes a fastening hole a portion of the arm, the display [panel] <u>device</u> being attached to the arm through the fastening hole of the arm.

19. (Amended)  The portable computer according to claim 1, further comprising a screw

-3-

VS5005503

attaching the display [panel] <u>device</u> to the second section through the first and second fastening elements.

20. (Amended)  The portable computer according to claim 1, wherein the first and second fastening elements include first and second fastening holes, respectively, and further comprising a screw, the screw attaching the display [panel] <u>device</u> to the case through the first and second fastening elements.

21. (Amended)  The portable computer according to claim 1, wherein the display [panel] <u>device</u> support member is coupled to the hinge.

22. (Amended)  The portable computer according to claim 1, wherein the first fastening element includes at least one fastening hole located at a corner of the second section.

25. (Amended)  The portable computer according to claim 6, wherein the second fastening element includes at least one fastening hole located at a corner of the display [panel] <u>device</u> corresponding to the fastening hole of the first fastening element.

26. (Amended)  The portable computer according to claim 9, wherein the second fastening element includes at least two fastening holes at two corners of the display [panel] <u>device</u>.

27. (Amended)  The portable computer according to claim 9, wherein the second fastening element includes four fastening holes at four corners of the display [panel] <u>device</u>.

-4-

VS5005504

28. (Amended) The portable computer according to claim 1, wherein the first fastening element and the second fastening element include a screw hole, and a screw is inserted from the rear of the case to fasten the case to the display [panel] device.

29. (Amended) The portable computer according to claim 28, wherein the screw hole of the case is located at a position corresponding to [the] a display area of the display [panel] device.

30. (Amended) A portable computer comprising:

a housing including first and second sections, the first section having an information input device and the second section having a case having a first fastening element;

a display [panel] device including a second fastening element at a rear surface of the display [panel] device, the case and the display [panel] device being attached through the first and second fastening elements;

a hinge coupling the first and the second sections to each other;

a display [panel] device support member including an arm extending upward and a third fastening element, the display [panel] device support member being attached to the display [panel] device through the first and third fastening elements;

wherein the arm includes a fastening hole at a portion of the arm, the display [panel] device being attached to the arm through the fastening hole of the arm;

wherein the first and second fastening elements include first and second fastening holes, respectively, and the display [panel] device is attached to the case through the first and second fastening elements using a screw; and

wherein the display [panel] device support member is coupled to the hinge.

35. (Amended) A flat panel display device capable of being mounted to a data processing

-5-



device, the flat panel display device comprising:

a backlight unit including a first frame having a fastening part at a rear surface of the first frame, a flat <u>display</u> panel [display] adjacent to the backlight unit; and

a second frame;

wherein the flat <u>display</u> panel [display] is between the first frame and the second frame, the first frame of the backlight unit capable of being fixed to a housing of the data processing device through the fastening part at the rear surface of the first frame.

42. (Amended)  The flat panel display device according to claim 35, wherein the fastening part is not visible from a viewing direction of the flat <u>display</u> panel [display].

43. (Amended)  The flat panel display device according to claim 35, wherein the flat panel display device only shows the flat <u>display</u> panel [display] and the second frame when viewed from [the] <u>a</u> viewing direction of the display <u>panel</u>.

44. (Amended)  The flat panel display device according to claim 35, wherein the fastening part includes a protruding portion protruding away from the flat <u>display</u> panel [display].

47. (Amended)  A flat panel display device capable of being mounted to a housing, the flat panel display device comprising:

a backlight unit including:

a first frame having a fastening part at a rear surface of the first frame;

a reflector unit adjacent the first frame;

a light source unit adjacent the reflector unit; and

a light guide unit adjacent the light source unit;

-6-

VS5005506

a flat display panel [display] adjacent to the backlight unit;

a second frame; and

a screw attaching the first frame of the backlight unit to the second frame through the fastening part;

wherein the flat display panel [display] is between the first frame and the second frame, the first frame of the backlight unit capable of being fixed to the housing through the fastening part at the rear surface of the first frame.

49. (Amended)  The flat panel display device according to claim 47, wherein the fastening part is not visible from a viewing direction of the flat display panel [display].

50. (Amended)  The flat panel display device according to claim 47, wherein the flat panel display device only shows the flat panel display and the second frame when viewed from [the] a viewing direction of the display panel.

51. (Amended)  The flat panel display device according to claim 47, wherein the fastening part includes a protruding portion protruding away from the flat display panel [display].

55. (Amended)  A flat panel display device comprising:

a first frame having a fastening part at a rear surface of the first frame;

a second frame; and

a flat display panel [display] between the first and second frames;

wherein the first frame is capable of being fixed to a housing of [the] a data processing device through the fastening part at the rear surface of the first frame.

-7-

## REMARKS

Applicants' attorney wishes to thank the Examiner for the courtesy of an Examiner's interview on 9 January 2001. Applicants' attorney believes that some typographical errors in the specification, claims and drawings may have made it difficult for the Examiner to understand Applicants' claimed invention. Applicant's attorney believes that by that interview and this Amendment, any misunderstandings are eliminated and Applicants' invention has been clarified for the Examiner.

Applicants have amended the specification, and has submitted herewith "Proposed Drawing Revisions," for clarification and to correct minor typographical errors. No new matter has been added.

Applicants have amended claims 1-3, 5, 7, 10, 19-22, 25-30, 35, 42-44, 47, 49-51 and 55 for clarification, and without prejudice or disclaimer. Accordingly, claims 1-55 remain pending in the application.

## DRAWINGS OBJECTIONS

The Examiner objected to the drawings, indicating that the following elements should be shown: first fastening element; second fastening element; third fastening element; display device support member; first support element; second support element; fastening hole; display support member; fastening part; flat panel display; peg; light source unit; first part; and second part.

Applicants respectfully submit that examples of each of the above-listed elements is clearly shown in the Drawings and described in the specification. For example only, first fastening elements (associated with a case) are shown in: Fig. 5, element 21a; Figs. 6& 7,



VS5005508

element 23; Fig. 8, element 30a; and Figs. 15 & 16, element 30b. Also, for example only, second fastening elements (associated with a display device) are shown in: Figs. 4C & 5, element 15; Figs. 6 & 7, element 17; Figs. 8 & 9, element 15; and Figs. 15 & 16, element 19. Further, for example only, Fig. 8, element 24c shows a third fastening element associated with a display device support member 24. Also, for example only, the hinge arm element 24b shown in Figs. 8, 9, 12-14, is a display device support member.

For example only, exemplary first and second support elements are shown as hinge arm elements 24a and 24b in Fig. 8. Also, for example only, various fastening holes are shown in: Fig. 4C, 5, 8, and 9 element 15; Fig. 5, element 21a; Fig. 7, element 21b; Fig. 8, element 30a; Figs. 15 & 16, element 30b; and Figs. 8, 9, 12-14, element 24c. Further, for example only, various fastening parts are shown as fastener 17, in Figs. 6 & 7 (see also specification at page 10, line 20); Figs. 4C & 5, element 15; Figs. 8 & 9, element 15; and Figs. 15 & 16, element 19.

Applicants respectfully submit that the recited "display support member" was simply a typographical error and has been amended to read "display device support member" an example of which, as noted above, is shown as the hinge arm element 24b in Figs. 8, 9, 12-14.

A flat display panel is shown, for example, as a liquid crystal display (LCD) panel 12 in Fig. 4C. Exemplary pegs having a fastening hole are shown as elements 15a and 15 in Figs. 8 & 9. An exemplary light source unit is shown as the light guide unit 14e in Fig. 4C. First and second parts of a protruding portion of a fastening part can be seen in elements 17 and 19 of Figs. 6 and 15 respectively.

Accordingly, Applicants respectfully submit that examples of all claim elements are

-9-



clearly indicated in the drawings, and respectfully request the Examiner to withdraw all objections to the drawings.

### 35 U.S.C. § 112

The Examiner rejected claim 7 under 35 U.S.C. § 112 as lacking sufficient antecedent basis for the recited "display support member." Applicants have corrected the typographical error in this claim to read "display device support member" which Applicants respectfully submit has proper antecedent basis from the base claim 1. Accordingly, Applicants respectfully submit that claim 7 fully satisfies the requirements of 35 U.S.C. § 112.

### 35 U.S.C. § 102

The Examiner rejected claims 1-34 under 35 U.S.C. § 102(b) as being anticipated by Abell '816. Applicants respectfully traverse those rejections for at least the following reasons.

Claim 1 is drawn to a portable computer. For clarification to the Examiner, one example illustrating the claimed portable computer may be seen in Fig. 8, showing:

(1) a housing for a portable computer including a first section 20 and a second section having a case 30, the case having a first fastening element 30a;

(2) a display device 10 including a second fastening element 15 **on a rear surface of the display device** 10, the case 30 and display device 10 being attached through the first and second fastening elements 15 and 30a;

(3) a hinge 22, 24a coupling the first and second sections together; and

(4) a display device support member 24b, having a third fastening element 24c, the display device support member 24b being fastened to the display device 10 by the third fastening element 24c.

-10-



Applicants respectfully submit that such a portable computer as claimed in claim 1 is not disclosed or suggested by <u>Abell '816</u>. For example, the display device of <u>Abell '816</u> does not include a fastening element **on a rear surface of the display device** for fastening to a housing case. <u>Abell '816</u> is directed to a computer with a **front-mounting** technique where the display device is pivotally mounted to the housing case. Therefore, <u>Abell '816</u> cannot provide the advantages of the claimed invention.

Accordingly, Applicants respectfully submit that claim 1 is patentable over <u>Abell '816</u>. Claims 2-39, dependent from claim 1, are deemed similarly allowable over <u>Abell '816</u>.

Claim 30 is also drawn to a portable computer. For clarification to the Examiner, one example illustrating the claimed portable computer may be seen in Figs 15 & 16, showing:

(1) a housing for a portable computer including a first section 20 and a second section having a case 30, the case having a first fastening element 30b;

(2) a display device 10 including a second fastening element 19 **on a rear surface of the display device** 10, the case 30 and display device 10 being attached through the first and second fastening elements 19 and 30b;

(3) a hinge 22, 24a coupling the first and second sections together; and

(4) a display device support member 24b, including an arm extending upward and a third fastening element (the unlabeled hole in the display support member 24b - <u>see</u> page 14, lines 5-6), the display device support member 24b being attached to the display device 10 by the third fastening element.

Applicants respectfully submit that such a portable computer as claimed in claim 30 is not disclosed or suggested by <u>Abell '816</u>. For example, as discussed above, the display device of

-11-



VS5005511

Abell '816 does not include a fastening element **on a rear surface of the display device** for fastening to a housing case. Abell '816 is directed to a computer with a **front-mounting** technique where the display device is pivotally mounted to the housing case. Therefore, Abell '816 cannot provide the advantages of the claimed invention.

Accordingly, Applicants respectfully submit that claim 30 is patentable over Abell '816. Claims 31-34, dependent from claim 30, are deemed similarly allowable over Abell '816.

The Examiner also rejected claims 35-43, 47-50 and 54-55 under 35 U.S.C. § 102(e) as being anticipated by Yun. Applicants respectfully traverse those rejections for at least the following reasons.

Claim 35 is drawn to a flat panel display device (e.g., an LCD device) capable of being mounted to a housing. An example of such a flat panel display device is shown in Fig. 4c, showing:

(1)  a backlight unit 14, including a first frame 14g having a fastening part 15 **on a rear surface of the first frame 14g**, wherein the first frame 14g is capable of being fixed to a housing through the fastening part 15;

(2)  a flat display panel 12 adjacent to the backlight unit 14; and

(3)  a second frame 16, wherein the flat panel display 12 is between the first frame 14g and the second frame 16.

Claim 47 also is drawn to a flat panel display device (e.g., an LCD device) capable of being mounted to a housing. An example of such a flat panel display device is shown in Fig. 4c, showing:

-12-



(1)  a backlight unit 14, including a first frame 14g having a fastening element 15 **on a rear surface of the first frame 14g,** wherein the first frame 14g is capable of being fixed to a housing through the fastening part 15;

(2)  a flat display panel 12 adjacent the backlight unit 14;

(3)  a second frame 16, wherein the flat panel display 12 is between the first frame 14g and the second frame 16; and

(4)  a screw 18 (see Fig. 5) attaching the first frame of the backlight unit to the second frame through the fastening part.

Claim 55 also is drawn to a flat panel display device (e.g., an LCD device).  An example of such a flat panel display device is shown in Fig. 4c, showing:

(1)  a first frame 14g having a fastening element 15 **on a rear surface of the first frame 14g,** wherein the first frame 14g is capable of being fixed to a housing of a data processing device through the fastening part 15;

(2)  a second frame 16, wherein the flat panel display 12 is between the first frame 14g and the second frame 16; and

(3)  a flat display panel 12 between the first and second frames 14g & 16.

In contrast to claims 35, 47 and 55, Yun is directed toward a **side-mounted** flat panel display device with fastening elements on the side surfaces of the frame (see fastening elements 410a and 410b in Fig. 6 of Yun).  Yun does not include any fastening elements on a **rear surface of the frame,** as in claims 35, 47 and 55.

Accordingly, Applicants respectfully submit that claims 35, 47 and 55 are also clearly patentable over Yun.  Claims 36-43, dependent from claim 35, and 49-50 and 54, dependent from

-13-



VS5005513

claim 47, are deemed similarly allowable over Yun.

**35 U.S.C. § 103**

The Examiner rejected claims 44-46 and 51-53 under 35 U.S.C. § 103a as being unpatentable over Yun in view of Liu. The Examiner stated that: *"Yun DIFFERS from claims 44-46 and 51-53 in that it does not teach a fastening part including a protruding hook and a hole."* Applicants respectfully disagree.

As noted above, Yun is directed toward a **side-mounted** flat panel display device and does not disclose a flat panel display device as in claim 35, having: (1) a backlight unit, including a first frame having a fastening part **on a rear surface of the first frame**, wherein the first frame is capable of being fixed to a housing through the fastening part; (2) a flat display panel adjacent to the backlight unit; and (3) a second frame, wherein the flat panel display is between the first frame and the second frame. Liu, alone or in combination with Yun, also fails to disclose such a flat panel display device. Likewise, Yun does not disclose a flat panel display device as in claim 47, having: (1) a backlight unit, including a first frame having a fastening element **on a rear surface of the first frame**, wherein the first frame is capable of being fixed to a housing through the fastening part; (2) a flat display panel adjacent the backlight unit; (3) a second frame, wherein the flat panel display is between the first frame and the second frame; and (4) a screw attaching the first frame of the backlight unit to the second frame through the fastening part.

Accordingly, Applicants respectfully submit that claims 44-46, dependent from claim 35, and 51-53, dependent from claim 47, are clearly allowable over any combination of Liu and Yun.

-14-

Accordingly, in view of the comments above, Applicants respectfully request that the Examiner withdraw his rejections of claims 1-55 and that the application be passed to issue.

Respectfully submitted,

LONG ALDRIDGE & NORMAN, LLP

Kenneth D. Springer
Registration No: 39,843
Attorney of Record

701 Pennsylvania Avenue, N.W.
Suite 600
Washington, D.C.  20004
Telephone No:  (202) 624-1200
Facsimile No:   (202) 624-1298
69253.1

-15-

VS5005515



**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address:  COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 09/285,338 | 04/02/99 | KIM        J | 87330-7033 |

MM92/0620

SONG K. JUNG
LONG ALDRIDGE & NORMAN, LLP
SIXTH FLOOR,
701 PENNSYLVANIA AVE.,N.W.
WASHINGTON, DC 20004

| EXAMINER |
|---|
| CHANG, Y |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2835 | 14 |

DATE MAILED:    06/20/01

Please find below and/or attached an Office communication concerning this application or proceeding.

Commissioner of Patents and Trademarks

PTO-90C (Rev.11/00)

1- File Copy

| | Application No. | Applicant(s) |
|---|---|---|
| **Office Action Summary** | 09/285,338 | KIM ET AL. |
| | Examiner | Art Unit |
| | Yean-Hsi Chang | 2835 |

-- *The MAILING DATE of this communication appears on the cover sheet with the correspondence address* --

### Period for Reply

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTH(S) FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136 (a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If the period for reply specified above is less than thirty (30) days, a reply within the statutory minimum of thirty (30) days will be considered timely.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
- Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

### Status

1)☒ Responsive to communication(s) filed on <u>25 April 2001</u>.

2a)☒ This action is FINAL.    2b)☐ This action is non-final.

3)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

### Disposition of Claims

4)☒ Claim(s) <u>1-55</u> is/are pending in the application.

    4a) Of the above claim(s) _____ is/are withdrawn from consideration.

5)☐ Claim(s) _____ is/are allowed.

6)☒ Claim(s) <u>1-55</u> is/are rejected.

7)☐ Claim(s) _____ is/are objected to.

8)☐ Claims _____ are subject to restriction and/or election requirement.

### Application Papers

9)☐ The specification is objected to by the Examiner.

10)☒ The drawing(s) filed on <u>17 January 2001</u> is/are objected to by the Examiner.

11)☒ The proposed drawing correction filed on <u>17 January 2001</u> is: a)☒ approved  b)☐ disapproved.

12)☐ The oath or declaration is objected to by the Examiner.

### Priority under 35 U.S.C. § 119

13)☒ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    a)☒ All b)☐ Some * c)☐ None of:

        1.☒ Certified copies of the priority documents have been received.

        2.☐ Certified copies of the priority documents have been received in Application No. _____ .

        3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

    * See the attached detailed Office action for a list of the certified copies not received.

14)☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

### Attachment(s)

15)☒ Notice of References Cited (PTO-892)
16)☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)
17)☐ Information Disclosure Statement(s) (PTO-1449) Paper No(s) _____ .

18)☐ Interview Summary (PTO-413) Paper No(s). _____ .
19)☐ Notice of Informal Patent Application (PTO-152)
20)☐ Other: .

U.S. Patent and Trademark Office
PTO-326 (Rev. 01-01)    Office Action Summary    Part of Paper No. 14

Application/Control Number: 09/285,338                    Page 2
Art Unit: 2835

## DETAILED ACTION

### *Drawings*

1.    The drawings are objected to under 37 CFR 1.83(a).  The drawings must show
every feature of the invention specified in the claims.  Therefore, the "first fastening
element", "second fastening element", "third fastening element",  "first support member",
"second support member", "a flat panel display", "a light source unit", "a first part", and
"a second part" must be shown or the feature(s) canceled from the claim(s) must be
shown or the feature(s) canceled from the claim(s).  No new matter should be entered.

### *Claim Rejections - 35 USC § 102*

2.    The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that
form the basis for the rejections under this section made in this Office action:

> A person shall be entitled to a patent unless —
>
> (b) the invention was patented or described in a printed publication in this or a foreign country or in public
> use or on sale in this country, more than one year prior to the date of application for patent in the United
> States.

3.    Claims 1-34 are rejected under 35 U.S.C. 102(b) as being anticipated by Abell Jr.
et al. (US 5,268,816).

     Abell teaches a portable computer (10, fig. 2) comprising: a body having an
information input device; a case having a first fastening element; a display device
including a second fastening element at a rear surface of the LCD display device; a

VS5005555

Application/Control Number: 09/285,338                                    Page 3
Art Unit: 2835

hinge; a display device support member having a third fastening element attached to
the display device; a hinge arm attached to the display device, having a pin portion, and
an extended portion shaped like a "F", "L", "C", "E", or "H"; and fastening holes and
screws being at four corners, and covered behind a bezel.


### Claim Rejections - 35 USC § 103


4.     The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all
obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set
> forth in section 102 of this title, if the differences between the subject matter sought to be patented and
> the prior art are such that the subject matter as a whole would have been obvious at the time the
> invention was made to a person having ordinary skill in the art to which said subject matter pertains.
> Patentability shall not be negatived by the manner in which the invention was made.

5.     Claims 35-43, 47-50 and 54-55 are rejected under 35 U.S.C. 103(a) as being
unpatentable over Yun et al. (US 5,835,139).

Yun teaches a flat panel display device (fig. 6) comprising: a backlight unit
including a first frame having fastening parts at four corners, a reflector unit, a light
source unit, a light guide unit, a diffuser unit, and a prism unit; a flat display panel
between the first frame and a second frame; and screws for fastening purposes.

Yun discloses the claimed invention except for the fastening part being on a rear
surface of the first frame. It would have been obvious to one having ordinary skill in the
art at the time the invention was made to rearrange the fastening parts being on the rear
surface of the first frame, since it has been held that rearranging parts of an invention
involves only routine skill in the art. *In re Japikse,* 86 USPQ 70 (CCPA 1950).

VS5005556

Application/Control Number: 09/285,338                              Page 4
Art Unit: 2835

6.    Claims 44–46 and 51–53 are rejected under 35 U.S.C. 103(a) as being

unpatentable over Yun et al. in view of Liu (US 5,423,605).

      Yun differs from claims 44–46 and 51–53 in that it does not teach a fastening part

including a protruding hook and a hole. However, Liu teaches a fastening part including

a hook (fig. 1) with one portion being larger than another, and a hole. It would have

been obvious to one having ordinary skill in the art at the time the invention was made

to modify the device of Yun with the fastening part taught by Liu for the purpose of snap

assembling.


                               *Response to Arguments*


7.    Applicant's arguments filed 25 April 2001 have been fully considered but they are

not persuasive.

      Applicant's argument upon the Drawings Objections states that all claimed

features listed are clearly shown in the drawings and described in the specification as

amended hereby. But it is not true. Since no one name of the claimed features listed in

the Drawings objections hereinabove, appears in the Specification of the application

after amended by the amendment of 4/25/2001, how can it be shown in any of the

drawings. Applicant states that "for example only, first fastening elements (associated

with a case) are shown in: Fig. 5, element 21a; Fig. 6 & 7, element 23; Fig. 8, element

30a; and Figs. 15 & 16, element 30b. Also, for example only, second fastening elements

VS5005557

Application/Control Number: 09/285,338                                   Page 5
Art Unit: 2835

(associated with a display device) are shown in: Figs. 4C & 5, element 15; Figs. 6 & 7,

element 17; Figs. 8 & 9, element 15; and Figs. 15 & 16, element 19. Also, for example

only, Fig. 8, element 24c shows a third fastening element associated with a display

device support member 24." But none of them has been called "first fastening element",

"second fastening element", or "a third fastening element" through out the Specification

of the application.

     In the Specification after amended, element 21a is called "a through-hole 21a

(which may be referred to as a fastening hole or a similar conviently described term,

and which together with the material defining the hole may be referred to as a fastening

element or fastening part)" on page 2 of the mentioned amendment, and "the holes 21a"

on the same page; element 23 is called "ribs 23 (also fastening element or fastening

parts)" on page 3; element 30a is called "a through-hole 30'a' (which may be referred to

as a fastening hole or a similar conviently described term, and which together with the

material defining the hole may be referred to as a fastening element or fastening part)"

on page 3; element 30b is called "one stepped hole (which may be referred to as a

fastening hole or a similar conviently described term, and which together with the

material defining the hole may be referred to as a fastening element or fastening part)"

on page 5;  element 15 is called "screw holes 15 (which may be referred to as a

fastening hole or a similar conviently described term, and which together with the

material defining the hole may be referred to as a fastening element or fastening part);

element 17 is called "fasteners 17 (fastening elements or fastening parts); element 19 is

called "one fastener (fastening element or fastening part) such as hook 19; and elemen

VS5005558

Application/Control Number: 09/285,338                                    Page 6
Art Unit: 2835

24c is called "a through-hole 24c (which may be referred to as a fastening hole or a
similar conviently described term, and which together with the material defining the hole
may be referred to as a fastening element or fastening part).

Moreover, element 24b is shown in Figs. 8, 9, 12-14, but "a first support member"
and "a second support member" are not specified in any of the drawings; and Figs. 15
and 16 show a fastener (hook) 19, but "a first part" and "a second part" are not specified
in any of the drawings.

It is unclear to the examiner what is the intention of the amendment that creates
instead of solves problems. The examiner would like to direct applicant's attention to the
MPEP of USPTO. It is clearly stated in MPEP 608.01(o) that "...and in mechanical
cases, it should be identified in the descriptive portion of the specification by reference
to the drawing, designating the part or parts therein to which the term applies." and that
"The use confusing variety of terms for the same thing should not be permitted."

Applicant argues "the display device of Abell '816 does not include a fastening
element **on a rear surface of the display device**" for claims 1 and 30. The answer is
clearly stated in paragraph 3 herein above.

Applicant argues also about the rejection to claims 35-55 that a fastening part is
**on a rear surface of the first frame.** The answer to this argument can be found in
paragraph 5 of this Office Action hereinabove.

*Conclusion*

VS5005559

Application/Control Number: 09/285,338                                    Page 7
Art Unit: 2835

8.    **THIS ACTION IS MADE FINAL.**  Applicant is reminded of the extension of time

policy as set forth in 37 CFR 1.136(a).

A shortened statutory period for reply to this final action is set to expire THREE

MONTHS from the mailing date of this action.  In the event a first reply is filed within

TWO MONTHS of the mailing date of this final action and the advisory action is not

mailed until after the end of the THREE-MONTH shortened statutory period, then the

shortened statutory period will expire on the date the advisory action is mailed, and any

extension fee pursuant to 37 CFR 1.136(a) will be calculated from the mailing date of

the advisory action.  In no event, however, will the statutory period for reply expire later

than SIX MONTHS from the mailing date of this final action.


*Correspondence*


9.    Any inquiry concerning this communication or earlier communications from the

examiner should be directed to Yean-Hsi Chang whose telephone number is (703) 306-

5798.  The examiner can normally be reached on 07:30-16:00.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Leo Picard can be reached on (703) 308-0538.  The fax phone number for

the organization where this application or proceeding is assigned are (703) 305-3431 for

regular communications and for After Final communications.

Any inquiry of a general nature or relating to the status of this application or

proceeding should be directed to the receptionist whose telephone number is 305-8558.

VS5005560

Application/Control Number: 09/285,338                               Page 8
Art Unit: 2835


Yean-Hsi Chang
Patent Examiner
Art Unit: 2835
June 7, 2001

Leo P. Picard
Supervisory Patent Examiner
Technology Center 2800

VS5005561

| | | | |
|---|---|---|---|
| ***Notice of References Cited*** | Application/Control No.<br>09/285,338 | Applicant(s)/Patent Under Reexamination<br>KIM ET AL. | |
| | Examiner<br>Yean-Hsi Chang | Art Unit<br>2835 | Page 1 of 1 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Name | Classification | * |
|---|---|---|---|---|---|---|
| * | A | US-5,268,816- | 12-1993 | Abell, Jr. et al. | 361 | 729 |
| * | B | US-5,835,139- | 11-1998 | Yun et al. | 349 | 58 |
| * | C | US-5,423,605- | 06-1995 | Liu | 312 | 265.6 |
| | D | US- - | | | | |
| | E | US- - | | | | |
| | F | US- - | | | | |
| | G | US- - | | | | |
| | H | US- - | | | | |
| | I | US- - | | | | |
| | J | US- - | | | | |
| | K | US- - | | | | |
| | L | US- - | | | | |
| | M | US- - | | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | - - | | | | |
| | O | - - | | | | |
| | P | - - | | | | |
| | Q | - - | | | | |
| | R | - - | | | | |
| | S | - - | | | | |
| | T | - - | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

U.S. Patent and Trademark Office
PTO-892 (Rev. 01-2001)      Notice of References Cited      Part of Paper No. 14

VS5005562