IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TATUNG CO.; )<br>TATUNG COMPANY OF AMERICA, INC.; AND )<br>VIEWSONIC CORPORATION, )<br>)<br>Defendants. )<br>) | C.A. No. 04-343-JJF<br>**FILED UNDER SEAL** |

## SEALED EXHIBITS 22-23 TO D.I. 647
**NOTICE OF DEFENDANT VIEWSONIC CORPORATION'S D. DEL. LR 7.1.1
CERTIFICATION CONCERNING VIEWSONIC'S MOTION
TO COMPEL LPL re REQUEST FOR PRODUCTION 128
SUBMITTED TO SPECIAL MASTER POPPITI ON MAY 2, 2007**

HIGHLY SENSITIVE –
CONFIDENTIAL INFORMATION SUBJECT TO
PROTECTIVE ORDER

THIS ENVELOPE SHOULD BE OPENED ONLY BY
OR AS DIRECTED BY THE COURT

Dated: May 2, 2007                                CONNOLLY BOVE LODGE & HUTZ LLP

Of Counsel:                                       By:  _/s/ James D. Heisman_
                                                       Jeffrey B. Bove, Esq. (#998)
Scott R. Miller                                        James D. Heisman, Esq. (#2746)
Manuel C. Nelson                                       Jaclyn M. Mason, Esq. (#4737)
Connolly Bove Lodge & Hutz LLP                         The Nemours Building, 8th floor
355 South Grand Ave.                                   1007 North Orange Street
Suite 3150                                             Wilmington, DE 19801
Los Angeles, CA 90071                                  Telephone: (302) 658-9141
                                                       Facsimile:  (302) 658-5614
                                       *Attorneys for Defendant ViewSonic Corporation*

536877_1.DOC

Case 1:04-cv-00343-JJF     Document 648     Filed 05/02/2007     Page 2 of 2