IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 04-343-JJF ) ) |
| TATUNG CO.; TATUNG COMPANY OF AMERICA, INC.; AND VIEWSONIC CORPORATION, | ) ) ) ) |
| Defendants. | ) ) |

# EXHIBITS 22-23 WERE FILED UNDER SEAL WITH THE CLERK'S OFFICE

536874_1_EX22-23.DOC