IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD.,<br><br>           Plaintiff,<br><br>    v.<br><br>TATUNG CO.;<br>TATUNG COMPANY OF AMERICA, INC.; AND<br>VIEWSONIC CORPORATION,<br><br>           Defendants. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 04-343-JJF<br>)   **FILED UNDER SEAL**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

# SEALED EXHIBIT E TO D.I. 646
# DECLARATION OF MANUEL D. NELSON

## HIGHLY SENSITIVE –
## CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

## THIS ENVELOPE SHOULD BE OPENED ONLY BY OR AS DIRECTED BY THE COURT

Dated: May 2, 2007

CONNOLLY BOVE LODGE & HUTZ LLP

Of Counsel:

By:   /s/ James D. Heisman
     Jeffrey B. Bove, Esq. (#998)

Scott R. Miller
Manuel C. Nelson
Connolly Bove Lodge & Hutz LLP
355 South Grand Ave.
Suite 3150
Los Angeles, CA 90071

     James D. Heisman, Esq. (#2746)
     Jaclyn M. Mason, Esq. (#4737)
     The Nemours Building, 8th floor
     1007 North Orange Street
     Wilmington, DE 19801
     Telephone: (302) 658-9141
     Facsimile: (302) 658-5614

*Attorneys for Defendant ViewSonic Corporation*