IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 04-343-JJF |
| v. | ) |
| | ) |
| TATUNG CO.; | ) |
| TATUNG COMPANY OF AMERICA, INC.; AND | ) |
| VIEWSONIC CORPORATION, | ) |
| | ) |
| Defendants. | ) |
| | ) |

# EXHIBIT E WAS FILED UNDER SEAL WITH THE CLERK'S OFFICE

536873_1.DOC