IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

LG.PHILIPS LCD CO., LTD.,   )
            )
   Plaintiff,     )
            )  C.A. No. 04-343-JJF
   v.        )  **[REDACTED –**
            )  **PUBLIC VERSION**
TATUNG CO.;      )  **OF EXHIBITS 4 AND 5**
TATUNG COMPANY OF AMERICA, INC.; AND )  **HERETO]**
VIEWSONIC CORPORATION,  )
            )
   Defendants.    )
            )

## SEALED EXHIBITS TO D.I. 641
## DECLARATION OF JAMES D. HEISMAN

## HIGHLY SENSITIVE –
## CONFIDENTIAL INFORMATION SUBJECT TO
## PROTECTIVE ORDER

## TO BE OPENED ONLY BY
## OR AS DIRECTED BY THE COURT

Dated:  April 30, 2007    CONNOLLY BOVE LODGE & HUTZ LLP

<u>Of Counsel:</u>       By: */s/ James D. Heisman*
              Jeffrey B. Bove, Esq. (#998)
Scott R. Miller      James D. Heisman, Esq. (#2746)
Manuel C. Nelson     Jaclyn M. Mason, Esq. (#4737)
Connolly Bove Lodge & Hutz LLP  The Nemours Building, 8th floor
355 South Grand Ave.    1007 North Orange Street
Suite 3150       Wilmington, DE  19801
Los Angeles, CA  90071    Telephone: (302) 658-9141
              Facsimile:  (302) 658-5614

*Attorneys for Defendant ViewSonic Corporation*

# Exhibit 4

DOCUMENT REDACTED
IN ITS ENTIRETY

# Exhibit 5

DOCUMENT REDACTED
IN ITS ENTIRETY