## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

LG.PHILIPS LCD CO., LTD.,

      Plaintiff/Counterclaim Defendant,

      v.

TATUNG CO.; TATUNG COMPANY OF
AMERICA, INC.; and VIEWSONIC
CORPORATION,

      Defendants/Counterclaim Plaintiffs.

Civil Action No. 04-343 (JJF)

### NOTICE OF FILING AND SERVICE OF LETTER TO SPECIAL MASTER

PLEASE TAKE NOTICE that, on May 8, 2007, the undersigned counsel caused

to be filed with the Honorable Vincent J. Poppiti, the Special Master, a letter brief under

seal, with referenced exhibits, regarding discovery from ViewSonic. The letter was sent

by email and by hand on May 8, 2007. Copies were served on counsel in the same

manner and on the same dates.

May 8, 2007

THE BAYARD FIRM

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk
Ashley B. Stitzer
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899-5130
(302) 655-5000
rkirk@ bayardfirm.com
astitzer@bayardfirm.com
Counsel for Plaintiff
LG.PHILIPS LCD CO., LTD.

653589-1

OF COUNSEL:

Gaspare J. Bono
Rel S. Ambrozy
Lora A. Brzeznski
Cass W. Christenson
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006
(202) 496-7500

653589-1