IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., <br><br>　　　　Plaintiff/Counterclaim Defendant, <br><br>　　v. <br><br>TATUNG CO.; TATUNG COMPANY OF AMERICA, INC.; and VIEWSONIC CORPORATION, <br><br>　　　　Defendants/Counterclaim Plaintiffs. | Civil Action No. 04-343 (JJF) |

**NOTICE OF FILING AND SERVICE OF LETTER TO SPECIAL MASTER**

　　PLEASE TAKE NOTICE that, on May 8, 2007, the undersigned counsel caused to be filed with the Honorable Vincent J. Poppiti, the Special Master, a letter brief under seal, with referenced exhibits, regarding discovery from Tatung. The letter was sent by email and by hand on May 8, 2007. Copies were served on counsel in the same manner and on the same dates.

May 8, 2007

　　　　　　　　　　　　　　THE BAYARD FIRM

　　　　　　　　　　　　　　/s/ Richard D. Kirk (rk0922)
　　　　　　　　　　　　　　Richard D. Kirk
　　　　　　　　　　　　　　Ashley B. Stitzer
　　　　　　　　　　　　　　222 Delaware Avenue, Suite 900
　　　　　　　　　　　　　　P.O. Box 25130
　　　　　　　　　　　　　　Wilmington, DE  19899-5130
　　　　　　　　　　　　　　(302) 655-5000
　　　　　　　　　　　　　　rkirk@bayardfirm.com
　　　　　　　　　　　　　　astitzer@bayardfirm.com
　　　　　　　　　　　　　　Counsel for Plaintiff
　　　　　　　　　　　　　　LG.PHILIPS LCD CO., LTD.

653589-1

OF COUNSEL:

Gaspare J. Bono
Rel S. Ambrozy
Lora A. Brzeznski
Cass W. Christenson
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006
(202) 496-7500

653589-1