## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD.,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br>TATUNG CO.;<br>TATUNG COMPANY OF AMERICA, INC.; AND<br>VIEWSONIC CORPORATION<br><br>　　　　　　Defendants. | Civil Action No. 04-343 (JJF) |

## **ORDER**

Having considered the parties' submissions and arguments regarding ViewSonic's May 8, 2007 MOTION TO COMPEL LPL TO PRODUCE SALES SUMMARIES,

**IT IS HEREBY ORDERED** this _____ day of _____ 2007 that the motion is GRANTED.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Special Master Vincent J. Poppiti