# EXHIBIT 1

Case 1:04-cv-00343-JJF    Document 655-2    Filed 05/08/2007    Page 1 of 4

| Atlanta | **McKenna Long** | San Diego |
| Denver | **& Aldridge** LLP | San Francisco |
| Los Angeles | Attorneys at Law | Washington, DC |
| Philadelphia | 1900 K Street, NW • Washington, DC 20006 | Brussels |
| | 202.496.7500 • Fax: 202.496.7756 | |
| | www.mckennalong.com | |

REL S. AMBROZY  
(202) 496-7693

EMAIL ADDRESS  
rambrozy@mckennalong.com

March 30, 2007

VIA E-MAIL AND MAIL

Scott R. Miller  
Connolly Bove Lodge & Hutz LLP  
Wells Fargo Center  
South Tower, Suite 3150  
355 South Grand Avenue  
Los Angeles, CA 90071  
smiller@cblh.com

Mark H. Krietzman  
Greenberg Traurig LLP  
2450 Colorado Avenue  
Suite 400E  
Santa Monica, CA 90404  
krietzmanm@GTLAW.com

Re: *LG.Philips LCD Co., Ltd. v. ViewSonic Corporation, et al.*;  
U.S. District Court Case No. 04-343 JJF

Dear Counsel:

Please confirm that the deposition of Sharp Microelectronics is the only third party deposition currently scheduled in response to your subpoenas and that all remaining depositions, other than HP and Stuart Morgan, have been cancelled or postponed. Rather than unilaterally selecting dates for the remaining depositions, please contact as soon as the rescheduling process begins so that we can work with you on selecting a date for each of the remaining depositions.

In addition, Ms. Ho sent an email on Friday, March 23, 2007, indicating that the deposition of Welch Allyn Protocol would be postponed. Apparently, however, Tatung failed to file with the Court the required Notice of Service and copy of the subpoena and/or deposition notice. Accordingly, please provide immediately: i) copies of all documents served on Welch Allyn Protocol; and ii) all documents and things produced or offered for inspection by Welch Allyn Protocol in response to your notices and/or subpoenas.

In order to eliminate any future surprises, please confirm that the table below properly reflects: i) all the third parties on which Defendants have served notices and/or subpoenas; ii) the party serving those notices and/or subpoenas; iii) the total document production by each third party; and iv) whether a product, *e.g.*, computer monitor, television, etc. was produced and/or is available and/or is in your possession for inspection.

Scott R. Miller
Mark H. Krietzman
March 30, 2007
Page 2

| Third Party | Defendant | Bates Range | Product |
|---|---|---|---|
| Honeywell | Tatung | HNY00001 - HNY00222 | |
| Sharp | Tatung | SH000001-SH002324<br>SH002325 - SH002396 | |
| IBM | Tatung | IBM000001 - IBM003446 (this bates range was replaced by TDE 6406 - 9851) | |
| National Display | Tatung | ND000001 - ND000003 | |
| American Panel Co. | Tatung | APC000001 - APC000054 | |
| Marantz | Tatung | MA000001 - MA000078 | |
| NEC | ViewSonic | VS-SUB-NEC00001 - VS-SUB-NEC00058 | |
| Hewlett-Packard | ViewSonic | VS-SUB-HP00001 - VS-SUB-HP00004<br>HP10001 - HP10022<br>HP10024 - HP10035<br>(HP10023 corresponds to an HP monitor) | |
| Ergotron | ViewSonic | VS-SUB-ERGO000001 - VS-SUB-ERG000101;<br>VS-SUB-ERG000102 - VS-SUB-ERG000159;<br>VS-SUB-ERG000160 | |

If there is any information missing from the above chart, for example there is no information for Welch Allyn Protocol, please provide that missing information immediately. In particular, please advise as to the production or your possession of the products for each third party.

Sincerely,

Rel S. Ambrozy

cc:    Tracy R. Roman (via email)
       Valerie W. Ho (via email)
       Jong P. Hong (via email)
       Manuel Nelson (via email)

Scott R. Miller
Mark H. Krietzman
March 30, 2007
Page 3

      Steve Hassid (via email)
      Anne Shea Gaza (via email)
      Fred Cottrell (via email)
      Jaclyn Michel Mason (via email)
      Jeffrey B. Bove (via email)
      James Heisman (via email)

DC:50468552.1