IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TATUNG CO.; )<br>TATUNG COMPANY OF AMERICA, INC.; AND )<br>VIEWSONIC CORPORATION, )<br>)<br>Defendants. )<br>) | C.A. No. 04-343-JJF<br>REDACTED –<br>PUBLIC VERSION |

## SEALED EXHIBITS 22-23 TO D.I. 647
### NOTICE OF DEFENDANT VIEWSONIC CORPORATION'S D. DEL. LR 7.1.1 CERTIFICATION CONCERNING VIEWSONIC'S MOTION TO COMPEL LPL re REQUEST FOR PRODUCTION 128 SUBMITTED TO SPECIAL MASTER POPPITI ON MAY 2, 2007

## HIGHLY SENSITIVE –
## CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

## THIS ENVELOPE SHOULD BE OPENED ONLY BY OR AS DIRECTED BY THE COURT

Dated: May 2, 2007

Of Counsel:

Scott R. Miller
Manuel C. Nelson
Connolly Bove Lodge & Hutz LLP
355 South Grand Ave.
Suite 3150
Los Angeles, CA  90071

CONNOLLY BOVE LODGE & HUTZ LLP

By: /s/ James D. Heisman
    Jeffrey B. Bove, Esq. (#998)
    James D. Heisman, Esq. (#2746)
    Jaclyn M. Mason, Esq. (#4737)
    The Nemours Building, 8th floor
    1007 North Orange Street
    Wilmington, DE  19801
    Telephone: (302) 658-9141
    Facsimile:  (302) 658-5614
*Attorneys for Defendant ViewSonic Corporation*

537935_1.DOC

# EXHIBIT 22

# DOCUMENT REDACTED IN ITS ENTIRETY

# EXHIBIT 23

# DOCUMENT REDACTED IN ITS ENTIRETY