IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 04-343-JJF |
| v. ) | **REDACTED –** |
| ) | **PUBLIC VERSION** |
| TATUNG CO.; ) | |
| TATUNG COMPANY OF AMERICA, INC.; AND ) | |
| VIEWSONIC CORPORATION, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## SEALED EXHIBIT E TO D.I. 646
## DECLARATION OF MANUEL D. NELSON

### HIGHLY SENSITIVE –
### CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

### THIS ENVELOPE SHOULD BE OPENED ONLY BY OR AS DIRECTED BY THE COURT

Dated: May 2, 2007

Of Counsel:

Scott R. Miller
Manuel C. Nelson
Connolly Bove Lodge & Hutz LLP
355 South Grand Ave.
Suite 3150
Los Angeles, CA 90071

CONNOLLY BOVE LODGE & HUTZ LLP

By: /s/ *James D. Heisman*
Jeffrey B. Bove, Esq. (#998)
James D. Heisman, Esq. (#2746)
Jaclyn M. Mason, Esq. (#4737)
The Nemours Building, 8th floor
1007 North Orange Street
Wilmington, DE 19801
Telephone: (302) 658-9141
Facsimile: (302) 658-5614

*Attorneys for Defendant ViewSonic Corporation*

537937_1.DOC

# EXHIBIT E

# DOCUMENT REDACTED IN ITS ENTIRETY