IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD.,<br><br>        Plaintiff,<br><br>      v.<br><br>TATUNG CO.;<br>TATUNG COMPANY OF AMERICA, INC.; AND<br>VIEWSONIC CORPORATION,<br><br>        Defendants. | CIVIL ACTION NO. 04-343-JJF<br><br>**FILED UNDER SEAL** |

## DEFENDANT VIEWSONIC CORPORATION'S
## RESPONDING CLAIM CONSTRUCTION BRIEF

OF COUNSEL:
Connolly Bove Lodge & Hutz LLP
Scott R. Miller
Manuel Nelson
355 South Grand Avenue, Suite 3150
Los Angeles, CA  90071
(213) 787-2500

Tracy R. Roman
Raskin Peter Rubin & Simon, LLP
1801 Century Park East, Suite 2300
Los Angeles, CA 90067
(310) 277-0010

Dated:  May 16, 2007

CONNOLLY BOVE LODGE & HUTZ LLP

Jeffrey B. Bove (#998)
James D. Heisman (#2746)
Jaclyn M. Mason (#4737)
The Nemours Building, 8th Floor
1007 North Orange Street
Wilmington, DE  19801
(302) 658-9141

*Attorneys for ViewSonic Corporation*

11984.5