IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD.,<br><br>        Plaintiff,<br><br>        v.<br><br>TATUNG CO.;<br>TATUNG COMPANY OF AMERICA, INC.; AND VIEWSONIC CORPORATION,<br><br>        Defendants. | CIVIL ACTION NO. 04-343-JJF<br><br>**[EXHIBITS 6-26 HERETO ARE FILED UNDER SEAL]** |

**DECLARATION OF JAMES D. HEISMAN
IN SUPPORT OF DEFENDANT VIEWSONIC CORPORATION'S
<u>RESPONDING CLAIM CONSTRUCTION BRIEF</u>**

James D. Heisman, being duly sworn, deposes and says as follows:

I am a partner of Connolly Bove Lodge & Hutz, LLP, counsel of record for ViewSonic Corporation in this action. I submit this declaration in support of ViewSonic Corporation's Responding Claim Construction Brief.

1. Attached as **Exhibit 6** hereto is a true and correct copy of Figure 4C from the '641 patent with two arrows superimposed thereon.

2. Attached as **Exhibit 7** hereto are true and correct transcripts of excerpts from LPL's Opening Brief.

3. Attached as **Exhibit 8** hereto is a true and correct copy of UK Patent No. 2346464.

4. Attached as **Exhibit 9** hereto is a true and correct copy of the Judgment rendered by the Trial Court in the litigation between the identified parties in the United Kingdom.

5. Attached as **Exhibit 10** hereto is a true and correct copy of the Decision of the Court of Appeals in the litigation between the identified parties in the United Kingdom.

6. Attached as **Exhibit 11** hereto is a true and correct copy of the English translation of Korean Patent Application No. 44475, the document marked as Exhibit 5 during the deposition of Jong Hwan Kim in this action.

7. Attached as **Exhibit 12** hereto is a true and correct copy of the English translation of Korean Patent Application No. 44973, the document marked as Exhibit 16 during the deposition of Jong Hwan Kim in this action.

8.  Attached as **Exhibit 13** hereto is a true and correct copy of the Invention Disclosure Form for Application No. AW 98-221, the document marked as Exhibit 1 during the deposition of Jong Hwan Kim in this action.

9.  Attached as **Exhibit 14** hereto is a true and correct copy of the English translation of the Invention Disclosure Form for Application No. AW 98-221, the document marked as Exhibit 3 during the deposition of Jong Hwan Kim in this action.

10. Attached as **Exhibit 15** hereto is a true and correct copy of the Invention Disclosure Form No. AW 98-222, the document marked as Exhibit 2 during the deposition of Jong Hwan Kim in this action.

11. Attached as **Exhibit 16** hereto is a true and correct copy of the English translation of the Invention Disclosure Form No. 98-222, the document marked as Exhibit 11 during the deposition of Jong Hwan Kim in this action.

12. Attached as **Exhibit 17** hereto is a true and correct copy of the UK disclosure statement, the document marked as Exhibit 23 during the deposition of Young Woo Cho in this action.

13. Attached as **Exhibit 18** hereto are true and correct copies of the cover page, the index page and various pages of deposition testimony of Young Woo Cho, taken in this action.

14. Attached as **Exhibit 19** hereto are true and correct copies of the cover page, index page and deposition transcript pages of the deposition testimony of Jong Hwan Kim, taken in this action pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure.

15. Attached as **Exhibit 20** hereto is a true and correct copy of Figures 4A and 4B from the '641 patent which was marked as Exhibit 24 and specifically testified to during the deposition of Young Woo Cho in this action.

16. Attached as **Exhibit 21** hereto are true and correct copies of Figures 4A and 4B from the '641 patent which was marked as Exhibit 55 and specifically testified to during the deposition of Jong Hwan Kim in this action.

17. Attached as **Exhibit 22** hereto is a true and correct copy of Responses of LPL to ViewSonic Interrogatories Nos. 5, 7, and 11 in this action.

18. Attached as **Exhibit 23** hereto is a true and correct copy of U.S. Patent No. 6,411,501 (the "'501 patent") to Cho, et al.

19. Attached as **Exhibit 24** hereto is a true and correct copy of U.S. Patent No. 5,379,182, (the "'182 patent") to Fujimori.

20. Attached as **Exhibit 25** hereto are true and correct copies of the cover page, the index page and various pages of the deposition transcript of William Bohannon, taken in this action.

21.     Attached as **Exhibit 26** hereto is a true and correct copy of a side-by-side depiction of Figure 4C of the '641 patent and Figure 6 of USPN 5,835,139 (the "'139 patent") to Yun et al.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. This Declaration is executed this 16th day of May, 2007, in Wilmington, Delaware.

By: /s/ James D. Heisman
James D. Heisman (#2746)

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2007, a true copy of the foregoing document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following and the document is available for viewing and downloading from CM/ECF:

Richard D. Kirk  
The Bayard Firm  
222 Delaware Avenue, Suite 900  
Wilmington, DE  19801

Anne Shea Gaza  
Frederick L. Cottrell III  
Richards, Layton & Finger, P.A.  
One Rodney Square  
Wilmington, DE  19801

I hereby certify that on May 16, 2007, I have sent by email the foregoing document to the following non-registered participants:

Cass W. Christenson  
Lora A. Brzezynski  
Rel S. Ambrozy  
McKenna Long & Aldridge LLP  
1900 K Street, NW  
Washington, DC  20006

Mark H. Krietzman  
Valerie W. Ho  
Frank E. Merideth, Jr.  
Steve P. Hassid  
Greenberg Traurig, LLP  
2450 Colorado Avenue, Suite 400E  
Santa Monica, CA  90404

Tracy R. Roman  
Raskin Peter Rubin & Simon  
1801 Century Park East 23rd Floor  
Los Angeles, CA  90067

By: _/s/ James D. Heisman_  
James D. Heisman (#2746)  
jheisman@cblh.com

534937_1.DOC