IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD.,<br><br>    Plaintiff,<br><br>    v.<br><br>TATUNG CO.;<br>TATUNG COMPANY OF AMERICA, INC.; AND<br>VIEWSONIC CORPORATION,<br><br>    Defendants. | CIVIL ACTION NO. 04-343-JJF<br><br>**FILED UNDER SEAL** |

# EXHIBITS 6 – 26
### TO DECLARATION OF JAMES D. HEISMAN
### IN SUPPORT OF DEFENDANT VIEWSONIC CORPORATION'S
### RESPONDING CLAIM CONSTRUCTION BRIEF
## WERE FILED UNDER SEAL WITH THE CLERK'S OFFICE