IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., | |
| Plaintiff/Counterclaim Defendant, | |
| v. | Civil Action No. 04-343-JJF |
| TATUNG CO.; TATUNG COMPANY OF AMERICA, INC.; and VIEWSONIC CORPORATION, | FILED UNDER SEAL SUBJECT TO PROTECTIVE ORDER |
| Defendants/Counterclaim Plaintiffs. | |

**PLAINTIFF LG.PHILIPS LCD CO., LTD'S
CLAIM CONSTRUCTION ANSWERING BRIEF**

                                                                                                        Richard D. Kirk (rk0922)
                                                                                                        Ashley B. Stitzer (as3891)

Richard D. Kirk (rk0922)
Ashley B. Stitzer (as3891)
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130
(302) 655-5000
rkirk@bayardfirm.com
*Attorneys for Plaintiff*
*LG.Philips LCD Co., LTD.*

OF COUNSEL:

Gaspare J. Bono
Rel S. Ambrozy
Cass W. Christenson
Derek A. Auito
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006
(202) 496-7500

May 16, 2007

THIS DOCUMENT WAS FILED UNDER SEAL
PURSUANT TO THE PROTECTIVE ORDER

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on May 16, 2007, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

| | |
|---|---|
| Jeffrey B Bove, Esq.<br>James D. Heisman, Esq.<br>Jaclyn M. Mason, Esq.<br>Connolly Bove Lodge & Hutz LLP<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, Delaware 19899-2207 | Frederick L. Cottrell, III, Esq.<br>Anne Shea Gaza, Esq.<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899 |

The undersigned counsel further certifies that copies of the foregoing document were sent by email on May 16, 2007 and will be sent by hand to the above counsel on May 17, 2007, and were sent by email on May 16, 2007, and will be sent by first class mail onMay 17, 2007, to the following non-registered participants:

| | |
|---|---|
| Scott R. Miller, Esq.<br>Connolly Bove Lodge & Hutz LLP<br>355 South Grand Avenue<br>Suite 3150<br>Los Angeles, CA 90071 | Valerie Ho, Esq.<br>Mark H. Krietzman, Esq.<br>Frank C. Merideth, Jr., Esq.<br>Greenberg Traurig LLP<br>2450 Colorado Avenue, Suite 400E<br>Santa Monica, CA 90404 |
| Tracy Roman, Esq.<br>Raskin Peter Rubin & Simon LLP<br>1801 Century Park East, Suite 2300<br>Los Angeles, CA 90067 | |

/s/ Richard D. Kirk (rk922)
Richard D. Kirk