# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

ANNE SHEA GAZA

DIRECT DIAL NUMBER
302-651-7539
GAZA@RLF.COM

May 22, 2007

**VIA ELECTRONIC MAIL**
**& HAND DELIVERY**

The Honorable Vincent J. Poppiti
BLANK ROME LLP
Chase Manhattan Center
1201 Market Street, Suite 800
Wilmington, DE 19801

Re: *LG.Philips LCD Co., Ltd. v. ViewSonic Corporation et al.*
U.S. District Court Case No. 04-343 JJF

Dear Special Master Poppiti:

On March 30, 2007, the Tatung Defendants filed a motion to compel inspection of alleged Tatung products in LPL's possession. This Motion was heard on April 17, 2007. Your Honor required LPL to provide the serial numbers for the alleged Tatung products in its possession and required the Tatung Defendants to determine whether it could independently obtain these products. Your Honor further stated that if the Tatung Defendants could not independently obtain the products, then Your Honor would revisit the issue of whether to require LPL to make the products available for inspection. At the May 4, 2007 hearing, the Tatung Defendants advised Your Honor that they needed more time to evaluate the serial numbers provided by LPL and to determine whether they could independently obtain the products at issue. Your Honor gave the Tatung Defendants until May 22, 2007 to make this determination.

Of the 16 alleged Tatung products identified by LPL, there is one product that the Tatung Defendants cannot independently obtain and/or have not examined. This product is the HP FP7317 (PE1244) with serial number CNC426192S. The Tatung Defendants have tried to obtain this product from HP but were told that this product has been discontinued. In addition, the serial number for this product does not appear to be a Tatung serial number. The photographs of this product produced by LPL do not reveal a Tatung model number or any other information that would indicate that this is a Tatung product. Based on the information currently available to the Tatung Defendants, this product does not appear to have been made by Tatung. As the Tatung Defendants have informed LPL on previous occasions, HP may source the same product from different OEMs.

Because LPL has alleged that the HP FP7317 (PE1244) is a Tatung product and that it infringes the Patents-in-Suit and because there is no possible way the Tatung Defendants can

RLF1-3155083-1

Special Master Poppiti
May 22, 2007
Page 2

obtain this particular product except from LPL, the Tatung Defendants respectfully request that Your Honor permit them and/or their expert to inspect this product at a mutually convenient time and location.

        Respectfully submitted,

        *Anne Shea Gaza*

        Anne Shea Gaza
        (#4093)

ASG/afg

cc:    Richard D. Kirk, Esquire (e-mail)
       Jeffrey B. Bove, Esquire (e-mail)
       Daniel G. Jarcho, Esquire (e-mail)
       Cormac T. Connor, Esquire (e-mail)
       Lori Brzezynski, Esquire (e-mail)
       Tracy R. Roman, Esquire (e-mail)
       Scott R. Miller, Esquire (e-mail)

RLF1-3155083-1