IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>TATUNG COMPANY; TATUNG COMPANY OF AMERICA, INC.; and VIEWSONIC CORPORATION,<br><br>Defendants. | Civil Action No. 04-343-JJF |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and among plaintiff LG.Philips LCD Co., Ltd. and defendants Tatung Company, Tatung Company of America, Inc., and ViewSonic Corporation, by and through their undersigned counsel, and for the approval of the Special Master, that the deadline for filing responsive claim construction briefs is hereby extended through and including May 16, 2007.

THE BAYARD FIRM

   /s/ Richard D. Kirk (rk0922)   
Richard D. Kirk (#922)
Ashley B. Stitzer (#3891)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
(302) 655-5000
 *Attorneys for Plaintiff*
*LG.Philips LCD Co., Ltd.*

CONNOLLY BOVE LODGE & HUTZ LLP

   /s/ James D. Heisman (jh2746)   
Jeffrey B Bove (#998)
James D. Heisman (#2746)
Jaclyn M. Mason (#4737)
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899-2207
(302) 658-9141
*Attorneys for Defendant ViewSonic Corporation*

RLF1-3151271-1

-2-

RICHARDS, LAYTON & FINGER, P.A.

  /s/ Anne Shea Gaza (ag4093)
Frederick L. Cottrell, III (#2555)
Anne Shea Gaza (#4093)
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
*Attorneys for Defendants Tatung Company
and Tatung Company of America, Inc.*

SO ORDERED this 6 day of May, 2007.

_____
Special Master