# EXHIBIT 6

10
16
12
14
14b
14c
14d
14e
14f
14g
15

# EXHIBIT 7

Exhibit 7

At page 1 of its opening brief, LPL argues: "because LPL's rear mount technology reduces the width of the interior frame that surrounds the front of the flat display panel, thereby decreasing the width of the front housing that covers the flat display panel, it maximizes the monitor's viewing area relative to the overall size of the monitor."

At page 2 of its opening brief, LPL argues: "because of the 'side space' required by the flanges or through holes <u>located outside the border of the flat display panel</u>, the flat panel display device mounted with the prior art mounting technology is much wider than what is now necessary given the inventions claimed by the Patents-in-Suit."

At page 5, LPL argues: "it should be noted that, not only are the fastening parts positioned on the rear surface of the first frame (colored green in both Figure 5 and Figure 6), they are positioned on or inside the border of the flat display panel (colored blue in both Figures). Any other positioning of these fastening parts, for example positioning the fastening parts outside the border of the blue colored flat display panel, would create unnecessary side space and cut against the very purpose of the invention – eliminating unnecessary side space. Thus, positioning the fastening parts <u>on or inside the border of the flat display panel</u> is a necessary component of the claimed invention of the Patents-in-Suit.

# EXHIBIT 8



(12) UK Patent (19) GB (11) 2 346 464 (13) B

(54) Title of Invention

# Portable computer

(51) INT CL$^7$; G06F 1/16, G02F 1/13

(21) Application No
9925133.2

(22) Date of filing
22.10.1999

(30) Priority Data

(31) 9844475
9844973

(32) 23.10.1998
27.10.1998

(33) KR

(43) Application published
09.08.2000

(45) Patent published
03.01.2001

(52) Domestic classification
(Edition S)
G4A ADT
G5C CA342 CHC
U1S S2123

(56) Documents cited
GB2319110 A
GB2170035 A
US5946061 A

(58) Field of search

As for published application
2346464 A *viz:*
UK CL(Edition R) G4A ADT,
G5C CHC CHD
INT CL$^7$ G02F 1/13, G06F
1/16
Online: WPI, EPODOC, PAJ
updated as appropriate

(72) Inventor(s)
Jong Hwan Kim
Young Woo Cho

(73) Proprietor(s)
LG. Philips LCD Co. Ltd.

(Incorporated in the
Republic of Korea)

20 Yoido-dong
Youngdungpo-ku
Seoul
Republic of Korea

(74) Agent and/or
Address for Service
Edward Evans & Co
Clifford's Inn
Fetter Lane
London
EC4A 1BX
United Kingdom

2346464

1/16

111
110
122
124
124
102
100

(PRIOR ART)
FIG. 1

VS024265



2/16

121
122
123
123a
123a
130
132
134
136
136a
136b
138
138
d
d

(PRIOR ART)
FIG. 2

VS024266



3/16

128
114a
112
128
111
114b
114
114a
114b
122a
122
126
124
122a
126
120

(PRIOR ART)
FIG. 3A

VS024267



4/16

D
d1
d2
112
114
128
110
130
128
114a
114b
126
120
124
126

(PRIOR ART)
FIG. 3B

VS024268

5/16

12
10
16

FIG. 4A

15
11
10
14
15
16

FIG. 4B

VS024269





6/16

16
12
14a
14b
14c
14d
14e
14f
14g
14
15

FIG. 4C

VS024270



7/16

15
21a
21
18
10
20
18
14
15
21a

FIG. 5

VS024271

8/16

10
14
23
17
23
14
17

FIG. 6

10
23
17
21c
21b
21

FIG. 7

VS024272



9/16

10
15
16
30a
15a
20
22
24a
24b
24c
22
18
30
24
18
18

FIG. 8

VS024273



10/16

10
15
16
15
24
24c
20
24a
22
22
24c
18
24b
30
18

FIG. 9

VS024274



11/16

30
22
20
26
10
24a
24
24b

FIG. 10

VS024275

12/16

24
30
22
20
26
10
24a
24b

FIG. 11

VS024276



13/16

10
16
24
20
24a
22
24b
22
18

FIG. 12

VS024277



FIG. 13



15/16

10
16
24
20
22
24a
22
24b
18

FIG. 14

VS024279

16/16

19
30b
10
30
24b

FIG. 15

19
30b
30
30c
24
10

FIG. 16

VS024280

2346464

# PORTABLE COMPUTER

The present invention relates generally to a flat panel display device, and more specifically, to a flat panel display device mounting structure.

Flat panel display devices include liquid crystal display devices (LCD) which are being used widely, plasma display panels (PDP), and field emission displays (FED) which have been studied recently and may be applied to computers in the near future. For convenience of explanation, the present invention will be discussed with respect to the LCD as an example of the flat screen type display devices and a portable computer mounted with the LCD.

Referring to Fig. 1, a general portable computer such as a laptop or notebook computer typically includes a body 100, a flat panel display device assembly 110 coupled to the body 100 via a hinge mechanism 124. The flat panel type display device assembly 110 has a flat panel display device 111 and a display case 122 supporting the device 111. The body 100 has an input device 102 such as a keyboard. As a flat panel type display device 111, the LCD is widely used in portable computers and flat screen monitors.

Referring to Fig. 2 which shows conventional assembly structure of the LCD device applied to a conventional portable computer, the display case 122 has a rear case 123 and a front case or frame 121 for mounting the LCD device module 130. The rear case or frame 123 has an outer surface and an inner surface and connecting ribs 123a are formed at the corners.

The LCD device 130 has an LCD panel 132, a backlight device 134 fixed to the back of the LCD panel 132, and a supporting frame 136 for assembling the panel 132 and the backlight device 134 along the edge.

At the corners of the supporting frame 136, corresponding to the positions of the ribs 123a of the rear case 123, a plurality of protrusions 136a having holes are formed.

For mounting the LCD device 130 to the case 122, the LCD device 130 is placed on the rear case 123 and the holes of the supporting frame 136 and the ribs 123a are fastened together preferably by screws 138. The front case 121 is coupled to the rear case 123.

Hereinafter, the way in which the LCD device is mounted to the case from the front toward the rear direction is defined as the front mounting method, and the assembled structure of the LCD device and the case formed through the front mounting method is defined as the front mounting structure.

In the front mounting structure of the LCD device, since the protrusions 136a require additional space corresponding to the protruded width d, the display area of the LCD device is reduced in comparison to the fixed size of the case 122.

The front mounting structure may also include an additional feature to further support the LCD panel, as shown in Figs. 3A and 3B.

Referring to Figs. 3A and 3B, a conventional LCD device assembly 110 includes an LCD panel 112 and a backlight device (not shown) for the LCD panel, and display case 122 supporting the LCD device 111. The LCD panel 112 and the backlight device are assembled by a supporting frame 114 along the edges.

The rear case 123 is coupled to a body 120 via a hinge mechanism 124, which may extend from the body 120. The display case 122 and the hinge mechanism 124 are

assembled through a hinge arm 126, allowing the display device assembly 110 to pivotally move with respect to the body 120.

Two opposite sides of the supporting frame 114 include flanges 114a for assembling the LCD device 111 to the display case 122, and corners include flanges 114b for assembling the LCD device 111 to the hinge arm 126. Hereinafter, the former is referred as a fixing flange and the latter is referred as a mounting flange in this specification for distinction purposes. As shown in Fig. 3B, the fixing flanges 114a have a protruding width d2 and the mounting flanges 114b have a protruding width d1. A screw hole is formed in each of the flanges 114a and 114b. On the inner surface of the display case 122, ribs 122a are formed corresponding to the holes of the fixing flange 114a.

To mount the LCD device 111, the hinge arm 126 and the mounting flanges 114b are screwed together, and the fixing flanges 114a and the ribs 122a are screwed together by bolts 128.

In the mounting structure shown in Fig. 3B, the supporting frame 114 requires side spaces for the flanges 114a and 114b. Therefore, the side space D (d1 + d2) results in a reduction of the display area of the LCD panel 112 relative to the display case 122. Moreover, as the display size increases, the display case becomes undesirably large, especially for a portable computer such as a laptop computer.

To solve the above problem and to provide a large display area with minimal display case size, a new mounting structure is needed for the LCD device.

Accordingly, the present invention is directed to a portable computer and method for mounting a flat panel display device thereon that substantially obviates one or more of the problems due to limitations and disadvantages of the related art.

An object of the present invention is to minimize the non-display area of the LCD device.

Another object of the present invention is to provide a computer having a flat panel display device with a maximum display area and a minimal display case size.

Additional features and advantages of the invention will be set forth in the description which follows, and in part will be apparent from the description, or may be learned by practice of the invention. The objectives and other advantages of the invention will be realized and attained by the structure particularly pointed out in the written description and claims hereof as well as the appended drawings.

According to a first aspect of the present invention, there is provided a portable computer comprising:

a housing including first and second sections, the first section having an information input device and the second section having a case having a first fastening element;

a display panel including a second fastening element at a rear surface of the display panel, the case and the display panel being attached through the first and second fastening elements;

a hinge coupling the first and the second sections to each other; and

a display panel support member having a third fastening element, the display panel support member being attached to the display panel through the third fastening element.

According to another aspect of the persent invention, there is provided a portable computer comprising:

a housing including first and second sections, the first section having an information input device and the second section having a case having a first fastening element;



a display panel including a second fastening element at a rear surface of the display panel, the case and the display panel being attached through the first and second fastening elements;

a hinge coupling the first and the second sections to each other;

a display panel support member including an arm extending upward and a third fastening element, the display panel support member being attached to the display panel through the first and third fastening elements;

wherein the arm includes a fastening hole at a portion of the arm, the display panel being attached to the arm through the fastening hole of the arm;

wherein the first and second fastening elements include first and second fastening holes, respectively, and the display panel is attached to the case through the first and second fastening elements using a screw; and

wherein the display panel support member is coupled to the hinge.

According to another aspect of the present invention, there is provided a flat panel display device capable of being mounted to a housing, the flat panel display device comprising:

a backlight unit including a first frame having a fastening part at a rear surface of the first frame;

a flat panel display adjacent to the backlight unit; and

a second frame;

wherein the flat panel display is between the first frame and the second frame, the first frame of the backlight unit capable of being fixed to the housing through the fastening part at the rear surface of the first frame.

6.

According to a further aspect of the present invention, there is provided a flat panel display device capable of being mounted to a housing, the flat panel display device comprising:

a backlight unit including:

a first frame having a fastening part at a rear surface of the first frame;

a reflector unit adjacent the first frame;

a light source unit adjacent the reflector unit; and

a light guide unit adjacent the light source unit;

a flat panel display adjacent to the backlight unit;

a second frame; and

a screw attaching the first frame of the backlight unit to the second frame through the fastening part;

wherein the flat panel display is between the first frame and the second frame, the first frame of the backlight unit capable of being fixed to the housing through the fastening part at the rear surface of the first frame.

According to another aspect of the present invention, there is provided a flat panel display device comprising:

a first frame having a fastening part at a rear surface of the first frame;

a second frame; and

a flat panel display between the first and second frames;

wherein the first frame is capable of being fixed to a housing of a data processing device through the fastening part at the rear surface of the first frame.

It is understood that both the foregoing general description and the following detailed description are exemplary and explanatory and are intended to provide further explanation of the invention as claimed.

For a better understanding of the present invention, embodiments will now be described by way of example, with reference to the accompanying drawings, in which:

Fig. 1 is a perspective view showing a general portable computer;

Fig. 2 shows a conventional mounting structure of the LCD device for a portable computer;

Figs. 3A and 3B are a perspective view and a front view, respectively, showing a mounting structure of the LCD device for a portable computer;

Figs. 4A-4C show the LCD device according to a first embodiment of the present invention;

Fig. 5 shows a mounting structure in accordance with a first embodiment in accordance with the present invention;

Fig. 6 shows a mounting structure in accordance with a second embodiment in accordance with the present invention;

Fig. 7 is a partial sectional view showing the assembled state of the structure in Fig. 6;

Fig. 8 is a perspective view showing a back mounting structure of the LCD device according to a third embodiment in accordance with the present invention;

Fig. 9 is a perspective view showing a back mounting structure of the LCD device according to a fourth embodiment in accordance with the present invention;

Fig. 10 is a front view showing the structure of Fig. 9;

Fig. 11 is a fifth embodiment in accordance with the present invention which is an alternate embodiment to Fig. 10 where the hinge mount is fixed to the display case;

Figs. 12, 13, and 14 are sixth, seventh, and eighth embodiments in accordance with the present invention;

Fig. 15 is a side view showing a back mounting structure of the LCD device according to a ninth embodiment of the present invention; and

Fig. 16 is a partial sectional view showing the assembled state of the structure in Fig. 15.

Reference will now be made in detail to the preferred embodiments of the present invention, an example of which is illustrated in the accompanying drawings.

The present invention provides a back mounting structure for a panel display device in a portable computer. Moreover, the rear surface of the display panel device may be coupled to a hinge arm for further support of the display panel device.

Figs. 4A-4C show a first embodiment of the present invention. Referring to Figs. 4A and 4B, the LCD device 10 has an LCD panel 12, a backlight unit 14, and a supporting

frame 16. Fig. 4C shows an example of a detailed structure of the LCD device 10 shown in Figs. 4A and 4B. Referring to Fig. 4C, the LCD device 10 has a first frame 14g, preferably made of plastic, a reflector 14f on the frame 14g, a light guide film 14e, a diffuser or protecting film 14d, a first prism sheet 14c, a second prism sheet 14b, another diffuser or protecting film 14a, and the LCD panel 12. The first frame 14g is coupled to a second frame or supporting frame 16. At each corner of the first frame 14g a screw hole 15 is preferably formed. Although Fig. 4C shows the first frame 14g as part of the backlight unit 14, the first frame 14g can act as the supporting frame 16.

To mount the LCD device 10 to the display case 122 (Fig. 1), the LCD device 10 is placed on the inner surface of the display case 122. Then, the case 122 and the LCD device 10 are attached to one another by bolts 128 into the screw hole 15 from the back of the display case 122.

As explained above, the structure shown in Figs. 4A-4C has an advantage in that the side space such as width d2 for fixing flange 114a of Fig. 3B is not needed and the size ratio between the display area and the display case 122 is improved.

Fig. 5 shows the assembly of the LCD device 10 to the case 21 of a portable computer according to the first embodiment of the present invention. The computer includes a body 20 having an information input device. The case 21 may cover the body 20 and is coupled to the body through a hinge mechanism. Preferably at each corner of the case 21 a through-hole 21a is formed.

To mount the LCD device 10 to the case 21, the LCD device 10 is placed on the inner surface of the case 21 such that the positions of the holes 21a and the holes 15 coincide with each other, and screws 18 are inserted into the holes 21a and 15 from the back of the

case 21. The through-hole 21a is preferably stepped so that the head of the screw 18 will not protrude from the outer surface of the case 21.

Although not shown in Fig. 5, the front case such as shown in Fig. 2 is preferably assembled with the case 21 for covering the edges of the LCD device 10.

Fig. 6 shows a back mounting structure of the LCD device according to a second embodiment of the present invention, and Fig. 7 is a detailed partial sectional view showing the assembled state of the LCD device 10 and the case 21 in accordance with the second embodiment.

At the rear surface of the backlight device 14 of the LCD device 10, fasteners 17 such as hooks made of plastics are formed, and the case 21 has corresponding ribs 23. Preferably, the ribs 23 do not protrude over the width of the supporting frame 16. A rib 23 has a stepped hole 21b. The fastener 17 is supported and latched by the stepped portion of the hole 21b. To facilitate the disassembly or release of the fastener 17 from the hole 21b, the hole is preferably a through-hole extending all the way to the outer surface of the case 21. The hole 21b may be covered by a cover 21c.

The fastener 17 has a compressible head which compresses into a small diameter to allow the fastener to enter and slide through the hole 21b. Once the head reaches the stepped portion, the head returns to its original diameter and snaps or latches onto the stepped portion of the rib 23. In order to dissemble or release the LCD device 10 from the case 21, a pair of tweezers or similar tool can be adapted for compressing the head of the fastener 17 from the back of the case 21 through the hole 21b. The fastener 17 is unlatched and can freely slide out of the hole 30b. As an alternative embodiment, the fastener 17 can

be formed on the case 30 and the stepped hole can be formed at the rear face of the LCD device 10 to achieve similar results.

Fig. 8 is a perspective view showing a mounting structure of the LCD device according to a third embodiment of the present invention. There may be one or more hinge mechanisms for the LCD device; however, for convenience of explanation, only one hinge mechanism will be explained.

Referring to Fig. 8, a body 20 includes a hinge mount 22, where a hinge arm 24 is connected. The hinge arm 24 has a pin portion 24a and a flat or extended portion 24b. The former is for being mounted to the hinge mount 22, and the latter is for being coupled to the rear surface of the LCD device 10. The various hinge components may be separate pieces of attached members or a single structure.

The flat portion 24b can be elongated in various directions and by various methods. Fig. 8 shows one example of the flat portion 24b which is in the shape of an inverted "F." At each end of the flat portion 24b, a hole such as a through-hole 24c is preferably formed. At the back surface of the LCD device 10, mounting holes 15a are formed corresponding to the positions of the through-holes 24c. The through-holes 24c are preferably screw holes. In the display case 30, a hole such as a through-hole 30a may be formed. Moreover, although hole 30a may be formed at the corresponding position of the through-hole 24c of the flat portion 24b, alternatively, the flat portion may be in an inverted "L" shape.

To mount the LCD device 10, the body 20 and the display device 30 are connected by the pin portion 24a on the hinge mount 22. The display case 30, the hinge arm 24, and the LCD device 10 are preferably attached together by screws 18 through the mounting hole

15a and the screw hole 15. Alternatively, nails or other similar known fasteners can be adopted for this purpose.

Referring to Figs. 9 and 10 which show a fourth embodiment of the hinge arm 24, the flat portion 24b of the hinge arm 24 is extended upwards and preferably extended to almost the entire height of the LCD device 10. In the flat portion 24b according to this embodiment, it is preferable to form a mounting hole 24c and the through-hole 30a at the same position. It is also possible to form the holes 24c and 30a at different positions relative to the display case. Thus, additional mounting hole 15a may not be necessary for this embodiment. The mounting structure of this embodiment may be stronger than that of the second embodiment. The LCD device 10, the elongated hinge arm 24, and the display case 30 are fastened together by screws 18, for example.

Fig. 11 shows a fifth embodiment of the present invention, where the hinge mount 22 is preferably fixed to the display case 30, but a fixed flange 26 is secured to the body 20. The structure of the hinge arm 24 and other elements are similar to those shown in Figs. 9 and 10.

Figs. 12-14 show three alternative embodiments of the embodiments shown in Figs. 9 and 11. In Fig. 12, the sixth embodiment of the present invention, the hinge arm 24 has a shape of the letter "E." In Fig. 13, the seventh embodiment of the present invention, the hinge arm 24 has the shape of the letter "C." In Fig. 14, the eighth embodiment of the present invention, the hinge arm 24 has the shape of the letter "H." The fastening holes may be formed at various positions on the hinge arm 24 as desired to secure the hinge arm to the display case 30. Combinations and other variations of these different embodiments are contemplated in the present invention with the purpose of supporting the LCD panel,

preferably through the back of the LCD panel and the case. For example, the seventh and eighth embodiments may be combined to provide a stronger support of the LCD panel. Moreover, the hinge mount may be fixed to the body 20 (Fig. 10) or the display case 30 (Fig. 11) in these embodiments.

The present invention contemplates the use of fastening devices other than screws. One such alternative embodiment is shown in Figs. 15 and 16.

Figs. 15 and 16 show the mounting structure according to a ninth embodiment of the present invention. At the rear surface of the LCD device 10, at least one fastener such as a hook 19, preferably made of plastics or other suitable material, is formed. In the flat portion 24b of the hinge arm 24, at least one corresponding through-hole is formed. In the display case, at least one stepped hole 30b corresponding to the through-hole in the hinge arm 24 is formed to support and/or latch the fastener 19. To facilitate the disassembly or release of the fastener 19 from the hole 30b through the rear of the case 30, the hole 30b is preferably a through-hole.

To assemble the LCD device to the hinge arm 24 and display case 30, the hinge arm 24 is mounted to the hinge mount 22 (as shown in Figs. 10 and 11) and the through-hole 24c of the hinge arm 24 and the hole 30b are coincidentally placed. Then, the LCD device 10 with at least one fastener 19 is pressed into the hole 30b and latched onto the display case 30, as shown in detail in Fig. 16. Here, the fastener 19 will slide through the hole 30b and snap into place by the protruding or wing portions of the head of the fastener 19. To dissemble the LCD device 10 from the display case 30, a device such as tweezers or other suitable tool can be adapted for squeezing the head or top portion of the fastener 19 from the

back of the case 30 through the hole 30b. The fastener 19 is unlatched and can freely slide out of the hole 30b. The hole 30b can be covered by a cover 30c.

Alternatively, the fastener 19 can be formed on the case 30 and the stepped hole can be formed at the rear face of the LCD device 10 to achieve similar results.

As explained above, the mounting method does not require unnecessary side space for mounting the LCD device on the computer. Thus, the ratio of the display area of the LCD device to the display case can be improved and maximized.

In the above embodiments of the present invention, although the LCD device has been used as one type of flat panel display device, other flat panel display devices such as plasma display panels (PDP) and field emission displays (FED) may be used in accordance with the present invention. Moreover, in the above embodiments, other hinge mechanisms may be used such as a gear hinge as disclosed, for example, in U.S. Application Serial No. 08/937,801 filed on September 25, 1997 entitled, "DISPLAY WITH GEAR TYPE HINGE," which is incorporated herein by reference.

It will be apparent to those skilled in the art that various modifications and variation can be made in the portable computer and method for mounting a flat panel display device thereon of the present invention without departing from the scope of the invention.

**Claims:**

1. A portable computer comprising:

a housing including first and second sections, the first section having an information input device and the second section having a case having a first fastening element;

a display panel including a second fastening element at a rear surface of the display panel, the case and the display panel being attached through the first and second fastening elements;

a hinge coupling the first and the second sections to each other; and

a display panel support member having a third fastening element, the display panel support member being attached to the display panel through the third fastening element.

2. The portable computer according to claim 1, wherein the display panel support member is attached to the display panel through the first and third fastening elements.

3. The portable computer according to claim 1, wherein the display panel support member includes:

a first support element extending in one direction; and

a second support element extending in a second direction.

4. The portable computer according to claim 3, wherein at least one of the first and second support elements includes a fastening hole.

5. The portable computer according to claim 3, wherein the display panel support member has a shape of letter "F."

6. The portable computer according to claim 3, 4 or 5, wherein the first support element is substantially perpendicular to the second support element.

7. The portable computer according to any one of claims 1 to 6, wherein the display support member includes an arm extending upward.

8. The portable computer according to claim 7, wherein the arm extends at adjacent edge portions of the second section.

9. The portable computer according to claim 7 or 8, wherein the arm extends substantially to a top portion of the second section.

10. The portable computer according to claim 7, 8 or 9, wherein the arm includes a fastening hole at a portion of the arm, the display panel being attached to the arm through the fastening hole of the arm.

11. The portable computer according to claim 7, 8, 9 or 10, wherein the arm has an "L" shape.

12. The portable computer according to claim 7, 8, 9, 10 or 11, wherein the arm has a "C" shape.

13. The portable computer according to claim 7, 8, 9, 10 or 11, wherein the arm has an "E" shape.

14. The portable computer according to claim 7, 8, 9, 10 or 11, wherein the arm has three sections forming an "H" shape.

15. The portable computer according to any one of claims 1 to 14, wherein the hinge is in the first section of the housing.

16. The portable computer according to any one of claims 1 to 14, wherein the hinge is in the second section of the housing.

17. The portable computer according to any one of claims 1 to 16, wherein the first fastening element includes a fastening hole.

18. The portable computer according to any one of claims 1 to 17, wherein the second fastening element includes a fastening hole.

19. The portable computer according to any one of claims 1 to 18, further comprising a screw attaching the display panel to the second section through the first and second fastening elements.

20. The portable computer according to any one of claims 1 to 19, wherein the first and second fastening elements include first and second fastening holes, respectively, and the display panel is attached to the case through the first and second fastening elements using a screw.

21. The portable computer according to any one of claims 1 to 20, wherein the display panel support member is coupled to the hinge.

22. The portable computer according to any one of claims 1 to 21, wherein the first fastening element includes at least one fastening hole located at a corner of the second section.

23. The portable computer according to claim 22, wherein the first fastening element includes at least two fastening holes at two corners of the second section.

24. The portable computer according to claim 22, wherein the first fastening element includes four fastening holes at four corners of the second section.

25. The portable computer according to any one of claims 1 to 24, wherein the second fastening element includes at least one fastening hole located at a corner of the display panel corresponding to the fastening hole of the first fastening element.

26. The portable computer according to claim 25, wherein the second fastening element includes at least two fastening holes at two corners of the display panel.

27. The portable computer according to claim 25, wherein the second fastening element includes four fastening holes at four corners of the display panel.

28. The portable computer according to any one of claims 1 to 27, wherein the first fastening element and the second fastening element include a screw hole, and a screw is inserted from the rear of the case to fasten the case to the display panel.

29. The portable computer according to claim 28, wherein the screw hole of the case is located at a position corresponding to the display area of the display panel.

30. A portable computer comprising:

a housing including first and second sections, the first section having an information input device and the second section having a case having a first fastening element;

a display panel including a second fastening element at a rear surface of the display panel, the case and the display panel being attached through the first and second fastening elements;

a hinge coupling the first and the second sections to each other;

a display panel support member including an arm extending upward and a third fastening element, the display panel support member being attached to the display panel through the first and third fastening elements;

wherein the arm includes a fastening hole at a portion of the arm, the display panel being attached to the arm through the fastening hole of the arm;

wherein the first and second fastening elements include first and second fastening holes, respectively, and the display panel is attached to the case through the first and second fastening elements using a screw; and

wherein the display panel support member is coupled to the hinge.

31. The portable computer according to claim 30, wherein the second fastening element is not visible from a viewing direction of the display panel.

32. The portable computer according to claim 30 or 31, wherein no fastening element is visible when viewed from the viewing direction of the display panel.

33. The portable computer according to claim 30, 31 or 32, wherein the second fastening element includes protruding portions protruding away from the display panel.

34. The portable computer according to claim 33, wherein the protruding portion includes a peg having a fastening hole.

35. A flat panel display device capable of being mounted to a housing, the flat panel display device comprising:

a backlight unit including a first frame having a fastening part at a rear surface of the first frame;

a flat panel display adjacent to the backlight unit; and

a second frame;

wherein the flat panel display is between the first frame and the second frame, the first frame of the backlight unit capable of being fixed to the housing through the fastening part at the rear surface of the first frame.

36. The flat panel display device according to claim 35, wherein the fastening part includes a fastening hole.

37. The flat panel display device according to claim 36, further comprising a screw attaching the first frame of the backlight unit to the second frame through the fastening hole.

38. The flat panel display device according to claim 36 or 37, wherein the fastening part includes at least two fastening holes at two corners of the first frame.

39. The flat panel display device according to claim 36, 37 or 38, wherein the fastening part includes four fastening holes at four corners of the first frame.

40. The flat panel display device according to claim 35, 36, 37, 38 or 39, wherein the backlight unit comprises:

a reflector unit adjacent the first frame;

a light source unit adjacent the reflector unit; and

a light guide unit adjacent the light source unit.

41. The flat panel display device according to claim 40, further comprising a diffuser unit and a prism unit.

42. The flat panel display device according to any one of claims 35 to 41, wherein the fastening part is not visible from a viewing direction of the flat panel display.

43. The flat panel display device according to any one of claims 35 to 42, wherein the flat panel display device only shows the flat panel display and the second frame when viewed from the viewing direction of the display.

44. The flat panel display device according to any one of claims 35 to 43, wherein the fastening part includes a protruding portion protruding away from the flat panel display.

45. The flat panel display device according to claim 44, wherein the protruding portion includes a peg having a fastening hole.

46. The flat panel display device according to claim 44 or 45, wherein the protruding portion includes a first part and a second part, the first part being larger than the second part.

47. A flat panel display device capable of being mounted to a housing, the flat panel display device comprising:

a backlight unit including:

a first frame having a fastening part at a rear surface of the first frame;

a reflector unit adjacent the first frame;

a light source unit adjacent the reflector unit; and

a light guide unit adjacent the light source unit;

a flat panel display adjacent to the backlight unit;

a second frame; and

a screw attaching the first frame of the backlight unit to the second frame through the fastening part;

wherein the flat panel display is between the first frame and the second frame, the first frame of the backlight unit capable of being fixed to the housing through the fastening part at the rear surface of the first frame.

48. The flat panel display device according to claim 47, further comprising a diffuser unit and a prism unit.

49. The flat panel display device according to claim 47 or 48, wherein the fastening part is not visible from a viewing direction of the flat panel display.

50. The flat panel display device according to claim 47, wherein the flat panel display device only shows the flat panel display and the second frame when viewedfrom the viewing direction of the display.

51. The flat panel display device according to claim 47, wherein the fastening part includes a protruding portion protruding away from the flat panel display.

52. The flat panel display device according to claim 51, wherein the protruding portion includes a peg having a fastening hole.

53. The flat panel display device according to claim 51, wherein the protruding portion includes a first part and a second part, the first part being larger than the second part.

54. The flat panel display device according to claim 47, wherein the fastening part includes a fastening hole.

55. A flat panel display device comprising:

a first frame having a fastening part at a rear surface of the first frame;

a second frame; and

a flat panel display between the first and second frames;

wherein the first frame is capable of being fixed to a housing of a data processing device through the fastening part at the rear surface of the first frame.

56. A portable computer substantially as hereinbefore described with reference to and/or substantially as illustrated in any one of or any combination of Figs. 4A to 16 of the accompanying drawings.

57. A flat panel display device substantially as hereinbefore described with reference to and/or substantially as illustrated in any one of or any combination of Figs. 4A to 16 of the accompanying drawings.

58. A display device substantially as hereinbefore described with reference to and/or substantially as illustrated in any one of or any combination of Figs. 4A to 16 of the accompanying drawings.