# EXHIBIT 13

LPL-001557

LG전자 LCD DIVISION
사 외 비 (CONFIDENTIAL)

# 출 원 품 의 서

접수일자: 1999. 10. 13 년 월 일
의뢰번호: An 88-271
GSC2 Code:
해외 ref. No.:
IPC 분류:

| 결 재 | 발명자 | 관리자 | 담당자 | 관리자 |
|---|---|---|---|---|

특 허 팀

공동발명일 경우는 특허팀에 의뢰

| 발 명 자 | 성 명 | 반규길 정충환/조영우 | 영문 | Jong Hwan Young Woo | Kim CHO | 한자 | 金 琮 煥 | |
|---|---|---|---|---|---|---|---|---|
| | 소 속 | 특위 Gr./실 | Part | 사번 | 22002 20124 | 전화 | |

| 명 칭 | 노트북 컴퓨터의 액정 표시 모듈 고정 방법 및 장치 |
|---|---|
| 발명의 요지 | 노트북 컴퓨터에 LCD Module 장착시 체결력 구조로 인한 비규격 표시 영역을 ... 없으며 대형적 LCD Module을 NBPC에 장착하기 위한 제안 |

| 관련자료 (유사자료포함) | ☑특허 DB(1. LGP 2. KRP 3. USP) ☐타특허자료 ☐논문 ☐잡지 ☐기타 |
|---|---|
| | 예) USP 4, 367, 890  일본특허공개 제4-123456 |
| 관련PJT | ☐有(Project명: )  ☑현 양산기술 개량  ☐기타 |
| 개발단계 | ☐개발탐색 ☑기술(탐색)연구 ☐상품화 연구 ☐설계기획  ☐설계시작 ☐PILOT ☐양산시작 ☐판매 |
| 발명성격 | ☐개량발명 · ☑신사업 Project 발명 ☐해당 사업장의 LGE 발명 |
| 출원시급 | ☐보 통 ☑급함(이유: Side Mounting 특허의 카피션 ) |
| 해외출원 | ☑필요(이유: ) ☐불필요 |

| 특 허 팀 기 재 란 | 자료조사 | ☐조사함 | 1. 관련자료명: | ☐자료 無 |
|---|---|---|---|---|
| | | ☐실시 | 2. Search 범위 ☐ LG DB ☐USP ☐JP ☐특허 ☐기타( ) | |
| | | ☐미실시 | (사유: ) | |
| | 출원목적 | ☐방어 | ☐특허망 형성 | ☐독점실시 |
| | 심사청구 | ☐출원서 | ☐추후검토(이유: ) | |
| | 해외출원 | ☐有 ☐추후검토 | ☐無 | 해외 대리인 |
| | 국내우선 | ☐有(1. 선출원No.: ) | 2. 선출원일 | 3. 내리인 ☐無 |
| | 종합출원 | ☐有(종합대상건 의뢰No.: ) | | ☐無 |
| | 예상향후 | 1.독립항 항 | 2.종속항 항 | 대리인 |
| | 검토의견 (추가사항) | | | |
| | 담당자 | | 김토일 199 년 월 일 | |
| | 예상비용 | 출원료 착수금 심사청구료 | | 합 계 |

LG( 23)특허001A4 1/10모.(951106)

Wessex Translations

🅛🅖 LG전자

HIGHLY SENSITIVE
CONFIDENTIAL
Under Protective Order

EXHIBIT

0 1 JUN 20

VRE

LPL-01557

LPL-001558



HIGHLY SENSITIVE
CONFIDENTIAL
Under Protective Order

0 1 JUN 2005
VRC

LPL-01558

LPL-001559



Wessex Translation

HIGHLY SENSITIVE
CONFIDENTIAL
Under Protective Order

0 1 JUN 2005
- VRC

LPL-01559

LPL-001560

<u>실시례의 설명</u>
1)당신의 IDEA를 적용한 예를 될수록 여러가지 기록.
2)이해하기 쉽게 상세히 설명.
3)공정순서에 따른 도면, 단면도,평면도, 확대도등 다양한 도면이 본 발명의 이해를 쉽게함.

| 도 면 | 구성, 동작 및 장점 설명 |
|---|---|

<u>본 발명의 설명</u> [제 1 실시례]    제 2,3. 실시례는 제1실시례에 이어,설명



④실시례
① 전면

LCD panel

└ Supporter Frame

② 측면

Supporter Frame

Back light Unit

③ 후면

Top
PWB
PWB
Supporter Frame
Back light Unit

• Front 도 Side Mounting 시의 체력 부위의 spacer는 똑같

NBPC의 전면을 최대의 Display 영역으로 사용하기 위해

뒷면의 상하좌우 Edge 부위에 NBPC의 Cover과 체결할수 있는 체결구조로 구성함.

• LCD Module의 후면은 Display 영역과 무관하므로 체결 구조의 위치는 어느곳이나 상관없음.

〈청구범위〉
1. LCD Module ;
-LCD panel ;
-Supporter Frame
- Back light Unit
후면의 Outer Case 와 체결할수 있는 체결구조를 가짐.

LG(23)목-001 A4 5/10모.(951106)    필요시 용지 추가용 Page 표기    Wessex Translation    LG전자

HIGHLY SENSITIVE
CONFIDENTIAL
Under Protective Order
LPL-01560

0 1 JUN 2005
VRC

LPL-001561



HIGHLY SENSITIVE
CONFIDENTIAL
Under Protective Order

0 1 JUN 2005
VRC

LPL-01561

LPL-001562

| 실시례의 설명 (계속) | |
|---|---|
| 도 면 | 구성,동작 및 장점 설명 |

＊ 성품기획  방병운과장
　Interview 내용 ( ㄲ/ㄷ)
　(C유인)

⇒ 루편 Mounting 시 치명적 문제점은 많음.
　루편 Hinge Concept도 성당히 괜찮은 것 같음.

　성막 관수 없는 구작격인 문제로  관편의 ㄴ유로 표시면적은
　넓어 걱이 없으나  두께가  기존 보다 두꺼워진
　Set Maker 에서는  두께 문제는 상당히 Sensitive 함.
　Side Mounting의  최피연을 생각한다면  루편 Mounting 이
　현재로서는  좀 '성당히 작음가능성은 높다고 생각됨.
　향후 관요에  개반탑  또는 Maker에  Advice 하겠음.

LG( 23) 루·001A4 7/10 모.(951105)　　　　필요시 용지 추가후 Page 표가　　　Wessex Translation LG전자

0 1 JUN 2005
VRC

HIGHLY SENSITIVE
CONFIDENTIAL
Under Protective Order

LPL-01562

# EXHIBIT 14

LPL-001564

  

**Wessex Translations Limited – over 30 years of customer-driven service**

*language consultancy*

*translation*

*interpreting*

*typesetting, dtp & artwork*

*editing & proof-reading*

*copywriting*

*machine translation & translation memory management*

We, Wessex Translations Ltd., a British limited company established in 1972 for the purpose of providing translations between languages, being corporate members of the Institute of Translation and Interpreting, the independent professional association of accredited qualified, practising translators and interpreters in the United Kingdom and members of the Association of Translation Companies, do hereby declare that, to the best of our knowledge and belief, the attached documents are true and accurate English translations of the two original Korean Invention Disclosure Forms, both dated October 13, 1998 and relating to Application No. AW 98-221 and Application No. AW 98-222 respectively, our job reference 13850.

Signed at Romsey, this 1st day of June 2005

*software localisation*

*language training*

**Victoria Conder**
(Translation Manager)

*transcription (audio & video)*

*telephone marketing*

*voice-overs*

*web-page translation*



Unit A1 · The Premier Centre · Abbey Park Industrial Estate · Romsey · Southampton · Hampshire · SO51 9DG · UK
Tel: +44 (0)870 1669 300 · Fax: +44 (0)870 1669 299 · http://www.wt–lm.com · email: sales@wt–lm.com
All work is undertaken in accordance with our conditions of service overleaf
Company registration nº: 4167127 · VAT registration nº: GB 329 9351 28
Registered address: Parmenter House · 57 Tower Street · Winchester · SO23 8TD · UK

LPL-01564

LPL-001565

LG Electronics LCD DIVISION
Confidential – Internal Use Only

## Invention Disclosure Form

Date Received: **October 13, 1998**

Application No.: **AW 98-221**
GSC2 Code:
International Ref. No.:
IPC Classification:

| Signature | | Patent Team | |
|---|---|---|---|
| Inventor | Supervisor | Reporting Officer | Supervisor |
| xxx | | | |

| Inventor | Name | Kor. | Eng. | Jong-hwan Kim, Young-woo Cho | Chin. | | |
|---|---|---|---|---|---|---|---|
| | Dept.: Patent Gr./Section Part | | Employ No. | 22062/40154 | | Tel. | 7418/7413 |
| | | | * Inquiries to Patent Team when joint invention* | | | | |
| Title | **Method and apparatus for mounting an LCD display module on a notebook computer** | | | | | | |
| Description | **A mounting method for attaching an LCD module to a notebook computer, which eliminates dead space in the display area and makes it possible to accommodate larger LCD modules** | | | | | | |
| References (Attached materials) | ☐ Patent DB (1. LGP  2. KRP  3. USP) ☐ Other patent-related material<br>☐ Research paper ☐ Journal/Review  ☐ Others<br><br>*ex. USP 4,567,890*<br>*Patent Publication No. JP 4-123456 A* | | | | | | |
| Related Project | ☐ New project (Project name:       ) ■ Improvement to existing production technology ☐ Other | | | | | | |
| Development Stage | ☐ Development project ☐ Technology research ☐ Commercialization research<br>☐ Design planning ☐ Design underway ☐ Pilot production ☐ Production ☐ Released | | | | | | |
| Nature of Invention | ☐ Micro-invention ☐ New business project invention ☐ Invention relevant to other LG Electronics business division (s) | | | | | | |
| Urgency of Patent Application | ☐ Medium ■ Urgent (reasons for urgency: A design-around invention to side mounting) | | | | | | |
| International Patent Application | ■ Necessary (reasons: A design-around invention to side mounting) ☐ Unnecessary | | | | | | |

LG (23) *Teuk*001A4 1/10*Mo* (951106)

LG Electronics
**Wessex Translations**

0 1 JUN 2005
*VRC*

2

HIGHLY SENSITIVE
CONFIDENTIAL
Under Protective Order

LPL-01565

LPL-001566

| Reference Research | □ Yes  1. Title of database/reference materials:  2. Scope of search □ LG DB  □ USP  □ JP  □ Research papers □ Others ( ) | | |
| | □ No materials available | | |
| | □ No (state reasons: | | |
| Purpose of Patent Application | □ Defensive  □ Creation of patent family  □ Monopoly | | |
| Request for Examination | □ At the time of application  □ To be determined at a later time (state reasons: ) | | |
| Patent Application Overseas | □ Yes  □ To be determined  at a later time □ N/A | Overseas agent (s) | |
| Prior Application in Korea | □ Yes (1. Prior patent application No.: 3. Agent (s) □ N/A | 2. Application Date. | |
| Joint Application | □ Yes (Joint patent application No.: ) □ N/A | | |
| Expected Number of Claims | 1. No. of main claims 2. No. of sub-claims | Agent(s) | |
| Review Opinion (special remarks) | | | |
| Reporting Officer | | Review Date | (Y/M/D) |
| Expected Cost | Application Fee | Incidental Expenses | Examination Fee | | | Total |

LG (23) *Teuk*001A4 1/10*Mo* (951106)                    LG Electronics

Wessex Translations

0 1 JUN 2005

VRC

3

HIGHLY SENSITIVE
CONFIDENTIAL
Under Protective Order

LPL-01566

LPL-001567

Title of the Invention

**Method and apparatus for mounting an LCD display module on a notebook computer**

Objective of the Invention   *Technological issues which the invention is attempting to resolve or remedy.*

**To provide a method for mounting an LCD module to a notebook computer top case, reducing unusable portions of display area to enable the fitting of larger modules**

*What is prior art?    1. Technologies or designs which served as a basis to the invention; or
2. Technologies or designs used as a means (method or composition) to achieve the stated objective of invention, which are similar to the technologies or designs created by the inventor.

References    1. References can include, in addition to prior art, any informative materials helpful for the understanding of the invention submitted.   2. These supporting materials are absolutely necessary when writing a patent specification and to determine the scope of claims.   3. If you are having difficulties obtaining references, please notify the Patent Team to request a search (use Information Search Request Form).

1. _____
2. _____
3. _____
4. _____

Ex.:  USP 4,567.890/ Patent Publication No. JP 4-123456 A/ SID 95.8 < Title of paper>

Key Features of the Invention (information used when establishing the scope of claims)

1. Apparatus or method created by the inventor as a means to achieve the stated objective of invention
2. Describe your invention by focusing on the differences that distinguish it from existing technologies or designs.
3. List a minimum number of keywords absolutely essential to describing the invention.

Ex.: [image/ image captions: embodiments, existing apparatus (simple seat)]
If you invented stools which can be embodied into the examples shown in the image, the key features of your invention is the <u>attaching support</u> to existing seats (regardless of their shapes).

LG (23) *Teuk*001A4 2/10*Mo* (951106)          LG Electronics

Wessex Translations

0 1 JUN 2005

VRC

4

3

HIGHLY SENSITIVE
CONFIDENTIAL
Under Protective Order

LPL-01567

LPL-001568

**Prior Technologies**

**Shortcomings of Prior Technologies:**
Front or side mounting methods, having mounting areas on the front or on the sides, require spacers. Spacers occupy much of the display area and result in reduced display areas for notebook computers, in particular with compact models.

**Embodiment:**
By placing mounting units on the plastic case on the rear of the backlight unit, joining the module to the outer case of a notebook computer, the need for spacers is eliminated and optimal display area is secured in the viewing area.

Keywords:

<u>Benefits of the Invention</u>

1. State only benefits offered by the invention (expected shortcomings may be remedied for a new patent application)
2. State the improvements brought by your invention.

Enables the installation of large-viewing-area LCD panels on notebook computers by eliminating dead space created by existing mounting methods.

Are there additional benefits or advantages offered by the invention worth mentioning?

LG (23) *Teuk*001A4 3/10*Mo* (951106)                                LG Electronics

Wessex Translations

0 1 JUN 2005

VRC

5

HIGHLY SENSITIVE
CONFIDENTIAL
Under Protective Order

LPL-01568

LPL-001569

<u>Prior Art</u>
1.  For the sake of clarity of description, be sure to attach drawings.
2.  State the technological issues and shortcomings that the invention resolves or remedies.
3.  When necessary, more than one prior technology or design may be discussed.

| Drawings | Description of Components, Operation and Shortcomings |
|---|---|
| **1.  Front mounting** | |
| **2.  Side mounting** | |

**Front or side mounting methods currently in use for assembling TFT-LCD modules for notebook computers create dead space (a) due to the positions of the mounting areas, driving up the overall computer size.**

LG (23) *Teik*1A4 4/10*Mo* (951106)   *Add paper if necessary for pagination.*   LG Electronics

Wessex Translations

0 1 JUN 2005

*VRC*

6

HIGHLY SENSITIVE
CONFIDENTIAL
Under Protective Order

LPL-01569

LPL-001570

<u>Description of Embodiments</u>
1. Describe as many embodiments of the invention as possible.
2. Description should be detailed and easy to understand.
3. Drawings including sectional view, top view and enlarged view improve the reader's understanding of the description of invention.

| Drawings | Description of Components, Operation and Advantages |
|---|---|

Description of the Invention (Embodiment 1)  *Description of other embodiments may be added on at the end of this one.*

**Embodiments**
**1. Front View**

**2. Side View**

**3. Rear View**

**Mounting areas, used to join the module with the top case of a notebook computer, are created on the back of the LCD module at the upper and lower edges and on either side in order to reduce the space occupied by spacers in the mounting areas when using front or side mounting methods and thus secure maximum display area.**

- **Mounting areas could be anywhere on the back of the LCD module as they do not interfere with the display area.**

**Claims:**
1. **LCD module**
   - **LCD panel;**
   - **Supporter frame**
   - **Backlight unit with mounting areas for joining to the outer case on the back**

LG (23) *Teuk*1A4 5/10*Mo* (951106)

LG Electronics

Wessex Translations

0 1 JUN 2005

VRC

HIGHLY SENSITIVE
CONFIDENTIAL
Under Protective Order

7

LPL-01570

LPL-001571

| Description of Embodiments (cont'd) | Description of Components, Operation and Advantages |
|---|---|
| Drawings | |

**Embodiment I.**
**[Captions: Side View:**
**Body of notebook computer, LCD module, Computer case**

**Rear View:**
**Mounting area, Case, Logo, Body of computer]**

**Embodiment II.**
**[Captions: Side View:**
**LCD module, Notebook computer case, Plastic hook, Body of computer**

**Rear View:**
**Logo, case, Notebook computer case]**

**Claims**
1. **Information processing system (portable device);**
- **LCD module (with mounting areas on the back)**
- **System main body (with input and information processing devices)**
- **Outer case:**
     1. **Matching the system main body**
     2. **Equipped with apparatus for mounting an LCD module**

LG (23) *Tetik* 1A4 6/10*Mo* (951106)                              LG Electronic

**Wessex Translations**

0 1 JUN 2005

*V.R.C*

HIGHLY SENSITIVE
CONFIDENTIAL
Under Protective Order

LPL-01571

8

LPL-001572

| Description of Embodiments (cont'd) | |
|---|---|
| Drawings | Description of Components, Operation and Advantages |
| Summary of the interview with Product Planning Dept. Manager Yeong-un Bang (phone interview on Oct. 12): <br> - Back mounting entails no known technical issues. <br> - Using back hinges could be a solution as well. While this method enlarges usable display area, the only drawback would be the thickness of the final assembly. Thickness is a sensitive issue for set makers. A back-mounting tray may be an effective alternative as a solution to design-around the side mounting method. The development team or the makers will be advised when necessity arises. | |

LG (23) *Teuk*1A4 7/10*Mo* (951106)                    LG Electronics

Wessex Translations

0 1 JUN 2005

VRC

9

HIGHLY SENSITIVE
CONFIDENTIAL
Under Protective Order

LPL-01572

# EXHIBIT 15

LPL-001574

LG전자 LCD DIVISION
사 외 비 (CONFIDENTIAL)

# 출원품의서

99-1249. 1227B
99-2050. 97-6580.

1998. 10. 1

접수일자:199  년  월  일
의뢰번호: ALL 98- 222
GSC2 Code:
해외 ref. No.:
IPC 분류:

| 결 | 발명자 | 관리자 | 특허 팀 담당자 | 관리자 |
|---|---|---|---|---|
| 재 | Youngbum | | | |

| 발명자 | 성 명 | 한국 김종효. 조여우. | 영문 Jong-Hwan 김종효 Young-Woo Cho |  |  |
|---|---|---|---|---|---|
| | 소 속: 특허 | Gr./실 | Part 사번 2266 40184 | 전화 7418 0413 | |

＊＊ 공동발명일 경우는 특허팀과 의뢰 ＊＊

| 명 칭 | 노트북 터스널 컴퓨터의 액정표시보의 고정반법및 지지 |
|---|---|
| 발명의 요지 | 노트북 컴퓨터 본체에서 LCD Module 의 뒷변에서 고정하여 폭터의 각소화와 대형 LCD 체명을 가능하게 함. Hinge arm 으로 |

| 관련자료 (유정자료명) | ☐특허 DB(1.LGP 2.KRP 3.USP)  ☐ 타특허자료  ☐논문  ☐잡지  ☐ 기타 | 예)USP 4,567,890 |
|---|---|---|
| | KR9697-20550. (side long-arm Hinge) | 일본특허공보 제4-123456 |

| 관련PJT. | ☐개발(Project)명 :  )  ☐ 현 양산기술 개량  ☐ 기타 |
|---|---|
| 개발단계 | ☐개발탐색  ☐기술(탐색)연구  ☑상품화 연구  ☐설계기획 |
| | ☐설계시작  ☐PILOT  ・☐양산시작  ☐판매 |
| 발명성격 | ☑개량발명  ☐신사업 Project 발명  ☐해당 사업장와 LGE 발명 |
| 출원시급 | ☐보 통 ☑급함(이유: S/M 버전 측면 long-arm Hinge 최다설계 비능) |
| 해외출원 | ☑필요(이유: 타사 S/M 특허 최다 비능독특.  )  ☐불필요 |

| 특 허 팀 기 재 단 | 자료조사 | ☐실시 | 1. 관련자료명:  ☐자료 無 |
|---|---|---|---|
| | | | 2. Search 범위  ☐ LG DB ☐ USP ☐ JP ☐논문  ☐기타(  ) |
| | | ☐미실시 (사유:  ) |
| | 출원목적 | ☐방어  ☐특허망 형성  ☐독점실시 |
| | 심사청구 | ☐출원시  ☐추후검토(이유:  ) |
| | 해외출원 | ☐有  ☐추후검토  ☐無  해외 대리인 |
| | 국내우선 | ☐有(1. 선출원No. :  2. 선출원일  3. 내리인/  ☐無 |
| | 통합출원 | ☐有(통합대상건 의뢰No. :  )  ☐無 |
| | 예상항수 | 1. 독립항  항  2. 종속항  항  대리인 |
| | 검토의견 (특기사항) | |
| | 담당자 | 검토일  199 년  월  일 |
| | 예상비용 | 출원료  착수금  심사청구료  합  계 |

LG(23)특허001A4 1/10으로(951106)

Wessex Translations

EXHIBIT
2

0 1 JUN 2005

V R C          /

HIGHLY SENSITIVE
CONFIDENTIAL
Under Protective Order

LPL-01574

🄛 LG전자

LPL-001575

# 양 도 증

양 수 인

주  소 : 서울특별시 영등포구 여의도동 20번지

성  명 : LG전자주식회사  대표이사 사장 구 자 홍

다음의 발명(고안)에 관하여, 특허(실용신안등록)를 받을
수 있는 권리를 귀하에게 양도합니다.

199 8 년 10 월 12 일

| 양 도 인<br>(발명자) | 주      소 | 경기도 군포시 개강동 주공2단지 215-704 | |
|---|---|---|---|
| | 주민등록번호 | 670102-1070426 | |
| | 성      명 | 조 영우 | *서명* |
| | 국      적 | 대 한 민 국 | |

記

| 1. 사건의 표시 | |
|---|---|
| 2. 발명(고안)의 명칭 | |

• 공동 출원시는 발명자(고안자)당 1매씩 양도증만 추가하여
  첨부 바랍니다.

LG(23)특001A4 2/10호(951106)

Wessex Translations

0 1 JUN 2005

VRC

🔵 LG전자

2

HIGHLY SENSITIVE
CONFIDENTIAL
Under Protective Order

LPL-01575

LPL-001576

# 양 도 증

양 수 인
　주 소 : 서울특별시 영등포구 여의도동 20번지
　성 명 : LG전자주식회사　대표이사 사장　구 자 홍

다음의 발명(고안)에 관하여 특허(실용신안등록)를 받을
수 있는 권리를 귀하에게 양도합니다.

199 8 년 10 월 12 일

| 양 도 인 (발명자) | 주　　　소 | 경기도 안양시 동안구 호계동 1057 무학아 204/1505 |
| | 주민등록번호 | 630408- 1718616 |
| | 성　　　명 | 김　종　찬 |
| | 국　　　적 | 대 한 민 국 |

記

| 1. 사건의 표시 | |
| 2. 발명(고안)의 명칭 | |

· 공동 출원시는 발명자(고안자)당 1매씩 양도증만 추가하여
　첨부 바랍니다.

LG(23)무001A4 2/10호(951106)

Wessex Translations

0 1 JUN 2005

VRC

🔵 LG전자

HIGHLY SENSITIVE
CONFIDENTIAL
Under Protective Order

LPL-01576

3

LPL-001577

| 발명의 명칭 | 노트북 머스텀 컴퓨터의 액정타더 모듈의 명판면 낮 작식 |
|---|---|

**발명의 목적**
*별 IDEA 를 적용함으로써 해결하려고 하는 것*

노트북 컴퓨터 에서 LCD module 과 노트북의 Top case 에슨 견고히 견고
하고 공정의 간소좌택 부문간소등 구현기 위함.

유련해적 증가의 효과도.

- **종래기술이란 ?** 1)여러분이 본 IDEA를 착안할때 바탕이 된 기술 또는
2)위의 목적을 달성하기 위한 수단(방법 또는 구조)으로서 여러분의 기술과 유사한 것

| 관련 자료 | 1) 종래기술은 아니라 본 발명을 이해하는 데 도움이 되는 자료도 기재. 2)명세서 작성과 청구범위를 정하는 데 꼭 필요함. 3)자료 찾아보기 쉽게되면 특허침해 시점에 정보검색요청 가능. [정보검색 요청은 사내] |
|---|---|
| 1) | |
| 2) | |
| 3) | |
| 4) | |

| 예) USP 4,567,890 | 일본특허공개 평 4-123456 | SID 95.8 < 논문령 > |
|---|---|---|

**발명의 핵심**
*(청구범위 작성시 참고로 내용임)*
1)목적을 달성하기 위한 당신이 착안한 수단(구조나 방법) 2)종래기술의 구성과 동작의 요두에 두고.
차이점을 당신으로 기재. 3)본 발명 구성에 꼭 필요한 최소한의 Key-word도 적어주십시오.

1. 노트북 컴퓨터의 Top case 뒷면에 Hinge Arm 을 선제하여
LCD Module 의 표시 부분 뒷면과 견합함.

2. Top case 뒷면에서 System의 Hinge Arm과 LCD Module 을
한번에 체결하게 함.

3. Top case 와 LCD module 의 견고시 연면과 외곽측면의
공백을 최대한 할수 있으므로 더번적 LCD 의 처럭은 가능케함.

KEY-WORD: Back Hinge Arm. Module 견고상.

**본 발명의 효과**
1) 당신이 한 발명의 장점만 적을 것. ( 예상되는 단점은 보완하여 새로운 출원)
2) 종래가능보다 무엇이 뛰어났나보나

1. Hinge Arm 과 Top case 는 한번의 견고으로 이루워이터어 부문간소넛
종의 간각좌가 이루워진.

2. LCD module 과 Top case 연면 맞 외곽 부분의 공백은 최대한대함.
줄여서 견고하므로써 LCD 의 유련면적 증가의 효과가 있다.

또 다른 장점이나 부수적 효과는 없습니까 ?

| LG(23)록001A4 3/10 모(951106) | 필요시 용지 추가후 Page 표기 | Wessex Translati○ LG전자 |
|---|---|---|

HIGHLY SENSITIVE
CONFIDENTIAL
Under Protective Order

0 1 JUN 2005

VRC

LPL-01577

LPL-001578



HIGHLY SENSITIVE
CONFIDENTIAL
Under Protective Order

0 1 JUN 2005

VRC

LPL-01578

LPL-001579

557-446 전면커버

| 실시례의 설명 | 1)당신의 10&서를 적용한 예를 될수록 여러가지 기록. |
| | 2)이해하기 쉽게 상세히 설명. |
| | 3)공정순서에 따른 도면,단면도,평면도,확대도등 다양한 도면이. 본 발명의 이해를 쉽게함. |

| 도 면 | 구성, 동작 및 장점 설명 |
|---|---|

본 발명의 설명  [제 1 실시례]   제 2,3 ... 실시례는 제1실시례에 이어 설명



벽반면 I

벽반면 II

벽반면 III

hole

벽반면 I.
힌지 (50) 는 하부사이에 리테데(56)부의 연측단에 아들(58) 은 서치가능하도록 하더디다. 아들은 LCD 의 둘러여락부의 후방에 LCD 보호 플라력 타 만든 금축단에 나라. 뭇. Hook 등으로 리러하여 걸러 LCD module과 신부사가 부착되어 LCD module과 신부사시의 부누 틈맥 "j" 갖는 회석작 함수 있는.

벽반면 II.
힌지는 선부에 회석이 가는록 함.

LG(23)폭-001A4 5/10모(951106)         필요시 용지 추가후 Page 표기         Wessex Translation & LG전자

6

0 1 JUN 2005
VRC

HIGHLY SENSITIVE
CONFIDENTIAL
Under Protective Order
LPL-01579

# EXHIBIT 16

LPL-001581







Wessex Translations Limited – over 30 years of customer-driven service

language
consultancy

translation

interpreting

typesetting,
dtp & artwork

editing &
proof-reading

copywriting

machine
translation &
translation
memory
management

software
localisation

language
training

transcription
(audio & video)

telephone
marketing

voice-overs

web-page
translation

We, Wessex Translations Ltd., a British limited company established in 1972 for the purpose of providing translations between languages, being corporate members of the Institute of Translation and Interpreting, the independent professional association of accredited qualified, practising translators and interpreters in the United Kingdom and members of the Association of Translation Companies, do hereby declare that, to the best of our knowledge and belief, the attached documents are true and accurate English translations of the two original Korean Invention Disclosure Forms, both dated October 13, 1998 and relating to Application No. AW 98-221 and Application No. AW 98-222 respectively, our job reference 13850.

Signed at Romsey, this 1st day of June 2005

**Victoria Conder**
(Translation Manager)



*1*

Unit A1 · The Premier Centre · Abbey Park Industrial Estate · Romsey · Southampton · Hampshire · SO51 9DG · UK
Tel: +44 (0)870 1669 300 · Fax: +44 (0)870 1669 299 · http://www.wt-lm.com · email: sales@wt-lm.com
All work is undertaken in accordance with our conditions of service overleaf
Company registration n°: 4167127 · VAT registration n°: GB 329 9351 28
Registered address: Parmenter House · 57 Tower Street · Winchester · SO23 8TD · UK

LPL-01581

LPL-001582

LG Electronics LCD DIVISION
Confidential -- Internal Use Only

Invention Disclosure Form

(97-12899 14278
97-20550 97-45880)

Date Received: October 13, 1998

Application No.: AW 98-222
GSC2 Code:
International Ref. No.:
IPC Classification:

| Signature | | | Patent Team | |
|---|---|---|---|---|
| | Inventor | Supervisor | Reporting Officer | Supervisor |
| | Yong Woo | | | |

| Inventor | Name | Kor. | | Eng. Jong-hwan Kim, Young-woo Cho Chin. | | | |
|---|---|---|---|---|---|---|---|
| | Dept.: Patent Gr./Section Part | | Employ No. | 22062/40154 | | Tel. | 7418/7413 |
| | * Inquiries to Patent Team when joint invention* | | | | | | |
| Title | Method and apparatus for mounting an LCD display module on a notebook computer | | | | | | |
| Description | A mounting method for attaching an LCD module to a notebook computer using a hinge arm placed behind the module, which simplifies assembly and enables the fitting of larger LCD modules | | | | | | |
| References (Attached materials) | □ Patent DB (1. LGP  2. KRP  3. USP)  □ Other patent-related material  □ Research paper □ Journal/review  □ Others  Korean Patent Application No. 97-20550 (Side long-arm hinge)  *ex. USP 4,567,890.*  *Patent Publication No. JP 4-123456* | | | | | | |
| Related Projects | □ New project (Project name:               )  □ Improvement to existing production technology □ Others | | | | | | |
| Development Stages | □ Development project □ Technology research ■ Commercialization research  □ Design planning □ Design underway □ Pilot production □ Production □ Released | | | | | | |
| Nature of Invention | ■ Micro-invention □ New business project invention □ Invention relevant to other LG Electronics business division (s) | | | | | | |
| Urgency of Patent Application | □ Medium ■ Urgent (reasons for urgency: A design-around invention to the side mounting method using side long-arm hinges) | | | | | | |
| International Patent Application | ■ Necessary (reasons: A design-around invention to competitors' side mounting patents) □ Unnecessary | | | | | | |

Wessex Translations

0 1 JUN 2005

VRC

2

1

LPL-01582
HIGHLY SENSITIVE
CONFIDENTIAL
Under Protective Order

LPL-001583

| | | |
|---|---|---|
| To be filled out by the Patent Team Official | Reference Research | ☐ Yes  1. Title of reference materials:<br>        2. Searched in ☐ LG DB ☐ USP ☐ JP ☐ Research papers ☐ Others ( · )<br>☐ No materials available<br>☐ No (state reasons:                                                    ) |
| | Purpose of Patent Application | ☐ Defensive ☐ Creation of patent family ☐Monopoly |
| | Request for Examination | ☐ At the time of application ☐ To be determined at a later time<br>(state reasons:                                                    ) |
| | Patent Application Overseas | ☐ Yes ☐ To be determined  at a later time ☐ N/A     Overseas agent (s) |
| | Prior Application in Korea | ☐ Yes (1. Prior patent application No.:        2. Application Date<br>3. Agent (s)<br>☐ N/A |
| | Joint Application | ☐ Yes (Joint patent application No.:                ·   )<br>☐ N/A |
| | Expected Number of Claims | 1. No. of main claims              Agent(s)<br>2. No. of sub-claims |
| | Review Opinion (special remarks) | |
| | Reporting Officer | Review Date              (Y/M/D) |
| | Expected Cost | Application Fee | Incidental Expenses | Examination Fee |              Total |

LG (23) *Teuk*001A4 1/10*Mo* (951106)                    LG Electronics

Wessex Translations

0 1 JUN 2005

VRC

HIGHLY SENSITIVE
CONFIDENTIAL
Under Protective Order

LPL-01583

3

LPL-001584

## Deed of Assignment

Assignee
Name: LG Electronics Inc., Chairman & CEO: Ja-hong Gu
Address: 20, Yeouido-dong, Yeongdeungpo-gu, Seoul

I, Young-woo Cho, hereby transfer and assign the right to apply for and obtain patent/utility model registration on the below-mentioned invention (design) to the assignee.

Date: October 12, 1998

| Assignor (Inventor) | Address | 215-704, Jugong Apt. Complex 2, Jaegung-dong, Gunpo, Gyeonggi-do | |
|---|---|---|---|
| | Resident Registration # | 670102-1090426 | |
| | Name | Young-woo Cho | *Signature* |
| | Nationality | Republic of Korea | |
| | Record | | |
| 1: Case Assigned | | | |
| 2. Title of Invention (Design) | | | |

* For joint applications, please attach additional deeds of assignment, one per inventor (designer).

LG (23) *Teuk*001 A4 2/10*Mo* (951106)          LG Electronics

Wessex Translations

0 1 JUN 2005

*VRC*

HIGHLY SENSITIVE
CONFIDENTIAL
Under Protective Order

4

LPL-01584

LPL-001585

## Deed of Assignment

**Assignee**
    Name: LG Electronics Inc., Chairman & CEO: Ja-hong Gu
    Address: 20, Yeouido-dong, Yeongdeungpo-gu, Seoul

    I, Jong-hwan Kim, hereby transfer and assign the right to apply for and obtain patent/utility model registration on the below-mentioned invention (design) to the assignee.

    Date: October 12, 1998

| Assignor (Inventor) | Address | Mugunghwa Apt. #304-1505, 1057, Hogye-dong, Dongan-gu, Anyang, Gyeonggi-do |
|---|---|---|
| | Resident Registration # | 630408-1715616 |
| | Name | Jong-hwan Kim      *Signature* |
| | Nationality | Republic of Korea |
| | Record | |
| 1. Case Assigned | | |
| 2. Title of Invention (Design) | | |

    * For joint applications, please attach additional deeds of assignment, one per inventor (designer).

LG (23) *Teuk*001A4 2/10*Mo* (951106)              LG Electronics

Wessex Translations

0 1 JUN 2005

— VRC

HIGHLY SENSITIVE
CONFIDENTIAL
Under Protective Order

5

LPL-01585

LPL-001586

Title of the Invention

    Method and apparatus for mounting an LCD display module on a notebook computer

Objective of the Invention  *Technological issues the invention is attempting to resolve or remedy.*

    To provide a method for the stable mounting of an LCD module onto a notebook computer top case and to simplify assembly and boost space efficiency by reducing the space occupied by components in a notebook computer

    \*What is prior art?  1. Technologies or designs which served as a basis to the invention; or 2. Technologies or designs used as a means (method or apparatus) to achieve the stated objective of invention, which are similar to the technologies or designs created by the inventor.

References    1. References can include, in addition to prior art, any informative materials helpful for the understanding of the invention submitted.  2. These supporting materials are absolutely necessary when writing a patent specification and in determining the scope of claims.  3. If you are having difficulties obtaining references, please notify the Patent Team to request a search (use Information Search Request Form).

1. _____
2. _____
3. _____
4. _____

Ex.: USP 4,567,890/ Patent Publication No. JP 4-123456 A/ SID 95.8 <.Title of paper>

Key Features of the Invention (information used when establishing the scope of claims)

1. Apparatus or method created by the inventor as a means to achieve the stated objective of invention.
2. Describe your invention by focusing on the differences that distinguish it from existing technologies or designs.
3. List a minimum number of keywords absolutely essential to identifying the invention.

Ex.: [image/ image captions: embodiments, existing apparatus (simple seat)]
If you invented stools that can be embodied into the examples shown in the image, the key feature of your invention is the attaching support to existing seats (regardless of their shapes),

1. An LCD module is joined to the top case of a notebook computer using hinge arms placed on the back of the top case, fastened to the back of the module.
2. The hinge arms of the lower section and the LCD module are fastened together to the rear of the top case in a single process, requiring no additional mounting steps.
3. This method of mounting an LCD module onto a top case, by minimizing unused space on

6

**Wessex Translations**    -5

0 1 JUN 2005

— VRC

HIGHLY SENSITIVE
CONFIDENTIAL
Under Protective Order

LPL-01586

LPL-001587

either side of the case, enables larger-size LCD modules to be fitted.

Keywords: Back hinge arms, module mounting

Benefits of the Invention

1. State only benefits offered by the invention (expected shortcomings may be remedied for a new patent application)
2. State the improvements brought by your invention.

1. **This mounting arrangement, requiring only hinge arms on the top case to join the latter with the LCD module, dispenses with other components and contributes to simplicity of assembly.**
2. **As this method minimizes the unused space left on either side of the LCD module and top case, there is more room to accommodate larger LCD modules.**

Are there additional benefits or advantages offered by the invention worth mentioning?

LG (23) *Teuk*001A4 3/10*Mo* (951106)

7

LG Electronics

Wessex Translations

0 1 JUN 2005

VRC

HIGHLY SENSITIVE
CONFIDENTIAL
Under Protective Order

LPL-01587

LPL-001588

| Prior Art<br>1. For the sake of clarity of description, be sure to attach drawings.<br>2. State the technological issues and shortcomings resolved or remedied by the invention.<br>3. When necessary, more than one prior technology or design may be discussed. | |
|---|---|
| Drawings | Description of Components, Operation and Shortcomings |

1. **Prior Technology I.**

**Drawing 1.**

[Captions: Upper chassis (12), Support plate (14b), Supporting table (14a), LCD display module (14), arm (18), xx screws, xx screws, Hinge (20), Hinge plate (16), Lower chassis (10), Screw (22)]

2. **Related Technologies**

**Drawing 2.**

[Captions: Support (34a), LCD Display module (34), Hinge arm (38), d, Side (32b), Upper section (32a), Lower chassis (30), Hinge plate (36), Screw (42)]

**Prior Technology**
Drawing 1 shows an LCD module (14) and an upper chassis (12) joined to a lower chassis (10), such that they can pivot on a hinge (20).
The support plate (14b) of the LCD display module (14) is fastened to the bottom of the upper chassis by a screw, and the hinge (20) enables the rotation of the arm (18) situated at one extremity of the hinge plate (16).
The hinge plate (16) is fastened to the lower chassis (10). Using this existing mounting method, the hinge and the LCD module are fastened separately to the upper chassis, requiring superfluous components and complicating assembly. The hinge is contained within the lower chassis, which separates the upper and lower sections.

**Related Technologies**

Drawing 2 shows a hinge arm attached to the side of the case, which frees up extra space (d) along the side.

LG (23) *Teuk*1A4 4/10*Mo* (951106)                                    **LG Electronics**

**Wessex Translations**

0 1 JUN 2005

*VRC*

**HIGHLY SENSITIVE
CONFIDENTIAL
Under Protective Order**

**LPL-01588**

8

LPL-001589

557-4406 Patent Agent Jeong

| Description of Embodiments | |
|---|---|
| 1. Describe as many embodiments of the invention as possible.<br>2. Description should be detailed and easy to understand.<br>3. Drawings including sectional view, top view and enlarged view improve the reader's understanding of the description of invention. | |
| Drawings | Description of Components, Operation and Advantages |

Description of the Invention (Embodiment 1)    *Description of other embodiments may be added on at the end of this one.*

Embodiment 1.

Embodiment 2.

Embodiment 1.
The hinge (50) is fitted with the arm (58) at one end of the hinge plate (56) on the lower chassis, so as to enable pivoting. The arm is fastened to the protective plastic or metal plate on the back side of the LCD module's display area, using screws, nails or hooks, so that the LCD module is firmly joined with the upper chassis. Thus "d", the size of the gap between the LCD module and the upper chassis, is minimized.

Embodiment 2.
In this embodiment, the hinge is placed in the top case.

LG (23) *Teuk*1A4 5/10*Mo* (951106)                    LG Electronics

9

Wessex Translations

0 1 JUN 2005

V·R C

HIGHLY SENSITIVE
CONFIDENTIAL
Under Protective Order

LPL-01589

# EXHIBIT 17

# List of documents:
# standard disclosure

| In the   Patents County Court | |
|---|---|
| **Claim No.** | PAT No. 04022 |
| **Claimant** (including ref) | LG. PHILIPS LCD CO., LTD |
| **Defendant** (including ref) | (1) TATUNG (UK) LTD<br>(2) VIEWSONIC EUROPE LTD<br>(3) NUMBER ONE SERVICES LTD |
| **Date** | |

**Notes:**

- The rules relating to standard disclosure are contained in Part 31 of the Civil Procedure Rules.
- Documents to be included under standard disclosure are contained in Rule 31.6
- A document has or will have been in your control if you have or have had possession, or a right of possession, of it or a right to inspect or take copies of it.

**Disclosure Statement**

I state that I have carried out a reasonable and proportionate search to locate all the documents which I am required to disclose under the order made by the court on *(insert date)* 11 January 2005

(I did not search for documents -

1.  pre-dating 23 October 1996 or post-dating 23 October 2000

2.  located elsewhere than  LG Philips LCD R&D Centre, 533 Hogae-dong, Dongan-gu, Anyang-shi, Gyongki-do 431-080, Korea

~~3.    in categories other than~~

)

I certify that I understand the duty of disclosure and to the best of my knowledge I have carried out that duty. I further certify that the list of documents set out in or attached to this form, is a complete list of all documents which are or have been in my control and which I am obliged under the order to disclose.

I understand that I must inform the court and the other parties immediately if any further document required to be disclosed by Rule 31.6 comes into my control at any time before the conclusion of the case.

(I have not permitted inspection of documents within the category or class of documents (as set out below) required to be disclosed under Rule 31(6)(b) or (c) on the grounds that to do so would be disproportionate to the issues in the case.)

N/A

| Signed | Young Woo Cho | Date | 21 January 2005 |
|---|---|---|---|

(Claimant) ~~(Defendant)~~ ~~('s litigation friend)~~

LPL-00170

**Position or office held** *(if signing on behalf of firm or company)*
Please state why you are the appropriate person to make the disclosure statement.

Manager, IP Team 1, LG. PHILIPS LCD CO., LTD. I am the person responsible for managing this action and I have authorisation to sign this document on behalf of the Claimant.

continued overleaf

List of documents:                                                     Laserform International 8/99
f(26S standard disclosure (4.99)


EXHIBIT

List and number here, in a convenient order, the documents (or bundles of documents if of the same nature, e.g. invoices) in your control, which you do not object to being inspected. Give a short description of each document or bundle so that it can be identified, and say if it is kept elsewhere i.e. with a bank or solicitor

I have control of the documents numbered and listed here. I do not object to you inspecting them/producing copies.

1. LG Electronics LCD Division Invention Disclosure Form dated 13 October 1998, Application No.: AW98-221 (Korean version).

2. English Translation of the LG Electronics LCD Division Invention Disclosure Form dated 13 October 1998, Application No.: AW98-221.

3. LG Electronics LCD Division Invention Disclosure Form dated 13 October 1998, Application No.: AW98-222 (Korean version).

4. English Translation of the LG Electronics LCD Division Invention Disclosure Form dated 13 October 1998, Application No.: AW98-222.

List and number here, as above, the documents in your control which you object to being inspected. (Rule 31.19)

I have control of the documents numbered and listed here, but I object to you inspecting them:

as set out in the attached Schedule A.

Say what your objections are

I object to you inspecting these documents because:

they are by their nature privileged.

List and number here, the documents you once had in your control, but which you no longer have. For each document listed, say when it was last in your control and where it is now.

I have had the documents numbered and listed below, but they are no longer in my control.

Originals of correspondence in Schedule A which were last in the Claimant's control on the date they were posted or otherwise despatched to their respective addressees and all documents in these Claimant's control relating to matters in question in these proceedings which have been lost, discarded, mislaid, destroyed or otherwise disposed of from time to time distributed to third parties, on dates not known to the Claimant.

2

LPL-00171

## Schedule A

| No. | Description | Dated |
|-----|-------------|-------|
| 1. | Correspondence and communications between the Claimant or its officers or employees and their legal advisers and its patent agents (including those in the service of the Claimant) of a confidential nature for the purpose of obtaining or providing legal advice and assistance (including advice and assistance in relation to the protection of any invention or technical information) together with memoranda or notes of legal advice given or obtained; and any copies or drafts of the same. | Various |
| 2. | Correspondence and communications between the Claimant and/or its legal advisers and its patent agents (including those in the service of the Claimant) with all third parties for the purpose of obtaining or collecting evidence or for obtaining information with a view to obtaining such evidence or for the purpose of obtaining or providing legal advice with regard to or in contemplation of legal proceedings; and any copies or drafts of the same. | Various |
| 3. | Instructions to Counsel; Counsel's opinions in connection with or in contemplation of these proceedings; notes of conferences and advice provided by Counsel; and any copies or drafts of the same. | Various |
| 4. | Drafts of Statements of Case, court documents and related documents, proofs of evidence, statements, notes, memoranda and other documents prepared by the Claimant, its officers, employees and/or its legal advisers and patent agents (including those in the service of the Claimant) for the purpose of and in connection with or in contemplation of these proceedings; and any copies or drafts of the same. | Various |
| 5. | Correspondence, memoranda, notes and other documents between the Claimant, its officers or employees and its legal advisers and its patent agents (including those in the service of the Claimant) the dominant purpose of which was the contemplation or furtherance of litigation; and any copies or drafts of the same. | Various |