# EXHIBIT 18

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

--------------------------------x

L.G. PHILIPS LCD CO., LTD.,            )

              Plaintiff,        )

    v.                                 )    Civil Action

TATUNG CO.; TATUNG COMPANY OF          )    No. 04-343

AMERICA, INC.; and VIEWSONIC           )

CORPORATION,                           )

           Defendants.        )

--------------------------------x

HIGHLY SENSITIVE CONFIDENTIAL INFORMATION

Videotaped Deposition of YOUNG WOO CHO

Washington, D.C.

Monday, March 5, 2007

9:32 a.m.

Job No.:  22-97873

Pages 1 - 106, Volume 1

Reported By:  Joan V. Cain

Page 5

```
 1                      C O N T E N T S

 2

 3    EXAMINATION OF YOUNG WOO CHO                    PAGE

 4       By Mr. Merideth                                 7

 5

 6                      E X H I B I T S

 7                 (Retained by Counsel.)

 8    DEPOSITION EXHIBITS                            PAGE

 9       1-A   Invention Disclosure Form, Bates Nos.    57

10             LPL 1557 through LPL 1562, with markings

11        22   U.S. Patent No. 5,872,606                22

12        23   Document Bates No.'d LPL 00170 through    74

13             LPL 00172

14

15

16

17

18

19

20

21

22

23

24

25
```

Redacted

Redacted Exhibit 18 Section 1.max

Page 21

Redacted

MERRILL    LEGAL    SOLUTIONS
800-826-0277    818-593-2300    Fax 818-593-2301    www.merrillcorp.com
24c636d7-562b-4ebc-8018-386e22935b47

Redacted Exhibit 18 Section 1.max

Redacted

Redacted

Redacted Exhibit 18 Section 1.max

Redacted

Redacted Exhibit 18 Section 1.max

Page 74

Redacted

MERRILL   LEGAL   SOLUTIONS
800-826-0277   818-593-2300   Fax 818-593-2301   www.merrillcorp.com
24c636d7-562b-4ebc-8018-386e22935b47

Page 75

Redacted

Redacted Exhibit 18 Section 1.max

Page 94

Redacted

Page 97

Redacted

Redacted Exhibit 18 Section 1.max

Page 102

Redacted



Page 103

Redacted

MERRILL   LEGAL   SOLUTIONS
800-826-0277  818-593-2300  Fax 818-593-2301  www.merrillcorp.com

Page 104

Redacted

MERRILL    LEGAL    SOLUTIONS

800-826-0277    818-593-2300    Fax 818-593-2301    www.merrillcorp.com

24c636d7-562b-4ebc-8018-386e22935b47

Redacted Exhibit 18 Section 1.max

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

--------------------------------x

L.G. PHILIPS LCD CO., LTD.,          )

                 Plaintiff,     )

    v.                               )   Civil Action

TATUNG CO.; TATUNG COMPANY OF        )   No. 04-343

AMERICA, INC.; and VIEWSONIC         )

CORPORATION,                         )

               Defendants.    )

--------------------------------x


HIGHLY SENSITIVE CONFIDENTIAL INFORMATION

Videotaped Deposition of YOUNG WOO CHO

Washington, D.C.

Tuesday, March 6, 2007

9:48 a.m.


Job No.:  22-97876

Pages 107 - 188, Volume 2

Reported By:  Joan V. Cain

Page 111

1                           C O N T E N T S

2

3    EXAMINATION OF YOUNG WOO CHO                        PAGE

4        By Mr. Merideth                                 112

5        By Ms. Roman                                    175

6

7                          E X H I B I T S

8                    (Retained by Counsel.)

9    DEPOSITION EXHIBITS                                 PAGE

10       24   Photocopied Page from the '641 Patent      179

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 119

Redacted

MERRILL   LEGAL   SOLUTIONS
800-826-0277   818-593-2300   Fax 818-593-2301   www.merrillcorp.com
9afe709e-2f94-44aa-bf3f-21f8f438997d

Redacted Exhibit 18 Section 2.max

Page 129

Redacted

MERRILL   LEGAL   SOLUTIONS
800-826-0277   818-593-2300   Fax 818-593-2301   www.merrillcorp.com
9afe709e-2f94-44aa-bf3f-21f8f438997d

Page 130

Redacted

MERRILL   LEGAL   SOLUTIONS
800-826-0277   818-593-2300   Fax 818-593-2301   www.merrillcorp.com
9afe709e-2f94-44aa-bf3f-21f8f438997d

Page 176

Redacted

Page 177

Redacted

MERRILL   LEGAL   SOLUTIONS
800-826-0277   818-593-2300   Fax 818-593-2301   www.merrillcorp.com
9afe709e-2f94-44aa-bf3f-21f8f438997d

Redacted Exhibit 18 Section 2.max

Page 178

Redacted

Redacted Exhibit 18 Section 2.max

Page 179

Redacted

MERRILL    LEGAL    SOLUTIONS

800-826-0277    818-593-2300    Fax 818-593-2301    www.merrillcorp.com

9afe709e-2f94-44aa-bf3f-21f8f438997d

Redacted

Redacted Exhibit 18 Section 2.max

Redacted

Redacted Exhibit 18 Section 2.max

Redacted

Page 185

Redacted

MERRILL    LEGAL    SOLUTIONS
800-826-0277   818-593-2300   Fax 818-593-2301   www.merrillcorp.com

Page 186

Redacted

MERRILL   LEGAL   SOLUTIONS
800-826-0277   818-593-2300   Fax 818-593-2301   www.merrillcorp.com
9afe709e-2f94-44aa-bf3f-21f8f438997d

Page 189

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

---------------------------------x

L.G. PHILIPS LCD CO., LTD.,          )

               Plaintiff,          )

    v.                              )    Civil Action

TATUNG CO.; TATUNG COMPANY OF        )    No. 04-343

AMERICA, INC.; and VIEWSONIC         )

CORPORATION,                         )

              Defendants.          )

---------------------------------x


HIGHLY SENSITIVE CONFIDENTIAL INFORMATION

Videotaped Deposition of YOUNG WOO CHO

Washington, D.C.

Wednesday, March 7, 2007

9:39 a.m.


Job No.:  22-97876

Pages 189 - 252, Volume 3

Reported By:  Joan V. Cain

Page 193

1                          C O N T E N T S

2

3    EXAMINATION OF YOUNG WOO CHO                        PAGE

4       By Ms. Roman                                      195

5

6                          E X H I B I T S

7                      (Retained by Counsel.)

8    DEPOSITION EXHIBITS                                  PAGE

9       25  L.G. Philips Specification For Approval    209

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 214

Redacted

MERRILL    LEGAL    SOLUTIONS
800-826-0277   818-593-2300   Fax 818-593-2301    www.merrillcorp.com
9dc9e258-b565-4aa5-9ebb-8865b3c30e14

Page 215

Redacted

MERRILL   LEGAL   SOLUTIONS
800-826-0277   818-593-2300   Fax 818-593-2301   www.merrillcorp.com
9dc9e258-b565-4aa5-9ebb-8865b3c30e14

Page 216

Redacted

MERRILL   LEGAL   SOLUTIONS
800-826-0277   818-593-2300   Fax 818-593-2301   www.merrillcorp.com
9dc9e258-b565-4aa5-9ebb-8865b3c30e14

Page 217

Redacted

MERRILL   LEGAL   SOLUTIONS

800-826-0277   818-593-2300   Fax 818-593-2301   www.merrillcorp.com

9dc9e258-b565-4aa5-9ebb-8865b3c30e14

Page 218

Redacted

MERRILL   LEGAL   SOLUTIONS
800-826-0277   818-593-2300   Fax 818-593-2301   www.merrillcorp.com
9dc9e258-b565-4aa5-9ebb-8865b3c30e14

Redacted Exhibit 18 Section 3.max

Redacted

MERRILL   LEGAL   SOLUTIONS
800-826-0277   818-593-2300   Fax 818-593-2301   www.merrillcorp.com
9dc9e258-b565-4aa5-9ebb-8865b3c30e14

Page 249

Redacted

MERRILL   LEGAL   SOLUTIONS
800-826-0277   818-593-2300   Fax 818-593-2301   www.merrillcorp.com

Page 250

Redacted

Redacted Exhibit 18 Section 3.max