# EXHIBIT 19

HIGHLY SENSITIVE CONFIDENTIAL INFORMATION

Page 121

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

--------------------------------x

L.G. PHILIPS LCD CO., LTD.,          )

               Plaintiff,          )

      v.                             )    Civil Action

TATUNG CO.; TATUNG COMPANY OF        )    No. 04-343

AMERICA, INC.; and VIEWSONIC         )

CORPORATION,                         )

             Defendants.          )

--------------------------------x

HIGHLY SENSITIVE CONFIDENTIAL INFORMATION

Videotaped Deposition of JONG HWAN KIM

Washington, D.C.

Tuesday, February 27, 2007

9:48 a.m.

Pages 121 - 250, Volume 2

Reported By:  Joan V. Cain

HIGHLY SENSITIVE CONFIDENTIAL INFORMATION

Page 126

1                      C O N T E N T S

2

3    EXAMINATION OF JONG HWAN KIM              PAGE

4       By Mr. Merideth                        127

5

6                     E X H I B I T S

7                (Retained by Counsel.)

8    DEPOSITION EXHIBITS                        PAGE

9       5   Korean Industrial Property Office      177

10          Patent Application No. 44475

11      6   Wrapper For Patent No. 6,498,718       186

12      7   Mr. Cho's Deed of Assignment           187

13      8   Mr. Kim's Deed of Assignment           187

14      9   Notice of Deposition of                191

15          L.G. Philips LCD Co., Ltd.

16     10   Amended Notice of Deposition           195

17

18

19

20

21

22

23

24

25

HIGHLY SENSITIVE CONFIDENTIAL INFORMATION

Page 160

Redacted

MERRILL   LEGAL   SOLUTIONS
800-826-0277   818-593-2300   Fax 818-593-2301   www.merrillcorp.com
9aed9c26-5a68-4823-a96a-13d6321d25d0

HIGHLY SENSITIVE CONFIDENTIAL INFORMATION

Page 161

Redacted

MERRILL   LEGAL   SOLUTIONS
800-826-0277   818-593-2300   Fax 818-593-2301   www.merrillcorp.com

9aed9c26-5a68-4823-a96a-13d6321d25d0

HIGHLY SENSITIVE CONFIDENTIAL INFORMATION

Page 183

Redacted

MERRILL   LEGAL   SOLUTIONS
800-826-0277  818-593-2300   Fax 818-593-2301   www.merrillcorp.com
9aed9c26-5a68-4823-a96a-13d6321d25d0

HIGHLY SENSITIVE CONFIDENTIAL INFORMATION

Page 184

Redacted

MERRILL   LEGAL   SOLUTIONS
800-826-0277   818-593-2300   Fax 818-593-2301   www.merrillcorp.com

9aed9c26-5a68-4823-a96a-13d6321d25d0

HIGHLY SENSITIVE CONFIDENTIAL INFORMATION

Page 185

Redacted

MERRILL   LEGAL   SOLUTIONS

800-826-0277   818-593-2300   Fax 818-593-2301   www.merrillcorp.com

9aed9c26-5a68-4823-a96a-13d6321d25d0

HIGHLY SENSITIVE CONFIDENTIAL INFORMATION

Page 246

Redacted

MERRILL    LEGAL    SOLUTIONS
800-826-0277    818-593-2300    Fax 818-593-2301    www.merrillcorp.com
9aed9c26-5a68-4823-a96a-13d6321d25d0

HIGHLY SENSITIVE CONFIDENTIAL INFORMATION

Page 247

Redacted

MERRILL   LEGAL   SOLUTIONS

800·826·0277   818-593-2300   Fax 818-593-2301   www.merrillcorp.com

9aed9c26-5a68-4823-a96a-13d6321c

HIGHLY SENSITIVE CONFIDENTIAL INFORMATION

Page 248

Redacted

Redacted Exhibit 19 Section 1.max

HIGHLY SENSITIVE CONFIDENTIAL INFORMATION

Page 251

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

--------------------------------x

L.G. PHILIPS LCD CO., LTD.,        )

                 Plaintiff,        )

       v.                         )    Civil Action

TATUNG CO.; TATUNG COMPANY OF      )    No. 04-343

AMERICA, INC.; and VIEWSONIC       )

CORPORATION,                       )

              Defendants.   )

--------------------------------x

HIGHLY SENSITIVE CONFIDENTIAL INFORMATION

Videotaped Deposition of JONG HWAN KIM

Washington, D.C.

Wednesday, February 28, 2007

9:14 a.m.

Pages 251 - 372, Volume 3

Reported By:  Joan V. Cain

HIGHLY SENSITIVE CONFIDENTIAL INFORMATION

Page 256

1                    C O N T E N T S

2

3    EXAMINATION OF JONG HWAN KIM                    PAGE

4       By Mr. Merideth                              257

5

6                    E X H I B I T S)

7            (Retained by Counsel.)

8    DEPOSITION EXHIBITS                             PAGE

9       11   Second Invention Disclosure Form       258

10      12   Copy of the '139 Patent                287

11      13   Copy of the '641 Patent                289

12      14   Organization Chart for the             339

13           LCD R&D Center

14      15   Copy of the '718 Patent                354

15      16   Korean Patent Application 44973        354

16

17

18

19

20

21

22

23

24

25

MERRILL   LEGAL   SOLUTIONS
800-826-0277   818-593-2300   Fax 818-593-2301   www.merrillcorp.com
333da075-fcac-4106-b697-99082ab603b3

HIGHLY SENSITIVE CONFIDENTIAL INFORMATION

Page 257

Redacted

MERRILL   LEGAL   SOLUTIONS
800-826-0277   818-593-2300   Fax 818-593-2301   www.merrillcorp.com
333da075-fcac-4106-b697-99082ab603b3

HIGHLY SENSITIVE CONFIDENTIAL INFORMATION

Page 258

Redacted

MERRILL   LEGAL   SOLUTIONS
800-826-0277   818-593-2300   Fax 818-593-2301   www.merrillcorp.com
333da075-fcac-4106-b697-99082ab603b3

HIGHLY SENSITIVE CONFIDENTIAL INFORMATION

Page 368

Redacted

MERRILL    LEGAL    SOLUTIONS
800-826-0277    818-593-2300    Fax 818-593-2301    www.merrillcorp.com
333da075-fcac-4106-b697-99082ab603b3

Redacted Exhibit 19 Section 2.max

HIGHLY SENSITIVE CONFIDENTIAL INFORMATION

Page 369

Redacted

MERRILL    LEGAL    SOLUTIONS
800-826-0277   818-593-2300   Fax 818-593-2301   www.merrillcorp.com

333da075-fcac-4106-b697-99082abf

HIGHLY SENSITIVE CONFIDENTIAL INFORMATION

Page 370

Redacted

MERRILL   LEGAL   SOLUTIONS
800-826-0277   818-593-2300   Fax 818-593-2301   www.merrillcorp.com
333da075-fcac-4106-b697-99082ab603b3

Redacted Exhibit 19 Section 2.max

Page 373

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

--------------------------------x

L.G. PHILIPS LCD CO., LTD.,        )

                 Plaintiff,    )

    v.                             )    Civil Action

TATUNG CO.; TATUNG COMPANY OF      )    No. 04-343

AMERICA, INC.; and VIEWSONIC       )

CORPORATION,                       )

              Defendants.    )

--------------------------------x

HIGHLY SENSITIVE CONFIDENTIAL INFORMATION

Videotaped Deposition of JONG HWAN KIM

Washington, D.C.

Thursday, March 1, 2007

9:35 a.m.

Job No.:  22-97865

Pages 373 - 484, Volume 4

Reported By:  Joan V. Cain

Page 378

1                          C O N T E N T S

2

3    EXAMINATION OF JONG HWAN KIM                        PAGE

4       By Mr. Merideth                                   379

5       By Mr. Miller                                     415

6

7                          E X H I B I T S

8                     (Retained by Counsel.)

9    DEPOSITION EXHIBITS                                  PAGE

10      17   Document Beginning with                      403

11           Bates No. LPL 03869

12      18   File Wrapper for the '641 Patent             406

13      19   Specifications for L.G. Electronics'         456

14           Model No. LP141X3 as of 2/5/98

15

16

17

18

19

20

21

22

23

24

25

Page 435

Redacted

MERRILL   LEGAL   SOLUTIONS
800-826-0277   818-593-2300   Fax 818-593-2301   www.merrillcorp.com
4bb48471-9a41-4a4a-bbe9-0d8fde3e494a

Page 436

Redacted

Redacted Exhibit 19 Section 3.max

Page 437

Redacted

MERRILL   LEGAL   SOLUTIONS
800-826-0277   818-593-2300   Fax 818-593-2301   www.merrillcorp.com
4bb48471-9a41-4a4a-bbe9-0d8fde3e494a

Redacted Exhibit 19 Section 3.max

Redacted

Redacted Exhibit 19 Section 3.max

Page 439

Redacted

MERRILL   LEGAL   SOLUTIONS
800-826-0277   818-593-2300   Fax 818-593-2301   www.merrillcorp.com
4bb48471-9a41-4a4a-bbe9-0d8fde3e494a

Page 440

Redacted

Redacted Exhibit 19 Section 3.max

Page 480

Redacted

Redacted Exhibit 19 Section 3.max



Page 481

Redacted

MERRILL   LEGAL   SOLUTIONS
800-826-0277   818-593-2300   Fax 818-593-2301   www.merrillcorp.com

4bb48471-9a41-4a4a-bbe9-0d8fde3t

Page 482

Redacted

Redacted Exhibit 19 Section 3.max

HIGHLY SENSITIVE CONFIDENTIAL INFORMATION

Page 559

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

---------------------------------x

L.G. PHILIPS LCD CO., LTD.,          )

                    Plaintiff,       )

          v.                         )   Civil Action

TATUNG CO.; TATUNG COMPANY OF        )   No. 04-343

AMERICA, INC.; and VIEWSONIC         )

CORPORATION,                         )

                    Defendants.      )

---------------------------------x


HIGHLY SENSITIVE CONFIDENTIAL INFORMATION

Videotaped Deposition of L.G. PHILIPS LCD CO., LTD.

By and Through Its Corporate Designee

JONG HWAN KIM

Washington, D.C.

Wednesday, March 21, 2007

9:46 a.m.


Pages 559 - 688, Volume 6

Reported By:  Joan V. Cain

HIGHLY SENSITIVE CONFIDENTIAL INFORMATION

Page 563

1                          C O N T E N T S

2

3     EXAMINATION OF JONG HWAN KIM                        PAGE

4         By Mr. Miller                                   579

5

6                          E X H I B I T S)

7                     (Retained by Counsel.)

8     DEPOSITION EXHIBITS                                 PAGE

9        53  VP 140 Flat Panel Display Device            636

10       54  Support For the Liquid Crystal Panel        638

11           Inside the Flat Panel Display Device of

12           Exhibit 53

13       55  Enlarged Copy of Figures 4a and 4b of       657

14           The '641 Patent, Exhibit 13

15

16

17

18

19

20

21

22

23

24

25

HIGHLY SENSITIVE CONFIDENTIAL INFORMATION

Page 654

Redacted

MERRILL    LEGAL    SOLUTIONS
800-826-0277    818-593-2300    Fax 818-593-2301    www.merrillcorp.com
15672f8e-819e-4c23-9e08-4f8a329154f0

HIGHLY SENSITIVE CONFIDENTIAL INFORMATION

Page 655

Redacted

MERRILL   LEGAL   SOLUTIONS
800-826-0277   818-593-2300   Fax 818-593-2301   www.merrillcorp.com
15672f8e-819e-4c23-9e08-4f8a329154f0

Redacted Exhibit 19 Section 4.max

HIGHLY SENSITIVE CONFIDENTIAL INFORMATION

Page 656

Redacted

MERRILL    LEGAL    SOLUTIONS
800-826-0277    818-593-2300    Fax 818-593-2301    www.merrillcorp.com
15672f8e-819e-4c23-9e08-4f8a329154f0

Redacted Exhibit 19 Section 4.max

HIGHLY SENSITIVE CONFIDENTIAL INFORMATION

Page 657

Redacted

MERRILL   LEGAL   SOLUTIONS
800-826-0277   818-593-2300   Fax 818-593-2301   www.merrillcorp.com
15672f8e-819e-4c23-9e08-4f8a329154f0

HIGHLY SENSITIVE CONFIDENTIAL INFORMATION

Page 680

Redacted

MERRILL   LEGAL   SOLUTIONS
800-826-0277   818-593-2300   Fax 818-593-2301   www.merrillcorp.com
15572f8e-819e-4c23-9e08-4f8a329154f0

HIGHLY SENSITIVE CONFIDENTIAL INFORMATION

Page 681

Redacted

MERRILL   LEGAL   SOLUTIONS
800-826-0277   818-593-2300   Fax 818-593-2301   www.merrillcorp.com
15672f8e-819e-4c23-9e08-4f8a329154f0

Redacted Exhibit 19 Section 4.max

HIGHLY SENSITIVE CONFIDENTIAL INFORMATION

Page 682

Redacted

HIGHLY SENSITIVE CONFIDENTIAL INFORMATION

Page 683

Redacted

HIGHLY SENSITIVE CONFIDENTIAL INFORMATION

Page 684

Redacted

MERRILL   LEGAL   SOLUTIONS
800-826-0277   818-593-2300   Fax 818-593-2301   www.merrillcorp.com
15672f8e-819e-4c23-9e08-4f8a329154f0

Redacted Exhibit 19 Section 4.max

HIGHLY SENSITIVE CONFIDENTIAL INFORMATION

Page 685

Redacted

MERRILL   LEGAL   SOLUTIONS
800-826-0277   818-593-2300   Fax 818-593-2301   www.merrillcorp.com

15672f8e-819e-4c23-9e08-4f8a329

HIGHLY SENSITIVE CONFIDENTIAL INFORMATION

Page 686

Redacted

MERRILL   LEGAL   SOLUTIONS
800-826-0277   818-593-2300   Fax 818-593-2301   www.merrillcorp.com
15672f8e-819e-4c23-9e08-4f8a329154f0

Redacted Exhibit 19 Section 4.max

HIGHLY SENSITIVE CONFIDENTIAL INFORMATION

Page 689

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

---------------------------------x

L.G. PHILIPS LCD CO., LTD.,          )

                    Plaintiff,       )

          v.                         )    Civil Action

TATUNG CO.; TATUNG COMPANY OF        )    No. 04-343

AMERICA, INC.; and VIEWSONIC         )

CORPORATION,                         )

                    Defendants.      )

---------------------------------x


HIGHLY SENSITIVE CONFIDENTIAL INFORMATION

Videotaped Deposition of L.G. PHILIPS LCD CO., LTD.

By and Through Its Corporate Designee

JONG HWAN KIM

Washington, D.C.

Thursday, March 22, 2007

9:17 a.m.


Pages 689 - 805, Volume 7

Reported By:  Joan V. Cain

HIGHLY SENSITIVE CONFIDENTIAL INFORMATION

Page 693

1                      C O N T E N T S

2

3    EXAMINATION OF JONG HWAN KIM                    PAGE

4       By Mr. Miller                               694

5

6                      E X H I B I T S)

7                (Retained by Counsel.)

8    DEPOSITION EXHIBITS                            PAGE

9       56   Material Introduced By LPL For Sharp     713

10           Regarding the '641 Patent

11      57   Presentation Prepared By Mr. Kim for     771

12           Sharp Corporation Regarding the

13           '718 Patent

14      58   Material Presented to Fujitsu Regarding  774

15           Rear Mounting Patents With Respect to

16           Fujitsu Siemens' 5100 FA Model

17

18

19

20

21

22

23

24

25

HIGHLY SENSITIVE CONFIDENTIAL INFORMATION

Page 774

Redacted

Redacted Exhibit 19 Section 5.max

HIGHLY SENSITIVE CONFIDENTIAL INFORMATION

Page 775

Redacted

MERRILL   LEGAL   SOLUTIONS
800-826-0277   818-593-2300   Fax 818-593-2301   www.merrillcorp.com
2cc81641-109c-43f9-8194-c2a46f80866a

HIGHLY SENSITIVE CONFIDENTIAL INFORMATION

Page 776

Redacted

MERRILL   LEGAL   SOLUTIONS
800-826-0277   818-593-2300   Fax 818-593-2301   www.merrillcorp.com
2cc81641-109c-43f9-8194-c2a46f80866a

HIGHLY SENSITIVE CONFIDENTIAL INFORMATION

Page 777

Redacted

Redacted Exhibit 19 Section 5.max

HIGHLY SENSITIVE CONFIDENTIAL INFORMATION

Page 778

Redacted

MERRILL   LEGAL   SOLUTIONS
800-826-0277   818-593-2300   Fax 818-593-2301   www.merrillcorp.com
2cc81641-109c-43f9-8194-c2a46f80866a

HIGHLY SENSITIVE CONFIDENTIAL INFORMATION

Page 779

Redacted

Redacted Exhibit 19 Section 5.max

HIGHLY SENSITIVE CONFIDENTIAL INFORMATION

Page 780

Redacted

MERRILL   LEGAL   SOLUTIONS
800-826-0277   818-593-2300   Fax 818-593-2301   www.merrillcorp.com
2cc81641-109c-43f9-8194-c2a46f80866a

Redacted Exhibit 19 Section 5.max

HIGHLY SENSITIVE CONFIDENTIAL INFORMATION

Page 781

Redacted

MERRILL   LEGAL   SOLUTIONS
800-826-0277   818-593-2300   Fax 818-593-2301   www.merrillcorp.com
2cc81641-109c-43f9-8194-c2a46f80866a

Redacted Exhibit 19 Section 5.max

HIGHLY SENSITIVE CONFIDENTIAL INFORMATION

Page 782

Redacted

MERRILL   LEGAL   SOLUTIONS

800-826-0277   818-593-2300   Fax 818-593-2301   www.merrillcorp.com

2cc81641-109c-43f9-8194-c2a46f80866a

HIGHLY SENSITIVE CONFIDENTIAL INFORMATION

Page 786

Redacted

MERRILL   LEGAL   SOLUTIONS
800-826-0277   818-593-2300   Fax 818-593-2301   www.merrillcorp.com
2cc81641-109c-43f9-8194-c2a46f80866a

HIGHLY SENSITIVE CONFIDENTIAL INFORMATION

Page 787

Redacted

MERRILL   LEGAL   SOLUTIONS
800-826-0277   818-593-2300   Fax 818-593-2301   www.merrillcorp.com
2cc81641-109c-43f9-8194-c2a46f80866a

Redacted Exhibit 19 Section 5.max

HIGHLY SENSITIVE CONFIDENTIAL INFORMATION

Page 788

Redacted

HIGHLY SENSITIVE CONFIDENTIAL INFORMATION

Page 789

Redacted

Redacted Exhibit 19 Section 5.max

HIGHLY SENSITIVE CONFIDENTIAL INFORMATION

Page 790

Redacted

MERRILL    LEGAL    SOLUTIONS
800-826-0277   818-593-2300   Fax 818-593-2301   www.merrillcorp.com
2cc81641-109c-43f9-8194-c2a46f80866a

Page 806

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

------------------------------x

L.G. PHILIPS LCD CO., LTD.,          )

                    Plaintiff,       )

        v.                           )    Civil Action

TATUNG CO.; TATUNG COMPANY OF        )    No. 04-343

AMERICA, INC.; and VIEWSONIC         )

CORPORATION,                         )

                    Defendants.      )

------------------------------x


HIGHLY SENSITIVE CONFIDENTIAL INFORMATION

Videotaped Deposition of L.G. PHILIPS LCD CO., LTD.

By and Through Its Corporate Designee

JONG HWAN KIM

Washington, D.C.

Friday, March 23, 2007

9:14 a.m.




Job No.: 22-99274

Pages 806 - 898, Volume 8

Reported By:  Joan V. Cain

Page 810

1                              C O N T E N T S

2

3       EXAMINATION OF JONG HWAN KIM                    PAGE

4          By Mr. Miller                                812

5          By Mr. Merideth                              863

6

7                              E X H I B I T S

8                         (Retained by Counsel.)

9       DEPOSITION EXHIBITS                             PAGE

10          59  ViewSonic VX900 Flat Panel              839

11              Display Monitor

12          60  Rear Housing of ViewSonic VX900         839

13              Flat Panel Display Monitor

14          61  Metal Frame of ViewSonic VX900          839

15              Flat Panel Display Monitor

16          62  Flat Panel Display Device               839

17          63  Threaded Screw Hole on Exhibit 62       846

18          64  Another Threaded Fastener on the        847

19              Back of Exhibit 62

20          65  Document Bates Numbered LPL 14586       864

21              Through LPL 14588

22          66  Document Bates Numbered LPL 12355       868

23              Through LPL 12389

24          67  Document Bates Numbered LPL 12349       873

25              Through LPL 12354

MERRILL   LEGAL   SOLUTIONS
800-826-0277    818-593-2300    Fax 818-593-2301    www.merrillcorp.com
b0a24713-8a12-4459-a8bc-7a2c8f8ea64f

Page 811

1              E X H I B I T S   C O N T I N U E D

2                  (Retained by Counsel.)

3       DEPOSITION EXHIBITS                              PAGE

4          68  Document Bates Numbered TDE 24507          882

5          69  Document Bates Numbered TDE 024489         884

6              Through TDE 024491

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

MERRILL   LEGAL   SOLUTIONS
800-826-0277   818-593-2300   Fax 818-593-2301   www.merrillcorp.com
b0a24713-8a12-4459-a8bc-7a2c8f8ea64f

Redacted

MERRILL   LEGAL   SOLUTIONS
800-826-0277   818-593-2300   Fax 818-593-2301   www.merrillcorp.com
b0a24713-8a12-4459-a8bc-7a2c8f8ea64f

Page 857

Redacted

MERRILL   LEGAL   SOLUTIONS
800-826-0277   818-593-2300   Fax 818-593-2301   www.merrillcorp.com
b0a24713-8a12-4459-a8bc-7a2c8f8ea64f

Redacted Exhibit 19 Section 6.max

Page 858

Redacted

MERRILL   LEGAL   SOLUTIONS
800-826-0277   818-593-2300   Fax 818-593-2301   www.merrillcorp.com
b0a24713-8a12-4459-a8bc-7a2c8f8ea64f

Redacted Exhibit 19 Section 6.max

Page 859

Redacted

MERRILL    LEGAL    SOLUTIONS
800-826-0277    818-593-2300    Fax 818-593-2301    www.merrillcorp.com
b0a24713-8a12-4459-a8bc-7a2c8f8ea64f

Redacted Exhibit 19 Section 6.max

Page 860

Redacted

MERRILL   LEGAL   SOLUTIONS
800-826-0277   818-593-2300   Fax 818-593-2301   www.merrillcorp.com
b0a24713-8a12-4459-a8bc-7a2c8f8ea64f

Redacted Exhibit 19 Section 6.max

Page 861

Redacted

MERRILL   LEGAL   SOLUTIONS
800-826-0277   818-593-2300   Fax 818-593-2301   www.merrillcorp.com
b0a24713-8a12-4459-a8bc-7a2c8f8ea64f

Redacted Exhibit 19 Section 6.max

Redacted

MERRILL   LEGAL   SOLUTIONS
800-826-0277   818-593-2300   Fax 818-593-2301   www.merrillcorp.com
b0a24713-8a12-4459-a8bc-7a2c8f8ea64f

Page 863

Redacted

MERRILL   LEGAL   SOLUTIONS
800-826-0277   818-593-2300   Fax 818-593-2301   www.merrillcorp.com
b0a24713-8a12-4459-a8bc-7a2c8f8ea64f

Redacted

MERRILL   LEGAL   SOLUTIONS
800-826-0277   818-593-2300   Fax 818-593-2301   www.merrillcorp.com
b0a24713-8a12-4459-a8bc-7a2c8f8ea64f

Redacted Exhibit 19 Section 6.max

Page 896

Redacted

MERRILL    LEGAL    SOLUTIONS
800-826-0277    818-593-2300    Fax 818-593-2301    www.merrillcorp.com

b0a24713-8a12-4459-a8bc-7a2c8f8

Page 897

Redacted

MERRILL   LEGAL   SOLUTIONS
800-826-0277   818-593-2300   Fax 818-593-2301   www.merrillcorp.com
b0a24713-8a12-4459-a8bc-7a2c8f8ea64f