# EXHIBIT 25

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE


LG.PHILIPS LCD CO., LTD.,   )
                    )
     Plaintiff,    )
                    )
     vs.          )     No. 04-343
                    )
TATUNG CO.; TATUNG COMPANY  )
OF AMERICA, INC.; AND     )
VIEWSONIC CORPORATION,    )
                    )
     Defendants.   )
_____)

**CERTIFIED COPY**


VIDEOTAPED DEPOSITION OF WILLIAM K. BOHANNON

Costa Mesa, California

Friday, August 6, 2004


Reported by:
LINDA A. BANKEY
CSR No. 7993
Job No. 901197

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                  FOR THE DISTRICT OF DELAWARE

 3

 4

 5   LG.PHILIPS LCD CO., LTD.,    )
                                 )
 6            Plaintiff,          )
                                 )
 7       vs.                      )        No. 04-343
                                 )
 8   TATUNG CO.; TATUNG COMPANY   )
     OF AMERICA, INC.; AND        )
 9   VIEWSONIC CORPORATION,       )
                                 )
10            Defendants.         )
     _____)

11

12

13

14            Videotaped deposition of

15       WILLIAM K. BOHANNON, taken on

16       behalf of Defendants, at 600 Anton

17       Boulevard, 18th Floor, Costa Mesa,

18       California, beginning at 10:21 a.m.

19       and ending at 7:06 p.m. on Friday,

20       August 6, 2004, before LINDA A.

21       BANKEY, Certified Shorthand Reporter

22       No. 7993.

23

24

25
```

2

# Remainder of Document is Redacted in its Entirety

# EXHIBIT 26



Top frame; an open frame the LCD panel is seen through

LCD panel

back light unit

Rear frame; back of the LCD device and back light unit

FIG. 4C
'641 Patent

FIG. 6
'139 Patent