# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

ANNE SHEA GAZA

DIRECT DIAL NUMBER
302-651-7539
GAZA@RLF.COM

May 25, 2007

**VIA CM/ECF AND HAND DELIVERY**

Ms. Deborah Krett
Case Manager
U.S. District Court
844 King Street, Lockbox 27
Wilmington, DE 19801

      Re:    **Request for Permission to Have Laptop Computers in Courtroom 2A
LG.Philips v. Tatung and ViewSonic, C.A. No. 04-343 (JJF)**

Dear Ms. Krett:

      We are scheduled to appear at a hearing in Courtroom 2A before Special Master Poppiti on May 30, 2007 at 1:00 p.m. We request permission for counsel and our vendor to bring several laptops, several monitors, a projector and stand, a large screen, audio equipment, VGA switch and computer tables to the hearing to assist in the preparation and/or presentation during the hearing. We are aware of the Court's October 20, 2004 Order and agree to comply with the policies and procedures instituted by the Court as well as the United States Marshal's policy regarding electronic devices. Attached is a proposed Form of Order.

      Respectfully,

      *Anne Shea Gaza*

      Anne Shea Gaza

Enclosure
cc:   Special Master Vincent J. Poppiti (via hand delivery w/ enclosure)
      David Thomas, U.S. Marshal (via hand delivery w/ enclosure)
      Keith Ash, Chief Court Security Officer (via hand delivery w/enclosure)
      All Counsel of Record (via CM/ECF)

RLF1-3156414-1