IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG Philips LCD Co., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Tatung Co., Tatung Company of America Inc., )<br>and Viewsonic Corp., )<br>)<br>Defendants. )<br>) | C.A. No. 04-343-JJF<br>JURY TRIAL DEMANDED |

## ORDER

The attorneys listed below representing Tatung Co. and Tatung Company of America; Viewsonic Corporation; and LG Philips LCD Co. as well as their vendor Aquipt, are permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 2A, the following: several laptops, several monitors, a projector and stand, a large screen, audio equipment, VGA switch and computer tables for a hearing commencing on May 30, 2007 at 1:00 p.m. Counsel shall comply with the inspection provisions of the United States Marshal.

**Tatung Co./Tatung Co. of America**
Frederick L. Cottrell, III, Esquire
Anne Shea Gaza, Esquire
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19899
(302) 651-7700

Frank E. Merideth, Jr., Esquire
Mark H. Krietzman, Esquire
Valerie Ho, Esquire
Greenberg Traurig LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404

**Viewsonic Corp.**
Jeffrey B. Bove, Esquire
James Heisman, Esquire
Jaclyn M. Mason, Esquire
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Scott R. Miller, Esquire
Connolly Bove Lodge & Hutz LLP
355 South Grand Avenue
Suite 3150
Los Angeles, CA 90071

Tracy R. Roman, Esquire
Raskin Peter Rubin & Simon LLP
1801 Century Park East, Suite 2300
Los Angeles, CA 90067

**LG Philips LCD Co.**
Richard D. Kirk, Esquire
The Bayard Firm
222 Delaware Avenue #900
Wilmington, DE 19899

Rel S. Ambrozy, Esquire
Derek Auito, Esquire
Paul Hugo (Technical Assistant)
McKenna Long & Aldridge LLP
1900 K Street, N.W.
Washington D.C. 20006

Dated: _____

_____
Joseph J. Farnan, Jr.
United States District Court Judge