


i