IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| L.G. PHILLIPS LCD CO., LTD., <br><br> Plaintiff, <br> v. <br> TATUNG COMPANY; TATUNG COMPANY OF AMERICA, INC.; AND VIEWSONIC CORPORATION, <br> Defendants | C. A. No. 04-343-JJF |

## ORDER

Having considered Defendants Tatung Company's and Tatung Company of America, Inc.'s Objections to Special Master's Report and Recommendations Regarding (a) LG. Philips LCD Co., Ltd.'s Motion to Compel Tatung Defendants to Provide Discovery on Advice of Counsel and Duty of Care; and (b) the Tatung Defendants' Cross-Motion to Bifurcate Discovery,

**IT IS HEREBY ORDERED** this _____ day of _____, 2007 that the Special Master's Recommendation is REJECTED and the Tatung Defendants' Cross-Motion to Bifurcate Discovery is GRANTED. The Tatung Defendants shall have until June _____, 2007 to assert the advice of counsel defense. The parties shall have until August _____, 2007 to complete discovery relating to advice of counsel in the event that the defense is asserted.

_____
U.S. District Court Judge

RLF1-3157614-1