# EXHIBIT A

Case 1:04-cv-00343-JJF    Document 683-2    Filed 06/05/2007    Page 1 of 6

# Greenberg
# Traurig

Valerie W. Ho
Tel 310.586.7841
Fax 310.586.7800
HoV@gtlaw.com

June 4, 2007

**<u>Via E-Mail and U.S. Mail</u>**

Rel Ambrozy, Esq.
McKenna Long & Aldridge LLP
1900 K Street, N.W.
Washington, D.C. 20006

Re:  *LG Philips LCD Co., Ltd. vs. ViewSonic Corporation, et al.*
       Delaware District Court, Case No. 04-343 JJF

Dear Rel:

In advance of the depositions of Peter Farzin, Vincent Liu and Jamie Yang scheduled for this week, we would like to confirm that the depositions and the Rule 30(b)(6) topics noticed by LPL will be limited to the accused products identified in LPL's interrogatory responses. LPL has sought and obtained multiple extensions of time to identify accused products and multiple postponements of the depositions of Tatung Company's and Tatung Company of America's technical witnesses. LPL sought the postponements on the grounds that it needed additional time to identify accused products. Even though Mr. Liu and Ms. Yang had traveled to the United States from Taiwan in March 2007 and were prepared to testify then, LPL insisted that their depositions be continued until LPL could provide a definitive list of accused products. LPL sought to postpone Mr. Farzin's deposition on the same grounds. Based on these representations, our understanding is that the depositions are limited to the accused products.

The deadline for LPL to identify accused products has long passed, and the Special Master has denied LPL's request for additional time to accuse more products. As a result, discovery regarding unaccused products at this point is unnecessary, burdensome and not reasonably calculated to lead to the discovery of admissible evidence.

*LA 126822190v1 6/4/2007*

Rel Ambrozy, Esq.
June 4, 2007
Page 2

_____

Please confirm that the depositions will be limited to the accused products. If we do not receive such confirmation from LPL by 10:00 a.m. on June 5, 2007, we will file a motion for protective order pursuant to Rule 26(c). We are available to discuss this issue before 10:00 a.m. tomorrow.

Very truly yours,

Valerie W. Ho

cc:     Counsel on service list (via email)

# EXHIBIT B

## Oh, Charlene L. (Assoc-LA-LT)

| | |
|---|---|
| **From:** | Ho, Valerie W (Shld-LA-LT) |
| **Sent:** | Tuesday, June 05, 2007 9:43 AM |
| **To:** | Oh, Charlene L. (Assoc-LA-LT) |
| **Subject:** | Fw: LG  Philips LCD Co , Ltd  v  Tatung Company, et al  - Letter to Rel Ambrozy |

Valerie Ho
---------------------------
Sent from my BlackBerry Wireless Handheld


----- Original Message -----
From: Ambrozy, Rel <rambrozy@mckennalong.com>
To: Ho, Valerie W. (Shld-LA-LT); Christenson, Cass <cchristenson@mckennalong.com>;
Brzezynski, Lora <lbrzezynski@mckennalong.com>; rkirk@bayardfirm.com
<rkirk@bayardfirm.com>; MNelson@cblh.com <MNelson@cblh.com>; troman@raskinpeter.com
<troman@raskinpeter.com>; SMiller@cblh.com <SMiller@cblh.com>; JHeisman@cblh.com
<JHeisman@cblh.com>; Connor, Cormac <cconnor@mckennalong.com>
Cc: Krietzman, Mark H. (Shld-LA-IP); Merideth, Frank (Shld-LA-LT); Jansen, Allan W. (Shld-
OC-IP)
Sent: Tue Jun 05 09:39:11 2007
Subject: RE: LG. Philips LCD Co., Ltd. v. Tatung Company, et al. - Letter to Rel Ambrozy

Valerie:

We obviously disagree with your review of the facts - the depositions were postponed
because Tatung failed to produce responsive documents.
Moreover, we disagree with Tatung's last minute demand to limit the scope of our
examination.  This is an issue that should have been raised long ago.

Rel.


_____

From: HoV@GTLAW.com [mailto:HoV@GTLAW.com]
Sent: Monday, June 04, 2007 9:54 PM
To: Ambrozy, Rel; Christenson, Cass; Brzezynski, Lora; rkirk@bayardfirm.com;
MNelson@cblh.com; troman@raskinpeter.com; SMiller@cblh.com; JHeisman@cblh.com; Connor,
Cormac
Cc: KrietzmanM@GTLAW.com; MeridethF@GTLAW.com; JansenA@gtlaw.com
Subject: LG. Philips LCD Co., Ltd. v. Tatung Company, et al. - Letter to Rel Ambrozy


Dear Counsel,

Please see attached letter.  Thanks.

Valerie

_____

     Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS
under Circular 230, we inform you that any U.S. federal tax advice contained in this
communication (including any attachments), unless otherwise specifically stated, was not
intended or written to be used, and cannot be used, for the purpose of (1) avoiding
penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to
another party any matters addressed herein.


     The information contained in this transmission may contain privileged and
confidential information.  It is intended only for the use of the person(s) named above.
If you are not the intended recipient,  you are hereby notified that any review,
dissemination, distribution or duplication of this communication is strictly prohibited.

If you are not the intended recipient, please contact the sender by reply email and
destroy all copies of the original message. To reply to our email administrator directly,
please send an email to postmaster@gtlaw.com <mailto:postmaster@gtlaw.com> .

_____

<http://www.gtlaw.com/> CONFIDENTIALITY NOTICE:
This e-mail and any attachments contain information from
the law firm of McKenna Long & Aldridge LLP, and are
intended solely for the use of the named recipient or
recipients. This e-mail may contain privileged
attorney/client communications or work product. Any
dissemination of this e-mail by anyone other than an
intended recipient is strictly prohibited. If you are not a
named recipient, you are prohibited from any further
viewing of the e-mail or any attachments or from making any
use of the e-mail or attachments. If you believe you have
received this e-mail in error, notify the sender
immediately and permanently delete the e-mail, any
attachments, and all copies thereof from any drives or
storage media and destroy any printouts of the e-mail or
attachments.