## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| L.G.PHILIPS LCD CO., LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. NO. 04-343-JJF |
| v. ) | |
| ) | |
| TATUNG CO.; ) | |
| TATUNG COMPANY OF AMERICA, INC.; and ) | |
| VIEWSONIC CORPORATION, ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 8, 2007, counsel for Defendant ViewSonic Corporation served true and correct copies of **DEFENDANT VIEWSONIC CORPORATION'S THIRD SUPPLEMENTAL RESPONSES TO PLAINTIFF'S SECOND SET OF INTERROGATORIES** upon the following individuals as indicated:

*Via hand-delivery*
Richard D. Kirk, Esq.
The Bayard Firm
222 Delaware Avenue
Suite 900
Wilmington, DE 19801

*Via hand-delivery*
Anne Shea Gaza, Esq.
Frederick L. Cottrell, III, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19801

*Via email*
Cass W. Christenson, Esq.
Lora A. Brzezynski, Esq.
Rel S. Ambrozy, Esq.
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006

*Via email*
Mark H. Krietzman, Esq.
Valerie W. Ho, Esq.
Frank E. Merideth, Jr., Esq.
Steve Hassid, Esq.
Greenberg Traurig, LLP
2450 Colorado Ave., Suite 400E
Santa Monica, CA 90404

Dated:  June 11, 2007                               **CONNOLLY BOVE LODGE & HUTZ LLP**

                                                    By:     __/s/ *James D. Heisman*_____
                                                            Jeffrey B. Bove (# 998)
                                                            James D. Heisman (# 2746)
OF COUNSEL:                                                 Jaclyn M. Mason (# 4737)
Scott R. Miller, Esq.                                       1007 N. Orange Street
Manuel C. Nelson, Esq.                                      P. O. Box 2207
**Connolly Bove Lodge & Hutz LLP**                          Wilmington, DE 19899
355 South Grand Avenue                                      Tel:  (302) 658-9141
Suite 3150                                                  *Attorneys for Defendant ViewSonic*
Los Angeles, CA 90071                                       *Corporation*

## CERTIFICATE OF SERVICE

I, James D. Heisman, hereby certify that on this 11th day of June, 2007, a true copy of the foregoing **NOTICE OF SERVICE OF DEFENDANT VIEWSONIC CORPORATION'S THIRD SUPPLEMENTAL RESPONSES TO PLAINTIFF'S SECOND SET OF INTERROGATORIES** was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following and the document is available for viewing and downloading from CM/ECF:

| | |
|---|---|
| Richard D. Kirk, Esq.<br>The Bayard Firm<br>222 Delaware Avenue<br>Suite 900<br>Wilmington, DE 19801 | Anne Shea Gaza, Esq.<br>Frederick L. Cottrell, III<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>Wilmington, DE 19801 |

I further certify that on this 11th day of June, 2007, I have sent by e-mail the foregoing document to the following non-registered participants:

| | |
|---|---|
| Cass W. Christenson, Esq.<br>Lora A. Brzezynski, Esq.<br>Rel S. Ambrozy, Esq.<br>McKenna Long & Aldridge LLP<br>1900 K Street, NW<br>Washington, DC 20006 | Mark H. Krietzman, Esq.<br>Valerie W. Ho, Esq.<br>Frank E. Merideth, Jr., Esq.<br>Steve Hassid, Esq.<br>Greenberg Traurig, LLP<br>2450 Colorado Ave., Suite 400E<br>Santa Monica, CA 90404 |
| Tracy R. Roman, Esq.<br>Raskin Peter Rubin & Simon LLP<br>1801 Century Park East<br>Suite 2300<br>Los Angeles, CA 90067-2325 | |

                                                  */s/ James D. Heisman*
                                                  James D. Heisman (#2746)
                                                  jheisman@cblh.com