# EXHIBIT A

# CONNOLLY BOVE LODGE & HUTZ LLP
### ATTORNEYS AT LAW

**LOS ANGELES, CA**

355 S. Grand Ave.
Suite 3150
Los Angeles, CA 90071
TEL: (213) 787 2500
FAX: (213) 687 0498
WEB: www.cblh.com

Scott R. Miller
Partner

TEL (213) 787-2510
EMAIL smiller@cblh.com

*Via Email*

June 1, 2007

Cass W. Christenson, Esq.
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC  20006-1108

Re:   *LG.Philips LCD Co., Ltd. v. ViewSonic Corp., et al.*
      **USDC Case No. 04-343 JJF**

Dear Cass:

Pursuant to the Special Master's guidance, ViewSonic has identified the following discovery discussed during the December 28, 2006 hearing that LPL has failed to provide, or that awaits a decision on a motion to compel filed by ViewSonic:

ViewSonic's Request for Production Nos. 63-66, 77-81, 84-85, 88, 90, 92, 94, 96, 98-99, 102-103, and 118-119.

We look forward to LPL's anticipated cooperation with these matters. ViewSonic will be available to discuss these matters Tuesday afternoon next week. If no agreement can be reached, ViewSonic will seek assistance from the Special Master to bring to closure these discovery issues from the December 28 hearing.

Sincerely,

Scott R. Miller

cc:   All counsel of record