# EXHIBIT B

Case 1:04-cv-00343-JJF    Document 691-3    Filed 06/13/2007    Page 1 of 2

**Manuel C. Nelson**

---

**From:** Christenson, Cass [cchristenson@mckennalong.com]
**Sent:** Friday, June 01, 2007 2:20 PM
**To:** Manuel C. Nelson; Scott Miller; Dick Kirk; Cottrell, Frederick; MeridethF@GTLAW.com; Gaza, Anne; OhC@gtlaw.com; Lees, Cynthia; PouratianD@gtlaw.com; Jaclyn M. Mason; Jeff Bove; Jill J. Herr; James Heisman; HongJ@gtlaw.com; KrietzmanM@GTLAW.com; BialasM@gtlaw.com; Nancy Phillips; HassidS@gtlaw.com; troman@raskinpeter.com; HoV@GTLAW.com; tranw@gtlaw.com
**Cc:** Ambrozy, Rel; Brzezynski, Lora; Connor, Cormac
**Subject:** Issues for June 5 Meet and Confer

**LPL would like to discuss the following discovery issues on Tuesday, June 5. I propose that we have a teleconference at 2:30 p.m. Washington time. Please confirm your availability. Cass**

1. The issues set forth in LPL's May 8, 2007 letter to Special Master Poppiti
2. More recent sales data  (see, e.g., 12/28 Tr. at 34)
3. Drop shipment sales by ViewSonic if not already covered (see, e.g., 12/28 Tr. at 34-35)
4. Inducement discovery issues regarding ViewSonic (see, e.g., 12/28 Tr. at 44-55)
5. Communications between ViewSonic and Tatung  (see, e.g., 12/28 Tr. at 60)
6. Sales data related to Tatung's accused products not limited to U.S.-specific sales / shipments

We can also discuss ViewSonic's May 8 submission if necessary.

```
CONFIDENTIALITY NOTICE:
This e-mail and any attachments contain information from
the law firm of McKenna Long & Aldridge LLP, and are
intended solely for the use of the named recipient or
recipients. This e-mail may contain privileged
attorney/client communications or work product. Any
dissemination of this e-mail by anyone other than an
intended recipient is strictly prohibited. If you are not a
named recipient, you are prohibited from any further
viewing of the e-mail or any attachments or from making any
use of the e-mail or attachments. If you believe you have
received this e-mail in error, notify the sender
immediately and permanently delete the e-mail, any
attachments, and all copies thereof from any drives or
storage media and destroy any printouts of the e-mail or
attachments.
```