# EXHIBIT A

| | | |
|---|---|---|
| | | *Supplemental Opening Claim Construction Brief* by Viewsonic Corp. (Attachments: # 1 Exhibit Sealed Exhibit 4 and Exhibit 5 to Heisman Declaration)(Heisman, James) (Entered: 05/02/2007) |
| 05/02/2007 | | CORRECTING ENTRY: Added Exhibit A to D.I. 643 Ltr (per atty request). (lec) (Entered: 05/02/2007) |
| 05/02/2007 | 645 | Letter/MOTION to Compel *LPL to produce documents and things pursuant to RFP 128* - filed by Viewsonic Corp. (Attachments: # 1 Text of Proposed Order)(Heisman, James) (Entered: 05/02/2007) |
| 05/02/2007 | 646 | DECLARATION re 645 MOTION to Compel *LPL to produce documents and things pursuant to RFP 128 Declaration of Manuel D. Nelson* by Viewsonic Corp.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit c# 4 Exhibit D# 5 Exhibit E (FILED UNDER SEAL)# 6 Exhibit F# 7 Exhibit G# 8 Certificate of Compliance H# 9 Exhibit I# 10 Exhibit J# 11 Exhibit K# 12 Exhibit L.# 13 Exhibit M)(Heisman, James) (Entered: 05/02/2007) |
| 05/02/2007 | 647 | NOTICE of LR 7.1.1 Certification by Viewsonic Corp. re 645 MOTION to Compel *LPL to produce documents and things pursuant to RFP 128* (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7# 8 Exhibit 8# 9 Exhibit 9# 10 Exhibit 10# 11 Exhibit 11# 12 Exhibit 12# 13 Exhibit 13# 14 Exhibit 14# 15 Exhibit 15# 16 Exhibit 16# 17 Exhibit 17# 18 Exhibit 18# 19 Exhibit 19# 20 Exhibit 19-1# 21 Certificate of Compliance 20# 22 Exhibit 21# 23 Exhibit 22-23 (FILED UNDER SEAL)# 24 Exhibit 24 PART 1# 25 Exhibit 24 PART 2)(Heisman, James) (Entered: 05/02/2007) |
| 05/02/2007 | 648 | SEALED EXHIBIT re 647 Notice by Viewsonic Corp.. (Attachments: # 1 Exhibit 22-23)(Heisman, James) . (Entered: 05/02/2007) |
| 05/02/2007 | 649 | SEALED EXHIBIT re 646 Declaration, by Viewsonic Corp.. (Attachments: # 1 Exhibit E)(Heisman, James) (Entered: 05/02/2007) |
| 05/04/2007 | 650 | NOTICE of SERVICE of Plaintiff's Seventh Supplemental Objections and Answers to Defendant Tatung Company's First Set of Interrogatories by LG.Philips LCD Co. LTD (Kirk, Richard) (Entered: 05/04/2007) |
| 05/07/2007 | 651 | REDACTED VERSION of 644 Exhibit to a Document, *Exhibit 4 and Exhibit 5 to Heisman Declaration* by Viewsonic Corp.. (Heisman, James) (Entered: 05/07/2007) |
| 05/08/2007 | 652 | SEALED NOTICE of FILING AND SERVICE OF LETTER TO SPECIAL MASTER by LG.Philips LCD Co. LTD (Kirk, Richard) (Entered: 05/08/2007) |
| 05/08/2007 | 653 | SEALED NOTICE of FILING AND SERVICE OF LETTER TO SPECIAL MASTER by LG.Philips LCD Co. LTD (Kirk, Richard) (Entered: 05/08/2007) |
| 05/08/2007 | 654 | Letter to the Honorable Vincent J. Poppiti from James D. Heisman regarding compelling LPL to produce sales summaries. (Attachments: # 1 7.1.1 Supplemental Certification# 2 Exhibit 25# 3 Exhibit 26# 4 Exhibit 27# 5 Proposed Order)(Heisman, James) (Entered: 05/08/2007) |
| 05/08/2007 | 655 | Letter to The Honorable Vincent J Poppiti from Richard D. Kirk, Esquire regarding Discovery Matters - re 606 Letter. (Attachments: # 1 1)(Kirk, Richard) (Entered: 05/08/2007) |
| 05/08/2007 | 658 | REPORT AND RECOMMENDATIONS of Special Master that the Motion of Plaintiff LG. Philips LCD Co., Ltd. to Compel Defendants Tatung Company and Tatung Company of America to Provide Discovery on Advice of Counsel and the Exercise of Due Care is NOT RIPE FOR CONSIDERATION; and the Cross-Motion of Defendants Tatung Company and Tatung Company of America to bifurcate discovery relating to |

| | | |
|---|---|---|
| | | advice of counsel until after infringement is established should be DENIED. Objections to R&R due by 6/1/2007. Signed by Special Master Vincent J. Poppiti on 5/8/2007. (lec) (Entered: 05/09/2007) |
| 05/09/2007 | 656 | REDACTED VERSION of 648 Exhibit to a Document / *Public Version of Exhibits 22-23 to DI 647, ViewSonic's 7.1.1 Certification* by Viewsonic Corp.. (Heisman, James) (Entered: 05/09/2007) |
| 05/09/2007 | 657 | REDACTED VERSION of 649 Exhibit to a Document / *Public Version of Exhibit E to DI 646, ViewSonic's Declaration of Manuel Nelson* / by Viewsonic Corp.. (Heisman, James) (Entered: 05/09/2007) |
| 05/09/2007 | 659 | Letter to The Honorable Vincent J. Poppiti from Richard D. Kirk, Esquire regarding Viewsonic's May 2, 2007 Motion to Compel Discovery - re 645 MOTION to Compel *LPL to produce documents and things pursuant to RFP 128*. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Case 1# 6 Case 2# 7 Case 3# 8 Case 4) (Kirk, Richard) (Entered: 05/09/2007) |
| 05/10/2007 | 660 | Letter to The Honorable Vincent J. Poppiti from Anne Shea Gaza regarding Supplemental Brief Response. (Attachments: # 1 Exhibit A)(Gaza, Anne) (Entered: 05/10/2007) |
| 05/10/2007 | 661 | SEALED Letter to the Honorable Vincent J. Poppiti from James D. Heisman regarding supplemental opposition to LPL's 3-30-07 motion to compel discovery. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4)(Heisman, James) (Entered: 05/10/2007) |
| 05/10/2007 | 662 | Letter to The Honorable Vincent J. Poppiti from Richard D. Kirk, Esquire regarding Completion of Third-Party Discovery. (Kirk, Richard) (Entered: 05/10/2007) |
| 05/15/2007 | 663 | NOTICE to Take Deposition of Rhein Tech Laboratories, Inc. on May 23, 2007 by Tatung Co., Tatung Company of America Inc..(Gaza, Anne) (Entered: 05/15/2007) |
| 05/16/2007 | 664 | SEALED CLAIM CONSTRUCTION ANSWERING BRIEF filed by Viewsonic Corp.. (Heisman, James) (Entered: 05/16/2007) |
| 05/16/2007 | 665 | DECLARATION re 664 Claim Construction Answering Brief by Viewsonic Corp.. (Attachments: # 1 Exhibit Exhibits 6-26 Filed Under Seal)(Heisman, James) (Entered: 05/16/2007) |
| 05/16/2007 | 666 | SEALED CLAIM CONSTRUCTION ANSWERING BRIEF re 370 Claim Construction Opening Brief filed by Tatung Co., Tatung Company of America Inc.. (Gaza, Anne) (Entered: 05/16/2007) |
| 05/16/2007 | 667 | SEALED CLAIM CONSTRUCTION ANSWERING BRIEF filed by LG.Philips LCD Co. LTD. (Kirk, Richard) (Entered: 05/16/2007) |
| 05/16/2007 | 673 | STIPULATION AND ORDER extending the Claim Constuction Brief deadline to 5/16/2007. Signed by Special Master Vincent J. Poppiti on 5/16/2007. (lec) (Entered: 05/23/2007) |
| 05/17/2007 | 668 | SEALED EXHIBIT re 665 Declaration *of James D. Heisman in Support of Defendant ViewSonic Corporation's Responding Claim Construction Brief, Exhibits 6 - 26* by Viewsonic Corp.. (Heisman, James) (Entered: 05/17/2007) |
| 05/18/2007 | 669 | REDACTED VERSION of 666 Claim Construction Answering Brief by Tatung Co., Tatung Company of America Inc.. (Attachments: # 1 Exhibit 8)(Gaza, Anne) (Entered: 05/18/2007) |
| 05/21/2007 | 670 | SEALED CLAIM CONSTRUCTION ANSWERING BRIEF re 666 Claim Construction |