# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LG PHILIPS LCD CO., LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No 04-343-JJF |
| v. | ) | |
| | ) | |
| TATUNG COMPANY; | ) | |
| TATUNG COMPANY OF AMERICA, INC.; and | ) | |
| VIEWSONIC CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on May 4, 2007, copies of (1) **PLAINTIFF'S**

**SEVENTH SUPPLEMENTAL OBJECTIONS AND ANSWERS TO DEFENDANT**

**TATUNG COMPANY'S FIRST SET OF INTERROGATORIES** and (2) this

**NOTICE OF SERVICE** were served as shown:

**BY EMAIL AND BY HAND**

Jeffrey B Bove, Esq
Jaclyn M. Mason, Esq
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899-2207

Frederick L. Cottrell, III, Esq.
Anne Shea Gaza, Esq
Richards, Layton & Finger
One Rodney Sqare
P.O. Box 551
Wilmington, DE 19899

**BY EMAIL AND BY U.S. MAIL**

Valerie Ho, Esq
Mark H. Krietzman, Esq
Frank C. Merideth, Jr., Esq.
Greenberg Traurig LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404

Scott R. Miller, Esq.
Connolly Bove Lodge & Hutz LLP
355 South Grand Avenue
Suite 3150
Los Angeles, CA 90071

DATE ___5|4|07___

DOCKET # ___650___

Tracy Roman, Esq
Raskin  Peter Rubin & Simon LLP
1801 Century Park East, Suite 2300
Los Angeles, CA 90067


May 4, 2007                              THE BAYARD FIRM

                                         /s/ Richard D. Kirk (rk0922)
                                         Richard D  Kirk
                                         Ashley B  Stitzer
                                         222 Delaware Avenue, Suite 900
                                         P.O. Box 25130
                                         Wilmington, DE  19899-5130
                                         rkirk@bayardfirm com
                                         (302) 655-5000
                                         Counsel for Plaintiff
                                         LG.PHILIPS LCD CO., LTD

OF COUNSEL:
Gaspare J  Bono
Matthew T  Bailey
Lora A. Brzezynski
Cass W  Christenson
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006
(202) 496-7500

CM/ECF LIVE - U.S. District Court:ded

**Notices**
1.04-cv-00343-JJF LG.Philips LCD Co. v. Tatung Co., et al
MEDIATION, PATENT, PaperDocuments

### U.S. District Court

### District of Delaware

#### Notice of Electronic Filing

The following transaction was entered by Kirk, Richard on 5/4/2007 at 8:13 PM EDT and filed on 5/4/2007
**Case Name:**      LG.Philips LCD Co. v. Tatung Co , et al
**Case Number:**      1:04-cv-343
**Filer:**      LG.Philips LCD Co  LTD
**Document Number:** 650

**Docket Text:**
NOTICE of SERVICE of Plaintiff's Seventh Supplemental Objections and Answers to Defendant Tatung Company's
First Set of Interrogatories by LG Philips LCD Co  LTD (Kirk, Richard)

**1:04-cv-343 Notice has been electronically mailed to:**

Jeffrey B. Bove    jbove@cblh.com, dhallowell@cblh.com, dkt@cblh.com

Lora A  Brzezynski    lbrzezynski@mckennalong.com

Joanne Ceballos    jceballos@balick.com, jzielinski@balick.com

Cass W. Christenson    cchristenson@mckennalong com

Frederick L  Cottrell , III    cottrell@rlf com, garvey@rlf.com

Anne Shea Gaza    gaza@rlf.com, innis@rlf.com

James D  Heisman    jheisman@cblh.com, dhallowell@cblh.com, dkt@cblh com

Valerie Ho    hov@gtlaw com

Richard D. Kirk    bankserve@bayardfirm com, rkirk@bayardfirm.com

Mark H. Krietzman    krietzmanm@gtlaw.com

Jaclyn Michele Mason    jmason@cblh.com, dhallowell@cblh com, dkt@cblh com

Frank C  Merideth , Jr    meridethf@gtlaw.com

Scott R. Miller    smiller@cblh com

Vincent J. Poppiti    poppiti@blankrome.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LG.PHILIPS LCD CO., LTD., | | |
| | Plaintiff, | |
| v. | | Civil Action No. 04-343-JJF |
| TATUNG COMPANY; TATUNG COMPANY OF AMERICA, INC.; and VIEWSONIC CORPORATION, | | |
| | Defendants. | |

## PLAINTIFF'S SEVENTH SUPPLEMENTAL OBJECTIONS AND ANSWERS TO DEFENDANT TATUNG COMPANY'S FIRST SET OF INTERROGATORIES

Plaintiff LG.Philips LCD Co., Ltd. ("LPL" or "Plaintiff," also referred to in Interrogatories as "LGP"), by counsel and pursuant to Fed. R. Civ. P. 33, objects and responds as follows to Defendant Tatung Company's ("Tatung") First Set of Interrogatories

### PRELIMINARY STATEMENT & GENERAL OBJECTIONS

LPL hereby incorporates its Preliminary Statement and its General Objections from Plaintiff's Objections and Answers to Defendant Tatung Company's First Set of Interrogatories, dated April 7, 2006. Those general objections apply to each Interrogatory herein and thus, for convenience, are not repeated after each Interrogatory, and are hereby incorporated into each response.

This set of Objections and Responses incorporates into this single document all of LPL's previously-submitted supplemental objections and responses to Defendant Tatung Company's First Set of Interrogatories.

1

## INTERROGATORIES

## INTERROGATORY NO. 1:

For each of the Patents-in-Suit, identify each and every TATUNG and TATUNG USA product by model number and/or other TATUNG or TATUNG USA designation made, used, offered for sale, sold in the U.S., or imported into the U.S. which LGP contends infringes the Patents-in-Suit (herein after, "Accused Product(s)") and identify each claim of each of the Patents-in-Suit that LGP contends is infringed by each Accused Product and where in each Accused Product the claim elements are located.

## OBJECTIONS AND ANSWER

LPL objects to this Interrogatory to the extent that it seeks information protected by the attorney-client privilege or the work product doctrine. LPL also objects to this Interrogatory as vague and ambiguous, including with respect to the terms "TATUNG product" and "TATUNG USA product." LPL further objects to this Interrogatory because Tatung mischaracterizes as one interrogatory multiple interrogatories on separate subjects and defendants; in responding, LPL counts this Interrogatory as multiple interrogatories. Also, LPL objects to this Interrogatory as seeking information on claim construction and infringing products that is premature and unavailable, including because LPL is awaiting discovery from defendants. Further, LPL objects to this Interrogatory as calling for legal conclusions. Subject to and without waiving these objections and the general objections, and based upon the information presently available, LPL states as follows:

LPL cannot currently identify all infringing Tatung brand and other products and defendants have failed to provide discovery sufficient for LPL to make such an assessment. LPL is aware of products that infringe the Patents-in-Suit, including Tatung L17AMTN monitors. Tatung's liability and TATUNG USA's liability, however, includes any type of unlawful conduct related to any infringing products, whether direct infringement, contributory infringement, and/or inducing infringement by others. Tatung and TATUNG USA, for example,

have at least made, sold, offered for sale, and/or imported infringing products such as the

L17AMTN monitor.

With respect to the L17AMTN monitor, the infringed claims include, at least, claims 35,

36, and 55 of the '641 patent and claims 33, 34, 35, and 40 of the '718 patent, which are

infringed literally. The following charts show infringement by comparing the claims of the

Patents-in-Suit with the Tatung L17AMTN monitor (*see* corresponding Exhibit A, which is

attached to these Interrogatory answers):

| Claim in the '641 Patent | Tatung L17AMTN Monitor |
|---|---|
| **35** A rear mountable flat panel display device capable of being mounted to a data processing device, the flat panel display device comprising: | The Tatung L17AMTN monitor contains a Chi Mei LM170E4-L02 flat panel TFT LCD module K. The LCD module K, in conjunction with the first support frame C, is rear mounted within the monitor<br><br>The monitor is a data processing device as it contains a video processor for processing video data. The monitor is also part of (i.e., a component of) a computer system, where a computer system constitutes a data processing device or system. |
| a backlight unit including a first frame having a fastening part at a rear surface of the first frame, a flat display panel adjacent to the backlight unit; and | The Chi Mei module K contains a backlight unit and an LCD panel. The LCD panel is a flat display panel that is located immediately in front of the backlight unit.<br><br>The Chi Mei module K and, therefore, the backlight unit in the Chi Mei module K, are supported by the first support frame C. The first support frame C has screw holes D through its rear surface. Each of the screw holes D through the rear surface of the support frame C constitutes a fastening part, or at least a portion of a fastening part at the rear surface of a first frame. |
| a second frame; | The Tatung monitor has a front or second support frame M. |
| wherein the flat display panel is between the first frame and the second frame, the first frame of the backlight unit capable of being fixed to a housing of the data processing device through the fastening part at the rear surface of the first frame. | Because the flat LCD panel is contained in the Chi Mei module K, the flat LCD panel must be positioned between the first support frame C and the second support frame M.<br><br>The four screw holes D through the rear surface of the first support frame C, together with the four screws B, |

| Claim in the '641 Patent | Tatung L17AMTN Monitor |
|---|---|
| | fix the first support frame C to the rear housing A.<br><br>The rear housing A protects the monitor, and in particular, the components located behind or to the rear of the first support frame C, including the data processing circuitry. As the Tatung monitor is a data processing device, or a component of a computer (i.e., a data processing device), the housing associated with the monitor constitutes a housing of a data processing device. |
| **36.** The rear mountable flat panel display device according to claim **35,** wherein the fastening part includes a fastening hole. | Each of the screw holes D through the rear surface of the first support frame C constitutes a fastening hole. |
| **55.** A rear mountable flat panel display device comprising: | The Tatung L17AMTN monitor contains a Chi Mei LM170E4-L02 flat panel TFT LCD module K. The LCD module K, in conjunction with the first support frame C, is rear mounted within the monitor. Thus, the Tatung monitor contains a rear mountable flat panel display device. |
| a first frame having a fastening part at a rear surface of the first frame; | The first support frame C has four screw holes D through its rear surface. Each of the four screw holes D constitutes a fastening part, or at least a portion of a fastening part at the rear surface of a first frame. |
| a second frame; and | The Tatung monitor employs a front frame M located at the front of the LCD module K. This front frame M constitutes a second support frame. |
| a flat display panel between the first and second frames; | The Chi Mei module K contains a flat LCD panel. Therefore, the flat LCD panel in the Chi Mei module K must be located between the first support frame C and the second support frame M. |
| wherein the first frame is capable of being fixed to a housing of a data processing device through the fastening part at the rear surface of the first frame. | When the four screws B are installed, the four screws B, together with the four screw holes D through the rear surface of the first support frame C, fix the first support frame C to the rear housing A.<br><br>The rear housing A protects the monitor, and in particular, the components located behind or to the rear of the first support frame C, including the data processing circuitry. As the Tatung monitor is a data processing device, or a component of a computer (i.e., a data processing device), the housing associated with the monitor constitutes a housing of a data processing device. |

| Claims in the '718 Patent | Tatung L17AMTN Monitor |
|---|---|
| 33. A method of assembling a rear mountable flat panel display device capable of being mounted to a housing, comprising: | The Tatung L17AMTN monitor includes a Chi Mei LM170E4-L02 flat panel TFT LCD module K, a first support frame C and a rear housing A. The Chi Mei module K and the support frame C are rear mounted to the rear housing A. The Tatung monitor was therefore assembled in accordance with a method of rear mounting a flat panel display device to a housing. |
| placing a flat display panel on a top surface of a backlight unit having a | The Chi Mei module K contains a flat LCD panel and a backlight unit. It is understood that the LCD panel is in |
| first frame, the first frame having a fastening element for fastening the first frame to the housing, said fastening element being located on a rear surface opposite the top surface of the backlight unit where the flat display panel is placed; | front of (i.e., on top of) the backlight unit. It can thus be said that the Chi Mei module K is assembled by placing a flat LCD panel on top of a backlight unit.<br><br>Just behind and providing support for the Chi Mei module K is the first support frame C. The first support frame C has four fastening elements that at least partially involve the four screw holes D. The screw holes D are used in fastening the first frame C to the rear housing A.<br><br>Screw holes D go through the rear surface of the first support frame C and, therefore, it can be said that they are located on a rear surface of the first support frame C opposite the top surface (i.e., the front surface) of the backlight unit. |
| placing a second frame on the flat display panel; and | The Tatung monitor includes a front or second support frame M. It is located at the front of the Chi Mei module K. It can therefore be said that the second frame M is placed on the flat display panel. |
| fixing the flat display panel between the first frame of the backlight unit and the second frame. | Because the flat LCD panel is contained in the Chi Mei module K, the flat LCD panel must be positioned between the first support frame C and the second support frame M. Thus, it can be said that the Tatung monitor was assembled in accordance with a method that involved fixing the flat LCD panel, contained in the Chi Mei module K, between a first support frame C and a second support frame M. |
| 34. The method of claim 33, wherein the fastening element comprises a fastening hole. | Each of the four screw holes D are fastening holes that constitutes a fastening element, or at least a portion of a fastening element. |
| 35. The method of claim 33, wherein the fastening element comprises a screw hole. | Each of the four screw holes D constitutes a fastening element, or at least a portion of a fastening element. |

| Claims in the '718 Patent | Tatung L17AMTN Monitor |
|---|---|
| **40**. A rear mountable method of assembling a liquid crystal display (LCD) device comprising: | The Tatung L17AMTN monitor includes a Chi Mei LM170E4-L02 flat panel TFT LCD module K, a first support frame C and a rear housing A. The Chi Mei module K and the support frame C are rear mounted to the rear housing A accordingly, the Tatung monitor was assembled in accordance with a rear mountable method of assembling a LCD device. |
| arranging the LCD device on a inner surface of a display case, wherein the display case has an inner surface and back; | The Chi Mei module K and the first support frame C are located just in front of the rear housing A. Therefore, the Chi Mei module K and the first support frame C are arranged on an inner surface of the rear housing A, where the rear housing A constitutes a display case. |
| attaching the LCD device to the display case from the back of the display case | The Chi Mei module K and the first support frame C are attached to the rear housing A from the back of the rear housing A, in that the Chi Mei module K is supported by the first frame C, which is rear mounted to the rear housing A by the four screws B passing through the rear surface of the rear housing A and through the screw holes D at the rear surface of the first support frame C. |

LPL will provide more detailed information regarding the infringing products and asserted claims at the appropriate time and based on further discovery, possibly including, for example, in expert reports and/or *Markman* briefing. LPL reserves the right to address the doctrine of equivalents if and when appropriate, and reserves the right to supplement this Interrogatory answer, if appropriate, when and if additional information becomes available, or otherwise.

**SUPPLEMENTAL RESPONSE & OBJECTION:**

LPL objects to this Interrogatory to the extent that it seeks information protected by the attorney-client privilege or the work product doctrine. LPL further objects to this Interrogatory because Defendants mischaracterize as one interrogatory multiple interrogatories on separate subjects; in responding, LPL counts this Interrogatory as multiple interrogatories. Also, LPL

objects to this Interrogatory at least because it is premature in that it seeks information pertaining to or requiring claim construction, and because it seeks information pertaining to infringing products that are presently unavailable because LPL is still awaiting discovery from Tatung on such products. Subject to and without waiving these objections and the general objections, and based upon the information presently available, LPL states as follows:

Tatung has refused and/or failed to provide discovery that would enable LPL to fully respond to this Interrogatory. The Tatung products that LPL is currently aware of that infringe the Patents-in-Suit include the: Tatung L17UCCT ("L17UCCT"), Tatung L17AMTN ("L17AMTN"), and Tatung L1705 ("L1705") monitors. Tatung's liability, however, includes any type of improper conduct related to any infringing products, whether by direct infringement, contributory infringement, and/or inducing infringement by others. Tatung, for example, has at least sold, offered for sale, and/or imported infringing products such as the L17UCCT, L17AMTN, and L1705 monitors.

With respect to the L17UCCT monitors, the infringed claims include, at least, claims 35, 36, 38, 40-43, and 55-56 of the '641 Patent and claims 33-35 and 39-40 of the '718 Patent, which are infringed literally, or, in the alternative, under the doctrine of equivalents.

With respect to the L17AMTN monitors, the infringed claims include, at least, claims 35, 36, 38-43, 55-56 of the '641 Patent and claims 33-35 and 39-40 of the '718 Patent, which are infringed literally, or, in the alternative, under the doctrine of equivalents.

With respect to the L1705 monitors, the infringed claims include, at least, claims 35, 36, 38, 40-45, 55-56 of the '641 Patent and claims 33-35 and 39-40 of the '718 Patent, which are infringed literally, or, in the alternative, under the doctrine of equivalents.

The following charts show infringement by comparing the claims of the Patents-in-Suit

with the L17UCCT, L17AMTN, and L1705 monitors:

| Claims in the '641 Patent | Tatung Monitors |
|---|---|
| 35   A rear mountable flat panel display device capable of being mounted to a data processing device, the flat panel display device comprising: | The L17UCCT, L17AMTN, and L1705 are each a rear mountable flat panel display device capable of being mounted to a data processing device, the flat panel display device comprising the following elements |
| a backlight unit including a first frame having a fastening part at a rear surface of the first frame, a flat display panel adjacent to the backlight unit; and | The L17UCCT, L17AMTN, and L1705 each have a backlight unit including a first frame having a fastening part at a rear surface of the first frame, a flat display panel adjacent to the backlight unit |
| a second frame; | The L17UCCT, L17AMTN, and L1705 each have a second frame. |
| wherein the flat display panel is between the first frame and the second frame, the first frame of the backlight unit capable of being fixed to a housing of the data processing device through the fastening part at the rear surface of the first frame | The L17UCCT, L17AMTN, and L1705 each have a flat display panel that is between the first frame and the second frame, the first frame of the backlight unit capable of being fixed to a housing of the data processing device through the fastening part at the rear surface of the first frame. |
| 36. The rear mountable flat panel display device according to claim 35, wherein the fastening part includes a fastening hole. | In addition to the elements listed above that pertain to the limitations of claim 35, the L17UCCT, L17AMTN, and L1705 each have a fastening part that includes a fastening hole. |
| 38. The rear mountable flat panel display device according to claim 36, wherein the fastening part includes at least two fastening holes at two corners of the first frame. | In addition to the elements listed above that pertain to the limitations of claim 36, the L17UCCT, L17AMTN, and L1705 each have fastening parts that include at least two fastening holes at two corners of the first frame. |
| 39. The rear mountable flat panel display device according to claim 36, wherein the fastening part includes four fastening holes at four corners of the first frame. | In addition to the elements listed above that pertain to the limitations of claim 36, the L17AMTN has fastening parts that include four fastening holes at four corners of the first frame. |

| Claims in the '641 Patent | Tatung Monitors |
|---|---|
| 40. The rear mountable flat panel display device according to claim 35, wherein the backlight unit comprises: | In addition to the elements listed above that pertain to the limitations of claim 35, the L17UCCT, L17AMTN, and L1705 each have a backlight unit comprising the following elements. |
| a reflector unit adjacent the first frame; | The L17UCCT, L17AMTN, and L1705 each have a reflector unit adjacent the first frame. |
| a light source unit adjacent the reflector unit; and | The L17UCCT, L17AMTN, and L1705 each have a light source unit adjacent the reflector unit. |
| a light guide unit adjacent the light source unit. | The L17UCCT, L17AMTN, and L1705 each have a light guide unit adjacent the light source unit. |
| 41. The rear mountable flat panel display device according to claim 40, further comprising a diffuser unit and a prism unit. | In addition to the elements listed above that pertain to the limitations of claim 40, the L17UCCT, L17AMTN, and L1705 each have a diffuser unit and a prism unit. |
| 42. The rear mountable flat panel display device according to claim 35, wherein the fastening part is not visible from a viewing direction of the flat display panel. | In addition to the elements listed above that pertain to the limitations of claim 35, the L17UCCT, L17AMTN, and L1705 each have a fastening part that is not visible from a viewing direction of the flat display panel. |
| 43. The rear mountable flat panel display device according to claim 35, wherein the flat panel display device only shows the flat display panel and the second frame when viewed from a viewing direction of the display panel. | In addition to the elements listed above that pertain to the limitations of claim 35, the L17UCCT, L17AMTN, and L1705 each have a flat panel display device that only shows the flat display panel and the second frame when viewed from a viewing direction of the display panel. |
| 44. The rear mountable flat panel display device according to claim 35, wherein the fastening part includes a protruding portion protruding away from the flat display panel. | In addition to the elements listed above that pertain to the limitations of claim 35, the L1705 has a fastening part that includes a protruding portion protruding away from the flat display panel. |
| 45. The rear mountable flat panel display device according to claim 44, wherein the protruding portion includes a peg having a fastening hole. | In addition to the elements listed above that pertain to the limitations of claim 44, the L1705 has a protruding portion that includes a peg having a fastening hole. |

| Claims in the '641 Patent | Tatung Monitors |
|---|---|
| 55. A rear mountable flat panel display device comprising: | The L17UCCT, L17AMTN, and L1705 are each a rear mountable flat panel display device, the rear mounted flat panel display device comprising the following elements. |
| a first frame having a fastening part at a rear surface of the first frame; | The L17UCCT, L17AMTN, and L1705 each have a first frame having a fastening part at a rear surface of the first frame. |
| a second frame; and | The L17UCCT, L17AMTN, and L1705 each have a second frame. |
| a flat display panel between the first and second frames; | The L17UCCT, L17AMTN, and L1705 each have a flat display panel between the first and second frames. |
| wherein the first frame is capable of being fixed to a housing of a data processing device through the fastening part at the rear surface of the first frame. | The L17UCCT, L17AMTN, and L1705 each have a first frame that is capable of being fixed to a housing of a data processing device through the fastening part at the rear surface of the first frame. |
| 56. A rear mountable flat panel display device comprising: | The L17UCCT, L17AMTN, and L1705 are each a rear mountable flat panel display device, the flat panel display device comprising the following elements. |
| a first frame having a fastening part at a rear surface of the first frame; | The L17UCCT, L17AMTN, and L1705 each have a first frame having a fastening part at a rear surface of the first frame. |
| a second frame; | The L17UCCT, L17AMTN, and L1705 each have a second frame. |
| and a flat display panel between the first and second frames; | The L17UCCT, L17AMTN, and L1705 each have a flat display panel between the first and second frames |
| wherein the first frame is capable of being fixed to a housing of a data processing device through the fastening part at the rear surface of the first frame and the flat display panel is rear mounted. | The L17UCCT, L17AMTN, and L1705 each have a first frame that is capable of being fixed to a housing of a data processing device through the fastening part at the rear surface of the first frame and the flat display panel is rear mounted. |

| Claims in the '718 Patent | Tatung Monitors |
|---|---|
| 33. A method of assembling a rear mountable flat panel display device capable of being mounted to a housing, comprising: | The L17UCCT, L17AMTN, and L1705 are each assembled via a method of assembling a rear mountable flat panel display device capable of being mounted to a housing, that method includes the following steps. |
| placing a flat display panel on a top surface of a backlight unit having a first frame, the first frame having a fastening element for fastening the first frame to the housing, said fastening element being located on a rear surface opposite the top surface of the backlight unit where the flat display panel is placed; | The method of assembling each of the L17UCCT, L17AMTN, and L1705 includes placing a flat display panel on a top surface of a backlight unit having a first frame, the first frame having a fastening element for fastening the first frame to the housing, the fastening element being located on a rear surface opposite the top surface of the backlight unit where the flat display panel is placed. |
| placing a second frame on the flat display panel; and | The method of assembling each of the L17UCCT, L17AMTN, and L1705 includes placing a second frame on the flat display panel |
| fixing the flat display panel between the first frame of the backlight unit and the second frame. | The method of assembling each of the L17UCCT, L17AMTN, and L1705 includes fixing the flat display panel between the first frame of the backlight unit and the second frame. |
| 34. The method of claim 33, wherein the fastening element comprises a fastening hole. | In addition to the steps and/or elements listed above that pertain to the limitations of claim 33, the L17UCCT, L17AMTN, and L1705 each have a fastening element that comprises a fastening hole. |
| 35. The method of claim 33, wherein the fastening element comprises a screw hole. | In addition to the steps and/or elements listed above that pertain to the limitations of claim 33, the L17UCCT, L17AMTN, and L1705 each have a fastening element that comprises a screw hole. |
| 39. A rear mountable method of assembling a liquid crystal display (LCD) device comprising: | The L17UCCT, L17AMTN, and L1705 are each assembled via a rear mountable method of assembling a liquid crystal display (LCD) device, that method includes the following steps. |
| arranging a first frame on a light guide, the first frame having holes for coupling a LCD panel to a supporting | The method of assembling each of the L17UCCT, L17AMTN, and L1705 includes arranging a first frame on a light guide, the first frame having holes for |

| Claims in the '718 Patent | Tatung Monitors |
|---|---|
| frame, the supporting frame having a front surface and a rear surface; and | coupling an LCD panel to a supporting frame, the supporting frame having a front surface and a rear surface |
| coupling the LCD panel, the light guide to the first frame from the rear surface of the supporting frame. | The method of assembling each of the L17UCCT, L17AMTN, and L1705 includes coupling the LCD panel, the light guide to the first frame from the rear surface of the supporting frame. |
| 40. A rear mountable method of assembling a liquid crystal display (LCD) device comprising: | The L17UCCT, L17AMTN, and L1705 are each assembled via a rear mountable method of assembling a liquid crystal display (LCD) device, that method includes the following steps. |
| arranging the LCD device on a inner surface of a display case, wherein the display case has an inner surface and back; | The method of assembling each of the L17UCCT, L17AMTN, and L1705 includes arranging the LCD device on an inner surface of a display case, wherein the display case has an inner surface and back. |
| attaching the LCD device to the display case from the back of the display case. | The method of assembling each of the L17UCCT, L17AMTN, and L1705 includes attaching the LCD device to the display case from the back of the display case. |

LPL will provide more detailed information regarding the infringing products and asserted claims at the appropriate time and based on further discovery, possibly including, for example, in expert reports and/or *Markman* briefing. LPL reserves the right to supplement this Interrogatory answer, if appropriate, when and if additional information becomes available, or otherwise.

**SUPPLEMENTAL RESPONSE & OBJECTION:**

LPL objects to this Interrogatory to the extent that it seeks information protected by the attorney-client privilege or the work product doctrine. LPL further objects to this Interrogatory because Defendants mischaracterize as one interrogatory multiple interrogatories on separate subjects; in responding, LPL counts this Interrogatory as multiple interrogatories. Also, LPL

objects to this Interrogatory at least because it is premature in that it seeks information pertaining

to or requiring claim construction, and because it seeks information pertaining to infringing

products that are presently unavailable because LPL is still awaiting discovery from Tatung on

such products. Subject to and without waiving these objections and the general objections, and

based upon the information presently available, LPL states as follows: Tatung has refused and/or

failed to provide discovery that would enable LPL to fully respond to this Interrogatory. The

Tatung products that LPL is currently aware of that infringe the Patents-in-Suit include the:

American Dynamics ADMNC1LCD15 (the "ADMNC1LCD15"); American Dynamics

ADMNC1LCD17 (the "ADMNC1LCD17"); Tatung ADMNC1LCD17 (the "Tatung

ADMNC1LCD17"); American Dynamics (Unidentified but inspected at Greenberg Traurig's

office on January 16, 2007 and includes module model number M170EN06 (the "Unidentified

American Dynamic Product"); Tatung L17AMTN (the "Tatung L17AMTN"); Unidentified

product with designation P42HSMT identified at Greenberg Traurig's office on January 16, 2007

(the "P42HSMT"); Tatung P46 (the "Tatung P46T"); Triview TLM 1505 (the "Triview

FST1503RV-4B"); Tatung TLM 1703T (the "Tatung TLM-1703T"); Triview TLM-1703 (the

"Triview TLM-1703"); Tatung TLM-1705 (the "Tatung TLM-1705"); Triview TLM-1705 (the

"Triview TLM-1705"); Triview TLM-1903 (the "Triview TLM-1903"); Tatung V23CLTT (the

"Tatung V23CLTT"); Taung V23DLWX-U12 (the "Tatung V23DLWX-U12"); Tatung

V27CMTT-U01 (the "Tatung V27CMTT-U01"); Tatung V30CMTT-U01 (the "Tatung

V30CMTT-U01"); and Triview V30CMTT-U62 (the Triview V30CMTT-U62") products.

Tatung's liability, however, includes any type of improper conduct related to any

infringing products, whether by direct infringement, contributory infringement, and/or inducing

infringement by others Tatung, for example, has at least sold, offered for sale, and/or imported

infringing products such as the ADMNC1LCD15; the ADMNC1LCD17; the Tatung

ADMNC1LCD17; the Unidentified American Dynamic Product; the Tatung L17AMTN; the

P42HSMT; the Tatung P46T; the Triview FST1503RV-4B; the Tatung TLM-1703T; the Triview

TLM-1703; the Tatung TLM-1705; the Triview TLM-1705; the Triview TLM-1903; the Tatung

V23CLTT; the Tatung V23DLWX-U12; the Tatung V27CMTT-U01; the Tatung V30CMTT-

U01; and Triview V30CMTT-U62 products.

The following charts show infringement by comparing the claims of the Patents-in-Suit

with ADMNC1LCD15; the ADMNC1LCD17; the Tatung ADMNC1LCD17; the Unidentified

American Dynamic Product; the Tatung L17AMTN; the P42HSMT; the Tatung P46T; the

Triview FST1503RV-4B; the Tatung TLM-1703T; the Triview TLM-1703; the Tatung TLM-

1705; the Triview TLM-1705; the Triview TLM-1903; the Tatung V23CLTT; the Tatung

V23DLWX-U12; the Tatung V27CMTT-U01; the Tatung V30CMTT-U01; and Triview

V30CMTT-U62 products:

| Claims in the '641 Patent | Tatung Products |
|---|---|
| 35   A rear mountable flat panel display device capable of being mounted to a data processing device, the flat panel display device comprising: | The ADMNC1LCD15; the ADMNC1LCD17; Tatung ADMNC1LCD17; the Unidentified American Dynamic Product; the Tatung L17AMTN; the Triview FST1503RV-4B; the Tatung TLM-1703T; the Triview TLM-1703; the Tatung TLM-1705; the Triview TLM-1705; the Triview TLM-1903; the Tatung V23CLTT; the Tatung V23DLWX-U12; the Tatung V27CMTT-U01; the Tatung V30CMTT-U01; and the Triview V30CMTT-U62 are each a rear mountable flat panel display device capable of being mounted to a data processing device, the flat panel display device comprising the following elements. |
| a backlight unit including a first frame having a fastening part at a rear surface of the first frame, a flat display panel adjacent to the backlight | The ADMNC1LCD15; the ADMNC1LCD17; Tatung ADMNC1LCD17; the Unidentified American Dynamic Product; the Tatung L17AMTN; the Triview FST1503RV-4B; the Tatung TLM-1703T; the Triview |

| Claims in the '641 Patent | Tatung Products |
|---|---|
| unit; and | TLM-1703; the Tatung TLM-1705; the Triview TLM-1705; the Triview TLM-1903; the Tatung V23CLTT; the Tatung V23DLWX-U12; the Tatung V27CMTT-U01; the Tatung V30CMTT-U01; and the Triview V30CMTT-U62 each have a backlight unit including a first frame having a fastening part at a rear surface of the first frame, a flat display panel adjacent to the backlight unit. |
| a second frame; | The ADMNC1LCD15; the ADMNC1LCD17; Tatung ADMNC1LCD17; the Unidentified American Dynamic Product; the Tatung L17AMTN; the Triview FST1503RV-4B; the Tatung TLM-1703T; the Triview TLM-1703; the Tatung TLM-1705; the Triview TLM-1705; the Triview TLM-1903; the Tatung V23CLTT; the Tatung V23DLWX-U12; the Tatung V27CMTT-U01; and the Tatung V30CMTT-U01; and the Triview V30CMTT-U62 each have a second frame. |
| wherein the flat display panel is between the first frame and the second frame, the first frame of the backlight unit capable of being fixed to a housing of the data processing device through the fastening part at the rear surface of the first frame. | The ADMNC1LCD15; the ADMNC1LCD17; Tatung ADMNC1LCD17; the Unidentified American Dynamic Product; the Tatung L17AMTN; the Triview FST1503RV-4B; the Tatung TLM-1703T; the Triview TLM-1703; the Tatung TLM-1705; the Triview TLM-1705; the Triview TLM-1903; the Tatung V23CLTT; the Tatung V23DLWX-U12; the Tatung V27CMTT-U01; and the Triview V30CMTT-U62 each have a flat display panel that is between the first frame and the second frame, the first frame of the backlight unit capable of being fixed to a housing of the data processing device through the fastening part at the rear surface of the first frame. |
| 36  The rear mountable flat panel display device according to claim 35, wherein the fastening part includes a fastening hole. | In addition to the elements listed above that pertain to the limitations of claim 35, The ADMNC1LCD15; the ADMNC1LCD17; Tatung ADMNC1LCD17; the Unidentified American Dynamic Product; the Tatung L17AMTN; the Triview FST1503RV-4B; the Tatung TLM-1703T; the Triview TLM-1703; the Tatung TLM-1705; the Triview TLM-1705; the Triview TLM-1903; the Tatung V23CLTT; the Tatung V23DLWX-U12; the Tatung V27CMTT-U01; and the Triview V30CMTT-U62 each have a fastening part that includes a fastening hole. |

| Claims in the '641 Patent | Tatung Products |
|---|---|
| | |
| 38. The rear mountable flat panel display device according to claim 36, wherein the fastening part includes at least two fastening holes at two corners of the first frame. | In addition to the elements listed above that pertain to the limitations of claim 36, the ADMNC1LCD15; the ADMNC1LCD17; the Tatung ADMNC1LCD17; the Tatung L17AMTN; the Triview FST1503RV-4B; the Triview TLM-1703; the Tatung TLM-1705; and the Triview TLM-1705; each have fastening parts that include at least two fastening holes at two corners of the first frame. |
| 39. The rear mountable flat panel display device according to claim 36, wherein the fastening part includes four fastening holes at four corners of the first frame. | In addition to the elements listed above that pertain to the limitations of claim 36, the ADMNC1LCD15; the ADMNC1LCD17; the Tatung ADMNC1LCD17; the Tatung L17AMTN; the Tatung TLM-1705; and the Triview TLM-1705; has fastening parts that include four fastening holes at four corners of the first frame. |
| 44. The rear mountable flat panel display device according to claim 35, wherein the fastening part includes a protruding portion protruding away from the flat display panel. | In addition to the elements listed above that pertain to the limitations of claim 35, the ADMNC1LCD15; the Triview FST1503RV-4B; the Tatung TLM-1703T; the Tatung TLM-1705; and the Triview TLM-1705 has a fastening part that includes a protruding portion protruding away from the flat display panel. |
| 45. The rear mountable flat panel display device according to claim 44, wherein the protruding portion includes a peg having a fastening hole. | In addition to the elements listed above that pertain to the limitations of claim 44, the Triview FST1503RV-4B; the Tatung TLM-1703T; the Tatung TLM-1705; and the Triview TLM-1705 has a protruding portion that includes a peg having a fastening hole. |
| 55. A rear mountable flat panel display device comprising: | The ADMNC1LCD15; the ADMNC1LCD17; Tatung ADMNC1LCD17; the Unidentified American Dynamic Product; the Tatung L17AMTN; the P42HSMT; the Tatung P46T; the Triview FST1503RV-4B; the Tatung TLM-1703T; the Triview TLM-1703; the Tatung TLM-1705; the Triview TLM-1705; the Triview TLM-1903; the Tatung V23CLTT; the Tatung V23DLWX-U12; the Tatung V27CMTT-U01; the Tatung V30CMTT-U01; and the Triview V30CMTT-U62 are each a rear mountable flat panel display device, the rear mounted flat panel display device comprising the following elements. |
| a first frame having a fastening part at a rear surface of the first frame; | The ADMNC1LCD15; the ADMNC1LCD17; Tatung ADMNC1LCD17; the Unidentified American Dynamic Product; the Tatung L17AMTN; the P42HSMT; the |

| Claims in the '641 Patent | Tatung Products |
|---|---|
|  | Tatung P46T; the Triview FST1503RV-4B; the Tatung TLM-1703T; the Triview TLM-1703; the Tatung TLM-1705; the Triview TLM-1705; the Triview TLM-1903; the Tatung V23CLTT; the Tatung V23DLWX-U12; the Tatung V27CMTT-U01; the Tatung V30CMTT-U01; and the Triview V30CMTT-U62 each have a first frame having a fastening part at a rear surface of the first frame. |
| a second frame; and | The ADMNC1LCD15; the ADMNC1LCD17; Tatung ADMNC1LCD17; the Unidentified American Dynamic Product; the Tatung L17AMTN; the P42HSMT; the Tatung P46T; the Triview FST1503RV-4B; the Tatung TLM-1703T; the Triview TLM-1703; the Tatung TLM-1705; the Triview TLM-1705; the Triview TLM-1903; the Tatung V23CLTT; the Tatung V23DLWX-U12; the Tatung V27CMTT-U01; the Tatung V30CMTT-U01; and the Triview V30CMTT-U62 each have a second frame. |
| a flat display panel between the first and second frames; | The ADMNC1LCD15; the ADMNC1LCD17; Tatung ADMNC1LCD17; the Unidentified American Dynamic Product; the Tatung L17AMTN; the P42HSMT; the Tatung P46T; the Triview FST1503RV-4B; the Tatung TLM-1703T; the Triview TLM-1703; the Tatung TLM-1705; the Triview TLM-1705; the Triview TLM-1903; the Tatung V23CLTT; the Tatung V23DLWX-U12; the Tatung V27CMTT-U01; the Tatung V30CMTT-U01; and the Triview V30CMTT-U62 each have a flat display panel between the first and second frames. |
| wherein the first frame is capable of being fixed to a housing of a data processing device through the fastening part at the rear surface of the first frame. | The ADMNC1LCD15; the ADMNC1LCD17; Tatung ADMNC1LCD17; the Unidentified American Dynamic Product; the Tatung L17AMTN; the P42HSMT; the Tatung P46T; the Triview FST1503RV-4B; the Tatung TLM-1703T; the Triview TLM-1703; the Tatung TLM-1705; the Triview TLM-1705; the Triview TLM-1903; the Tatung V23CLTT; the Tatung V23DLWX-U12; the Tatung V27CMTT-U01; the Tatung V30CMTT-U01; and the Triview V30CMTT-U62 each have a first frame that is capable of being fixed to a housing of a data processing device through the fastening part at the rear surface of the first frame. |

| Claims in the '641 Patent | Tatung Products |
|---|---|
| 56. A rear mountable flat panel display device comprising: | The ADMNC1LCD15; the ADMNC1LCD17; Tatung ADMNC1LCD17; the Unidentified American Dynamic Product; the Tatung L17AMTN; the Tatung P46T; the Triview FST1503RV-4B; the Tatung TLM-1703T; the Triview TLM-1703; the Tatung TLM-1705; the Triview TLM-1705; the Triview TLM-1903; the Tatung V23CLTT; the Tatung V23DLWX-U12; the Tatung V27CMTT-U01; the Tatung V30CMTT-U01; and the Triview V30CMTT-U62 are each a rear mountable flat panel display device, the flat panel display device comprising the following elements. |
| a first frame having a fastening part at a rear surface of the first frame; | The ADMNC1LCD15; the ADMNC1LCD17; Tatung ADMNC1LCD17; the Unidentified American Dynamic Product; the Tatung L17AMTN; the Tatung P46T; the Triview FST1503RV-4B; the Tatung TLM-1703T; the Triview TLM-1703; the Tatung TLM-1705; the Triview TLM-1705; the Triview TLM-1903; the Tatung V23CLTT; the Tatung V23DLWX-U12; the Tatung V27CMTT-U01; the Tatung V30CMTT-U01; and the Triview V30CMTT-U62 each have a first frame having a fastening part at a rear surface of the first frame |
| a second frame; | The ADMNC1LCD15; the ADMNC1LCD17; Tatung ADMNC1LCD17; the Unidentified American Dynamic Product; the Tatung L17AMTN; the Tatung P46T; the Triview FST1503RV-4B; the Tatung TLM-1703T; the Triview TLM-1703; the Tatung TLM-1705; the Triview TLM-1705; the Triview TLM-1903; the Tatung V23CLTT; the Tatung V23DLWX-U12; the Tatung V27CMTT-U01; the Tatung V30CMTT-U01; and the Triview V30CMTT-U62 each have a second frame. |
| and a flat display panel between the first and second frames; | The ADMNC1LCD15; the ADMNC1LCD17; Tatung ADMNC1LCD17; the Unidentified American Dynamic Product; the Tatung L17AMTN; the Tatung P46T; the Triview FST1503RV-4B; the Tatung TLM-1703T; the Triview TLM-1703; the Tatung TLM-1705; the Triview TLM-1705; the Triview TLM-1903; the Tatung V23CLTT; the Tatung V23DLWX-U12; the Tatung V27CMTT-U01; the Tatung V30CMTT-U01; and the Triview V30CMTT-U62 each have a flat display panel between the first and second frames |

| Claims in the '641 Patent | Tatung Products |
|---|---|
| wherein the first frame is capable of being fixed to a housing of a data processing device through the fastening part at the rear surface of the first frame and the flat display panel is rear mounted. | The ADMNC1LCD15; the ADMNC1LCD17; Tatung ADMNC1LCD17; the Unidentified American Dynamic Product; the Tatung L17AMTN; the Tatung P46T; the Triview FST1503RV-4B; the Tatung TLM-1703T; the Triview TLM-1703; the Tatung TLM-1705; the Triview TLM-1705; the Triview TLM-1903; the Tatung V23CLTT; the Tatung V23DLWX-U12; the Tatung V27CMTT-U01; the Tatung V30CMTT-U01; and the Triview V30CMTT-U62 each have a first frame that is capable of being fixed to a housing of a data processing device through the fastening part at the rear surface of the first frame and the flat display panel is rear mounted. |

| Claims in the '718 Patent | Tatung Monitors |
|---|---|
| 33. A method of assembling a rear mountable flat panel display device capable of being mounted to a housing, comprising: | The ADMNC1LCD15; the ADMNC1LCD17; Tatung ADMNC1LCD17; the Unidentified American Dynamic Product; the Tatung L17AMTN; the Triview FST1503RV-4B; the Tatung TLM-1703T; the Triview TLM-1703; the Tatung TLM-1705; the Triview TLM-1705; the Triview TLM-1903; the Tatung V23CLTT; the Tatung V23DLWX-U12; the Tatung V27CMTT-U01; the Tatung V30CMTT-U01; and the Triview V30CMTT-U62 are each assembled via a method of assembling a rear mountable flat panel display device capable of being mounted to a housing, that method includes the following steps |
| placing a flat display panel on a top surface of a backlight unit having a first frame, the first frame having a fastening element for fastening the first frame to the housing, said fastening element being located on a rear surface opposite the top surface of the backlight unit where the flat display panel is placed; | The method of assembling each of the ADMNC1LCD15; the ADMNC1LCD17; Tatung ADMNC1LCD17; the Unidentified American Dynamic Product; the Tatung L17AMTN; the Triview FST1503RV-4B; the Tatung TLM-1703T; the Triview TLM-1703; the Tatung TLM-1705; the Triview TLM-1705; the Triview TLM-1903; the Tatung V23CLTT; the Tatung V23DLWX-U12; the Tatung V27CMTT-U01; the Tatung V30CMTT-U01; and the Triview V30CMTT-U62 includes placing a flat display panel on a top surface of a backlight unit having a first frame, the first frame having a fastening element for fastening the first frame to the housing, the fastening element being located on a rear surface opposite the top surface of the backlight unit where the flat display panel is placed. |
| placing a second frame on the flat display panel; and | The method of assembling each of the ADMNC1LCD15; the ADMNC1LCD17; Tatung ADMNC1LCD17; the Unidentified American Dynamic Product; the Tatung L17AMTN; the Triview FST1503RV-4B; the Tatung TLM-1703T; the Triview TLM-1703; the Tatung TLM-1705; the Triview TLM-1705; the Triview TLM-1903; the Tatung V23CLTT; the Tatung V23DLWX-U12; the Tatung V27CMTT-U01; the Tatung V30CMTT-U01; and the Triview V30CMTT-U62 includes placing a second frame on the flat display panel |
| fixing the flat display panel between the first frame of the backlight unit | The method of assembling each of the ADMNC1LCD15; the ADMNC1LCD17; Tatung |

| Claims in the '718 Patent | Tatung Monitors |
|---|---|
| and the second frame. | ADMNC1LCD17; the Unidentified American Dynamic Product; the Tatung L17AMTN; the Triview FST1503RV-4B; the Tatung TLM-1703T; the Triview TLM-1703; the Tatung TLM-1705; the Triview TLM-1705; the Triview TLM-1903; the Tatung V23CLTT; the Tatung V23DLWX-U12; the Tatung V27CMTT-U01; the Tatung V30CMTT-U01; and the Triview V30CMTT-U62 includes fixing the flat display panel between the first frame of the backlight unit and the second frame. |
| **34.** The method of claim 33, wherein the fastening element comprises a fastening hole. | In addition to the steps and/or elements listed above that pertain to the limitations of claim 33, the ADMNC1LCD15; the ADMNC1LCD17; Tatung ADMNC1LCD17; the Unidentified American Dynamic Product; the Tatung L17AMTN; the Triview FST1503RV-4B; the Tatung TLM-1703T; the Triview TLM-1703; the Tatung TLM-1705; the Triview TLM-1705; the Triview TLM-1903; the Tatung V23CLTT; the Tatung V23DLWX-U12; the Tatung V27CMTT-U01; the Tatung V30CMTT-U01; and the Triview V30CMTT-U62 each have a fastening element that comprises a fastening hole. |
| **35.** The method of claim 33, wherein the fastening element comprises a screw hole. | In addition to the steps and/or elements listed above that pertain to the limitations of claim 33, the ADMNC1LCD15; the ADMNC1LCD17; Tatung ADMNC1LCD17; the Unidentified American Dynamic Product; the Tatung L17AMTN; the Triview FST1503RV-4B; the Tatung TLM-1703T; the Triview TLM-1703; the Tatung TLM-1705; the Triview TLM-1705; the Triview TLM-1903; the Tatung V23CLTT; the Tatung V23DLWX-U12; the Tatung V27CMTT-U01; the Tatung V30CMTT-U01; and the Triview V30CMTT-U62 each have a fastening element that comprises a screw hole. |
| **36.** The method of claim 33, wherein the fastening element comprises a stepped hole. | The ADMNC1LCD15; the Triview FST1503RV-4B; the Tatung TLM-1703T; the Triview TLM-1703; the Tatung TLM-1705; and the Triview TLM-1705 each have a stepped hole. |
| **40.** A rear mountable method of assembling a liquid crystal display | The ADMNC1LCD15; the ADMNC1LCD17; Tatung ADMNC1LCD17; the Unidentified American Dynamic |

| Claims in the '718 Patent | Tatung Monitors |
|---|---|
| (LCD) device comprising: | Product; the Tatung L17AMTN; the Triview FST1503RV-4B; the Tatung TLM-1703T; the Triview TLM-1703; the Tatung TLM-1705; the Triview TLM-1705; the Triview TLM-1903; the Tatung V23CLTT; the Tatung V23DLWX-U12; the Tatung V27CMTT-U01; the Tatung V30CMTT-U01; and the Triview V30CMTT-U62 are each assembled via a rear mountable method of assembling a liquid crystal display (LCD) device, that method includes the following steps. |
| arranging the LCD device on a inner surface of a display case, wherein the display case has an inner surface and back; | The method of assembling each of the ADMNC1LCD15; the ADMNC1LCD17; Tatung ADMNC1LCD17; the Unidentified American Dynamic Product; the Tatung L17AMTN; the Triview FST1503RV-4B; the Tatung TLM-1703T; the Triview TLM-1703; the Tatung TLM-1705; the Triview TLM-1705; the Triview TLM-1903; the Tatung V23CLTT; the Tatung V23DLWX-U12; the Tatung V27CMTT-U01; the Tatung V30CMTT-U01; and the Triview V30CMTT-U62 includes arranging the LCD device on an inner surface of a display case, wherein the display case has an inner surface and back. |
| attaching the LCD device to the display case from the back of the display case. | The method of assembling each of the ADMNC1LCD15; the ADMNC1LCD17; Tatung ADMNC1LCD17; the Unidentified American Dynamic Product; the Tatung L17AMTN; the Triview FST1503RV-4B; the Tatung TLM-1703T; the Triview TLM-1703; the Tatung TLM-1705; the Triview TLM-1705; the Triview TLM-1903; the Tatung V23CLTT; the Tatung V23DLWX-U12; the Tatung V27CMTT-U01; the Tatung V30CMTT-U01; and the Triview V30CMTT-U62 includes attaching the LCD device to the display case from the back of the display case. |

LPL will provide more detailed information regarding the infringing products and asserted claims at the appropriate time and based on further discovery, possibly including, for example, in expert reports and/or *Markman* briefing. LPL reserves the right to supplement this

Interrogatory answer, if appropriate, when and if additional information becomes available, or otherwise.

### SUPPLEMENTAL RESPONSE & OBJECTION:

LPL objects to this Interrogatory to the extent that it seeks information protected by the attorney-client privilege or the work product doctrine. LPL further objects to this Interrogatory because Defendants mischaracterize as one interrogatory multiple interrogatories on separate subjects; in responding, LPL counts this Interrogatory as multiple interrogatories. Also, LPL objects to this Interrogatory at least because it is premature in that it seeks information pertaining to or requiring claim construction, and because it seeks information pertaining to infringing products that are presently unavailable because LPL is still awaiting discovery from Tatung on such products. Subject to and without waiving these objections and the general objections, and based upon the information presently available, LPL states as follows:

Tatung has refused and/or failed to provide discovery that would enable LPL to fully respond to this Interrogatory. The Tatung products that LPL is currently aware of that infringe the Patents-in-Suit include the: American Dynamics ADMNC1LCD17 (the "ADMNC1LCD17"); Tatung ADMNC1LCD17 (the "Tatung ADMNC1LCD17"); American Dynamics (Unidentified but inspected at Greenberg Traurig's office on January 16, 2007 and includes module model number M170EN06 (the "Unidentified American Dynamic Product"); Tatung L17AMTN (the "Tatung L17AMTN"); Tatung L17UCCT (the "Tatung L17UCCT"); Unidentified product with designation P42HSMT identified at Greenberg Traurig's office on January 16, 2007 (the "P42HSMT"); Tatung P46 (the "Tatung P46T"); Triview TLM 1505 (the "Triview FST1503RV-4B"); Tatung TLM 1703T (the "Tatung TLM-1703T"); Triview TLM-1703 (the "Triview TLM-1703"); Tatung TLM-1705 (the "Tatung TLM-1705"); Triview TLM-1705 (the "Triview TLM-1705"); Triview TLM-1903 (the "Triview TLM-1903"); Tatung

V23CLTT (the "Tatung V23CLTT"); Taung V23DLWX-U12 (the "Tatung V23DLWX-U12");

Tatung V27CMTT-U01 (the "Tatung V27CMTT-U01"); Tatung V30CMTT-U01 (the "Tatung

V30CMTT-U01"); Triview V30CMTT-U62 (the "Triview V30CMTT-U62"); Hewlett-Packard

w22 RG556AA (the "HP RG556AA"); Ilo L15FCBT (the "Ilo L15FCBT"); and Hitachi

37HDL52 (the "Hitachi 37HDL52") products.

Tatung's liability, however, includes any type of improper conduct related to any

infringing products, whether by direct infringement, contributory infringement, and/or inducing

infringement by others. Tatung, for example, has at least sold, offered for sale, and/or imported

infringing products such as the ADMNC1LCD17; the Tatung ADMNC1LCD17; the

Unidentified American Dynamic Product; the Tatung L17AMTN; the Tatung L17UCCT; the

P42HSMT; the Tatung P46T; the Triview FST1503RV-4B; the Tatung TLM-1703T; the Triview

TLM-1703; the Tatung TLM-1705; the Triview TLM-1705; the Triview TLM-1903; the Tatung

V23CLTT; the Tatung V23DLWX-U12; the Tatung V27CMTT-U01; the Tatung V30CMTT-

U01; Triview V30CMTT-U62; the HP RG556AA; the Ilo L15FCBT; and the Hitachi 37HDL52

products.

With respect to the ADMNC1LCD17 products, the infringed claims include, at least,

claims 35-36, 38-39, and 55-56 of the '641 Patent and claims 33-35 and 40 of the '718 Patent,

which are infringed literally, or, in the alternative, under the doctrine of equivalents. With

respect to the Tatung ADMNC1LCD17 products, the infringed claims include, at least, claims

35-36, 38-39, and 55-56 of the '641 Patent and claims 33-35 and 40 of the '718 Patent, which are

infringed literally, or, in the alternative, under the doctrine of equivalents.

With respect to the Unidentified American Dynamic Product products, the infringed

claims include, at least, claims 35-36 and 55-56 of the '641 Patent and claims 33-35 and 40 of

the '718 Patent, which are infringed literally, or, in the alternative, under the doctrine of equivalents. With respect to the Tatung L17AMTN products, the infringed claims include, at least, claims 35-36, 38-39, and 55-56 of the '641 Patent and claims 33-35 and 40 of the '718 Patent, which are infringed literally, or, in the alternative, under the doctrine of equivalents.

With respect to the L17UCCT monitors, the infringed claims include, at least, claims 35-36, 38 and 55-56 of the '641 Patent and claims 33-35 and 40 of the '718 Patent, which are infringed literally, or, in the alternative, under the doctrine of equivalents. With respect to the P42HSMT products, the infringed claims include, at least claims 55 of the '641 Patent, which are infringed literally, or, in the alternative, under the doctrine of equivalents.

With respect to the Tatung P46T products, the infringed claims include, at least, claims 55-56 of the '641 Patent, which are infringed literally, or, in the alternative, under the doctrine of equivalents. With respect to the Triview FST1503RV-4B products, the infringed claims include, at least, claims 35-36, 38-39, 44-45, and 55-56 of the '641 Patent and claims 33-36 and 40 of the '718 Patent, which are infringed literally, or, in the alternative, under the doctrine of equivalents.

With respect to the Tatung TLM-1703T products, the infringed claims include, at least, claims 35-36, 44-45 and 55-56 of the '641 Patent and claims 33-36 and 40 of the '718 Patent, which are infringed literally, or, in the alternative, under the doctrine of equivalents. With respect to the Triview TLM-1703 products, the infringed claims include, at least, claims 35-36, 38, and 55-56 of the '641 Patent and claims 33-36 and 40 of the '718 Patent, which are infringed literally, or, in the alternative, under the doctrine of equivalents.

With respect to the Tatung TLM-1705 products, the infringed claims include, at least, claims 35-36, 38-39, 44-45, and 55-56 of the '641 Patent and claims 33-36 and 40 of the '718 Patent, which are infringed literally, or, in the alternative, under the doctrine of equivalents. With

respect to the Triview TLM-1705 products, the infringed claims include, at least, claims 35-36, 38-39, 44-45, and 55-56 of the '641 Patent and claims 33-36 and 40 of the '718 Patent, which are infringed literally, or, in the alternative, under the doctrine of equivalents.

With respect to the Triview TLM-1903 products, the infringed claims include, at least, claims 35-36 and 55-56 of the '641 Patent and claims 33-35 and 40 of the '718 Patent, which are infringed literally, or, in the alternative, under the doctrine of equivalents. With respect to the Tatung V23CLTT products, the infringed claims include, at least, claims 35-36 and 55-56 of the '641 Patent and claims 33-35 and 40 of the '718 Patent, which are infringed literally, or, in the alternative, under the doctrine of equivalents.

With respect to the Tatung V23DLWX-U12 products, the infringed claims include, at least, claims 35-36 and 55-56 of the '641 Patent and claims 33-35 and 40 of the '718 Patent, which are infringed literally, or, in the alternative, under the doctrine of equivalents. With respect to the Tatung V27CMTT-U01 products, the infringed claims include, at least, claims 35-36 and 55-56 of the '641 Patent and claims 33-35 and 40 of the '718 Patent, which are infringed literally, or, in the alternative, under the doctrine of equivalents.

With respect to the Tatung V30CMTT-U01 products, the infringed claims include, at least, claims 35-36 and 55-56 of the '641 Patent and claims 33-35 and 40 of the '718 Patent, which are infringed literally, or, in the alternative, under the doctrine of equivalents. With respect to the Triview V30CMTT-U62 products, the infringed claims include, at least, claims 35-36 and 55-56 of the '641 Patent and claims 33-35 and 40 of the '718 Patent, which are infringed literally, or, in the alternative, under the doctrine of equivalents

With respect to the HP RG556AA products, the infringed claims include, at least, claims 35-36, 44 and 55-56 of the '641 Patent and claims 33-35 and 40 of the '718 Patent, which are

infringed literally, or, in the alternative, under the doctrine of equivalents. With respect to the Ilo

L15FCBT products, the infringed claims include, at least, claims 35-36 and 55-56 of the '641

Patent and claims 33-35 and 40 of the '718 Patent, which are infringed literally, or, in the

alternative, under the doctrine of equivalents.

　　　With respect to the Hitachi 37HDL52 products, the infringed claims include, at least,

claims 35-36 and 55-56 of the '641 Patent and claims 33-35 and 40 of the '718 Patent, which are

infringed literally, or, in the alternative, under the doctrine of equivalents.

　　　The following charts show infringement by comparing the claims of the Patents-in-Suit

with the ADMNC1LCD17; the Tatung ADMNC1LCD17; the Unidentified American Dynamic

Product; the Tatung L17AMTN; the Tatung L17UCCT; the P42HSMT; the Tatung P46T; the

Triview FST1503RV-4B; the Tatung TLM-1703T; the Triview TLM-1703; the Tatung TLM-

1705; the Triview TLM-1705; the Triview TLM-1903; the Tatung V23CLTT; the Tatung

V23DLWX-U12; the Tatung V27CMTT-U01; the Tatung V30CMTT-U01; the Triview

V30CMTT-U62; the HP RG556AA; the Ilo L15FCBT; and the Hitachi 37HDL52 products:

| Claims in the '641 Patent | Tatung Products |
|---|---|
| 35. A rear mountable flat panel display device capable of being mounted to a data processing device, the flat panel display device comprising: | The ADMNC1LCD17; Tatung ADMNC1LCD17; the Unidentified American Dynamic Product; the Tatung L17AMTN; the Tatung L17UCCT; the Triview FST1503RV-4B; the Tatung TLM-1703T; the Triview TLM-1703; the Tatung TLM-1705; the Triview TLM-1705; the Triview TLM-1903; the Tatung V23CLTT; the Tatung V23DLWX-U12; the Tatung V27CMTT-U01; the Tatung V30CMTT-U01; the Triview V30CMTT-U62; the HP RG556AA; the Ilo L15FCBT; and the Hitachi 37HDL52 are each a rear mountable flat panel display device capable of being mounted to a data processing device, the flat panel display device comprising the following elements |
| a backlight unit including a first frame | The ADMNC1LCD17; Tatung ADMNC1LCD17; the |

| Claims in the '641 Patent | Tatung Products |
|---|---|
| having a fastening part at a rear surface of the first frame, a flat display panel adjacent to the backlight unit; and | Unidentified American Dynamic Product; the Tatung L17AMTN; the Tatung L17UCCT; the Triview FST1503RV-4B; the Tatung TLM-1703T; the Triview TLM-1703; the Tatung TLM-1705; the Triview TLM-1705; the Triview TLM-1903; the Tatung V23CLTT; the Tatung V23DLWX-U12; the Tatung V27CMTT-U01; the Tatung V30CMTT-U01; the Triview V30CMTT-U62; the HP RG556AA; the Ilo L15FCBT; and the Hitachi 37HDL52 each have a backlight unit including a first frame having a fastening part at a rear surface of the first frame, a flat display panel adjacent to the backlight unit. |
| a second frame; | The ADMNC1LCD17; Tatung ADMNC1LCD17; the Unidentified American Dynamic Product; the Tatung L17AMTN; the Tatung L17UCCT; the Triview FST1503RV-4B; the Tatung TLM-1703T; the Triview TLM-1703; the Tatung TLM-1705; the Triview TLM-1705; the Triview TLM-1903; the Tatung V23CLTT; the Tatung V23DLWX-U12; the Tatung V27CMTT-U01; the Tatung V30CMTT-U01; the Triview V30CMTT-U62; the HP RG556AA; the Ilo L15FCBT; and the Hitachi 37HDL52 each have a second frame. |
| wherein the flat display panel is between the first frame and the second frame, the first frame of the backlight unit capable of being fixed to a housing of the data processing device through the fastening part at the rear surface of the first frame. | The ADMNC1LCD17; Tatung ADMNC1LCD17; the Unidentified American Dynamic Product; the Tatung L17AMTN; the Tatung L17UCCT; the Triview FST1503RV-4B; the Tatung TLM-1703T; the Triview TLM-1703; the Tatung TLM-1705; the Triview TLM-1705; the Triview TLM-1903; the Tatung V23CLTT; the Tatung V23DLWX-U12; the Tatung V27CMTT-U01; the Tatung V30CMTT-U01; the Triview V30CMTT-U62; the HP RG556AA; the Ilo L15FCBT; and the Hitachi 37HDL52 each have a flat display panel that is between the first frame and the second frame, the first frame of the backlight unit capable of being fixed to a housing of the data processing device through the fastening part at the rear surface of the first frame |
| 36. The rear mountable flat panel display device according to claim 35, wherein the fastening part includes a fastening hole. | In addition to the elements listed above that pertain to the limitations of claim 35, the ADMNC1LCD17; Tatung ADMNC1LCD17; the Unidentified American Dynamic Product; the Tatung L17AMTN; the Tatung L17UCCT; the Triview FST1503RV-4B; the Tatung |

| Claims in the '641 Patent | Tatung Products |
|---|---|
| | TLM-1703T; the Triview TLM-1703; the Tatung TLM-1705; the Triview TLM-1705; the Triview TLM-1903; the Tatung V23CLTT; the Tatung V23DLWX-U12; the Tatung V27CMTT-U01; the Tatung V30CMTT-U01; the Triview V30CMTT-U62; the HP RG556AA; the Ilo L15FCBT; and the Hitachi 37HDL52 each have a fastening part that includes a fastening hole. |
| 38. The rear mountable flat panel display device according to claim 36, wherein the fastening part includes at least two fastening holes at two corners of the first frame. | In addition to the elements listed above that pertain to the limitations of claim 36, the ADMNC1LCD17; the Tatung ADMNC1LCD17; the Tatung L17AMTN; the Tatung L17UCCT; the Triview FST1503RV-4B; the Triview TLM-1703; the Tatung TLM-1705; and the Triview TLM-1705; each have fastening parts that include at least two fastening holes at two corners of the first frame. |
| 39. The rear mountable flat panel display device according to claim 36, wherein the fastening part includes four fastening holes at four corners of the first frame. | In addition to the elements listed above that pertain to the limitations of claim 36, the ADMNC1LCD17; the Tatung ADMNC1LCD17; the Tatung L17AMTN; the Tatung TLM-1705; and the Triview TLM-1705; has fastening parts that include four fastening holes at four corners of the first frame. |
| 44. The rear mountable flat panel display device according to claim 35, wherein the fastening part includes a protruding portion protruding away from the flat display panel. | In addition to the elements listed above that pertain to the limitations of claim 35, the Triview FST1503RV-4B; the Tatung TLM-1703T; the Tatung TLM-1705; the Triview TLM-1705, and the HP RG556AA has a fastening part that includes a protruding portion protruding away from the flat display panel |
| 45. The rear mountable flat panel display device according to claim 44, wherein the protruding portion includes a peg having a fastening hole. | In addition to the elements listed above that pertain to the limitations of claim 44, the Triview FST1503RV-4B; the Tatung TLM-1703T; the Tatung TLM-1705; and the Triview TLM-1705 has a protruding portion that includes a peg having a fastening hole. |

| Claims in the '641 Patent | Tatung Products |
|---|---|
| 55. A rear mountable flat panel display device comprising: | The ADMNC1LCD17; Tatung ADMNC1LCD17; the Unidentified American Dynamic Product; the Tatung L17AMTN; the Tatung L17UCCT; the P42HSMT; the Tatung P46T; the Triview FST1503RV-4B; the Tatung TLM-1703T; the Triview TLM-1703; the Tatung TLM-1705; the Triview TLM-1705; the Triview TLM-1903; the Tatung V23CLTT; the Tatung V23DLWX-U12; the Tatung V27CMTT-U01; the Tatung V30CMTT-U01; the Triview V30CMTT-U62; the HP RG556AA; the Ilo L15FCBT; and the Hitachi 37HDL52 are each a rear mountable flat panel display device, the rear mounted flat panel display device comprising the following elements. |
| a first frame having a fastening part at a rear surface of the first frame; | The ADMNC1LCD17; Tatung ADMNC1LCD17; the Unidentified American Dynamic Product; the Tatung L17AMTN; the Tatung L17UCCT; the P42HSMT; the Tatung P46T; the Triview FST1503RV-4B; the Tatung TLM-1703T; the Triview TLM-1703; the Tatung TLM-1705; the Triview TLM-1705; the Triview TLM-1903; the Tatung V23CLTT; the Tatung V23DLWX-U12; the Tatung V27CMTT-U01; the Tatung V30CMTT-U01; the Triview V30CMTT-U62; the HP RG556AA; the Ilo L15FCBT; and the Hitachi 37HDL52 each have a first frame having a fastening part at a rear surface of the first frame. |
| a second frame; and | The ADMNC1LCD17; Tatung ADMNC1LCD17; the Unidentified American Dynamic Product; the Tatung L17AMTN; the Tatung L17UCCT; the P42HSMT; the Tatung P46T; the Triview FST1503RV-4B; the Tatung TLM-1703T; the Triview TLM-1703; the Tatung TLM-1705; the Triview TLM-1705; the Triview TLM-1903; the Tatung V23CLTT; the Tatung V23DLWX-U12; the Tatung V27CMTT-U01; the Tatung V30CMTT-U01; the Triview V30CMTT-U62; the HP RG556AA; the Ilo L15FCBT; and the Hitachi 37HDL52 each have a second frame. |
| a flat display panel between the first and second frames; | The ADMNC1LCD17; Tatung ADMNC1LCD17; the Unidentified American Dynamic Product; the Tatung L17AMTN; the Tatung L17UCCT; the P42HSMT; the Tatung P46T; the Triview FST1503RV-4B; the Tatung TLM-1703T; the Triview TLM-1703; the Tatung TLM- |

| Claims in the '641 Patent | Tatung Products |
|---|---|
|  | 1705; the Triview TLM-1705; the Triview TLM-1903; the Tatung V23CLTT; the Tatung V23DLWX-U12; the Tatung V27CMTT-U01; the Tatung V30CMTT-U01; the Triview V30CMTT-U62; the HP RG556AA; the Ilo L15FCBT; and the Hitachi 37HDL52 each have a flat display panel between the first and second frames. |
| wherein the first frame is capable of being fixed to a housing of a data processing device through the fastening part at the rear surface of the first frame | The ADMNC1LCD17; Tatung ADMNC1LCD17; the Unidentified American Dynamic Product; the Tatung L17AMTN; the Tatung L17UCCT; the P42HSMT; the Tatung P46T; the Triview FST1503RV-4B; the Tatung TLM-1703T; the Triview TLM-1703; the Tatung TLM-1705; the Triview TLM-1705; the Triview TLM-1903; the Tatung V23CLTT; the Tatung V23DLWX-U12; the Tatung V27CMTT-U01; the Tatung V30CMTT-U01; the Triview V30CMTT-U62; the HP RG556AA; the Ilo L15FCBT; and the Hitachi 37HDL52 each have a first frame that is capable of being fixed to a housing of a data processing device through the fastening part at the rear surface of the first frame. |
| 56. A rear mountable flat panel display device comprising: | The ADMNC1LCD17; Tatung ADMNC1LCD17; the Unidentified American Dynamic Product; the Tatung L17AMTN; the Tatung L17UCCT; the Tatung P46T; the Triview FST1503RV-4B; the Tatung TLM-1703T; the Triview TLM-1703; the Tatung TLM-1705; the Triview TLM-1705; the Triview TLM-1903; the Tatung V23CLTT; the Tatung V23DLWX-U12; the Tatung V27CMTT-U01; the Tatung V30CMTT-U01; the Triview V30CMTT-U62; the HP RG556AA; the Ilo L15FCBT; and the Hitachi 37HDL52 are each a rear mountable flat panel display device, the flat panel display device comprising the following elements |
| a first frame having a fastening part at a rear surface of the first frame; | The ADMNC1LCD17; Tatung ADMNC1LCD17; the Unidentified American Dynamic Product; the Tatung L17AMTN; the Tatung L17UCCT; the Tatung P46T; the Triview FST1503RV-4B; the Tatung TLM-1703T; the Triview TLM-1703; the Tatung TLM-1705; the Triview TLM-1705; the Triview TLM-1903; the Tatung V23CLTT; the Tatung V23DLWX-U12; the Tatung V27CMTT-U01; the Tatung V30CMTT-U01; the Triview V30CMTT-U62; the HP RG556AA; the Ilo L15FCBT; and the Hitachi 37HDL52 each have a first |

| Claims in the '641 Patent | Tatung Products |
|---|---|
| | frame having a fastening part at a rear surface of the first frame. |
| a second frame; | The ADMNC1LCD17; Tatung ADMNC1LCD17; the Unidentified American Dynamic Product; the Tatung L17AMTN; the Tatung L17UCCT; the Tatung P46T; the Triview FST1503RV-4B; the Tatung TLM-1703T; the Triview TLM-1703; the Tatung TLM-1705; the Triview TLM-1705; the Triview TLM-1903; the Tatung V23CLTT; the Tatung V23DLWX-U12; the Tatung V27CMTT-U01; the Tatung V30CMTT-U01; the Triview V30CMTT-U62; the HP RG556AA; the Ilo L15FCBT; and the Hitachi 37HDL52 each have a second frame. |
| and a flat display panel between the first and second frames; | The ADMNC1LCD17; Tatung ADMNC1LCD17; the Unidentified American Dynamic Product; the Tatung L17AMTN; the Tatung L17UCCT; the Tatung P46T; the Triview FST1503RV-4B; the Tatung TLM-1703T; the Triview TLM-1703; the Tatung TLM-1705; the Triview TLM-1705; the Triview TLM-1903; the Tatung V23CLTT; the Tatung V23DLWX-U12; the Tatung V27CMTT-U01; the Tatung V30CMTT-U01; the Triview V30CMTT-U62; the HP RG556AA; the Ilo L15FCBT; and the Hitachi 37HDL52 each have a flat display panel between the first and second frames. |
| wherein the first frame is capable of being fixed to a housing of a data processing device through the fastening part at the rear surface of the first frame and the flat display panel is rear mounted. | The ADMNC1LCD17; Tatung ADMNC1LCD17; the Unidentified American Dynamic Product; the Tatung L17AMTN; the Tatung L17UCCT;  the Tatung P46T; the Triview FST1503RV-4B; the Tatung TLM-1703T; the Triview TLM-1703; the Tatung TLM-1705; the Triview TLM-1705; the Triview TLM-1903; the Tatung V23CLTT; the Tatung V23DLWX-U12; the Tatung V27CMTT-U01; the Tatung V30CMTT-U01; the Triview V30CMTT-U62; the HP RG556AA; the Ilo L15FCBT; and the Hitachi 37HDL52 each have a first frame that is capable of being fixed to a housing of a data processing device through the fastening part at the rear surface of the first frame and the flat display panel is rear mounted. |

| Claims in the '718 Patent | Tatung Monitors |
|---|---|
| 33. A method of assembling a rear mountable flat panel display device capable of being mounted to a housing, comprising: | The ADMNC1LCD17; Tatung ADMNC1LCD17; the Unidentified American Dynamic Product; the Tatung L17AMTN; the Tatung L17UCCT; the Triview FST1503RV-4B; the Tatung TLM-1703T; the Triview TLM-1703; the Tatung TLM-1705; the Triview TLM-1705; the Triview TLM-1903; the Tatung V23CLTT; the Tatung V23DLWX-U12; the Tatung V27CMTT-U01; the Tatung V30CMTT-U01; the Triview V30CMTT-U62; the HP RG556AA; the Ilo L15FCBT; and the Hitachi 37HDL52 are each assembled via a method of assembling a rear mountable flat panel display device capable of being mounted to a housing, that method includes the following steps. |
| placing a flat display panel on a top surface of a backlight unit having a first frame, the first frame having a fastening element for fastening the first frame to the housing, said fastening element being located on a rear surface opposite the top surface of the backlight unit where the flat display panel is placed; | The method of assembling each of the ADMNC1LCD17; Tatung ADMNC1LCD17; the Unidentified American Dynamic Product; the Tatung L17AMTN; the Tatung L17UCCT; the Triview FST1503RV-4B; the Tatung TLM-1703T; the Triview TLM-1703; the Tatung TLM-1705; the Triview TLM-1705; the Triview TLM-1903; the Tatung V23CLTT; the Tatung V23DLWX-U12; the Tatung V27CMTT-U01; the Tatung V30CMTT-U01; the Triview V30CMTT-U62; the HP RG556AA; the Ilo L15FCBT; and the Hitachi 37HDL52 includes placing a flat display panel on a top surface of a backlight unit having a first frame, the first frame having a fastening element for fastening the first frame to the housing, the fastening element being located on a rear surface opposite the top surface of the backlight unit where the flat display panel is placed. |
| placing a second frame on the flat display panel; and | The method of assembling each of the ADMNC1LCD17; Tatung ADMNC1LCD17; the Unidentified American Dynamic Product; the Tatung L17AMTN; the Tatung L17UCCT; the Triview FST1503RV-4B; the Tatung TLM-1703T; the Triview TLM-1703; the Tatung TLM-1705; the Triview TLM-1705; the Triview TLM-1903; the Tatung V23CLTT; the Tatung V23DLWX-U12; the Tatung V27CMTT-U01; the Tatung V30CMTT-U01; the Triview V30CMTT-U62; the HP RG556AA; the Ilo L15FCBT; and the Hitachi 37HDL52 includes placing a second |

| Claims in the '718 Patent | Tatung Monitors |
|---|---|
|  | frame on the flat display panel. |
| fixing the flat display panel between the first frame of the backlight unit and the second frame | The method of assembling each of the ADMNC1LCD17; Tatung ADMNC1LCD17; the Unidentified American Dynamic Product; the Tatung L17AMTN; the Tatung L17UCCT; the Triview FST1503RV-4B; the Tatung TLM-1703T; the Triview TLM-1703; the Tatung TLM-1705; the Triview TLM-1705; the Triview TLM-1903; the Tatung V23CLTT; the Tatung V23DLWX-U12; the Tatung V27CMTT-U01; the Tatung V30CMTT-U01; the Triview V30CMTT-U62; the HP RG556AA; the Ilo L15FCBT; and the Hitachi 37HDL52 includes fixing the flat display panel between the first frame of the backlight unit and the second frame |
| 34. The method of claim 33, wherein the fastening element comprises a fastening hole. | In addition to the steps and/or elements listed above that pertain to the limitations of claim 33, the ADMNC1LCD17; Tatung ADMNC1LCD17; the Unidentified American Dynamic Product; the Tatung L17AMTN; the Tatung L17UCCT; the Triview FST1503RV-4B; the Tatung TLM-1703T; the Triview TLM-1703; the Tatung TLM-1705; the Triview TLM-1705; the Triview TLM-1903; the Tatung V23CLTT; the Tatung V23DLWX-U12; the Tatung V27CMTT-U01; the Tatung V30CMTT-U01; the Triview V30CMTT-U62; the HP RG556AA; the Ilo L15FCBT; and the Hitachi 37HDL52 each have a fastening element that comprises a fastening hole. |
| 35. The method of claim 33, wherein the fastening element comprises a screw hole. | In addition to the steps and/or elements listed above that pertain to the limitations of claim 33, the ADMNC1LCD17; Tatung ADMNC1LCD17; the Unidentified American Dynamic Product; the Tatung L17AMTN; the Tatung L17UCCT; the Triview FST1503RV-4B; the Tatung TLM-1703T; the Triview TLM-1703; the Tatung TLM-1705; the Triview TLM-1705; the Triview TLM-1903; the Tatung V23CLTT; the Tatung V23DLWX-U12; the Tatung V27CMTT-U01; the Tatung V30CMTT-U01; the Triview V30CMTT-U62; the HP RG556AA; the Ilo L15FCBT; and the Hitachi 37HDL52 each have a fastening element that comprises a screw hole. |

| Claims in the '718 Patent | Tatung Monitors |
|---|---|
| 36. The method of claim 33, wherein the fastening element comprises a stepped hole. | The Triview FST1503RV-4B; the Tatung TLM-1703T; the Triview TLM-1703; the Tatung TLM-1705; the Triview TLM-1705, and the HP RG556AA each have a stepped hole. |
| 40. A rear mountable method of assembling a liquid crystal display (LCD) device comprising: | The ADMNC1LCD17; Tatung ADMNC1LCD17; the Unidentified American Dynamic Product; the Tatung L17AMTN; the Tatung L17UCCT; the Triview FST1503RV-4B; the Tatung TLM-1703T; the Triview TLM-1703; the Tatung TLM-1705; the Triview TLM-1705; the Triview TLM-1903; the Tatung V23CLTT; the Tatung V23DLWX-U12; the Tatung V27CMTT-U01; the Tatung V30CMTT-U01; the Triview V30CMTT-U62; the HP RG556AA; the Ilo L15FCBT; and the Hitachi 37HDL52 are each assembled via a rear mountable method of assembling a liquid crystal display (LCD) device, that method includes the following steps. |
| arranging the LCD device on a inner surface of a display case, wherein the display case has an inner surface and back; | The method of assembling each of the ADMNC1LCD17; Tatung ADMNC1LCD17; the Unidentified American Dynamic Product; the Tatung L17AMTN; the Tatung L17UCCT; the Triview FST1503RV-4B; the Tatung TLM-1703T; the Triview TLM-1703; the Tatung TLM-1705; the Triview TLM-1705; the Triview TLM-1903; the Tatung V23CLTT; the Tatung V23DLWX-U12; the Tatung V27CMTT-U01; the Tatung V30CMTT-U01; the Triview V30CMTT-U62; the HP RG556AA; the Ilo L15FCBT; and the Hitachi 37HDL52 includes arranging the LCD device on an inner surface of a display case, wherein the display case has an inner surface and back. |
| attaching the LCD device to the display case from the back of the display case. | The method of assembling each of the ADMNC1LCD17; Tatung ADMNC1LCD17; the Unidentified American Dynamic Product; the Tatung L17AMTN; the Tatung L17UCCT; the Triview FST1503RV-4B; the Tatung TLM-1703T; the Triview TLM-1703; the Tatung TLM-1705; the Triview TLM-1705; the Triview TLM-1903; the Tatung V23CLTT; the Tatung V23DLWX-U12; the Tatung V27CMTT-U01; the Tatung V30CMTT-U01; the Triview V30CMTT-U62; the HP RG556AA; the Ilo L15FCBT; and the Hitachi 37HDL52 includes attaching the LCD |

| Claims in the '718 Patent | Tatung Monitors |
|---|---|
| | device to the display case from the back of the display case. |

LPL will provide more detailed information regarding the infringing products and asserted claims at the appropriate time and based on further discovery, possibly including, for example, in expert reports and/or *Markman* briefing. LPL reserves the right to supplement this Interrogatory answer, if appropriate, when and if additional information becomes available, or otherwise.

### SUPPLEMENTAL RESPONSE & OBJECTION:

LPL objects to this Interrogatory to the extent that it seeks information protected by the attorney-client privilege or the work product doctrine. LPL further objects to this Interrogatory because Defendants mischaracterize as one interrogatory multiple interrogatories on separate subjects; in responding, LPL counts this Interrogatory as multiple interrogatories. Also, LPL objects to this Interrogatory at least because it is premature in that it seeks information pertaining to or requiring claim construction, and because it seeks information pertaining to infringing products that are presently unavailable because LPL is still awaiting discovery from Tatung on such products. LPL also objects because Tatung produced additional information after its March 30, 2007 deadline for such production and LPL has not had enough time to incorporate that recently produced information into this response, but reserves the right to do so. LPL also objects to responding to this Interrogatory as premature because LPL has yet to conduct its third party discovery and thus this Interrogatory should properly include all infringing products discovered during third party discovery, and thus LPL reserves the right to do so.

Subject to and without waiving these objections and the general objections, and based upon the information presently available, LPL states as follows:

Tatung has refused and/or failed to provide discovery that would enable LPL to fully respond to this Interrogatory  Moreover, LPL recently became aware that many of Tatung's products are sold under third-party model numbers and/or designations.  Accordingly, LPL's identification of accused products extends to all third-party products corresponding to the Tatung model numbers identified herein, and vice-versa.  LPL reserves the right to supplement this response after it completes it third party discovery.

The Tatung products that LPL is currently aware of that infringe the Patents-in-Suit include the:  i) L15FCBT-U02 Product Group as represented by Tatung Company in Ms. Valerie Ho's letter dated March 1, 2007, as including the: Tatung L15FCBT; Tatung L15FCBT-U02; Tatung L15FCBT-U09; and Tatung L15FCBT-U12 products (also sold as third-party product: Ilo L15FCBT) (collectively the "L15FCT-U02 Product Group")  LPL reserves the right to add additional products in the L15FCT-U02 Product Group when and if additional information becomes available, or otherwise;

ii) L17ACLN-U13 Product Group as represented by Tatung Company in Ms. Valerie Ho's letter dated March 1, 2007, as including the: Tatung L17ACLN-U03; Tatung L17ACLN-U13; Tatung L17ACLN-UB3; Tatung L17ACTN-U01; Tatung L17ACTN-U23; Tatung L17ACTN-U32; Tatung L17ACTN-UC3; and Tatung L17ACTN-UD2 products (collectively the "L17ACLN-U13 Product Group").  LPL reserves the right to add additional products in the L17ACLN-U13 Product Group when and if additional information becomes available, or otherwise;

iii) L17AMTN-U23 Product Group as represented by Tatung Company in Ms. Valerie Ho's letter dated March 1, 2007, as including the: Tatung L17AMTN-U01; Tatung L17AMTN-U03; Tatung L17AMTN-U22; Tatung L17AMTN-U23; and Tatung LI7AMTN-U32 products (collectively the "L17AMTN-U23 Product Group")  LPL reserves the right to add additional products in the L17AMTN-U23 Product Group when and if additional information becomes available, or otherwise;

iv) L17FCBT-U02 Product Group as represented by Tatung Company in Ms. Valerie Ho's letter dated March 1, 2007, as including the: Tatung L17FCBT; Tatung L17FCBT-U02; and Tatung L17FCBT-U12 products (collectively the "L17FCBT-U02 Product Group").  LPL reserves the right to add additional products in the L17FCBT-U02 Product Group when and if additional information becomes available, or otherwise;

v) L17FCMT Product Group as represented by Tatung Company in Ms. Valerie Ho's letter dated March 1, 2007, as including the: Tatung L17FCMT; and Tatung L17FCMT-U05 products (collectively "L17FCMT Product Group").  LPL reserves the right to add additional products in the L17FCMT Product Group when and if additional information becomes available, or otherwise;

vi) L17ECBQ-U08 Product Group as represented by Tatung Company in Ms. Valerie Ho's letter dated March 1, 2007, as including the: Tatung L17ECBQ-U08; Tatung L17KCBQ-U08; and Tatung L17EMBQ-U08 products (also sold as third-party product: HP Compaq FP7317) (collectively the "L17ECBQ-U08 Product Group").  LPL reserves the right to add additional products in the L17ECBQ-U08 Product Group when and if additional information becomes available, or otherwise;

vii) L17UCCT-U02 Product Group as represented by Tatung Company in Ms. Valerie Ho's letter dated March 1, 2007, as including the: Tatung L17UCCT-U01; Tatung L17UCCT-U02; Tatung L17UCCT-U12; Tatung L17UCCT-U22; Tatung L17UCCT-U25; Tatung L17UCCT-U32; Tatung L17UCCT-U42; Tatung L17UCCT-U62; Tatung L17UCCT-U72; and Tatung L17UCCT-U82 products (collectively the "L17UCCT-U02 Product Group"). LPL reserves the right to add additional products in the L17UCCT-U02 Product Group when and if additional information becomes available, or otherwise;

ix) L19FCBT Product Group as represented by Tatung Company in Ms. Valerie Ho's letter dated March 1, 2007, as including the: Tatung L19FCBT; and Tatung L19FCBT-U12 products (collectively the "L19FCBT Product Group"). LPL reserves the right to add additional products in the L19FCBT Product Group when and if additional information becomes available, or otherwise;

x) L19FCMT-U05 Product Group as represented by Tatung Company in Ms Valerie Ho's letter dated March 1, 2007, as including the: Tatung L19FCMT-U05 products (hereinafter the "L19FCMT-U05 Product Group"). LPL reserves the right to add additional products in the L19FCMT-U05 Product Group when and if additional information becomes available, or otherwise;

xii) L20WCAQ-U19 Product Group as represented by Tatung Company in Ms. Valerie Ho's letter dated March 1, 2007, as including the: Tatung L20WCAQ-U19 products (also sold as third-party product: HP L2045w) (hereinafter the "L20WCAQ-U19 Product Group"). LPL reserves the right to add additional products in the L20WCAQ-U19 Product Group when and if additional information becomes available, or otherwise;

xiii) L22YMTT-U09 Product Group as represented by Tatung Company in Ms. Valerie

Ho's letter dated March 1, 2007, as including the: Tatung L22YMTT-U09 products (also sold as

third-party product: Hewlett-Packard w22 RG556AA) (hereinafter the "L22YMTT-U09 Product

Group"). LPL reserves the right to add additional products in the L22YMTT-U09 Product

Group when and if additional information becomes available, or otherwise.

xv) V17AFTW Product Group as represented by Tatung Company in Ms. Valerie Ho's

letter dated March 1, 2007, as including the: Tatung V17AFTW; Tatung V17AFTW-U01; and

Tatung V17AFTW-U06 products (collectively the "V17AFTW Product Group"). LPL reserves

the right to add additional products in the V17AFTW Product Group when and if additional

information becomes available, or otherwise;

xvi) V23CLTT Product Group as represented by Tatung Company in Ms. Valerie Ho's

letter dated March 1, 2007, as including the: Tatung V23CLTT; Tatung V23CLTT-U01; Tatung

V23CLTT-U02; Tatung V23CLTT-U05; Tatung V23CLTT-U62; Tatung V27CMTT-U01;

Tatung V30CMTT-U62; Tatung V30CMTT-U01; Tatung V30CMTT-U03; Tatung V30CMTT-

U05; and Tatung V23DLWX-U12 products (collectively the "V23CLTT Product Group"). LPL

reserves the right to add additional products in the V23CLTT Product Group when and if

additional information becomes available, or otherwise;

xvii) Tatung P46 (the "Tatung P46T"); and

xviii) Hitachi 37HDL52 (the "Hitachi 37HDL52") products.

Tatung's liability, however, includes any type of improper conduct related to any

infringing products, whether by direct infringement, contributory infringement, and/or inducing

infringement by others. Tatung, for example, has at least sold, offered for sale, and/or imported

infringing products such as the L15FCBT-U02 Product Group; L17ACLN-U13 Product Group;

L17AMTN-U23 Product Group; L17FCBT-U02 Product Group; L17FCMT Product Group;
L17ECBQ-U08 Product Group; L17UCCT-U02 Product Group; L19FCBT Product Group;
L19FCMT-U05 Product Group; L20WCAQ-U19 Product Group; L22YMTT-U09 Product
Group; V17AFTW Product Group; V23CLTT Product Group; Tatung P46T Products; and
Hitachi 37HDL52 products.

With respect to the L15FCBT-U02 Product Group, the infringed claims include, at least,
claims 35-36, and 55-56 of the '641 Patent and claims 33-35 and 40 of the '718 Patent, which are
infringed literally, or, in the alternative, under the doctrine of equivalents.

With respect to the L17ACLN-U13 Product Group, the infringed claims include, at least,
claims 35-36, 38-39, and 55-56 of the '641 Patent and claims 33-35 and 40 of the '718 Patent,
which are infringed literally, or, in the alternative, under the doctrine of equivalents.

With respect to the L17AMTN-U23 Product Group, the infringed claims include, at least,
claims 35-36, 38-39, and 55-56 of the '641 Patent and claims 33-35 and 40 of the '718 Patent,
which are infringed literally, or, in the alternative, under the doctrine of equivalents.

With respect to the L17FCBT-U02 Product Group, the infringed claims include, at least,
claims 35-36 and 55-56 of the '641 Patent and claims 33-35 and 40 of the '718 Patent, which are
infringed literally, or, in the alternative, under the doctrine of equivalents.

With respect to the L17FCMT Product Group, the infringed claims include, at least,
claims 35-36, and 55-56 of the '641 Patent and claims 33-35 and 40 of the '718 Patent, which are
infringed literally, or, in the alternative, under the doctrine of equivalents.

With respect to the L17ECBQ-U08 Product Group, the infringed claims include, at least,
claims 35-36, 44-45, and 55-56 of the '641 Patent and claims 33-36 and 40 of the '718 Patent,
which are infringed literally, or, in the alternative, under the doctrine of equivalents.

With respect to the L17UCCT-U02 Product Group, the infringed claims include, at least, claims 35-36, 38 and 55-56 of the '641 Patent and claims 33-35 and 40 of the '718 Patent, which are infringed literally, or, in the alternative, under the doctrine of equivalents.

With respect to the L19FCBT Product Group, the infringed claims include, at least, claims 35-36 and 55-56 of the '641 Patent and claims 33-35 and 40 of the '718 Patent, which are infringed literally, or, in the alternative, under the doctrine of equivalents.

With respect to the L19FCMT-U05 Product Group, the infringed claims include, at least, claims 35-36 and 55-56  of the '641 Patent and claims 33-35 and 40 of the '718 Patent, which are infringed literally, or, in the alternative, under the doctrine of equivalents.

With respect to the L20WCAQ-U19 Product Group, the infringed claims include, at least, claims 35-36 and 55-56 of the '641 Patent and claims 33-35 and 40 of the '718 Patent, which are infringed literally, or, in the alternative, under the doctrine of equivalents.

With respect to the L22YMTT-U09 Product Group, the infringed claims include, at least, claims 35-36, 44 and 55-56 of the '641 Patent and claims 33-36 and 40 of the '718 Patent, which are infringed literally, or, in the alternative, under the doctrine of equivalents

With respect to the V17AFTW Product Group, the infringed claims include, at least, claims 35-36 and 55-56 of the '641 Patent and claims 33-35 and 40 of the '718 Patent, which are infringed literally, or, in the alternative, under the doctrine of equivalents.

With respect to the V23CLTT Product Group, the infringed claims include, at least, 35-36 and 55-56 of the '641 Patent and claims 33-35 and 40 of the '718 Patent, which are infringed literally, or, in the alternative, under the doctrine of equivalents.

With respect to the Tatung P46T products, the infringed claims include, at least, claims 55-56 of the '641 Patent, which are infringed literally, or, in the alternative, under the doctrine of equivalents.

With respect to the Hitachi 37HDL52 products, the infringed claims include, at least, claims 35-36 and 55-56 of the '641 Patent and claims 33-35 and 40 of the '718 Patent, which are infringed literally, or, in the alternative, under the doctrine of equivalents.

The following charts show infringement by comparing the claims of the Patents-in-Suit with the L15FCBT-U02 Product Group; L17ACLN-U13 Product Group; L17AMTN-U23 Product Group; L17FCBT-U02 Product Group; L17FCMT Product Group; L17ECBQ-U08 Product Group; L17UCCT-U02 Product Group; L19FCBT Product Group; L19FCMT-U05 Product Group; L20WCAQ-U19 Product Group; L22YMTT-U09 Product Group; V17AFTW Product Group; V23CLTT Product Group; Tatung P46T products; and Hitachi 37HDL52 products:

| Claims in the '641 Patent | Products |
|---|---|
| 35. A rear mountable flat panel display device capable of being mounted to a data processing device, the flat panel display device comprising: | The L15FCBT-U02 Product Group, L17ACLN-U13 Product Group, L17AMTN-U23 Product Group, L17FCBT-U02 Product Group, L17FCMT Product Group, L17ECBQ-U08 Product Group, L17UCCT-U02 Product Group, L19FCBT Product Group, L19FCMT-U05 Product Group, L20WCAQ-U19 Product Group, L22YMTT-U09 Product Group, V17AFTW Product Group, V23CLTT Product Group, Hitachi 37HDL52 products are each a rear mountable flat panel display device capable of being mounted to a data processing device, the flat panel display device comprising the following elements. |
| a backlight unit including a first frame having a fastening part at a rear surface of the first frame, a flat display panel adjacent to the backlight | The L15FCBT-U02 Product Group, L17ACLN-U13 Product Group, L17AMTN-U23 Product Group, L17FCBT-U02 Product Group, L17FCMT Product Group, L17ECBQ-U08 Product Group, L17UCCT-U02 |

| Claims in the '641 Patent | Products |
|---|---|
| unit; and | Product Group, L19FCBT Product Group, L19FCMT-U05 Product Group, L20WCAQ-U19 Product Group, L22YMTT-U09 Product Group, V17AFTW Product Group, V23CLTT Product Group, Hitachi 37HDL52 products each have a backlight unit including a first frame having a fastening part at a rear surface of the first frame, a flat display panel adjacent to the backlight unit. |
| a second frame; | The L15FCBT-U02 Product Group, L17ACLN-U13 Product Group, L17AMTN-U23 Product Group, L17FCBT-U02 Product Group, L17FCMT Product Group, L17ECBQ-U08 Product Group, L17UCCT-U02 Product Group, L19FCBT Product Group, L19FCMT-U05 Product Group, L20WCAQ-U19 Product Group, L22YMTT-U09 Product Group, V17AFTW Product Group, V23CLTT Product Group, Hitachi 37HDL52 products each have a second frame. |
| wherein the flat display panel is between the first frame and the second frame, the first frame of the backlight unit capable of being fixed to a housing of the data processing device through the fastening part at the rear surface of the first frame. | The L15FCBT-U02 Product Group, L17ACLN-U13 Product Group, L17AMTN-U23 Product Group, L17FCBT-U02 Product Group, L17FCMT Product Group, L17ECBQ-U08 Product Group, L17UCCT-U02 Product Group, L19FCBT Product Group, L19FCMT-U05 Product Group, L20WCAQ-U19 Product Group, L22YMTT-U09 Product Group, V17AFTW Product Group, V23CLTT Product Group, Hitachi 37HDL52 products each have a flat display panel that is between the first frame and the second frame, the first frame of the backlight unit capable of being fixed to a housing of the data processing device through the fastening part at the rear surface of the first frame. |
| 36. The rear mountable flat panel display device according to claim 35, wherein the fastening part includes a fastening hole. | The L15FCBT-U02 Product Group, L17ACLN-U13 Product Group, L17AMTN-U23 Product Group, L17FCBT-U02 Product Group, L17FCMT Product Group, L17ECBQ-U08 Product Group, L17UCCT-U02 Product Group, L19FCBT Product Group, L19FCMT-U05 Product Group, L20WCAQ-U19 Product Group, L22YMTT-U09 Product Group, V17AFTW Product Group, V23CLTT Product Group, Hitachi 37HDL52 products each have a fastening part that includes a fastening hole. |

| Claims in the '641 Patent | Products |
|---|---|
| 38. The rear mountable flat panel display device according to claim 36, wherein the fastening part includes at least two fastening holes at two corners of the first frame | The L17ACLN-U13 Product Group, L17AMTN-U23 Product Group each have fastening parts that include at least two fastening holes at two corners of the first frame |
| 39. The rear mountable flat panel display device according to claim 36, wherein the fastening part includes four fastening holes at four corners of the first frame. | The L17ACLN-U13 Product Group, L17AMTN-U23 Product Group has fastening parts that include four fastening holes at four corners of the first frame. |
| 44. The rear mountable flat panel display device according to claim 35, wherein the fastening part includes a protruding portion protruding away from the flat display panel | The L17ECBQ-U08 Product Group, L22YMTT-U09 Product Group each has a fastening part that includes a protruding portion protruding away from the flat display panel |
| 45. The rear mountable flat panel display device according to claim 44, wherein the protruding portion includes a peg having a fastening hole. | The L17ECBQ-U08 Product Group has a protruding portion that includes a peg having a fastening hole. |
| 55. A rear mountable flat panel display device comprising: | The L15FCBT-U02 Product Group, L17ACLN-U13 Product Group, L17AMTN-U23 Product Group, L17FCBT-U02 Product Group, L17FCMT Product Group, L17ECBQ-U08 Product Group, L17UCCT-U02 Product Group, L19FCBT Product Group, L19FCMT-U05 Product Group, L20WCAQ-U19 Product Group, L22YMTT-U09 Product Group, V17AFTW Product Group, V23CLTT Product Group, Tatung P46T, Hitachi 37HDL52 products are each a rear mountable flat panel display device, the rear mounted flat panel display device comprising the following elements. |
| a first frame having a fastening part at a rear surface of the first frame; | The L15FCBT-U02 Product Group, L17ACLN-U13 Product Group, L17AMTN-U23 Product Group, L17FCBT-U02 Product Group, L17FCMT Product Group, L17ECBQ-U08 Product Group, L17UCCT-U02 Product Group, L19FCBT Product Group, L19FCMT-U05 Product Group, L20WCAQ-U19 Product Group, L22YMTT-U09 Product Group, V17AFTW Product Group, V23CLTT Product Group, Tatung P46T, Hitachi 37HDL52 products each have a first frame having a fastening part at a rear surface of the first |

| Claims in the '641 Patent | Products |
|---|---|
|  | frame. |
| a second frame; and | The L15FCBT-U02 Product Group, L17ACLN-U13 Product Group, L17AMTN-U23 Product Group, L17FCBT-U02 Product Group, L17FCMT Product Group, L17ECBQ-U08 Product Group, L17UCCT-U02 Product Group, L19FCBT Product Group, L19FCMT-U05 Product Group, L20WCAQ-U19 Product Group, L22YMTT-U09 Product Group, V17AFTW Product Group, V23CLTT Product Group, Tatung P46T, Hitachi 37HDL52 products each have a second frame. |
| a flat display panel between the first and second frames; | The L15FCBT-U02 Product Group, L17ACLN-U13 Product Group, L17AMTN-U23 Product Group, L17FCBT-U02 Product Group, L17FCMT Product Group, L17ECBQ-U08 Product Group, L17UCCT-U02 Product Group, L19FCBT Product Group, L19FCMT-U05 Product Group, L20WCAQ-U19 Product Group, L22YMTT-U09 Product Group, V17AFTW Product Group, V23CLTT Product Group, Tatung P46T, Hitachi 37HDL52 products each have a flat display panel between the first and second frames. |
| wherein the first frame is capable of being fixed to a housing of a data processing device through the fastening part at the rear surface of the first frame. | The L15FCBT-U02 Product Group, L17ACLN-U13 Product Group, L17AMTN-U23 Product Group, L17FCBT-U02 Product Group, L17FCMT Product Group, L17ECBQ-U08 Product Group, L17UCCT-U02 Product Group, L19FCBT Product Group, L19FCMT-U05 Product Group, L20WCAQ-U19 Product Group, L22YMTT-U09 Product Group, V17AFTW Product Group, V23CLTT Product Group, Tatung P46T, Hitachi 37HDL52 products each have a first frame that is capable of being fixed to a housing of a data processing device through the fastening part at the rear surface of the first frame |
| 56. A rear mountable flat panel display device comprising: | The L15FCBT-U02 Product Group, L17ACLN-U13 Product Group, L17AMTN-U23 Product Group, L17FCBT-U02 Product Group, L17FCMT Product Group, L17ECBQ-U08 Product Group, L17UCCT-U02 Product Group, L19FCBT Product Group, L19FCMT-U05 Product Group, L20WCAQ-U19 Product Group, L22YMTT-U09 Product Group, V17AFTW Product Group, V23CLTT Product Group, Tatung P46T, |

| Claims in the '641 Patent | Products |
|---|---|
| | Hitachi 37HDL52 products are each a rear mountable flat panel display device, the flat panel display device comprising the following elements. |
| a first frame having a fastening part at a rear surface of the first frame; | The L15FCBT-U02 Product Group, L17ACLN-U13 Product Group, L17AMTN-U23 Product Group, L17FCBT-U02 Product Group, L17FCMT Product Group, L17ECBQ-U08 Product Group, L17UCCT-U02 Product Group, L19FCBT Product Group, L19FCMT-U05 Product Group, L20WCAQ-U19 Product Group, L22YMTT-U09 Product Group, V17AFTW Product Group, V23CLTT Product Group, Tatung P46T, Hitachi 37HDL52 products each have a first frame having a fastening part at a rear surface of the first frame. |
| a second frame; | The L15FCBT-U02 Product Group, L17ACLN-U13 Product Group, L17AMTN-U23 Product Group, L17FCBT-U02 Product Group, L17FCMT Product Group, L17ECBQ-U08 Product Group, L17UCCT-U02 Product Group, L19FCBT Product Group, L19FCMT-U05 Product Group, L20WCAQ-U19 Product Group, L22YMTT-U09 Product Group, V17AFTW Product Group, V23CLTT Product Group, Tatung P46T, Hitachi 37HDL52 products each have a second frame. |
| and a flat display panel between the first and second frames; | The L15FCBT-U02 Product Group, L17ACLN-U13 Product Group, L17AMTN-U23 Product Group, L17FCBT-U02 Product Group, L17FCMT Product Group, L17ECBQ-U08 Product Group, L17UCCT-U02 Product Group, L19FCBT Product Group, L19FCMT-U05 Product Group, L20WCAQ-U19 Product Group, L22YMTT-U09 Product Group, V17AFTW Product Group, V23CLTT Product Group, Tatung P46T, Hitachi 37HDL52 products each have a flat display panel between the first and second frames. |
| wherein the first frame is capable of being fixed to a housing of a data processing device through the fastening part at the rear surface of the first frame and the flat display panel is rear mounted. | The L15FCBT-U02 Product Group, L17ACLN-U13 Product Group, L17FCBT-U02 Product Group, L17FCMT Product Group, L17ECBQ-U08 Product Group, L17UCCT-U02 Product Group, L19FCBT Product Group, L19FCMT-U05 Product Group, L20WCAQ-U19 Product Group, L22YMTT-U09 Product Group, V17AFTW Product Group, V23CLTT Product Group, Tatung P46T, |

| Claims in the '641 Patent | Products |
|---|---|
| | Hitachi 37HDL52 products each have a first frame that is capable of being fixed to a housing of a data processing device through the fastening part at the rear surface of the first frame and the flat display panel is rear mounted. |

| Claims in the '718 Patent | Tatung Monitors |
|---|---|
| 33. A method of assembling a rear mountable flat panel display device capable of being mounted to a housing, comprising: | The L15FCBT-U02 Product Group, L17ACLN-U13 Product Group, L17AMTN-U23 Product Group, L17FCBT-U02 Product Group, L17FCMT Product Group, L17ECBQ-U08 Product Group, L17UCCT-U02 Product Group, L19FCBT Product Group, L19FCMT-U05 Product Group, L20WCAQ-U19 Product Group, L22YMTT-U09 Product Group, V17AFTW Product Group, V23CLTT Product Group, Hitachi 37HDL52 products are each assembled via a method of assembling a rear mountable flat panel display device capable of being mounted to a housing, that method includes the following steps. |
| placing a flat display panel on a top surface of a backlight unit having a first frame, the first frame having a fastening element for fastening the first frame to the housing, said fastening element being located on a rear surface opposite the top surface of the backlight unit where the flat display panel is placed; | The method of assembling each of the L15FCBT-U02 Product Group, L17ACLN-U13 Product Group, L17AMTN-U23 Product Group, L17FCBT-U02 Product Group, L17FCMT Product Group, L17ECBQ-U08 Product Group, L17UCCT-U02 Product Group, L19FCBT Product Group, L19FCMT-U05 Product Group, L20WCAQ-U19 Product Group, L22YMTT-U09 Product Group, V17AFTW Product Group, V23CLTT Product Group, Hitachi 37HDL52 products includes placing a flat display panel on a top surface of a backlight unit having a first frame, the first frame having a fastening element for fastening the first frame to the housing, the fastening element being located on a rear surface opposite the top surface of the backlight unit where the flat display panel is placed |
| placing a second frame on the flat display panel; and | The method of assembling each of the L15FCBT-U02 Product Group, L17ACLN-U13 Product Group, L17AMTN-U23 Product Group, L17FCBT-U02 Product Group, L17FCMT Product Group, L17ECBQ-U08 Product Group, L17UCCT-U02 Product Group, |

48

| Claims in the '718 Patent | Tatung Monitors |
|---|---|
| | L19FCBT Product Group, L19FCMT-U05 Product Group, L20WCAQ-U19 Product Group, L22YMTT-U09 Product Group, V17AFTW Product Group, V23CLTT Product Group, Hitachi 37HDL52 products includes placing a second frame on the flat display panel. |
| fixing the flat display panel between the first frame of the backlight unit and the second frame. | The method of assembling each of the L15FCBT-U02 Product Group, L17ACLN-U13 Product Group, L17AMTN-U23 Product Group, L17FCBT-U02 Product Group, L17FCMT Product Group, L17ECBQ-U08 Product Group, L17UCCT-U02 Product Group, L19FCBT Product Group, L19FCMT-U05 Product Group, L20WCAQ-U19 Product Group, L22YMTT-U09 Product Group, V17AFTW Product Group, V23CLTT Product Group, Hitachi 37HDL52 products includes fixing the flat display panel between the first frame of the backlight unit and the second frame. |
| 34. The method of claim 33, wherein the fastening element comprises a fastening hole. | In addition to the steps and/or elements listed above that pertain to the limitations of claim 33, the L15FCBT-U02 Product Group, L17ACLN-U13 Product Group L17AMTN-U23 Product Group, L17FCBT-U02 Product Group, L17FCMT Product Group, L17ECBQ-U08 Product Group, L17UCCT-U02 Product Group, L19FCBT Product Group, L19FCMT-U05 Product Group, L20WCAQ-U19 Product Group, L22YMTT-U09 Product Group, V17AFTW Product Group, V23CLTT Product Group, Hitachi 37HDL52 products each have a fastening element that comprises a fastening hole |
| 35  The method of claim 33, wherein the fastening element comprises a screw hole. | In addition to the steps and/or elements listed above that pertain to the limitations of claim 33, the L15FCBT-U02 Product Group, L17ACLN-U13 Product Group L17AMTN-U23 Product Group, L17FCBT-U02 Product Group, L17FCMT Product Group, L17ECBQ-U08 Product Group, L17UCCT-U02 Product Group, L19FCBT Product Group, L19FCMT-U05 Product Group, L20WCAQ-U19 Product Group, L22YMTT-U09 Product Group, V17AFTW Product Group, V23CLTT Product Group, Hitachi 37HDL52 products each have a fastening element that comprises a screw hole. |

49

| Claims in the '718 Patent | Tatung Monitors |
|---|---|
| 36. The method of claim 33, wherein the fastening element comprises a stepped hole. | In addition to the elements listed above that pertain to the limitations of claim 33, the L17ECBQ-U08 Product Group and the L22YMTT-U09 Product Group each have a fastening element that includes a stepped hole |
| 40. A rear mountable method of assembling a liquid crystal display (LCD) device comprising: | The L15FCBT-U02 Product Group, L17ACLN-U13 Product Group L17AMTN-U23 Product Group, L17FCBT-U02 Product Group, L17FCMT Product Group, L17ECBQ-U08 Product Group, L17UCCT-U02 Product Group, L19FCBT Product Group, L19FCMT-U05 Product Group, L20WCAQ-U19 Product Group, V17AFTW Product Group, V23CLTT Product Group, Hitachi 37HDL52 products are each assembled via a rear mountable method of assembling a liquid crystal display (LCD) device, that method includes the following steps |
| arranging the LCD device on a inner surface of a display case, wherein the display case has an inner surface and back; | The method of assembling each of the L15FCBT-U02 Product Group, L17ACLN-U13 Product Group L17AMTN-U23 Product Group, L17FCBT-U02 Product Group, L17FCMT Product Group, L17ECBQ-U08 Product Group, L17UCCT-U02 Product Group, L19FCBT Product Group, L19FCMT-U05 Product Group, L20WCAQ-U19 Product Group, V17AFTW Product Group, V23CLTT Product Group, Hitachi 37HDL52 products includes arranging the LCD device on an inner surface of a display case, wherein the display case has an inner surface and back. |
| attaching the LCD device to the display case from the back of the display case. | The method of assembling each of the L15FCBT-U02 Product Group, L17ACLN-U13 Product Group L17AMTN-U23 Product Group, L17FCBT-U02 Product Group, L17FCMT Product Group, L17ECBQ-U08 Product Group, L17UCCT-U02 Product Group, L19FCBT Product Group, L19FCMT-U05 Product Group, L20WCAQ-U19 Product Group, V17AFTW Product Group, V23CLTT Product Group, Hitachi 37HDL52 products includes attaching the LCD device to the display case from the back of the display case |

The following response is directed to Tatung America products that LPL understands to have been manufactured, shipped, imported, sold, and/or offered for sale, in or to the United States, by or for Tatung America

The Tatung America products that LPL is currently aware of that infringe the Patents-in-Suit include the: Tatung P46 products (the "TUS P46T products"); Tatung ADMNC1LCD17 products, including third party product American Dynamics ADMNC1LCD17 (the "ADMNC1LCD17 products"); unidentified American Dynamics product inspected at Greenberg Traurig's office on January 16, 2007 and includes module model number M170EN06 (the "Unidentified American Dynamic Product"); unidentified product with designation P42HSMT identified at Greenberg Traurig's office on January 16, 2007 (the "P42HSMT products"); Triview TLM 1505 products (Triview FST1503RV-4B) (the "TLM 1505 products"); TLM 1703 products, including the Tatung TLM 1703 and Triview TLM 1703 products (the "TLM 1703 products"); Tatung TLM 1703T products (the "TLM-1703T products"); TLM-1705 products, including the Tatung TLM 1705 and Triview TLM-1705 products (the "TLM-1705 products"); Triview TLM-1903 products (the "TLM-1903 products"); Triview V30CMTT-U62 products (the "V30CMTT-U62 products"); and Hitachi 37HDL52 products (the "Hitachi 37HDL52 products").

Additionally, the Tatung America products, which correspond to Tatung Company products, that LPL is currently aware of that infringe the Patents-in-Suit include: the L17AMTN products, including the L17AMTN, L17AMTNB-U32AD, L17AMTN-M21L, and L17AMTN-SR products (the "TUS L17AMTN products"); the V17AFTW products, including the V17AFTW, V17AFTW-D, V17AFTW-G, and V17AFTW-U01 products (the "TUS V17AFTW products"); the V23CLTT products, including the V23CLTT, V27CLTT-U01, V27CMTT,

51

V30CLTT-U01, and V30CMTT products (the "TUS V23CLTT products"); and the L17ACTN

products, including the L17ACTNB-U32, L17ACTNB-U32 AD, L17ACTNB-UD2 AD,

L17ACTN-U01, and L17ACTN-UD2 products (the "TUS L17ACTN products").

Tatung's liability, however, includes any type of improper conduct related to any

infringing products, whether by direct infringement, contributory infringement, and/or inducing

infringement by others. Tatung, for example, has at least sold, offered for sale, and/or imported

infringing products such as the TUS P46T products, ADMNC1LCD17 products, Unidentified

American Dynamic Product, P42HSMT products, TLM 1505 products, TLM 1703 products,

TLM 1703T products, TLM 1705 products, TLM 1903 products, V30CMTT-U62 products,

Hitachi 37HDL52 products, TUS L17AMTN products, TUS V17AFTW products, TUS

V23CLTT products, and TUS L17ACTN products.

With respect to the TUS P46T products, the infringed claims include, at least, claims 55-

56 of the '641 Patent, which are infringed literally, or, in the alternative, under the doctrine of

equivalents. With respect to the ADMNC1LCD17 products, the infringed claims include, at

least, claims 35-36, 38-39, and 55-56 of the '641 Patent and claims 33-35 and 40 of the '718

Patent, which are infringed literally, or, in the alternative, under the doctrine of equivalents.

With respect to the Unidentified American Dynamic Product products, the infringed

claims include, at least, claims 35-36 and 55-56 of the '641 Patent and claims 33-35 and 40 of

the '718 Patent, which are infringed literally, or, in the alternative, under the doctrine of

equivalents. With respect to the P42HSMT products, the infringed claims include, at least

claims 55 of the '641 Patent, which are infringed literally, or, in the alternative, under the

doctrine of equivalents.

With respect to the TLM 1505 products, the infringed claims include, at least, claims 35-36, 38-39, 44-45, and 55-56 of the '641 Patent and claims 33-36 and 40 of the '718 Patent, which are infringed literally, or, in the alternative, under the doctrine of equivalents. With respect to the TLM-1703T products, the infringed claims include, at least, claims 35-36, 44-45 and 55-56 of the '641 Patent and claims 33-36 and 40 of the '718 Patent, which are infringed literally, or, in the alternative, under the doctrine of equivalents

With respect to the TLM-1703 products, the infringed claims include, at least, claims 35-36, 38, and 55-56 of the '641 Patent and claims 33-36 and 40 of the '718 Patent, which are infringed literally, or, in the alternative, under the doctrine of equivalents. With respect to the TLM-1705 products, the infringed claims include, at least, claims 35-36, 38-39, 44-45, and 55-56 of the '641 Patent and claims 33-36 and 40 of the '718 Patent, which are infringed literally, or, in the alternative, under the doctrine of equivalents.

With respect to the TLM-1903 products, the infringed claims include, at least, claims 35-36 and 55-56 of the '641 Patent and claims 33-35 and 40 of the '718 Patent, which are infringed literally, or, in the alternative, under the doctrine of equivalents. With respect to the V30CMTT-U62 products, the infringed claims include, at least, claims 35-36 and 55-56 of the '641 Patent and claims 33-35 and 40 of the '718 Patent, which are infringed literally, or, in the alternative, under the doctrine of equivalents.

With respect to the Hitachi 37HDL52 products, the infringed claims include, at least, claims 35-36 and 55-56 of the '641 Patent and claims 33-35 and 40 of the '718 Patent, which are infringed literally, or, in the alternative, under the doctrine of equivalents.

With respect to the TUS L17AMTN products, the infringed claims include, at least, claims 35-36, 38-39, and 55-56 of the '641 Patent and claims 33-35 and 40 of the '718 Patent,

which are infringed literally, or, in the alternative, under the doctrine of equivalents. With

respect to the TUS V17AFTW products, the infringed claims include, at least, claims 35-36 and

55-56 of the '641 Patent and claims 33-35 and 40 of the '718 Patent, which are infringed

literally, or, in the alternative, under the doctrine of equivalents.

  With respect to the TUS V23CLTT products, the infringed claims include, at least, 35-36

and 55-56 of the '641 Patent and claims 33-35 and 40 of the '718 Patent, which are infringed

literally, or, in the alternative, under the doctrine of equivalents. With respect to the TUS

L17ACTN products, the infringed claims include, at least, claims 35-36, 38-39, and 55-56 of the

'641 Patent and claims 33-35 and 40 of the '718 Patent, which are infringed literally, or, in the

alternative, under the doctrine of equivalents.

  The following charts show infringement by comparing the claims of the Patents-in-Suit

with the TUS P46T products, ADMNC1LCD17 products, Unidentified American Dynamic

Product, P42HSMT products, TLM 1505 products, TLM 1703 products, TLM 1703T products,

TLM 1705 products, TLM 1903 products, V30CMTT-U62 products, Hitachi 37HDL52

products, TUS L17AMTN products, TUS V17AFTW products, TUS V23CLTT products, and

TUS L17ACTN products:

| Claims in the '641 Patent | Products |
|---|---|
| 35. A rear mountable flat panel display device capable of being mounted to a data processing device, the flat panel display device comprising: | The ADMNC1LCD17 products, TLM 1505 products, TLM-1703T Products, TLM-1703 Products, TLM-1705 Products, TLM-1903 Products, V30CMTT-U62 Products, Hitachi 37HDL52 Products, TUS L17AMTN Products, TUS V17AFTW Products, TUS V23CLTT Products, and TUS L17ACTN Products are each a rear mountable flat panel display device capable of being mounted to a data processing device, the flat panel display device comprising the following elements. |
| a backlight unit including a first frame having a fastening part at a rear | The ADMNC1LCD17 Products, TLM 1505 Products, The TLM-1703T Products, TLM-1703 Products, TLM- |

54

| Claims in the '641 Patent | Products |
|---|---|
| surface of the first frame, a flat display panel adjacent to the backlight unit; and | 1705 Products, TLM-1903 Products, V30CMTT-U62 Products, Hitachi 37HDL52 Products, TUS L17AMTN Products, TUS V17AFTW Products, TUS V23CLTT Products and TUS L17ACTN Products each have a backlight unit including a first frame having a fastening part at a rear surface of the first frame, a flat display panel adjacent to the backlight unit. |
| a second frame; | The ADMNC1LCD17 Products, TLM 1505 Products, TLM-1703T Products, TLM-1703 Products, TLM-1705 Products, TLM-1903 Products, V30CMTT-U62 Products, Hitachi 37HDL52 Products, TUS L17AMTN Products, TUS V17AFTW Products, TUS V23CLTT Products, and TUS L17ACTN Products each have a second frame. |
| wherein the flat display panel is between the first frame and the second frame, the first frame of the backlight unit capable of being fixed to a housing of the data processing device through the fastening part at the rear surface of the first frame | The ADMNC1LCD17 Products, TLM 1505 Products, TLM-1703T Products, TLM-1703 Products, TLM-1705 Products, TLM-1903 Products, V30CMTT-U62 Products, Hitachi 37HDL52 Products, TUS L17AMTN Products, TUS V17AFTW Products, TUS V23CLTT Products and TUS L17ACTN Products each have a flat display panel that is between the first frame and the second frame, the first frame of the backlight unit capable of being fixed to a housing of the data processing device through the fastening part at the rear surface of the first frame. |
| 36. The rear mountable flat panel display device according to claim 35, wherein the fastening part includes a fastening hole. | In addition to the elements listed above that pertain to the limitations of claim 35, the ADMNC1LCD17 Products, TLM 1505 Products, TLM-1703T Products, TLM-1703 Products, TLM-1705 Products, TLM-1903 Products, V30CMTT-U62 Products, Hitachi 37HDL52 Products, TUS L17AMTN Products, TUS V17AFTW Products, TUS V23CLTT Products, and TUS L17ACTN Products each have a fastening part that includes a fastening hole. |
| 38. The rear mountable flat panel display device according to claim 36, wherein the fastening part includes at least two fastening holes at two corners of the first frame | In addition to the elements listed above that pertain to the limitations of claim 36, the ADMNC1LCD17 Products, TLM 1505 Products, TLM-1703 Products, TLM-1705 Products, TUS L17AMTN Products, and TUS L17ACTN Products each have fastening parts that include at least two fastening holes at two corners of the |

55

| Claims in the '641 Patent | Products |
|---|---|
| | first frame. |
| 39. The rear mountable flat panel display device according to claim 36, wherein the fastening part includes four fastening holes at four corners of the first frame. | In addition to the elements listed above that pertain to the limitations of claim 36, the ADMNC1LCD17 Products, TLM 1505 Products, TLM-1705 Products, TUS L17AMTN Products, and TUS L17ACTN Products each have fastening parts that include four fastening holes at four corners of the first frame. |
| 44. The rear mountable flat panel display device according to claim 35, wherein the fastening part includes a protruding portion protruding away from the flat display panel. | In addition to the elements listed above that pertain to the limitations of claim 35, the TLM 1505 Products, TLM-1703T Products and TLM-1705 Products each have a fastening part that includes a protruding portion protruding away from the flat display panel. |
| 45. The rear mountable flat panel display device according to claim 44, wherein the protruding portion includes a peg having a fastening hole. | In addition to the elements listed above that pertain to the limitations of claim 44, the TLM 1505 Products, TLM-1703T Products, and TLM-1705 Products each have a protruding portion that includes a peg having a fastening hole. |
| 55. A rear mountable flat panel display device comprising: | The TUS P46T Products, ADMNC1LCD17 Products, P42HSMT Products, TLM 1505 Products, TLM-1703T Products, TLM-1703 Products, TLM-1705 Products, TLM-1903 Products, V30CMTT-U62 Products, Hitachi 37HDL52 Products, TUS L17AMTN Products, TUS V17AFTW Products, TUS V23CLTT Products, and TUS L17ACTN Products are each a rear mountable flat panel display device, the rear mounted flat panel display device comprising the following elements. |
| a first frame having a fastening part at a rear surface of the first frame; | The TUS P46T Products, ADMNC1LCD17 Products, P42HSMT Products, TLM 1505 Products, TLM-1703T Products, TLM-1703 Products, TLM-1705 Products, TLM-1903 Products, V30CMTT-U62 Products, Hitachi 37HDL52 Products, TUS L17AMTN Products, TUS V17AFTW Products, TUS V23CLTT Products, and TUS L17ACTN Products each have a first frame having a fastening part at a rear surface of the first frame. |
| a second frame; and | The TUS P46T Products, ADMNC1LCD17 Products, P42HSMT Products, TLM 1505 Products, TLM-1703T Products, TLM-1703 Products, TLM-1705 Products, TLM-1903 Products, V30CMTT-U62 Products, Hitachi 37HDL52 Products, TUS L17AMTN Products, TUS V17AFTW Products, TUS V23CLTT Products, and |

| Claims in the '641 Patent | Products |
|---|---|
| | TUS L17ACTN Products each have a second frame |
| a flat display panel between the first and second frames; | The TUS P46T Products, ADMNC1LCD17 Products, P42HSMT Products, TLM 1505 Products, TLM-1703T Products, TLM-1703 Products, TLM-1705 Products, TLM-1903 Products, V30CMTT-U62 Products, Hitachi 37HDL52 Products, TUS L17AMTN Products, TUS V17AFTW Products, TUS V23CLTT Products, and TUS L17ACTN Products each have a flat display panel between the first and second frames |
| wherein the first frame is capable of being fixed to a housing of a data processing device through the fastening part at the rear surface of the first frame. | The TUS P46T Products, ADMNC1LCD17 Products, P42HSMT Products, TLM 1505 Products, TLM-1703T Products, TLM-1703 Products, TLM-1705 Products, TLM-1903 Products, V30CMTT-U62 Products, Hitachi 37HDL52 Products, TUS L17AMTN Products, TUS V17AFTW Products, TUS V23CLTT Products, and TUS L17ACTN Products each have a first frame that is capable of being fixed to a housing of a data processing device through the fastening part at the rear surface of the first frame |
| 56  A rear mountable flat panel display device comprising: | The TUS P46T Products, ADMNC1LCD17 Products, TLM 1505 Products, TLM-1703T Products, TLM-1703 Products, TLM-1705 Products, TLM-1903 Products, V30CMTT-U62 Products, Hitachi 37HDL52 Products, TUS L17AMTN Products, TUS V17AFTW Products, TUS V23CLTT Products, and TUS L17ACTN Products are each a rear mountable flat panel display device, the flat panel display device comprising the following elements |
| a first frame having a fastening part at a rear surface of the first frame; | The TUS P46T Products, ADMNC1LCD17 Products, TLM 1505 Products, TLM-1703T Products, TLM-1703 Products, TLM-1705 Products, TLM-1903 Products, V30CMTT-U62 Products, Hitachi 37HDL52 Products, TUS L17AMTN Products, TUS V17AFTW Products, TUS V23CLTT Products, and TUS L17ACTN Products each have a first frame having a fastening part at a rear surface of the first frame. |
| a second frame; | The TUS P46T Products, ADMNC1LCD17 Products, TLM 1505 Products, TLM-1703T Products, TLM-1703 Products, TLM-1705 Products, TLM-1903 Products, |

57

| Claims in the '641 Patent | Products |
|---|---|
| | V30CMTT-U62 Products, Hitachi 37HDL52 Products, TUS L17AMTN Products, TUS V17AFTW Products, TUS V23CLTT Products, and TUS L17ACTN Products each have a second frame. |
| and a flat display panel between the first and second frames; | The TUS P46T Products, ADMNC1LCD17 Products, TLM 1505 Products, TLM-1703T Products, TLM-1703 Products, TLM-1705 Products, TLM-1903 Products, V30CMTT-U62 Products, Hitachi 37HDL52 Products, TUS L17AMTN Products, TUS V17AFTW Products, TUS V23CLTT Products, and TUS L17ACTN Products each have a flat display panel between the first and second frames. |
| wherein the first frame is capable of being fixed to a housing of a data processing device through the fastening part at the rear surface of the first frame and the flat display panel is rear mounted. | The TUS P46T Products, ADMNC1LCD17 Products, TLM 1505 Products, TLM-1703T Products, TLM-1703 Products, TLM-1705 Products, TLM-1903 Products, V30CMTT-U62 Products, Hitachi 37HDL52 Products, TUS L17AMTN Products, TUS V17AFTW Products, TUS V23CLTT Products, and TUS L17ACTN Products each have a first frame that is capable of being fixed to a housing of a data processing device through the fastening part at the rear surface of the first frame and the flat display panel is rear mounted |

| Claims in the '718 Patent | Tatung Monitors |
|---|---|
| 33. A method of assembling a rear mountable flat panel display device capable of being mounted to a housing, comprising: | The ADMNC1LCD17 Products, TLM 1505 Products, TLM-1703T Products, TLM-1703 Products, TLM-1705 Products, TLM-1903 Products, V30CMTT-U62 Products, Hitachi 37HDL52 Products, TUS L17AMTN Products, TUS V17AFTW Products, TUS V23CLTT Products, and TUS L17ACTN Products products are each assembled via a method of assembling a rear mountable flat panel display device capable of being mounted to a housing, that method includes the following steps. |
| placing a flat display panel on a top surface of a backlight unit having a first frame, the first frame having a fastening element for fastening the first frame to the housing, said fastening element being located on a rear surface opposite the top surface of the backlight unit where the flat display panel is placed; | The method of assembling each of the ADMNC1LCD17 Products, TLM 1505 Products, TLM-1703T Products, TLM-1703 Products, TLM-1705 Products, TLM-1903 Products, V30CMTT-U62 Products, Hitachi 37HDL52 Products, TUS L17AMTN Products, TUS V17AFTW Products, TUS V23CLTT Products, and TUS L17ACTN Products products includes placing a flat display panel on a top surface of a backlight unit having a first frame, the first frame having a fastening element for fastening the first frame to the housing, the fastening element being located on a rear surface opposite the top surface of the backlight unit where the flat display panel is placed. |
| placing a second frame on the flat display panel; and | The method of assembling each of the ADMNC1LCD17 Products, TLM 1505 Products, TLM-1703T Products, TLM-1703 Products, TLM-1705 Products, TLM-1903 Products, V30CMTT-U62 Products, Hitachi 37HDL52 Products, TUS L17AMTN Products, TUS V17AFTW Products, TUS V23CLTT Products, and TUS L17ACTN Products products includes placing a second frame on the flat display panel. |
| fixing the flat display panel between the first frame of the backlight unit and the second frame. | The method of assembling each of the ADMNC1LCD17 Products, TLM 1505 Products, TLM-1703T Products, TLM-1703 Products, TLM-1705 Products, TLM-1903 Products, V30CMTT-U62 Products, Hitachi 37HDL52 Products, TUS L17AMTN Products, TUS V17AFTW Products, TUS V23CLTT Products, and TUS L17ACTN Products products includes fixing the flat display panel between |

| Claims in the '718 Patent | Tatung Monitors |
|---|---|
| | the first frame of the backlight unit and the second frame. |
| 34. The method of claim 33, wherein the fastening element comprises a fastening hole. | In addition to the steps and/or elements listed above that pertain to the limitations of claim 33, the ADMNC1LCD17 Products, TLM 1505 Products, TLM-1703T Products, TLM-1703 Products, TLM-1705 Products, TLM-1903 Products, V30CMTT-U62 Products, Hitachi 37HDL52 Products, TUS L17AMTN Products, TUS V17AFTW Products, TUS V23CLTT Products, and TUS L17ACTN Products products each have a fastening element that comprises a fastening hole. |
| 35. The method of claim 33, wherein the fastening element comprises a screw hole. | In addition to the steps and/or elements listed above that pertain to the limitations of claim 33, the ADMNC1LCD17 Products, TLM 1505 Products, TLM-1703T Products, TLM-1703 Products, TLM-1705 Products, TLM-1903 Products, V30CMTT-U62 Products, Hitachi 37HDL52 Products, TUS L17AMTN Products, TUS V17AFTW Products, TUS V23CLTT Products, and TUS L17ACTN Products products each have a fastening element that comprises a screw hole. |
| 36. The method of claim 33, wherein the fastening element comprises a stepped hole. | In addition to the steps and/or elements listed above that pertain to the limitations of claim 33, the TLM 1505 Products, TLM-1703T Products, TLM-1703 Products, and TLM-1705 Products each have a stepped hole |
| 40. A rear mountable method of assembling a liquid crystal display (LCD) device comprising: | The ADMNC1LCD17 Products, TLM 1505 Products, TLM-1703T Products, TLM-1703 Products, TLM-1705 Products, TLM-1903 Products, V30CMTT-U62 Products, Hitachi 37HDL52 Products, TUS L17AMTN Products, TUS V17AFTW Products, TUS V23CLTT Products, and TUS L17ACTN Products products are each assembled via a rear mountable method of assembling a liquid crystal display (LCD) device, that method includes the following steps |
| arranging the LCD device on a inner surface of a display case, wherein the display case has an inner surface and | The method of assembling each of the ADMNC1LCD17 Products, TLM 1505 Products, TLM-1703T Products, TLM-1703 Products, TLM-1705 |

| Claims in the '718 Patent | Tatung Monitors |
|---|---|
| back; | Products, TLM-1903 Products, V30CMTT-U62 Products, Hitachi 37HDL52 Products, TUS L17AMTN Products, TUS V17AFTW Products, TUS V23CLTT Products, and TUS L17ACTN Products products includes arranging the LCD device on an inner surface of a display case, wherein the display case has an inner surface and back |
| attaching the LCD device to the display case from the back of the display case. | The method of assembling each of the ADMNC1LCD17 Products, TLM 1505 Products, TLM-1703T Products, TLM-1703 Products, TLM-1705 Products, TLM-1903 Products, V30CMTT-U62 Products, Hitachi 37HDL52 Products, TUS L17AMTN Products, TUS V17AFTW Products, TUS V23CLTT Products, and TUS L17ACTN Products products includes attaching the LCD device to the display case from the back of the display case. |

LPL will provide more detailed information regarding the infringing products and asserted claims at the appropriate time and based on further discovery, possibly including, for example, in expert reports and/or *Markman* briefing. LPL reserves the right to supplement this Interrogatory answer, if appropriate, when and if additional information becomes available, or otherwise.

## SUPPLEMENTAL RESPONSE & OBJECTION:

LPL objects to this Interrogatory to the extent that it seeks information protected by the attorney-client privilege or the work product doctrine. LPL further objects to this Interrogatory because Defendants mischaracterize as one interrogatory multiple interrogatories on separate subjects; in responding, LPL counts this Interrogatory as multiple interrogatories. Also, LPL objects to this Interrogatory at least because it is premature in that it seeks information pertaining to or requiring claim construction, and because it seeks information pertaining to infringing products that are presently unavailable because LPL is still awaiting discovery from Tatung on

such products. LPL also objects because Tatung produced additional information after its March 30, 2007 deadline for such production and LPL has not had enough time to incorporate that recently produced information into this response, but reserves the right to do so. LPL also objects to responding to this Interrogatory as premature because LPL has yet to conduct its third party discovery and thus this Interrogatory should properly include all infringing products discovered during third party discovery, and thus LPL reserves the right to do so.

Subject to and without waiving these objections and the general objections, and based upon the information presently available, LPL states as follows:

Tatung has refused and/or failed to provide discovery that would enable LPL to fully respond to this Interrogatory. Moreover, LPL recently became aware that many of Tatung's products are sold under third-party model numbers and/or designations. Accordingly, LPL's identification of accused products extends to all third-party products corresponding to the Tatung model numbers identified herein, and vice-versa. LPL reserves the right to supplement this response after it completes it third party discovery.

The Tatung products that LPL is currently aware of that infringe the Patents-in-Suit include:

i) L15FCBT Product Group as represented by Tatung Company in Ms. Valerie Ho's letter dated March 1, 2007, as including the: Tatung L15FCBT; Tatung L15FCBT-U02; Tatung L15FCBT-U09; and Tatung L15FCBT-U12 products (also sold as third-party product: Ilo L15FCBT) (collectively the "L15FCT-U02 Product Group"). LPL reserves the right to add additional products in the L15FCT-U02 Product Group when and if additional information becomes available, or otherwise;

62

ii) L17ACLN-U03 Product Group as represented by Tatung Company in Ms. Valerie Ho's letter dated March 1, 2007, as including the: Tatung L17ACLN-U03; Tatung L17ACLN-U13; Tatung L17ACLN-UB3; Tatung L17ACTN-U01; Tatung L17ACTN-U23; Tatung L17ACTN-U32; Tatung L17ACTN-UC3; and Tatung L17ACTN-UD2 products (collectively the "L17ACLN-U13 Product Group")  LPL reserves the right to add additional products in the L17ACLN-U13 Product Group when and if additional information becomes available, or otherwise;

iii) L17AMTN-U01 Product Group as represented by Tatung Company in Ms. Valerie Ho's letter dated March 1, 2007, as including the: Tatung L17AMTN-U01; Tatung L17AMTN-U03; Tatung L17AMTN-U22; Tatung L17AMTN-U23; and Tatung LI7AMTN-U32 products (collectively the "L17AMTN-U23 Product Group")  LPL reserves the right to add additional products in the L17AMTN-U23 Product Group when and if additional information becomes available, or otherwise;

iv) L17FCBT Product Group as represented by Tatung Company in Ms. Valerie Ho's letter dated April 6, 2007, as including the: Tatung L17FCBT; Tatung L17FCBT-U02;Tatung L17FCBT-U12; Tatung L17FCMT; and Tatung L17FCMT-U05 products (collectively the "L17FCBT Product Group").  LPL reserves the right to add additional products in the L17FCBT Product Group when and if additional information becomes available, or otherwise;

v) L17ECBQ-U08 Product Group as represented by Tatung Company in Ms. Valerie Ho's letter dated March 1, 2007, as including the: Tatung L17ECBQ-U08; Tatung L17KCBQ-U08; and Tatung L17EMBQ-U08 products (also sold as third-party product: HP Compaq FP7317) (collectively the "L17ECBQ-U08 Product Group").  LPL reserves the right to add

additional products in the L17ECBQ-U08 Product Group when and if additional information becomes available, or otherwise;

vi) L17UCCT-U01 Product Group as represented by Tatung Company in Ms. Valerie Ho's letter dated March 1, 2007, as including the: Tatung L17UCCT-U01; Tatung L17UCCT-U02; Tatung L17UCCT-U12; Tatung L17UCCT-U22; Tatung L17UCCT-U25; Tatung L17UCCT-U32; Tatung L17UCCT-U42; Tatung L17UCCT-U62; Tatung L17UCCT-U72; and Tatung L17UCCT-U82 products (collectively the "L17UCCT-U01 Product Group"). LPL reserves the right to add additional products in the L17UCCT-U01 Product Group when and if additional information becomes available, or otherwise;

vii) L19FCBT Product Group as represented by Tatung Company in Ms. Valerie Ho's letter dated March 1, 2007, as including the: Tatung L19FCBT; and Tatung L19FCBT-U12 products (collectively the "L19FCBT Product Group"). LPL reserves the right to add additional products in the L19FCBT Product Group when and if additional information becomes available, or otherwise;

viii) L19FCMT-U05 Product Group as represented by Tatung Company in Ms. Valerie Ho's letter dated March 1, 2007, as including the: Tatung L19FCMT-U05 products (hereinafter the "L19FCMT-U05 Product Group"). LPL reserves the right to add additional products in the L19FCMT-U05 Product Group when and if additional information becomes available, or otherwise;

ix) L20WCAQ-U19 Product Group as represented by Tatung Company in Ms. Valerie Ho's letter dated March 1, 2007, as including the: Tatung L20WCAQ-U19 products (also sold as third-party product: HP L2045w) (hereinafter the "L20WCAQ-U19 Product Group"). LPL

64

reserves the right to add additional products in the L20WCAQ-U19 Product Group when and if additional information becomes available, or otherwise;

 x) L22YMTT-U09 Product Group as represented by Tatung Company in Ms. Valerie Ho's letter dated March 1, 2007, as including the: Tatung L22YMTT-U09 products (also sold as third-party product: Hewlett-Packard w22 RG556AA) (hereinafter the "L22YMTT-U09 Product Group"). LPL reserves the right to add additional products in the L22YMTT-U09 Product Group when and if additional information becomes available, or otherwise.

 xi) V17AFTW Product Group as represented by Tatung Company in Ms. Valerie Ho's letter dated April 6, 2007, as including the: Tatung V17AFTW; Tatung V17AFTW-U01; and Tatung V17AFTW-U05 products (collectively the "V17AFTW Product Group"). LPL reserves the right to add additional products in the V17AFTW Product Group when and if additional information becomes available, or otherwise;

 xii) V23CLTT Product Group as represented by Tatung Company in Ms. Valerie Ho's letter dated April 6, 2007, as including the: Tatung V23CLTT; Tatung V23CLTT-U01; Tatung V23CLTT-U02; Tatung V23CLTT-U05; Tatung V23CLTT-U62; Tatung V30CMTT-U62; Tatung V30CMTT-U01; Tatung V30CMTT-U03; Tatung V30CMTT-U05; Tatung V23DLWX-U12; Tatung V23DLTX-U00; Tatung V23DMBB-U62; Tatung V23DMBX-U12-CKD; Tatung V23DMBX-U22; Tatung V23DMBX-U42; Tatung V23DNWX-U02; and Tatung V23DNWX-U12 products (collectively the "V23CLTT Product Group") LPL reserves the right to add additional products in the V23CLTT Product Group when and if additional information becomes available, or otherwise;

 xiii) P42HFHH-U05 Product Group as represented by Tatung Company in Ms. Valerie Ho's letter dated April 6, 2007, as including Tatung 42HFHH-U05; Tatung 42HFHH-U06;

Tatung 42HFHH-U07; Tatung 42HFHH-U08; Tatung 42HFHH-U09; Tatung 42HFHH-U10;

Tatung 42HFHH-U11; Tatung 42HFHH-U12; Tatung 42HFHH-U13; Tatung 42HFHH-U14;

Tatung 42HFHH-U15; Tatung 42HFHH-U16; Tatung 42HFHH-U17; Tatung 42HFHH-U18;

Tatung 42HFHH-U19; Tatung 42HFHH-U20; Tatung 42HFHH-U21; Tatung 42HFHH-U22;

Tatung 42HFHH-U23; Tatung 42HFHH-U24; Tatung 42HFHH-U25; Tatung 42HFHH-U26;

Tatung 42HFHH-U27; Tatung 42HFHH-U28; Tatung 42HFHH-U29; Tatung 42HFHH-U30;

Tatung 42HFHH-U31; Tatung 42HFHH-U32; Tatung 42HFHH-U33; Tatung 42HFHH-U34;

Tatung 42HFHH-U35; Tatung 42HFHH-U36; Tatung 42HFHH-U37; Tatung 42HFHH-U38;

Tatung 42HFHH-U39; Tatung 42HFHH-U40; Tatung 42HFHH-U41; Tatung 42HFHH-U42;

Tatung 42HFHH-U43; Tatung 42HFHH-UB5; Tatung 42HSHT-U09; and Tatung P42HSHT-

U09H products (collectively the "P42HFHH-U05 Product Group"). LPL reserves the right to

add additional products in the P42HFHH-U05 Product Group when and if additional information

becomes available, or otherwise;

xiv) V32FLBB Product Group as represented by Tatung Company in Ms. Valerie Ho's

letter dated April 6, 2007, as including Tatung V32FLBB; Tatung V32FCBB-U02; and Tatung

V32FCBB-U21 products (collectively the "V32FLBB Product Group"). LPL reserves the right

to add additional products in the V32FLBB Product Group when and if additional information

becomes available, or otherwise;

xv) P42BSKT Product Group as represented by Tatung Company in Ms. Valerie Ho's

letter dated April 6, 2007, as including Tatung P42BSKT; Tatung P42BSKT; Tatung P42BSAT-

U00; Tatung P42BSAT-U03; Tatung P42BSAT-U33; Tatung P42BSAT-U51; Tatung

P42BSAT-UD3; Tatung P42BSKH-MM2; Tatung P42BSKH-US2; Tatung P42BSKH-US3;

Tatung P42BSKH-US4; Tatung P42BSKT-U47; Tatung P42BSKT-US2; Tatung P42BSMT-

D01; Tatung P42BSMT-U01; Tatung P42BSMT-U05; Tatung P42BSMT-U11; Tatung

P42BSMT-U31; Tatung P42BSMT-U32; Tatung P42BSMT-U51; Tatung P42BSMT-U55;

Tatung P42BSMT-U62; Tatung P42HSAT-U03; Tatung P42HSAT-U09; Tatung P42HSJT-U09;

Tatung P42HSKH-US2; Tatung P42HSKT-U06; Tatung P42HSMR-U13; Tatung P42HSMR-

UA2; Tatung P42HSMT-U01; Tatung P42HSMT-U01 H; Tatung P42HSMT-U02; Tatung

P42HSMT-U11; Tatung P42HSMT-UA1; Tatung P42HSMT-UM2; and Tatung P42USKT-U03

(collectively the "P42BSKT Product Group"). LPL reserves the right to add additional products

in the P42BSKT Product Group when and if additional information becomes available, or

otherwise;

xvi) V30CMBT-U02 Product Group as represented by Tatung Company in Ms. Valerie

Ho's letter dated April 6, 2007, as including Tatung V30CMBT-U02; Tatung V30CMBT-U21;

Tatung V30DMBT-U21; and Tatung V30DMTT-U02 products (collectively the "V30CMBT-

U02 Product Group"). LPL reserves the right to add additional products in the V20CMBT-U02

Product Group when and if additional information becomes available, or otherwise;

xvii) P42HFHF Product Group as represented by Tatung Company in Ms. Valerie Ho's

letter dated April 6, 2007, as including Tatung P42HFHF; Tatung P42HFHP-UL5; Tatung

P42HFHP-UA5; and P42HFHF-UB5 products (collectively the "P42HFHF Product Group").

LPL reserves the right to add additional products in the P42HFHF Product Group when and if

additional information becomes available, or otherwise;

xviii) P50BSAT Product Group as represented by Tatung Company in Ms. Valerie Ho's

letter dated April 6, 2007, as including Tatung P50BSAT; Tatung P50BSAT-U01; Tatung

P50BSAT-U02; Tatung P50BSAT-U42; Tatung P50BSAT-UA1; Tatung P50BSAT-UM2; and

Tatung P50USAT-U03 products (collectively the "P50BSAT Product Group"). LPL reserves the

right to add additional products in the P50DSAT Product Group when and if additional
information becomes available, or otherwise;

xix) V32NCGI-UD1 Product Group as represented by Tatung Company in Ms. Valerie
Ho's letter dated April 6, 2007, as including Tatung V32NCGI-UD1; Tatung V32GCGI-UD3;
Tatung V32NCGI-U31; and Tatung V32NCJI-U34 products (collectively the "V32NCGI-UD1
Product Group"). LPL reserves the right to add additional products in the V32NCGI-UD1
Product Group when and if additional information becomes available or otherwise;

xx) V32GCBF Product Group as represented by Tatung Company in Ms. Valerie Ho's
letter dated April 6, 2007, as including Tatung V32GCBF and Tatung V32ECEF-U01 products
(collectively the "V32GCBF Product Group"). LPL reserves the right to add additional products
in the V32GCBF Product Group when and if additional information becomes available or
otherwise;

xxi) V32NCGE Product Group as represented by Tatung Company in Ms. Valerie Ho's
letter dated April 6, 2007, as including Tatung V32NCGE and Tatung V32NCGE–U31 products
(collectively the "V32NCGE Product Group") LPL reserves the right to add additional products
in the V32NCGE Product Group when and if additional information becomes available or
otherwise;

xxii) V37EMBB Product Group as represented by Tatung Company in Ms. Valerie Ho's
letter dated April 6, 2007, as including Tatung V37EMBB; Tatung V37EMBB–U31; Tatung
V37EMBB-UD3; and V37FLBB-U31 products (collectively the "V37EMBB Product Group").
LPL reserves the right to add additional products in the V37EMBB Product Group when and if
additional information becomes available or otherwise;

xxiii) V37GCGI Product Group as represented by Tatung Company in Ms. Valerie Ho's letter dated April 6, 2007, as including Tatung V37GCGI; Tatung V37GCBF--UD1; Tatung V37GCGI-UD3; and V37NCJI-U34 products (collectively the "V37GCGI Product Group"). LPL reserves the right to add additional products in the V37GCGI Product Group when and if additional information becomes available or otherwise;

xxiv)  V37NCGE Product Group as represented by Tatung Company in Ms. Valerie Ho's letter dated April 6, 2007, as including Tatung V37NCGE and V37NCGE-U31 products (collectively the "V37GCGI Product Group"). LPL reserves the right to add additional products in the V37NCGE Product Group when and if additional information becomes available or otherwise; and

xxv)  Tatung P46 (the "Tatung P46T").

Tatung's liability, however, includes any type of improper conduct related to any infringing products, whether by direct infringement, contributory infringement, and/or inducing infringement by others. Tatung, for example, has at least sold, offered for sale, and/or imported infringing products such as the L15FCBT Product Group; L17ACLN-U03 Product Group; L17AMTN-U01 Product Group; L17FCBT Product Group; L17ECBQ-U08 Product Group; L17UCCT-U01 Product Group; L19FCBT Product Group; L19FCMT-U05 Product Group; L20WCAQ-U19 Product Group; L22YMTT-U09 Product Group; V17AFTW Product Group; V23CLTT Product Group; P42HFHH-U05 Product Group;  V32FLBB Product Group; P42BSKT Product Group; V30CMBT-U02 Product Group; P42HFHF Product Group; P50BSAT Product Group; V32NCGI-UD1 Product Group; V32GCBF Product Group; V32NCGE Product Group; V37EMBB Product Group; V37GCGI Product Group; V37NCGE Product Group; and Tatung P46T Products.

With respect to the L15FCBT Product Group, the infringed claims include, at least, claims 35-36, and 55-56 of the '641 Patent and claims 33-35 and 40 of the '718 Patent, which are infringed literally, or, in the alternative, under the doctrine of equivalents.

With respect to the L17ACLN-U03 Product Group, the infringed claims include, at least, claims 35-36, 38-39, and 55-56 of the '641 Patent and claims 33-35 and 40 of the '718 Patent, which are infringed literally, or, in the alternative, under the doctrine of equivalents.

With respect to the L17AMTN-U01 Product Group, the infringed claims include, at least, claims 35-36, 38-39, and 55-56 of the '641 Patent and claims 33-35 and 40 of the '718 Patent, which are infringed literally, or, in the alternative, under the doctrine of equivalents.

With respect to the L17FCBT Product Group, the infringed claims include, at least, claims 35-36 and 55-56 of the '641 Patent and claims 33-35 and 40 of the '718 Patent, which are infringed literally, or, in the alternative, under the doctrine of equivalents.

With respect to the L17ECBQ-U08 Product Group, the infringed claims include, at least, claims 35-36, 44-45, and 55-56 of the '641 Patent and claims 33-36 and 40 of the '718 Patent, which are infringed literally, or, in the alternative, under the doctrine of equivalents.

With respect to the L17UCCT-U01 Product Group, the infringed claims include, at least, claims 35-36, 38 and 55-56 of the '641 Patent and claims 33-35 and 40 of the '718 Patent, which are infringed literally, or, in the alternative, under the doctrine of equivalents.

With respect to the L19FCBT Product Group, the infringed claims include, at least, claims 35-36 and 55-56 of the '641 Patent and claims 33-35 and 40 of the '718 Patent, which are infringed literally, or, in the alternative, under the doctrine of equivalents.

With respect to the L19FCMT-U05 Product Group, the infringed claims include, at least, claims 35-36 and 55-56 of the '641 Patent and claims 33-35 and 40 of the '718 Patent, which are infringed literally, or, in the alternative, under the doctrine of equivalents.

With respect to the L20WCAQ-U19 Product Group, the infringed claims include, at least, claims 35-36 and 55-56 of the '641 Patent and claims 33-35 and 40 of the '718 Patent, which are infringed literally, or, in the alternative, under the doctrine of equivalents.

With respect to the L22YMTT-U09 Product Group, the infringed claims include, at least, claims 35-36, 44 and 55-56 of the '641 Patent and claims 33-36 and 40 of the '718 Patent, which are infringed literally, or, in the alternative, under the doctrine of equivalents.

With respect to the V17AFTW Product Group, the infringed claims include, at least, claims 35-36 and 55-56 of the '641 Patent and claims 33-35 and 40 of the '718 Patent, which are infringed literally, or, in the alternative, under the doctrine of equivalents.

With respect to the V23CLTT Product Group, the infringed claims include, at least, 35-36 and 55-56 of the '641 Patent and claims 33-35 and 40 of the '718 Patent, which are infringed literally, or, in the alternative, under the doctrine of equivalents.

With respect to the P42HFHH-U05 Product Group, the infringed claim includes, at least, 55 of the '641 Patent, which are infringed literally, or, in the alternative, under the doctrine of equivalents.

With respect to the P42BSKT Product Group, the infringed claim includes, at least, 55 of the '641 Patent, which are infringed literally, or, in the alternative, under the doctrine of equivalents.

With respect to the V32FLBB Product Group, the infringed claims include, at least, 35-36 and 55-56 of the '641 Patent and claims 33-35 and 40 of the '718 Patent, which are infringed literally, or, in the alternative, under the doctrine of equivalents

With respect to the P42BSKT Product Group, the infringed claim includes, at least, 55 of the '641 Patent, which are infringed literally, or, in the alternative, under the doctrine of equivalents.

With respect to the P42HFHF Product Group, the infringed claims include, at least, 55 of the '641 Patent, which are infringed literally, or, in the alternative, under the doctrine of equivalents.

With respect to the P50BSAT Product Group, the infringed claims include, at least, 55-56 of the '641 Patent, which are infringed literally, or, in the alternative, under the doctrine of equivalents.

With respect to the V32NCGI-UD1 Product Group, the infringed claims include, at least, 35-36 and 55-56 of the '641 Patent and claims 33-35 and 40 of the '718 Patent, which are infringed literally, or, in the alternative, under the doctrine of equivalents.

With respect to the V32GCBF Product Group, the infringed claims include, at least, 35-36 and 55-56 of the '641 Patent and claims 33-35 and 40 of the '718 Patent, which are infringed literally, or, in the alternative, under the doctrine of equivalents.

With respect to the V32NCGE Product Group, the infringed claims include, at least, 35-36 and 55-56 of the '641 Patent and claims 33-35 and 40 of the '718 Patent, which are infringed literally, or, in the alternative, under the doctrine of equivalents.

With respect to the V37EMBB Product Group, the infringed claims include, at least, 35-36 and 55-56 of the '641 Patent and claims 33-35 and 40 of the '718 Patent, which are infringed literally, or, in the alternative, under the doctrine of equivalents

With respect to the V37GCGI Product Group, the infringed claims include, at least, 35-36 and 55-56 of the '641 Patent and claims 33-35 and 40 of the '718 Patent, which are infringed literally, or, in the alternative, under the doctrine of equivalents.

With respect to the V37NCGE Product Group, the infringed claims include, at least, 35-36 and 55-56 of the '641 Patent and claims 33-35 and 40 of the '718 Patent, which are infringed literally, or, in the alternative, under the doctrine of equivalents

With respect to the Tatung P46T products, the infringed claims include, at least, claims 55-56 of the '641 Patent, which are infringed literally, or, in the alternative, under the doctrine of equivalents

The following charts show infringement by comparing the claims of the Patents-in-Suit with the L15FCBT Product Group; L17ACLN-U03 Product Group; L17AMTN-U01 Product Group; L17FCBT Product Group; L17ECBQ-U08 Product Group; L17UCCT-U01 Product Group; L19FCBT Product Group; L19FCMT-U05 Product Group; L20WCAQ-U19 Product Group; L22YMTT-U09 Product Group; V17AFTW Product Group; V23CLTT Product Group; P42HFHH-U05 Product Group;  V32FLBB Product Group; P42BSKT Product Group; V30CMBT-U02 Product Group; P42HFHF Product Group; P50BSAT Product Group; V32NCGI-UD1 Product Group; V32GCBF Product Group; V32NCGE Product Group; V37EMBB Product Group; V37GCGI Product Group; V37NCGE Product Group; and Tatung P46T Products.

| Claims in the '641 Patent | Products |
|---|---|
| 35. A rear mountable flat panel display device capable of being mounted to a data processing device, the flat panel display device comprising: | The L15FCBT Product Group, L17ACLN-U03 Product Group, L17AMTN-U01 Product Group, L17FCBT Product Group, L17ECBQ-U08 Product Group, L17UCCT-U01 Product Group, L19FCBT Product Group, L19FCMT-U05 Product Group, L20WCAQ-U19 Product Group, L22YMTT-U09 Product Group, V17AFTW Product Group, V23CLTT Product Group, V32FLBB Product Group, V32NCGI-UD1 Product Group, V32GCBF Product Group, V32NCGE Product Group, V37EMBB Product Group, V37GCGI Product Group, and the V37NCGE Product Group are each a rear mountable flat panel display device capable of being mounted to a data processing device, the flat panel display device comprising the following elements. |
| a backlight unit including a first frame having a fastening part at a rear surface of the first frame, a flat display panel adjacent to the backlight unit; and | The L15FCBT Product Group, L17ACLN-U03 Product Group, L17AMTN-U01 Product Group, L17FCBT Product Group, L17ECBQ-U08 Product Group, L17UCCT-U01 Product Group, L19FCBT Product Group, L19FCMT-U05 Product Group, L20WCAQ-U19 Product Group, L22YMTT-U09 Product Group, V17AFTW Product Group, V23CLTT Product Group, V32FLBB Product Group, V32NCGI-UD1 Product Group, V32GCBF Product Group, V32NCGE Product Group, V37EMBB Product Group, V37GCGI Product Group and the V37NCGE Product Group each have a backlight unit including a first frame having a fastening part at a rear surface of the first frame, a flat display panel adjacent to the backlight unit. |
| a second frame; | The L15FCBT Product Group, L17ACLN-U03 Product Group, L17AMTN-U01 Product Group, L17FCBT Product Group, L17ECBQ-U08 Product Group, L17UCCT-U01 Product Group, L19FCBT Product Group, L19FCMT-U05 Product Group, L20WCAQ-U19 Product Group, L22YMTT-U09 Product Group, V17AFTW Product Group, V23CLTT Product Group, V32FLBB Product Group,  V32NCGI-UD1 Product Group, V32GCBF Product Group, V32NCGE Product Group, V37EMBB Product Group, V37GCGI Product Group and the V37NCGE Product Group each have a second frame. |

74

| Claims in the '641 Patent | Products |
|---|---|
| wherein the flat display panel is between the first frame and the second frame, the first frame of the backlight unit capable of being fixed to a housing of the data processing device through the fastening part at the rear surface of the first frame. | The L15FCBT Product Group, L17ACLN-U03 Product Group, L17AMTN-U01 Product Group, L17FCBT Product Group, L17ECBQ-U08 Product Group, L17UCCT-U01 Product Group, L19FCBT Product Group, L19FCMT-U05 Product Group, L20WCAQ-U19 Product Group, L22YMTT-U09 Product Group, V17AFTW Product Group, V23CLTT Product Group, V32FLBB Product Group, V32NCGI-UD1 Product Group, V32GCBF Product Group, V32NCGE Product Group, V37EMBB Product Group, V37GCGI Product Group and the V37NCGE Product Group each have a flat display panel that is between the first frame and the second frame, the first frame of the backlight unit capable of being fixed to a housing of the data processing device through the fastening part at the rear surface of the first frame |
| 36. The rear mountable flat panel display device according to claim 35, wherein the fastening part includes a fastening hole | The L15FCBT Product Group, L17ACLN-U03 Product Group, L17AMTN-U01 Product Group, L17FCBT Product Group, L17ECBQ-U08 Product Group, L17UCCT-U01 Product Group, L19FCBT Product Group, L19FCMT-U05 Product Group, L20WCAQ-U19 Product Group, L22YMTT-U09 Product Group, V17AFTW Product Group, V23CLTT Product Group, V32FLBB Product Group, V32NCGI-UD1 Product Group, V32GCBF Product Group, V32NCGE Product Group, V37EMBB Product Group, V37GCGI Product Group and the V37NCGE Product Group each have a fastening part that includes a fastening hole |
| 38. The rear mountable flat panel display device according to claim 36, wherein the fastening part includes at least two fastening holes at two corners of the first frame. | The L17ACLN-U03 Product Group, L17AMTN-U01 Product Group and the L17UCCT-U01 Product Group each have fastening parts that include at least two fastening holes at two corners of the first frame. |
| 39. The rear mountable flat panel display device according to claim 36, wherein the fastening part includes four fastening holes at four corners of the first frame. | The L17ACLN-U03 Product Group and the L17AMTN-U01 Product Group have fastening parts that include four fastening holes at four corners of the first frame |
| 44. The rear mountable flat panel display device according to claim 35, wherein the fastening part includes a | The L17ECBQ-U08 Product Group and the L22YMTT-U09 Product Group have a fastening part that includes a protruding portion protruding away from the flat |

| Claims in the '641 Patent | Products |
|---|---|
| protruding portion protruding away from the flat display panel | display panel. |
| 45. The rear mountable flat panel display device according to claim 44, wherein the protruding portion includes a peg having a fastening hole. | The L17ECBQ-U08 Product Group has a protruding portion that includes a peg having a fastening hole |
| 55. A rear mountable flat panel display device comprising: | The L15FCBT Product Group, L17ACLN-U03 Product Group, L17AMTN-U01 Product Group, L17FCBT Product Group, L17ECBQ-U08 Product Group, L17UCCT-U01 Product Group, L19FCBT Product Group, L19FCMT-U05 Product Group, L20WCAQ-U19 Product Group, L22YMTT-U09 Product Group, V17AFTW Product Group, V23CLTT Product Group, P42HFHH-U05 Product Group, V32FLBB Product Group, P42BSKT Product Group, P42HFHF Product Group, P50BSAT Product Group, V32NCGI-UD1 Product Group, V32GCBF Product Group, V32NCGE Product Group, V37EMBB Product Group, V37GCGI Product Group, V37NCGE Product Group and Tatung P46T products are each a rear mountable flat panel display device, the rear mounted flat panel display device comprising the following elements. |
| a first frame having a fastening part at a rear surface of the first frame; | The L15FCBT Product Group, L17ACLN-U03 Product Group, L17AMTN-U01 Product Group, L17FCBT Product Group, L17ECBQ-U08 Product Group, L17UCCT-U01 Product Group, L19FCBT Product Group, L19FCMT-U05 Product Group, L20WCAQ-U19 Product Group, L22YMTT-U09 Product Group, V17AFTW Product Group, V23CLTT Product Group, P42HFHH-U05 Product Group, V32FLBB Product Group, P42BSKT Product Group, P42HFHF Product Group, P50BSAT Product Group, V32NCGI-UD1 Product Group, V32GCBF Product Group, V32NCGE Product Group, V37EMBB Product Group, V37GCGI Product Group, V37NCGE Product Group and Tatung P46T products each have a first frame having a fastening part at a rear surface of the first frame |
| a second frame; and | The L15FCBT Product Group, L17ACLN-U03 Product Group, L17AMTN-U01 Product Group, L17FCBT Product Group, L17ECBQ-U08 Product Group, |

| Claims in the '641 Patent | Products |
|---|---|
| | L17UCCT-U01 Product Group, L19FCBT Product Group, L19FCMT-U05 Product Group, L20WCAQ-U19 Product Group, L22YMTT-U09 Product Group, V17AFTW Product Group, V23CLTT Product Group, P42HFHH-U05 Product Group, V32FLBB Product Group, P42BSKT Product Group, P42HFHF Product Group, P50BSAT Product Group, V32NCGI-UD1 Product Group, V32GCBF Product Group, V32NCGE Product Group, V37EMBB Product Group, V37GCGI Product Group, V37NCGE Product Group and Tatung P46T products each have a second frame. |
| a flat display panel between the first and second frames; | The L15FCBT Product Group, L17ACLN-U03 Product Group, L17AMTN-U01 Product Group, L17FCBT Product Group, L17ECBQ-U08 Product Group, L17UCCT-U01 Product Group, L19FCBT Product Group, L19FCMT-U05 Product Group, L20WCAQ-U19 Product Group, L22YMTT-U09 Product Group, V17AFTW Product Group, V23CLTT Product Group, P42HFHH-U05 Product Group, V32FLBB Product Group, P42BSKT Product Group, P42HFHF Product Group, P50BSAT Product Group, V32NCGI-UD1 Product Group, V32GCBF Product Group, V32NCGE Product Group, V37EMBB Product Group, V37GCGI Product Group, V37NCGE Product Group and Tatung P46T products each have a flat display panel between the first and second frames. |
| wherein the first frame is capable of being fixed to a housing of a data processing device through the fastening part at the rear surface of the first frame. | The L15FCBT Product Group, L17ACLN-U03 Product Group, L17AMTN-U01 Product Group, L17FCBT Product Group, L17ECBQ-U08 Product Group, L17UCCT-U01 Product Group, L19FCBT Product Group, L19FCMT-U05 Product Group, L20WCAQ-U19 Product Group, L22YMTT-U09 Product Group, V17AFTW Product Group, V23CLTT Product Group, P42HFHH-U05 Product Group, V32FLBB Product Group, P42BSKT Product Group, P42HFHF Product Group, P50BSAT Product Group, V32NCGI-UD1 Product Group, V32GCBF Product Group, V32NCGE Product Group, V37EMBB Product Group, V37GCGI Product Group, V37NCGE Product Group and Tatung P46T products each have a first frame that is capable of being fixed to a housing of a data processing device through the fastening part at the rear surface of the first |

| Claims in the '641 Patent | Products |
|---|---|
| | frame. |
| 56. A rear mountable flat panel display device comprising: | The L15FCBT Product Group, L17ACLN-U03 Product Group, L17AMTN-U01 Product Group, L17FCBT Product Group, L17ECBQ-U08 Product Group, L17UCCT-U01 Product Group, L19FCBT Product Group, L19FCMT-U05 Product Group, L20WCAQ-U19 Product Group, L22YMTT-U09 Product Group, V17AFTW Product Group, V23CLTT Product Group, V32FLBB Product Group, P50BSAT Product Group, V32NCGI-UD1 Product Group, V32GCBF Product Group, V32NCGE Product Group, V37EMBB Product Group, V37GCGI Product Group, V37NCGE Product Group and Tatung P46T products are each a rear mountable flat panel display device, the flat panel display device comprising the following elements. |
| a first frame having a fastening part at a rear surface of the first frame; | The L15FCBT Product Group, L17ACLN-U03 Product Group, L17AMTN-U01 Product Group, L17FCBT Product Group, L17ECBQ-U08 Product Group, L17UCCT-U01 Product Group, L19FCBT Product Group, L19FCMT-U05 Product Group, L20WCAQ-U19 Product Group, L22YMTT-U09 Product Group, V17AFTW Product Group, V23CLTT Product Group, V32FLBB Product Group, P50BSAT Product Group, V32NCGI-UD1 Product Group, V32GCBF Product Group, V32NCGE Product Group, V37EMBB Product Group, V37GCGI Product Group, V37NCGE Product Group and Tatung P46T products each have a first frame having a fastening part at a rear surface of the first frame. |
| a second frame; | The L15FCBT Product Group, L17ACLN-U03 Product Group, L17AMTN-U01 Product Group, L17FCBT Product Group, L17ECBQ-U08 Product Group, L17UCCT-U01 Product Group, L19FCBT Product Group, L19FCMT-U05 Product Group, L20WCAQ-U19 Product Group, L22YMTT-U09 Product Group, V17AFTW Product Group, V23CLTT Product Group, V32FLBB Product Group, P50BSAT Product Group, V32NCGI-UD1 Product Group, V32GCBF Product Group, V32NCGE Product Group, V37EMBB Product Group, V37GCGI Product Group, V37NCGE Product Group and Tatung P46T products each have a second |

| Claims in the '641 Patent | Products |
|---|---|
| | frame. |
| and a flat display panel between the first and second frames; | The L15FCBT Product Group, L17ACLN-U03 Product Group, L17AMTN-U01 Product Group, L17FCBT Product Group, L17ECBQ-U08 Product Group, L17UCCT-U01 Product Group, L19FCBT Product Group, L19FCMT-U05 Product Group, L20WCAQ-U19 Product Group, L22YMTT-U09 Product Group, V17AFTW Product Group, V23CLTT Product Group, V32FLBB Product Group, P50BSAT Product Group, V32NCGI-UD1 Product Group, V32GCBF Product Group, V32NCGE Product Group, V37EMBB Product Group, V37GCGI Product Group, V37NCGE Product Group and Tatung P46T products each have a flat display panel between the first and second frames. |
| wherein the first frame is capable of being fixed to a housing of a data processing device through the fastening part at the rear surface of the first frame and the flat display panel is rear mounted. | The L15FCBT Product Group, L17ACLN-U03 Product Group, L17AMTN-U01 Product Group, L17FCBT Product Group, L17ECBQ-U08 Product Group, L17UCCT-U01 Product Group, L19FCBT Product Group, L19FCMT-U05 Product Group, L20WCAQ-U19 Product Group, L22YMTT-U09 Product Group, V17AFTW Product Group, V23CLTT Product Group, V32FLBB Product Group, P50BSAT Product Group, V32NCGI-UD1 Product Group, V32GCBF Product Group, V32NCGE Product Group, V37EMBB Product Group, V37GCGI Product Group, V37NCGE Product Group and Tatung P46T products each have a first frame that is capable of being fixed to a housing of a data processing device through the fastening part at the rear surface of the first frame and the flat display panel is rear mounted |

| Claims in the '718 Patent | Tatung Monitors |
|---|---|
| 33. A method of assembling a rear mountable flat panel display device capable of being mounted to a housing, comprising: | The L15FCBT Product Group, L17ACLN-U03 Product Group, L17AMTN-U01 Product Group, L17FCBT Product Group, L17ECBQ-U08 Product Group, L17UCCT-U01 Product Group, L19FCBT Product Group, L19FCMT-U05 Product Group, L20WCAQ-U19 Product Group, L22YMTT-U09 Product Group, V17AFTW Product Group, V23CLTT Product Group, V32FLBB Product Group, V32NCGI-UD1 Product |

| Claims in the '718 Patent | Tatung Monitors |
|---|---|
| | Group, V32GCBF Product Group, V32NCGE Product Group, V37EMBB Product Group, V37GCGI Product Group and V37NCGE Product Group are each assembled via a method of assembling a rear mountable flat panel display device capable of being mounted to a housing, that method includes the following steps. |
| placing a flat display panel on a top surface of a backlight unit having a first frame, the first frame having a fastening element for fastening the first frame to the housing, said fastening element being located on a rear surface opposite the top surface of the backlight unit where the flat display panel is placed; | The method of assembling each of the L15FCBT Product Group, L17ACLN-U03 Product Group, L17AMTN-U01 Product Group, L17FCBT Product Group, L17ECBQ-U08 Product Group, L17UCCT-U01 Product Group, L19FCBT Product Group, L19FCMT-U05 Product Group, L20WCAQ-U19 Product Group, L22YMTT-U09 Product Group, V17AFTW Product Group, V23CLTT Product Group, V32FLBB Product Group, V32NCGI-UD1 Product Group, V32GCBF Product Group, V32NCGE Product Group, V37EMBB Product Group, V37GCGI Product Group and V37NCGE Product Group includes placing a flat display panel on a top surface of a backlight unit having a first frame, the first frame having a fastening element for fastening the first frame to the housing, the fastening element being located on a rear surface opposite the top surface of the backlight unit where the flat display panel is placed. |
| placing a second frame on the flat display panel; and | The method of assembling each of the L15FCBT Product Group, L17ACLN-U03 Product Group, L17AMTN-U01 Product Group, L17FCBT Product Group, L17ECBQ-U08 Product Group, L17UCCT-U01 Product Group, L19FCBT Product Group, L19FCMT-U05 Product Group, L20WCAQ-U19 Product Group, L22YMTT-U09 Product Group, V17AFTW Product Group, V23CLTT Product Group, V32FLBB Product Group, V32NCGI-UD1 Product Group, V32GCBF Product Group, V32NCGE Product Group, V37EMBB Product Group, V37GCGI Product Group and V37NCGE Product Group includes placing a second frame on the flat display panel. |
| fixing the flat display panel between the first frame of the backlight unit and the second frame. | The method of assembling each of the L15FCBT Product Group, L17ACLN-U03 Product Group, L17AMTN-U01 Product Group, L17FCBT Product Group, L17ECBQ-U08 Product Group, L17UCCT-U01 |

| Claims in the '718 Patent | Tatung Monitors |
|---|---|
| | Product Group, L19FCBT Product Group, L19FCMT-U05 Product Group, L20WCAQ-U19 Product Group, L22YMTT-U09 Product Group, V17AFTW Product Group, V23CLTT Product Group, V32FLBB Product Group, V32NCGI-UD1 Product Group, V32GCBF Product Group, V32NCGE Product Group, V37EMBB Product Group, V37GCGI Product Group and V37NCGE Product Group includes fixing the flat display panel between the first frame of the backlight unit and the second frame. |
| 34. The method of claim 33, wherein the fastening element comprises a fastening hole. | In addition to the steps and/or elements listed above that pertain to the limitations of claim 33, the L15FCBT Product Group, L17ACLN-U03 Product Group L17AMTN-U01 Product Group, L17FCBT Product Group, L17ECBQ-U08 Product Group, L17UCCT-U01 Product Group, L19FCBT Product Group, L19FCMT-U05 Product Group, L20WCAQ-U19 Product Group, L22YMTT-U09 Product Group, V17AFTW Product Group, V23CLTT Product Group, V32FLBB Product Group, V32NCGI-UD1 Product Group, V32GCBF Product Group, V32NCGE Product Group, V37EMBB Product Group, V37GCGI Product Group and V37NCGE Product Group each have a fastening element that comprises a fastening hole. |
| 35. The method of claim 33, wherein the fastening element comprises a screw hole | In addition to the steps and/or elements listed above that pertain to the limitations of claim 33, the L15FCBT Product Group, L17ACLN-U03 Product Group L17AMTN-U01 Product Group, L17FCBT Product Group, L17ECBQ-U08 Product Group, L17UCCT-U01 Product Group, L19FCBT Product Group, L19FCMT-U05 Product Group, L20WCAQ-U19 Product Group, L22YMTT-U09 Product Group, V17AFTW Product Group, V23CLTT Product Group, V32FLBB Product Group, V32NCGI-UD1 Product Group, V32GCBF Product Group, V32NCGE Product Group, V37EMBB Product Group, V37GCGI Product Group and V37NCGE Product Group each have a fastening element that comprises a screw hole. |
| 36. The method of claim 33, wherein the fastening element comprises a stepped hole. | In addition to the elements listed above that pertain to the limitations of claim 33, the L17ECBQ-U08 Product Group and the L22YMTT-U09 Product Group each |

| Claims in the '718 Patent | Tatung Monitors |
|---|---|
| | have a fastening element that includes a stepped hole |
| 40. A rear mountable method of assembling a liquid crystal display (LCD) device comprising: | The L15FCBT Product Group, L17ACLN-U03 Product Group L17AMTN-U01 Product Group, L17FCBT Product Group, L17ECBQ-U08 Product Group, L17UCCT-U01 Product Group, L19FCBT Product Group, L19FCMT-U05 Product Group, L20WCAQ-U19 Product Group, L22YMTT-U09 Product Group, V17AFTW Product Group, V23CLTT Product Group, V32FLBB Product Group, V32NCGI-UD1 Product Group, V32GCBF Product Group, V32NCGE Product Group, V37EMBB Product Group, V37GCGI Product Group and V37NCGE Product Group are each assembled via a rear mountable method of assembling a liquid crystal display (LCD) device, that method includes the following steps. |
| arranging the LCD device on a inner surface of a display case, wherein the display case has an inner surface and back; | The method of assembling each of the L15FCBT Product Group, L17ACLN-U03 Product Group L17AMTN-U01 Product Group, L17FCBT Product Group, L17ECBQ-U08 Product Group, L17UCCT-U01 Product Group, L19FCBT Product Group, L19FCMT-U05 Product Group, L20WCAQ-U19 Product Group, L22YMTT-U09 Product Group, V17AFTW Product Group, V23CLTT Product Group, V32FLBB Product Group, V32NCGI-UD1 Product Group, V32GCBF Product Group, V32NCGE Product Group, V37EMBB Product Group, V37GCGI Product Group and V37NCGE Product Group includes arranging the LCD device on an inner surface of a display case, wherein the display case has an inner surface and back. |
| attaching the LCD device to the display case from the back of the display case. | The method of assembling each of the L15FCBT Product Group, L17ACLN-U03 Product Group L17AMTN-U01 Product Group, L17FCBT Product Group, L17ECBQ-U08 Product Group, L17UCCT-U01 Product Group, L19FCBT Product Group, L19FCMT-U05 Product Group, L20WCAQ-U19 Product Group V17AFTW Product Group, V23CLTT Product Group, V32FLBB Product Group, V32NCGI-UD1 Product Group, V32GCBF Product Group, V32NCGE Product Group, V37EMBB Product Group, V37GCGI Product Group and V37NCGE Product Group includes attaching the LCD |

| Claims in the '718 Patent | Tatung Monitors |
|---|---|
| | device to the display case from the back of the display case. |

The following response is directed to Tatung America products that LPL understands to have been manufactured, shipped, imported, sold, and/or offered for sale, in or to the United States, by or for Tatung America.

The Tatung America products that LPL is currently aware of that infringe the Patents-in-Suit include the: Tatung P46 products (the "TUS P46T products"); Tatung ADMNC1LCD17 products, including third party product American Dynamics ADMNC1LCD17 (the "ADMNC1LCD17 products"); unidentified American Dynamics product inspected at Greenberg Traurig's office on January 16, 2007 and includes module model number M170EN06 (the "Unidentified American Dynamic Product"); unidentified product with designation P42HSMT identified at Greenberg Traurig's office on January 16, 2007 (the "P42HSMT products"); Triview TLM 1505 products (Triview FST1503RV-4B) (the "TLM 1505 products"); TLM 1703 products, including the Tatung TLM 1703 and Triview TLM 1703 products (the "TLM 1703 products"); Tatung TLM 1703T products (the "TLM-1703T products"); TLM-1705 products, including the Tatung TLM 1705 and Triview TLM-1705 products (the "TLM-1705 products"); Triview TLM-1903 products (the "TLM-1903 products"); Triview V30CMTT-U62 products (the "V30CMTT-U62 products"); and Hitachi 37HDL52 products (the "Hitachi 37HDL52 products")

Additionally, the Tatung America products, which correspond to Tatung Company products, that LPL is currently aware of that infringe the Patents-in-Suit include: the L17AMTN products, including the L17AMTN, L17AMTNB-U32AD, L17AMTN-M21L, and L17AMTN-

SR products (the "TUS L17AMTN products"); the V17AFTW products, including the V17AFTW, V17AFTW-D, V17AFTW-G, and V17AFTW-U01 products (the "TUS V17AFTW products"); the V23CLTT products, including the V23CLTT, V27CLTT-U01, V30CLTT-U01, and V30CMTT products (the "TUS V23CLTT products"); and the L17ACTN products, including the L17ACTNB-U32, L17ACTNB-U32 AD, L17ACTNB-UD2 AD, L17ACTN-U01, and L17ACTN-UD2 products (the "TUS L17ACTN products").

Tatung's liability, however, includes any type of improper conduct related to any infringing products, whether by direct infringement, contributory infringement, and/or inducing infringement by others. Tatung, for example, has at least sold, offered for sale, and/or imported infringing products such as the TUS P46T products, ADMNC1LCD17 products, Unidentified American Dynamic Product, P42HSMT products, TLM 1505 products, TLM 1703 products, TLM 1703T products, TLM 1705 products, TLM 1903 products, V30CMTT-U62 products, Hitachi 37HDL52 products, TUS L17AMTN products, TUS V17AFTW products, TUS V23CLTT products, and TUS L17ACTN products.

With respect to the TUS P46T products, the infringed claims include, at least, claims 55-56 of the '641 Patent, which are infringed literally, or, in the alternative, under the doctrine of equivalents. With respect to the ADMNC1LCD17 products, the infringed claims include, at least, claims 35-36, 38-39, and 55-56 of the '641 Patent and claims 33-35 and 40 of the '718 Patent, which are infringed literally, or, in the alternative, under the doctrine of equivalents.

With respect to the Unidentified American Dynamic Product products, the infringed claims include, at least, claims 35-36 and 55-56 of the '641 Patent and claims 33-35 and 40 of the '718 Patent, which are infringed literally, or, in the alternative, under the doctrine of equivalents. With respect to the P42HSMT products, the infringed claims include, at least

claims 55 of the '641 Patent, which are infringed literally, or, in the alternative, under the doctrine of equivalents.

With respect to the TLM 1505 products, the infringed claims include, at least, claims 35-36, 38-39, 44-45, and 55-56 of the '641 Patent and claims 33-36 and 40 of the '718 Patent, which are infringed literally, or, in the alternative, under the doctrine of equivalents. With respect to the TLM-1703T products, the infringed claims include, at least, claims 35-36, 44-45 and 55-56 of the '641 Patent and claims 33-36 and 40 of the '718 Patent, which are infringed literally, or, in the alternative, under the doctrine of equivalents.

With respect to the TLM-1703 products, the infringed claims include, at least, claims 35-36, 38, and 55-56 of the '641 Patent and claims 33-36 and 40 of the '718 Patent, which are infringed literally, or, in the alternative, under the doctrine of equivalents. With respect to the TLM-1705 products, the infringed claims include, at least, claims 35-36, 38-39, 44-45, and 55-56 of the '641 Patent and claims 33-36 and 40 of the '718 Patent, which are infringed literally, or, in the alternative, under the doctrine of equivalents.

With respect to the TLM-1903 products, the infringed claims include, at least, claims 35-36 and 55-56 of the '641 Patent and claims 33-35 and 40 of the '718 Patent, which are infringed literally, or, in the alternative, under the doctrine of equivalents   With respect to the V30CMTT-U62 products, the infringed claims include, at least, claims 35-36 and 55-56 of the '641 Patent and claims 33-35 and 40 of the '718 Patent, which are infringed literally, or, in the alternative, under the doctrine of equivalents.

With respect to the Hitachi 37HDL52 products, the infringed claims include, at least, claims 35-36 and 55-56 of the '641 Patent and claims 33-35 and 40 of the '718 Patent, which are infringed literally, or, in the alternative, under the doctrine of equivalents

With respect to the TUS L17AMTN products, the infringed claims include, at least, claims 35-36, 38-39, and 55-56 of the '641 Patent and claims 33-35 and 40 of the '718 Patent, which are infringed literally, or, in the alternative, under the doctrine of equivalents. With respect to the TUS V17AFTW products, the infringed claims include, at least, claims 35-36 and 55-56 of the '641 Patent and claims 33-35 and 40 of the '718 Patent, which are infringed literally, or, in the alternative, under the doctrine of equivalents.

With respect to the TUS V23CLTT products, the infringed claims include, at least, 35-36 and 55-56 of the '641 Patent and claims 33-35 and 40 of the '718 Patent, which are infringed literally, or, in the alternative, under the doctrine of equivalents. With respect to the TUS L17ACTN products, the infringed claims include, at least, claims 35-36, 38-39, and 55-56 of the '641 Patent and claims 33-35 and 40 of the '718 Patent, which are infringed literally, or, in the alternative, under the doctrine of equivalents.

The following charts show infringement by comparing the claims of the Patents-in-Suit with the TUS P46T products, ADMNC1LCD17 products, Unidentified American Dynamic Product, P42HSMT products, TLM 1505 products, TLM 1703 products, TLM 1703T products, TLM 1705 products, TLM 1903 products, V30CMTT-U62 products, Hitachi 37HDL52 products, TUS L17AMTN products, TUS V17AFTW products, TUS V23CLTT products, and TUS L17ACTN products:

| Claims in the '641 Patent | Products |
|---|---|
| 35.  A rear mountable flat panel display device capable of being mounted to a data processing device, the flat panel display device comprising: | The ADMNC1LCD17 products, TLM 1505 products, TLM-1703T Products, TLM-1703 Products, TLM-1705 Products, TLM-1903 Products, V30CMTT-U62 Products, Hitachi 37HDL52 Products, TUS L17AMTN Products, TUS V17AFTW Products, TUS V23CLTT Products, and TUS L17ACTN Products are each a rear mountable flat panel display device capable of being mounted to a data processing device, the flat panel display device comprising the following elements. |
| a backlight unit including a first frame having a fastening part at a rear surface of the first frame, a flat display panel adjacent to the backlight unit; and | The ADMNC1LCD17 Products, TLM 1505 Products, The TLM-1703T Products, TLM-1703 Products, TLM-1705 Products, TLM-1903 Products, V30CMTT-U62 Products, Hitachi 37HDL52 Products, TUS L17AMTN Products, TUS V17AFTW Products, TUS V23CLTT Products and TUS L17ACTN Products each have a backlight unit including a first frame having a fastening part at a rear surface of the first frame, a flat display panel adjacent to the backlight unit. |
| a second frame; | The ADMNC1LCD17 Products, TLM 1505 Products, TLM-1703T Products, TLM-1703 Products, TLM-1705 Products, TLM-1903 Products, V30CMTT-U62 Products, Hitachi 37HDL52 Products, TUS L17AMTN Products, TUS V17AFTW Products, TUS V23CLTT Products, and TUS L17ACTN Products each have a second frame. |
| wherein the flat display panel is between the first frame and the second frame, the first frame of the backlight unit capable of being fixed to a housing of the data processing device through the fastening part at the rear surface of the first frame. | The ADMNC1LCD17 Products, TLM 1505 Products, TLM-1703T Products, TLM-1703 Products, TLM-1705 Products, TLM-1903 Products, V30CMTT-U62 Products, Hitachi 37HDL52 Products, TUS L17AMTN Products, TUS V17AFTW Products, TUS V23CLTT Products and TUS L17ACTN Products each have a flat display panel that is between the first frame and the second frame, the first frame of the backlight unit capable of being fixed to a housing of the data processing device through the fastening part at the rear surface of the first frame. |
| 36. The rear mountable flat panel display device according to claim 35, wherein the fastening part includes a fastening hole. | In addition to the elements listed above that pertain to the limitations of claim 35, the ADMNC1LCD17 Products, TLM 1505 Products, TLM-1703T Products, TLM-1703 Products, TLM-1705 Products, TLM-1903 |

87

| Claims in the '641 Patent | Products |
|---|---|
| | Products, V30CMTT-U62 Products, Hitachi 37HDL52 Products, TUS L17AMTN Products, TUS V17AFTW Products, TUS V23CLTT Products, and TUS L17ACTN Products each have a fastening part that includes a fastening hole. |
| 38. The rear mountable flat panel display device according to claim 36, wherein the fastening part includes at least two fastening holes at two corners of the first frame. | In addition to the elements listed above that pertain to the limitations of claim 36, the ADMNC1LCD17 Products, TLM 1505 Products, TLM-1703 Products, TLM-1705 Products, TUS L17AMTN Products, and TUS L17ACTN Products each have fastening parts that include at least two fastening holes at two corners of the first frame. |
| 39. The rear mountable flat panel display device according to claim 36, wherein the fastening part includes four fastening holes at four corners of the first frame. | In addition to the elements listed above that pertain to the limitations of claim 36, the ADMNC1LCD17 Products, TLM 1505 Products, TLM-1705 Products, TUS L17AMTN Products, and TUS L17ACTN Products each have fastening parts that include four fastening holes at four corners of the first frame. |
| 44. The rear mountable flat panel display device according to claim 35, wherein the fastening part includes a protruding portion protruding away from the flat display panel. | In addition to the elements listed above that pertain to the limitations of claim 35, the TLM 1505 Products, TLM-1703T Products and TLM-1705 Products each have a fastening part that includes a protruding portion protruding away from the flat display panel |
| 45. The rear mountable flat panel display device according to claim 44, wherein the protruding portion includes a peg having a fastening hole. | In addition to the elements listed above that pertain to the limitations of claim 44, the TLM 1505 Products, TLM-1703T Products, and TLM-1705 Products each have a protruding portion that includes a peg having a fastening hole. |
| 55. A rear mountable flat panel display device comprising: | The TUS P46T Products, ADMNC1LCD17 Products, P42HSMT Products, TLM 1505 Products, TLM-1703T Products, TLM-1703 Products, TLM-1705 Products, TLM-1903 Products, V30CMTT-U62 Products, Hitachi 37HDL52 Products, TUS L17AMTN Products, TUS V17AFTW Products, TUS V23CLTT Products, and TUS L17ACTN Products are each a rear mountable flat panel display device, the rear mounted flat panel display device comprising the following elements. |
| a first frame having a fastening part at a rear surface of the first frame; | The TUS P46T Products, ADMNC1LCD17 Products, P42HSMT Products, TLM 1505 Products, TLM-1703T Products, TLM-1703 Products, TLM-1705 Products, |

| Claims in the '641 Patent | Products |
|---|---|
| | TLM-1903 Products, V30CMTT-U62 Products, Hitachi 37HDL52 Products, TUS L17AMTN Products, TUS V17AFTW Products, TUS V23CLTT Products, and TUS L17ACTN Products each have a first frame having a fastening part at a rear surface of the first frame |
| a second frame; and | The TUS P46T Products, ADMNC1LCD17 Products, P42HSMT Products, TLM 1505 Products, TLM-1703T Products, TLM-1703 Products, TLM-1705 Products, TLM-1903 Products, V30CMTT-U62 Products, Hitachi 37HDL52 Products, TUS L17AMTN Products, TUS V17AFTW Products, TUS V23CLTT Products, and TUS L17ACTN Products each have a second frame. |
| a flat display panel between the first and second frames; | The TUS P46T Products, ADMNC1LCD17 Products, P42HSMT Products, TLM 1505 Products, TLM-1703T Products, TLM-1703 Products, TLM-1705 Products, TLM-1903 Products, V30CMTT-U62 Products, Hitachi 37HDL52 Products, TUS L17AMTN Products, TUS V17AFTW Products, TUS V23CLTT Products, and TUS L17ACTN Products each have a flat display panel between the first and second frames |
| wherein the first frame is capable of being fixed to a housing of a data processing device through the fastening part at the rear surface of the first frame. | The TUS P46T Products, ADMNC1LCD17 Products, P42HSMT Products, TLM 1505 Products, TLM-1703T Products, TLM-1703 Products, TLM-1705 Products, TLM-1903 Products, V30CMTT-U62 Products, Hitachi 37HDL52 Products, TUS L17AMTN Products, TUS V17AFTW Products, TUS V23CLTT Products, and TUS L17ACTN Products each have a first frame that is capable of being fixed to a housing of a data processing device through the fastening part at the rear surface of the first frame. |
| 56. A rear mountable flat panel display device comprising: | The TUS P46T Products, ADMNC1LCD17 Products, TLM 1505 Products, TLM-1703T Products, TLM-1703 Products, TLM-1705 Products, TLM-1903 Products, V30CMTT-U62 Products, Hitachi 37HDL52 Products, TUS L17AMTN Products, TUS V17AFTW Products, TUS V23CLTT Products, and TUS L17ACTN Products are each a rear mountable flat panel display device, the flat panel display device comprising the following elements. |

89

| Claims in the '641 Patent | Products |
|---|---|
| a first frame having a fastening part at a rear surface of the first frame; | The TUS P46T Products, ADMNC1LCD17 Products, TLM 1505 Products, TLM-1703T Products, TLM-1703 Products, TLM-1705 Products, TLM-1903 Products, V30CMTT-U62 Products, Hitachi 37HDL52 Products, TUS L17AMTN Products, TUS V17AFTW Products, TUS V23CLTT Products, and TUS L17ACTN Products each have a first frame having a fastening part at a rear surface of the first frame. |
| a second frame; | The TUS P46T Products, ADMNC1LCD17 Products, TLM 1505 Products, TLM-1703T Products, TLM-1703 Products, TLM-1705 Products, TLM-1903 Products, V30CMTT-U62 Products, Hitachi 37HDL52 Products, TUS L17AMTN Products, TUS V17AFTW Products, TUS V23CLTT Products, and TUS L17ACTN Products each have a second frame |
| and a flat display panel between the first and second frames; | The TUS P46T Products, ADMNC1LCD17 Products, TLM 1505 Products, TLM-1703T Products, TLM-1703 Products, TLM-1705 Products, TLM-1903 Products, V30CMTT-U62 Products, Hitachi 37HDL52 Products, TUS L17AMTN Products, TUS V17AFTW Products, TUS V23CLTT Products, and TUS L17ACTN Products each have a flat display panel between the first and second frames. |
| wherein the first frame is capable of being fixed to a housing of a data processing device through the fastening part at the rear surface of the first frame and the flat display panel is rear mounted. | The TUS P46T Products, ADMNC1LCD17 Products, TLM 1505 Products, TLM-1703T Products, TLM-1703 Products, TLM-1705 Products, TLM-1903 Products, V30CMTT-U62 Products, Hitachi 37HDL52 Products, TUS L17AMTN Products, TUS V17AFTW Products, TUS V23CLTT Products, and TUS L17ACTN Products each have a first frame that is capable of being fixed to a housing of a data processing device through the fastening part at the rear surface of the first frame and the flat display panel is rear mounted. |

| Claims in the '718 Patent | Tatung Monitors |
|---|---|
| 33. A method of assembling a rear mountable flat panel display device capable of being mounted to a housing, comprising: | The ADMNC1LCD17 Products, TLM 1505 Products, TLM-1703T Products, TLM-1703 Products, TLM-1705 Products, TLM-1903 Products, V30CMTT-U62 Products, Hitachi 37HDL52 Products, TUS L17AMTN Products, TUS V17AFTW Products, TUS V23CLTT Products, and TUS L17ACTN Products products are each assembled via a method of assembling a rear mountable flat panel display device capable of being mounted to a housing, that method includes the following steps. |
| placing a flat display panel on a top surface of a backlight unit having a first frame, the first frame having a fastening element for fastening the first frame to the housing, said fastening element being located on a rear surface opposite the top surface of the backlight unit where the flat display panel is placed; | The method of assembling each of the ADMNC1LCD17 Products, TLM 1505 Products, TLM-1703T Products, TLM-1703 Products, TLM-1705 Products, TLM-1903 Products, V30CMTT-U62 Products, Hitachi 37HDL52 Products, TUS L17AMTN Products, TUS V17AFTW Products, TUS V23CLTT Products, and TUS L17ACTN Products products includes placing a flat display panel on a top surface of a backlight unit having a first frame, the first frame having a fastening element for fastening the first frame to the housing, the fastening element being located on a rear surface opposite the top surface of the backlight unit where the flat display panel is placed. |
| placing a second frame on the flat display panel; and | The method of assembling each of the ADMNC1LCD17 Products, TLM 1505 Products, TLM-1703T Products, TLM-1703 Products, TLM-1705 Products, TLM-1903 Products, V30CMTT-U62 Products, Hitachi 37HDL52 Products, TUS L17AMTN Products, TUS V17AFTW Products, TUS V23CLTT Products, and TUS L17ACTN Products products includes placing a second frame on the flat display panel |
| fixing the flat display panel between the first frame of the backlight unit and the second frame | The method of assembling each of the ADMNC1LCD17 Products, TLM 1505 Products, TLM-1703T Products, TLM-1703 Products, TLM-1705 Products, TLM-1903 Products, V30CMTT-U62 Products, Hitachi 37HDL52 Products, TUS L17AMTN Products, TUS V17AFTW Products, TUS V23CLTT Products, and TUS L17ACTN Products products includes fixing the flat display panel between |

91