# EXHIBIT D

# Greenberg Traurig

Frank E. Merideth, Jr
Tel 310 586 7825
Fax 310.586 0275
MeridethF@gtlaw com

April 26, 2007

**VIA EMAIL AND FIRST CLASS MAIL**

Derek Auito, Esq.
McKenna Long & Aldridge LLP
1900 K Street, N.W.
Washington, D.C. 20006

Re:    L.G. Philips, LCD Co., Ltd v. Tatung Company

Dear Derek:

I have reviewed the draft Declaration of Rebecca G. Rudich attached to your letter of April 23, 2007. There are several problems.

The photos that are attached are not viewable on the pdf copy you sent. Please send decipherable copies of the photos.

Paragraphs 7, 12, 13, 14 and 15, contain subjective observations and commentary by Ms. Rudich. In my view, Ms Rudich's uncommunicated thoughts and/or understandings are not relevant or admissible. For example, paragraph 15 claims that when she used the term "rear tray" she understood that term to refer to the "first frame." That understanding is no where reflected in the record.

It was our hope that I could use the Declaration at the trial in lieu of a deposition or live testimony. We cannot use that document in the form you have submitted. If Ms Rudich is willing to sign a Declaration without her uncommunicated thoughts and or understandings, we can proceed in that manner. If she is not, we need to discuss scheduling her deposition.

ALBANY

AMSTERDAM

ATLANTA

BOCA RATON

BOSTON

BRUSSELS*

CHICAGO

DALLAS

DELAWARE

DENVER

FORT LAUDERDALE

HOUSTON

LAS VEGAS

LONDON*

LOS ANGELES

MIAMI

MILAN*

NEW JERSEY

NEW YORK

ORANGE COUNTY

ORLANDO

PHILADELPHIA

PHOENIX

ROME*

SACRAMENTO

SILICON VALLEY

TALLAHASSEE

TAMPA

TOKYO*

TYSONS CORNER

WASHINGTON D.C

WEST PALM BEACH

ZURICH

*Strategic Alliance
Tokyo-Office/Strategic Alliance

www gtlaw com

Greenberg Traurig, LLP | Attorneys at Law | Los Angeles Office | 2450 Colorado Avenue | Suite 400E | Santa Monica. CA 90404
Tel 310 586.7700 | Fax 310.586.7800

Derek Auito, Esq.
April 26, 2007
Page 2


Please let me know as soon as possible.

Very truly yours,

Frank E. Merideth, Jr.

FEM:cdb

cc:   Cass Christenson  (via email)
      Rel Ambrozy (via email)
      Lora Brzezynski (via email)
      Mark Krietzman (via email)
      Valerie Ho (via email)
      Steve Hassid (via email)
      Scott Miller (via email)