IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

LG PHILIPS LCD CO., LTD.,          :
                                    :
            Plaintiff,              :
                                    :
    v.                              :   Civil Action No. 04-343-JJF
                                    :
TATUNG CO., TATUNG COMPANY          :
OF AMERICA, INC., and               :
VIEWSONIC CORP.,                    :
                                    :
            Defendants.             :

## O R D E R

WHEREAS, the Special Master issued a Report and Recommendation (D.I. 601) concerning a letter submision (D.I. 485) by Defendants concerning Plaintiff's compliance with the Protective Order entered in this case and a subsequent discussion on the record of the March 8, 2007 discovery conference;

WHEREAS, no objections to the Report and Recommendation have been filed;

NOW THEREFORE, IT IS HEREBY ORDERED that the Special Master's Report and Recommendation (D.I. 601) is **ADOPTED**.

June 22, 2007
DATE

UNITED STATES DISTRICT JUDGE