IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

LG PHILIPS LCD CO., LTD., :
:
        Plaintiff, :
:
v. : Civil Action No. 04-343-JJF
:
TATUNG CO., TATUNG COMPANY :
OF AMERICA, INC., and :
VIEWSONIC CORP., :
:
        Defendants. :

**O R D E R**

WHEREAS, the Special Master issued a Report and Recommendation (D.I. 579) concerning Plaintiff's Motion To Compel Defendants To Produce Unredacted Documents filed on December 7, 2006[1];

WHEREAS, objections to the Report and Recommendation were due April 2, 2007, and none have been filed;

NOW THEREFORE, IT IS HEREBY ORDERED that the Special Master's Report and Recommendation (D.I. 579) is **ADOPTED**.

June 22, 2007
DATE

UNITED STATES DISTRICT JUDGE

---

[1] It appears that Plaintiff's Motion To Compel was not filed on the Court's docket, as there is no corresponding Motion To Compel filed on December 7, 2006. However, Defendants did file an Opposition To Plaintiff's Motion To Compel (D.I. 365), which was itself incorrectly docketed by Defendants as a Motion To Compel. This docketing error will be corrected by the Docket Clerk so that the Motion To Compel is terminated and the docket text correctly reflects that the document is an Opposition Brief.