IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

LG PHILIPS LCD CO., LTD.,         :
                                  :
            Plaintiff,            :
                                  :
      v.                          :   Civil Action No. 04-343-JJF
                                  :
TATUNG CO., TATUNG COMPANY        :
OF AMERICA, INC., and             :
VIEWSONIC CORP.,                  :
                                  :
            Defendants.           :

## O R D E R

WHEREAS, the Special Master issued a Report and Recommendation (D.I. 611) concerning two Motions To Compel filed by Plaintiff, one dated September 27, 2006 and one dated December 22, 2006[1], regarding the production of non-technical information related to the accused products;

WHEREAS, objections to the Report and Recommendation were due April 19, 2007, and none have been filed;

NOW THEREFORE, IT IS HEREBY ORDERED that the Special Master's Report and Recommendation (D.I. 611) is **ADOPTED**.

June 22, 2007
DATE

UNITED STATES DISTRICT JUDGE

---

[1] It appears to the Court that Plaintiff's Motions were not filed on the Court's docket, as there is no corresponding Motions To Compel filed either on September 27, 2006 or December 22, 2006.