# EXHIBIT B



# CONNOLLY BOVE LODGE & HUTZ LLP
### ATTORNEYS AT LAW

Wells Fargo Center
South Tower, Suite 3150
355 South Grand Avenue
Los Angeles CA 90071
TEL (213) 787 2500
FAX (213) 687 0498

**Scott R. Miller**
Partner

**TEL** (213) 787-2510
**FAX** (213) 687-0498
**EMAIL** smiller@cblh.com
**REPLY TO** Los Angeles Office

www.cblh.com

*Via Email and U.S. Mail*

October 11, 2006

Rel S. Ambrozy, Esq.
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC  20006-1108

Mark H. Krietzman, Esq.
Greenberg Traurig, LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, CA  90404

**Re:**   **Proposed Deadline for Post-Markman Discovery
Supplementation
*LG.Philips LCD Co., Ltd. v. ViewSonic Corporation, et al.*
USDC Case No. 04-343 JJF**

Dear Counsel:

In reviewing the transcript of the hearing held before Special Master Poppiti on August 23, 2006, I was reminded of the discussion between the parties regarding the supplementation of discovery responses after the Court issues its Markman ruling, and the requests from the Special Master that the parties make a joint proposal to him in that regard if possible.  To that end, ViewSonic suggests that the parties agree to supplement all prior discovery responses which have previously been determined to be premature based upon the absence of a Markman ruling, at a date which is 45 days after the Court issues its Markman ruling, or the next business day should the 45th day fall on a holiday.

Please let us know if you are agreeable to this proposal and we will report same to the Special Master.

Sincerely,

Scott R. Miller

cc:    Tracy R. Roman, Esq. (via email)
       Richard D. Kirk, Esq. (via email)
       Frederick L. Cottrell III, Esq. (via email)
       Jaclyn M. Mason, Esq. (via email)
       Manuel C. Nelson, Esq. (via email)