# EXHIBIT C

Case 1:04-cv-00343-JJF   Document 701-4   Filed 06/25/2007   Page 1 of 2

| Atlanta | **McKenna Long** | San Diego |
| Denver | **& Aldridge** LLP | San Francisco |
| Los Angeles | Attorneys at Law | Washington, DC |
| Philadelphia | 1900 K Street, NW • Washington, DC 20006<br>202.496.7500 • Fax: 202.496.7756<br>www.mckennalong.com | Brussels |

REL S. AMBROZY
(202) 496-7693

EMAIL ADDRESS
rambrozy@mckennalong.com

November 3, 2006

VIA E-MAIL AND US MAIL

Scott R. Miller
Connolly Bove Lodge & Hutz LLP
Wells Fargo Center
South Tower, Suite 3150
355 South Grand Avenue
Los Angeles, CA 90071
smiller@cblh.com

Mark H. Krietzman
Greenberg Traurig LLP
2450 Colorado Avenue
Suite 400E
Santa Monica, CA 90404
krietzmanm@GTLAW.com

Re: *LG.Philips LCD Co., Ltd. v. ViewSonic Corporation, et al.*;
U.S. District Court Case No. 04-343 JJF

Dear Counsel:

We agree to Viewsonic's October 11, 2006 proposal to supplement all of LPL's discovery responses within 45 days of the Court's issuance of its claim construction ruling. Of course, LPL's willingness to so supplement is contingent on all parties agreeing to supplement on that date as well.

As with the parties' exchange of the proffered claim constructions, we propose all parties conduct a simultaneous exchange of the supplementations - *i.e.*, mail the supplemental responses via first class mail on the day it is due, and then email each party's respective supplementation at noon EST the next day.

We look forward to hearing back from all parties on these two proposals.

Sincerely,

Rel S. Ambrozy

RSA:ms
cc:  Tracy R. Roman    (via email)
     Valerie W. Ho     (via email)
     Jong P. Hong      (via email)
     Manuel Nelson     (via email)
     Steve Hassid      (via email)