IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., <br><br> Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> TATUNG CO.; TATUNG COMPANY OF AMERICA, INC.; and VIEWSONIC CORPORATION, <br><br> Defendants/Counterclaim Plaintiffs. | Civil Action No. 04-343 (JJF) <br><br> JURY TRIAL DEMANDED <br><br> **FILED UNDER SEAL** |

**DECLARATION OF REL S. AMBROZY IN SUPPORT OF PLAINTIFF LG. PHLLIPS LCD CO., LTD'S EXCEPTIONS TO THE SPECIAL MASTER'S REPORT AND RECOMMENDATIONS ON CLAIM CONSTRUCTION**

                                                     THE BAYARD FIRM

                                                     Richard D. Kirk (rk0922)
                                                     Ashley B. Stitzer (as3891)
                                                     222 Delaware Avenue, Suite 900
                                                     P.O. Box 25130
                                                     Wilmington, DE  19899-5130
                                                     (302) 655-5000
                                                     rkirk@bayardfirm.com
                                                     astitzer@bayardfirm.com

                                                     Counsel for Plaintiff
                                                     LG.PHILIPS LCD CO., LTD.

OF COUNSEL:

Gaspare J. Bono
Rel S. Ambrozy
Cass W. Christenson
Audrey E. Klein
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, D.C. 20006
(202) 496-7500

July 6, 2007

# THIS DOCUMENT WAS FILED UNDER SEAL

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on July 6, 2007, she electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Jeffrey B Bove, Esq.
James D. Heisman, Esq.
Jaclyn M. Mason, Esq.
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899-2207

Frederick L. Cottrell, III, Esq.
Anne Shea Gaza, Esq.
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

The undersigned counsel further certifies that copies of the foregoing document were sent by email and by hand on July 6, 2007 to the above counsel and were sent by email and by U.S. Mail on July 6, 2007 to the following non-registered participants:

Scott R. Miller, Esq.
Connolly Bove Lodge & Hutz LLP
355 South Grand Avenue
Suite 3150
Los Angeles, CA 90071

Valerie Ho, Esq.
Mark H. Krietzman, Esq.
Frank C. Merideth, Jr., Esq.
Greenberg Traurig LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404

Tracy Roman, Esq.
Raskin Peter Rubin & Simon LLP
1801 Century Park East, Suite 2300
Los Angeles, CA 90067

/s/ Ashley B. Stitzer (as3891)
Ashley B. Stitzer

571447-1