IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

LG.PHILIPS LCD CO., LTD.,

    Plaintiff,

v.

TATUNG CO.;
TATUNG COMPANY OF AMERICA, INC.; AND
VIEWSONIC CORPORATION,

    Defendants.

CIVIL ACTION NO. 04-343-JJF

**[EXHIBIT 29 HERETO IS FILED UNDER SEAL]**

## DECLARATION OF JAMES D. HEISMAN
## IN SUPPORT OF DEFENDANT VIEWSONIC CORPORATION'S
## EXCEPTIONS TO THE SPECIAL MASTER'S
## REPORT AND RECOMMENDATION REGARDING CLAIM CONSTRUCTION

James D. Heisman, being duly sworn, deposes and says as follows:

I am a partner of Connolly Bove Lodge & Hutz, LLP, counsel of record for ViewSonic Corporation in this action. I submit this declaration in support of ViewSonic Corporation's Exceptions to the Special Master's Report and Recommendation Regarding Claim Construction.

1. Attached as **Exhibit 27** hereto is a true and correct copy of selected drawings from U.S. Patent Nos. 6,501,641; 5,946,061; and 5,835,139.

2. Attached as **Exhibit 28** hereto is a true and correct recitation of excerpts from the patents in suit.

3. Attached as **Exhibit 29** hereto is a true and correct copy of the transcript of excerpts from the deposition of Jong Hwan Kim conducted on March 2, 2007.

4. Attached as **Exhibit 30** hereto is a true and correct copy of U.S. Patent No. 6,411,501, the document marked as Exhibit 20 during the deposition of Jong Hwan Kim.

5. Attached as **Exhibit 31** hereto is a true and correct copy of the uncertified file history for U.S. Patent No. 6,411,501.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. This Declaration is executed this 6th day of July, 2007, in Wilmington, Delaware.

By: /s/ *James D. Heisman*
James D. Heisman (#2746)

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2007, a true copy of the foregoing document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following and the document is available for viewing and downloading from CM/ECF:

Richard D. Kirk
Ashley Blake Stitzer
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE  19801

Anne Shea Gaza
Frederick L. Cottrell III
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE  19801

I hereby certify that on July 6, 2007, I have sent by email the foregoing document to the following non-registered participants:

Cass W. Christenson
Lora A. Brzezynski
Rel S. Ambrozy
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC  20006

Mark H. Krietzman
Valerie W. Ho
Frank E. Merideth, Jr.
Steve P. Hassid
Greenberg Traurig, LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, CA  90404

Tracy R. Roman
Raskin Peter Rubin & Simon
1801 Century Park East 23rd Floor
Los Angeles, CA  90067

By: /s/ James D. Heisman
    James D. Heisman (#2746)
    jheisman@cblh.com