# EXHIBIT 31

US006411501B1

(12) **United States Patent**
Cho et al.

(10) Patent No.: **US 6,411,501 B1**
(45) Date of Patent: **Jun. 25, 2002**

(54) **PORTABLE COMPUTER AND METHOD FOR MOUNTING A FLAT DISPLAY DEVICE MODULE**

(75) Inventors: **Young Woo Cho; Jong Hwan Kim; Dae Hee Park**, all of Kyonggi-do (KR)

(73) Assignee: **LG Philips LCD Co., Ltd.**, Seoul (KR)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/437,222**

(22) Filed: **Nov. 10, 1999**

(30)    **Foreign Application Priority Data**

Nov. 11, 1998    (KR) ............................................. 98-48265

(51) **Int. Cl.⁷** ................................................. G06F 1/16
(52) **U.S. Cl.** ....................... 361/681; 361/682; 361/683; 349/58
(58) **Field of Search** ................................. 361/679–683; 292/8, 56, 32, 94, 11; 248/917–923; 349/58, 59, 60; 16/342, 307

(56)    **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,379,182 A | * | 1/1995 | Fujimori et al. | ............. 361/681 |
| 5,467,504 A | * | 11/1995 | Yang | ............. 16/342 |
| 5,566,048 A | * | 10/1996 | Esterberg et al. | ............. 361/681 |
| 5,844,774 A | * | 12/1998 | Gushiken et al. | ............. 361/681 |
| 5,872,606 A | * | 2/1999 | Kim | ............. 249/58 |
| 5,946,061 A | * | 8/1999 | Kurihara et al. | ............. 349/58 |
| 6,064,565 A | * | 5/2000 | Ishihara et al. | ............. 361/681 |

* cited by examiner

*Primary Examiner*—Darren Schuberg
*Assistant Examiner*—Yean Hsi Chang
(74) *Attorney, Agent, or Firm*—Long Aldridge & Norman LLP

(57)    **ABSTRACT**

Disclosed is a computer that includes: a system body having an input device; a display module having a display surface and a rear surface; a display case having a side wall surface; and a hinge pivotally coupling the body to the display module, the hinge including a hinge frame having first and second surfaces, the first surface coupled with the rear surface of the display module, the second surface coupled with the side wall surface of the display case.

**31 Claims, 14 Drawing Sheets**



**U.S. Patent**    Jun. 25, 2002    Sheet 1 of 14    US 6,411,501 B1



**FIG. 1**

VS078181



*FIG. 2*

VS078182



*FIG. 3A*



*FIG. 3B*

VS078184

**U.S. Patent**     Jun. 25, 2002     Sheet 5 of 14     US 6,411,501 B1



*FIG. 4*

VS078185



*FIG. 5*

VS078186

**U.S. Patent**    **Jun. 25, 2002**    **Sheet 7 of 14**    **US 6,411,501 B1**



**FIG. 6**

VS078187

U.S. Patent    Jun. 25, 2002    Sheet 8 of 14    US 6,411,501 B1



**FIG. 7**

VS078188



*FIG. 8*

VS078189



**FIG. 9**

VS078190

**U.S. Patent**    Jun. 25, 2002    Sheet 11 of 14    US 6,411,501 B1



**FIG. 10A**



**FIG. 10B**

VS078191



*FIG. 10C*

VS078192



*FIG. 11*



**FIG. 12**



**FIG. 13**

VS078194

US 6,411,501 B1

1

## PORTABLE COMPUTER AND METHOD FOR MOUNTING A FLAT DISPLAY DEVICE MODULE

This application claims the benefit of Korean Patent Application No. 1998-48265, filed on Nov. 11, 1998, which is hereby incorporated by reference for all purposes as if fully set forth herein.

### BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates generally to a flat panel display device, and more particularly, to a flat panel display device mounting structure on a computer.

2. Description of the Related Art

Flat panel display devices include liquid crystal display (LCD) devices which are used widely, plasma display panels (PDP), and field emission displays (FED) which have been studied recently and may be applied to computers in the near future.

For convenience of explanation, the present invention will be discussed with respect to the LCD as an example of a flat screen type display device and a portable computer mounted with the LCD.

Referring to FIG. 1, a general portable computer such as a laptop or notebook computer typically includes a body 100, a flat panel display device assembly 110 coupled to the body 100 via a hinge mechanism 124. The flat panel display device assembly 110 has a flat panel display module 111 and a display case 122 supporting the module 111. The body 100 has an input device 102 such as a keyboard. As a flat panel display module 111, the LCD is widely used in portable computers and flat screen monitors.

Referring to FIG. 2 which shows a conventional assembly structure of the LCD device applied to a conventional portable computer, the display case 122 has a rear case 123 and a front case or frame 121 for mounting the LCD module 130. The rear case 123 has an outer surface and an inner surface and connecting ribs 123a formed at the corners.

The LCD module 130 has an LCD panel 132, a back light device 134 fixed to the back of the LCD panel 132, and a metal sash or supporting frame 136 for assembling the panel 132 and the back light device 134 along the edge.

At the corners of the metal sash 136, corresponding to the positions of the ribs 123a of the rear case 123, a plurality of protrusions 136a having holes are formed.

For mounting the LCD module 130 to the case 122, the LCD module 130 is placed on the rear case 123 and the holes of the metal sash 136 and the ribs 123a are fastened together preferably by screws 138. The front case 121 is coupled to the rear case 123.

Hereinafter, the way in which the LCD module is mounted to the case from the front toward the rear direction is defined as the front mounting method, and the assembled structure of the LCD module and the case made through the front mounting method is defined as the front mounting structure.

In the front mounting structure of the LCD module 130, since the protrusions 136a require additional space corresponding to the protruded width "d", the ratio of the display area of the LCD module 130 to the fixed size of the case 122 is reduced.

The front mounting structure may also include an additional feature to further support the LCD panel, as shown in FIGS. 3A and 3B.

2

Referring to FIGS. 3A and 3B, a conventional LCD device assembly 110 includes an LCD panel 112, a back light device (not shown) for the LCD panel 112, and a display case 122 supporting an LCD module 111. The LCD panel 112 and the back light device are assembled by a metal sash 114 along the edges together with a plastic mold frame (not shown) supporting the back light device.

The display case 122 is coupled to a body 120 via a hinge mechanism 124, which may from the body 120. The display case 122 and the hinge mechanism 124 allow the LCD device assembly 110 to pivotally move with respect to the body 120.

Two opposite sides of the metal sash 114 include flanges 114a for assembling the LCD module 111 to the display case 122, and flanges 114b for assembling the LCD module 111 to the hinge frame or hinge arm 126. Hereinafter, the former is referred as a fixing flange and the latter is referred as a mounting flange in this specification for distinction purposes. As shown in FIG. 3B, the fixing flanges 114a have a protruding width d2 and the mounting flanges 114b have a protruding width d1. A screw hole is formed in each of the flanges 114a and 114b. On the inner or bottom interior surface of the display case 122, ribs 122a are formed corresponding to the holes of the fixing flange 114a.

To mount the LCD module 111, the hinge frame 126 and the mounting flanges 114b of the metal sash 114 are screwed together, and the fixing flanges 114a of the metal sash 114 and the ribs 122a are screwed together by bolts 128.

In the mounting structure shown in FIG. 3B, the metal sash or support frame 114 requires side spaces for the flanges 114a and 114b. Therefore, the side space D (d1+d2) results in a reduction of the ratio of the display area of the LCD panel 112 relative to the display case 122. Moreover, as the display panel size increases, the display case 122 becomes undesirably large, especially for a portable computer such as a laptop computer.

To solve the above problem, an assembling structure has been suggested, as shown in FIG. 4, which is a partial perspective view. The hinge arm or frame 126, the case 122 and the side wall portion of the display module 110 are screwed together by bolts 128. However, although the embodiment shown in FIG. 4 is a good solution, there may be some instances where it is desired to attach the hinge arm, the case and the side wall portion of the display module without using a screw hole in the side space (FIG. 3A).

### SUMMARY OF THE INVENTION

Accordingly, the present invention is directed to a portable computer that substantially obviates one or more of the problems due to limitations and disadvantages of the related art.

An object of the present invention is to minimize the non-display area of the LCD device.

Another object of the present invention is to provide a computer having a flat panel display device with a maximum display area and a minimal display case size.

A further object of the present invention is to provide a firm mounting structure for a flat panel display device on a computer.

Additional features and advantages of the invention will be set forth in the description which follows, and in part will be apparent from the description, or may be learned by practice of the invention. The objectives and other advan-

VS078195

US 6,411,501 B1

**3**

tages of the invention will be realized and attained by the structure particularly pointed out in the written description and claims hereof as well as the appended drawings.

To achieve these and other advantages and the in accordance with the purpose of the present invention, as embodied and broadly described, the present invention provides, in one aspect, a computer including: a system body having an input device; a display module having a display surface and a rear surface; a display case having a side wall surface; and a hinge pivotally coupling the body to the display module, the hinge including a hinge frame having first and second surfaces, the first surface coupled with the rear surface of the display module, the second surface coupled with the side wall surface of the display case.

In another aspect, the present invention provides a portable computer including: a system body; a display module having a display surface and a side wall surface; a display case having an inner surface; and a hinge pivotally coupling the body to the display case, the hinge including a hinge frame having first and second surfaces, the first surface coupled with the inner surface of the display case, the second surface coupled with the side wall surface of the display module.

In another aspect, the present invention provides a computer including: a system body; a display module having a display surface; a display case having side walls, the display module secured between the side walls of the display case; and a hinge pivotally coupling the body to the display case, the hinge including a hinge frame coupled to the inner surface of the display case.

The present invention according to a first embodiment provides a method for mounting a display module in a portable computer including a system body, a display case having a side wall surface, a hinge having a hinge frame having first and second surfaces, the first surface being substantially parallel to a rear surface of the display module, the second surface being substantially parallel to the side wall surface of the display case, the hinge pivotally coupling the system body to the display case, the method comprising: arranging the hinge frame so that the first surface thereof is positioned between the display case and the rear surface of the display module, and so that the second surface thereof is positioned between the display module and the side wall surface of the display case; fastening the first surface of the hinge frame to the rear surface of the display module; and fastening the second surface of the hinge frame to the side wall surface of the display case.

The present invention according to a second embodiment provides a method for mounting a display module having a side wall surface in a portable computer including a system body, a display case having inner and side wall surfaces, a hinge having a hinge frame having first and second surfaces, the first surface being substantially parallel to a rear surface of the display module, the second surface being substantially parallel to the side wall surface of the display case, the hinge pivotally coupling the system body to the display case, the method comprising: arranging the hinge frame so that the first surface thereof is positioned between the display case and the rear surface of the display module, and so that the second surface thereof is positioned between the display module and the side wall surface of the display case; fastening the first surface of the hinge frame to the inner surface of the display case; and fastening the second surface of the hinge frame to the side wall surface of the display module.

The present invention according to a second embodiment also provides a method for mounting a display module

**4**

having a side wall surface in a portable computer including a system body, a display case having an inner and two side wall surfaces, a hinge having a hinge frame, the hinge pivotally coupling the system body to the display case, the method comprising: arranging the hinge frame so that a surface thereof is positioned between the inner surface of the display case and the rear surface of the display module; fastening the surface of the hinge frame to the inner surface of the display case; and securing the display module between the side walls of the display case.

Preferably, the display module is a liquid crystal display device (LCD) module.

Preferably, the first and second surfaces of the hinge frame are substantially perpendicular to each other.

Preferably, the first surface of the hinge frame has at least one fixing protrusion protruded toward the rear surface of the display module, and the rear surface of the display module has at least one fixing hole corresponding to the fixing protrusion of the first surface.

Preferably, the fixing protrusion is a fastener.

Preferably, the second surface of the hinge frame is screw-coupled with the side wall surface of the display case.

Preferably, the hinge frame further has a third surface for supporting an edge of the display surface of the display module, and the third surface is substantially perpendicular to the second surface.

Preferably, the fixing protrusion is a fastener.

It is to be understood that both the foregoing general description and the following detailed description are exemplary and are intended to provide further explanation of the invention as claimed.

BRIEF DESCRIPTION OF THE DRAWINGS

The accompanying drawings, which are included to provide a further understanding of the invention and are incorporated in and constitute a part of this specification, illustrate embodiments of the invention and together with the description serve to explain the principles of the invention.

In the drawings:

FIG. 1 is a perspective view showing a general portable computer;

FIG. 2 shows a structure for mounting an LCD device for a portable computer;

FIGS. 3A and 3B are a perspective view and a front view, respectively, showing a structure for mounting an LCD device for a portable computer;

FIG. 4 is a partial view showing another mounting structure of the LCD device for a conventional portable computer;

FIG. 5 is an exploded perspective view illustrating a structure for mounting a liquid crystal display module of a portable computer according to a first embodiment of the present invention;

FIG. 6 is a bottom view illustrating a rear surface of a liquid crystal display module of a portable computer according to the first embodiment of the present invention;

FIG. 7 is a partially exploded perspective view illustrating a structure for mounting a liquid crystal display module of a portable computer according to a first embodiment of the present invention;

FIG. 8 is a partially exploded perspective view illustrating a modification of a structure for mounting a liquid crystal display module of a portable computer according to a first embodiment of the present invention;

US 6,411,501 B1

5

6

FIG. 9 is a partially exploded perspective view illustrating another modification of a structure for mounting a liquid crystal display module of a portable computer according to a first embodiment of the present invention;

FIGS. 10A, 10B and 10C are partially exploded perspective views illustrating various modifications of a structure for mounting a liquid crystal display module of a portable computer according to a first embodiment of the present invention

FIG. 11 is an exploded perspective view illustrating a liquid crystal display module according to a second embodiment according to the invention;

FIG. 12 is a partially exploded perspective view illustrating a structure for mounting a liquid crystal display module of a portable computer according to a second embodiment of the present invention; and

FIG. 13 is a partially exploded perspective view illustrating another structure for mounting a liquid crystal display module of a portable computer according to a second embodiment of the present invention.

DETAILED DESCRIPTION OF PREFERRED
EMBODIMENTS

Reference will now be made in detail to the preferred embodiments of the present invention, an example of which is illustrated in the accompanying drawings.

Referring FIGS. 5 and 6, which show a first embodiment, a display module 10 (which may be a liquid crystal display module) has a display panel 12 and a back light device 14, both of which are assembled to each other by first and second frames 16a and 16b. The back light device 14 comprises a reflective sheet 14a, a wave guide plate 14b, a first diffuser/protecting sheet 14c, a first prism sheet 14d, a second prism sheet 14e, and a second diffuser/protecting sheet 14f, which are layered in this order. The display panel 12 and the back light device 14 are supported by first and second frames 16a and 16b, and the second frame 16b has a fixing hole 15. As shown in FIG. 5, a plurality of fixing holes 15 are preferably arranged at each corner of the display module 10. The fixing holes 15 may have the shape of a rib, if necessary.

FIG. 7 is a partially exploded perspective view illustrating structure for mounting a liquid crystal display module of a portable computer according to a first.

A hinge mount 40 is positioned at a protruded portion of a system body 50 such that a display assembly having the display module 10 and the display case 30 pivotally moves with respect to the body 50. A hinge frame 20 is positioned on an inner, or bottom interior, surface of the display case 30. The hinge frame 20 is comprised of a pin portion 20a at its one end, which is inserted into the hinge mount 40, and a "L"-shaped portion 20b which has first and second surfaces 21 and 22. The first surface 21 is parallel to a rear surface of the display module 10, and the second surface 22 is parallel to a side wall surface of the display module 10. The pin portion 20a can be coupled to the L-shaped portion 20b or be integrally formed with the L-shaped portion 20b. The hinge frame 20 also extends along the side wall surface of the display module 10. The first surface 21 has at least one fixing protrusion 27 corresponding to the fixing holes 15 of the rear surface of the display module 10, and the second surface 22 has at least one hole 28 corresponding to the through holes 31 of the side wall surface of the display case 30.

A preferred method for mounting the display module 10 according to the first embodiment is explained hereinafter.

The fixing protrusion 27 of the second surface 22 of the L-shaped portion 20b of the hinge frame 20 is inserted into the fixing holes 15 of the display module 10 such that the display module 10 is secured. Then a coupling member 18 such as a screw and a nail passes through the hole 28 of the second surface 22 and the through hole 31 of the display case 30 such that the hinge frame 20 is fixed to the display case 30.

Also, the fixing protrusion 27 preferably has the shape of a plastic hook or a fastener for firmly holding the display module 10, and an inlet portion of the fixing hole 15 is preferably narrower than an interior portion of the fixing hole 15.

To provide a more shockproof and shake-proof mounting structure, the hinge frame 20 can have the shape of "C" as shown in FIG. 8. That is, the hinge frame 20 further has a third surface 23 to support both upper edges of opposing sides of the display module 10 parallel to the hinge frame 20. The first and third surfaces 21 and 23 can be integrally formed with the second surface 22, or can be attachable brackets.

FIG. 9 shows another modification of the first embodiment.

The hinge frame 20 can have a reverse "F" shaped first surface 21 to hold the display module 10, instead of a long elongated first surface 21 (see FIG. 7).

FIGS. 10A, 10B and 10C are other modifications of a mounting structure according to the first embodiment.

The hinge frames 20a, 20b and 20c may have various shapes of first surfaces 21 to enhance a fixing force of a display module 10.

FIG. 11 illustrates a second embodiment, wherein the structure of the display module 10 is similar to that shown in FIG. 5, and therefore, the explanation thereof is not repeated here. However, the display module 10 has a plurality of fixing holes 19 on the side wall surface thereof other than the rear surface thereof. The fixing holes 19 are for a side mounting method wherein the side wall of the display module 10 is coupled to a hinge frame or to the case. That is, the display module 10 can be assembled to the hinge frame 20 (see FIG. 7) not to the case 30 (see FIG. 7). It is also possible that the display module 10 is assembled to the case 30 directly, without engaging the hinge frame 20 therebetween.

FIG. 12 shows an exemplary mounting structure wherein the hinge frame is assembled to the inner, or bottom interior, surface of the case 30 and the display module 10 is mounted inside of the case 30. Preferably, the hinge frame 20 has an "L" shape and has a first surface 21 contacting with the rear surface of display module 10 and a second surface 22 contacting with the side wall surface of the display module 10. The display case 30 has a plurality of screw holes (not shown) on the inner surface thereof, and the first surface 21 of the hinge frame 20 has a plurality of screw holes 25 corresponding to the screw holes of the display case 30. Further, the second surface 21 of the hinge frame 20 preferably has a plurality of screw holes 26 corresponding to the screw holes 19 of the side wall surface of the display module 10. Thus, the first surface 21 of the hinge frame 20 is coupled with the display case 30, and the second surface 22 of the hinge frame 20 is coupled with the display module 10.

FIG. 13 shows another exemplary mounting structure of the second embodiment. The structure of FIG. 13 also shows a mounting structure wherein the hinge frame 20 is assembled to the inner surface of the case 30.

VS078197

US 6,411,501 B1

7

The first surface 21 of the hinge frame 20 has a plurality of plastic hooks or fasteners protruded toward the inner surface of the case 30, and the display case 30 has a plurality of fastener fixing holes 19a corresponding to the fastener, thereby the first surface 21 of the hinge frame 20 is coupled with the display case 30 by pressing the first surface 21 without tightening a screw.

In the second embodiment, instead of a screw and fastener, a nail can be employed. Further, the hinge frame may be "C" shaped, and a bracket having a long length may be used instead of the hinge frame integrally formed with the pin portion. The hinge frame may have a short length.

As described until here, using the mounting structure according to the invention, the display area is maximized, and a more shock-proof display assembly is provided. Further, the mounting structure according to one embodiment of the invention has an advantage that the display assembly can be assembled to the case without tightening a screw into the side wall surface of the display module. The invention also shows that the hinge frame of the invention can be assembled to a rear surface of the display module or to an inner surface of the case.

Other embodiments of the invention will be apparent to the skilled in the art from consideration of the specification and practice of the invention disclosed herein. It is intended that the specification and examples be considered as exemplary only, with the true scope and spirit of the invention being indicated by the following claims.

What is claimed is:

1. A portable computer, comprising:
a system body having an input device;
a display module having a display surface and a rear surface;
a display case having a side wall surface; and
a hinge pivotally coupling the system body to the display module, the hinge including a hinge frame having first and second surfaces, the first surface coupled with the rear surface of the display module, the second surface coupled with the side wall surface of the display case.

2. The computer of claim 1, wherein the display module is a liquid crystal display (LCD) module.

3. The computer of claim 2, wherein the first and second surfaces of the hinge frame are substantially perpendicular to each other.

4. The computer of claim 2, wherein the first surface of the hinge frame has at least one fixing protrusion protruded toward the rear surface of the display module, and the rear surface of the display module has at least one fixing hole corresponding to the fixing protrusion of the first surface.

5. The computer of claim 4, wherein the fixing protrusion is a fastener.

6. The computer of claim 4, wherein the second surface of the hinge frame is screw-coupled with the side wall surface of the display case.

7. The computer of claim 2, wherein the hinge frame further has a third surface for supporting an edge of the display surface of the display module, and the third surface is substantially perpendicular to the second surface.

8. A portable computer, comprising:
a system body;
a display module having a display surface and a side wall surface;
a display case having an inner surface; and
a hinge pivotally coupling the system body to the display case, the hinge including a hinge frame having first and

8

second surfaces, the first surface coupled with the inner surface of the display case, the second surface coupled with the side wall surface of the display module.

9. The computer of claim 8, wherein the display module is a liquid crystal display (LCD) module.

10. The computer of claim 9, wherein the first surface of the hinge frame is screw-coupled with the inner surface of the display case, and the second surface of the hinge frame is screwcoupled with the side wall surface of the display module.

11. The computer of claim 9, wherein the first surface of the hinge frame has at least one fixing protrusion protruded toward the inner surface of the display case, and the inner surface has at least one fixing hole corresponding to the fixing protrusion of the first surface.

12. The computer of claim 11, wherein the fixing protrusion is a fastener.

13. A computer, comprising:
a system body;
a display module having a display surface;
a display case having side walls, the display module secured between the side walls of the display case; and
a hinge pivotally coupling the body to the display case, the hinge including a hinge frame coupled to the inner surface of the display case.

14. The computer of claim 13, wherein the display module is a liquid crystal display (LCD) module.

15. The computer of claim 14, wherein the hinge frame is screw-coupled with the inner surface of the display case.

16. The computer of claim 14, wherein the hinge frame has at least one fixing protrusion protruded toward the inner surface of the display case, and the inner surface has at least one fixing hole corresponding to the fixing protrusion of the hinge frame.

17. The computer of claim 16, wherein the fixing protrusion is a fastener.

18. A method for mounting a display module in a portable computer including a system body, a display case having a side wall surface, a hinge having a hinge frame having first and second surfaces, the first surface being substantially parallel to a rear surface of the display module, the second surface being substantially parallel to the side wall surface of the display case, the hinge pivotally coupling the system body to the display case, the method comprising:
arranging the hinge frame so that the first surface thereof is positioned between the display case and the rear surface of the display module, and so that the second surface thereof is positioned between the display module and the side wall surface of the display case;
fastening the first surface of the hinge frame to the rear surface of the display module; and
fastening the second surface of the hinge frame to the side wall surface of the display case.

19. The method of claim 18, wherein the display module is a liquid crystal display (LCD) module.

20. The method of claim 18, wherein the first surface of the hinge frame has at least one fixing protrusion protruded toward the rear surface of the display module, and the rear surface of the display module has at least one fixing hole corresponding to the fixing protrusion of the first surface of the hinge frame.

21. The method of claim 18, wherein the first surface of the hinge frame is screw-coupled with the rear surface of the display module.

22. The method of claim 18, wherein the second surface of the hinge frame is screw-coupled with the side wall surface of the display case.

VS078198

US 6,411,501 B1

**9**

23. A method for mounting a display module having a side wall surface in a portable computer including a system body, a display case having inner and side wall surfaces, a hinge having a hinge frame having first and second surfaces, the first surface being substantially parallel to a rear surface of the display module, the second surface being substantially parallel to the side wall surface of the display case, the hinge pivotally coupling the system body to the display case, the method comprising:

    arranging the hinge frame so that the first surface thereof is positioned between the display case and the rear surface of the display module, and so that the second surface thereof is positioned between the display module and the side wall surface of the display case;

    fastening the first surface of the hinge frame to the inner surface of the display case; and

    fastening the second surface of the hinge frame to the side wall surface of the display module.

24. The method of claim 23, wherein the display module is a liquid crystal display (LCD) module.

25. The method of claim 23, wherein the first surface of the hinge frame is screw-coupled with the inner surface of the display case.

26. The method of claim 23, wherein the second surface of the hinge frame is screw-coupled with the side wall surface of the display module.

**10**

27. The method of claim 23, wherein the first surface of the hinge frame is coupled to the inner surface of the display case by a fastener.

28. A method for mounting a display module having a side wall surface in a portable computer including a system body, a display case having an inner and two side wall surfaces, a hinge having a hinge frame, the hinge pivotally coupling the system body to the display case, the method comprising:

    arranging the hinge frame so that a surface thereof is positioned between the inner surface of the display case and the rear surface of the display module;

    fastening the surface of the hinge frame to the inner surface of the display case; and

    securing the display module between the side walls of the display case.

29. The method of claim 28, wherein the display module is a liquid crystal display (LCD) module.

30. The method of claim 28, wherein the surface of the hinge frame is screw-coupled with the inner surface of the display case.

31. The method of claim 28, wherein the surface of the hinge frame is coupled to the inner surface of the display case by a fastener.

\* \* \* \* \*

VS078199



JC542 U.S. PTO
09 437222
11/10/99

ISSUE CLASSIFICATION
Class
Subclass
361 68/

PATENT NUMBER

**6411501**

6411501

## U.S. UTILITY PATENT APPLICATION

O.I.P.E.

SCANNED _____ Q.A. _____

**PATENT DATE**

JUN 2 5 2002

| SECTOR | CLASS | SUBCLASS | ART UNIT | EXAMINER |
|--------|-------|----------|----------|----------|
|  |  |  |  |  |

FILED WITH: ☐ DISK (CRF)   ☐ FICHE
(Attached in pocket on right inside flap)

---

| PREPARED AND APPROVED FOR ISSUE |
|---|

### ISSUING CLASSIFICATION

| ORIGINAL | | CROSS REFERENCE(S) | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| CLASS | SUBCLASS | CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) | | | | | | |
| 361 | 68/ | 361 | 682 | 683 | | | | | |
| **INTERNATIONAL CLASSIFICATION** | | 343 | 68 | | | | | | |
| G 0 6 F | 1/16 | | | | | | | | |
| | / | | | | | | | | |
| | / | | | | | | | | |
| | / | | | | | | | | |
| | / | | | | | ☐ Continued on Issue Slip Inside File Jacket | | | |

---

| ☐ **TERMINAL DISCLAIMER** | **DRAWINGS** | | | **CLAIMS ALLOWED** | |
|---|---|---|---|---|---|
| | Sheets Drwg. | Figs. Drwg. | Print Fig. | Total Claims | Print Claim for O.G. |
| | 14 | 15 | 7 | 31 | 1 |

| ☐ a) The term of this patent subsequent to _____ (date) has been disclaimed. | | **NOTICE OF ALLOWANCE MAILED** |
|---|---|---|
| | (Assistant Examiner)        2/8/02 (Date) | 2 - 22 - 02 |
| ☐ b) The term of this patent shall not extend beyond the expiration date, of U.S Patent No. _____ _____ _____ | DARREN SCHUBERG PRIMARY EXAMINER Supervisory Patent (Primary Examiner)      2/19/02 (Date) | **ISSUE FEE** |
| | | Amount Due | Date Paid |
| | | 1280.00 | |
| ☐ c) The terminal ____ months of this patent have been disclaimed. | Roberton         2-26-2 (Legal Instruments Examiner)   (Date) | **ISSUE BATCH NUMBER** |

**WARNING:**
The information disclosed herein may be restricted. Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368. Possession outside the U.S. Patent & Trademark Office is restricted to authorized employees and contractors only.

Form PTO-436A
(Rev. 6/98)

(LABEL AREA)

(FACE)

VS078200



**PATENT APPLICATION**

09437222



JC542 U.S. PTO
09/437222
11/10/99

NOV 8 6 9 9 1 4 1

INITIALS _____

# CONTENTS

| | Date received (Incl. C. of M.) or Date Mailed | | Date received (Incl. C. of M.) or Date Mailed |
|---|---|---|---|
| 1. Application _____ papers. | | 42. _____ | _____ |
| 2. Title Dec | 12/9/99 | 43. _____ | _____ |
| 3. DEC | 3/3/00 | 44. _____ | _____ |
| 4. EOT | 3/3/00 | 45. _____ | _____ |
| 5. Priority | 3/3/00 | 46. _____ | _____ |
| 6. Cont Fr. | 3/3/00 | 47. _____ | _____ |
| 7. OIR | 3/22/00 | 48. _____ | _____ |
| 5-24-01 8. Non Final | 5-23-01 | 49. _____ | _____ |
| 9. Drawing Corr | 8-23-01 | 50. _____ | _____ |
| 10. Amdt A | 8-24-01 | 51. _____ | _____ |
| 11-6-01 11. Final Rej | 11/2/2001 | 52. _____ | _____ |
| 12. (AMD-B (NE) | 1-30-02 | 53. _____ | _____ |
| 13. Interview Summary | 2-8-2 | 54. _____ | _____ |
| 14. Ex Amdt C | 2-21-2 | 55. _____ | _____ |
| 15. Allowance | | 56. _____ | _____ |
| 16. | 5/2/02 | 57. _____ | _____ |
| 17. _____ | _____ | 58. _____ | _____ |
| 18. _____ | _____ | 59. _____ | _____ |
| 19. _____ | _____ | 60. _____ | _____ |
| 20. _____ | _____ | 61. _____ | _____ |
| 21. _____ | _____ | 62. _____ | _____ |
| 22. _____ | _____ | 63. _____ | _____ |
| 23. _____ | _____ | 64. _____ | _____ |
| 24. _____ | _____ | 65. _____ | _____ |
| 25. _____ | _____ | 66. _____ | _____ |
| 26. _____ | _____ | 67. _____ | _____ |
| 27. _____ | _____ | 68. _____ | _____ |
| 28. _____ | _____ | 69. _____ | _____ |
| 29. _____ | _____ | 70. _____ | _____ |
| 30. _____ | _____ | 71. _____ | _____ |
| 31. _____ | _____ | 72. _____ | _____ |
| 32. _____ | _____ | 73. _____ | _____ |
| 33. _____ | _____ | 74. _____ | _____ |
| 34. _____ | _____ | 75. _____ | _____ |
| 35. _____ | _____ | 76. _____ | _____ |
| 36. _____ | _____ | 77. _____ | _____ |
| 37. _____ | _____ | 78. _____ | _____ |
| 38. _____ | _____ | 79. _____ | _____ |
| 39. _____ | _____ | 80. _____ | _____ |
| 40. _____ | _____ | 81. _____ | _____ |
| 41. _____ | _____ | 82. _____ | _____ |

VS078201

## SEARCHED

| Class | Sub. | Date | Exmr. |
|---|---|---|---|
| 361 | 679-683 | 5/16-17/01 | HR |
| 292 | 8,56,307 94,4 | 5/16-17/01 | HR |
| 248 | 917-923 | 5/17/01 | HR |
| 349 | 58,59,60 | 5/17/01 | HR |
| 16 | 342,307 | 5/14/01 | HR |
| updated search see above | | 10/18/01 | HR |
| | updated 2/8/02 | | ylu |

## SEARCH NOTES
### (INCLUDING SEARCH STRATEGY)

| | Date | Exmr. |
|---|---|---|
| Text search. portable adj computer display adj module display adj case hinge | 2/8/02 | ylu |

## INTERFERENCE SEARCHED

| Class | Sub. | Date | Exmr. |
|---|---|---|---|
| 361 | 681 683 | | |
| ~~374~~ 349 | 58 | 2/8/02 | ylu |

(RIGHT OUTSIDE)

VS078202

**ISSUE SLIP STAPLE AREA (for additional cross references)**

| POSITION | INITIALS | ID NO. | DATE |
|----------|----------|--------|------|
| FEE DETERMINATION | _Mary_ | | 11/2/98 |
| O.I.P.E. CLASSIFIER | | | |
| FORMALITY REVIEW | _Sm_ | 72223 | 12/8/99 |
| | | | 3/8/01 |

## INDEX OF CLAIMS

| ✔ | Rejected | N | Non-elected |
|---|----------|---|-------------|
| = | Allowed | I | Interference |
| − (Through numeral) | Canceled | A | Appeal |
| ÷ | Restricted | 0 | Objected |

| Claim | | | Date | | | | | | | | Claim | | Date | | | | | | | | | | Claim | | Date | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Final** | **Original** | 2/1/01 | 10/26/01 | 3/8/02 | | | | | | | **Final** | **Original** | | | | | | | | | | | **Final** | **Original** | | | | | | | | | |
| 1 | 1 | ✔ | ✔ | ✔ | | | | | | | 51 | | | | | | | | | | | | 101 | | | | | | | | | | |
| 2 | 2 | ✔ | ✔ | | | | | | | | 52 | | | | | | | | | | | | 102 | | | | | | | | | | |
| 3 | 3 | ✔ | ✔ | | | | | | | | 53 | | | | | | | | | | | | 103 | | | | | | | | | | |
| 4 | 4 | 0 | 0 | | | | | | | | 54 | | | | | | | | | | | | 104 | | | | | | | | | | |
| 5 | 5 | 0 | 0 | | | | | | | | 55 | | | | | | | | | | | | 105 | | | | | | | | | | |
| 6 | 6 | 0 | 0 | | | | | | | | 56 | | | | | | | | | | | | 106 | | | | | | | | | | |
| 7 | 7 | 0 | 0 | | | | | | | | 57 | | | | | | | | | | | | 107 | | | | | | | | | | |
| 8 | 8 | ✔ | ✔ | | | | | | | | 58 | | | | | | | | | | | | 108 | | | | | | | | | | |
| 9 | 9 | | ✔ | | | | | | | | 59 | | | | | | | | | | | | 109 | | | | | | | | | | |
| 10 | 10 | ✔ | ✔ | | | | | | | | 60 | | | | | | | | | | | | 110 | | | | | | | | | | |
| 11 | 11 | 0 | 0 | | | | | | | | 61 | | | | | | | | | | | | 111 | | | | | | | | | | |
| 12 | 12 | ✔ | 0 | | | | | | | | 62 | | | | | | | | | | | | 112 | | | | | | | | | | |
| 13 | 13 | ✔ | ✔ | | | | | | | | 63 | | | | | | | | | | | | 113 | | | | | | | | | | |
| 14 | 14 | ✔ | ✔ | | | | | | | | 64 | | | | | | | | | | | | 114 | | | | | | | | | | |
| 15 | 15 | ✔ | ✔ | | | | | | | | 65 | | | | | | | | | | | | 115 | | | | | | | | | | |
| 16 | 16 | 0 | 0 | | | | | | | | 66 | | | | | | | | | | | | 116 | | | | | | | | | | |
| 17 | 17 | 0 | 0 | | | | | | | | 67 | | | | | | | | | | | | 117 | | | | | | | | | | |
| 18 | 18 | ✔ | ✔ | | | | | | | | 68 | | | | | | | | | | | | 118 | | | | | | | | | | |
| 19 | 19 | ✔ | ✔ | | | | | | | | 69 | | | | | | | | | | | | 119 | | | | | | | | | | |
| 20 | 20 | 0 | 0 | | | | | | | | 70 | | | | | | | | | | | | 120 | | | | | | | | | | |
| 21 | 21 | ✔ | ✔ | | | | | | | | 71 | | | | | | | | | | | | 121 | | | | | | | | | | |
| 22 | 22 | ✔ | ✔ | | | | | | | | 72 | | | | | | | | | | | | 122 | | | | | | | | | | |
| 23 | 23 | ✔ | ✔ | | | | | | | | 73 | | | | | | | | | | | | 123 | | | | | | | | | | |
| 24 | 24 | ✔ | ✔ | | | | | | | | 74 | | | | | | | | | | | | 124 | | | | | | | | | | |
| 25 | 25 | ✔ | ✔ | | | | | | | | 75 | | | | | | | | | | | | 125 | | | | | | | | | | |
| 26 | 26 | ✔ | ✔ | | | | | | | | 76 | | | | | | | | | | | | 126 | | | | | | | | | | |
| 27 | 27 | ✔ | ✔ | | | | | | | | 77 | | | | | | | | | | | | 127 | | | | | | | | | | |
| 28 | 28 | ✔ | ✔ | | | | | | | | 78 | | | | | | | | | | | | 128 | | | | | | | | | | |
| 29 | 29 | ✔ | ✔ | | | | | | | | 79 | | | | | | | | | | | | 129 | | | | | | | | | | |
| 30 | 30 | ✔ | ✔ | | | | | | | | 80 | | | | | | | | | | | | 130 | | | | | | | | | | |
| 31 | 31 | ✔ | ✔ | | | | | | | | 81 | | | | | | | | | | | | 131 | | | | | | | | | | |
| | 32 | | ✔ | | | | | | | | 82 | | | | | | | | | | | | 132 | | | | | | | | | | |
| | 33 | | 0 | | | | | | | | 83 | | | | | | | | | | | | 133 | | | | | | | | | | |
| | 34 | | | | | | | | | | 84 | | | | | | | | | | | | 134 | | | | | | | | | | |
| | 35 | | | | | | | | | | 85 | | | | | | | | | | | | 135 | | | | | | | | | | |
| | 36 | | | | | | | | | | 86 | | | | | | | | | | | | 136 | | | | | | | | | | |
| | 37 | | | | | | | | | | 87 | | | | | | | | | | | | 137 | | | | | | | | | | |
| | 38 | | | | | | | | | | 88 | | | | | | | | | | | | 138 | | | | | | | | | | |
| | 39 | | | | | | | | | | 89 | | | | | | | | | | | | 139 | | | | | | | | | | |
| | 40 | | | | | | | | | | 90 | | | | | | | | | | | | 140 | | | | | | | | | | |
| | 41 | | | | | | | | | | 91 | | | | | | | | | | | | 141 | | | | | | | | | | |
| | 42 | | | | | | | | | | 92 | | | | | | | | | | | | 142 | | | | | | | | | | |
| | 43 | | | | | | | | | | 93 | | | | | | | | | | | | 143 | | | | | | | | | | |
| | 44 | | | | | | | | | | 94 | | | | | | | | | | | | 144 | | | | | | | | | | |
| | 45 | | | | | | | | | | 95 | | | | | | | | | | | | 145 | | | | | | | | | | |
| | 46 | | | | | | | | | | 96 | | | | | | | | | | | | 146 | | | | | | | | | | |
| | 47 | | | | | | | | | | 97 | | | | | | | | | | | | 147 | | | | | | | | | | |
| | 48 | | | | | | | | | | 98 | | | | | | | | | | | | 148 | | | | | | | | | | |
| | 49 | | | | | | | | | | 99 | | | | | | | | | | | | 149 | | | | | | | | | | |
| | 50 | | | | | | | | | | 100 | | | | | | | | | | | | 150 | | | | | | | | | | |

**If more than 150 claims or 10 actions
staple additional sheet here**

**(LEFT INSIDE)**

PATENT APPLICATION SERIAL NO. _____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

11/23/1999 MPEOPLES 00000017 09437222

| 01 FC:101 | |
|-----------|---------|
| 02 FC:103 | 760.00 OP |
| 03 FC:102 | 198.00 OP |
| 04 FC:105 | 234.00 OP |
|           | 130.00 OP |

PTO-1556
(5/87)
*U.S. GPO 1998-433-214/80404

VS078204

69 437222

DOCKET 8733.20067
-- PATENT --

## ABSTRACT OF THE DISCLOSURE

Disclosed is a computer that includes: a system body having an input device; a display

module having a display surface and a rear surface; a display case having a side wall surface;

and a hinge pivotally coupling the body to the display module, the hinge including a hinge

5    frame having first and second surfaces, the first surface coupled with the rear surface of the

display module, the second surface coupled with the side wall surface of the display case.

DC:39688.1

20

VS078205

DOCKET 8733.20067
-- PATENT --

U. S. PATENT APPLICATION

OF

YOUNG WOO CHO

JONG WHAN KIM

DAE HEE PARK

FOR

PORTABLE COMPUTER AND

METHOD FOR MOUNTING A FLAT PANEL DISPLAY DEVICE MODULE

VS078206

DOCKET 8733.20067
-- PATENT --

This application claims the benefit of Korean Patent Application No. 1998-48265, filed on

November 11, 1998, which is hereby incorporated by reference for all purposes as if fully set

forth herein.

## BACKGROUD OF THE INVENTION

5    ### Field of the Invention

The present invention relates generally to a flat panel display device, and more

particularly, to a flat panel display device mounting structure on a computer.

### Description of the Related Art

10    Flat panel display devices include liquid crystal display (LCD) devices which are used

widely, plasma display panels (PDP), and field emission displays (FED) which have been

studied recently and may be applied to computers in the near future.

For convenience of explanation, the present invention will be discussed with respect

to the LCD as an example of a flat screen type display device and a portable computer

15    mounted with the LCD.

Referring to Fig. 1, a general portable computer such as a laptop or notebook

computer typically includes a body 100, a flat panel display device assembly 110 coupled to

the body 100 via a hinge mechanism 124. The flat panel display device assembly 110 has a

flat panel display module 111 and a display case 122 supporting the module 111.  The body

20    100 has an input device 102 such as a keyboard.  As a flat panel display module 111, the

LCD is widely used in portable computers and flat screen monitors.

Referring to Fig. 2 which shows a conventional assembly structure of the LCD device

applied to a conventional portable computer, the display case 122 has a rear case 123 and a

front case or frame 121 for mounting the LCD module 130. The rear case 123 has an outer

VS078207

DOCKET 8733.20067
-- PATENT --

surface and an inner surface and connecting ribs 123a formed at the corners.

The LCD module 130 has an LCD panel 132, a back light device 134 fixed to the back of the LCD panel 132, and a metal sash or supporting frame 136 for assembling the panel 132 and the back light device 134 along the edge.

5      At the corners of the metal sash 136, corresponding to the positions of the ribs 123a of the rear case 123, a plurality of protrusions 136a having holes are formed.

For mounting the LCD module 130 to the case 122, the LCD module 130 is placed on the rear case 123 and the holes of the metal sash 136 and the ribs 123a are fastened together preferably by screws 138. The front case 121 is coupled to the rear case 123.

10      Hereinafter, the way in which the LCD module is mounted to the case from the front toward the rear direction is defined as the front mounting method, and the assembled structure of the LCD module and the case made through the front mounting method is defined as the front mounting structure.

In the front mounting structure of the LCD module 130, since the protrusions 136a 15      require additional space corresponding to the protruded width "d", the ratio of the display area of the LCD module 130 to the fixed size of the case 122 is reduced.

The front mounting structure may also include an additional feature to further support the LCD panel, as shown in Figs. 3A and 3B.

Referring to Figs. 3A and 3B, a conventional LCD device assembly 110 includes an 20      LCD panel 112, a back light device (not shown) for the LCD panel 112, and a display case 122 supporting an LCD module 111. The LCD panel 112 and the back light device are assembled by a metal sash 114 along the edges together with a plastic mold frame (not shown) supporting the back light device.

The display case 122 is coupled to a body 120 via a hinge mechanism 124, which may

VS078208

DOCKET 8733.20067
-- PATENT --

extend from the body 120. The display case 122 and the hinge mechanism 124 allow the

LCD device assembly 110 to pivotally move with respect to the body 120.

Two opposite sides of the metal sash 114 include flanges 114a for assembling the

LCD module 111 to the display case 122, and flanges 114b for assembling the LCD module

5    111 to the hinge frame or hinge arm 126. Hereinafter, the former is referred as a fixing

flange and the latter is referred as a mounting flange in this specification for distinction

purposes. As shown in Fig. 3B, the fixing flanges 114a have a protruding width d2 and the

mounting flanges 114b have a protruding width d1. A screw hole is formed in each of the

flanges 114a and 114b. On the inner or bottom interior surface of the display case 122, ribs

10    122a are formed corresponding to the holes of the fixing flange 114a.

To mount the LCD module 111, the hinge frame 126 and the mounting flanges 114b

of the metal sash 114 are screwed together, and the fixing flanges 114a of the metal sash 114

and the ribs 122a are screwed together by bolts 128.

In the mounting structure shown in Fig. 3B, the metal sash or support frame 114

15    requires side spaces for the flanges 114a and 114b. Therefore, the side space D (d1 + d2)

results in a reduction of the ratio of the display area of the LCD panel 112 relative to the

display case 122. Moreover, as the display panel size increases, the display case 122

becomes undesirably large, especially for a portable computer such as a laptop computer.

To solve the above problem, an assembling structure has been suggested, as shown in

20    Fig. 4, which is a partial perspective view. The hinge arm or frame 126, the case 122 and the

side wall portion of the display module 110 are screwed together by bolts 128. However,

although the embodiment shown in Fig. 4 is a good solution, there may be some instances

where it is desired to attach the hinge arm, the case and the side wall portion of the display

module without using a screw hole in the side wall portion of the display module or to attach

DC:39688.1                                    4

VS078209

DOCKET 8733.20067
-- PATENT --

the hinge arm with the case (Fig. 3A).

## SUMMARY OF THE INVENTION

Accordingly, the present invention is directed to a portable computer that substantially

5    obviates one or more of the problems due to limitations and disadvantages of the related art.

An object of the present invention is to minimize the non-display area of the LCD

device.

Another object of the present invention is to provide a computer having a flat panel

display device with a maximum display area and a minimal display case size.

10    A further object of the present invention is to provide a firm mounting structure for a

flat panel display device on a computer.

Additional features and advantages of the invention will be set forth in the description

which follows, and in part will be apparent from the description, or may be learned by

practice of the invention. The objectives and other advantages of the invention will be

15    realized and attained by the structure particularly pointed out in the written description and

claims hereof as well as the appended drawings.

To achieve these and other advantages and the in accordance with the purpose of the

present invention, as embodied and broadly described, the present invention provides, in one

aspect, a computer including: a system body having an input device; a display module having

20    a display surface and a rear surface; a display case having a side wall surface; and a hinge

pivotally coupling the body to the display module, the hinge including a hinge frame having

first and second surfaces, the first surface coupled with the rear surface of the display

module, the second surface coupled with the side wall surface of the display case.

In another aspect, the present invention provides a  portable computer including: a

VS078210

DOCKET 8733.20067
-- PATENT --

system body; a display module having a display surface and a side wall surface; a display

case having an inner surface; and a hinge pivotally coupling the body to the display case, the

hinge including a hinge frame having first and second surfaces, the first surface coupled with

the inner surface of the display case, the second surface coupled with the side wall surface of

5    the display module.

In another aspect, the present invention provides a computer including: a system

body; a display module having a display surface; a display case having side walls, the display

module secured between the side walls of the display case; and a hinge pivotally coupling the

body to the display case, the hinge including a hinge frame coupled to the inner surface of the

10    display case.

The present invention according to a first embodiment provides a method for

mounting a display module in a portable computer including a system body, a display case

having a side wall surface, a hinge having a hinge frame having first and second surfaces, the

first surface being substantially parallel to a rear surface of the display module, the second

15    surface being substantially parallel to the side wall surface of the display case, the hinge

pivotally coupling the system body to the display case, the method comprising: arranging the

hinge frame so that the first surface thereof is positioned between the display case and the

rear surface of the display module, and so that the second surface thereof is positioned

between the display module and the side wall surface of the display case; fastening the first

20    surface of the hinge frame to the rear surface of the display module; and fastening the second

surface of the hinge frame to the side wall surface of the display case.

The present invention according to a second embodiment provides a method for

mounting a display module having a side wall surface in a portable computer including a

system body, a display case having inner and side wall surfaces, a hinge having a hinge frame

VS078211

DOCKET 8733.20067
-- PATENT --

having first and second surfaces, the first surface being substantially parallel to a rear surface

of the display module, the second surface being substantially parallel to the side wall surface

of the display case, the hinge pivotally coupling the system body to the display case, the

method comprising: arranging the hinge frame so that the first surface thereof is positioned

5    between the  display case and the rear surface of the display module, and so that the second

surface thereof is positioned between the display module and the side wall surface of the

display case; fastening the first surface of the hinge frame to the inner surface of the display

case; and fastening the second surface of the hinge frame to the side wall surface of the

display module.

10       The present invention according to a second embodiment also provides a method for

mounting a display module having a side wall surface in a portable computer including a

system body, a display case having an inner and two side wall surfaces, a hinge having a

hinge frame, the hinge pivotally coupling the system body to the display case, the method

comprising: arranging the hinge frame so that a surface thereof is positioned between the

15    inner surface of the display case and the rear surface of the display module; fastening the

surface of the hinge frame to the inner surface of the display case; and securing the display

module between the side walls of the display case.

Preferably, the display module is a liquid crystal display device (LCD) module.

Preferably, the first and second surfaces of the hinge frame are substantially

20    perpendicular to each other.

Preferably, the first surface of the hinge frame has at least one fixing protrusion

protruded toward the rear surface of the display module, and the rear surface of the display

module has at least one fixing hole corresponding to the fixing protrusion of the first surface.

Preferably, the fixing protrusion is a fastener.

VS078212

DOCKET 8733.20067
-- PATENT --

Preferably, the second surface of the hinge frame is screw-coupled with the side wall surface of the display case.

Preferably, the hinge frame further has a third surface for supporting an edge of the display surface of the display module, and the third surface is substantially perpendicular to

5     the second surface.

Preferably, the fixing protrusion is a fastener.

It is to be understood that both the foregoing general description and the following detailed description are exemplary and are intended to provide further explanation of the invention as claimed.

10

## BRIEF DESCRIPTION OF THE DRAWINGS

The accompanying drawings, which are included to provide a further understand of the invention and are incorporated in and constitute a part of this specification, illustrate embodiments of the invention and together with the description serve to explain the

15     principles of the invention.

In the drawings:

Fig. 1 is a perspective view showing a general portable computer;

Fig. 2 shows a structure for mounting an LCD device for a portable computer;

Figs. 3A and 3B are a perspective view and a front view, respectively, showing a

20     structure for mounting an LCD device for a portable computer;

Fig. 4 is a partial view showing another mounting structure of the LCD device for a conventional portable computer;

Fig. 5 is an exploded perspective view illustrating a structure for mounting a liquid

VS078213

DOCKET 8733.20067
-- PATENT --

crystal display module of a portable computer according to a first embodiment of the present

invention;

Fig. 6 is a bottom view illustrating a rear surface of a liquid crystal display module of

a portable computer according to the first embodiment of the present invention;

5    Fig. 7 is a partially exploded perspective view illustrating a structure for mounting a

liquid crystal display module of a portable computer according to a first embodiment of the

present invention;

Fig. 8 is a partially exploded perspective view illustrating a modification of a structure

for mounting a liquid crystal display module of a portable computer according to a first

10    embodiment of the present invention;

Fig. 9 is a partially exploded perspective view illustrating another modification of a

structure for mounting a liquid crystal display module of a portable computer according to a

first embodiment of the present invention;

Figs. 10A, 10B and 10C are partially exploded perspective views illustrating various

15    modifications of a structure for mounting a liquid crystal display module of a portable

computer according to a first embodiment of the present invention

Fig. 11 is an exploded perspective view illustrating a liquid crystal display module

according to a second embodiment according to the invention;

Fig. 12 is a partially exploded perspective view illustrating a structure for mounting a

20    liquid crystal display module of a portable computer according to a second embodiment of

the present invention; and

Fig. 13 is a partially exploded perspective view illustrating another structure for

mounting a liquid crystal display module of a portable computer according to a second

embodiment of the present invention.

VS078214

DOCKET 8733.20067
-- PATENT --

## DETAILED DESCRIPTION OF PREFERRED EMBODIMENTS

Reference will now be made in detail to the preferred embodiments of the present

invention, an example of which is illustrated in the accompanying drawings.

5          Referring Figs. 5 and 6, which show a first embodiment, a display module 10 (which

may be a liquid crystal display module) has a display panel 12 and a back light device 14,

both of which are assembled to each other by first and second frames 16a and 16b. The back

light device 14 comprises a reflective plate 14a, a wave guide plate 14b, a first

diffuser/protecting sheet14c, a first prism sheet 14d, a second prism sheet 14e, and a second

10      diffuser/protecting sheet14f, which are layered in this order.  The display panel 12 and the

back light device 14 are supported by first and second frames 16a and 16b, and the second

frame 16b has a fixing hole 15. As shown in Fig. 5, a plurality of fixing holes 15 are

preferably arranged at each corner of the display module 10. The fixing holes15 may have the

shape of a rib, if necessary.

15          Fig. 7 is a partially exploded perspective view illustrating structure for mounting a

liquid crystal display module of a portable computer according to a first.

A hinge mount 40 is positioned at a protruded portion of a system body 50 such that a

display assembly having the display module 10 and the display case 30 pivotally moves with

respect to the body 50. A hinge frame 20 is positioned on an inner, or bottom interior, surface

20      of the display case 30. The hinge frame 20 is comprised of a pin portion 20a at its one end,

which is inserted into the hinge mount 40, and a "L"-shaped portion 20b which has first and

second surfaces 21 and 22. The first surface 21 is parallel to a rear surface of the display

module 10, and the second surface 22 is parallel to a side wall surface of the display module

VS078215

DOCKET 8733.20067
-- PATENT --

10. The pin portion 20a can be coupled to the L-shaped portion 20b or be integrally formed with the L-shaped portion 20b. The hinge frame 20 also extends along the side wall surface of the display module 10. The first surface 21 has at least one fixing protrusion 27 corresponding to the fixing holes 15 of the rear surface of the display module 10, and the

5    second surface 22 has at least one hole 28 corresponding to the through holes 31 of the side wall surface of the display case 30.

A preferred method for mounting the display module 10 according to the first embodiment is explained hereinafter. The fixing protrusion 27 of the second surface 22 of the L-shaped portion 20b of the hinge frame 20 is inserted into the fixing holes 15 of the display

10    module 10 such that the display module 10 is secured. Then a coupling member 18 such as a screw and a nail passes through the hole 28 of the second surface 22 and the through hole 31 of the display case 30 such that the hinge frame 20 is fixed to the display case 30.

Also, the fixing protrusion 27 preferably has the shape of a plastic hook or a fastener for firmly holding the display module 10, and an inlet portion of the fixing hole 15 is

15    preferably narrower than an interior portion of the fixing hole 15.

To provide a more shockproof and shake-proof mounting structure, the hinge frame 20 can have the shape of "C" as shown in Fig. 8. That is, the hinge frame 20 further has a third surface 23 to support both upper edges of opposing sides of the display module 10 parallel to the hinge frame 20. The first and third surfaces 21 and 23 can be integrally formed

20    with the second surface 22, or can be attachable brackets.

Fig. 9 shows another modification of the first embodiment.

The hinge frame 20 can have a reverse "F" shaped first surface 21 to hold the display module 10, instead of a long elongated first surface 21 (see Fig.7).

Figs. 10A, 10B and 10C are other modifications of a mounting structure according to

VS078216

DOCKET 8733.20067
-- PATENT --

the first embodiment.

The hinge frames 20a, 20b and 20c may have various shapes of first surfaces 21 to enhance a fixing force of a display module 10.

Fig. 11 illustrates a second embodiment, wherein the structure of the display module

5    10 is similar to that shown in Fig. 5, and therefore, the explanation thereof is not repeated here. However, the display module 10 has a plurality of fixing holes 19 on the side wall surface thereof other than the rear surface thereof. The fixing holes 19 are for a side mounting method wherein the side wall of the display module 10 is coupled to a hinge frame or to the case. That is, the display module 10 can be assembled to the hinge frame 20 (see

10    Fig. 7) not to the case 30 (see Fig. 7). It is also possible that the display module 10 is assembled to the case 30 directly, without engaging the hinge frame 20 therebetween.

Fig. 12 shows an exemplary mounting structure wherein the hinge frame is assembled to the inner, or bottom interior, surface of the case 30 and the display module 10 is mounted inside of the case 30. Preferably, the hinge frame 20 has an "L" shape and has a first surface

15    21 contacting with the rear surface of display module 10 and a second surface 22 contacting with the side wall surface of the display module 10. The display case 30 has a plurality of screw holes (not shown) on the inner surface thereof, and the first surface 21 of the hinge frame 20 has a plurality of screw holes 25 corresponding to the screw holes of the display case 30. Further, the second surface 21 of the hinge frame 20 preferably has a plurality of

20    screw holes 26 corresponding to the screw holes 19 of the side wall surface of the display module 10. Thus, the first surface 21 of the hinge frame 20 is coupled with the display case 30, and the second surface 22 of the hinge frame 20 is coupled with the display module 10.

Fig. 13 shows another exemplary mounting structure of the second embodiment. The structure of Fig. 13 also shows a mounting structure wherein the hinge frame 20 is assembled

VS078217

DOCKET 8733.20067
-- PATENT --

to the inner surface of the case 30.

The first surface 21 of the hinge frame 20 has a plurality of plastic hooks or fasteners protruded toward the inner surface of the case 30, and the display case 30 has a plurality of fastener fixing holes 19a corresponding to the fastener, thereby the first surface 21 of the

5    hinge frame 20 is coupled with the display case 30 by pressing the first surface 21 without tightening a screw.

In the second embodiment, instead of a screw and fastener, a nail can be employed. Further, the hinge frame may be "C" shaped, and a bracket having a long length may be used instead of the hinge frame integrally formed with the pin portion. The hinge frame may have

10    a short length.

As described until here, using the mounting structure according to the invention, the display area is maximized, and a more shock-proof display assembly is provided. Further, the mounting structure according to one embodiment of the invention has an advantage that the display assembly can be assembled to the case without tightening a screw into the side wall

15    surface of the display module. The invention also shows that the hinge frame of the invention can be assembled to a rear surface of the display module or to an inner surface of the case.

Other embodiments of the invention will be apparent to the skilled in the art from consideration of the specification and practice of the invention disclosed herein. It is intended that the specification and examples be considered as exemplary only, with the true scope and

20    spirit of the invention being indicated by the following claims.

VS078218

DOCKET 8733.20067
-- PATENT --

**WHAT IS CLAIMED IS:**

1  1. A portable computer, comprising:

2       a system body having an input device;

3       a display module having a display surface and a rear surface;

4       a display case having a side wall surface; and

5       a hinge pivotally coupling the system body to the display module, the hinge including

6  a hinge frame having first and second surfaces, the first surface coupled with the rear surface

7  of the display module, the second surface coupled with the side wall surface of the display

8  case.

1  2. The computer of claim 1, wherein the display module is a liquid crystal display (LCD)

2  module.

1  3. The computer of claim 2, wherein the first and second surfaces of the hinge frame are

2  substantially perpendicular to each other.

1  4. The computer of claim 2, wherein the first surface of the hinge frame has at least one

2  fixing protrusion protruded toward the rear surface of the display module, and the rear

3  surface of the display module has at least one fixing hole corresponding to the fixing

4  protrusion of the first surface.

1  5. The computer of claim 4, wherein the fixing protrusion is a fastener.

1  6. The computer of claim 4, wherein the second surface of the hinge frame is screw-coupled

VS078219

DOCKET 8733.20067
-- PATENT --

2    with the side wall surface of the display case.

1    7. The computer of claim 2, wherein the hinge frame further has a third surface for

2    supporting an edge of the display surface of the display module, and the third surface is

3    substantially perpendicular to the second surface.

1    8. A portable computer, comprising:

2        a system body;

3        a display module having a display surface and a side wall surface;

4        a display case having an inner surface; and

5        a hinge pivotally coupling the system body to the display case, the hinge including a

6    hinge frame having first and second surfaces, the first surface coupled with the inner surface

7    of the display case, the second surface coupled with the side wall surface of the display

8    module.

1    9. The computer of claim 8, wherein the display module is a liquid crystal display (LCD)

2    module.

1    10. The computer of claim 9, wherein the first surface of the hinge frame is screw-coupled

2    with the inner surface of the display case, and the second surface of the hinge frame is screw-

3    coupled with the side wall surface of the display module.

1    11. The computer of claim 9, wherein the first surface of the hinge frame has at least one

2    fixing protrusion protruded toward the inner surface of the display case, and the inner surface

VS078220

DOCKET 8733.20067
-- PATENT --

3    has at least one fixing hole corresponding to the fixing protrusion of the first surface.

1    12.  The computer of claim 11, wherein the fixing protrusion is a fastener.

1    13.  A computer, comprising:

2        a system body;

3        a display module having a display surface;

4        a display case having side walls, the display module secured between the side walls of

5    the display case; and

6        a hinge pivotally coupling the body to the display case, the hinge including a hinge

7    frame coupled to the inner surface of the display case.

1    14.  The computer of claim 13, wherein the display module is a liquid crystal display (LCD)

2    module.

1    15.  The computer of claim 14, wherein the hinge frame is screw-coupled with the inner

2    surface of the display case.

1    16.  The computer of claim 14, wherein the hinge frame has at least one fixing protrusion

2    protruded toward the inner surface of the display case, and the inner surface has at least one

3    fixing hole corresponding to the fixing protrusion of the hinge frame.

1    17.  The computer of claim 16, wherein the fixing protrusion is a fastener.

VS078221

DOCKET 8733.20067
-- PATENT --

1    18. A method for mounting a display module in a portable computer including a system

2    body, a display case having a side wall surface, a hinge having a hinge frame having first and

3    second surfaces, the first surface being substantially parallel to a rear surface of the display

4    module, the second surface being substantially parallel to the side wall surface of the display

5    case, the hinge pivotally coupling the system body to the display case, the method

6    comprising:

7          arranging the hinge frame so that the first surface thereof is positioned between the

8    display case and the rear surface of the display module, and so that the second surface thereof

9    is positioned between the display module and the side wall surface of the display case;

10         fastening the first surface of the hinge frame to the rear surface of the display module;

11   and

12         fastening the second surface of the hinge frame to the side wall surface of the display

13   case.


1    19. The method of claim 18, wherein the display module is a liquid crystal display (LCD)

2    module.


1    20. The method of claim 18, wherein the first surface of the hinge frame has at least one

2    fixing protrusion protruded toward the rear surface of the display module, and the rear

3    surface of the display module has at least one fixing hole corresponding to the fixing

4    protrusion of the first surface of the hinge frame.


1    21. The method of claim 18, wherein the first surface of the hinge frame is screw-coupled

2    with the rear surface of the display module.

VS078222

DOCKET 8733.20067
-- PATENT --

1   22. The method of claim 18, wherein the second surface of the hinge frame is screw-coupled

2   with the side wall surface of the display case.


1   23. A method for mounting a display module having a side wall surface in a portable

2   computer including a system body, a display case having inner and side wall surfaces, a hinge

3   having a hinge frame having first and second surfaces, the first surface being substantially

4   parallel to a rear surface of the display module, the second surface being substantially parallel

5   to the side wall surface of the display case, the hinge pivotally coupling the system body to

6   the display case, the method comprising:

7        arranging the hinge frame so that the first surface thereof is positioned between the

8   display case and the rear surface of the display module, and so that the second surface thereof

9   is positioned between the display module and the side wall surface of the display case;

10       fastening the first surface of the hinge frame to the inner surface of the display case;

11  and

12       fastening the second surface of the hinge frame to the side wall surface of the display

13  module.


1   24. The method of claim 23, wherein the display module is a liquid crystal display (LCD)

2   module.


1   25. The method of claim 23, wherein the first surface of the hinge frame is screw-coupled

2   with the inner surface of the display case.

VS078223

DOCKET 8733.20067
-- PATENT --

1  26.  The method of claim 23, wherein the second surface of the hinge frame is screw-coupled

2  with the side wall surface of the display module.


1  27.  The method of claim 23, wherein the first surface of the hinge frame is coupled to the

2  inner surface of the display case by a fastener.


1  28.  A method for mounting a display module having a side wall surface in a portable

2  computer including a system body, a display case having an inner and two side wall surfaces,

3  a hinge having a hinge frame, the hinge pivotally coupling the system body to the display

4  case, the method comprising:

5       arranging the hinge frame so that a surface thereof is positioned between the inner

6  surface of the display case and the rear surface of the display module;

7       fastening the surface of the hinge frame to the inner surface of the display case; and

8       securing the display module between the side walls of the display case.


1  29.  The method of claim 28, wherein the display module is a liquid crystal display (LCD)

2  module.


1  30. The method of claim 28, wherein the surface of the hinge frame is screw-coupled with the

2  inner surface of the display case.


1  31.  The method of claim 28, wherein the surface of the hinge frame is coupled to the inner

2  surface of the display case by a fastener.

VS078224

PRINT OF DRAWING
AS ORIGINALLY FT

1/14



FIG. 1

DC:39688.1

PRINT OF DRAWING
AS ORIGINALLY FI

2/14



FIG. 2

DC:39688.1

VS078226

PRINT OF DRAWING
AS ORIGINALLY FI

3/14



FIG. 3A

DC:39688.1

VS078227

PRINT OF DRAWING
AS ORIGINALLY FE

4/14



# FIG. 3B

DC:39688.1

VS078228

PRINT OF DRAWING
AS ORIGINALLY FU

5/14



FIG. 4

DC:39688.1

PRINT OF DRAWING
AS ORIGINALLY FILED

6/14



FIG. 5

DC:39688.1

VS078230

PRINT OF DRAWING
AS ORIGINALLY FL

7/14



FIG. 6

DC:39688.1

VS078231

PRINT OF DRAWING
AS ORIGINALLY FIL

8/14



FIG. 7

DC:39688.1

PRINT OF DRAWING
AS ORIGINALLY FL

9/14



FIG. 8

DC:39688.1

VS078233

PRINT OF DRAWING
AS ORIGINALLY FL.

10/14



# FIG. 9

DC:39688.1

VS078234

PRINT OF DRAWING
AS ORIGINALLY FIL

11/14



FIG. 10a



FIG. 10b

DC:39688.1

PRINT OF DRAWING
AS ORIGINALLY FL

12/14



FIG. 10c

DC:39688.1

PRINT OF DRAWING
AS ORIGINALLY FT

13/14



FIG. 11

DC:39688.1

VS078237

PRINT OF DRAWING
AS ORIGINALLY FL

14/14



FIG. 12



FIG. 13

DC:39688.1

PRINT OF DRAWING
AS ORIGINALLY F

1/14



FIG. 1

DC:39688.1

VS078239

PRINT OF DRAWING
AS ORIGINALLY FL

2/14



FIG. 2

DC:39688.1

PRINT OF DRAWING
AS ORIGINALLY FIL

3/14



FIG. 3A

VS078241

PRINT OF DRAWING
AS ORIGINALLY FI

4/14



FIG. 3B

DC:39688.1

VS078242

PRINT OF DRAWING
AS ORIGINALLY FII

5/14



FIG. 4

DC:39688.1

VS078243

PRINT OF DRAWING
AS ORIGINALLY FI

6/14



FIG. 5

DC:39688.1

PRINT OF DRAWING
AS ORIGINALLY FIL

7/14



FIG. 6

DC:39688.1

VS078245

PRINT OF DRAWING
AS ORIGINALLY FL

8/14



FIG. 7

DC:39688.1

VS078246

PRINT OF DRAWING
AS ORIGINALLY FI

9/14



# FIG. 8

DC:39688.1

VS078247

PRINT OF DRAWING
AS ORIGINALLY FI    ,

10/14



FIG. 9

DC:39688.1

VS078248

BEST COPY OF DRAWING
AS ORIGINALLY FILED

11/14



## FIG. 10a



## FIG. 10b

DC:39688.1

PRINT OF DRAWING
AS ORIGINALLY FIL

12/14



FIG. 10c

DC:39688.1

PRINT OF DRAWING
AS ORIGINALLY FI

13/14



FIG. 11

DC:39688.1

PRINT OF DRAWING
AS ORIGINALLY FL

14/14



# FIG. 12



# FIG. 13

DC:39688.1

VS078252

1/14



FIG. 1

DC:39688.1

VS078253

2/14



FIG. 2

3/14



FIG. 3A

DC:39688.1

VS078255

4/14



FIG. 3B

5/14



FIG. 4

DC:39688.1

VS078257

6/14



FIG. 5

DC:39688.1

VS078258

7/14



FIG. 6

DC:39688.1

VS078259

8/14



FIG. 7

DC:39688.1

VS078260

Case 1:04-cv-00343-JJF    Document 588    Filed 07/06/2007    Page 83 of 93



FIG. 8

DC:39688.1

VS078261

10/14



# FIG. 9

VS078262

11/14



FIG. 10a



FIG. 10b

DC:39688.1

12/14



FIG. 10c

DC:39688.1

VS078264



13/14

16a

10

12

14a

14b

14

14c

14d

14e

14f

16b

19

# FIG. 11

DC:39688.1

VS078265

14/14



FIG. 12



FIG. 13

DC:39688.1

Docket No.   8733.20067

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

IN RE APPLICATION OF:  Young Woo CHO, et al.          GAU:          TBA

SERIAL NO: To Be Assigned                            EXAMINER:  TBA

FILED:          November 10, 1999

FOR:          Portable Computer and Method for Mounting a Flat Panel Display Device Module

### REQUEST FOR PRIORITY

ASSISTANT COMMISSIONER FOR PATENTS
WASHINGTON, D.C.  20231

SIR:

☐ Full benefit of the filing date of U.S. Application Serial Number [US App No], filed [US App Dt], is claimed pursuant to the provisions of **35 U.S.C. §120.**

☐ Full benefit of the filing date of U.S. Provisional Application Serial Number , filed , is claimed pursuant to the provisions of **35 U.S.C. §119(e).**

☒ Applicants claim any right to priority from any earlier filed applications to which they may be entitled pursuant to the provisions of **35 U.S.C. §119,** as noted below.

In the matter of the above-identified application for patent, notice is hereby given that the applicants claim as priority:

| COUNTRY | APPLICATION NUMBER | MONTH/DAY/YEAR |
|---------|-------------------|----------------|
| KOREA   | 1998-48265        | November 11, 1998 |

Certified copies of the corresponding Convention Application(s)

☐ are submitted herewith

☒ will be submitted prior to payment of the Final Fee

☐ were filed in prior application Serial No.  filed

☐ were submitted to the International Bureau in PCT Application Number .
   Receipt of the certified copies by the International Bureau in a timely manner under PCT Rule 17.1(a) has been acknowledged as evidenced by the attached PCT/IB/304.

☐ (A) Application Serial No.(s)  were filed in prior application Serial No.  filed  ; and

   (B) Application Serial No.(s)

   ☐ are submitted herewith

   ☐ will be submitted prior to payment of the Final Fee

Respectfully Submitted,

Date: November 10, 1999                    LONG ALDRIDGE & NORMAN LLP

                                           Kenneth D. Springer
Sixth Floor                                Registration No.   39,843
701 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
Tel. (202) 624-1200
Fax. (202) 624-1298

DC:39738.1

VS078267

Docket No.    8733.20067

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

INVENTOR(S)  Young Woo CHO, et al.

SERIAL NO:   To Be Assigned

FILING DATE: November 10, 1999

FOR:         Portable Computer and Method for Mounting a Flat Panel Display Device Module

### FEE TRANSMITTAL

ASSISTANT COMMISSIONER FOR PATENTS
WASHINGTON, D.C. 20231

| FOR | NUMBER FILED | NUMBER EXTRA | RATE | CALCULATIONS |
|---|---|---|---|---|
| TOTAL CLAIMS | 31 - 20 = | 11 | × $18 = | $198.00 |
| INDEPENDENT CLAIMS | 6 - 3 = | 3 | × $78 = | $234.00 |
| ☐    MULTIPLE DEPENDENT CLAIMS (If applicable) | | | + $260 = | $0.00 |
| ☒    LATE FILING OF DECLARATION | | | + $130 = | $130.00 |
| | | | BASIC FEE | $760.00 |
| TOTAL OF ABOVE CALCULATIONS | | | | $1,322.00 |
| ☐    REDUCTION BY 50% FOR FILING BY SMALL ENTITY | | | | $0.00 |
| ☐    FILING IN NON-ENGLISH LANGUAGE | | | + $130 = | $0.00 |
| ☐    RECORDATION OF ASSIGNMENT | | | + $40 = | $0.00 |
| | | | TOTAL | $1,322.00 |

☐   Please charge Deposit Account No. 50-0911 in the amount of          A duplicate copy of this sheet is enclosed.

☒   A check in the amount of    $1,322.00    to cover the filing fee is enclosed.

☐   The Commissioner is hereby authorized to charge any additional fees which may be required for the papers being filed herewith and for which no check is enclosed herewith, or credit any overpayment to Deposit Account No. 50-0911. A duplicate copy of this sheet is enclosed.

Respectfully Submitted,

LONG ALDRIDGE & NORMAN LLP

Date:  November 10, 1999

Sixth Floor
701 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Tel. (202) 624-1200
Fax. (202) 624-1298

Kenneth D. Springer
Registration No.    39,843

DC:39733.1

VS078268

**UTILITY PATENT APPLICATION TRANSMITTAL**
*new nonprovisional applications under 37 CFR 1.53(b)*

| Attorney Docket No. | 8733.20067 |
|---|---|
| First Inventor or Application Identifier | Young Woo CHO |
| Title | Portable Computer and Method for Mounting a Flat Panel Display Device Module |

**APPLICATION ELEMENTS**
*See MPEP chapter 600 concerning utility patent application contents*

ADDRESS TO: Assistant Commissioner for Patents
Box Patent Application
Washington, DC 20231

1. ☒ Fee Transmittal Form (e.g. PTO/SB/17)
   (Submit an original and a duplicate for fee processing)

2. ☒ Specification    Total Pages **20**

3. ☐ Drawing(s) (35 U.S.C. 113)   Total Sheets **14**

4. ☐ Oath or Declaration    Total Pages [ ]
   a. ☐ Newly executed (original or copy)
   b. ☐ Copy from a prior application (37 C.F.R. §1.63(d))
      (for continuation/divisional with box 15 completed)
      i. ☐ DELETION OF INVENTOR(S)
         Signed statement attached deleting inventor(s) named in the prior application, see 37 C.F.R. §1.63(d)(2) and 1.33(b).

5. ☐ Incorporation By Reference (usable if box 4B is checked)
   The entire disclosure of the prior application, from which a copy of the oath or declaration is supplied under Box 4B, is considered to be part of the disclosure of the accompanying application and is hereby incorporated by reference therein.

**ACCOMPANYING APPLICATION PARTS**

6. ☐ Assignment Papers (cover sheet & document(s))

7. ☐ 37 C.F.R. §3.73(b) Statement    ☐ Power of Attorney
   (when there is an assignee)

8. ☐ English Translation Document (if applicable)

9. ☐ Information Disclosure    ☐ Copies of IDS
   Statement (IDS)/PTO-1449         Citations

10. ☐ Preliminary Amendment

11. ☒ White Advance Serial No. Postcard

12. ☐ Small Entity    ☐ Statement filed in prior application. Status still proper and desired.
    Statement(s)

13. ☐ Certified Copy of Priority Document(s)
    (if foreign priority is claimed)

14. ☒ Other:    List of Inventors' Names and Addresses
    Request for Priority
    Check for $1,322.00

---

15. If a CONTINUING APPLICATION, check appropriate box, and supply the requisite information below:
    ☐ Continuation   ☐ Divisional   ☐ Continuation-in-part (CIP)   of prior application no.:
    *Prior application information:*   Examiner:                    Group Art Unit:

16. Amend the specification by inserting before the first line the sentence:
    ☐ This application is a   ☐ Continuation   ☐ Division   ☐ Continuation-in-part (CIP)
    of application Serial No.              Filed on
    ☐ This application claims priority of provisional application Serial No.              Filed

---

**17. CORRESPONDENCE ADDRESS**

LONG ALDRIDGE & NORMAN LLP
701 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 624-1200
FACSIMILE: (202) 624-1298

---

| Name: | Kenneth D. Springer | Registration No.: | 39,843 |
|---|---|---|---|
| Signature: | *[signature]* | Date: | November 10, 1999 |
| Name: | | Registration No.: | |

DC:39734.1

VS078269

Page 1 of 1



## UNITED STATES PATENT AND TRADEMARK OFFICE

COMMISSIONER FOR PATENTS
UNITED STATES PATENT AND TRADEMARK OFFICE
WASHINGTON, D.C. 20231
www.uspto.gov

**CONFIRMATION NO. 7668**

Bib Data Sheet

| SERIAL NUMBER 09/437,222 | FILING DATE 11/10/1999 RULE | CLASS 361 | GROUP ART UNIT 2835 | ATTORNEY DOCKET NO. 8733-20067 |
|---|---|---|---|---|

**APPLICANTS**

YOUNG WOO CHO, KYONGGI-DO, KOREA, REPUBLIC OF;
JONG HWAN KIM, KYONGGI-DO, KOREA, REPUBLIC OF;
DAE HEE PARK, KYONGGI-DO, KOREA, REPUBLIC OF;

** CONTINUING DATA ************************

** FOREIGN APPLICATIONS *******************
    REPUBLIC OF KOREA 1998-48265 11/11/1998

**IF REQUIRED, FOREIGN FILING LICENSE GRANTED**
** 12/08/1999

| Foreign Priority claimed ☐ yes ☐ no<br>35 USC 119 (a-d) conditions met ☐ yes ☐ no ☐ Met after Allowance<br>Verified and Acknowledged _____ Examiner's Signature _____ Initials | STATE OR COUNTRY KOREA, REPUBLIC OF | SHEETS DRAWING 14 | TOTAL CLAIMS 31 | INDEPENDENT CLAIMS 6 |
|---|---|---|---|---|

**ADDRESS**

LONG ALDRIDGE & NORMAN LLP
701 PENNSYLVANIA AVENUE N W
WASHINGTON ,DC 20004

**TITLE**

PORTABLE COMPUTER AND METHOD FOR MOUNTING A FLAT DISPLAY DEVICE MODULE

| FILING FEE RECEIVED 1438 | FEES: Authority has been given in Paper No. _____ to charge/credit DEPOSIT ACCOUNT No. _____ for following: | ☐ All Fees |
|---|---|---|
| | | ☐ 1.16 Fees ( Filing ) |
| | | ☐ 1.17 Fees ( Processing Ext. of time ) |
| | | ☐ 1.18 Fees ( Issue ) |
| | | ☐ Other _____ |
| | | ☐ Credit |

VS078270

8 | 3 | 8 | 2 3 2 8

## PATENT APPLICATION FEE DETERMINATION RECORD
### Effective November 10, 1998

Application or Docket Number

### CLAIMS AS FILED - PART I

| | SMALL ENTITY TYPE ☐ | | | | | | | |
|---|---|---|---|---|---|---|---|---|

| FOR | NUMBER FILED (Column 1) | NUMBER EXTRA (Column 2) | RATE | FEE | | RATE | FEE |
|---|---|---|---|---|---|---|---|
| BASIC FEE | | | | 380.00 | OR | | 760.00 |
| TOTAL CLAIMS | 31 minus 20= * | 11 | X$ 9= | | OR | X$18= | 198 |
| INDEPENDENT CLAIMS | 6 minus 3 = * | 3 | X39= | | OR | X78= | 234 |
| MULTIPLE DEPENDENT CLAIM PRESENT | | | +130= | | OR | +260= | |
| * If the difference in column 1 is less than zero, enter "0" in column 2 | | | TOTAL | | OR | TOTAL | 1192 |

### CLAIMS AS AMENDED - PART II

**AMENDMENT A**

| | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | RATE | ADDI-TIONAL FEE | | RATE | ADDI-TIONAL FEE |
|---|---|---|---|---|---|---|---|---|---|
| Total | * | Minus | ** | = | X$ 9= | | OR | X$18= | |
| Independent | * | Minus | *** | = | X39= | | OR | X78= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | +130= | | OR | +260= | |
| | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

**AMENDMENT B**

| | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | RATE | ADDI-TIONAL FEE | | RATE | ADDI-TIONAL FEE |
|---|---|---|---|---|---|---|---|---|---|
| Total | * 33 | Minus | ** 33 | = / | X$ 9= | / | OR | X$18= | |
| Independent | * 7 | Minus | *** 7 | = / | X39= | | OR | X78= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | +130= | | OR | +260= | |
| | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

**AMENDMENT C**

| | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | RATE | ADDI-TIONAL FEE | | RATE | ADDI-TIONAL FEE |
|---|---|---|---|---|---|---|---|---|---|
| Total | * 31 | Minus | ** 33 | = | X$ 9= | | OR | X$18= | |
| Independent | * 6 | Minus | *** 7 | = | X39= | | OR | X78= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | +130= | | OR | +260= | |
| | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20."
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3."
   The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

FORM PTO-875
(Rev. 11/98)    *U.S. Government Printing Office: 1999 — 459-072/19142    Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE

VS078271