IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 04-343-JJF ) ) |
| TATUNG CO.; TATUNG COMPANY OF AMERICA, INC.; and VIEWSONIC CORPORATION, | ) **EXHIBIT 29** ) **FILED UNDER SEAL** ) ) ) |
| Defendants. | ) ) |

## SEALED EXHIBIT TO DECLARATION OF JAMES D. HEISMAN

HIGHLY SENSITIVE –
CONFIDENTIAL INFORMATION SUBJECT TO
PROTECTIVE ORDER
TO BE OPENED ONLY BY
OR AS DIRECTED BY THE COURT

Dated: July 6, 2007

Of Counsel:
Scott R. Miller
Manuel C. Nelson
Connolly Bove Lodge & Hutz LLP
355 South Grand Ave.
Suite 3150
Los Angeles, CA 90071

Tracy R. Roman
Raskin Peter Rubin & Simon, LLP
1801 Century Park East, Suite 2300
Los Angeles, CA 90067

CONNOLLY BOVE LODGE & HUTZ LLP

By:  /s/ James D. Heisman
Jeffrey B. Bove, Esq. (#998)
James D. Heisman, Esq. (#2746)
Jaclyn M. Mason, Esq. (#4737)
The Nemours Building, 8th floor
1007 North Orange Street
Wilmington, DE 19801
Telephone: (302) 658-9141
Facsimile:  (302) 658-5614

*Attorneys for Defendant ViewSonic Corporation*

551291_1.DOC