IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LG.PHILIPS LCD CO., LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 04-343-JJF |
| v. | ) | |
| | ) | |
| TATUNG CO.; | ) | |
| TATUNG COMPANY OF AMERICA, INC.; AND | ) | |
| VIEWSONIC CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF CHANGE OF ATTORNEY INFORMATION

PLEASE TAKE NOTICE that, further to the Court's Order granting the motion for Scott R. Miller to Appear Pro Hac Vice (DI 29-1), the address for Scott R. Miller, counsel for Defendant ViewSonic Corporation, has changed, effective immediately, to:

> Scott R. Miller, Esq.
> CONNOLLY BOVE LODGE & HUTZ LLP
> 333 South Grand Avenue
> Suite 2300
> Los Angeles, CA 90067
> Telephone: (213) 787-2500
> Facsimile: (213) 687-0498
> smiller@cblh.com

And, further to the Court's Order granting the motion for Manuel C. Nelson to Appear Pro Hac Vice (DI 317), the address for Manuel C. Nelson, counsel for Defendant ViewSonic Corporation, has changed effective immediately, to:

> Manuel C. Nelson, Esq.
> CONNOLLY BOVE LODGE & HUTZ LLP
> 333 South Grand Avenue
> Suite 2300
> Los Angeles, CA 90067
> Telephone: (213) 787-2500
> Facsimile: (213) 687-0498
> mnelson@cblh.com

CONNOLLY BOVE LODGE & HUTZ LLP

Dated:  July 12, 2007

_/s/ James D. Heisman_____
Jeffrey B. Bove, Esq. (#998)
James D. Heisman, Esq. (#2746)
Jaclyn M. Mason, Esq. (#4737)
1007 North Orange Street
P. O. Box 2207
Wilmington, DE  19801
Telephone: (302) 658-9141
Facsimile:  (302) 658-5614

*Attorneys for Defendant ViewSonic
Corporation*

Of Counsel:

Scott R. Miller
Manuel C. Nelson
CONNOLLY BOVE LODGE & HUTZ LLP
333 South Grand Avenue
Suite 2300
Los Angeles, CA  90071

*Attorney for ViewSonic Corporation*

## CERTIFICATE OF SERVICE

I, James D. Heisman, hereby certify that on this 12th day of July, 2007, a true copy of the foregoing **Notice of Change of Attorney Information** was hand-delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following and the document is available for viewing and downloading from CM/ECF:

Richard D. Kirk
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Anne Shea Gaza
Frederick L. Cottrell III
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801

I further certify that on this 12th day of July, 2007, I have sent by email the foregoing document to the following non-registered participants:

Cass W. Christenson
Lora A. Brzezynski
Rel S. Ambrozy
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006

Tracy R. Roman
Raskin Peter Rubin & Simon
1801 Century Park East 23rd Floor
Los Angeles, CA 90067

Mark H. Krietzman
Valerie W. Ho
Frank E. Merideth, Jr.
Steve P. Hassid
Greenberg Traurig, LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404

*/s/ James D. Heisman*
James D. Heisman (# 2746)