# EXHIBIT A

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

L. G. PHILIPS LCD CO., LTD.,    :
                                :
     Plaintiff,                 :
                                :   Civil Action No.
     v.                         :   04-343-JJF
                                :
TATUNG CO.; TATUNG COMPANY OF   :
AMERICA, INC.; and VIEWSONIC    :
CORPORATION,                    :
                                :
     Defendants.                :


          Teleconference proceedings in the

above-captioned matter, before Adam D. Miller,

Registered Professional Reporter and Certified

Shorthand Reporter, on Thursday, June 28, 2007,

beginning at approximately 3:18 p.m.


BEFORE:    VINCENT J. POPPITI, SPECIAL MASTER

Page 6

1 to -- assuming that the claim constructions ultimately
2 used in the case are those that are in the
3 recommendations, which we'll obviously all expect is
4 likely to be the case -- but that would reduce,
5 significantly, I think, the number of discovery
6 requests that would be at issue for consideration with
7 the Court.
8         SPECIAL MASTER POPPITI: Okay.
9 Mr. Christenson?
10        MR. CHRISTENSON: Yes. Thank you, Your
11 Honor. Cass Christenson on behalf of LPL.
12        The representations that are summarized in
13 Viewsonic's June 25th letter really reflect, I think,
14 some misconceptions and/or incorrect assumptions about
15 both the invention that's at issue and also LPL's
16 business, which impacts what LPL does and what
17 documents it does and does not have. So I can address
18 those issues as I discuss the representations that were
19 proposed by Viewsonic.
20        The first representation that Viewsonic
21 requests is that LPL's LCD modules for desktop computer
22 monitors and televisions are, quote flat-panel display
23 devices, end quote, as that term is presently
24 construed.

Page 7

1         And the problem with that proposed
2 representation is that LPL -- whether LPL makes
3 flat-panel display devices or whether LPL's modules are
4 used as flat-panel display devices for purposes of
5 these claims and the Court's constructions really
6 depends on what third-party OEM set makers do with
7 those modules. And I'll explain why.
8         The constructions of the claims made clear
9 that the invention addresses the assembly of a
10 flat-panel display device attached at the rear surface
11 of a first frame to a housing. And the flat-panel
12 display device, that the first -- the frame at the back
13 of the flat-panel display device is typically a
14 separate frame that is added by the OEM set maker to
15 LPL's module after LPL's module would be sold and
16 shipped.
17        And, really, LPL doesn't know what the set
18 makers that buy its modules do to mount those modules
19 into a housing. LPL doesn't know of instances where
20 those modules are directly attached to a housing at the
21 back of the module itself. And LPL doesn't intend
22 specifically for that to happen.
23        LPL, in some cases, has certain holes at
24 the back of the module. And, typically, those holes

Page 8

1 are used to attach some component other than a housing
2 to the back of the module. In many cases that could be
3 a frame that the OEM maker attaches to the back of the
4 module. It could be a heat shield. It could be a
5 number of different things. And those different things
6 may then -- may or may not then be attached to a
7 housing.
8         So whether the module is used as a
9 flat-panel display device or whether the module is used
10 as a part of a flat-panel display device really depends
11 on how the purchaser of that module uses the module in
12 the finished product. And as a result of that, we are
13 not in a position to state affirmatively which of our
14 modules have been used as flat-panel display devices or
15 to what extent.
16        And, as a result of that, we really are not
17 in a position to provide discovery that addresses any
18 of the issues that Viewsonic refers to in its papers;
19 for example, the commercial success of the invention.
20 Our modules and documents about our modules would not
21 show anyone the extent to which those modules are used
22 down the road to practice our invention or not.
23        MR. MILLER: Your Honor, this is Scott
24 Miller. May I respond?

Page 9

1         SPECIAL MASTER POPPITI: Yes, please.
2         MR. MILLER: Well, I think that
3 Mr. Christenson's arguments just ignore what I believe
4 is the construction the Court has recommended be
5 adopted for "flat-panel display device."
6         As I understand the construction, it talks
7 about a display device having a flat-display panel
8 sandwiched by the first and second frames. And the
9 first and second frames are defined as the structure to
10 the back of the flat-panel display device put together
11 where the second frame structure sandwiches at least
12 the flat-display panel. And the second frame's
13 definition's been familiar to first frame, just using
14 the first frame in conjunction with the second frame
15 structure.
16        SPECIAL MASTER POPPITI: That's correct.
17        MR. MILLER: I don't believe that there's
18 anything about the LCD module that LPL makes that isn't
19 exactly in conformance with the general structure
20 identified in Figure 4C of the patents and the
21 Component 16, which the patent identifies as the second
22 frame; Component 12, which the patent identifies as the
23 flat-display panel; and Component 14G, which the patent
24 identifies as the first frame.

3 (Pages 6 to 9)

Page 10

1   And I think it is just -- you know, defies
2   logic, in my view, to argue that a module made by LPL
3   is not a flat-panel display device. But if that's the
4   position they're going to assert in this case, it is --
5   it certainly crystallizes why the discovery relating to
6   their products is critical in the matter; because the
7   products that Viewsonic sells that are accused of
8   infringement use LCD modules.
9   And if that's a noninfringing component on
10  the product, we're entitled to be able to show the jury
11  exactly what it is about LPL products they contend is
12  not a flat-panel display device when deciding the
13  issues of infringement and why suddenly it becomes a
14  flat-panel display device when it somehow has a bracket
15  attached to it in some fashion.
16  And that also directly impacts the scope of
17  the prior art that the experts would have to analyze.
18  So I think that this whole idea that a
19  flat-panel display device is not an LCD module is
20  just -- you know, I don't understand how it exists
21  under the construction that the Court has articulated.
22  SPECIAL MASTER POPPITI: Well, I -- and
23  it's not for me to try to understand how it exists or
24  whether it doesn't exist. But you have correctly

Page 11

1   described what the claim construction did, what it
2   was -- what it intended to do.
3   And, Mr. Christenson, I want to know why
4   you think that Mr. Miller's analysis isn't absolutely,
5   absolutely correct.
6   MR. CHRISTENSON: Your Honor, I think
7   Mr. Miller may have misunderstood what I was saying. I
8   wasn't not suggesting that the module could not be a
9   flat-panel display device under the construction. What
10  I was suggesting was, it would depend -- whether
11  that -- whether the module is a flat-panel display
12  device under the construction -- i.e., a device that
13  is, that could be attached at the rear surface of the
14  first frame to a housing -- depends on whether that
15  module is combined with another first -- with a first
16  frame in addition to the back surface of the module and
17  then attached to a housing.
18  If that happens, then the module itself is
19  not the device, the flat-panel display device, because
20  there is that separate first frame that sandwiches that
21  module; all of which is completely consistent with the
22  construction that you gave.
23  As I understand what Mr. Miller's
24  suggesting, it seems to sound like he's suggesting that

Page 12

1   the module should be equated with the flat-panel
2   display device. And that's simply not the case. And
3   that's not your construction, nor is that what the
4   patent says.
5   MR. MILLER: Your Honor, this is Scott
6   Miller. Two quick things. I don't think that adding a
7   bracket to the back of a flat-panel display device as
8   defined in Figure 4C changes the character of whether
9   or not the LCD module is a flat-panel display device.
10  And we can argue at some point in time -- and I know
11  you don't want to hear the argument today -- about
12  whether adding a further bracket to the back of element
13  14G in Figure 4C of the patents constitutes a new first
14  frame and obliterates 14G from being the first frame.
15  But it doesn't impact in any fashion the representation
16  that we're seeking, which is that the LCD modules they
17  make are flat-panel display devices as the term is
18  construed by the Court.
19  And those modules are flat-panel display
20  devices we believe. And we believe -- I think
21  Mr. Christenson just acknowledged they are. And, as a
22  result, I don't know -- I'm not sure why we can't have
23  the representation so that we can reduce the discovery
24  burden on the parties going forward on these issues.

Page 13

1   MR. AMBROZY: Your Honor, it's Rel
2   Ambrozy --
3   SPECIAL MASTER POPPITI: Mr. Christenson,
4   you did clarify what you intended to say; and you did
5   make a concession, did you not?
6   MR. CHRISTENSON: Your Honor --
7   SPECIAL MASTER POPPITI: I think what
8   you're saying is your concession isn't as broad as the
9   request for a representation; correct?
10  MR. CHRISTENSON: Correct, Your Honor. My
11  statement was simply that the module could be used as a
12  flat-panel display device. But whether, whether that
13  is how it is used or not by an OEM depends on what the
14  OEM does.
15  And Mr. Miller uses the term "bracket" and
16  I use the term "first frame" to describe what in many
17  cases happens when the OEM maker takes the module; in
18  many cases there is a first frame added to the module,
19  and then that is attached to the housing. And that
20  clearly practices our invention under the claim
21  construction and under the scope of the patent claims.
22  MR. AMBROZY: Your Honor, it's Rel Ambrozy.
23  I think the one limitation you also have to look at,
24  you cannot just look at the one flat-panel display

# EXHIBIT B

Premium Content | Register | Log In | Help



sandwich

Search

Dictionary    Thesaurus    Encyclopedia    All Reference    The Web

 

A D V E R T I S E M E N T

# 13 results for: *sandwich*

(Browse Nearby Entries)

Ads by Google

**English Online Dictionary**
Translation / Information from the leading Dictionary
*TopTenRatings.Net;Dictionary*

**This is Scary Accurate**
Avoid This Site if You're Frightened Easily.
*YourFortuneRevealed.com*

**Online College Dictionary**
Top 6 Websites For Online College Dictionary
*www.picks-finder.com*

*Dictionary.com Unabridged (v 1.1) – Cite This Source*
**sand·wich** ☉ ◄ʲ)) [**sand**-wich, **san**-] Pronunciation Key - Show IPA
Pronunciation
   *–noun*
   1. two or more slices of bread or the like with a layer of meat, fish, cheese, etc., between each pair.
   2. OPEN SANDWICH.
   3. something resembling or suggesting a sandwich, as something in horizontal layers: *a plywood sandwich*.
   *–verb (used with object)*
   4. to put into a sandwich.
   5. to insert between two other things: *to sandwich an appointment between two board meetings*.

   [Origin: 1755–65; named after the fourth Earl of *Sandwich* (1718–92)]

*Dictionary.com Unabridged (v 1.1)*
*Based on the Random House Unabridged Dictionary, © Random House, Inc. 2006.*


*Dictionary.com Unabridged (v 1.1) – Cite This Source*
**Sand·wich** ☉ ◄ʲ)) [**sand**-wich, **san**-] Pronunciation Key - Show IPA
Pronunciation
   *–noun*
   a town in E Kent, in SE England: one of the Cinque Ports. 4467.

*Dictionary.com Unabridged (v 1.1)*
*Based on the Random House Unabridged Dictionary, © Random House, Inc. 2006.*


*American Heritage Dictionary – Cite This Source*

**sand·wich** ☉ ◄ʲ)) (sănd'wĭch, săn'–) Pronunciation Key

a. Two or more slices of bread with a filling such as meat or cheese placed between them.
b. A partly split long or round roll containing a filling.
c. One slice of bread covered with a filling.

2. Something resembling a sandwich.

*tr.v.* **sand·wiched, sand·wich·ing, sand·wich·es**
1. To make into or as if into a sandwich.
2. To insert (one thing) tightly between two other things of differing character or quality.
3. To make room or time for: *sandwiched a vacation between business trips.*

[After John Montagu, Fourth Earl of Sandwich (1718–1792), British politician.]

*(Download Now or Buy the Book)*
*The American Heritage® Dictionary of the English Language, Fourth Edition*
*Copyright © 2006 by Houghton Mifflin Company.*
*Published by Houghton Mifflin Company. All rights reserved.*

Spicy Chicken Sandwich
Sandwich Aprons
Sandwich Tee

🔞 Indicates premium content, which is available only to subscribers.

*American Heritage Dictionary* – *Cite This Source*
**Sand·wich** 🔞 ◀ᴵᴵ⟩ (sănd′wĭch′, săn′–)  Pronunciation Key
A municipal borough of southeast England north of Dover. One of the original Cinque Ports, it is now a resort and market center. Population: 4,227.

*(Download Now or Buy the Book)*
*The American Heritage® Dictionary of the English Language, Fourth Edition*
*Copyright © 2006 by Houghton Mifflin Company.*
*Published by Houghton Mifflin Company. All rights reserved.*

*Online Etymology Dictionary* – *Cite This Source*
**sandwich**

1762, said to be an allusion to John Montagu (1718–92), Fourth Earl *Sandwich*, who was said to be an inveterate gambler who ate slices of cold meat between bread at the gaming table during marathon sessions rather than get up for a proper meal (this account dates to 1770). It was in his honor that Cook named the Hawaiian islands (1778). The verb is from 1861. *Sandwich board* is from 1864. The family name is from the place in Kent, O.E. *Sandwicæ*, lit. "sandy harbor (or trading center)." For pronunciation, see cabbage.

*Online Etymology Dictionary, © 2001 Douglas Harper*

*WordNet* – *Cite This Source*
**sandwich**

1. two (or more) slices of bread with a filling between them

*verb*
1. make into a sandwich
2. insert or squeeze tightly between two people or objects; "She was
   sandwiched in her airplane seat between two fat men"

*WordNet® 3.0, © 2006 by Princeton University.*

*Kernerman English Multilingual Dictionary (Beta Version)* – Cite This Source
**sandwich** ['sænwidʒ, (American) -witʃ] *noun*
  slices of bread etc with food between
  Example: *cheese sandwiches*

| | | | |
|---|---|---|---|
| *Arabic*: | ساندويتش، شطيرة | *Japanese*: | サンドイッチ |
| *Chinese (Simplified)*: | 三明治 | *Korean*: | 샌드위치 |
| *Chinese (Traditional)*: | 三明治 | *Latvian*: | sendvičs; sviestmaize |
| *Czech*: | sendvič | *Lithuanian*: | sumuštinis |
| *Danish*: | sandwich | *Norwegian*: | (dobbelt) smørbrød |
| *Dutch*: | sandwich | | |
| *Estonian*: | (kahe poolega) võileib | *Polish*: | kanapka |
| *Finnish*: | kerrosvoileipä | *Portuguese (Brazil)*: | sanduíche |
| *French*: | sandwich | *Portuguese (Portugal)*: | sanduíche |
| *German*: | das Sandwich | *Romanian*: | sandviş |
| *Greek*: | σάντουιτς | *Russian*: | сандвич, бутерброд |
| *Hungarian*: | szendvics | *Slovak*: | sendvič |
| *Icelandic*: | samloka | *Slovenian*: | sendvič |
| *Indonesian*: | roti tangkep | *Spanish*: | bocadillo, sándwich |
| *Italian*: | sandwich | *Swedish*: | dubbelsmörgås, sandwich |
| | | *Turkish*: | sandviç |

**sandwich** ['sænwidʒ, (American) -witʃ] *verb*
  to place or press between two objects etc
  Example: *His car was sandwiched between two lorries.*

| | | | |
|---|---|---|---|
| *Arabic*: | يَضَعُ شيئاً بين شيئين وَيَضْغَط عَلَيْه | *Japanese*: | 間にはさむ |
| | | *Korean*: | …을 사이에 끼우다 |
| *Chinese (Simplified)*: | 夹在二者中间 | *Latvian*: | iespiest (starpā); saplacināt |
| *Chinese (Traditional)*: | 夾在二者中間 | *Lithuanian*: | suploti |
| *Czech*: | sevřít | *Norwegian*: | være inneklemt mellom |
| *Danish*: | klemme ind | | |
| *Dutch*: | klemmen | *Polish*: | wcisnąć coś między |
| *Estonian*: | vahele pressima | | |
| *Finnish*: | puristaa | | |

| | | | |
|---|---|---|---|
| *French* | serrer entre | *Portuguese (Portugal)*: | comprimir |
| *German*: | einklemmen | *Romanian* | a fi strivit |
| *Greek*: | στριμὼχνω | *Russian* | вставлять, втискивать |
| *Hungarian*: | (köz)beékelődik | *Slovak* | vložiť (medzi dve vrstvy), vtlačiť |
| *Icelandic*: | klemma | | |
| *Indonesian*: | mengapit | *Slovenian*: | vriniti, stisniti (med ) |
| *Italian*: | serrare | | |
| | | *Spanish*: | encajonar, apretujar entre dos objetos; intercalar |
| | | *Swedish*: | klämma emellan, vara (bli) inklämd |
| | | *Turkish*: | arasına koymak, sıkıştırmak |

*Kernerman English Multilingual Dictionary (Beta Version), © 2000–2006 K Dictionaries Ltd.*

---

*U.S. Gazetteer – Cite This Source*

**Sandwich, IL (city, FIPS 67548)** Location: 41.64658 N, 88.62308 W
Population (1990): 5567 (2158 housing units)
Area: 6.2 sq km (land), 0 0 sq km (water)
Zip code(s): 60548

**Sandwich, MA (CDP, FIPS 59700)** Location: 41.75783 N, 70.49981 W
Population (1990): 2998 (1688 housing units)
Area: 9.4 sq km (land), 0.4 sq km (water)
Zip code(s): 02563

**Center Sandwich, NH** Zip code(s): 03227

**East Sandwich, MA (CDP, FIPS 20380)** Location: 41.73835 N, 70.43457 W
Population (1990): 3171 (1732 housing units)
Area: 19.2 sq km (land), 0.1 sq km (water)
Zip code(s): 02537

**North Sandwich, NH** Zip code(s): 03259

---

*U.S. Gazetteer, U S  Census Bureau*

View results from: Dictionary | Thesaurus | Encyclopedia | All Reference | the Web



A D V E R T I S E M E N T

Perform a new search, or try your search for "sandwich" at:

    Amazon.com – Shop for books, music and more
    Reference.com – Encyclopedia Search
    Reference.com – Web Search powered by Google
    Thesaurus.com – Search for synonyms and antonyms

Get the Dictionary.com Toolbar for your browser – FREE download! From
                 the makers of Dictionary.com

About Dictionary.com | Privacy Policy | Terms of Use | Link to Us | Contact Us

Copyright © 2007, Lexico Publishing Group, LLC. All rights reserved.

# EXHIBIT C

Exhibit C

[*] Premium Content  |  Register  |  Log In  |  Help



device

Search

Dictionary    Thesaurus    Encyclopedia    All Reference    The Web



ADVERTISEMENT

## 11 results for: *device*
(Browse Nearby Entries)

Free download! Get
instant dictionary,
thesaurus, and
encyclopedia access with
our Explorer toolbar.

Ads by Google

**Hebrew Ringtone**
Send this ringtone to your phone right now!
*RingRingMobile.com*

**Catholic Dictionary**
A comprehensive modern Catholic dictionary to search or browse.
*www.catholicreference.net*

**Translation Dictionary**
Looking for Translation Dictionary? Visit the top translation sites
*TranslationAbode.com*

*Dictionary.com Unabridged (v 1.1)* – Cite This Source

de·vice ✪ 🔊  [di-**vahys**] Pronunciation Key - Show IPA Pronunciation

–*noun*
1. a thing made for a particular purpose; an invention or contrivance, esp. a mechanical or electrical one.
2. a plan or scheme for effecting a purpose.
3. a crafty scheme; trick.
4. a particular word pattern, figure of speech, combination of word sounds, etc., used in a literary work to evoke a desired effect or arouse a desired reaction in the reader: *rhetorical devices*.
5. something elaborately or fancifully designed.
6. a representation or design used as a heraldic charge or as an emblem, badge, trademark, or the like.
7. a motto.
8. *Archaic*. devising; invention.

[Origin: 1375–1425; b. late ME *devis* division, discourse and *devise* heraldic device, will; both < AF, OF < L *dīvīsa*, fem. of *dīvīsus*, see DIVISION]

—*Related forms*
de·vice·ful, *adjective*
de·vice·ful·ly, *adverb*
de·vice·ful·ness, *noun*

—*Synonyms* 1. gadget. 2. project, design. 3. wile, ruse, artifice, stratagem, maneuver. 7. slogan, legend.

*Dictionary.com Unabridged (v 1.1)*
*Based on the Random House Unabridged Dictionary, © Random House, Inc. 2006*



Show Your Card & Save

*American Heritage Dictionary* – *Cite This Source*

de·vice 🅿 🔊)) (dĭ-vīs') Pronunciation Key
n.
1. A contrivance or an invention serving a particular purpose, especially a machine used to perform one or more relatively simple tasks.
2.
   a. A technique or means.
   b. A plan or scheme, especially a malign one.
3. A literary contrivance, such as parallelism or personification, used to achieve a particular effect.
4. A decorative design, figure, or pattern, as one used in embroidery. See Synonyms at figure.
5. A graphic symbol or motto, especially in heraldry.
6. *Archaic* The act, state, or power of devising.

[Middle English, from Old French devis, *division, wish*, and Old French devise, *design*, both from Latin dīvīsus, dīvīsa, past participle of dīvidere, *to divide, separate*; see divide.]

*(Download Now or Buy the Book)*
*The American Heritage® Dictionary of the English Language, Fourth Edition*
*Copyright © 2006 by Houghton Mifflin Company.*
*Published by Houghton Mifflin Company. All rights reserved*

ADVERTISEMENT

*Online Etymology Dictionary* – *Cite This Source*
device
   c.1290, from O.Fr. devis "division, separation, disposition, wish, desire," from L. divisus, pp. of dividere "to divide" (see divide). Sense of "method by which something is divided" arose in Fr. and led to modern meaning.

*Online Etymology Dictionary, © 2001 Douglas Harper*

Related ads:

Device Mouse
Peripheral Device
Custom Device Driver
USB Storage Device
Windows Driver Development

🅿 Indicates premium content, which is available only to subscribers.

*WordNet* – *Cite This Source*
device

*noun*
1. an instrumentality invented for a particular purpose; "the device is

water"
2. something in an artistic work designed to achieve a particular effect
3. any clever maneuver; "he would stoop to any device to win a point"; "it was a great sales gimmick"; "a cheap promotions gimmick for greedy businessmen"
4. any ornamental pattern or design (as in embroidery)
5. an emblematic design (especially in heraldry); "he was recognized by the device on his shield"

*WordNet® 3.0, © 2006 by Princeton University*


*American Heritage Dictionary of Idioms* – *Cite This Source*
**device**

see leave to someone's own devices.


*The American Heritage® Dictionary of Idioms by Christine Ammer.*
*Copyright © 1997 by The Christine Ammer 1992 Trust. Published by Houghton*
*Mifflin Company.*


*Kernerman English Multilingual Dictionary (Beta Version)* – *Cite This Source*
**device**[1] [di'vais] *noun*
   something made for a purpose, eg a tool or instrument
   Example: *a device for opening cans*

| | | | |
|---|---|---|---|
| *Arabic*: | جهاز, أداة، آلة | *Japanese*: | 考案物 |
| *Chinese (Simplified)*: | 装置 , 器件 | *Korean*: | 도구, 장치 |
| *Chinese (Traditional)*: | 裝置 , 器件 | *Latvian*: | ierīce |
| *Czech*: | nástroj, přístroj | *Lithuanian*: | prietaisas |
| *Danish*: | mekanisme; apparat | *Norwegian*: | apparat, innretning, anordning, hjelperåd |
| *Dutch*: | apparaat | | |
| *Estonian*: | seadis | *Polish*: | przyrząd |
| *Finnish*: | laite | *Portuguese (Brazil)*: | instrumento |
| *French*: | appareil | *Portuguese (Portugal)*: | instrumento |
| *German*: | das Gerät | *Romanian*: | aparat; mecanism; dispozitiv |
| *Greek*: | συσκευή | | |
| *Hungarian*: | eszköz | *Russian*: | приспособление |
| *Icelandic*: | tæki, útbúnaður | *Slovak*: | nástroj |
| *Indonesian*: | alat | *Slovenian*: | naprava |
| *Italian*: | congegno | *Spanish*: | aparato |
| | | *Swedish*: | anordning, apparat |
| | | *Turkish*: | alet, cihaz, araç |

**device**[2] [di'vais] *noun*
   a plan or system of doing something, sometimes involving trickery
   Example: *This is a device for avoiding income tax.*

| | | | |
|---|---|---|---|
| *Chinese (Simplified):* | 手段 | *Korean:* | 계획, 책략, 방법 |
| *Chinese (Traditional):* | 手段 | *Latvian:* | plāns; projekts; triks |
| *Czech:* | trik, plán | | |
| *Danish:* | plan; strategi | *Lithuanian:* | būdas, priemonė |
| *Dutch:* | middel, truc | | |
| *Estonian:* | võte | *Norwegian:* | påfunn, list |
| *Finnish:* | keino | *Polish:* | sposób |
| *French:* | truc | *Portuguese (Brazil):* | expediente |
| *German:* | der Kniff | *Portuguese (Portugal):* | processo |
| *Greek:* | τέχνασμα | *Romanian:* | truc |
| *Hungarian:* | megoldás | *Russian:* | способ |
| *Icelandic:* | aðferð; kænskubragð | *Slovak:* | trik |
| | | *Slovenian:* | sredstvo |
| *Indonesian:* | cara | *Spanish:* | mecanismo, truco, estratagema |
| *Italian:* | stratagemma | | |
| | | *Swedish:* | påhitt, knep |
| | | *Turkish:* | düzen, hile |

*Kernerman English Multilingual Dictionary (Beta Version), © 2000–2006 K Dictionaries Ltd.*

---

*American Heritage Stedman's Medical Dictionary* – <u>*Cite This Source*</u>

**de · vice** (d$_{\text{I}}$–v$_{\text{I}}$s′)

*n.*

A contrivance or an invention serving a particular purpose, especially a machine used to perform one or more relatively simple tasks.

*The American Heritage® Stedman's Medical Dictionary*
*Copyright © 2002, 2001, 1995 by Houghton Mifflin Company. Published by*
*Houghton Mifflin Company.*

---

<u>*Merriam–Webster's Medical Dictionary*</u> – <u>*Cite This Source*</u>

Main Entry: **de · vice**
Pronunciation: di-'vIs
Function: *noun*
: a piece of equipment or a mechanism designed to serve a special purpose or perform a special function

*Merriam–Webster's Medical Dictionary, © 2002 Merriam–Webster, Inc.*

---

<u>*Free On-line Dictionary of Computing*</u> – <u>*Cite This Source*</u>

**device**
<u>peripheral</u>

*The Free On-line Dictionary of Computing, © 1993–2007 Denis Howe*

*On-line Medical Dictionary* – *Cite This Source*
**device**

device: in CancerWEB's On-line Medical Dictionary

*On-line Medical Dictionary, © 1997-98 Academic Medical Publishing & CancerWEB*

View results from: Dictionary | Thesaurus | Encyclopedia | All Reference | the Web



ADVERTISEMENT

Perform a new search, or try your search for "device" at:

Amazon.com – Shop for books, music and more
Reference.com – Encyclopedia Search
Reference.com – Web Search powered by Google
Thesaurus.com – Search for synonyms and antonyms

Get the Dictionary.com Toolbar for your browser – FREE download! From
the makers of Dictionary.com

About Dictionary.com | Privacy Policy | Terms of Use | Link to Us | Contact Us
Copyright © 2007, Lexico Publishing Group, LLC. All rights reserved.