IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LG.PHILIPS LCD CO., LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 04-343-JJF |
| v. | ) | |
| | ) | [REDACTED – |
| TATUNG CO.; | ) | PUBLIC VERSION |
| TATUNG COMPANY OF AMERICA, INC.; AND | ) | OF EXHIBIT 29] |
| VIEWSONIC CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## REDACTED –PUBLIC VERSION OF EXHIBIT 29: SEALED EXHIBIT TO D.I. 711 DECLARATION OF JAMES D. HEISMAN

Dated: July 13, 2007

Of Counsel:
Scott R. Miller
Manuel C. Nelson
Connolly Bove Lodge & Hutz LLP
333 South Grand Ave.
Suite 2300
Los Angeles, CA 90071

Tracy R. Roman
Raskin Peter Rubin & Simon, LLP
1801 Century Park East, Suite 2300
Los Angeles, CA 90067

CONNOLLY BOVE LODGE & HUTZ LLP

By: _/s/ James D. Heisman_
Jeffrey B. Bove, Esq. (#998)
James D. Heisman, Esq. (#2746)
Jaclyn M. Mason, Esq. (#4737)
The Nemours Building, 8th floor
1007 North Orange Street
Wilmington, DE 19801
Telephone: (302) 658-9141
Facsimile: (302) 658-5614

*Attorneys for Defendant ViewSonic Corporation*

551288_1.DOC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 04-343-JJF ) ) |
| TATUNG CO.; TATUNG COMPANY OF AMERICA, INC.; and VIEWSONIC CORPORATION, | ) EXHIBIT 29 ) FILED UNDER SEAL ) ) ) |
| Defendants. | ) ) |

<u>SEALED EXHIBIT TO
DECLARATION OF JAMES D. HEISMAN</u>

HIGHLY SENSITIVE –
CONFIDENTIAL INFORMATION SUBJECT TO
PROTECTIVE ORDER
TO BE OPENED ONLY BY
OR AS DIRECTED BY THE COURT

Dated: July 6, 2007

<u>Of Counsel:</u>
Scott R. Miller
Manuel C. Nelson
Connolly Bove Lodge & Hutz LLP
355 South Grand Ave.
Suite 3150
Los Angeles, CA 90071

Tracy R. Roman
Raskin Peter Rubin & Simon, LLP
1801 Century Park East, Suite 2300
Los Angeles, CA 90067

CONNOLLY BOVE LODGE & HUTZ LLP

By: <u>/s/ James D. Heisman</u>
Jeffrey B. Bove, Esq. (#998)
James D. Heisman, Esq. (#2746)
Jaclyn M. Mason, Esq. (#4737)
The Nemours Building, 8th floor
1007 North Orange Street
Wilmington, DE 19801
Telephone: (302) 658-9141
Facsimile: (302) 658-5614

*Attorneys for Defendant ViewSonic Corporation*

551291_1.DOC

# EXHIBIT 29

Page 485

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

------------------------------x

L.G. PHILIPS LCD CO., LTD.,       )

             Plaintiff,       )

    v.                            )   Civil Action

TATUNG CO.; TATUNG COMPANY OF     )   No. 04-343

AMERICA, INC.; and VIEWSONIC      )

CORPORATION,                      )

             Defendants.      )

------------------------------x


HIGHLY SENSITIVE CONFIDENTIAL INFORMATION

Videotaped Deposition of JONG HWAN KIM

Washington, D.C.

Friday, March 2, 2007

8:37 a.m.


Job No.:  22-97869

Pages 485 - 558, Volume 5

Reported By:  Joan V. Cain

MERRILL   LEGAL   SOLUTIONS
800-826-0277   818-593-2300   Fax 818-593-2301   www.merrillcorp.com
71da6730-f93b-4137-b3e4-769e9dc1a018

Page 486

1       Videotaped Deposition of JONG HWAN KIM, held
2   at the law offices of:
3
4       GREENBERG TRAURIG, LLP
5       Suite 500
6       800 Connecticut Avenue, Northwest
7       Washington, D.C.  20006
8       (202) 331-3100
9
10      Pursuant to Notice, before Joan V. Cain,
11  Certified Court Reporter and Notary Public in and for
12  the District of Columbia.
13
14
15
16
17
18
19
20
21
22
23
24
25

MERRILL  LEGAL  SOLUTIONS
800-826-0277   818-593-2300   Fax 818-593-2301   www.merrillcorp.com
71da6730-f93b-4137-b3e4-769e9dc1a018

Page 487

1       A P P E A R A N C E S

2

3    ON BEHALF OF PLAINTIFF:

4        GASPARE J. BONO, ESQUIRE

5        DEREK A. AUITO, ESQUIRE

6        McKENNA LONG & ALDRIDGE, LLP

7        1900 K Street, Northwest

8        Washington, D.C.  20006

9        (202) 496-7500

10

11   ON BEHALF OF DEFENDANTS TATUNG CO. AND TATUNG

12   COMPANY OF AMERICA, INC.:

13       FRANK E. MERIDETH, JUNIOR, ESQUIRE

14       GREENBERG TRAURIG, LLP

15       Suite 400 East

16       2450 Colorado Avenue

17       Santa Monica, California 90404

18       (310) 586-7700

19

20

21

22

23

24

25

MERRILL LEGAL SOLUTIONS
800-826-0277    818-593-2300    Fax 818-593-2301    www.merrillcorp.com
71da6730-f93b-4137-b3e4-769e9dc1a018

Page 488

1        A P P E A R A N C E S   C O N T I N U E D

2

3    ON BEHALF OF DEFENDANT VIEWSONIC CORPORATION:

4        SCOTT R. MILLER, ESQUIRE

5        MANUEL NELSON, ESQUIRE

6        CONNOLLY BOVE LODGE & HUTZ, LLP

7        Suite 3150

8        355 South Grand Avenue

9        Los Angeles, California 90071

10       (213) 787-2500

11   AND

12       TRACY R. ROMAN, ESQUIRE

13       RASKIN PETER RUBIN & SIMON, LLP

14       Suite 2300

15       1801 Century Park East

16       Los Angeles, California 90067-2325

17       (310) 277-0010

18

19   ALSO PRESENT:

20       Alex Jo, Interpreter

21       Ann Park, Check Interpreter

22       Cali Day, Videographer

23

24

25

MERRILL LEGAL SOLUTIONS
800-826-0277    818-593-2300    Fax 818-593-2301    www.merrillcorp.com
71da6730-f93b-4137-b3e4-769e9dc1a018

Page 489

1                      C O N T E N T S

2

3    EXAMINATION OF JONG HWAN KIM                        PAGE

4       By Mr. Miller                                    490

5

6                       E X H I B I T S

7                  (Retained by Counsel.)

8    DEPOSITION EXHIBITS                                 PAGE

9       20    U.S. Patent No. 6,411,501                  506

10      21    Figure 14 from the '641 Patent             538

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

MERRILL   LEGAL   SOLUTIONS
800-826-0277   818-593-2300   Fax 818-593-2301   www.merrillcorp.com
71da6730-f93b-4137-b3e4-769e9dc1a018

| Time | Line |
|---|---|
| 09:46:18 | 1 |
| 09:46:26 | 2 |
| 09:46:29 | 3 |
| 09:46:34 | 4 |
| 09:46:43 | 5 |
| 09:46:47 | 6 |
| 09:46:51 | 7 |
| 09:46:57 | 8 |
| 09:47:09 | 9 |
| 09:47:11 | 10 |
| 09:47:16 | 11 |
| 09:47:45 | 12 |
| 09:47:45 | 13 |
| 09:47:45 | 14 |
| 09:47:51 | 15 |
| 09:47:51 | 16 |
| 09:47:53 | 17 |
| 09:47:56 | 18 |
| 09:48:14 | 19 |
| 09:49:27 | 20 |
| 09:49:27 | 21 |
| 09:49:30 | 22 |
| 09:49:35 | 23 |
| 09:50:38 | 24 |
| 09:50:39 | 25 |

**REDACTED –
PUBLIC VERSION**

MERRILL LEGAL SOLUTIONS
800-826-0277   818-593-2300   Fax 818-593-2301   www.merrillcorp.com
71da6730-f93b-4137-b3e4-769e9dc1a018

| Time | Line |
|---|---|
| 09:50:40 | 1 |
| 09:50:42 | 2 |
| 09:50:42 | 3 |
| 09:50:45 | 4 |
| 09:50:51 | 5 |
| 09:50:57 | 6 |
| 09:51:00 | 7 |
| 09:51:04 | 8 |
| 09:51:06 | 9 |
| 09:53:37 | 10 |
| 09:53:38 | 11 |
| 09:53:44 | 12 |
| 09:53:49 | 13 |
| 09:53:57 | 14 |
| 09:54:06 | 15 |
| 09:54:10 | 16 |
| 09:54:18 | 17 |
| 09:54:22 | 18 |
| 09:54:27 | 19 |
| 09:54:34 | 20 |
| 09:54:41 | 21 |
| 09:54:48 | 22 |
| 09:54:55 | 23 |
| 09:55:00 | 24 |
| 09:55:06 | 25 |

**REDACTED –
PUBLIC VERSION**

MERRILL   LEGAL   SOLUTIONS
800-826-0277   818-593-2300   Fax 818-593-2301   www.merrillcorp.com
71da6730-f93b-4137-b3e4-769e9dc1a018

Page 508

| | |
|---|---|
| 09:55:13 | 1 |
| 09:55:17 | 2 |
| 09:55:21 | 3 |
| 09:55:22 | 4 |
| 09:55:24 | 5 |
| 09:55:28 | 6 |
| 09:55:31 | 7 |
| 09:55:36 | 8 |
| 09:55:42 | 9 |
| 09:55:48 | 10 |
| 09:55:49 | 11 |
| 09:58:01 | 12 |
| 09:58:02 | 13 |
| 09:58:07 | 14 |
| 09:58:13 | 15 |
| 09:58:24 | 16 |
| 09:58:26 | 17 |
| 09:58:32 | 18 |
| 09:58:37 | 19 |
| 09:58:43 | 20 |
| 09:58:48 | 21 |
| 09:58:53 | 22 |
| 09:58:56 | 23 |
| 09:59:02 | 24 |
| 09:59:07 | 25 |

**REDACTED –
PUBLIC VERSION**

MERRILL   LEGAL   SOLUTIONS
800-826-0277   818-593-2300   Fax 818-593-2301   www.merrillcorp.com
71da6730-f93b-4137-b3e4-769e9dc1a018

Page 509

| | |
|---|---|
| 09:59:12 | 1 |
| 09:59:16 | 2 |
| 09:59:20 | 3 |
| 09:59:25 | 4 |
| 09:59:29 | 5 |
| 09:59:32 | 6 |
| 09:59:37 | 7 |
| 09:59:43 | 8 |
| 10:01:03 | 9 |
| 10:01:08 | 10 |
| 10:01:14 | 11 |
| 10:01:18 | 12 |
| 10:01:34 | 13 |
| 10:01:36 | 14 |
| 10:01:40 | 15 |
| 10:01:45 | 16 |
| 10:01:50 | 17 |
| 10:02:59 | 18 |
| 10:03:00 | 19 |
| 10:03:53 | 20 |
| 10:03:55 | 21 |
| 10:04:04 | 22 |
| 10:04:10 | 23 |
| 10:04:16 | 24 |
| 10:04:20 | 25 |

**REDACTED –
PUBLIC VERSION**

MERRILL   LEGAL   SOLUTIONS
800-826-0277   818-593-2300   Fax 818-593-2301   www.merrillcorp.com
71da6730-f93b-4137-b3e4-769e9dc1a018

Page 555

1                     * * *

2            ACKNOWLEDGMENT OF DEPONENT

3       I, Jong Hwan Kim, do hereby acknowledge that I

4   have read and examined the foregoing testimony, and

5   the same is a true, correct and complete transcription

6   of the testimony given by me, and any corrections

7   appear on the attached Errata sheet signed by me.

8

9   _8. May, 2007_                _Jong Hwan Kim_
10         (DATE)                       (SIGNATURE)

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2007, a true copy of the foregoing document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following and the document is available for viewing and downloading from CM/ECF:

Richard D. Kirk
Ashley Blake Stitzer
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Anne Shea Gaza
Frederick L. Cottrell III
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19801

I hereby certify that on July 13, 2007, I have sent by email the foregoing document to the following non-registered participants:

Cass W. Christenson
Lora A. Brzezynski
Rel S. Ambrozy
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006

Mark H. Krietzman
Valerie W. Ho
Frank E. Merideth, Jr.
Steve P. Hassid
Greenberg Traurig, LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404

Tracy R. Roman
Raskin Peter Rubin & Simon
1801 Century Park East 23rd Floor
Los Angeles, CA 90067

By: /s/ *James D. Heisman*
James D. Heisman (#2746)
jheisman@cblh.com

534937_1.DOC