IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 04-343-JJF |
| v. | ) |
| | ) |
| TATUNG COMPANY; | ) |
| TATUNG COMPANY OF AMERICA, INC.; and | ) |
| VIEWSONIC CORPORATION, | ) |
| | ) |
| Defendants. | ) |

NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on July 16, 2007, copies of (1) **PLAINTIFF'S EIGHTH SUPPLEMENTAL OBJECTIONS AND ANSWERS TO DEFENDANT TATUNG COMPANY'S FIRST SET OF INTERROGATORIES** and (2) this **NOTICE OF SERVICE** were served as shown:

**BY EMAIL AND BY HAND**

| | |
|---|---|
| Jeffrey B Bove, Esq. | Frederick L. Cottrell, III, Esq. |
| Jaclyn M. Mason, Esq. | Anne Shea Gaza, Esq. |
| Connolly Bove Lodge & Hutz LLP | Richards, Layton & Finger |
| 1007 North Orange Street | One Rodney Sqare |
| P.O. Box 2207 | P.O. Box 551 |
| Wilmington, Delaware 19899-2207 | Wilmington, DE 19899 |

**BY EMAIL AND BY U.S. MAIL**

| | |
|---|---|
| Valerie Ho, Esq. | Scott R. Miller, Esq. |
| Mark H. Krietzman, Esq. | Connolly Bove Lodge & Hutz LLP |
| Frank C. Merideth, Jr., Esq. | 355 South Grand Avenue |
| Greenberg Traurig LLP | Suite 3150 |
| 2450 Colorado Avenue, Suite 400E | Los Angeles, CA 90071 |
| Santa Monica, CA 90404 | |

571446-1

Tracy Roman, Esq.
Raskin Peter Rubin & Simon LLP
1801 Century Park East, Suite 2300
Los Angeles, CA 90067


July 16, 2007                              THE BAYARD FIRM

                                           /s/ Richard D. Kirk (rk0922)
                                           Richard D. Kirk
                                           Ashley B. Stitzer
                                           222 Delaware Avenue, Suite 900
                                           P.O. Box 25130
                                           Wilmington, DE 19899-5130
                                           rkirk@bayardfirm.com
                                           (302) 655-5000
                                           Counsel for Plaintiff
                                           LG.PHILIPS LCD CO., LTD.

OF COUNSEL:
Gaspare J. Bono
Matthew T. Bailey
Lora A. Brzezynski
Cass W. Christenson
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006
(202) 496-7500

571446-1                                   2