IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| L.G.PHILIPS LCD CO., LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TATUNG CO.; ) <br> TATUNG COMPANY OF AMERICA, INC.; and ) <br> VIEWSONIC CORPORATION, ) <br> ) <br> Defendants. ) | C.A. No. 04-343-JJF |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 17, 2007, counsel for Defendant ViewSonic Corporation served true and correct copies of **DEFENDANT VIEWSONIC CORPORATION'S FOURTH SUPPLEMENTAL RESPONSES TO INTERROGATORY NO. 8 CONTAINED IN PLAINTIFF'S SECOND SET OF INTERROGATORIES** upon the following individuals as indicated:

*Via email and hand-delivery*
Richard D. Kirk, Esq.
Ashley Stitzer, Esq.
The Bayard Firm
222 Delaware Avenue
Suite 900
Wilmington, DE 19801

*Via email and hand-delivery*
Anne Shea Gaza, Esq.
Frederick L. Cottrell, III, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19801

*Via email*
Cass W. Christenson, Esq.
Lora A. Brzezynski, Esq.
Rel S. Ambrozy, Esq.
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006

*Via email*
Mark H. Krietzman, Esq.
Valerie W. Ho, Esq.
Frank E. Merideth, Jr., Esq.
Steve Hassid, Esq.
Greenberg Traurig, LLP
2450 Colorado Ave., Suite 400E
Santa Monica, CA 90404

552652_1.DOC

| | |
|---|---|
| Dated: July 17, 2007 | **CONNOLLY BOVE LODGE & HUTZ LLP** |
| | By: */s/ James D. Heisman* |
| OF COUNSEL: | Jeffrey B. Bove, Esq. (#998) |
| | James D. Heisman (#2746) |
| Scott R. Miller, Esq. | Jaclyn M. Mason, Esq. (#4737) |
| Manuel C. Nelson, Esq. | The Nemours Building, 8th floor |
| Connolly Bove Lodge & Hutz LLP | 1007 North Orange Street |
| 333 South Grand Avenue | Wilmington, DE 19801 |
| Suite 2300 | Email: *jheisman@cblh.com* |
| Los Angeles, CA 90071 | Telephone: (302) 658.9141 |
| | Facsimile:  (302) 658.5614 |
| | |
| Tracy R. Roman, Esq. | *Attorneys for Defendant ViewSonic* |
| Raskin Peter Rubin & Simon | *Corporation* |
| 1801 Century Park East 23rd Floor | |
| Los Angeles, CA 90067 | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2007, a true copy of the foregoing document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following and the document is available for viewing and downloading from CM/ECF:

Richard D. Kirk
Ashley Blake Stitzer
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE  19801

Anne Shea Gaza
Frederick L. Cottrell III
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE  19801

I hereby certify that on July 17, 2007, I have sent by email the foregoing document to the following non-registered participants:

Cass W. Christenson
Lora A. Brzezynski
Rel S. Ambrozy
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC  20006

Mark H. Krietzman
Valerie W. Ho
Frank E. Merideth, Jr.
Steve P. Hassid
Greenberg Traurig, LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, CA  90404

Tracy R. Roman
Raskin Peter Rubin & Simon
1801 Century Park East 23rd Floor
Los Angeles, CA  90067

By: _/s/ James D. Heisman_
James D. Heisman (#2746)
jheisman@cblh.com

534937_1.DOC