# EXHIBIT 3



CONNOLLY BOVE LODGE & HUTZ LLP
ATTORNEYS AT LAW

Wells Fargo Center
South Tower, Suite 3150
355 South Grand Avenue
Los Angeles CA 90071
TEL (213) 787 2500
FAX (213) 687 0498

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington DE 19899
TEL (302) 658 9141
FAX (302) 658 5614

1990 M Street, NW, Suite 800
Washington DC 20036
TEL (202) 331 7111
FAX (202) 293 6229

WEB www.cblh.com

Scott R. Miller
Partner

TEL (213) 787-2510
EMAIL smiller@cblh.com
REPLY TO Los Angeles Office

*Via Email and U.S. Mail*

May 23, 2007

Cass W. Christenson, Esq.
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC  20006-1108

> Re:    *LG.Philips LCD Co., Ltd. v. ViewSonic Corp., et al.*
>         **USDC Case No. 04-343 JJF**

Dear Cass:

Based upon discovery ViewSonic has obtained in the above-referenced action, ViewSonic now has evidentiary support to more clearly plead its inequitable conduct affirmative defense to LPL's infringement allegations that have been addressed in its recent interrogatory responses. It is ViewSonic's position that an inequitable conduct defense to LPL's allegations is already at issue in the case via ViewSonic's interrogatory responses, the unclean hands affirmative defense pled by ViewSonic, as well as the inequitable conduct affirmative defense pled by the Tatung defendants.

Enclosed for your review is ViewSonic's proposed Amended Answer more clearly pleading inequitable conduct as a separate affirmative defense. Please advise by May 31 whether LPL will stipulate to ViewSonic's filing of the enclosed proposed Amended Answer. If you believe that a telephonic meet and confer will be helpful, please advise us of same this week so that we can schedule it by the end of next week. If LPL is unwilling to agree to allow ViewSonic to file the enclosed Amended Answer, ViewSonic will seek appropriate relief from the Court.

We look forward to LPL's expected cooperation in this matter.

Sincerely,

Scott R. Miller

Enclosure
cc:     All counsel of record (w/encl.) (via email)

12188.1