# THE BAYARD FIRM
A T T O R N E Y S

222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899
ZIP CODE FOR DELIVERIES: 19801

MERITAS LAW FIRMS WORLDWIDE
www.bayardfirm.com
302-655-5000
(FAX) 302-658-6395

WRITER'S DIRECT ACCESS

(302) 429-4208
rkirk@bayardfirm.com

ELECTRONICALLY FILED
BY HAND AND BY EMAIL

July 23, 2007

The Honorable Vincent J. Poppiti
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

Re:   *LG.Philips LCD Co., Ltd. v. ViewSonic*, C.A. No. 04-343 JJF

Dear Special Master Poppiti:

    I write on behalf of plaintiff, LG.Philips LCD Co., Ltd. ("LPL"). By letter dated July 12, 2007, LPL respectfully requested Your Honor's guidance on whether certain issues concerning inequitable conduct and a requested deposition of Rebecca Rudich should be submitted to Your Honor or to the Court. LPL did not, in its letter, seek to present those issues to Your Honor in full.

    Tatung and ViewSonic have responded to LPL's letter by separate letters dated July 18, 2007. LPL will await Your Honor's response on whether these issues should be submitted to the Court or to Your Honor before fully briefing these issues. LPL does, however, intend to fully present these issues, including and especially the filing of a motion for protective order and/or to quash the requested deposition of Rebecca Rudich. We would not wish Your Honor to think we had said all that we intend to say on that subject.

    LPL would appreciate guidance from Your Honor or the Court concerning the most efficient way to resolve these issues and the timing of any submissions.

Respectfully submitted,

*/s/ Richard D. Kirk*

Richard D. Kirk (rk0922)

cc: Counsel as shown on the attached certificate

665422-1

# CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on July 23, 2007, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Jeffrey B Bove, Esq.
James D. Heisman, Esq.
Jaclyn M. Mason, Esq.
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899-2207

Frederick L. Cottrell, III, Esq.
Anne Shea Gaza, Esq.
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

The undersigned counsel further certifies that copies of the foregoing document were sent by email and by hand on July 23, 2007 to the above counsel and were sent by email and by U.S. Mail on July 23, 2007 to the following non-registered participants:

Scott R. Miller, Esq.
Connolly Bove Lodge & Hutz LLP
355 South Grand Avenue
Suite 3150
Los Angeles, CA 90071

Valerie Ho, Esq.
Mark H. Krietzman, Esq.
Frank C. Merideth, Jr., Esq.
Greenberg Traurig LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404

Tracy Roman, Esq.
Raskin Peter Rubin & Simon LLP
1801 Century Park East, Suite 2300
Los Angeles, CA 90067

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

571447-1