**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 04-343-JJF |
| v. ) | |
| ) | |
| TATUNG COMPANY; ) | |
| TATUNG COMPANY OF AMERICA, INC.; and ) | |
| VIEWSONIC CORPORATION, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on July 25, 2007, copies of (1) **PLAINTIFF'S THIRD SUPPLEMENTAL OBJECTIONS AND RESPONSES TO DEFENDANT VIEWSONIC CORPORATION'S FIRST SET OF REQUESTS FOR ADMISSION;** (2) **PLAINTIFF'S FIRST SUPPLEMENTAL OBJECTIONS AND RESPONSES TO DEFENDANT VIEWSONIC CORPORATION'S SECOND SET OF REQUESTS FOR ADMISSION** and (3) this **NOTICE OF SERVICE** were served as shown:

**BY EMAIL AND BY HAND**

| | |
|---|---|
| Jeffrey B Bove, Esq. | Frederick L. Cottrell, III, Esq. |
| Jaclyn M. Mason, Esq. | Anne Shea Gaza, Esq. |
| Connolly Bove Lodge & Hutz LLP | Richards, Layton & Finger |
| 1007 North Orange Street | One Rodney Sqare |
| P.O. Box 2207 | P.O. Box 551 |
| Wilmington, Delaware 19899-2207 | Wilmington, DE 19899 |

571446-1

**BY EMAIL AND BY U.S. MAIL**

Tracy Roman, Esq.
Raskin Peter Rubin & Simon LLP
1801 Century Park East, Suite 2300
Los Angeles, CA 90067

|  |  |
|---|---|
| July 25, 2007 | THE BAYARD FIRM |
|  | /s/ Richard D. Kirk (rk0922) |
|  | Richard D. Kirk |
|  | Ashley B. Stitzer |
|  | 222 Delaware Avenue, Suite 900 |
|  | P.O. Box 25130 |
|  | Wilmington, DE  19899-5130 |
|  | rkirk@bayardfirm.com |
|  | (302) 655-5000 |
|  | Counsel for Plaintiff |
|  | LG.PHILIPS LCD CO., LTD. |

OF COUNSEL:
Gaspare J. Bono
Matthew T. Bailey
Lora A. Brzezynski
Cass W. Christenson
Rel Ambrozy
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006
(202) 496-7500

571446-1                                        2