# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

ANNE SHEA GAZA
COUNSEL

DIRECT DIAL NUMBER
302-651-7539
GAZA@RLF.COM

July 26, 2007

**BY E-MAIL & HAND DELIVERY**

The Honorable Vincent J. Poppiti
BLANK ROME LLP
Chase Manhattan Center
1201 Market Street, Suite 800
Wilmington, DE 19801

Re:   *LG.Philips LCD Co., Ltd. v. ViewSonic et al.,*
      C.A. No. 04-343-JJF

Dear Special Master Poppiti:

This letter responds to LPL's July 23, 2007 letter to Your Honor. With respect to LPL's request to file with either Your Honor or the Court a belated motion to strike the Tatung Defendants' inequitable conduct affirmative defense, that request should be denied for the reasons stated in the Tatung Defendants' July 18, 2007 submission.

With respect to the deposition of Rebecca Rudich, the Tatung Defendants object to LPL's suggestion that it may re-brief these issues. The issues relating to Ms. Rudich's deposition were raised in the Tatung Defendants' June 20, 2007 submission regarding remaining discovery and LPL has had ample opportunity to fully address these issues in its submissions to Your Honor. Whether Ms. Rudich's deposition should go forward should be resolved by Your Honor based on the briefs the parties have already submitted. Indeed, LPL's suggestion that it may file additional motions relating to Ms. Rudich's deposition appears to serve no purpose other than to further delay the deposition. Accordingly, the Tatung Defendants respectfully request that Your Honor decide the issues relating to Ms. Rudich's deposition as soon as possible and without additional, repetitive briefing.

Respectfully,

*Anne Shea Gaza*
Anne Shea Gaza (#4093)

ASG/jab
cc:   Clerk of the Court (By Electronic Filing)
      All Counsel of Record (via electronic mail)

RLF1-3182828-1