# EXHIBIT 2

Contains Highly Sensitive Confidential Information