# EXHIBIT 3

Contains Highly Sensitive Confidential Information