

**BLANK ROME LLP**
COUNSELORS AT LAW

Phone:   (302) 425-6410
Fax:     (302) 428-5132
Email:   Poppiti@BlankRome.com

July 31, 2007

The Honorable Joseph J. Farnan, Jr.
U.S. District Court for the District of Delaware
844 North King Street, Lock Box 27
Wilmington, DE 19801

        Re:   LG. Philips LCD Co., Ltd. v. ViewSonic Corporation, et al.
              Proposed Stipulated Protective Order
              C.A. No. 04-343 JJF

Dear Judge Farnan:

     Attached is the proposed Third Amended [Omnibus] Rule 16 Scheduling Order (Proposed Order). The Proposed Order is covered with the parties' Joint Submission Concerning Scheduling.

     Having worked closely with the parties on the specific dates and deadlines going forward to the proposed trial date of March 10, 2008, I respectfully recommend that Your Honor sign the Proposed Order. Please note that, of course, no date has been proposed for a Pretrial Conference.

                                              Respectfully,

                                              Vincent J. Poppiti

VJP/dal
Enclosure
cc:   Richard D. Kirk, Esquire
      Frederick L. Cottrell, III, Esquire
      Jeffrey B. Bove, Esquire