# EXHIBIT 3

## Ambrozy, Rel

| | |
|---|---|
| **From:** | MeridethF@GTLAW.com |
| **Sent:** | Tuesday, April 03, 2007 8:23 PM |
| **To:** | Ambrozy, Rel |
| **Subject:** | Rudich Declaration |

I have your letter and am available tomorrow to discuss by phone. I had assumed that Rudich had a a IBM 9516. If she did not, then that needs to be changed. If she relied on photos, then we should attach the photos, we can dismiss the photos I supplied and she can identify what she meant by tray with respect to the photos she used.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. To reply to our email administrator directly, please send an email to postmaster@gtlaw.com.

7/10/2007