# EXHIBIT 4

## Brzezynski, Lora

| | |
|---|---|
| **From:** | Auito, Derek |
| **Sent:** | Monday, April 23, 2007 6:12 PM |
| **To:** | MeridethF@GTLAW.com |
| **Cc:** | KrietzmanM@GTLAW.com; HoV@GTLAW.com; Ambrozy, Rel; Christenson, Cass; Brzezynski, Lora |
| **Subject:** | Draft Rebecca Rudich Declaration |
| **Attachments:** | rudic001.PDF |

Dear Frank:

Attached is a draft of the Rudich declaration that we believe responds to the issues you have raised.

Please let us know if you have any questions before we have Ms. Rudich sign the declaration.

Regards,

Derek


Derek A. Auito, Esq.
McKenna Long & Aldridge LLP
(202) 496-7102 office
(202) 496-7756 fax
dauito@mckennalong.com
www.mckennalong.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

LG.PHILIPS LCD CO., LTD.,

                Plaintiff,

        v.

TATUNG COMPANY; TATUNG
COMPANY OF AMERICA, INC.;
and VIEWSONIC CORPORATION,

                Defendants.

Civil Action No. 04-343-JJF

## DECLARATION OF REBECCA G. RUDICH

I, Rebecca G. Rudich, declare:

1.      I have personal knowledge of the facts stated in this declaration, and if called as a witness, could competently testify to them.

2.      I am a partner of the law firm McKenna Long & Aldridge LLP.  I am a registered U.S. Patent Attorney, registration number 41,786.

3.      I am the attorney handling the prosecution of U.S. Patent Application 11/096,079 (the "'079 Application").

4.      The '079 Application is a continuation of prior application Serial No. 10/787,933, filed February 27, 2004, which is a divisional of prior application Serial No. 10/294,548, filed November 15, 2002, which is a continuation of Application Serial No. 09/285,338, filed April 2, 1999, now U.S. Patent No. 6,501,641.

5.    The '079 Application is currently pending before the United States Patent and Trademark Office ("USPTO").

6.    On December 19, 2005, the USPTO issued an Office Action pertaining to the '079 Application. A copy of that December 19, 2005 Office Action is attached hereto as Exhibit A.

7.    In that December 19, 2005 Office Action the Examiner, *inter alia*, rejected then pending claims 56-65 of the '079 Application "under 35 U.S.C. §103(a) as being unpatentable over IBM color display (IBM 9516-A03) in view of Yun et al. (US 5,835,139)." See page 3 of Exhibit A.

8.    I understood the Examiner's citation to the "IBM color display (IBM 9516-A03)" to refer to a document related to the IBM Electronic Pocket Reference Manual for the IBM 9516-A03 Monitor (hereinafter referred to as the "IBM 9516 Reference"), and that document is attached hereto as Exhibit B. The IBM 9516 Reference was submitted to the USPTO via an April 1, 2005 Information Disclosure Statement ("IDS"), attached hereto as Exhibit C.

9.    On June 19, 2006, I filed a Response to the December 19, 2005 Office Action. A copy of that June 19, 2006 Response is attached hereto as Exhibit D.

10.    In preparation for filing the June 19, 2006 Response, I reviewed the following Non Patent Literature Documents: (1) the IBM 9516 Reference; and (2) photographs of the IBM Monitor, Model No. 9516. The photographs of the IBM Monitor, Model No. 9516 (hereinafter referred to as "the photographs of the IBM 9516"), which are attached hereto as Exhibit E, were submitted to the USPTO via the IDS dated April 1, 2005, attached hereto as Exhibit C.

11.    I did not see or physically inspect an actual IBM Monitor, Model No. 9516 product.

2

12.     After reviewing the IBM 9516 Reference and the photographs of the IBM 9516, I responded to the December 19, 2005 Office Action, in part, by directing the Examiner to the cited figure on page 9 of the IBM 9516 Reference, stating ". . . The IBM 9516 is a front mounted display. That is, the flat panel display of the IBM 9516 is mounted by screws that go *through* the rear surface of the rear tray and attach to the front housing. So, nothing in the IBM 9516 teaches or suggests the first frame being fixed to the rear part of the housing. Applicants refer the Examiner to the cited figure on page 9 of the IBM 9516 reference. At best, the figure shows the screws (2) go through the back cover from the back to the front. There is no teaching or suggestion that there is any fixing at the first frame." See page 6, paragraph 4 of the June 19, 2006 Response attached at Exhibit D.

13.     I also responded to, *inter alia,* the Examiner's rejection of then pending claim 60 of the '079 Application under 35 U.S.C. §103(a) as being unpatentable over the IBM 9516 reference in view of Yun.

14.     After reviewing the IBM 9516 Reference, I directed the Examiner to the cited figure on page 9 of that reference, stating ". . . As discussed above with respect to claim 56, the flat panel display of the IBM 9516 is mounted by screws that go *through* the rear surface of the rear tray and attach to the front housing. So, nothing in the IBM 9516 teaches or suggests a fastener fixing the rear frame to the rear portion of the housing using the fastening hole associated with the rear surface of the first frame. Applicants refer the Examiner to the cited figure on page 9 of the IBM 9516 reference. At best, the figure shows the screws (2) go through the back cover from the back to the front. There is no teaching or suggestion that there is any fixing of the rear frame to the rear portion of the housing using the fastening hole associated with

3

the rear surface of the rear frame." See page 7, paragraph 2 of the June 19, 2006 Response attached at Exhibit D.

15.    In the above quoted portions of the June 19, 2006 Response when I used the term "rear tray" I understood that "rear tray" referred to the "first frame," as recited in the claims. I have indicated this "rear tray" or "first frame" on page 9 of the IBM 9516 Reference by my handwritten notation "X". See page 9 of Exhibit B. My understanding was based on my review of the IBM 9516 Reference, attached hereto as Exhibit B, and the photographs of the IBM 9516, attached hereto as Exhibit E.

I declare under penalty of perjury that the foregoing is true and correct. Executed this day ____ of April, 2007.

_____
Rebecca G. Rudich

DC:50472500.4

4

# EXHIBIT A



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/096,079 | 04/01/2005 | Jong Hwan Kim | 8733.042.21 | 5046 |

7590      12/19/2005

MCKENNA LONG & ALDRIDGE LLP
Song K. Jung
1900 K Street, N.W.
Washington, DC  20006

| EXAMINER |
|---|
| CHANG, YEAN HSI |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2835 | |

DATE MAILED: 12/19/2005

Please find below and/or attached an Office communication concerning this application or proceeding.

PTO-90C (Rev. 10/03)

| | Application No. | Applicant(s) |
|---|---|---|
| ***Office Action Summary*** | 11/096,079 | KIM ET AL. |
| | Examiner | Art Unit | |
| | Yean-Hsi Chang | 2835 | |

-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTH(S) OR THIRTY (30) DAYS, WHICHEVER IS LONGER, FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1) ☒ Responsive to communication(s) filed on <u>01 April 2005</u>.

2a) ☐ This action is **FINAL**.   2b) ☒ This action is non-final.

3) ☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

4) ☒ Claim(s) <u>56-65</u> is/are pending in the application.

4a) Of the above claim(s) _____ is/are withdrawn from consideration.

5) ☐ Claim(s) _____ is/are allowed.

6) ☒ Claim(s) <u>56-65</u> is/are rejected.

7) ☐ Claim(s) _____ is/are objected to.

8) ☐ Claim(s) _____ are subject to restriction and/or election requirement.

**Application Papers**

9) ☐ The specification is objected to by the Examiner.

10) ☒ The drawing(s) filed on <u>01 April 2005</u> is/are:  a) ☒ accepted or b) ☐ objected to by the Examiner.

Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).

Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

11) ☐ The oath or declaration is objected to by the Examiner. Note the attached Office Action or form PTO-152.

**Priority under 35 U.S.C. § 119**

12) ☒ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

a) ☒ All   b) ☐ Some *   c) ☐ None of:

1. ☐ Certified copies of the priority documents have been received.

2. ☒ Certified copies of the priority documents have been received in Application No. <u>10/787,933</u>.

3. ☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

* See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1) ☐ Notice of References Cited (PTO-892)

2) ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)

3) ☒ Information Disclosure Statement(s) (PTO-1449 or PTO/SB/08) Paper No(s)/Mail Date <u>4/1,5/18, 9/13/05</u>.

4) ☐ Interview Summary (PTO-413) Paper No(s)/Mail Date. _____.

5) ☐ Notice of Informal Patent Application (PTO-152)

6) ☐ Other: _____.

Application/Control Number: 11/096,079                                             Page 2
Art Unit: 2835

## DETAILED ACTION

### Claim Rejections - 35 USC § 103

1.      The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all

obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set
> forth in section 102 of this title, if the differences between the subject matter sought to be patented and
> the prior art are such that the subject matter as a whole would have been obvious at the time the
> invention was made to a person having ordinary skill in the art to which said subject matter pertains.
> Patentability shall not be negatived by the manner in which the invention was made.

2.      Claims 56-65 are rejected under 35 U.S.C. 103(a) as being unpatentable over

IBM color display (IBM 9516-A03) in view of Yun et al. (US 5,835,139).

IBM color display teaches a flat panel display device mounted to a housing

(figure on page 5) including a front part and a rear part (shown in figure on page 9),

wherein the flat panel display device is fixed to the rear part of the housing with a

fastening part (2) comprising a fastening hole at the rear surface and within a lateral

boundary of the flat panel display device, and a screw (as shown in figure on page 9).

IBM color display fails to indicate the details of the flat panel display device.

Yun teaches a flat panel display device (fig. 6) comprising: a flat display panel (a

LCD panel 300), a backlight (110), a light guide (130), a reflector plate (140), a first

frame (190), and a second frame (400), wherein the flat display panel is between the

first frame and the second frame (shown in fig. 6), and wherein the first frame is

positioned substantially to the rear of the backlight (shown in fig. 6).

Application/Control Number: 11/096,079                                           Page 3
Art Unit: 2835

It would have been obvious to one having ordinary skill in the art at the time the

invention was made to modify the device of the IBM color display with the flat display

panel taught by Yun for a complete information of the flat panel display device.


### *Double Patenting*


3.      The nonstatutory double patenting rejection is based on a judicially created
doctrine grounded in public policy (a policy reflected in the statute) so as to prevent the
unjustified or improper timewise extension of the "right to exclude" granted by a patent
and to prevent possible harassment by multiple assignees. A nonstatutory
obviousness-type double patenting rejection is appropriate where the conflicting claims
are not identical, but at least one examined application claim is not patentably distinct
from the reference claim(s) because the examined application claim is either anticipated
by, or would have been obvious over, the reference claim(s). See, e.g., In re Berg, 140
F.3d 1428, 46 USPQ2d 1226 (Fed. Cir. 1998); In re Goodman, 11 F.3d 1046, 29
USPQ2d 2010 (Fed. Cir. 1993); In re Longi, 759 F.2d 887, 225 USPQ 645 (Fed. Cir.
1985); In re Van Ornum, 686 F.2d 937, 214 USPQ 761 (CCPA 1982); In re Vogel, 422
F.2d 438, 164 USPQ 619 (CCPA 1970); and In re Thorington, 418 F.2d 528, 163 USPQ
644 (CCPA 1969).
        A timely filed terminal disclaimer in compliance with 37 CFR 1.321(c) or 1.321(d)
may be used to overcome an actual or provisional rejection based on a nonstatutory
double patenting ground provided the conflicting application or patent either is shown to
be commonly owned with this application, or claims an invention made as a result of
activities undertaken within the scope of a joint research agreement.
        Effective January 1, 1994, a registered attorney or agent of record may sign a
terminal disclaimer. A terminal disclaimer signed by the assignee must fully comply with
37 CFR 3.73(b).

4.      Claims 56-65 are provisionally rejected on the ground of nonstatutory

obviousness-type double patenting as being unpatentable over claims 83-84, 88 and

92-93 of copending Application No. 10/787,933. Although the conflicting claims are not

identical, they are not patentably distinct from each other because same subject matters

Application/Control Number: 11/096,079                                    Page 4
Art Unit: 2835

are claimed with some different terminologies, such as: a flat panel display device vs. a

flat panel display apparatus, and a housing vs. a case.

This is a <u>provisional</u> obviousness-type double patenting rejection because the

conflicting claims have not in fact been patented.


### Conclusion


5.      Please be notified that the IDS submitted 4/1/05 includes 10 pages of tables,

three of which are not considered since they are not in form-1449.


### Correspondence


6.      Any inquiry concerning this communication or earlier communications from the

examiner should be directed to Yean-Hsi Chang whose telephone number is (571) 272-

2038.  The examiner can normally be reached on 07:30 - 16:00, Monday through

Thursday.

If attempts to reach the examiner by telephone are unsuccessful, the Art Unit

phone number is (571) 272-2800, ext. 35.  The fax phone number for the organization

where this application or proceeding is assigned is 571-273-8300. Information regarding

the status of an application may be obtained from the Patent Application Information

Retrieval (PAIR) system. Status information for published applications may be obtained

from either Private PAIR or Public PAIR. Status information for unpublished applications

Application/Control Number: 11/096,079                                        Page 5
Art Unit: 2835

is available through Private PAIR only. For more information about the PAIR system,

see http://pair-direct.uspto.gov. Should you have questions on access to the Private

PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free).

Any inquiry of a general nature or relating to the status of this application or

proceeding should be directed to the receptionist whose telephone number is (703) 305-

8558.

Yean-Hsi Chang
Primary Examiner
Art Unit: 2835
December 8, 2005

YEAN-HSI CHANG
PRIMARY EXAMINER

OIPE
SEP 1 3 2005
PATENT & TRADEMARK OFFICE

PTO/SB/08a/b (05-03)
Approved for use through 05/31/2003. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

Substitute for form 1449/PTO

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT

(use as many sheets as necessary)

| Complete if Known | |
|---|---|
| Application Number | 11/096,079 |
| Filing Date | April 1, 2005 |
| First Named Inventor | KIM, et al. |
| Art Unit | 2871 |
| Examiner Name | TBA |
| Attorney Docket Number | 8733.042.21 |

| Sheet | 1 | of | 1 |
|---|---|---|---|

## U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.¹ | Document Number Number-Kind Code² (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| /M/u | AA | 5,844,772 | 12/1/1998 | Lee et al. | |
| | BB | 5,546,270 | 8/13/1996 | Konno et al. | |
| | CC | 6,188,569 | 2/13/2001 | Minemoto et al. | |
| | DD | 5,264,892 | 11/23/1993 | Hogdahl et al. | |
| | EE | 5,272,601 | 12/21/1993 | McKillip | |
| | FF | 5,636,101 | 6/3/1997 | Bonsall et al. | |
| | GG | 5,835,343 | 11/10/1998 | Johns et al. | |
| | HH | Des. 328,291 | 7/28/1992 | Falkner | |
| /M/u | II | Des. 356,077 | 3/7/1995 | Harada et al. | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.¹ | Foreign Patent Document Country Code³-Number⁴-Kind Code⁵ (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T⁶ |
|---|---|---|---|---|---|---|
| /M/u | BA | JP 05-188810 w/ English Abstract | 07/30/1993 | Tokyo Electric Co. Ltd. | | |
| | BB | JP 10-117313 w/ English Abstract | 05/06/1998 | Fujitsu General Ltd. | | |
| /M/u | BC | JP 09-190158 w/ English Abstract | 07/22/1997 | Fujitsu General Ltd. | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. ¹ Applicant's unique citation designation number (optional). ² See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. ³ Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). ⁴ For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the application number of the patent document. ⁵ Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST. 16 if possible. ⁶ Applicant is to place a check mark here if English language Translation is attached.

## NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.¹ | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T² |
|---|---|---|---|
| /M/u | CA | PixelVision SGT 115, five (5) pages | |
| /M/u | CB | Viewsonic 140, five (5) pages | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

¹Applicant's unique citation designation number (optional). ²Applicant is to place a check mark here if English language Translation is attached.

Best Available Copy

| Examiner Signature | [signature] | Date Considered | 12/6/05 |
|---|---|---|---|

DC:50359942.1



PTO/SB/08a/b (08-03)
Approved for use through 07/31/2006. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

Substitute for form 1449A/PTO

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT

*(Use as many sheets as necessary)*

| | | | | Complete if Known |
|---|---|---|---|---|
| | | | Application Number | 10/787,933 - Conf. #6682 |
| | | | Filing Date | February 27, 2004 |
| | | | First Named Inventor | Jong Hwan KIM |
| | | | Art Unit | 2835 |
| | | | Examiner Name | Not Yet Assigned |
| Sheet | 1 | of | 1 | Attorney Docket Number | 8733.042.10-US |

## U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.¹ | Document Number — Number-Kind Code² (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| Mu | AA | US-4,614,406 | 09-30-1986 | MOTOI | |
| | AB | US-5,001,488 | 03-19-1991 | BRICE et al. | |
| | AC | US-5,119,204-A | 08-02-1992 | HASHIMOTO et al. | |
| | AD | US-5,128,662-A | 07-07-1992 | FAILLA | |
| | AE | US-5,363,276-A | 11-08-1994 | CROCKETT | |
| | AF | US-5,570,267-A | 10-29-1996 | MA | |
| Mu | AG | US-5,805,117-A | 09-08-1998 | MAZUREK et al. | |
| | AH | | | | |
| | AI | | | | |
| | AJ | | | | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.¹ | Foreign Patent Document Country Code³ -Number⁴ -Kind Code⁵ (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T⁶ |
|---|---|---|---|---|---|---|
| | BA | | | | | |
| | BB | | | | | |
| | BC | | | | | |
| | BD | | | | | |
| | BE | | | | | |
| | BF | | | | | |
| | BG | | | | | |
| | BH | | | | | |
| | BI | | | | | |
| | BJ | | | | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. ¹ Applicant's unique citation designation number (optional). ² See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. ³ Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). ⁴ For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. ⁵ Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. ⁶ Applicant is to place a check mark here if English language Translation is attached.

## NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.¹ | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T⁶ |
|---|---|---|---|
| Mu | CA | IBM Monitor Photographs (1996), 21 pages | |
| | CB | VTech Powerpad Photographs (1993), 9 pages | |
| | CC | | |
| | CD | | |
| | CE | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

¹ Applicant's unique citation designation number (optional). ²Applicant is to place a check mark here if English language Translation is attached.

| Examiner Signature | | Date Considered | 12/6/05 |
|---|---|---|---|

DC:50289670.1

PTO/SB/08a/b (03-03)
Approved for use through 05/31/2003. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| Substitute for form 1449/PTO | | Complete if Known | |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(use as many sheets as necessary)* | | Application Number | 11/096,079 |
| | | Filing Date | April 1, 2005 |
| | | First Named Inventor | KIM, Jong Hwan et al. |
| | | Art Unit | TBA |
| | | Examiner Name | TBA |
| Sheet | 1 | of | 1 | Attorney Docket Number | 8733.042.21 |

### U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.¹ | Document Number — Number-Kind Code² (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| /M/ | AI | 6,307,530 | 10/23/2001 | Cho | |
| /V | AJ | 6,061,231 | 05/09/2000 | Crockett | |
| | AK | 5,905,550 | 05/18/1999 | Ohgami et al. | |
| | AL | 5,805,125 | 09/08/1998 | Suganuma et al. | |
| | AM | 5,483,253 | 01/09/1996 | Suganuma et al. | |
| | AN | 5,479,285 | 12/26/1995 | Burke | |
| | AO | 6,144,423 | 11/07/2000 | Kim | |
| | AP | 5,689,400 | 11/18/1997 | Ohgami et al. | |
| | AQ | 5,466,942 | 01/23/1996 | Ichikawa et al. | |
| | AR | 5,002,368 | 03/26/1991 | Anglin | |
| /M/ | AS | 6,128,183 | 10/03/2000 | Uchiyama et al. | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.¹ | Foreign Patent Document — Country Code³-Number⁴-Kind Code⁵ (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T⁶ |
|---|---|---|---|---|---|---|
| /M/ | BB | WO 90/15359 | 12/13/1990 | Poqet Computer Corp. | | |
| /M/ | BC | WO 90/10924 | 09/20/1990 | Dynabook Technologies Corp. | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. ¹Applicant's unique citation designation number (optional). ²See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. ³Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). ⁴For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the application number of the patent document. ⁵Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST. 16 if possible. ⁶Applicant is to place a check mark here if English language Translation is attached.

### NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.¹ | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T⁶ |
|---|---|---|---|
| /M/ | CI | Murata et al., *10.4-inch TFT Liquid Crystal Display for Sub-Note Type Personal Computers*, National Technical Report, December 1997, Vol. 43, Issue 6, pp. 56-61, w/English Abstract | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

¹Applicant's unique citation designation number (optional). ²Applicant is to place a check mark here if English language Translation is attached.

| Examiner | | Date |
|---|---|---|
| | | 12/6/05 |

2/17/04

PTO/SB/08a/b (08-03)
Approved for use through 07/31/2006. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449A/B/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | Application Number | Not Yet Assigned |
| | Filing Date | February 27, 2004 |
| | First Named Inventor | Jong H. Kim |
| | Art Unit | N/A |
| | Examiner Name | Not Yet Assigned |
| Sheet | 1 | of | 2 | Attorney Docket Number | 6733.042.10-US |

### U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.¹ | Document Number Number-Kind Code² (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| /JLM | AA | US-5,379,182 | 01-03-1995 | FUJIMORI et al. | |
| | AB | US-5,946,081 | 08-31-1999 | KURIHARA et al. | |
| | AC | US-5,268,816 | 12-07-1993 | ABELL JR. et al. | |
| | AD | US-5,835,139 | 11-10-1998 | YUN et al. | |
| | AE | US-5,423,605 | 08-13-1995 | LIU | |
| /JLM | AF | US-6,285,427 | 09-04-2001 | LEE et al. | |
| | AG | US- | | | |
| | AH | US- | | | |
| | AI | US- | | | |
| | AJ | US- | | | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.¹ | Foreign Patent Document Country Code³-Number⁴-Kind Code⁵ (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T⁶ |
|---|---|---|---|---|---|---|
| /JLM | BA | GB-2170035-A | 07-1986 | | | |
| | BB | GB-2319110-A | 05-1998 | | | |
| | BC | JP-60-91388 | 05-1985 | | | |
| | BD | JP-11-85319 | 03-1999 | | | |
| | BE | JP-11-6998 | 01-1999 | | | |
| | BF | JP-10-133181 | 05-1998 | | | |
| | BG | JP-04-134900 | 05-1992 | | | |
| | BH | JP-8-76888 | 03-1998 | | | |
| | BI | JP-9-91059 | 04-1997 | | | |
| /JLM | BJ | JP-8-28545 | 02-1996 | | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. ¹ Applicant's unique citation designation number (optional). ² See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. ³ Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). ⁴ For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. ⁵ Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. ⁶ Applicant is to place a check mark here if English language Translation is attached.

### NON-PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.¹ | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T⁶ |
|---|---|---|---|
| /JLM | CA | Korean Office Action dated January 31, 2001 (with English translation) | |
| /JLM | CB | Japanese Office Action dated February 13, 2002 (with English translation) | |
| /JLM | CC | Great Britain Office Action dated May 31, 2000 | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

¹ Applicant's unique citation designation number (optional). ² Applicant is to place a check mark here if English language Translation is attached.

| Examiner Signature | [signature] | Date Considered | 12/6/05 |
|---|---|---|---|

DC:50283016.1

PTO/SB/08a/b (08-03)
Approved for use through 07/31/2006. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449A/B/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | Application Number | Not Yet Assigned |
| | Filing Date | February 27, 2004 |
| | First Named Inventor | Jong H. Kim |
| | Art Unit | N/A |
| | Examiner Name | Not Yet Assigned |
| Sheet | 2 | of | 2 | Attorney Docket Number | 8733.042.10-US |

## U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.¹ | Document Number — Number-Kind Code² (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Figures Appear |
|---|---|---|---|---|---|
| | AA | | | | |
| | AB | | | | |
| | AC | | | | |
| | AD | | | | |
| | AE | | | | |
| | AF | | | | |
| | AG | | | | |
| | AH | | | | |
| | AI | | | | |
| | AJ | | | | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.¹ | Foreign Patent Document Country Code³-Number⁴-Kind Code⁵ (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T⁶ |
|---|---|---|---|---|---|---|
| /slm/ | BA | JP-8-211964 | 08-1996 | | | |
| | BB | GB-2-319110 | 05-13-1998 | | | |
| | BC | KR-98-11817 | 04-20-1998 | | | |
| | BD | KR-008055 | 01-1997 | | | |
| | BE | KR-027408 | 07-1998 | | | |
| /slm/ | BF | KR-026831 | 08-1998 | | | |
| | BG | | | | | |
| | BH | | | | | |
| | BI | | | | | |
| | BJ | | | | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. ¹ Applicant's unique citation designation number (optional). ² See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. ³ Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). ⁴ For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. ⁵ Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. ⁶ Applicant is to place a check mark here if English language Translation is attached.

## NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.¹ | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T² |
|---|---|---|---|
| | CA | | |
| | CB | | |
| | CC | | |
| | CD | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

¹Applicant's unique citation designation number (optional). ²Applicant is to place a check mark here if English language Translation is attached.

| Examiner Signature | | Date Considered | 12/13/05 |
|---|---|---|---|

DC:50263016.1

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE

LIST OF REFERENCES CITED BY
APPLICANT
*(Use Several Sheets if Necessary)*

Date: July 3, 2002

| Applicant KIM et al. | |
| Filing Date April 2, 1999 | Group 2835 |

## U.S. PATENT DOCUMENTS

| EXAMINER INITIAL* | | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| *[initial]* | | 5,379,182 | 1/1995 | Fujimori et al. | 361 | 681 | |
| *[initial]* | | 5,946,061 | 8/1999 | Kurihara et al. | 349 | 58 | |
| | | | | | | | |
| | | | | | | | |

## FOREIGN PATENT DOCUMENTS

| | | DOCUMENT NUMBER | DATE | COUNTRY | TRANSLATION | |
|---|---|---|---|---|---|---|
| *[initial]* | | GB2 170 035 A | 7/1986 | GB | | |
| | | GB2 319 110 A | 5/1998 | GB | | |
| | | JP 60-91386 | 5/1985 | JAPAN | | |
| | | JP 11-85319 | 3/1999 | JAPAN | Abstract | |
| | | JP 11-6998 | 1/1999 | JAPAN | Abstract | |
| | | JP 10-133181 | 5/1998 | JAPAN | Abstract | |
| | | JP 4-134900 | 5/1992 | JAPAN | Abstract | |
| | | JP 8-76886 | 3/1996 | JAPAN | Abstract | |
| | | JP 9-91059 | 4/1997 | JAPAN | Abstract | |
| | | JP 8-28545 | 2/1996 | JAPAN | Abstract | |
| *[initial]* | | JP 8/211964 | 8/1996 | JAPAN | Abstract | |

## OTHER REFERENCES (Including Author, Title, Date, Pertinent Pages, Etc.)

| | |
|---|---|
| *[initial]* | Korean Office Action dated January 31, 2001 (with English translation). |
| *[initial]* | Japanese Office Action dated February 13, 2002 (with English translation). |
| *[initial]* | GB Office Action dated May 31, 2000. |
| | |
| | |
| | |

| EXAMINER *[signature]* | DATE CONSIDERED 12/6/05 *[signature]* |
|---|---|

*EXAMINER: Initial if reference is considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

**English-language abstract provided.

TECHNOLOGY CENTER 2800

RECEIVED JUL -9 2002

PTO/SB/08a/b (05-03)
Approved for use through 05/31/2003. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

Substitute for form 1449/PTO

# INFORMATION DISCLOSURE
# STATEMENT BY APPLICANT

*(use as many sheets as necessary)*

| Complete if Known | |
|---|---|
| Application Number | 11/096,079 |
| Filing Date | April 1, 2005 |
| First Named Inventor | KIM, Jong Hwan et al. |
| Art Unit | TBA |
| Examiner Name | TBA |
| Attorney Docket Number | 8733.042.21 |

Sheet | 1 | of | 1

## U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | AI | 6,307,530 | 10/23/2001 | Cho | |
| | AJ | 6,061,231 | 05/09/2000 | Crockett | |
| | AK | 5,905,550 | 05/18/1999 | Ohgami et al. | |
| | AL | 5,805,125 | 09/08/1998 | Suganuma et al. | |
| | AM | 5,483,253 | 01/09/1996 | Suganuma et al. | |
| | AN | 5,479,285 | 12/26/1995 | Burke | |
| | AO | 6,144,423 | 11/07/2000 | Kim | |
| | AP | 5,689,400 | 11/18/1997 | Ohgami et al. | |
| | AQ | 5,486,942 | 01/23/1996 | Ichikawa et al. | |
| | AR | 5,002,368 | 03/26/1991 | Anglin | |
| | AS | 6,128,183 | 10/03/2000 | Uchiyama et al. | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document Country Code[3]-Number[4]-Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | BB | WO 90/15359 | 12/13/1990 | Poqet Computer Corp. | | |
| | BC | WO 90/10924 | 09/20/1990 | Dynabook Technologies Corp. | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST. 16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached.

## NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | CI | Murata et al., *10.4-inch TFT Liquid Crystal Display for Sub-Note Type Personal Computers*, National Technical Report, December 1997, Vol. 43, Issue 6, pp. 56-61, w/English Abstract | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] Applicant's unique citation designation number (optional). [2] Applicant is to place a check mark here if English language Translation is attached.

| Examiner | Date |
|---|---|
| *(signature)* | 12/6/05 |

PTO/SB/08a/b (05-03)
Approved for use through 05/31/2003. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| Substitute for form 1449/PTO | | | Complete If Known | |
|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(use as many sheets as necessary)* | | | Application Number | TBA |
| | | | Filing Date | April 1, 2005 |
| | | | First Named Inventor | KIM, Jong Whan |
| | | | Art Unit | TBA |
| | | | Examiner Name | TBA |
| Sheet | 1 | of | Attorney Docket Number | 8733.042.21 |

### U.S. PATENT DOCUMENTS

| Examiner Initials¹ | Cite No.¹ | Document Number — Number-Kind Code² (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| √/m | | 5,566,048 | 10/15/1996 | ESTERBERG, et al. | |
| | | 6,046,565 | 04/04/2000 | THORNE | |
| | | 5,872,606 | 02/16/1999 | KIM | |
| | | 5,844,774 | 12/01/1998 | GUSHIKEN, et al. | |
| √/m | | 5,467,504 | 11/21/1995 | YANG | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials¹ | Cite No.¹ | Foreign Patent Document Country Code³·Number⁴·Kind Code⁵ (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T⁶ |
|---|---|---|---|---|---|---|
| √/m | | 1998-041727 | 08/17/1998 | SAMSUNG ELECTRONICS CO., LTD. | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. ¹ Applicant's unique citation designation number (optional). ² See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. ³ Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). ⁴ For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the application number of the patent document. ⁵ Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST. 16 if possible. ⁶ Applicant is to place a check mark here if English language Translation is attached.

### NON PATENT LITERATURE DOCUMENTS

| Examiner Initials¹ | Cite No.¹ | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T² |
|---|---|---|---|
| √/m | | Sony 14.1" Notebook PC | |
| | | IBM 9516 | |
| | | Pixel Vision SGT15P | |
| | | IBM Monitor, Model # 39H7116 | |
| | | View Sonic Corporation Monitor, Model # VPA138 | |
| | | View Sonic Corporation Monitor, Model # VP140 | |
| | | Cockpit Displays III (SPIE- The International Society for Optical Engineering) Volume 2734 | |
| √/m | | Introduction (9516) IBM 9516-A03 Color Display | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

¹Applicant's unique citation designation number (optional). ²Applicant is to place a check mark here if English language Translation is attached.

| Examiner Signature | | Date Considered | 12/6/05 |
|---|---|---|---|

DC:50320275.1

1449

**U.S. DEPARTMENT OF COMMERCE**
**PATENT AND TRADEMARK OFFICE**

LIST OF REFERENCES CITED BY
APPLICANT
*(Use Several Sheets if Necessary)*

Date: January 25, 2001

| | |
|---|---|
| Attorney Docket No. 8733.042.00 | Application No. /285,338 |
| Applicant Jong Hwan KIM, et al. | |
| Filing Date April 2, 1999 | Group 2835 |

JAN 2 5 2001

### U.S. PATENT DOCUMENTS

| EXAMINER INITIAL* | | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| | AA | | | | | | |
| | AB | | | | | | |
| | AC | | | | | | |
| | AD | | | | | | |
| | AE | | | | | | |
| | AF | | | | | | |
| | AG | | | | | | |
| | AH | | | | | | |
| | AI | | | | | | |
| | AJ | | | | | | |

### FOREIGN PATENT DOCUMENTS

| | | Document No. | Date | Country | TRANSLATION | |
|---|---|---|---|---|---|---|
| | | | | | YES | NO |
| ʒ/ lu | AK | 2 319 110 | 05/13/98 | GREAT BRITAIN | | |
| ʒ/ lu | AL | 96-11617 | 04/20/96 | KOREA | Abstract | |
| | AM | | | | | |
| | AN | | | | | |
| | AO | | | | | |

### OTHER REFERENCES *(Including Author, Title, Date, Pertinent Pages, Etc.)*

| | | |
|---|---|---|
| | AP | |
| | AQ | |
| | AR | 12/6/05 |

| Examiner Signature | | Date Considered: |
|---|---|---|

*EXAMINER: Initial if reference is considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

SHEET 1 OF 1

| Form PTO 1449 (Modified) | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | ATTY. DOCKET NO.: 8733.042.00 | | SERIAL NO.: 09/285,338 |
|---|---|---|---|---|
| | | APPLICANT: Jong Hwan KIM et al. | | |
| LIST OF REFERENCES CITED BY APPLICANT (Use Several Sheets if Necessary) | | FILING DATE: April 2, 1999 | | GROUP: 2835 |

### U.S. PATENT DOCUMENTS

| EXAMINER INITIAL | | DOCUMENT NUMBER | DATE | NAME | CLASS | SUB CLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| | AA | | | | | | |
| | AB | | | | | | |
| | AC | | | | | | |
| | AD | | | | | | |
| | AE | | | | | | |

### FOREIGN PATENT DOCUMENTS

| | | DOCUMENT NUMBER | DATE | COUNTRY | Abstract YES | NO |
|---|---|---|---|---|---|---|
| ✓ | AL | 006055 | 01/1997 | KOREA | X | |
| | AM | 027408 | 07/1998 | KOREA | X | |
| ✓ | AN | 026831 | 08/1998 | KOREA | X | |
| | AO | | | | | |
| | AP | | | | | |
| | AQ | | | | | |
| | AR | | | | | |
| | AS | | | | | |
| | | | | | | |
| | | | | | | |

### OTHER REFERENCES (Including Author, Title, Date, Pertinent Pages, Etc.)

| | | |
|---|---|---|
| | AR | |
| | AS | |
| | AT | |

| EXAMINER: *[signature]* | DATE CONSIDERED: 12/6/05 |
|---|---|

EXAMINER: · Initial if reference is considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

# EXHIBIT B



IDM-AUSTRIA - PC-HW-Support   20 Aug 1999

# Introduction (9516)

### Introduction

The IBM 9516-A03 Color LCD Display is equipped with a 16.1-inch diagonal thin-film transistor
(TFT) color LCD panel that supports up to 1280-by-1024 resolution under the control of the attached
system unit.

The display supports the following graphic adapters:

- POWER Gt3i
- POWER Gt4, POWER Gt4x, POWER Gt4e, POWER Gt4i and POWER Gt4xi
- POWER GXT150, POWER GXT150M, POWER GXT150L and POWER GXT150P
- POWER GXT1000
- E15/S15

The display also supports such IBM PCs as:

PC330, PC720, PC750 and Aptiva, which has a **Trident 9680XGI, Trio 64V+** or **S3 Vision 864**
video chip installed.

### The display supports the following systems:

- VGA (640 x 480 - 60Kz) for monitor startup and diagostic.
- SXGA (1280 x 1024 - 60Hz) for optimal operation.

The monitor is **NOT AUTO-SYNCHRONOUS** and will not attach to SVGA (800 x 600) and XGA
(1024 x 768) display timings.

Sample - SUBMENU - Setup Parameters:

```
    PHASE    17
    DIVIDE   31
    VREF-R   101  \   Maybe you have to adjust
    VREF-G   218  - --- the R-G-B settings
    VREF-B    78  /    to get a correct color temperature
    H-POS    135       (because DEFAULT is not optimal)
    V-POS     30
```

Back to [▮▮▮▮▮]

More **INFORMATION / HELP** is available at the  IBM-HelpCenter

Please see the LEGAL  -  Trademark notice.

Feel free - send a      for any BUG on this page found - Thank you.



# IBM 9516-A03 Color LCD Display

IBM 9516-A03 Color LCD Display

 **Safety Inspection**

- **Introduction** (default settings)

**How to force the 9516 to FACTORY DEFAULT setup values**
*(All previously defined setup parameters will be lost)*

1. Power-Off the 9516 LCD-Display
2. Press and hold both **MINUS (-) buttons** (brightness+contrast)
   and Power-On the 9516 LCD-Display
   (the Standby & Power - LED should start blink)
3. Release both MINUS (-) buttons (brightness+contrast)

The 9516 factory-default setup values are now set and active.

**General Checkout** 

 **Removal and Replacement Procedures**

- Stand
- Back Cover
- Base Plate
- Ferrite Core Replacement
- EMI Plate Installation
- Fan, Connector Card, and BNC Cable
- Main Board
- Backlights
- LCD and Bezel

 <u>Specifications</u>

 <u>Locations - Connecting the Interface Cables</u>

 <u>Parts Listing</u>

---

Back to

More **INFORMATION / HELP** is available at the <u>IBM-HelpCenter</u>

Please see the <u>LEGAL</u> - <u>Trademark</u> notice.

Feel free - send a  for any BUG on this page found - Thank you.



IBM-AUSTRIA · PC-HW-Support  30 Aug 1999

# Removal and Replacement Procedures (9516)



**Removal and Replacement Procedures**
This section contains information on removal and replacement.

- The arrows in this section show the direction of movement to remove a FRU.  The arrows are marked in numeric order, in square callouts, to show the correct  sequence of removal.
- To replace a FRU, reverse the removal procedure and follow any notes that pertain  to replacement. See 'Locations' for internal cable connections and arrangement information.
- When other FRUs must be removed before removing the failing FRU, they are listed at the top of the page.
- When replacing a FRU, restore the screws to the same places they were removed from.

 Do not put your fingers in the gap of part A.
They can be pinched when you raise the LCD.



⚠ The LCD panel and the main card are sensitiveto, and can be damaged by, electrostatic discharge (ESD). Establish personal grounding by touching a ground point with one hand before touching these units. An electrostatic discharge strap can be used to establish personal grounding.

✋ When the LCD becomes dirty, gently wipe it clean with a dry, soft cloth. Avoid using alcohol or detergent to clean the LCD.

When you transport the display, hold it as shown:



✋ You should spread a piece of soft cloth on a flat surface. Then, ehen required, place the LCD facedown on the cloth to prevent the screen surface from being damaged.

1. While putting the height adjustment buttons, raise the LCD to its highest position.
2. Gently put the display face down on the cloth-covered flat surface.



Back to 

More **INFORMATION / HELP** is available at the  IBM-HelpCenter

Please see the LEGAL  -  Trademark notice.

Feel free - send a  🖐  for any BUG on this page found - Thank you.



IBM-AUSTRIA - PC-HW-Support   30 Aug 1999

# 1010 Stand (9516)

### Stand

Pinch the caps 1 and remove it.



More **INFORMATION / HELP** is available at the IBM-HelpCenter

Please see the LEGAL - Trademark notice.

Feel free - send a 🐛 for any BUG on this page found - Thank you.

Electrical Parts Reference Manual

IBM-AUSTRIA - PC-HW-Support   30 Aug 1999

# 1020 Back Cover (9516)

**Back Cover**

- Stand



To easily remove the back cover, after removing the screws **2**, raise the cover edge **A** and remove it.

More **INFORMATION / HELP** is available at the  IBM-HelpCenter

Please see the LEGAL  -  Trademark notice.

Feel free - send a  for any BUG on this page found - Thank you.



IBM-AUSTRIA - PC-HW-Support  30 Aug 1999

# 1030 Base Plate (9516)

**Base Plate**

- Stand
- Back Cover

To disconnect connectors 5, use the removal tool (P/N 85G4847)



When you replace the base plate, see 'Ferrite Core Replacement' and 'EMI Plate Installation'.

More **INFORMATION / HELP** is available at the IBM-HelpCenter

Please see the LEGAL - Trademark notice.

Feel free - send a  for any BUG on this page found - Thank you.



# 1031 Ferrite Core Replacement (9516)

**Ferrite Core Replacement**

After reinstalling the base plate, make sure you reattach the core A to the cable to the same place you removed it from.



---

More **INFORMATION / HELP** is available at the IBM-HelpCenter

Please see the LEGAL - Trademark notice.

Feel free - send a 🐛 for any BUG on this page found - Thank you.



# 1032 EMI Plate Installation (9516)

**EMI Plate Installation**

When you reinstall the base plate, make sure you reinstall the six EMI (electromagnetic interference) plates (refer to part **2**, shown in 'Base Plate') to the specified place on the metal edge of the LCD. This helps maintain an electrical contact between the LCD **A** and the base plate **B** when the base plate is reinstalled.



Section A - A

---

More **INFORMATION / HELP** is available at the  IBM-HelpCenter

Please see the LEGAL  -  Trademark notice.

Feel free - send a   for any BUG on this page found - Thank you.



# 1040 Fan, Connector Card, and BNC Cable (9516)

**Fan, Connector Card, and BNC Cable**

- Stand
- Back Cover
- Base Plate



When you replace the BNC cable, see the next picture.

Before replacing the BNC connector, remove the plate **A**



More **INFORMATION / HELP** is available at the IBM-HelpCenter

Please see the LEGAL  -  Trademark notice.

Feel free - send a  for any BUG on this page found - Thank you.



# 1050 Main Board (9516)

**Main Board**

- Stand
- Back Cover
- Base Plate

To remove the main board A, slide it in the direction of the arrow, then lift and remove it.

**Do NOT remove board B**



More **INFORMATION / HELP** is available at the  IBM-HelpCenter

Please see the LEGAL  -  Trademark notice.

Feel free - send a     for any BUG on this page found - Thank you.



IBM-AUSTRIA - PC-HW-Support   30 Aug 1999

# 1060 Backlights (9516-Axx)

**Backlights 9516-Axx only**

- Stand
- Back Cover
- Base Plate
- Main Board



The backlight is made of glass, and rough handling can cause it to break.

The two backlights come with the LCD. They must always be replaced at the same time. **Do NOT replace a single backlight only.**

NOTE: Keep the backlights away from dust. Before you replace the backlights, you should clean the shaded area A with a vacuum cleaner.



More **INFORMATION / HELP** is available at the IBM-HelpCenter

Please see the LEGAL - Trademark notice.

Feel free - send a 🖐 for any BUG on this page found - Thank you.



# 1070 LCD and Bezel (9516)

### LCD and Bezel

- Stand
- Back Cover
- Base Plate
- Main Board



NOTE: When you replace the bezel, write down the machine serial number on the label, then put it on the bezel.

---

More **INFORMATION / HELP** is available at the IBM-HelpCenter

Please see the LEGAL - Trademark notice.

http://inf33-www.informatik.unibw-muenchen.de/infothek/computer/tutorial/eprmhtml/epr... 11/8/2004

Feel free - send a   for any BUG on this page found - Thank you.



IBM-AUSTRIA - PC-HW-Support   30 Aug 1999

# Specifications (9516)

## Specifications

```
Size and weight
Width:                        408 mm (16.1 in.)
Depth:                        250 mm ( 9.8 in.)
Height (including stand):     Minimum 431 mm (17.0 in.)
                              Maximum 534 mm (21.0 in.)
Weight:                       9.5 kg (21.0 lb) for display
                              0.4 kg (0.9 lb) for AC Adapter

Tilt angle
Forward:                      0° from vertical
Backward:                     15° from vertical
LCD characteristics
LCD type:                     TFT color LCD
Screen diagonal:              408 mm (16.1 in.)
Resolutions:                  1280 x 1024
Backlight:                    HFL
Maximum power dissipation:    55W
Power requirements
Input voltage:                100-125 Vac
                              200-240 Vac
Frequency:                    50 ±3Hz
                              60 ±3Hz
Phase:                        Single, with ground (3-wire plug)
Output voltage:               +19.0 ±21.0 Vdc
Temperature
Operating:                    10°C to 35°C (50°F to 95°F)
Storage and Shipping:         10°C to 52°C (50°F to 126°F)
Humidity
Operating:                    8%-80%
Storage and shipping:         8%-80%
Maximum altitude              2133 m (7000 ft.)
```

---

Back to 

More **INFORMATION / HELP** is available at the  IBM-HelpCenter

Please see the LEGAL  -  Trademark notice.

Feel free - send a 🐞  for any BUG on this page found - Thank you.



# Locations - Connecting the Interface Cables (9516 Axx/Bxx)



**Locations - Connecting the Interface Cables**

The following identifies the major parts of the IBM 9516-A03 Color LCD Display.

**Front View**

**Rear View**



## Connecting the Interface Cables

1. Turn off the PC or Workstation and all attached devices.
2. Remove the cover at the rear of the 9516 monitor.
3. Connect the video interface cables of the PC or Workstation to the monitor.
   Connect red, green, and blue interface cables to the connectors of the same color on the monitor.
   Also, if the cable has 5 BNCs, connect the H-sync and V-sync interface cable to the corresponding 9516 display connectors.

   See Video Cables for the part numbers and more information about the cables.

   A. Position the ends of the cables in front of the connectors.
   B. Plug in the cables to the connectors. Push and twist the ends of the cables until they are firmly locked to the connectors.

4. If you use standby mode and there is no power-saving function in the computer, you need to connect the optional keyboard/mouse Y-cable (P/N 82H8627), the keyboard and the mouse to the 9516 display.
   If you use DPMS function, you do not need to connect the optional keyboard/mouse Y-cable.

   NOTE: If the computer is a SUN or HP workstation, you cannot connect the optional keyboard/mouse Y-cable, because the power-saving function is not supported.

   A. Disconnect the keyboard from the PC or RS/6000. then connect it to the keyboard connector at the rear of the 9516 monitor.
   B. Disconnect the mouse from the PC or RS/6000. then connect it to the mouse connector at the rear of the 9516 monitor.
   C. Connect the keyboard/mouse Y-cable (optional) to the Y-cable connector at the rear of

the monitor.

Then connect each plug on the other end of the Y-cable to the PC or RS/6000 keyboard and mouse connectors.

NOTES:

A.  You make these connections to resume operations from standby mode by operating the keyboard or mouse. If you do not need the resume operation from standby mode with the keyboard or mouse, you do not need to make the connections. You cannot use the keyboard speaker when you make these connections.

B.  **Do not connect or disconnect the keyboard or mouse when the PC or RS/6000 is in operation.**

---

Back to ▓▓▓▓▓▓

More **INFORMATION / HELP** is available at the IBM-HelpCenter

Please see the LEGAL - Trademark notice.

Feel free - send a 🖳 for any BUG on this page found - Thank you.



# Parts Listing (9516)

### IBM 9516-A03 Color LCD Parts



See Part-Two (fullscreen)

# Parts Listing (9516)

| Index | FRU P/N |
|---|---|
| 1 Bezel Kit | 85G4813 |
| 2 LCD Module with backlights | 73H6640 |
| 3 Backlight | 73H6641 |
| 4 Rear Cover Kit | 85G4814 |
| 5 Connector Cover | 85G4836 |
| 6 BNC cable set (H/V) | 84G9055 |
| 7 BNC cable set (R/G/B) | 85G4827 |
| 8 Fan | 85G4815 |
| 9 Tool | 85G4847 |
| 10 Stand | 85G4812 |
| 11 Main Board | 82H8620 |
| 12 Connector Card Kit | 85G4817 |
| 13 AC Adapter, model A03 | 85G0167 |
| AC Adapter, model A04 | |
| (Japan only) | 85G0168 |
| Screw Kit | 85G4829 |
| Keybord/Mouse Y-cable (Optional) | 82H8627 |



**Interface card (MFG P/N 73H6617)**          **21L8177**

---

More **INFORMATION / HELP** is available at the  IBM-HelpCenter

Please see the LEGAL  -  Trademark notice.

Feel free - send a     for any BUG on this page found - Thank you.

# EXHIBIT C

Docket No.: 8733.042.21-US

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

IN RE APPLICATION:  Jong Hwan KIM et al.          GROUP ART UNIT:  Not Yet Assigned

SERIAL NUMBER:  Not Yet Assigned               EXAMINER:  Not Yet Assigned

FILED:  April 1, 2005

FOR:    PORTABLE COMPUTER HAVING A FLAT PANEL DISPLAY DEVICE

### INFORMATION DISCLOSURE STATEMENT UNDER 37 C.F.R. 1.97

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:
    Applicant(s) wish to disclose the following information.

REFERENCES
- ■    The Applicant(s) wish to make of record the references listed on the attached PTO/SB/08a/b and 892 forms. Copies of the listed references are not provided as they were previously submitted in the Parent Application Nos.: 10/787,933, 10/294,548, and 09/285,338. It is respectfully requested that the information be expressly considered during the prosecution of this application, and that the references be made of record therein and appear among the "References Cited" on any patent to issue therefrom. This Information Disclosure Statement accompanies the new continuation application submitted herewith

- ☐    A check is attached in the amount required under 37 CFR § 1.17(p).


- ■    The Applicants hereby make the following representations regarding the following documents cited in the Non Patent Literature Documents section of attached PTO form PTO/SB/08a/b


    Sony 14.1" Notebook PC;
    IBM Monitor, Model No. 9516
    Pixel Vision SGT15P;
    IBM Monitor, Model # 39H7116;
    ViewSonic Corporation Monitor, Model # VPA138;
    ViewSonic Corporation Monitor, Model # VPA140;
    IBM Electronic Pocket Reference Manual for the IBM 9516-A03 Monitor;


    The above-listed references have been asserted as being used prior to the earliest filing date of the present application in a related litigation. The Applicants have not been able to verify that these documents are prior art. In addition, the Applicants are not conceding that these documents are in fact prior art with this filing.


RELATED CASES
- ☐    Attached is a list of applicant's pending applications or issued patents which may be related to the present application. A copy of the patent(s) is attached along with PTO/ SB/08.

- ☐    A check is attached in the amount required under 37 CFR § 1.17(p).


BEST AVAILABLE COPY

Docket No.: 8733.042.21

## CERTIFICATION
The undersigned certifies that

☐    each item of information contained in this information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of this statement.

☐    no item of information contained in this information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application or, to the knowledge of the undersigned, having made reasonable inquiry, was known to any individual designated in 37 CFR § 1.56(c) more than three months prior to the filing of this statement.

## PETITION
☐    Applicant(s) hereby request consideration of the attached information.  A check is attached in the amount of the Petition fee required under 37 CFR § 1.17(i)(1).

## DEPOSIT ACCOUNT
■    Please charge any additional fees for the papers being filed herewith and for which no check is enclosed herewith, or credit any overpayment to deposit account No. 50-0911.  A duplicate copy of this sheet is enclosed.

Respectfully submitted,

Song K. Jung
Registration No. 35,210
MCKENNA LONG & ALDRIDGE LLP
1900 K Street, N.W.
Washington, D.C.  20006
Telephone No: (202) 496-7500

Date:  April 1, 2005

DC:50320274.1

PTO/SB/08a/b (05-03)
Approved for use through 05/31/2003. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| Substitute for form 1449/PTO | | | | Complete if Known | |
|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(use as many sheets as necessary)* | | | | Application Number | TBA |
| | | | | Filing Date | April 1, 2005 |
| | | | | First Named Inventor | KIM, Jong Whan |
| | | | | Art Unit | TBA |
| | | | | Examiner Name | TBA |
| Sheet | 1 | of | | Attorney Docket Number | 8733.042.21 |

### U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number | | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | | Number-Kind Code[2] (if known) | | | | |
| | | 5,566,048 | | 10/15/1996 | ESTERBERG, et al. | |
| | | 6,046,565 | | 04/04/2000 | THORNE | |
| | | 5,872,606 | | 02/16/1999 | KIM | |
| | | 5,844,774 | | 12/01/1998 | GUSHIKEN, et al. | |
| | | 5,467,504 | | 11/21/1995 | YANG | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document Country Code[3]-Number[4]-Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | | 1998-041727 | 08/17/1998 | SAMSUNG ELECTRONICS CO., LTD. | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.  [1] Applicant's unique citation designation number (optional).  [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04.  [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3).  [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the application number of the patent document.  [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST. 16 if possible.  [6] Applicant is to place a check mark here if English language Translation is attached.

### NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | | Sony 14.1" Notebook PC | |
| | | IBM 9516 | |
| | | Pixel Vision SGT15P | |
| | | IBM Monitor, Model # 39H7116 | |
| | | View Sonic Corporation Monitor, Model # VPA138 | |
| | | View Sonic Corporation Monitor, Model # VP140 | |
| | | Cockpit Displays III (SPIE- The International Society for Optical Engineering) Volume 2734 | |
| | | Introduction (9516) IBM 9516-A03 Color Display | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

[1]Applicant's unique citation designation number (optional).  [2]Applicant is to place a check mark here if English language Translation is attached.

| Examiner Signature | | Date Considered | |
|---|---|---|---|

DC:50320275.1

SEP 0 3 2004

PTO/SB/08a/b (08-03)
Approved for use through 07/31/2006. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

Substitute for form 1449A/B/PTO

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT

*(Use as many sheets as necessary)*

| Complete if Known | |
|---|---|
| Application Number | 10/787,933 - Conf. #6682 |
| Filing Date | February 27, 2004 |
| First Named Inventor | Jong Hwan KIM |
| Art Unit | 2835 |
| Examiner Name | Not Yet Assigned |
| Attorney Docket Number | 8733.042.10-US |

| Sheet | | 1 | of | | 1 |
|---|---|---|---|---|---|

## U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.¹ | Document Number Number-Kind Code² (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| /Hu/ | AA | US-4,614,408 | 09-30-1986 | MOTOI | |
| | AB | US-5,001,468 | 03-19-1991 | BRICE et al; | |
| | AC | US-5,119,204-A | 06-02-1992 | HASHIMOTO et al. | |
| | AD | US-5,128,662-A | 07-07-1992 | FAILLA | |
| | AE | US-5,363,276-A | 11-08-1994 | CROCKETT | |
| | AF | US-5,570,287-A | 10-29-1996 | MA | |
| /Hu/ | AG | US-5,805,117-A | 09-08-1998 | MAZUREK et al. | |
| | AH | | | | |
| | AI | | | | |
| | AJ | | | | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.¹ | Foreign Patent Document Country Code³-Number⁴-Kind Code⁵ (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T⁶ |
|---|---|---|---|---|---|---|
| | BA | | | | | |
| | BB | | | | | |
| | BC | | | | | |
| | BD | | | | | |
| | BE | | | | | |
| | BF | | | | | |
| | BG | | | | | |
| | BH | | | | | |
| | BI | | | | | |
| | BJ | | | | | |

*EXAMINER: Initials if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. ¹Applicant's unique citation designation number (optional). ²See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. ³Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). ⁴For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. ⁵Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. ⁶Applicant is to place a check mark here if English language Translation is attached.

## NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.¹ | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T² |
|---|---|---|---|
| /Hu/ | CA | IBM Monitor Photographs (1996), 21 pages | |
| | CB | VTech Powerpad Photographs (1993), 9 pages | |
| | CC | | |
| | CD | | |
| | CE | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

¹Applicant's unique citation designation number (optional). ²Applicant is to place a check mark here if English language Translation is attached.

| Examiner Signature | | Date Considered | 1/5/05 |
|---|---|---|---|

DC:50269670.1

SEP 03 2004

PTO/SB/08a/b (08-03)
Approved for use through 07/31/2006. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

Substitute for form 1449A/B/PTO

# INFORMATION DISCLOSURE
# STATEMENT BY APPLICANT

*(Use as many sheets as necessary)*

| Complete if Known | |
|---|---|
| Application Number | 10/767,933 - Conf. #6682 |
| Filing Date | February 27, 2004 |
| First Named Inventor | Jong Hwan KIM |
| Art Unit | 2835 |
| Examiner Name | Not Yet Assigned |
| Attorney Docket Number | 8733.042.10-US |

| Sheet | | 1 | of | 1 | |

## U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.¹ | Document Number Number-Kind Code² (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| /Hu/ | AA | US-4,614,408 | 09-30-1986 | MOTOI | |
| | AB | US-5,001,468 | 03-19-1991 | BRICE et al. | |
| | AC | US-5,119,204-A | 06-02-1992 | HASHIMOTO et al. | |
| | AD | US-5,128,662-A | 07-07-1992 | FAILLA | |
| | AE | US-5,363,276-A | 11-08-1994 | CROCKETT | |
| | AF | US-5,570,287-A | 10-29-1996 | MA | |
| /Hu/ | AG | US-5,805,117-A | 09-08-1998 | MAZUREK et al. | |
| | AH | | | | |
| | AI | | | | |
| | AJ | | | | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.¹ | Foreign Patent Document Country Code³-Number⁴-Kind Code⁵ (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T⁶ |
|---|---|---|---|---|---|---|
| | BA | | | | | |
| | BB | | | | | |
| | BC | | | | | |
| | BD | | | | | |
| | BE | | | | | |
| | BF | | | | | |
| | BG | | | | | |
| | BH | | | | | |
| | BI | | | | | |
| | BJ | | | | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. ¹ Applicant's unique citation designation number (optional). ² See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. ³ Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). ⁴ For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. ⁵ Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. ⁶ Applicant is to place a check mark here if English language Translation is attached.

## NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.¹ | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T² |
|---|---|---|---|
| /Hu/ | CA | IBM Monitor Photographs (1998), 21 pages | |
| | CB | VTech Powerpad Photographs (1993), 9 pages | |
| | CC | | |
| | CD | | |
| | CE | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

¹Applicant's unique citation designation number (optional). ²Applicant is to place a check mark here if English language Translation is attached.

| Examiner Signature | | Date Considered | 1/5/05 |
|---|---|---|---|

DC:50289670.1

2/27/04

PTO/SB/08a/b (08-03)
Approved for use through 07/31/2006. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449A/B/PTO | | **Complete if Known** | |
| --- | --- | --- | --- |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | | Application Number | Not Yet Assigned |
| | | Filing Date | February 27, 2004 |
| | | First Named Inventor | Jong H. Kim |
| | | Art Unit | N/A |
| | | Examiner Name | Not Yet Assigned |
| Sheet | 1 | of | 2 | Attorney Docket Number | 8733.042.10-US |

### U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.¹ | Document Number Number-Kind Code² (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
| --- | --- | --- | --- | --- | --- |
| /Jm | AA | US-5,379,182 | 01-03-1995 | FUJIMORI et al. | |
| | AB | US-5,946,081 | 08-31-1999 | KURIHARA et al. | |
| | AC | US-5,268,816 | 12-07-1993 | ABELL JR. et al. | |
| | AD | US-5,835,139 | 11-10-1998 | YUN et al. | |
| | AE | US-5,423,605 | 06-13-1995 | LIU | |
| /Jm | AF | US-6,285,427 | 09-04-2001 | LEE et al. | |
| | AG | | | | |
| | AH | | | | |
| | AI | | | | |
| | AJ | | | | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.¹ | Foreign Patent Document Country Code³ -Number⁴ -Kind Code⁵ (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T⁶ |
| --- | --- | --- | --- | --- | --- | --- |
| /Jm | BA | GB-2170035-A | 07-1986 | | | |
| | BB | GB-2319110-A | 05-1998 | | | |
| | BC | JP-60-91386 | 05-1985 | | | |
| | BD | JP-11-85319 | 03-1999 | | | |
| | BE | JP-11-6998 | 01-1999 | | | |
| | BF | JP-10-133181 | 05-1998 | | | |
| | BG | JP-04-134900 | 05-1992 | | | |
| | BH | JP-8-76886 | 03-1996 | | | |
| | BI | JP-9-91059 | 04-1997 | | | |
| /Jm | BJ | JP-8-28545 | 02-1996 | | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. ¹ Applicant's unique citation designation number (optional). ² See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. ³ Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). ⁴ For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. ⁵ Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. ⁶ Applicant is to place a check mark here if English language Translation is attached.

### NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.¹ | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T² |
| --- | --- | --- | --- |
| /Jm | CA | Korean Office Action dated January 31, 2001 (with English translation) | |
| /Jm | CB | Japanese Office Action dated February 13, 2002 (with English translation) | |
| /Jm | CC | Great Britain Office Action dated May 31, 2000 | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

¹Applicant's unique citation designation number (optional). ²Applicant is to place a check mark here if English language Translation is attached.

| Examiner Signature | *[signature]* | Date Considered | 1/5/05 |
| --- | --- | --- | --- |

DC:50263016.1

PTO/SB/08a/b (08-03)
Approved for use through 07/31/2006. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449A/B/PTO | | Complete if Known | |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | | Application Number | Not Yet Assigned |
| | | Filing Date | February 27, 2004 |
| | | First Named Inventor | Jong H. Kim |
| | | Art Unit | N/A |
| | | Examiner Name | Not Yet Assigned |
| Sheet | 2 | of | 2 | Attorney Docket Number | 8733.042.10-US |

### U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | AA | | | | |
| | AB | | | | |
| | AC | | | | |
| | AD | | | | |
| | AE | | | | |
| | AF | | | | |
| | AG | | | | |
| | AH | | | | |
| | AI | | | | |
| | AJ | | | | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document Country Code[3]-Number[4]-Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| M lu | BA | JP-8-211964 | 08-1996 | | | |
| | BB | GB-2-319110 | 05-13-1998 | | | |
| | BC | KR-98-11617 | 04-20-1996 | | | |
| | BD | KR-006055 | 01-1997 | | | |
| | BE | KR-027408 | 07-1998 | | | |
| M lu | BF | KR-028831 | 08-1998 | | | |
| | BG | | | | | |
| | BH | | | | | |
| | BI | | | | | |
| | BJ | | | | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached.

### NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | CA | | |
| | CB | | |
| | CC | | |
| | CD | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] Applicant's unique citation designation number (optional). [2] Applicant is to place a check mark here if English language Translation is attached.

| Examiner Signature | | Date Considered | 1/5/05 |
|---|---|---|---|

DC:50263016.1

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE

LIST OF REFERENCES CITED BY
APPLICANT
(Use Several Sheets if Necessary)

Date: July 3, 2002

*[OIPE stamp: JUL 0 3 2002 PATENT & TRADEMARK OFFICE]*

| Applicant KIM et al. | | |
|---|---|---|
| Filing Date April 2, 1999 | | Group 2835 |

## U.S. PATENT DOCUMENTS

| EXAMINER INITIAL* | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|
| *[init]* | 5,379,182 | 1/1995 | Fujimori et al. | 361 | 681 | |
| *[init]* | 5,946,061 | 8/1999 | Kurihara et al. | 349 | 58 | |
| | | | | | | |
| | | | | | | |

## FOREIGN PATENT DOCUMENTS

| | DOCUMENT NUMBER | DATE | COUNTRY | TRANSLATION | |
|---|---|---|---|---|---|
| *[init]* | GB2 170 035 A | 7/1986 | GB | | |
| | GB2 319 110 A | 5/1998 | GB | | |
| | JP 60-91386 | 5/1985 | JAPAN | | |
| | JP 11-85319 | 3/1999 | JAPAN | Abstract | |
| | JP 11-6998 | 1/1999 | JAPAN | Abstract | |
| | JP 10-133181 | 5/1998 | JAPAN | Abstract | |
| | JP 4-134900 | 5/1992 | JAPAN | Abstract | |
| | JP 8-76886 | 3/1996 | JAPAN | Abstract | |
| | JP 9-91059 | 4/1997 | JAPAN | Abstract | |
| | JP 8-28545 | 2/1996 | JAPAN | Abstract | |
| *[init]* | JP 8/211964 | 8/1996 | JAPAN | Abstract | |

## OTHER REFERENCES (Including Author, Title, Date, Pertinent Pages, Etc.)

| | |
|---|---|
| *[init]* | Korean Office Action dated January 31, 2001 (with English translation). |
| *[init]* | Japanese Office Action dated February 13, 2002 (with English translation). |
| *[init]* | GB Office Action dated May 31, 2000. |

*[vertical stamp right margin: TECHNOLOGY CENTER 2800 — RECEIVED JUL 9 2002]*

| EXAMINER *[signature]* | DATE CONSIDERED 7/30/02 |
|---|---|

*EXAMINER: Initial if reference is considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

**English-language abstract provided.

PTO 1449

**U.S. DEPARTMENT OF COMMERCE**
**PATENT AND TRADEMARK OFFICE**

**LIST OF REFERENCES CITED BY**
**APPLICANT**
*(Use Several Sheets If Necessary)*

Date: January 25, 2001

| | |
|---|---|
| Attorney Docket No.<br>8733.042.00 | Application No.<br>/285,338 |
| Applicant<br>**Jong Hwan KIM, et al.** | |
| Filing Date<br>April 2, 1999 | Group<br>2835 |

JAN 2 5 2001

## U.S. PATENT DOCUMENTS

| EXAMINER INITIAL* | | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| | AA | | | | | | |
| | AB | | | | | | |
| | AC | | | | | | |
| | AD | | | | | | |
| | AE | | | | | | |
| | AF | | | | | | |
| | AG | | | | | | |
| | AH | | | | | | |
| | AI | | | | | | |
| | AJ | | | | | | |

## FOREIGN PATENT DOCUMENTS

| | | Document No. | Date | Country | TRANSLATION | |
|---|---|---|---|---|---|---|
| | | | | | YES | NO |
| *yl lu* | AK | 2 319 110 | 05/13/98 | GREAT BRITAIN | | |
| *yl lu* | AL | 96-11617 | 04/20/96 | KOREA | Abstract | |
| | AM | | | | | |
| | AN | | | | | |
| | AO | | | | | |

## OTHER REFERENCES *(Including Author, Title, Date, Pertinent Pages, Etc.)*

| | | |
|---|---|---|
| | AP | |
| | AQ | |
| | AR | |

| Examiner Signature | Date Considered: 2/7/01 |
|---|---|

*EXAMINER:  Initial if reference is considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

SHEET _1_ OF _1_

| Form PTO 1449<br>Modified) | U.S. DEPARTMENT OF COMMERCE<br>PATENT AND TRADEMARK OFFICE | ATTY. DOCKET NO.: 8733.042.00 | | SERIAL NO.: 09/285,338 |
|---|---|---|---|---|
| | | APPLICANT: Jong Hwan KIM et al. | | |
| LIST OF REFERENCES CITED BY APPLICANT<br>(Use Several Sheets if Necessary) | | FILING DATE: April 2, 1999 | | GROUP: 2835 |

### U.S. PATENT DOCUMENTS

| EXAMINER INITIAL | | DOCUMENT NUMBER | DATE | NAME | CLASS | SUB CLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| | AA | | | | | | |
| | AB | | | | | | |
| | AC | | | | | | |
| | AD | | | | | | |
| | AE | | | | | | |

### FOREIGN PATENT DOCUMENTS

| | | DOCUMENT NUMBER | DATE | COUNTRY | Abstract YES | NO |
|---|---|---|---|---|---|---|
| | AL | 006055 | 01/1997 | KOREA | X | |
| | AM | 027408 | 07/1998 | KOREA | X | |
| | AN | 026831 | 08/1998 | KOREA | X | |
| | AO | | | | | |
| | AP | | | | | |
| | AQ | | | | | |
| | AR | | | | | |
| | AS | | | | | |
| | | | | | | |

### OTHER REFERENCES (Including Author, Title, Date, Pertinent Pages, Etc.)

| | | |
|---|---|---|
| | AR | |
| | AS | |
| | AT | |

| EXAMINER: | | DATE CONSIDERED: | |
|---|---|---|---|

EXAMINER: Initial if reference is considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

| *Notice of References Cited* | Application/Control No. 09/285,338 | Applicant(s)/Patent Under Reexamination KIM ET AL. | |
|---|---|---|---|
| | Examiner Yean-Hsi Chang | Art Unit 2835 | Page 1 of 1 |

### U.S. PATENT DOCUMENTS

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | Classification | |
|---|---|---|---|---|---|---|
| * | A | US-5,268,816- | 12-1993 | Abell, Jr. et al. | 361 | 729 |
| * | B | US-5,835,139- | 11-1998 | Yun et al. | 349 | 58 |
| * | C | US-5,423,605- | 06-1995 | Liu | 312 | 265.6 |
| | D | US- | | | | |
| | E | US- | | | | |
| | F | US- | | | | |
| | G | US- | | | | |
| | H | US- | | | | |
| | I | US- | | | | |
| | J | US- | | | | |
| | K | US- | | | | |
| | L | US- | | | | |
| | M. | US- | | | | |

### FOREIGN PATENT DOCUMENTS

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | - - | | | | |
| | O | - - | | | | |
| | P | - - | | | | |
| | Q | - - | | | | |
| | R | - - | | | | |
| | S | - - | | | | |
| | T | - - | | | | |

### NON-PATENT DOCUMENTS

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

| *Notice of References Cited* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 10/787,933 | KIM ET AL. |
| | Examiner | Art Unit | Page 1 of 1 |
| | Yean-Hsi Chang | 2835 | |

### U.S. PATENT DOCUMENTS

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| | A | US-5,835,139 | 11-1998 | Yun et al. | 349/58 |
| | B | US- | | | |
| | C | US- | | | |
| | D | US- | | | |
| | E | US- | | | |
| | F | US- | | | |
| | G | US- | | | |
| | H | US- | | | |
| | I | US- | | | |
| | J | US- | | | |
| | K | US- | | | |
| | L | US- | | | |
| | M | US- | | | |

### FOREIGN PATENT DOCUMENTS

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

### NON-PATENT DOCUMENTS

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | Lee et al. (US 2004/0090567 A1), "LIQUID CRYSTAL DISPLAY MODULE AND AN ASSEMBLY METHOD THEREFORE", May 13, 2004. |
| | V | |
| | W | |
| | X | |

copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
tes in MM-YYYY format are publication dates. Classifications may be US or foreign.

| *Notice of References Cited* | | Application/Control No. | | Applicant(s)/Patent Under Reexamination | |
|---|---|---|---|---|---|
| | | 09/285,338 | | KIM ET AL. | |
| | | Examiner | | Art Unit | |
| | | Yean-Hsi Chang | | 2835 | Page 1 of 1 |

### U.S. PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | NAME | CLASS | SUBCLASS | DOCUMENT SOURCE ** | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | APS | OTHER |
| ☐ | A | 5,268,816 | Dec. 1993 | Abell, Jr. et al. | 361 | 729 | ☒ | ☐ |
| ☐ | B | 5,835,139 | Nov. 1998 | Yun et al. | 349 | 58 | ☒ | ☐ |
| ☐ | C | 5,423,605 | Jun. 1995 | Liu | 312 | 265.6 | ☒ | ☐ |
| ☐ | D | 5,946,061 | Aug. 1999 | Kurihara et al. | 349 | 58 | ☒ | ☐ |
| ☐ | E | GB 2 170 035 A | Jul. 1986 | Masaru Yogi | G09F | 7/18 | ☒ | ☐ |
| ☐ | F | | | | | | ☐ | ☐ |
| ☐ | G | | | | | | ☐ | ☐ |
| ☐ | H | | | | | | ☐ | ☐ |
| ☐ | I | | | | | | ☐ | ☐ |
| ☐ | J | | | | | | ☐ | ☐ |
| ☐ | K | | | | | | ☐ | ☐ |
| ☐ | L | | | | | | ☐ | ☐ |
| ☐ | M | | | | | | ☐ | ☐ |

### FOREIGN PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUBCLASS | DOCUMENT SOURCE ** | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | APS | OTHER |
| ☐ | N | | | | | | | ☐ | ☐ |
| ☐ | O | | | | | | | ☐ | ☐ |
| ☐ | P | | | | | | | ☐ | ☐ |
| ☐ | Q | | | | | | | ☐ | ☐ |
| ☐ | R | | | | | | | ☐ | ☐ |
| ☐ | S | | | | | | | ☐ | ☐ |
| ☐ | T | | | | | | | ☐ | ☐ |

### NON-PATENT DOCUMENTS

| * | | DOCUMENT (Including Author, Title Date, Source, and Pertinent Pages) | DOCUMENT SOURCE ** | |
|---|---|---|---|---|
| | | | APS | OTHER |
| ☐ | U | | ☐ | ☐ |
| ☐ | V | | ☐ | ☐ |
| ☐ | W | | ☐ | ☐ |
| ☐ | X | | ☐ | ☐ |

*A copy of this reference is not being furnished with this Office action. (See Manual of Patent Examining Procedure, Section 707.05(a).)
**APS encompasses any electronic search i.e. text, image, and Commercial Databases.
U.S. Patent and Trademark Office

# EXHIBIT D



Docket No.: 8733.042.21
(PATENT)

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Patent Application of:
Jong Hwan KIM et al.

Customer No.: 30827

Application No.: 11/096,079

Confirmation No.: 5046

Filed: April 1, 2005

Art Unit: 2835

For: PORTABLE COMPUTER AND METHOD FOR
MOUNTING A FLAT PANEL DISPLAY
DEVICE THEREON

Examiner: Y.S. Chang

MS Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

### AMENDMENT

Sir:

In response to the Office Action dated December 19, 2006, please amend the patent application identified above as follows:

### INTRODUCTORY COMMENTS

**Amendments to the Claims** are reflected in the listing of claims which begins on page 2 of this paper.

**Remarks** begin on page 5 of this paper.

DC:50390399.1

Application No.: 11/096,079                                    Docket No.: 8733.042.21
Amdt. dated June 19, 2006
Reply to Office Action dated December 19, 2006

## AMENDMENTS TO THE CLAIMS

This listing of claims will replace all prior versions, and listings, of claims in the application.


**Listing of Claims:**

Claims 1-55. (Cancelled)

56.    (Currently Amended) A flat panel display device mounted to a housing including a front part and a rear part, the flat panel display device comprising:

a backlight;

a flat display panel, having a display area;

a first frame; and

a second frame, wherein the flat display panel is between the first frame and the second frame, ~~wherein~~ the first frame ~~has~~ including a fastening part behind the display area at a rear surface of ~~and within a lateral boundary of~~ the first frame, and wherein the first frame is positioned substantially to the rear of the backlight, the first frame being fixed to the rear part of the housing with the fastening part at the rear surface of the first frame.


57.    (Previously Presented)        The flat panel display device as recited in claim 56 further comprising:

a light guide, wherein the first frame is adjacent to the light guide.


58.    (Previously Presented)        The flat panel display device as recited in claim 56 further comprising:

2

Application No.: 11/096,079
Amdt. dated June 19, 2006
Reply to Office Action dated December 19, 2006

Docket No.: 8733.042.21

a reflector plate, wherein the first frame is immediately adjacent to the reflector

plate.

59.     (Previously Presented)     The flat panel display device as recited in claim 56,

wherein the fastening part comprises:

a fastening hole; and

a screw, wherein the screw passes through the fastening hole and through the rear

surface of the first frame.

60.     (Currently Amended)  A flat panel display device comprising:

a flat display panel having a display area;

a backlight;

a front frame;

a rear frame having side surfaces, a rear surface and lateral edges formed where

the side surfaces join the rear surface, wherein the rear surface of the rear frame includes a

fastening hole, and wherein the fastening hole associated with the rear surface is located within

the lateral edges;

a housing having a front portion and a rear portion; and

a fastener coupling fixing the rear frame to the rear portion of the housing using

the fastening hole associated with the rear surface of the rear frame, wherein the flat display

panel and the backlight are disposed between the front and rear frames and wherein the fastener

is behind the display area.

3

Application No.: 11/096,079                                          Docket No.: 8733.042.21
Amdt. dated June 19, 2006
Reply to Office Action dated December 19, 2006

61.    (Previously Presented)        The flat panel display device of claim 60, wherein the fastening hole associated with the rear surface of the rear frame is located adjacent to the lateral edge.

62.    (Previously Presented)        The flat panel display device of claim 60, wherein the flat display panel is a liquid crystal display (LCD).

63.    (Previously Presented)        The flat panel display device of claim 60, wherein the fastener is a screw.

64.    (Previously Presented)        The flat panel display device of claim 63, wherein the fastening hole associated with the rear surface of the rear frame includes a screw hole.

65.    (Currently Amended) The flat panel display device of claim 60, wherein the fastening hole and the fastener define a fastening part.

66.    (New) The flat panel display device of claim 56, the display area including an active region and an inactive region, wherein the fastening part is behind the active region of the display area.

67.    (New) The flat panel display device of claim 56, the display area including an active region and an inactive region, wherein the fastening part is behind the inactive region of the display area.

DC:50390399.1

Application No.: 11/096,079
Amdt. dated June 19, 2006
Reply to Office Action dated December 19, 2006

Docket No.: 8733.042.21

68.    (New)  The flat panel display device of claim 60, the display area including an active region and an inactive region, wherein the fastening part is behind the active region of the display area.

69.    (New)  The flat panel display device of claim 60, the display area including an active region and an inactive region, wherein the fastening part is behind the inactive region of the display area.

5

DC:50390399.1

Application No.: 11/096,079                                          Docket No.: 8733.042.21
Amdt. dated June 19, 2006
Reply to Office Action dated December 19, 2006

## REMARKS

At the outset, the Examiner is thanked for the thorough review and consideration of the pending application. The Office Action dated December 19, 2006, has been received and its contents carefully reviewed.

Claims 56, 60 and 65 are hereby amended; and claims 66-69 are hereby added. Accordingly, claims 56-69 are currently pending. Reexamination and reconsideration of the pending claims is respectfully requested.

In the Office Action, claims 56-65 are rejected under 35 U.S.C. § 103(a) as being unpatentable over IBM color display (IBM 9516-A03)(hereinafter "IBM 9516") in view of U.S. Patent No. 5,835,139 to Yun et al. (hereinafter "Yun"). Claims 56-65 are also provisionally rejected on the ground of nonstatutory obviousness-type double patenting as being unpatentable over claims 83-84, 88 and 92-93 of copending Application No. 10/787,933 (hereinafter "the '933 application").

In the Office Action, the Examiner states "IBM color display teaches a flat panel display device . . . wherein the flat panel display device is fixed to the rear part of the housing with a fastening part (2) comprising a fastening hole at the rear surface and within a lateral boundary of the flat panel display device." Applicants note that this statement is incorrect for several reason. That is, IBM 9615 does not teach or suggest "the flat display panel . . . between the first frame and the second frame, the first frame including a fastening part behind the display area at a rear surface of the first frame . . . the first frame being fixed to the rear part of the housing with the fastening part at the rear surface of the first frame," as recited by at least independent claim 56 of the present application. The IBM 9516 is a front mounted display. That is, the flat panel display of the IBM 9516 is mounted by screws that go *through* the rear surface of the rear tray and attach to the front housing. So, nothing in the IBM 9516 teaches or suggests the first frame being fixed to the rear part of the housing. Applicants refer the Examiner to the cited figure on page 9 of the IBM 9516 reference. At best, the figure shows the screws (2) go through the back cover from the back to the front. There is no teaching or suggestion that there is any fixing at the first frame. And in fact, in the physical device, the fixing occurs at the front housing of the IBM 9516.

6

DC:50390399.1

Application No.: 11/096,079
Amdt. dated June 19, 2006
Reply to Office Action dated December 19, 2006                                    Docket No.: 8733.042.21

Yun fails to cure these deficiencies in the IBM 9516. Therefore, Applicants submit that claim 56, and claims 57-59 and 66-67, which depend from claim 56, are allowable over the cited references.

Moreover, IBM 9615 does not teach or suggest "a fastener fixing the rear frame to the rear portion of the housing using the fastening hole associated with the rear surface of the rear frame, wherein the flat display panel and the backlight are disposed between the front and rear frames and wherein the fastener is behind the display area," as recited by at least independent claim 60 of the present application. As discussed above with respect to claim 56, the flat panel display of the IBM 9516 is mounted by screws that go *through* the rear surface of the rear tray and attach to the front housing. So, nothing in the IBM 9516 teaches or suggests a fastener fixing the rear frame to the rear portion of the housing using the fastening hole associated with the rear surface of the rear frame. Applicants refer the Examiner to the cited figure on page 9 of the IBM 9516 reference. At best, the figure shows the screws (2) go through the back cover from the back to the front. There is no teaching or suggestion that there is any fixing of the rear frame to the rear portion of the housing using the fastening hole associated with the rear surface of the rear frame. And in fact, in the physical device, there is no such fixing of the rear frame to the rear portion of the housing of the IBM 9516.

Yun fails to cure these deficiencies in the IBM 9516. Therefore, Applicants submit that claim 60, and claims 61-65 and 68-69, which depend from claim 60, are allowable over the cited references.

Applicants acknowledge the provisional obviousness double patenting rejection of claims 56-65 over the copending '933 application. Applicants note that the claim amendments made herein and the claim amendments recently made in the '933 application render the provisional obviousness double patenting rejection moot.

Applicants believe the foregoing amendments place the application in condition for allowance and early, favorable action is respectfully solicited.

If for any reason the Examiner finds the application other than in condition for allowance, the Examiner is requested to call the undersigned attorney at (202) 496-7500 to

DC:50390399.1

**Application No.: 11/096,079**                                          Docket No.: 8733.042.21
**Amdt. dated June 19, 2006**
**Reply to Office Action dated December 19, 2006**

discuss the steps necessary for placing the application in condition for allowance. All correspondence should continue to be sent to the below-listed address.

      If these papers are not considered timely filed by the Patent and Trademark Office, then a petition is hereby made under 37 C.F.R. §1.136, and any additional fees required under 37 C.F.R. §1.136 for any necessary extension of time, or any other fees required to complete the filing of this response, may be charged to Deposit Account No. 50-0911. Please credit any overpayment to deposit Account No. 50-0911. A duplicate copy of this sheet is enclosed.

Dated:  June 19, 2006                         Respectfully submitted,

                                             By _____
                                             **Rebecca G. Rudich**
                                             Registration No.: 41,786
                                             McKENNA LONG & ALDRIDGE LLP
                                             1900 K Street, N.W.
                                             Washington, DC  20006
                                             (202) 496-7500
                                             Attorney for Applicant

8

DC:50390399.1

# EXHIBIT E



IBM 9516 Monitor - Model #9516
Page 1 of 13

IBM.001

LPL 03560



IBM.002

IBM 9516 Monitor - Model #9516
Page 2 of 13

LPL 03561



IBM.003

IBM 9516 Monitor - Model #9516
Page 3 of 13

LPL 03562



IBM.004

IBM 9516 Monitor - Model #9516
Page 4 of 13

LPL 03563

IBM.005



IBM 9516 Monitor - Model #9516
Page 5 of 13

LPL 03564



A
(exterior)

IBM.006

IBM 9516 Monitor - Model #9516
Page 6 of 13

LPL 03565



A
(interior)

IBM.007

IBM 9516 Monitor - Model #9516
Page 7 of 13

LPL 03566



IBM.008

IBM 9516 Monitor - Model #9516
Page 8 of 13

LPL 03567



**LCD MODULE H (rear)**

IBM.009

K1

J

K2

K3

K4

K

L

LPL 03568



LCD MODULE H (front)

IBM.010

IBM 9516 Monitor - Model #9516
Page 10 of 13

LPL 03569



IBM 9516 Monitor - Model #9516
Page 11 of 13

LPL 03570



IBM 9516 Monitor - Model #9516
Page 12 of 13

LPL 03571



IBM.013

A2

C2

K2

F2

IBM 9516 Monitor - Model #9516
Page 13 of 13

LPL 03572