# EXHIBIT 8

# McKenna Long
# & Aldridge LLP
### Attorneys at Law

Albany
Atlanta
Brussels
Denver
Los Angeles

New York
Philadelphia
Sacramento
San Diego
San Francisco
Washington, D.C.

1900 K Street, NW • Washington, DC 20006-1108
Tel: 202.496.7500 • Fax: 202.496.7756
www.mckennalong.com

REL S. AMBROZY
(202) 496-7693

EMAIL ADDRESS
rambrozy@mckennalong.com

June 26, 2007

**VIA E-MAIL AND U.S. MAIL**

Frank E. Merideth, Jr.
Greenberg Traurig LLP
2450 Colorado Avenue
Suite 400E
Santa Monica, CA 90404

Re:     *LG.Philips LCD Co., Ltd. v. ViewSonic Corporation, et al.;*
        **U.S. District Court Case No. 04-343 JJF**

Dear Frank:

Per your request, please find attached a clearer version of the IBM pictures. The attached copies are the same quality as seen by Ms. Rudich. Please contact me if you have any other questions.

Sincerely,

Rel S. Ambrozy

RSA:amd
Enclosures

cc:     Tracy R. Roman (via email without attachment)
        Scott R. Miller (via email without attachment)
        Mark H. Krietzman (via email without attachment)
        Valerie W. Ho (via email without attachment)
        Jong P. Hong (via email without attachment)
        Manuel Nelson (via email without attachment)
        Steve Hassid (via email without attachment)
        Anne Shea Gaza (via email without attachment)
        Fred Cottrell (via email without attachment)
        Jaclyn Michel Mason (via email without attachment)
        Jeffrey B. Bove (via email without attachment)

LPL 03560

IBM 9516 Monitor – Model #9516
Page 1 of 13



IBM.001

LPL 03561



IBM.002

LPL 03562



IBM 003

IBM.004



IBM 9516 Monitor - Model #9516
Page 4 of 13

LPL 03563

IBM.005



IBM 9516 Monitor - Model #9516
Page 5 of 13

LPL 03564



A
(exterior)

IBM.006

IBM 9516 Monitor - Model #9516
Page 6 of 13

LPL 03565

IBM.007



A
(interior)

IBM 9516 Monitor - Model #9516
Page 7 of 13

LPL 03566



IBM.008

C1    Z1    C2

D2

D1

C

D3

D4

Z2

C4    C3

LPL 03567



LCD MODULE H (rear)

IBM.009

K1

J

K2

K3

K4

K

L

LPL 03568

IBM.010

LCD MODULE H (front)

L

S2

S1

IBM 9516 Monitor - Model #9516
Page 10 of 13

LPL 03569



IBM.011

IBM 9516 Monitor - Model #9516
Page 11 of 13

LPL 03570



IBM.012

LPL 03571

IBM.013



LPL 03572