# EXHIBIT J



McKenna Long & Aldridge LLP
Attorneys at Law
1900 K Street, NW • Washington, DC 20006-1108
Tel: 202.496.7500 • Fax: 202.496.7756
www.mckennalong.com

New York
Philadelphia
Sacramento
San Diego
San Francisco
Washington, D.C.

REL S. AMBROZY
(202) 496-7693

EMAIL ADDRESS
rambrozy@mckennalong.com

June 26, 2007

VIA E-MAIL AND U.S. MAIL

Frank E. Merideth, Jr.
Greenberg Traurig LLP
2450 Colorado Avenue
Suite 400E
Santa Monica, CA 90404

Re: *LG.Philips LCD Co., Ltd. v. ViewSonic Corporation, et al.*;
**U.S. District Court Case No. 04-343 JJF**

Dear Frank:

Per your request, please find attached a clearer version of the IBM pictures. The attached copies are the same quality as seen by Ms. Rudich. Please contact me if you have any other questions.

Sincerely,

Rel S. Ambrozy

RSA:amd
Enclosures

cc: Tracy R. Roman (via email without attachment)
Scott R. Miller (via email without attachment)
Mark H. Krietzman (via email without attachment)
Valerie W. Ho (via email without attachment)
Jong P. Hong (via email without attachment)
Manuel Nelson (via email without attachment)
Steve Hassid (via email without attachment)
Anne Shea Gaza (via email without attachment)
Fred Cottrell (via email without attachment)
Jaclyn Michel Mason (via email without attachment)
Jeffrey B. Bove (via email without attachment)






IBM 9516 Monitor - Model #9516

IBM.002






IBM.003






LPL 03563

IBM.005




LPL 03564