



LPL 03566





IBM.009
LPL 03568





IBM 9516 Monitor - Model #9516
Page 11 of 13

LPL 03570