



IBM 9516 Monitor - Model #9516
Page 13 of 13

LPL 03572