# EXHIBIT K


| Atlanta | **McKenna Long** | San Diego |
|---|---|---|
| Denver | **& Aldridge** LLP | San Francisco |
| | Attorneys at Law | |
| Los Angeles | 1900 K Street, NW • Washington, DC 20006 | Washington, DC |
| | 202.496.7500 • Fax: 202.496.7756 | |
| Philadelphia | www.mckennalong.com | Brussels |

LORA A. BRZEZYNSKI  
(202) 496-7239

EMAIL ADDRESS  
lbrzezynski@mckennalong.com

July 17, 2007

**VIA E-MAIL AND U.S. MAIL**

Frank E. Merideth, Jr., Esq.
Greenberg Traurig LLP
2450 Colorado Avenue
Suite 400E
Santa Monica, CA  90404

      Re:     *LG.Philips LCD Co., Ltd. v. ViewSonic Corporation, et al.*;
              U.S. District Court Case No. 04-343 JJF

Dear Frank:

     Rel Ambrozy asked me to respond to your July 9, 2007 e-mail as he is out of the office on vacation. I have reviewed the correspondence over the last several months between you and Messrs. Ambrozy and Auito from this office. Based on your last communication to Mr. Ambrozy dated July 9th, you apparently "believe that [you] need to proceed with Ms. Rudich's deposition."

     After reading the communications on this issue since March and the draft declarations submitted to you at your request by Messrs. Ambrozy and Auito, I do not understand your basis for now seeking Ms. Rudich's deposition. Please advise as to why you believe the latest draft declaration sent to you by this firm on April 27, 2007 is not sufficient. As you know, that draft declaration was specifically revised by us in response to your concerns raised in your April 25, 2007 letter.

     Other than requesting better copies of photographs, which were attached as one of the exhibits to Ms. Rudich's draft declaration, you have never expressed any concerns about the revised declaration sent to you more than eleven weeks ago. Further, you state in your July 9, 2007 e-mail to Mr. Ambrozy that the only subject for Ms. Rudich's requested deposition will be "the office action in connection [with] the '079 Application related to the IBM color display." Please advise as to why you believe this office action is relevant to the case and as to what issue it is relevant.

     At this point, months after we sent you the second revised declaration, we believe that Tatung should be prohibited from deposing Ms. Rudich regarding patent prosecution issues

Frank E. Merideth, Jr., Esq.
July 17, 2007
Page 2

involving the office action in connection with the '079 Application. However, we would like to better understand Tatung's position and why it now believes that a deposition is required (as opposed to a declaration) and why such a deposition would be relevant.

     I look forward to your response.

                                            Very truly yours,

                                            Lora A. Brzezynski

LAB:rla

cc:    Mark H. Krietzman, Esq.
       Valerie W. Ho, Esq.

# EXHIBIT L



# Greenberg
# Traurig

Frank E. Merideth, Jr
Tel. 310.586.7825
Fax 310.586.0275
MeridethF@gtlaw.com

July 18, 2007

**VIA EMAIL AND FIRST CLASS MAIL**

Lora Brzezynski
McKenna Long & Aldridge LLP
1900 K Street, N.W.
Washington, D.C. 20006

    Re:    <u>LG. Philips, LCD Co., Ltd v. Tatung Company</u>

Dear Lora:

    The matter of Ms Rudich's deposition has been "teed up" for decision by Special Master Poppitti by Mr. Christianson's letter of July 13, 2007. We are responding to that letter on July 18, 2007, the date set by the Special Master

    You are correct that we believe that it is necessary to depose Ms. Rudich. That decision became certain after we received clear copies of the photos on which she states she relied and understanding L.G. Philips post claims construction position. We have been diligent in pursuing this discovery. The only delay was occasioned by Mr. Ambrozy's delay in getting me the clear copies of the photographs.

    I do not believe I need to explain to you all of the reasons why Ms Rudich's testimony is relevant.

                            Very truly yours,

                              Frank E. Merideth, Jr.

FEM:cdb

cc:    All Counsel via email

ALBANY
AMSTERDAM
ATLANTA
BOCA RATON
BOSTON
BRUSSELS*
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MIAMI
MILAN*
NEW JERSEY
NEW YORK
ORANGE COUNTY
ORLANDO
PHILADELPHIA
PHOENIX
ROME*
SACRAMENTO
SILICON VALLEY
TALLAHASSEE
TAMPA
TOKYO*
TYSONS CORNER
WASHINGTON, D.C
WEST PALM BEACH
ZURICH
*Strategic Alliance
Tokyo-Office/Strategic Alliance

Greenberg Traurig, LLP | Attorneys at Law | Los Angeles Office | 2450 Colorado Avenue | Suite 400E | Santa Monica, CA 90404
Tel 310.586.7700 | Fax 310.586.7800

www.gtlaw.com