# EXHIBIT 3

Albany
Atlanta
Brussels
Denver
Los Angeles

# McKenna Long & Aldridge LLP
Attorneys at Law

1900 K Street, NW • Washington, DC 20006-1108
Tel: 202.496.7500 • Fax: 202.496.7756
www.mckennalong.com

New York
Philadelphia
Sacramento
San Diego
San Francisco
Washington, D.C.

DEREK A. AUITO
(202) 496-7102

EMAIL ADDRESS
dauito@mckennalong.com

July 31, 2007

**BY E-MAIL AND FEDERAL EXPRESS**

Manuel Nelson, Esq.
Connolly Bove Lodge & Hutz LLP
333 South Grand Avenue
Suite 2300
Los Angeles, CA 90071

Re: *LG.Philips LCD Co., Ltd. v. Tatung, et al.;*
*Civil Action No. 04-343 (JJF)*

Dear Manuel:

Pursuant to your letter dated July 23, 2007, and our conference call with Tracy Roman on July 30, 2007, enclosed please find LPL's supplemental document production (reflecting bates range LPL 21145-21187). The enclosed documents are designated "Highly Sensitive Confidential" under the Protective Order in this case.

As discussed during the July 30, 2007 conference call with Tracy Roman, the enclosed production includes the documents identified in your letter that we were able to re-format to 11x17 paper so that they are more legible.

| July 17, 2007 | July 31, 2007 |
| --- | --- |
| LPL 18297 - LPL 18303 | LPL 21145 - LPL 21152 |
| LPL 18305 - LPL 18328 | LPL 21153 - 21178 |
| LPL 18347 - LPL 18352 | LPL 21179 - LPL 21184 |
| LPL 18355 | LPL 21185 |
| LPL 18361 - LPL 18362 | LPL 21186 - LPL 21187 |

As for the remaining documents identified in your July 23rd letter, we are unable to improve the legibility or provide better copies of these documents.

Manuel Nelson, Esq.
July 31, 2007
Page 2

Regards,

Derek A. Auito

Encs.

cc:   Counsel of Record (via email; enclosures via overnight mail to Frank Merideth, Jr., Esq.)

DC:50491782.1