# EXHIBIT 6

# McKenna Long
# & Aldridge LLP
Attorneys at Law

Albany
Atlanta
Brussels
Denver
Los Angeles

New York
Philadelphia
Sacramento
San Diego
San Francisco
Washington, D.C.

1900 K Street, NW • Washington, DC 20006-1108
Tel: 202.496.7500 • Fax: 202.496.7756
www.mckennalong.com

CASS W. CHRISTENSON
(202) 496-7218

EMAIL ADDRESS
cchristenson@mckennalong.com

August 3, 2007

**VIA E-MAIL AND U.S. MAIL**

Manuel Nelson, Esq.
Connolly Bove Lodge & Hutz, LLP
333 South Grand Avenue, Suite 2300
Los Angeles, CA 90071

Re:    *LG.Philips LCD Co., Ltd. v. Tatung, et al.,*
       **Civil Action No. 04-343 (JJF)**

Dear Manuel:

I write in response to your letter dated August 2, 2007, which was emailed to me after the close of business. I reviewed your letter today and agree that further discussions regarding the issues in your letter are necessary. To be clear, we object to any effort to raise these new issues with the Special Master in ViewSonic's submission today, as we need to have an opportunity to understand and resolve ViewSonic's concerns. When you raised previous concerns in your July 23 letter, we addressed those concerns and we are working to resolve them. Your August 2 letter raises several new issues that we have not previously discussed.

As you know, we have been working diligently on the issues that you raised on your July 23 letter, and in your absence we discussed those issues with Ms. Roman on July 30. Since that time, we have produced additional documents and we have attempted unsuccessfully to schedule a follow up call with you this week. While I understand that you were in jury duty, LPL has a right to be informed of issues before they are submitted to the Special Master so that we have an opportunity to discuss and resolve those issues. Your after hours letter that we received today does not afford that opportunity given today's deadline for pre-hearing submissions concerning the August 7 hearing. Further, please note that we still await clarification on certain issues, as I discussed with Ms. Roman on July 30. For example, we need to know what specific issues ViewSonic intends to address in a further deposition. You mention some issues in your letter, but you also indicate that those issues are examples and may not be a complete list of the issues. Without knowing what information ViewSonic seeks, it is difficult for us to find alternative ways to address the issues without the need for a further deposition of LPL, to which we object.

Manuel Nelson, Esq.
August 3, 2007
Page 2


      We look forward to further discussions with you so that we can avoid the need for further argument on these issues.  In response to your proposal for a call on August 6, we are available at 3:00 Washington time.  Please let us know whether that time is convenient for you.

           Sincerely,

Cass W. Christenson


cc:     Counsel of Record (via email)