# EXHIBIT 7

Albany
Atlanta
Brussels
Denver
Los Angeles

**McKenna Long & Aldridge** LLP
Attorneys at Law

1900 K Street, NW • Washington, DC 20006-1108
Tel: 202.496.7500 • Fax: 202.496.7756
www.mckennalong.com

New York
Philadelphia
Sacramento
San Diego
San Francisco
Washington, D.C.

REL S. AMBROZY
(202) 496-7693

EMAIL ADDRESS
rambrozy@mckennalong.com

July 31, 2007

VIA E-MAIL AND U.S. MAIL

Valerie W. Ho, Esq.
Greenberg Traurig LLP
2450 Colorado Avenue
Suite 400E
Santa Monica, CA 90404
*HoV@GTLAW.com*

    Re:    ***LG.Philips LCD Co., Ltd. v. ViewSonic Corporation, et al.;***
           **U.S. District Court Case No. 04-343 JJF**

Dear Valerie:

    This letter follows up on Cormac Connor's July 11 e-mails to you regarding Tatung Company's assembly instructions and module specifications.

    As you know, Cormac has been out of the office and so unless we missed it, we still have not received the assembly instructions or module specifications for Tatung Company monitors that Mr. T.H. Liu referred to during his June 6 deposition. Specifically during his deposition, Mr. Liu testified that "[w]e have assembly instructions to assemble monitors." (*See* Liu Depo. at 131:8-9.) Mr. Liu further testified that Tatung uses the instructions to assemble monitors and that the instructions show the positions of the screw holes and where the screws should be inserted in products. (*Id.* at 131:14-132:6.) Further, we requested during Mr. Liu's deposition that all copies of module specifications for accused Tatung products be produced. (*See id.*)

    Mr. Meredith stated during the deposition that all assembly instructions and module specifications had been produced to the extent they exist. (*Id.* at 120:22-121:10). LPL is not aware of any assembly instructions or module specifications that have been produced. Please note that Tatung's assembly instructions are distinct from the work instructions that have previously been produced by Tatung America. On July 11, Cormac Connor requested that Tatung provide Bates ranges for any assembly instructions or module specifications that have been produced. To date, Tatung has not identified any Bates ranges.

Valerie W. Ho, Esq.
July 31, 2007
Page 2

      Please provide the assembly instructions and module specifications identified by Mr. Liu in his deposition for all accused products. If you maintain that these have been produced, then please provide the Bates ranges. If we do not receive these documents promptly, we will seek all appropriate relief from the Special Master. Please note that we intend to raise this issue with the Special Master for decision during the August 7th hearing. Accordingly, we will bring this matter to his attention this week, unless we are able to resolve this matter with you immediately.

Sincerely,

Rel S. Ambrozy

DC:50491376.1