# EXHIBIT A

Docket No.: 8733.042.21-US

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

IN RE APPLICATION: Jong Hwan KIM et al.          GROUP ART UNIT: Not Yet Assigned

SERIAL NUMBER: Not Yet Assigned                  EXAMINER: Not Yet Assigned

FILED: April 1, 2005

FOR:   PORTABLE COMPUTER HAVING A FLAT PANEL DISPLAY DEVICE

### INFORMATION DISCLOSURE STATEMENT UNDER 37 C.F.R. 1.97

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

Applicant(s) wish to disclose the following information.

### REFERENCES

■   The Applicant(s) wish to make of record the references listed on the attached PTO/SB/08a/b and 892 forms. Copies of the listed references are not provided as they were previously submitted in the Parent Application Nos.: 10/787,933, 10/294,548, and 09/285,338. It is respectfully requested that the information be expressly considered during the prosecution of this application, and that the references be made of record therein and appear among the "References Cited" on any patent to issue therefrom. This Information Disclosure Statement accompanies the new continuation application submitted herewith

☐   A check is attached in the amount required under 37 CFR § 1.17(p).

■   The Applicants hereby make the following representations regarding the following documents cited in the Non Patent Literature Documents section of attached PTO form PTO/SB/08a/b

Sony 14.1" Notebook PC;
IBM Monitor, Model No. 9516
Pixel Vision SGT15P;
IBM Monitor, Model # 39H7116;
ViewSonic Corporation Monitor, Model # VPA138;
ViewSonic Corporation Monitor, Model # VPA140;
IBM Electronic Pocket Reference Manual for the IBM 9516-A03 Monitor;

The above-listed references have been asserted as being used prior to the earliest filing date of the present application in a related litigation. The Applicants have not been able to verify that these documents are prior art. In addition, the Applicants are not conceding that these documents are in fact prior art with this filing.

### RELATED CASES

☐   Attached is a list of applicant's pending applications or issued patents which may be related to the present application. A copy of the patent(s) is attached along with PTO/ SB/08.

☐   A check is attached in the amount required under 37 CFR § 1.17(p).

ST AVAILABLE COPY

VS5002935

Docket No.: 8733.042.21

## CERTIFICATION

The undersigned certifies that

- ☐ each item of information contained in this information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of this statement.

- ☐ no item of information contained in this information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application or, to the knowledge of the undersigned, having made reasonable inquiry, was known to any individual designated in 37 CFR § 1.56(c) more than three months prior to the filing of this statement.

## PETITION

- ☐ Applicant(s) hereby request consideration of the attached information. A check is attached in the amount of the Petition fee required under 37 CFR § 1.17(i)(1).

## DEPOSIT ACCOUNT

- ■ Please charge any additional fees for the papers being filed herewith and for which no check is enclosed herewith, or credit any overpayment to deposit account No. 50-0911. A duplicate copy of this sheet is enclosed.

Respectfully submitted,

Song K. Jung
Registration No. 35,210
MCKENNA LONG & ALDRIDGE LLP
1900 K Street, N.W.
Washington, D.C. 20006
Telephone No: (202) 496-7500

Date: April 1, 2005

DC:50320274.1

VS5002936

PTO/SB/08a/b (05-03)
Approved for use through 05/31/2003. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| Substitute for form 1449/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(use as many sheets as necessary)* | Application Number | TBA |
| | Filing Date | April 1, 2005 |
| | First Named Inventor | KIM, Jong Whan |
| | Art Unit | TBA |
| | Examiner Name | TBA |
| Sheet   1   of | Attorney Docket Number | 8733.042.21 |

### U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.¹ | Document Number Number-Kind Code² (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | 5,566,048 | 10/15/1996 | ESTERBERG, et al. | |
| | | 6,046,565 | 04/04/2000 | THORNE | |
| | | 5,872,606 | 02/16/1999 | KIM | |
| | | 5,844,774 | 12/01/1998 | GUSHIKEN, et al. | |
| | | 5,467,504 | 11/21/1995 | YANG | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.¹ | Foreign Patent Document Country Code³-Number⁴-Kind Code⁵ (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T⁶ |
|---|---|---|---|---|---|---|
| | | 1998-041727 | 08/17/1998 | SAMSUNG ELECTRONICS CO., LTD. | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. ¹Applicant's unique citation designation number (optional). ²See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. ³Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). ⁴For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the application number of the patent document. ⁵Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST. 16 if possible. ⁶Applicant is to place a check mark here if English language Translation is attached.

### NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.¹ | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T² |
|---|---|---|---|
| | | Sony 14.1" Notebook PC | |
| | | IBM 9516 | |
| | | Pixel Vision SGT15P | |
| | | IBM Monitor, Model # 39H7116 | |
| | | View Sonic Corporation Monitor, Model # VPA138 | |
| | | View Sonic Corporation Monitor, Model # VP140 | |
| | | Cockpit Displays III (SPIE- The International Society for Optical Engineering) Volume 2734 | |
| | | Introduction (9516) IBM 9516-A03 Color Display | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

¹Applicant's unique citation designation number (optional). ²Applicant is to place a check mark here if English language Translation is attached.

| Examiner Signature | | Date Considered | |
|---|---|---|---|

DC:50320275.1

VS5002937

PTO/SB/08a/b (08-03)
Approved for use through 07/31/2006. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449A/B/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | Application Number | 10/787,933 - Conf. #6682 |
| | Filing Date | February 27, 2004 |
| | First Named Inventor | Jong Hwan KIM |
| | Art Unit | 2835 |
| | Examiner Name | Not Yet Assigned |
| Sheet 1 of 1 | Attorney Docket Number | 8733.042.10-US |

### U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.¹ | Document Number (Number-Kind Code² if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| /M/ | AA | US-4,814,406 | 09-30-1986 | MOTOI | |
| /M/ | AB | US-5,001,468 | 03-19-1991 | BRICE et al. | |
| | AC | US-5,119,204-A | 06-02-1992 | HASHIMOTO et al. | |
| | AD | US-5,128,662-A | 07-07-1992 | FAILLA | |
| | AE | US-5,363,276-A | 11-08-1994 | CROCKETT | |
| | AF | US-5,570,267-A | 10-29-1996 | MA | |
| /M/ | AG | US-5,805,117-A | 09-08-1998 | MAZUREK et al. | |
| | AH | | | | |
| | AI | | | | |
| | AJ | | | | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.¹ | Foreign Patent Document Country Code³-Number⁴-Kind Code⁵ (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T⁶ |
|---|---|---|---|---|---|---|
| | BA | | | | | |
| | BB | | | | | |
| | BC | | | | | |
| | BD | | | | | |
| | BE | | | | | |
| | BF | | | | | |
| | BG | | | | | |
| | BH | | | | | |
| | BI | | | | | |
| | BJ | | | | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. ¹ Applicant's unique citation designation number (optional). ² See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. ³ Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). ⁴ For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. ⁵ Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. ⁶ Applicant is to place a check mark here if English language Translation is attached.

### NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.¹ | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T² |
|---|---|---|---|
| /M/ | CA | IBM Monitor Photographs (1996), 21 pages | |
| /M/ | CB | VTech Powerpad Photographs (1993), 9 pages | |
| | CC | | |
| | CD | | |
| | CE | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

¹Applicant's unique citation designation number (optional). ²Applicant is to place a check mark here if English language Translation is attached.

| Examiner Signature | [signature] | Date Considered | 1/5/05 |
|---|---|---|---|

DC:50289670.1

VS5002938

2/27/04

PTO/SB/08a/b (08-03)
Approved for use through 07/31/2006. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

Substitute for form 1449A/B/PTO

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT

*(Use as many sheets as necessary)*

| Complete if Known | |
|---|---|
| Application Number | Not Yet Assigned |
| Filing Date | February 27, 2004 |
| First Named Inventor | Jong H. Kim |
| Art Unit | N/A |
| Examiner Name | Not Yet Assigned |
| Attorney Docket Number | 8733.042.10-US |

Sheet 1 of 2

## U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number (Number-Kind Code, if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| /JM/ | AA | US-5,379,182 | 01-03-1995 | FUJIMORI et al. | |
| | AB | US-5,946,061 | 08-31-1999 | KURIHARA et al. | |
| | AC | US-5,268,816 | 12-07-1993 | ABELL JR. et al. | |
| | AD | US-5,835,139 | 11-10-1998 | YUN et al. | |
| | AE | US-5,423,605 | 06-13-1995 | LIU | |
| /JM/ | AF | US-6,285,427 | 09-04-2001 | LEE et al. | |
| | AG | | | | |
| | AH | | | | |
| | AI | | | | |
| | AJ | | | | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials | Cite No. | Foreign Patent Document (Country Code-Number-Kind Code, if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T |
|---|---|---|---|---|---|---|
| /JM/ | BA | GB-2170035-A | 07-1986 | | | |
| | BB | GB-2319110-A | 05-1998 | | | |
| | BC | JP-60-91386 | 05-1985 | | | |
| | BD | JP-11-85319 | 03-1999 | | | |
| | BE | JP-11-6998 | 01-1999 | | | |
| | BF | JP-10-133181 | 05-1998 | | | |
| | BG | JP-04-134900 | 05-1992 | | | |
| | BH | JP-8-76886 | 03-1996 | | | |
| | BI | JP-9-91059 | 04-1997 | | | |
| /JM/ | BJ | JP-8-28545 | 02-1996 | | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. ¹Applicant's unique citation designation number (optional). ²See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. ³Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). ⁴For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. ⁵Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. ⁶Applicant is to place a check mark here if English language Translation is attached.

## NON PATENT LITERATURE DOCUMENTS

| Examiner Initials | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T |
|---|---|---|---|
| /JM/ | CA | Korean Office Action dated January 31, 2001 (with English translation) | |
| /JM/ | CB | Japanese Office Action dated February 13, 2002 (with English translation) | |
| /JM/ | CC | Great Britain Office Action dated May 31, 2000 | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

¹Applicant's unique citation designation number (optional). ²Applicant is to place a check mark here if English language Translation is attached.

| Examiner Signature | [signature] | Date Considered | 1/5/05 |
|---|---|---|---|

DC:50263016.1

VS5002939

PTO/SB/08a/b (08-03)
Approved for use through 07/31/2006. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449A/B/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use as many sheets as necessary) | Application Number | Not Yet Assigned |
| | Filing Date | February 27, 2004 |
| | First Named Inventor | Jong H. Kim |
| | Art Unit | N/A |
| | Examiner Name | Not Yet Assigned |
| Sheet  2  of  2 | Attorney Docket Number | 8733.042.10-US |

**U.S. PATENT DOCUMENTS**

| Examiner Initials* | Cite No.¹ | Document Number Number-Kind Code² (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | AA | | | | |
| | AB | | | | |
| | AC | | | | |
| | AD | | | | |
| | AE | | | | |
| | AF | | | | |
| | AG | | | | |
| | AH | | | | |
| | AI | | | | |
| | AJ | | | | |

**FOREIGN PATENT DOCUMENTS**

| Examiner Initials* | Cite No.¹ | Foreign Patent Document Country Code³-Number⁴-Kind Code⁵ (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T⁶ |
|---|---|---|---|---|---|---|
| /lu/ | BA | JP-8-211964 | 08-1996 | | | |
| | BB | GB-2-319110 | 05-13-1998 | | | |
| | BC | KR-96-11617 | 04-20-1996 | | | |
| | BD | KR-006055 | 01-1997 | | | |
| | BE | KR-027408 | 07-1998 | | | |
| /lu/ | BF | KR-026831 | 08-1998 | | | |
| | BG | | | | | |
| | BH | | | | | |
| | BI | | | | | |
| | BJ | | | | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. ¹ Applicant's unique citation designation number (optional). ² See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. ³ Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). ⁴ For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. ⁵ Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. ⁶ Applicant is to place a check mark here if English language Translation is attached.

**NON PATENT LITERATURE DOCUMENTS**

| Examiner Initials* | Cite No.¹ | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T² |
|---|---|---|---|
| | CA | | |
| | CB | | |
| | CC | | |
| | CD | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

¹Applicant's unique citation designation number (optional). ²Applicant is to place a check mark here if English language Translation is attached.

| Examiner Signature | [signature] | Date Considered | 1/5/05 |
|---|---|---|---|

DC:50263016.1

VS5002940



Docket No.: 8733.042.21

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

| | |
|---|---|
| IN RE APPLICATION: Jong Hwan KIM et al. | GROUP ART UNIT: TBA |
| SERIAL NUMBER: 11/096,079 | EXAMINER: TBA |

FILED: April 1, 2005

FOR: **PORTABLE COMPUTER AND METHOD FOR MOUNTING A FLAT PANEL DISPLAY DEVICE**

INFORMATION DISCLOSURE STATEMENT UNDER 37 C.F.R. 1.97

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:
Applicant(s) wish to disclose the following information.

REFERENCES
■ The Applicant(s) wish to make of record the references listed on the attached PTO/ SB/08. Copies of the listed references are attached, where required, as are either statements of relevancy or any readily available English translations of pertinent portions of any non-English language references.

☐ A check is attached in the amount required under 37 CFR § 1.17(p).

RELATED CASES
☐ Attached is a list of applicant's pending applications or issued patents which may be related to the present application. A copy of the patent(s) is attached along with PTO/ SB/08.

☐ A check is attached in the amount required under 37 CFR § 1.17(p).

CERTIFICATION
The undersigned certifies that

☐ each item of information contained in this information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of this statement.

☐ no item of information contained in this information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application or, to the knowledge of the undersigned, having made reasonable inquiry, was known to any individual designated in 37 CFR § 1.56(c) more than three months prior to the filing of this statement.

PETITION
☐ Applicant(s) hereby request consideration of the attached information. A check is attached in the amount of the Petition fee required under 37 CFR § 1.17(i)(1).

DC:50328718.1

VS5003058

DEPOSIT ACCOUNT

- Please charge any additional fees for the papers being filed herewith and for which no check is enclosed herewith, or credit any overpayment to deposit account No. <u>50-0911</u>. A duplicate copy of this sheet is enclosed.

Respectfully submitted,

*Valerie P. Hayes* Reg. No. 53,005

for Song K. Jung
Registration No. 35,210
MCKENNA LONG & ALDRIDGE LLP
1900 K Street, N.W.
Washington, D.C. 20006
Telephone No: (202) 496-7500

Date: May 11, 2005

DC:50328718.1

VS5003059

PTO/SB/08a/b (05-03)
Approved for use through 05/31/2003. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| Substitute for form 1449/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (use as many sheets as necessary) | Application Number | 11/096,079 |
| | Filing Date | April 1, 2005 |
| | First Named Inventor | KIM, Jong Hwan et al. |
| | Art Unit | TBA |
| | Examiner Name | TBA |
| Sheet 1 of 1 | Attorney Docket Number | 8733.042.21 |

### U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.¹ | Document Number Number-Kind Code² (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | AI | 6,307,530 | 10/23/2001 | Cho | |
| | AJ | 6,061,231 | 05/09/2000 | Crockett | |
| | AK | 5,905,550 | 05/18/1999 | Ohgami et al. | |
| | AL | 5,805,125 | 09/08/1998 | Suganuma et al. | |
| | AM | 5,483,253 | 01/09/1996 | Suganuma et al. | |
| | AN | 5,479,285 | 12/26/1995 | Burke | |
| | AO | 6,144,423 | 11/07/2000 | Kim | |
| | AP | 5,689,400 | 11/18/1997 | Ohgami et al. | |
| | AQ | 5,486,942 | 01/23/1996 | Ichikawa et al. | |
| | AR | 5,002,368 | 03/26/1991 | Anglin | |
| | AS | 6,128,183 | 10/03/2000 | Uchiyama et al. | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.¹ | Foreign Patent Document Country Code³-Number⁴-Kind Code⁵ (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T⁶ |
|---|---|---|---|---|---|---|
| | BB | WO 90/15359 | 12/13/1990 | Poqet Computer Corp. | | |
| | BC | WO 90/10924 | 09/20/1990 | Dynabook Technologies Corp. | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. ¹Applicant's unique citation designation number (optional). ²See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. ³Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). ⁴For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the application number of the patent document. ⁵Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST. 16 if possible. ⁶Applicant is to place a check mark here if English language Translation is attached.

### NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.¹ | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T² |
|---|---|---|---|
| | CI | Murata et al., *10.4-inch TFT Liquid Crystal Display for Sub-Note Type Personal Computers*, National Technical Report, December 1997, Vol. 43, Issue 6, pp. 56-61, w/English Abstract | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

¹Applicant's unique citation designation number (optional). ²Applicant is to place a check mark here if English language Translation is attached.

| Examiner | Date |
|---|---|
| | |

VS5003060

Docket No.: 8733.042.21

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

IN RE APPLICATION: Jong Hwan KIM et al.    GROUP ART UNIT: 2871

SERIAL NUMBER: 11/096,079    EXAMINER: TBA

FILED: April 1, 2005

FOR: **PORTABLE COMPUTER AND METHOD FOR MOUNTING A FLAT PANEL DISPLAY DEVICE THEREON**

## INFORMATION DISCLOSURE STATEMENT UNDER 37 C.F.R. 1.97

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

Applicant(s) wish to disclose the following information.

### REFERENCES

■ The Applicant(s) wish to make of record the references listed on the attached PTO/ SB/08. Copies of the listed references are attached, where required, as are either statements of relevancy or any readily available English translations of pertinent portions of any non-English language references.

☐ A check is attached in the amount required under 37 CFR § 1.17(p).

### RELATED CASES

☐ Attached is a list of applicant's pending applications or issued patents which may be related to the present application. A copy of the patent(s) is attached along with PTO/ SB/08.

☐ A check is attached in the amount required under 37 CFR § 1.17(p).

### CERTIFICATION

The undersigned certifies that

☐ each item of information contained in this information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of this statement.

☐ no item of information contained in this information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application or, to the knowledge of the undersigned, having made reasonable inquiry, was known to any individual designated in 37 CFR § 1.56(c) more than three months prior to the filing of this statement.

### PETITION

☐ Applicant(s) hereby request consideration of the attached information. A check is attached in the amount of the Petition fee required under 37 CFR § 1.17(i)(1).

DC:50359937.1

VS5003159

Application Serial No.: 11/096,079                                Attorney Docket No.: 8733.42.21

DEPOSIT ACCOUNT
- Please charge any additional fees for the papers being filed herewith and for which no check is enclosed herewith, or credit any overpayment to deposit account No. 50-0911. A duplicate copy of this sheet is enclosed.

Respectfully submitted,

*Valerie P. Hayes* Reg. No. 53,005

for Song K. Jung
Registration No. 35,210
MCKENNA LONG & ALDRIDGE LLP
1900 K Street, N.W.
Washington, D.C. 20006
Telephone No: (202) 496-7500

Date: September 13, 2005

VS5003160

OIPE
SEP 1 3 2005
PATENT & TRADEMARK OFFICE

PTO/SB/08a/b (05-03)
Approved for use through 05/31/2003. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

Substitute for form 1449/PTO

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT

*(use as many sheets as necessary)*

| Complete if Known | |
|---|---|
| Application Number | 11/096,079 |
| Filing Date | April 1, 2005 |
| First Named Inventor | KIM, et al. |
| Art Unit | 2871 |
| Examiner Name | TBA |
| Attorney Docket Number | 8733.042.21 |

Sheet 1 of 1

## U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | AA | 5,844,772 | 12/1/1998 | Lee et al. | |
| | BB | 5,546,270 | 8/13/1996 | Konno et al. | |
| | CC | 6,188,569 | 2/13/2001 | Minemoto et al. | |
| | DD | 5,264,992 | 11/23/1993 | Hogdahl et al. | |
| | EE | 5,272,601 | 12/21/1993 | McKillip | |
| | FF | 5,636,101 | 6/3/1997 | Bonsall et al. | |
| | GG | 5,835,343 | 11/10/1998 | Johns et al. | |
| | HH | Des. 328,291 | 7/28/1992 | Falkner | |
| | II | Des. 356,077 | 3/7/1995 | Harada et al. | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document Country Code[3]-Number[4]-Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | BA | JP 05-188810 w/ English Abstract | 07/30/1993 | Tokyo Electric Co. Ltd. | | |
| | BB | JP 10-117313 w/ English Abstract | 05/06/1998 | Fujitsu General Ltd. | | |
| | BC | JP 09-190156 w/ English Abstract | 07/22/1997 | Fujitsu General Ltd. | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the application number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST. 16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached.

## NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | CA | PixelVision SGT 115, five (5) pages | |
| | CB | Viewsonic 140, five (5) pages | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] Applicant's unique citation designation number (optional). [2] Applicant is to place a check mark here if English language Translation is attached.

| Examiner Signature | | Date Considered | |
|---|---|---|---|

DC:50359942.1



Docket No.: 8733.042.21
(PATENT)

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re Patent Application of: Jong Hwan KIM et al. | Customer No.: 30827 |
| Application No.: 11/096,079 | Confirmation No.: 5046 |
| Filed: April 1, 2005 | Art Unit: 2835 |
| For: **PORTABLE COMPUTER AND METHOD FOR MOUNTING A FLAT PANEL DISPLAY DEVICE THEREON** | Examiner: Y.H. Chang |

MS Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

### INFORMATION DISCLOSURE STATEMENT

Sir:

The Applicant(s) wish to make of record the references listed on the attached PTO/ SB/08. Copies of the listed references are attached. Each of the references is a pleading or a report associated with a related litigation matter pending in the United States District Court for the District of Delaware. These references are being submitted pursuant to MPEP § 2001.06(c).

A check is attached in the amount required under 37 CFR § 1.17(p). Please charge any additional fees for the papers being filed herewith or credit any overpayment to deposit account No. 50-0911. A duplicate copy of this sheet is enclosed.

Dated: June 19, 2006

Respectfully submitted,

By_____ Reg. No. 41786
Yong S. Choi
Registration No.: 43,324
McKENNA LONG & ALDRIDGE LLP
1900 K Street, N.W.
Washington, DC 20006
(202) 496-7500
Attorneys for Applicant

06/21/2006 HALI11 00000003 11096079
01 FC:1806          180.00 OP

DC:50417187.1

VS5003224



PTO/SB/08a/b (05-03)
Approved for use through 05/31/2003. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| Substitute for form 1449/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(use as many sheets as necessary)* | Application Number | 11/096,79 |
| | Filing Date | April 1, 2005 |
| | First Named Inventor | Jong Hwan KIM et al. |
| | Art Unit | 2835 |
| | Examiner Name | Y.H. Chang |
| Sheet  1  of  1 | Attorney Docket Number | 8733.042.21 |

| NON PATENT LITERATURE DOCUMENTS | | | |
|---|---|---|---|
| Examiner Initials[*] | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[2] |
| | CA | Dell Inspiron 3000 Series Service Manual, July 1998. | |
| | CB | Momenta Corporation Display Schematic, December 1990. | |
| | CC | First Set of Photographs of PixelVision Model No. S6T15P, Date Unknown. | |
| | CD | Second Set of Photographs of PixelVision Model No. S6T15P, Date Unknown. | |
| | CE | Brochure for PixelVision SmartGlas Display System, 1997. | |
| | CF | Photographs of PixelVision SmartGlas Display System, March 1998. | |
| | CG | First Set of Photographs of Tatung Model No. L4KAS, Date Unknown. | |
| | CH | Second Set of Photographs of Tatung Model No. L4KAS, Date Unknown. | |
| | CI | Apple Macintosh Powerbook 190/5300 Series Service Guide, 1996. | |
| | CJ | Hewlett Packard Omnibook 4100 Service Manual, April 1998. | |
| | CK | Viewsonic Corporation's Motion to File Surreply to LG.Philips' Reply Brief In Support of Motion for Preliminary Injunction, March 1, 2005. | |
| | CL | Answer, Counterclaims and Demand For Jury Trial of Defendant Tatung Company of America, April 19, 2005. | |
| | CM | Answer, Counterclaims and Demand for Jury Trial of Defendant Tatung Co., April 19, 2005. | |
| | CN | Combined Initial Disclosures of Defendant Tatung Company of America and Tatung Company, July 29, 2005. | |
| | CO | Defendant Viewsonic Corporation's Further Responses to Plaintiff's First Set of Interrogatories, December 6, 2004. | |
| | CP | Declaration of David E. Moore In Support of the Defendant ViewSonic Corporation's Opposition to Plaintiff's Motion for Preliminary Injunction (D.I. 64), December 6, 2004. | |
| | CQ | Answer and Defenses of Defendant Viewsonic Corporation, June 30, 2004. | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1]Applicant's unique citation designation number (optional).  [2]Applicant is to place a check mark here if English language Translation is attached.

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1]Applicant's unique citation designation number (optional). [2]See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3]Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4]For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the application number of the patent document. [5]Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST. 16 if possible. [6]Applicant is to place a check mark here if English language Translation is attached

| Examiner Signature | | Date Considered | |
|---|---|---|---|

DC:50417191.1

VS5003225



Docket No.: 8733.042.21
(PATENT)

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Patent Application of:
Jong Hwan KIM et al.

Customer No.: 30827

Application No.: 11/096,079

Confirmation No.: 5046

Filed: April 1, 2005

Art Unit: 2835

For: **PORTABLE COMPUTER AND METHOD FOR MOUNTING A FLAT PANEL DISPLAY DEVICE THEREON**

Examiner: Y.H. Chang

MS Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

### INFORMATION DISCLOSURE STATEMENT

Sir:

The Applicant(s) wish to make of record the references listed on the attached PTO/ SB/08. Copies of the listed references are attached. Each of the references is a pleading or a report associated with a related litigation matter pending in the United States District Court for the District of Delaware. These references are being submitted pursuant to MPEP § 2001.06(c).

A check is attached in the amount required under 37 CFR § 1.17(p). Please charge any additional fees for the papers being filed herewith or credit any overpayment to deposit account No. 50-0911. A duplicate copy of this sheet is enclosed.

Dated: October 3, 2006

Respectfully submitted,

By_____
Yong S. Choi
Registration No.: 43,324
McKENNA LONG & ALDRIDGE LLP
1900 K Street, N.W.
Washington, DC 20006
(202) 496-7500
Attorneys for Applicant

The PTO did not receive the following listed item(s) _check # 180.00_

10/04/2006 SDENROB1 00000007 500911  11096079
02 FC:1806    180.00 DA

DC:50436700.1

VS5003246

PTO/SB/08a/b (05-03)
Approved for use through 05/31/2003. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| Substitute for form 1449/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (use as many sheets as necessary) | Application Number | 11/096,079 |
| | Filing Date | April 1, 2005 |
| | First Named Inventor | KIM, Jong Whan |
| | Art Unit | 2835 |
| | Examiner Name | Y.S. Chang |
| Sheet   1   of   1 | Attorney Docket Number | 8733.042.21 |

| NON PATENT LITERATURE DOCUMENTS ||||
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[2] |
| | CA | Viewsonic Corporation's Surreply to LG.Philips' Reply Brief in Support of Motion for Preliminary Injunction dated March 1, 2005. | |
| | CB | Declaration of David E. Moore In Support of Defendant Viewsonic Corporation's Opposition to Plaintiff's Motion for Preliminary Injunction (D.I.64) filed September 10, 2004. | |
| | CC | | |
| | CD | | |
| | CE | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] Applicant's unique citation designation number (optional). [2] Applicant is to place a check mark here if English language Translation is attached.

| Examiner Signature | | Date Considered | |
|---|---|---|---|

DC:50436706.1

VS5003247