# EXHIBIT E

CLOSED, PATENT

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:99-cv-00680-RRM

LG.Philips LCD Co. v. NEC Corporation, et al            Date Filed: 10/15/1999
Assigned to: Judge Roderick R. McKelvie              Date Terminated: 04/30/2001
Demand: $0                                                      Jury Demand: Both
Cause: 35:271 Patent Infringement                      Nature of Suit: 830 Patent
                                                                    Jurisdiction: Federal Question

**Plaintiff**

**LG.Philips LCD Co. LTD**            represented by   **Richard D. Kirk**
                                                                    The Bayard Firm
                                                                    222 Delaware Avenue, Suite 900
                                                                    P.O. Box 25130
                                                                    Wilmington, DE 19899
                                                                    (302) 655-5000
                                                                    Email: bankserve@bayardfirm.com
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**NEC Corporation**                      represented by   **Steven J. Balick**
                                                                    Ashby & Geddes
                                                                    500 Delaware Avenue, 8th Floor
                                                                    P.O. Box 1150
                                                                    Wilmington, DE 19899
                                                                    (302) 654-1888
                                                                    Email: sbalick@ashby-geddes.com
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**NEC USA Inc.**                            represented by   **Steven J. Balick**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**NEC Technologies Inc**              represented by   **Steven J. Balick**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**NEC Electronics Inc.**                represented by   **Steven J. Balick**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Packard Bell NEC Inc**                    represented by **Steven J. Balick**
                                            (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*


**Counter Claimant**

**NEC Corporation**                         represented by **Steven J. Balick**
                                            (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*


V.

**Counter Defendant**

**LG.Philips LCD Co. LTD**                  represented by **Richard D. Kirk**
                                            (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*


**Counter Claimant**

**NEC USA Inc.**                            represented by **Steven J. Balick**
                                            (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*


V.

**Counter Defendant**

**LG.Philips LCD Co. LTD**                  represented by **Richard D. Kirk**
                                            (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*


**Counter Claimant**

**NEC Technologies Inc**                    represented by **Steven J. Balick**
                                            (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*


V.

**Counter Defendant**

**LG.Philips LCD Co. LTD**                  represented by **Richard D. Kirk**
                                            (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*


**Counter Claimant**

**NEC Electronics Inc.**                    represented by **Steven J. Balick**
                                            (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**LG.Philips LCD Co. LTD**                    represented by  **Richard D. Kirk**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*


**Counter Claimant**

**Packard Bell NEC Inc**                      represented by  **Steven J. Balick**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*


V.

**Counter Defendant**

**LG.Philips LCD Co. LTD**                    represented by  **Richard D. Kirk**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*


| Date Filed | # | Docket Text |
|------------|---|-------------|
| 10/15/1999 | 1 | COMPLAINT filed; Mag consent notice to pltf. FILING FEE $ 150.00 RECEIPT # 127487 (dab) (Entered: 10/18/1999) |
| 10/15/1999 |   | DEMAND for jury trial by LG.Philips LCD Co. (dab) (Entered: 10/18/1999) |
| 10/15/1999 |   | SUMMONS(ES) issued for NEC Corporation, NEC USA Inc., NEC Technologies Inc, NEC Electronics Inc., Packard Bell NEC Inc (dab) (Entered: 10/18/1999) |
| 10/15/1999 | 2 | Report to Commissioner of Patents and Trademarks. Exit original. RE 5,856,816, 5,828,433, 5,825,449 & 5,926,237 (dab) (Entered: 10/18/1999) |
| 10/19/1999 | 3 | RETURN OF SERVICE executed as to NEC USA Inc. 10/15/99 Answer due on 11/4/99 for NEC USA Inc. (dab) (Entered: 10/19/1999) |
| 10/19/1999 | 4 | RETURN OF SERVICE executed as to NEC Technologies Inc 10/18/99 Answer due on 11/8/99 for NEC Technologies Inc (dab) (Entered: 10/19/1999) |
| 10/19/1999 | 5 | RETURN OF SERVICE executed as to Packard Bell NEC Inc 10/15/99 Answer due on 11/4/99 for Packard Bell NEC Inc (dab) (Entered: 10/19/1999) |
| 10/19/1999 | 6 | RETURN OF SERVICE executed as to NEC Electronics Inc. 10/18/99 Answer due on 11/8/99 for NEC Electronics Inc. (dab) (Entered: 10/19/1999) |
| 10/26/1999 | 7 | AMENDED COMPLAINT by LG.Philips LCD Co. , (Answer due 11/5/99 for Packard Bell NEC Inc, for NEC Electronics Inc., for NEC Technologies Inc, for NEC USA Inc., for NEC Corporation ) amending [1-1] complaint (dab) (Entered: 10/26/1999) |
| 10/27/1999 | 8 | CASE assigned to Judge Roderick R. McKelvie . Notice to all parties. (ntl) (Entered: 10/27/1999) |
| 11/08/1999 | 9 | STIPULATION with proposed order re dfts shall respond to complaint by 12/1/99. (ntl) (Entered: 11/08/1999) |

| | | |
|---|---|---|
| 11/09/1999 | | So Ordered granting [9-1] stipulation ( signed by Judge Roderick R. McKelvie ) Notice to all parties. (ntl) (Entered: 11/10/1999) |
| 11/10/1999 | | Deadline updated; reset Answer deadline to 12/1/99 for Packard Bell NEC Inc, for NEC Electronics Inc., for NEC Technologies Inc, for NEC USA Inc., for NEC Corporation (ntl) (Entered: 11/10/1999) |
| 11/15/1999 | 10 | ANSWER to complaint and COUNTERCLAIM by NEC Corporation against LG.Philips LCD Co.; jury demand (ntl) (Entered: 11/16/1999) |
| 11/15/1999 | 11 | NOTICE of intent to seek certification of complex case by NEC Corporation (ntl) (Entered: 11/16/1999) |
| 11/17/1999 | 12 | MOTION by LG.Philips LCD Co. with Proposed Order for Marc R. Labgold, Esq., David L. Balser, Esq., Catherine B. Richardson, Esq., and Kevin M. Bell, Esq. to Appear Pro Hac Vice (ntl) (Entered: 11/17/1999) |
| 11/18/1999 | | So Ordered granting [12-1] motion for Marc R. Labgold, Esq., David L. Balser, Esq., Catherine B. Richardson, Esq., and Kevin M. Bell, Esq. to Appear Pro Hac Vice ( signed by Judge Roderick R. McKelvie ) Notice to all parties. (ntl) (Entered: 11/19/1999) |
| 11/24/1999 | 13 | MOTION by NEC Corporation, NEC USA Inc., NEC Technologies Inc, NEC Electronics Inc., Packard Bell NEC Inc with Proposed Order for Melinda F. Levitt, Esq. to Appear Pro Hac Vice (ntl) (Entered: 11/29/1999) |
| 11/24/1999 | 14 | MOTION by NEC Corporation, NEC USA Inc., NEC Technologies Inc, NEC Electronics Inc., Packard Bell NEC Inc with Proposed Order for John S. Skilton, Esq. to Appear Pro Hac Vice (ntl) (Entered: 11/29/1999) |
| 11/24/1999 | 15 | MOTION by NEC Corporation, NEC USA Inc., NEC Technologies Inc, NEC Electronics Inc., Packard Bell NEC Inc with Proposed Order for George C. Beck, Esq. to Appear Pro Hac Vice (ntl) (Entered: 11/29/1999) |
| 11/24/1999 | 16 | MOTION by NEC Corporation, NEC USA Inc., NEC Technologies Inc, NEC Electronics Inc., Packard Bell NEC Inc with Proposed Order for John J. Feldhaus, Esq. to Appear Pro Hac Vice (ntl) (Entered: 11/29/1999) |
| 11/24/1999 | 17 | MOTION by NEC Corporation, NEC USA Inc., NEC Technologies Inc, NEC Electronics Inc., Packard Bell NEC Inc with Proposed Order for Lisa S. Mankofsky, Esq. to Appear Pro Hac Vice (ntl) (Entered: 11/29/1999) |
| 11/24/1999 | 18 | MOTION by NEC Corporation, NEC USA Inc., NEC Technologies Inc, NEC Electronics Inc., Packard Bell NEC Inc with Proposed Order for David P. Owen, Esq. to Appear Pro Hac Vice (ntl) (Entered: 11/29/1999) |
| 11/24/1999 | 19 | MOTION by NEC Corporation, NEC USA Inc., NEC Technologies Inc, NEC Electronics Inc., Packard Bell NEC Inc with Proposed Order for Robert W. Busby, Esq. to Appear Pro Hac Vice (ntl) (Entered: 11/29/1999) |
| 11/30/1999 | | So Ordered granting [13-1] motion for Melinda F. Levitt, Esq. to Appear Pro Hac Vice granting [14-1] motion for John S. Skilton, Esq. to Appear Pro Hac Vice granting [15-1] motion for George C. Beck, Esq. to Appear Pro Hac Vice granting [16-1] motion for John J. Feldhaus, Esq. to Appear Pro Hac Vice granting [17-1] motion for Lisa S. Mankofsky, Esq. to Appear Pro Hac Vice granting [18-1] motion for David P. Owen, Esq. to Appear Pro Hac Vice granting [19-1] motion for Robert W. Busby, Esq. to Appear Pro Hac Vice ( signed by Judge Roderick R. McKelvie ) Notice to all parties. (ntl) (Entered: 11/30/1999) |
| 12/01/1999 | 20 | Letter from Judge McKelvie to counsel encl. draft proposed scheduling order and |

| | | |
|---|---|---|
| | | protective order. (ntl) (Entered: 12/01/1999) |
| 12/01/1999 | 21 | NOTICE of Intent to Seek Certification of Complex Case by NEC USA Inc., NEC Technologies Inc, NEC Electronics Inc., Packard Bell NEC Inc (ntl) (Entered: 12/02/1999) |
| 12/01/1999 | 22 | ANSWER to complaint and COUNTERCLAIM by NEC USA Inc. against LG.Philips LCD Co.; jury demand (ntl) (Entered: 12/02/1999) |
| 12/01/1999 | 23 | ANSWER to complaint and COUNTERCLAIM by NEC Technologies Inc against LG.Philips LCD Co.; jury demand (ntl) (Entered: 12/02/1999) |
| 12/01/1999 | 24 | ANSWER to complaint and COUNTERCLAIM by NEC Electronics Inc. against LG.Philips LCD Co.; jury demand (ntl) (Entered: 12/02/1999) |
| 12/01/1999 | 25 | ANSWER to complaint and COUNTERCLAIM by Packard Bell NEC Inc against LG.Philips LCD Co.; jury demand (ntl) (Entered: 12/02/1999) |
| 12/07/1999 | 26 | STIPULATION with proposed order for extension of time re ptf shall respond to answers and counterclaims of dfts by 1/7/00. (ntl) (Entered: 12/07/1999) |
| 12/08/1999 | | So Ordered granting [26-1] stipulation ( signed by Judge Roderick R. McKelvie ) Notice to all parties. (ntl) (Entered: 12/08/1999) |
| 01/05/2000 | 27 | STIPULATED PROTECTIVE ORDER with proposed order (ntl) (Entered: 01/06/2000) |
| 01/05/2000 | 28 | Joint Report for Initial Scheduling Conference by LG.Philips LCD Co., NEC Corporation, NEC USA Inc., NEC Technologies Inc, NEC Electronics Inc., Packard Bell NEC Inc (ntl) (Entered: 01/06/2000) |
| 01/06/2000 | | So Ordered granting [27-1] stipulation ( signed by Judge Roderick R. McKelvie ) Notice to all parties. (ntl) (Entered: 01/06/2000) |
| 01/06/2000 | | Tele-conference held; rprtr. K. Maurer (ntl) (Entered: 01/10/2000) |
| 01/07/2000 | 29 | Steno Notes for 1/6/00; rprtr. K. Maurer (also for case no. 99-726). (ntl) (Entered: 01/10/2000) |
| 01/10/2000 | 30 | ANSWER by LG.Philips LCD Co. to [22-2] counter claim (ntl) (Entered: 01/11/2000) |
| 01/10/2000 | 31 | ANSWER by LG.Philips LCD Co. to [23-2] counter claim (ntl) (Entered: 01/11/2000) |
| 01/10/2000 | 32 | ANSWER by LG.Philips LCD Co. to [25-2] counter claim (ntl) (Entered: 01/11/2000) |
| 01/10/2000 | 33 | ANSWER by LG.Philips LCD Co. to [24-2] counter claim (ntl) (Entered: 01/11/2000) |
| 01/10/2000 | 34 | ANSWER by LG.Philips LCD Co. to [10-2] counter claim (ntl) (Entered: 01/11/2000) |
| 01/18/2000 | 35 | Second Joint Report re scheduling (ntl) (Entered: 01/19/2000) |
| 01/18/2000 | 36 | Letter from Steven Balick, Esq. to Judge McKelvie re second joint report (D.I. 35). (ntl) (Entered: 01/19/2000) |
| 01/19/2000 | 37 | TRANSCRIPT filed [0-0] telephone conference for dates of 1/6/00 (ntl) (Entered: 01/20/2000) |
| 01/31/2000 | 38 | NOTICE by NEC Corporation to take deposition of LG. Phillips LCD Co., Ltd. on 3/13/00 (ntl) (Entered: 01/31/2000) |
| 01/31/2000 | 39 | CERTIFICATE OF SERVICE by NEC Corporation re 1st set of interrogs. (ntl) (Entered: 01/31/2000) |
| 01/31/2000 | 40 | CERTIFICATE OF SERVICE by NEC Corporation re 1st set of requests for |

| | | production. (ntl) (Entered: 01/31/2000) |
|---|---|---|
| 01/31/2000 | 41 | STIPULATION re selection of 6 patents for consolidated discovery and trial on liability issues. (ntl) (Entered: 02/01/2000) |
| 02/14/2000 | 42 | STIPULATED SCHEDULING ORDER with proposed order (ntl) (Entered: 02/14/2000) |
| 02/16/2000 | | So Ordered granting [42-1] stipulation ( signed by Judge Roderick R. McKelvie ) Notice to all parties. (ntl) (Entered: 02/17/2000) |
| 02/16/2000 | | Deadline updated; set Scheduling Order Deadlines: Discovery deadline on 12/29/00 Deadline for filing dispositive motions by 6/1/01 Pretrial conference by 10:00 8/7/01 Trial Date Deadline 10:00 8/21/01 , and set Status Conference for 4:30 5/17/00 , set Status Report deadline to 5/10/00 , and set Markman Hearing for 10:00 3/20/01 (ntl) (Entered: 02/17/2000) |
| 02/16/2000 | | Consolidated Member Case . Lead Case Number: 1:99cv726 (ntl) (Entered: 02/17/2000) |
| 02/18/2000 | 43 | CERTIFICATE OF SERVICE by LG.Philips LCD Co. re 1st request for prod. of docs. and things (nos. 1-40), and 1st set of interrogs. (nos. 1-17). (ntl) (Entered: 02/18/2000) |
| 02/18/2000 | 44 | ORDER, set Telephone Conference for 9:00 3/27/00 ( signed by Judge Mary P. Thynge ) copies to: cnsl. (ntl) (Entered: 02/22/2000) |
| 04/30/2001 | | Case closed (ntl) (Entered: 01/30/2002) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/08/2007 18:44:47 | | | |
| PACER Login: | gt1330 | Client Code: | 070272.011200 |
| Description: | Docket Report | Search Criteria: | 1:99-cv-00680-RRM Start date: 1/1/1970 End date: 8/8/2007 |
| Billable Pages: | 4 | Cost: | 0.32 |