# EXHIBIT F

## U.S. District Court
## District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:99-cv-00726-RRM

LG.Philips LCD Co. v. NEC Corporation, et al  
Assigned to: Judge Roderick R. McKelvie  
Demand: $0  
Case in other court: USDC/DE, 99cv680RRM  
Cause: 28:2201 Declaratory Judgment

Date Filed: 10/28/1999  
Date Terminated: 04/30/2001  
Jury Demand: Both  
Nature of Suit: 830 Patent  
Jurisdiction: Federal Question

**Plaintiff**

**LG.Philips LCD Co. LTD**      represented by **Richard D. Kirk**  
The Bayard Firm  
222 Delaware Avenue, Suite 900  
P.O. Box 25130  
Wilmington, DE 19899  
(302) 655-5000  
Email: bankserve@bayardfirm.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**NEC Corporation**     represented by **Steven J. Balick**  
Ashby & Geddes  
500 Delaware Avenue, 8th Floor  
P.O. Box 1150  
Wilmington, DE 19899  
(302) 654-1888  
Email: sbalick@ashby-geddes.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Defendant**

**NEC USA Inc.**     represented by **Steven J. Balick**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Defendant**

**NEC Technologies Inc**     represented by **Steven J. Balick**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Defendant**

**NEC Electronics Inc.**     represented by **Steven J. Balick**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Packard Bell NEC Inc**  represented by **Steven J. Balick**
*TERMINATED: 08/04/2000*  (See above for address)
 *TERMINATED: 08/04/2000*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

**Defendant**

**PB Electronics, Inc.**  represented by **Steven J. Balick**
 (See above for address)
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**LG Electronics Inc.**

**Counter Defendant**

**LG Electronics USA, Inc.**

**Counter Defendant**

**LG Electronics Alabama, Inc.**

**Counter Claimant**

**NEC Corporation**  represented by **Steven J. Balick**
 (See above for address)
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**LG.Philips LCD Co. LTD**  represented by **Richard D. Kirk**
 (See above for address)
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**NEC USA Inc.**  represented by **Steven J. Balick**
 (See above for address)
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**LG.Philips LCD Co. LTD**  represented by **Richard D. Kirk**
 (See above for address)
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**NEC Technologies Inc**  represented by **Steven J. Balick**
 (See above for address)

|  |  |
|---|---|
|  | *LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Counter Defendant**

| **LG.Philips LCD Co. LTD** | represented by **Richard D. Kirk**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|

**Counter Claimant**

| **NEC Electronics Inc.** | represented by **Steven J. Balick**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|

V.

**Counter Defendant**

| **LG.Philips LCD Co. LTD** | represented by **Richard D. Kirk**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|

**Counter Claimant**

| **Packard Bell NEC Inc**<br>*TERMINATED: 08/04/2000* | represented by **Steven J. Balick**<br>(See above for address)<br>*TERMINATED: 08/04/2000*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|

V.

**Counter Defendant**

| **LG.Philips LCD Co. LTD** | represented by **Richard D. Kirk**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|

| Date Filed | # | Docket Text |
|---|---|---|
| 10/28/1999 | 1 | COMPLAINT filed; Mag consent notice to pltf. FILING FEE $ 150.00 RECEIPT # 127577 (dab) (Entered: 10/29/1999) |
| 10/28/1999 |  | DEMAND for jury trial by LG.Philips LCD Co. (dab) (Entered: 10/29/1999) |
| 10/28/1999 |  | SUMMONS(ES) issued for NEC USA Inc., NEC Technologies Inc, NEC Electronics Inc., Packard Bell NEC Inc (dab) (Entered: 10/29/1999) |
| 10/28/1999 | 2 | Report to Commissioner of Patents and Trademarks. Exit original. RE: 5,311,342, 4,624,737,5,019,022 & 5,583,532 (dab) (Entered: 10/29/1999) |
| 11/03/1999 | 3 | CASE assigned to Judge Roderick R. McKelvie . Notice to all parties. (ntl) (Entered: |

| | | |
|---|---|---|
| | | 11/03/1999) |
| 11/08/1999 | 4 | STIPULATION with proposed order re dfts shall respond to complaint by 12/1/99. (ntl) (Entered: 11/08/1999) |
| 11/09/1999 | | So Ordered granting [4-1] stipulation ( signed by Judge Roderick R. McKelvie ) Notice to all parties. (ntl) (Entered: 11/10/1999) |
| 11/09/1999 | | Deadline updated; reset Answer deadline to 12/1/99 for Packard Bell NEC Inc, for NEC Electronics Inc., for NEC Technologies Inc, for NEC USA Inc., for NEC Corporation (ntl) (Entered: 11/10/1999) |
| 11/15/1999 | 5 | ANSWER to complaint and COUNTERCLAIM by NEC Corporation against LG.Philips LCD Co., LG Electronics Inc., LG Electronics USA, Inc., and LG Electronics Alabama, Inc.; jury demand. (ntl) (Entered: 11/16/1999) |
| 11/15/1999 | 6 | NOTICE of intent to seek certification of complex case by NEC Corporation (ntl) (Entered: 11/16/1999) |
| 11/15/1999 | | SUMMONS(ES) issued for LG Electronics Inc., LG Electronics USA, Inc., and LG Electronics Alabama, Inc. (ntl) (Entered: 11/16/1999) |
| 11/17/1999 | 7 | MOTION by LG.Philips LCD Co. with Proposed Order for Marc R. Labgold, Esq., David L. Balser, Esq., Catherine B. Richardson, Esq., and Kevin M. Bell, Esq. to Appear Pro Hac Vice (ntl) (Entered: 11/17/1999) |
| 11/18/1999 | | So Ordered granting [7-1] motion for Marc R. Labgold, Esq., David L. Balser, Esq., Catherine B. Richardson, Esq., and Kevin M. Bell, Esq. to Appear Pro Hac Vice ( signed by Judge Roderick R. McKelvie ) Notice to all parties. (ntl) (Entered: 11/19/1999) |
| 11/19/1999 | 8 | RETURN OF SERVICE executed 11/18/99 as to LG Electronics Inc. (ntl) (Entered: 11/22/1999) |
| 11/24/1999 | 9 | RETURN OF SERVICE executed 11/22/99 as to LG Electronics Alabama, Inc. (ntl) (Entered: 11/24/1999) |
| 11/24/1999 | 10 | RETURN OF SERVICE executed 11/22/99 as to LG Electronics USA, Inc. (ntl) (Entered: 11/24/1999) |
| 11/24/1999 | 11 | MOTION by NEC Corporation, NEC USA Inc., NEC Technologies Inc, NEC Electronics Inc., Packard Bell NEC Inc with Proposed Order for Melinda F. Levitt, Esq. to Appear Pro Hac Vice (ntl) (Entered: 11/29/1999) |
| 11/24/1999 | 12 | MOTION by NEC Corporation, NEC USA Inc., NEC Technologies Inc, NEC Electronics Inc., Packard Bell NEC Inc with Proposed Order for George C. Beck, Esq. to Appear Pro Hac Vice (ntl) (Entered: 11/29/1999) |
| 11/24/1999 | 13 | MOTION by NEC Corporation, NEC USA Inc., NEC Technologies Inc, NEC Electronics Inc., Packard Bell NEC Inc with Proposed Order for John S. Skilton, Esq. to Appear Pro Hac Vice (ntl) (Entered: 11/29/1999) |
| 11/24/1999 | 14 | MOTION by NEC Corporation, NEC USA Inc., NEC Technologies Inc, NEC Electronics Inc., Packard Bell NEC Inc with Proposed Order for John J. Feldhaus, Esq. to Appear Pro Hac Vice (ntl) (Entered: 11/29/1999) |
| 11/24/1999 | 15 | MOTION by NEC Corporation, NEC USA Inc., NEC Technologies Inc, NEC Electronics Inc., Packard Bell NEC Inc with Proposed Order for Robert W. Busby, Esq. to Appear Pro Hac Vice (ntl) (Entered: 11/29/1999) |
| 11/24/1999 | 16 | MOTION by NEC Corporation, NEC USA Inc., NEC Technologies Inc, NEC |

| | | |
|---|---|---|
| | | Electronics Inc., Packard Bell NEC Inc with Proposed Order for Lisa S. Mankofsky, Esq. to Appear Pro Hac Vice (ntl) (Entered: 11/29/1999) |
| 11/24/1999 | 17 | MOTION by NEC Corporation, NEC USA Inc., NEC Technologies Inc, NEC Electronics Inc., Packard Bell NEC Inc with Proposed Order for David P. Owen, Esq. to Appear Pro Hac Vice (ntl) (Entered: 11/29/1999) |
| 11/30/1999 | | So Ordered granting [11-1] motion for Melinda F. Levitt, Esq. to Appear Pro Hac Vice granting [12-1] motion for George C. Beck, Esq. to Appear Pro Hac Vice granting [13-1] motion for John S. Skilton, Esq. to Appear Pro Hac Vice granting [14-1] motion for John J. Feldhaus, Esq. to Appear Pro Hac Vice granting [15-1] motion for Robert W. Busby, Esq. to Appear Pro Hac Vice granting [16-1] motion for Lisa S. Mankofsky, Esq. to Appear Pro Hac Vice granting [17-1] motion for David P. Owen, Esq. to Appear Pro Hac Vice ( signed by Judge Roderick R. McKelvie ) Notice to all parties. (ntl) (Entered: 11/30/1999) |
| 12/01/1999 | 18 | Letter from Judge McKelvie to counsel encl. draft proposed scheduling order and protective order. (ntl) (Entered: 12/01/1999) |
| 12/01/1999 | 19 | NOTICE of Intent to Seek Certification of Complex Case by NEC USA Inc., NEC Technologies Inc, NEC Electronics Inc., Packard Bell NEC Inc (ntl) (Entered: 12/02/1999) |
| 12/01/1999 | 20 | ANSWER to complaint and COUNTERCLAIM by NEC USA Inc. against LG.Philips LCD Co.; jury demand (ntl) (Entered: 12/02/1999) |
| 12/01/1999 | 21 | ANSWER to complaint and COUNTERCLAIM by NEC Technologies Inc against LG.Philips LCD Co.; jury demand (ntl) (Entered: 12/02/1999) |
| 12/01/1999 | 22 | ANSWER to complaint and COUNTERCLAIM by NEC Electronics Inc. against LG.Philips LCD Co.; jury demand (ntl) (Entered: 12/02/1999) |
| 12/01/1999 | 23 | ANSWER to complaint and COUNTERCLAIM by Packard Bell NEC Inc against LG.Philips LCD Co.; jury demand (ntl) (Entered: 12/02/1999) |
| 12/07/1999 | 24 | STIPULATION with proposed order for extension of time re ptf and counterclaim dfts shall respond to answers and counterclaims of dfts by 1/21/00. (ntl) (Entered: 12/07/1999) |
| 12/08/1999 | | So Ordered granting [24-1] stipulation ( signed by Judge Roderick R. McKelvie ) Notice to all parties. (ntl) (Entered: 12/08/1999) |
| 01/05/2000 | 25 | STIPULATED PROTECTIVE ORDER with proposed order (ntl) (Entered: 01/06/2000) |
| 01/05/2000 | 26 | Joint Report for Initial Scheduling Conference by LG.Philips LCD Co., NEC Corporation, NEC USA Inc., NEC Technologies Inc, NEC Electronics Inc., Packard Bell NEC Inc (ntl) (Entered: 01/06/2000) |
| 01/06/2000 | | So Ordered granting [25-1] stipulation ( signed by Judge Roderick R. McKelvie ) Notice to all parties. (ntl) (Entered: 01/06/2000) |
| 01/06/2000 | | Tele-conference held; rprtr. K. Maurer (ntl) (Entered: 01/10/2000) |
| 01/07/2000 | | Stenonotes for teleconference on 1/6/00 are docketed in related case no. 99-680. (ntl) (Entered: 01/10/2000) |
| 01/18/2000 | 27 | Second Joint REPORT re scheduling (ntl) (Entered: 01/19/2000) |
| 01/21/2000 | 28 | ANSWER by LG.Philips LCD Co. to [20-2] counter claim (ntl) (Entered: 01/21/2000) |
| 01/21/2000 | 29 | ANSWER by LG.Philips LCD Co. to [21-2] counter claim (ntl) (Entered: 01/24/2000) |

| | | |
|---|---|---|
| 01/21/2000 | 30 | ANSWER by LG.Philips LCD Co. to [22-2] counter claim (ntl) (Entered: 01/24/2000) |
| 01/21/2000 | 31 | ANSWER by LG.Philips LCD Co. to [5-2] counter claim (ntl) (Entered: 01/24/2000) |
| 01/21/2000 | 32 | ANSWER by LG.Philips LCD Co. to [23-2] counter claim (ntl) (Entered: 01/24/2000) |
| 01/21/2000 | 33 | ANSWER by LG Electronics USA to [5-2] counter claim (ntl) (Entered: 01/24/2000) |
| 01/21/2000 | 34 | ANSWER by LG Electronics Inc. to [5-2] counter claim (ntl) (Entered: 01/24/2000) |
| 01/21/2000 | 35 | ANSWER by LG Electron. Alabama to [5-2] counter claim (ntl) (Entered: 01/24/2000) |
| 01/31/2000 | 36 | NOTICE by NEC Corporation to take deposition of LG.Phillips LCD Co., Ltd. on 3/13/00 (ntl) (Entered: 01/31/2000) |
| 01/31/2000 | 37 | CERTIFICATE OF SERVICE by NEC Corporation re 1st set of interrogs. (ntl) (Entered: 01/31/2000) |
| 01/31/2000 | 38 | CERTIFICATE OF SERVICE by NEC Corporation re 1st set of requests for production. (ntl) (Entered: 01/31/2000) |
| 01/31/2000 | 39 | STIPULATION re selection of 6 patents for consolidated discovery and trial on liability issues. (ntl) (Entered: 02/01/2000) |
| 02/14/2000 | 40 | STIPULATED SCHEDULING ORDER with proposed order (ntl) (Entered: 02/14/2000) |
| 02/16/2000 | | So Ordered granting [40-1] Stipulated Scheduling Order ( signed by Judge Roderick R. McKelvie ) Notice to all parties. (ntl) (Entered: 02/17/2000) |
| 02/16/2000 | | Deadline updated; set Scheduling Order Deadlines: Discovery deadline on 12/29/00 Deadline for filing dispositive motions by 6/1/01 Pretrial conference by 10:00 8/7/01 Trial Date Deadline (bench trial) 10:00 8/21/01 , set Status Report deadline to 5/10/00 , set Status Conference for 4:30 5/17/00 , and set Markman Hearing for 10:00 3/20/01 (ntl) (Entered: 02/17/2000) |
| 02/16/2000 | | Per D.I. 40, C.A. No. 99-680 and C.A. No. 99-726 are consolidated; all documents concerning the cases shall use the caption in the 99-726 case. (ntl) (Entered: 02/17/2000) |
| 02/16/2000 | | Consolidated Lead Case (w/ 99-680) (ntl) (Entered: 02/17/2000) |
| 02/18/2000 | 41 | CERTIFICATE OF SERVICE by LG.Philips LCD Co. re 1st request for prod. of docs. and things (nos. 1-40), and 1st set of interrogs. (nos. 1-17). (ntl) (Entered: 02/18/2000) |
| 02/18/2000 | 42 | ORDER, set Telephone Conference for 9:00 3/27/00 ( signed by Judge Mary P. Thynge ) copies to: cnsl. (ntl) (Entered: 02/22/2000) |
| 03/01/2000 | 43 | STIPULATION with proposed order for extension of time re responses to discovery due 3/13/00. (ntl) (Entered: 03/02/2000) |
| 03/03/2000 | | So Ordered granting [43-1] stipulation ( signed by Judge Roderick R. McKelvie ) Notice to all parties. (ntl) (Entered: 03/06/2000) |
| 03/06/2000 | 44 | CERTIFICATE OF SERVICE by NEC Corporation re 2nd set of requests for production. (ntl) (Entered: 03/07/2000) |
| 03/14/2000 | 45 | CERTIFICATE OF SERVICE by LG.Philips LCD Co. re responses to NEC Corp's 1st request for prod; and responses to NEC Corp's 1st set of interrogs. (ntl) (Entered: 03/14/2000) |
| 03/20/2000 | 46 | STIPULATION with proposed order re dfts' discovery responses due 3/31/00. (ntl) |

| Date | No. | Description |
|---|---|---|
| | | (Entered: 03/21/2000) |
| 03/22/2000 | | So Ordered granting [46-1] stipulation ( signed by Judge Roderick R. McKelvie ) Notice to all parties. (ntl) (Entered: 03/22/2000) |
| 03/24/2000 | 47 | CERTIFICATE OF SERVICE by NEC Corporation re 2nd set of interrogs. (nos. 8-22). (ntl) (Entered: 03/27/2000) |
| 04/03/2000 | 48 | CERTIFICATE OF SERVICE by NEC Corporation re response to LGP's 1st set of interrogs. (nos. 1-17). (ntl) (Entered: 04/03/2000) |
| 04/03/2000 | 49 | CERTIFICATE OF SERVICE by NEC Corporation re response to LGP's 1st request for production of docs. and things (nos. 1-40). (ntl) (Entered: 04/03/2000) |
| 04/03/2000 | 50 | ORDER, set Mediation Conference for 10:00 11/16/00 and 11/17/00 , conference statements due 11/7/00; ( signed by Judge Mary P. Thynge ) copies to: cnsl. (ntl) (Entered: 04/05/2000) |
| 04/07/2000 | 51 | STIPULATION with proposed order for extension of time re response to discovery. (ntl) (Entered: 04/07/2000) |
| 04/10/2000 | | So Ordered granting [51-1] stipulation ( signed by Judge Roderick R. McKelvie ) Notice to all parties. (ntl) (Entered: 04/10/2000) |
| 04/13/2000 | 52 | STIPULATION with proposed order limiting discovery to principal parties and concerning the timing of discovery and adjudication of the willfulness issue. (ntl) (Entered: 04/14/2000) |
| 04/17/2000 | | So Ordered granting [52-1] stipulation ( signed by Judge Roderick R. McKelvie ) Notice to all parties. (ntl) (Entered: 04/18/2000) |
| 04/19/2000 | 53 | STIPULATION with proposed order limiting the number of patents chosen for initial discovery and adjudication on liability issues to four patents. (ntl) (Entered: 04/20/2000) |
| 04/20/2000 | 54 | CERTIFICATE OF SERVICE by LG.Philips LCD Co. re responses to NEC Corporation's 2nd request for production of docs. (ntl) (Entered: 04/20/2000) |
| 04/20/2000 | | So Ordered granting [53-1] stipulation ( signed by Judge Roderick R. McKelvie ) Notice to all parties. (ntl) (Entered: 04/20/2000) |
| 04/25/2000 | 55 | STIPULATION with proposed order for extension of time re responses to discovery. (ntl) (Entered: 04/25/2000) |
| 04/26/2000 | | So Ordered granting [55-1] stipulation ( signed by Judge Roderick R. McKelvie ) Notice to all parties. (ntl) (Entered: 04/26/2000) |
| 05/08/2000 | 56 | CERTIFICATE OF SERVICE by LG.Philips LCD Co. re responses to NEC Corp.'s 2nd set of interrogs. (8-22). (ntl) (Entered: 05/09/2000) |
| 05/10/2000 | 57 | Letter from Steven Balick, Esq. to Judge McKelvie re request that the 5/17/00 status conference be canceled. (ntl) (Entered: 05/11/2000) |
| 06/05/2000 | 58 | STIPULATION with proposed order re motions to join other parties and to amend or supplement the pleadings due 6/19/00. (ntl) (Entered: 06/06/2000) |
| 06/07/2000 | | So Ordered granting [58-1] stipulation ( signed by Judge Roderick R. McKelvie ) Notice to all parties. (ntl) (Entered: 06/08/2000) |
| 06/15/2000 | 59 | MOTION by LG.Philips LCD Co., LG Electronics Inc., LG Electronics USA, LG Electron. Alabama with Proposed Order for Robert J. Gaybrick, Esq., Anthony C. Roth, Esq., Nathan W. McCutcheon, Esq. and Laura A. Livaccari, Esq. to Appear Pro Hac Vice (ntl) (Entered: 06/16/2000) |

| | | |
|---|---|---|
| 06/15/2000 | 60 | NOTICE of change of address and additional counsel for LG.Philips LCD Co., LG Electronics Inc., LG Electronics USA, LG Electron. Alabama (ntl) (Entered: 06/16/2000) |
| 06/16/2000 | | So Ordered granting [59-1] motion for Robert J. Gaybrick, Esq., Anthony C. Roth, Esq., Nathan W. McCutcheon, Esq. and Laura A. Livaccari, Esq. to Appear Pro Hac Vice ( signed by Judge Roderick R. McKelvie ) Notice to all parties. (ntl) (Entered: 06/19/2000) |
| 06/19/2000 | 61 | STIPULATION with proposed order re motions to suppl. or amend pleadings due 6/26/00. (ntl) (Entered: 06/19/2000) |
| 06/22/2000 | | So Ordered granting [61-1] stipulation ( signed by Judge Roderick R. McKelvie ) Notice to all parties. (ntl) (Entered: 06/22/2000) |
| 06/26/2000 | 62 | CERTIFICATE OF SERVICE by NEC Corporation re suppl. response to LGP's 1st set of interrogs. (nos. 1-17). (ntl) (Entered: 06/27/2000) |
| 06/26/2000 | 63 | CERTIFICATE OF SERVICE by NEC Corporation re 3rd set of interrogs. (ntl) (Entered: 06/27/2000) |
| 06/27/2000 | 64 | STIPULATION with proposed order re all motions to join other parties and to amend or supplement the pleadings due 7/10/00. (ntl) (Entered: 06/27/2000) |
| 06/28/2000 | | So Ordered granting [64-1] stipulation ( signed by Judge Roderick R. McKelvie ) Notice to all parties. (ntl) (Entered: 06/29/2000) |
| 07/10/2000 | 65 | STIPULATION with proposed order re deadline to file motions to join other parties and to amend pleadings due 7/24/00. (ntl) (Entered: 07/11/2000) |
| 07/11/2000 | 66 | MOTION by LG.Philips LCD Co., LG Electronics Inc., LG Electronics USA, LG Electron. Alabama with Proposed Order for Thomas B. Kenworthy, Esq. to Appear Pro Hac Vice (ntl) (Entered: 07/12/2000) |
| 07/11/2000 | 67 | Letter from Richard Kirk, Esq. to Judge McKelvie re request to amend the stipulated protective order. (ntl) (Entered: 07/12/2000) |
| 07/11/2000 | 68 | Letter from Steven Balick, Esq. to Judge McKelvie re confidentiality of documents. (ntl) (Entered: 07/12/2000) |
| 07/12/2000 | | Tele-conference held; rprtr. V. Gunning (ntl) (Entered: 07/13/2000) |
| 07/12/2000 | | So Ordered granting [65-1] stipulation granting [66-1] motion for Thomas B. Kenworthy, Esq. to Appear Pro Hac Vice ( signed by Judge Roderick R. McKelvie ) Notice to all parties. (ntl) (Entered: 07/13/2000) |
| 07/14/2000 | 69 | TRANSCRIPT filed [0-0] telephone conference for dates of 7/12/00 (ntl) (Entered: 07/14/2000) |
| 07/24/2000 | 70 | STIPULATION with proposed order for extension of time re response to discovery. (ntl) (Entered: 07/25/2000) |
| 07/24/2000 | 71 | STIPULATION permitting amendment of answer and counterclaims by NEC Corporation. (ntl) (Entered: 07/25/2000) |
| 07/24/2000 | 72 | FIRST AMENDED ANSWER to Complaint and COUNTERCLAIMS by NEC Corporation : amends [5-1] answer (ntl) (Entered: 07/25/2000) |
| 07/26/2000 | | So Ordered granting [70-1] stipulation ( signed by Judge Roderick R. McKelvie ) Notice to all parties. (ntl) (Entered: 07/26/2000) |
| 08/02/2000 | 73 | STIPULATION with proposed order amending case caption to reflect change in |

| | | |
|---|---|---|
| | | corporate name re PB Electronics, Inc. (ntl) (Entered: 08/02/2000) |
| 08/04/2000 | 74 | CERTIFICATE OF SERVICE by LG.Philips LCD Co. re suppl. responses to NEC Corp's 1st set of interrogs. (no. 4). (ntl) (Entered: 08/04/2000) |
| 08/04/2000 | 75 | CERTIFICATE OF SERVICE by LG.Philips LCD Co. re suppl. responses to NEC's 2nd set of interrogs. (nos. 14 and 22). (ntl) (Entered: 08/04/2000) |
| 08/04/2000 | | So Ordered granting [73-1] stipulation ( signed by Judge Roderick R. McKelvie ) Notice to all parties. (ntl) (Entered: 08/04/2000) |
| 08/08/2000 | 76 | ANSWER by LG.Philips LCD Co. to first amended counterclaims of NEC Corporation (ntl) (Entered: 08/08/2000) |
| 08/08/2000 | 77 | ANSWER of LG.Philips LCD America Inc. to first amended counterclaims of NEC Corporation (ntl) (Entered: 08/08/2000) |
| 08/08/2000 | 78 | ANSWER by LG Electronics USA to first amended counterclaims of NEC Corporation (ntl) (Entered: 08/08/2000) |
| 08/08/2000 | 79 | ANSWER by LG Electronics Inc. to first amended counterclaims of NEC Corporation (ntl) (Entered: 08/08/2000) |
| 08/08/2000 | 80 | ANSWER by LG Electron. Alabama to first amended counterclaims of NEC Corporation (ntl) (Entered: 08/08/2000) |
| 08/08/2000 | 81 | CERTIFICATE OF SERVICE by LG.Philips LCD Co. re responses to NEC Corporation's 3rd set of interrogs. (nos. 23-31). (ntl) (Entered: 08/08/2000) |
| 08/08/2000 | 82 | CERTIFICATE OF SERVICE by LG.Philips LCD Co. re 2nd suppl. response to NEC Corporation's 2nd set of interrogs. (no. 8). (ntl) (Entered: 08/08/2000) |
| 08/09/2000 | 83 | NOTICE by NEC Corporation to take deposition of LG.Philips LCD Co., Ltd. on 8/30/00 (ntl) (Entered: 08/10/2000) |
| 08/09/2000 | 84 | CERTIFICATE OF SERVICE by NEC Corporation re 4th set of interrogs. (ntl) (Entered: 08/10/2000) |
| 08/09/2000 | 85 | CERTIFICATE OF SERVICE by NEC Corporation re 3rd set of requests for production. (ntl) (Entered: 08/10/2000) |
| 08/21/2000 | 86 | NOTICE by LG.Philips LCD Co. to take deposition of NEC Corporation on 9/5/00 (ntl) (Entered: 08/28/2000) |
| 08/21/2000 | 87 | CERTIFICATE OF SERVICE by LG.Philips LCD Co. re 2nd set of interrogs. (nos. 18-26) to NEC Corporation. (ntl) (Entered: 08/28/2000) |
| 08/22/2000 | 88 | NOTICE of withdrawals of appearance of M. Labgold, C. Richardson, and K. Bell of Piper, Marbury, Rudnick & Wolfe LLP as counsel for LG.Philips LCD Co. (ntl) (Entered: 08/28/2000) |
| 08/28/2000 | 89 | CERTIFICATE OF SERVICE by LG.Philips LCD Co. re 2nd suppl. responses to NEC Corp's 1st set of interrogs. (no. 1), and 2nd suppl. responses to NEC Corp's 2nd set of interrogs. (no. 12). (ntl) (Entered: 08/29/2000) |
| 09/11/2000 | 90 | CERTIFICATE OF SERVICE by LG.Philips LCD Co. re 2nd set of requests for prod. of docs. and things (nos. 41-50); responses and objections to NEC Corp's 3rd set of requests for prod; and responses to NEC Corp's 4th set of interrogs. (nos. 32-36). (ntl) (Entered: 09/11/2000) |
| 09/15/2000 | 91 | CERTIFICATE OF SERVICE by LG.Philips LCD Co. re suppl. responses to NEC Corp's 3rd set of interrogs. (no. 23). (ntl) (Entered: 09/18/2000) |

| | | |
|---|---|---|
| 09/18/2000 | 92 | Letter from Steven Balick, Esq. to Judge McKelvie re NEC will seek to compel production of third-party documents from LGP. (ntl) (Entered: 09/18/2000) |
| 09/20/2000 | 93 | Letter dated 9/19/00 from Loria Yeadon, Esq. to Judge McKelvie re Honeywell proprietary documents. (ntl) (Entered: 09/20/2000) |
| 09/20/2000 | 94 | STIPULATION with proposed order re NEC must respond to ptf's 2nd set of interrogs. (nos. 18-26) by 10/4/00. (ntl) (Entered: 09/20/2000) |
| 09/21/2000 | | So Ordered granting [94-1] stipulation ( signed by Judge Roderick R. McKelvie ) Notice to all parties. (ntl) (Entered: 09/21/2000) |
| 09/21/2000 | 95 | STIPULATION with proposed order regarding production of certain third party documents. (ntl) (Entered: 09/22/2000) |
| 09/25/2000 | | So Ordered granting [95-1] stipulation ( signed by Judge Roderick R. McKelvie ) Notice to all parties. (ntl) (Entered: 09/25/2000) |
| 10/04/2000 | 96 | CERTIFICATE OF SERVICE by NEC re response to LGP's 2nd set of interrogs. (nos. 18-26). (ntl) (Entered: 10/05/2000) |
| 10/10/2000 | 97 | CERTIFICATE OF SERVICE by NEC Corporation, NEC USA Inc., NEC Technologies Inc, NEC Electronics Inc., PB Electronics, Inc. re response to LGP's 2nd request for prod. of docs. and things (nos. 41-50). (ntl) (Entered: 10/10/2000) |
| 10/11/2000 | 98 | MOTION by NEC Corporation, NEC USA Inc., NEC Technologies Inc, NEC Electronics Inc., PB Electronics, Inc. with Proposed Order for Pavan K. Agarwal, Esq. to Appear Pro Hac Vice (ntl) (Entered: 10/12/2000) |
| 10/13/2000 | | So Ordered granting [98-1] motion for Pavan K. Agarwal, Esq. to Appear Pro Hac Vice ( signed by Judge Roderick R. McKelvie ) Notice to all parties. (ntl) (Entered: 10/16/2000) |
| 10/23/2000 | 99 | NOTICE by LG.Philips LCD Co. to take deposition of Toshikazu Shimizu on 11/13/00 (ntl) (Entered: 10/23/2000) |
| 10/23/2000 | 100 | NOTICE by LG.Philips LCD Co. to take deposition of Eriko Fujimaki on 11/16/00 (ntl) (Entered: 10/23/2000) |
| 10/31/2000 | 101 | CERTIFICATE OF SERVICE by NEC Corporation re 5th set of interrogs. (ntl) (Entered: 11/01/2000) |
| 11/01/2000 | 102 | RE-NOTICE by LG.Philips LCD Co. to take deposition of Toshikazu Shimizu on 11/14/00 (ntl) (Entered: 11/02/2000) |
| 11/01/2000 | 103 | RE-NOTICE by LG.Philips LCD Co. to take deposition of Eriko Tsuruoka on 11/16/00 (ntl) (Entered: 11/02/2000) |
| 11/07/2000 | 104 | Letter from Richard Kirk, Esq. to Judge Thynge re mediation statement. (ntl) (Entered: 11/08/2000) |
| 11/13/2000 | 105 | CERTIFICATE OF SERVICE by LG.Philips LCD Co. re responses to NEC Corp's 5th set of interrogs. (nos. 37-39). (ntl) (Entered: 11/13/2000) |
| 11/13/2000 | 106 | Technology Videotape filed by LG.Philips LCD Co. {SEALED}. (ntl) (Entered: 11/13/2000) |
| 11/13/2000 | 107 | Letter from Richard Kirk, Esq. to Judge McKelvie re D.I. 106. (ntl) (Entered: 11/13/2000) |
| 11/13/2000 | 108 | Videotape filed by NEC Corporation describing the technology and matters in issue {SEALED}. (ntl) (Entered: 11/13/2000) |

| | | |
|---|---|---|
| 11/15/2000 | 109 | CORRECTED Videotape filed by NEC Corporation describing the technology and matters in issue {SEALED}. (ntl) (Entered: 11/16/2000) |
| 11/15/2000 | 110 | Letter from Steven Margolin, Esq. to Judge McKelvie re corrected videotape (D.I. 109). (ntl) (Entered: 11/16/2000) |
| 11/17/2000 | 111 | RE-NOTICE by LG.Philips LCD Co. to take deposition of Eriko Tsuruoka on 11/28/00 (ntl) (Entered: 11/17/2000) |
| 11/20/2000 | 112 | NOTICE by LG.Philips LCD Co. to take deposition of Cirrus Logic Inc. on 12/21/00 (ntl) (Entered: 11/21/2000) |
| 11/20/2000 | 113 | NOTICE by LG.Philips LCD Co. to take deposition of Compaq Computer Corp. on 12/20/00 (ntl) (Entered: 11/21/2000) |
| 11/20/2000 | 114 | NOTICE by LG.Philips LCD Co. to take deposition of Apple Computer, Inc. on 12/15/00 (ntl) (Entered: 11/21/2000) |
| 11/21/2000 | 115 | CERTIFICATE OF SERVICE by NEC Corporation re suppl. response to LGP's 1st request for prod. of docs. and things (no. 1-40). (ntl) (Entered: 11/27/2000) |
| 11/21/2000 | 116 | NOTICE by NEC Corporation to take deposition of LG.Philips LCD Co., Ltd. on 11/29/00 (ntl) (Entered: 11/27/2000) |
| 11/22/2000 | 117 | CERTIFICATE OF SERVICE by LG.Philips LCD Co. re 3rd set of interrogs. (no. 27) and 3rd request for prod. of docs. and things (no. 51). (ntl) (Entered: 11/27/2000) |
| 11/22/2000 | 118 | Letter dated 11/22/00 from Richard Kirk, Esq. to Judge McKelvie {SEALED}. (ntl) (Entered: 11/27/2000) |
| 11/22/2000 | 119 | Letter dated 11/22/00 from NEC Corp. to Judge McKelvie re response to LGP's tutorial videotape {SEALED}. (ntl) (Entered: 11/27/2000) |
| 11/29/2000 | 120 | CERTIFICATE OF SERVICE by NEC Corporation re 4th set of requests for production. (ntl) (Entered: 11/30/2000) |
| 11/29/2000 | 121 | CERTIFICATE OF SERVICE by NEC Corporation re 6th set of interrogs. (nos. 40-58). (ntl) (Entered: 11/30/2000) |
| 11/29/2000 | 122 | CERTIFICATE OF SERVICE by NEC Corporation re 1st set of requests for admission (nos. 1-178). (ntl) (Entered: 11/30/2000) |
| 11/29/2000 | 123 | NOTICE by LG.Philips LCD Co. to take deposition of Masaru Kaneko on 12/6/00 (ntl) (Entered: 11/30/2000) |
| 11/29/2000 | 124 | NOTICE by LG.Philips LCD Co. to take deposition of Frank Eveleno on 12/6/00 (ntl) (Entered: 11/30/2000) |
| 11/29/2000 | 125 | NOTICE by LG.Philips LCD Co. to take deposition of Cal F. Harriman on 12/19/00 (ntl) (Entered: 11/30/2000) |
| 11/29/2000 | 126 | NOTICE by LG.Philips LCD Co. to take deposition of Abdolhamid A. Raji on 12/12/00 (ntl) (Entered: 11/30/2000) |
| 11/29/2000 | 127 | NOTICE by LG.Philips LCD Co. to take deposition of Alfred H. Rickling on 12/13/00 (ntl) (Entered: 11/30/2000) |
| 11/29/2000 | 128 | NOTICE by LG.Philips LCD Co. to take deposition of Rene Haas on 12/7/00 (ntl) (Entered: 11/30/2000) |
| 11/29/2000 | 129 | NOTICE by LG.Philips LCD Co. to take deposition of Robert M. Sturgill on 12/7/00 (ntl) (Entered: 11/30/2000) |

| | | |
|---|---|---|
| 11/29/2000 | 130 | CERTIFICATE OF SERVICE by LG.Philips LCD Co. re 4th set of interrogs. (nos. 28-50) upon NEC Corp. (ntl) (Entered: 11/30/2000) |
| 11/29/2000 | 131 | CERTIFICATE OF SERVICE by LG.Philips LCD Co. re 4th set of requests for prod. of docs. and things (nos. 52-60). (ntl) (Entered: 11/30/2000) |
| 11/29/2000 | 132 | CERTIFICATE OF SERVICE by LG.Philips LCD Co. re 1st set of requests for admissions. (ntl) (Entered: 11/30/2000) |
| 11/30/2000 | 133 | NOTICE by NEC Corporation to take deposition of Dr. Anthony J. Snell on 12/20/00 (ntl) (Entered: 11/30/2000) |
| 12/01/2000 | 134 | NOTICE by NEC Corporation to take deposition of Roderick A. Gibson on 12/21/00 (ntl) (Entered: 12/04/2000) |
| 12/07/2000 | 135 | NOTICE by LG.Philips LCD Co. to take deposition of NEC Corporation on 12/14/00 (ntl) (Entered: 12/07/2000) |
| 12/07/2000 | 136 | CERTIFICATE OF SERVICE by LG.Philips LCD Co. re subpoena duces tecum served on Tina Kincaid. (ntl) (Entered: 12/08/2000) |
| 12/07/2000 | 137 | CERTIFICATE OF SERVICE by LG.Philips LCD Co. re subpoena duces tecum served on Jane Parkmann. (ntl) (Entered: 12/08/2000) |
| 12/08/2000 | 138 | CERTIFICATE OF SERVICE by LG.Philips LCD Co. re subpoena served on Neil Siegal. (ntl) (Entered: 12/08/2000) |
| 12/08/2000 | 139 | NOTICE by LG.Philips LCD Co. to take deposition of Sughrue, Mion, Zinn, Macpeak & Seas, PLLC on 12/19/00 (ntl) (Entered: 12/08/2000) |
| 12/08/2000 | 140 | NOTICE of change of address of counsel for NEC Corporation, NEC USA Inc., NEC Technologies Inc, NEC Electronics Inc., PB Electronics, Inc. re Ashby & Geddes. (ntl) (Entered: 12/11/2000) |
| 12/11/2000 | 141 | NOTICE by NEC Corporation to take deposition of Kang-Hwa Lee on 12/20/00 (ntl) (Entered: 12/12/2000) |
| 12/11/2000 | 142 | NOTICE by NEC Corporation to take deposition of LG.Philips LCD Co., LTD. on 12/21/00 (ntl) (Entered: 12/12/2000) |
| 12/15/2000 | | Tele-conference held; rprtr. Hawkins rptg. (ntl) (Entered: 12/15/2000) |
| 12/15/2000 | | Tele-conference held; rprtr. V. Gunning (ntl) (Entered: 12/15/2000) |
| 12/18/2000 | 143 | NOTICE by NEC Corporation to take deposition of Dianne McCutcheon on 12/22/00 (ntl) (Entered: 12/18/2000) |
| 12/19/2000 | 144 | NOTICE by LG.Philips LCD Co. to take deposition of NEC Corporation on 1/16/01 (ntl) (Entered: 12/19/2000) |
| 12/20/2000 | 145 | CERTIFICATE OF SERVICE by NEC Corporation re 2nd suppl. response to LGP's 1st set of interrogs. (nos. 1-17). (ntl) (Entered: 12/21/2000) |
| 12/20/2000 | 146 | CERTIFICATE OF SERVICE by NEC Corporation re suppl. response to LGP's 2nd set of interrogs. (nos. 18-26). (ntl) (Entered: 12/21/2000) |
| 12/20/2000 | 147 | NOTICE by NEC Corporation to take deposition of Springer-Verlag on 12/28/00 (ntl) (Entered: 12/21/2000) |
| 12/22/2000 | 148 | CERTIFICATE OF SERVICE by NEC Corporation re response to LGP's 3rd request for prod. of docs. and things (no. 51). (ntl) (Entered: 12/29/2000) |
| | | |

| | | |
|---|---|---|
| 12/22/2000 | 149 | CERTIFICATE OF SERVICE by NEC Corporation re response to LGP's 3rd set of interrogs. (no. 27). (ntl) (Entered: 12/29/2000) |
| 12/22/2000 | 150 | CERTIFICATE OF SERVICE by NEC Corporation re 5th rule 30(b)(6) notice of deposition. (ntl) (Entered: 12/29/2000) |
| 12/22/2000 | 151 | TRANSCRIPT filed [0-0] telephone conference for dates of 12/15/00 (ntl) (Entered: 12/29/2000) |
| 12/26/2000 | 152 | CERTIFICATE OF SERVICE by NEC Corporation re 2nd suppl. response to LGP's 2nd set of interrogs. (nos. 18-26). (ntl) (Entered: 12/29/2000) |
| 12/28/2000 | 153 | CERTIFICATE OF SERVICE by LG.Philips LCD Co. re responses to NEC's 6th set of interrogs. (nos. 40-58). (ntl) (Entered: 12/29/2000) |
| 12/28/2000 | 154 | CERTIFICATE OF SERVICE by LG.Philips LCD Co. re objections and responses to NEC's 4th set of requests for prod. (nos. 102-113). (ntl) (Entered: 12/29/2000) |
| 12/29/2000 | 155 | CERTIFICATE OF SERVICE by LG.Philips LCD Co. re suppl. responses to NEC Corp's 3rd set of interrogs. (nos. 23-31). (ntl) (Entered: 01/02/2001) |
| 12/29/2000 | 156 | CERTIFICATE OF SERVICE by NEC Corporation re 3rd suppl. response to LGP's 2nd set of interrogs. (nos. 18-26). (ntl) (Entered: 01/02/2001) |
| 01/02/2001 | 157 | CERTIFICATE OF SERVICE by NEC Corporation re response to LGP's 4th request for prod. of docs. and things (nos. 52-60). (ntl) (Entered: 01/02/2001) |
| 01/02/2001 | 158 | CERTIFICATE OF SERVICE by NEC Corporation re response to LGP's 4th set of interrogs. (nos. 28-50). (ntl) (Entered: 01/02/2001) |
| 01/02/2001 | 159 | CERTIFICATE OF SERVICE by NEC Corporation re 3rd suppl. response to LGP's 1st set of interrogs. (nos. 1-17). (ntl) (Entered: 01/02/2001) |
| 01/03/2001 | 160 | CERTIFICATE OF SERVICE by NEC Corporation re 4th suppl. response to LGP's 1st set of interrogs. (nos. 1-17). (ntl) (Entered: 01/04/2001) |
| 01/05/2001 | 161 | Letter from Richard Kirk, Esq. to Judge McKelvie re issues to be discussed during 1/8/01 telephone conference. (ntl) (Entered: 01/08/2001) |
| 01/08/2001 | 162 | Letter dated 1/5/01 from Steven Margolin, Esq. to Judge McKelvie re issues for 1/8/01 telephone conference. (ntl) (Entered: 01/08/2001) |
| 01/08/2001 | | Tele-conference held; rprtr. V. Gunning (ntl) (Entered: 01/08/2001) |
| 01/09/2001 | 163 | CERTIFICATE OF SERVICE by LG.Philips LCD Co. re 3rd suppl. response to NEC Corp's 1st set of interrogs. (no. 1). (ntl) (Entered: 01/10/2001) |
| 01/10/2001 | 164 | CERTIFICATE OF SERVICE by NEC Corporation re 4th suppl. response to LGP's 2nd set of interrogs. (nos. 18-26). (ntl) (Entered: 01/11/2001) |
| 01/10/2001 | 165 | CERTIFICATE OF SERVICE by NEC Corporation re response to LGP's 1st set of requests for admission. (ntl) (Entered: 01/11/2001) |
| 01/10/2001 | 166 | CERTIFICATE OF SERVICE by LG.Philips LCD Co. re responses to NEC's 1st set of requests for admissions (nos. 1-178). (ntl) (Entered: 01/11/2001) |
| 01/11/2001 | 167 | STIPULATION with proposed order re claim construction opening briefs due 2/7/01. (ntl) (Entered: 01/11/2001) |
| 01/12/2001 | 168 | Amended NOTICE by NEC Corporation to take deposition of Springer-Verlag on 1/22/01 (ntl) (Entered: 01/16/2001) |
| | | |

| | | |
|---|---|---|
| 01/16/2001 | | So Ordered granting [167-1] stipulation ( signed by Judge Roderick R. McKelvie ) Notice to all parties. (ntl) (Entered: 01/17/2001) |
| 01/31/2001 | 169 | STIPULATION with proposed order re all future scheduling order dates are vacated in order to permit the parties to finalize settlement documents. (ntl) (Entered: 01/31/2001) |
| 02/01/2001 | | So Ordered granting [169-1] stipulation ( signed by Judge Roderick R. McKelvie ) Notice to all parties. (ntl) (Entered: 02/02/2001) |
| 02/12/2001 | 170 | Joint STATUS REPORT by LG.Philips LCD Co., NEC Corporation, NEC USA Inc., NEC Technologies Inc, NEC Electronics Inc. (ntl) (Entered: 02/13/2001) |
| 02/26/2001 | 171 | JOINT STATUS REPORT by LG.Philips LCD Co., NEC Corporation, NEC USA Inc., NEC Technologies Inc, NEC Electronics Inc. (ntl) (Entered: 02/27/2001) |
| 03/12/2001 | 172 | STIPULATED Joint Status Report with proposed order (ntl) (Entered: 03/13/2001) |
| 03/13/2001 | | So Ordered granting [172-1] stipulation ( signed by Judge Roderick R. McKelvie ) Notice to all parties. (ntl) (Entered: 03/13/2001) |
| 03/26/2001 | 173 | STIPULATED JOINT STATUS REPORT with proposed order (ntl) (Entered: 03/26/2001) |
| 03/27/2001 | | So Ordered granting [173-1] stipulation ( signed by Judge Roderick R. McKelvie ) Notice to all parties. (ntl) (Entered: 03/27/2001) |
| 04/09/2001 | 174 | STIPULATED Joint Status Report and Order with proposed order (ntl) (Entered: 04/10/2001) |
| 04/11/2001 | | So Ordered granting [174-1] stipulation ( signed by Judge Roderick R. McKelvie ) Notice to all parties. (ntl) (Entered: 04/11/2001) |
| 04/27/2001 | 175 | STIPULATED ORDER of dismissal (ntl) (Entered: 04/27/2001) |
| 04/30/2001 | | So Ordered granting [175-1] dismiss/dismissal stipulation ( signed by Judge Roderick R. McKelvie ) Notice to all parties. (ntl) (Entered: 04/30/2001) |
| 04/30/2001 | | Case closed (ntl) (Entered: 04/30/2001) |
| 06/22/2001 | | Report sent to Comm. of Patents and Trademarks (ntl) (Entered: 06/22/2001) |
| 05/03/2002 | 176 | ORDER DIRECTING RETURN of SEALED DOCUMENTS to the Parties ( signed by Judge Roderick R. McKelvie ) copies to: cnsl. (ntl) (Entered: 05/06/2002) |
| 06/25/2002 | 177 | Return Acknowledgment of sealed documents by Steven Balick, Esq. (ntl) (Entered: 06/26/2002) |
| 06/26/2002 | 178 | Return Acknowledgment of sealed documents by Richard Kirk, Esq. (ntl) (Entered: 06/26/2002) |
| 04/01/2003 | 179 | TRANSCRIPT filed by Ct Rptr V. Gunning, Re: telephone conference held on 1/8/01 before Judge McKelvie. (rwc) (Entered: 04/02/2003) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/08/2007 18:46:01 | | | |
| PACER Login: | gt1330 | Client Code: | 070272.011200 |

| Description: | Docket Report | Search Criteria: | 1:99-cv-00726-RRM Start date: 1/1/1970 End date: 8/8/2007 |
|---|---|---|---|
| **Billable Pages:** | 9 | **Cost:** | 0.72 |