# Greenberg Traurig

Charlene Oh
Tel. 310.586.6585
Fax. 310.586.0585
ohc@gtlaw.com

August 8, 2007

**VIA E-MAIL AND FIRST CLASS MAIL**

Derek Auito, Esq.
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006-1108

Re: *LG Philips LCD Co., Ltd. v. ViewSonic Corporation et al.*

Dear Derek:

The Tatung Defendants have recently acquired the LG LC056N1 flat panel display device, the Sharp LQ6RA01, and the following Tatung plasma products:

P42BSMT-U01 serial number 7CA338630112

P50BSAT serial number 7KA417630093

P46T serial number 0131700437

As you know, some of the prior products we made available for inspection were in the category of "dead products" and were missing certain components. In our continuing effort to search for complete representative products, we have located the above identified products which were recently returned.

Per Mr. Merideth's letter of July 31, 2007, please contact us at your earliest convenience to arrange a time for inspection at our Santa Monica office.

Sincerely,

Charlene Oh

cc:   All counsel via email.

ALBANY
AMSTERDAM
ATLANTA
BOCA RATON
BOSTON
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LOS ANGELES
MIAMI
NEW JERSEY
NEW YORK
ORANGE COUNTY, CA
ORLANDO
PHILADELPHIA
PHOENIX
SACRAMENTO
SILICON VALLEY
TALLAHASSEE
TAMPA
TOKYO
TYSONS CORNER
WASHINGTON, D.C.
WEST PALM BEACH
ZURICH

Greenberg Traurig, LLP | Attorneys at Law | 2450 Colorado Avenue, Suite 400 E | Santa Monica, California 90404 | Tel. 310.586.7700 | Fax 310.586.7800

www.gtlaw.com

LA 126894473v1 8/8/2007