# EXHIBITS A & B REDACTED