# EXHIBIT

# 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD.,<br><br>        Plaintiff,<br><br>    v.<br><br>TATUNG CO.;<br>TATUNG COMPANY OF AMERICA, INC.; AND VIEWSONIC CORPORATION<br><br>        Defendants. | CIVIL ACTION NO. 04-343 |

**JOINT SUBMISSION OF CLAIM TERMS, PROPOSED CONSTRUCTIONS AND CITATIONS TO INTRINSIC EVIDENCE
– FILED PURSUANT TO SCHEDULING ORDER**

Attached as Schedule A are the claim constructions and intrinsic evidence citations for each of the parties in the above-referenced matter.

                                                      CONNOLLY BOVE LODGE & HUTZ LLP

Dated: November 16, 2006          By:   */s/Jeffrey B. Bove*
                                                   Jeffrey B. Bove (#998)
                                                   Jaclyn M. Mason (#4737)
                                                   The Nemours Building, 8th Floor
                                                   1007 North Orange Street
                                                   Wilmington, DE 19801
OF COUNSEL:                             (302) 658-9141
Scott R. Miller
355 South Grand Avenue, Suite 3150     *Attorneys for ViewSonic Corporation*
Los Angeles, CA 90071
(213) 787-2500

500099.1                            1

THE BAYARD FIRM

November 16, 2006

By: /s/Richard D. Kirk
    Richard D. Kirk (#0922)
    222 Delaware Avenue, Suite 900
    P. O. Box 25130
    Wilmington, DE 19899-2306
OF COUNSEL:
    (302) 655-5000
Gaspare J. Bono
Lora A. Brzezynski
*Attorneys for Plaintiff LG.Philips LCD Co., Ltd.*
Matthew T. Bailey
Cass W. Christenson
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006
(202) 496-7500

RICHARDS, LAYTON & FINGER, P.A.

Dated: November 16, 2006

By: /s/Frederick L. Cottrell, III
    Frederick L. Cottrell, III (#2555)
    Anne Shea Gaza (#4093)
    One Rodney Square
    P. O. Box 551
    Wilmington, DE 19809
    (302) 651-7700

OF COUNSEL:
Mark H. Krietzman
*Attorneys for Defendant Tatung Company*
Greenberg Traurig LLP
2450 Colorado Boulevard, Suite 400E
Santa Monica, CA 90404
(310) 586-7700

| Claim Terms | LPL Proposed Constructions and Citations to Intrinsic Evidence | Tatung Defendants Proposed Constructions and Citations to Intrinsic Evidence | ViewSonic Corporation Proposed Constructions and Citations to Intrinsic Evidence |
|---|---|---|---|
| | | | Amendment, pp. 1-8. *Abell*, U.S. Patent No. 5,268,816 (cited during prosecution of the patents-in-suit): FIG. 5. *Yun*, U.S. Patent No. 5,835,139 (cited during prosecution of the patents-in-suit): FIGS. 1; 4; 5; col. 1:10-col. 5:41. *Lee*, U.S. Patent Appl. Publ. No. 2004/0090567 (cited in prosecution of LPL's U.S. Patent Appl. Ser. No. 10/787,933): FIGS. 1; 2; 3; 4B; 5; 9; 11; 13; 14; 15; ¶¶12-135; claim 30. *Kurihara*, U.S. Patent No. 5,946,061 (cited during prosecution of the patents-in-suit): ABSTRACT; FIGS. 1; 2; 3; 3a; 4; 5; 5a; 6; 6a; 7; 7a; col. 1:4-col 4:21; claims 1; 3;4; 5; 6; 7; 8; 9; 10; 11; 12. |
| rear mountable | Capable of being substantially supported with the rear housing via a fastening part(s) located on the rear surface of the first frame and positioned on or inside the border of the flat display panel. '641 Intrinsic Evidence: | A flat panel display device, mountable to a display case with fastening elements at the rear of the device, having no fastening elements for front or side mounting. See Figs 1-3B and 4A-16, *see also* Abstract; *see also* Col. 1:47- | (1) A flat panel display device that is mountable to a case from the back of the first frame and that has no front or side mounting fastening elements. (2) A flat panel display device that is mountable to a case with fastening elements located only on the back of the device and which has no fastening element that extends from or protrudes beyond any of the four side edges of the device. |