# EXHIBIT D

DC:50493626.1

| LPL Witness | Capacity | Days | Transcribed Pages |
|---|---|---|---|
| Mr. Jong Hwan Kim | 30(b)(6) | 8 days | 896 |
| | Individual (inventor) | | |
| Mr. Young Woo Cho | Individual (inventor) | 3 days | 247 |
| Mr. Joo Sup Kim | 30(b)(6) | 2 days | 182 |
| Mr. Young Un Bang | Individual | 1 day | 45 |

DC:50493626.1