IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD.,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>TATUNG COMPANY; TATUNG COMPANY OF AMERICA, INC.; and VIEWSONIC CORPORATION,<br><br>　　　　　　Defendants. | Civil Action No. 04-343-JJF |

## DECLARATION OF REBECCA G. RUDICH

I, Rebecca G. Rudich, declare under penalty of perjury as follows:

1. I am a Partner with the law firm of McKenna Long & Aldridge LLP, 1900 K Street, N.W., Washington, D.C. 20006.

2. I joined the firm of Long, Aldridge & Norman, LLP on June 28, 2000, as an associate. Long, Aldridge & Norman LLP merged with the firm of McKenna & Cuneo to become my present firm, McKenna Long & Aldridge LLP, on June 1, 2002. I therefore became an associate of McKenna Long & Aldridge LLP effective June 1, 2002.

3. I became a Partner with McKenna Long & Aldridge, LLP effective January 1, 2004.

4. During the period from June 28, 2000, until the issuance of U.S. Patent No. 6,501,641 and U.S. Patent No. 6,498,718 ("the Patents-in-Suit"), I was involved in patent prosecution activities for a variety of technologies under the supervision of Song K. Jung, a Partner with McKenna Long & Aldridge LLP. These technologies included flat panel display technology.

2

5.  During the period of time from June 28, 2000, until the issuance of the Patents-in-Suit in December of 2002, I performed very limited work related to the prosecution of the Patents-in-Suit, all of which was done under the supervision of Mr. Jung.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20th day of August 2007.

_____
Rebecca G. Rudich