IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., <br><br> Plaintiff, <br><br> v. <br> TATUNG CO.; <br> TATUNG COMPANY OF AMERICA, INC.; AND <br> VIEWSONIC CORPORATION <br><br> Defendants. | CIVIL ACTION NO. 04-343 |

## NOTICE OF WITHDRAWAL

Pursuant to Local Rule 83.7, Defendants hereby notify the Court that Jaclyn M. Mason of Connolly Bove Lodge & Hutz LLP, is withdrawing as counsel for defendant ViewSonic Corporation in this action.

The undersigned remains counsel of record for defendant ViewSonic Corporation in this action.

Dated: August 24, 2007

CONNOLLY BOVE LODGE & HUTZ LLP

By: /s/ James D. Heisman
Jeffrey B. Bove, Esq. (#998)
James D. Heisman, Esq. (#2746)
The Nemours Building, 8th floor
1007 North Orange Street
Wilmington, DE 19801
Telephone: (302) 658.9141
Facsimile: (302) 658.5614

*Attorneys for Defendant ViewSonic Corporation*

<u>Of Counsel:</u>

Scott R. Miller
Connolly Bove Lodge & Hutz LLP
355 South Grand Avenue, Suite 3150
Los Angeles, CA 90071

Tracy R. Roman
Bingham McCutchen LLP
355 South Grand Avenue, Suite 4400
Los Angeles, CA 90071-3106

*Attorneys for ViewSonic Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2007, a true copy of the foregoing document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following and the document is available for viewing and downloading from CM/ECF:

Richard D. Kirk
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE  19801

Anne Shea Gaza
Frederick L. Cottrell III
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE  19801

I hereby certify that on August 24, 2007, I have sent by email the foregoing document to the following non-registered participants:

Cass W. Christenson
Lora A. Brzezynski
Rel S. Ambrozy
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC  20006

Tracy R. Roman
Raskin Peter Rubin & Simon
1801 Century Park East 23rd Floor
Los Angeles, CA  90067

Mark H. Krietzman
Valerie W. Ho
Frank E. Merideth, Jr.
Steve P. Hassid
Greenberg Traurig, LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, CA  90404

By: /s/ James D. Heisman
James D. Heisman (#2746)
jheisman@cblh.com