# EXHIBIT 8

# Greenberg Traurig

Frank E. Merideth, Jr
Tel 310.586.7825
Fax 310.586.0275
MeridethF@gtlaw.com

March 16, 2007

**VIA EMAIL AND FIRST CLASS MAIL**

Lora Brzezynski
McKenna Long & Aldridge LLP
1900 K Street, N.W.
Washington, D.C. 20006

      Re:    LG. Philips, LCD Co., Ltd v. Tatung Company

Dear Lora:

      Based on McKenna Long & Aldridge's agreement to provide designated privileged documents to the Special Master, Tatung Company agreed to withdraw its subpoena of Ms. Rudich.

      There is one very limited issue, unrelated to the Protective Order, on which we need testimony from Ms. Rudich. The testimony will be limited to her responses to a specific PTO office action regarding the '079 Patent related to an IBM product. In lieu of such testimony we would be willing to accept a declaration and McKenna Long & Aldridge's agreement that such declaration would be admissible in this action. I understand Ms. Rudich will be on vacation at the end of March, so I am willing to stipulate to take her testimony, if necessary, in April. Please let me know either a convenient date for the testimony described above or whether a declaration is acceptable.

Very truly yours,

Frank E. Merideth, Jr.

FEM:cdb
cc:    Rel Ambrozy (via email)
        Cass W. Christenson (via email)
        Richard Kirk (via email)
        Mark Krietzman (via email)
        Valerie Ho (via email)
        Steve Hassid (via email)
        Scott Miller (via email)
        James Heisman (via email)

ALBANY
AMSTERDAM
ATLANTA
BOCA RATON
BOSTON
BRUSSELS*
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MIAMI
MILAN*
NEW JERSEY
NEW YORK
ORANGE COUNTY
ORLANDO
PHILADELPHIA
PHOENIX
ROME*
SACRAMENTO
SILICON VALLEY
TALLAHASSEE
TAMPA
TOKYO*
TYSONS CORNER
WASHINGTON, D.C.
WEST PALM BEACH
ZURICH

*Strategic Alliance
Tokyo-Office/Strategic Alliance

www.gtlaw.com

Greenberg Traurig, LLP | Attorneys at Law | Los Angeles Office | 2450 Colorado Avenue | Suite 400E | Santa Monica, CA 90404
Tel 310.586.7700 | Fax 310.586.7800

126744564 v1 \0796700\0000