# EXHIBIT 9



Frank E. Merideth, Jr.
Tel. 310.586.7825
Fax 310.586.0275
MeridethF@gtlaw.com

March 29, 2007

**VIA EMAIL AND FIRST CLASS MAIL**

Lora Brzezynski
McKenna Long & Aldridge LLP
1900 K Street, N.W.
Washington, D.C. 20006

      Re:    LG. Philips, LCD Co., Ltd v. Tatung Company

Dear Lora:

    Enclosed is a draft of the Declaration for Ms Rudich that we discussed. Please call or email me with your comments to this draft. It is my hope that we can reach agreement on a declaration from Ms. Rudich along these lines in lieu of a deposition.

                          Very truly yours,

                          Frank E. Merideth, Jr.

FEM:cdb
cc:    Rel Ambrozy (via email)
       Cass W. Christenson (via email)
       Richard Kirk (via email)
       Mark Krietzman (via email)
       Valerie Ho (via email)
       Steve Hassid (via email)
       Scott Miller (via email)
       James Heisman (via email)

ALBANY
AMSTERDAM
ATLANTA
BOCA RATON
BOSTON
BRUSSELS
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON
LOS ANGELES
MIAMI
MILAN
NEW JERSEY
NEW YORK
ORANGE COUNTY
ORLANDO
PHILADELPHIA
PHOENIX
ROME
SACRAMENTO
SILICON VALLEY
TALLAHASSEE
TAMPA
TOKYO
TYSONS CORNER
WASHINGTON D.C.
WEST PALM BEACH
ZURICH

Greenberg Traurig, LLP | Attorneys at Law | Los Angeles Office | 2450 Colorado Avenue | Suite 400E | Santa Monica, CA 90404
                         Tel 310.586.7700 | Fax 310.586.7800

126758572 v1 .0702720T1200

www.gtlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>TATUNG CO.;<br>TATUNG COMPANY OF AMERICA,<br>INC.; AND VIEWSONIC CORPORATION<br><br>Defendants. | CIVIL ACTION NO. 04-343 |

## DECLARATION OF REBECCA GOLDMAN RUDICH

I, Rebecca G. Rudich, declare:

1.   I am a partner of the law firm McKenna, Long & Aldridge. I am a registered U.S. Patent Attorney, registration number 41,786. I am one of the attorneys for LG Philips LCD, Ltd that is responsible for prosecution of United States Patent Application 11/096,079 (the '079 Application").

2.   The '079 Application currently is pending in the United States Patent Office ("PTO"). A copy of the PAIR Bibliographic Data for the '079 Application is attached as Exhibit A.

3.   The '079 Patent Application is a continuation application of the 6,501,641 the subject of the above entitled action and shares the same written specification.

1

126755347 v2 .070272011200

4. In connection with the '079 Application, I received the Office Action from the PTO Examiner, dated December 19, 2005, attached hereto as Exhibit B.

5. In connection with that Office Action, on June 19, 2006, I filed a Response on behalf of LG Philips LCD, the 3 page "Remarks" portion of that Response is attached hereto as Exhibit C.

6. Prior to filing my Response (Exhibit C) I had examined an actual device referred to in Exhibits B and C as the IBM 9516.

7. The photographs attached as Exhibits D and E depicted an IBM 9516.

8. The IBM 9516 is also graphically depicted in LPL productions LPL 05593 and LPL 05594 attached as exhibits F and G, respectively.

9. My examination of an IBM 9516 included locating the element identified in my Remarks (Exhibit C) as a "Rear Tray" in the IBM 9516 product.

10. Exhibits H and I show partially disassembled IBM 9516 product.

11. The "Rear Tray" identified in my Remarks (Exhibit C) corresponds to the element marked "Rear Tray" in Exhibits H and I.

12. To inspect the "Rear Tray" I removed screws that "went through the rear surface of the rear tray and attach[ed] to the front housing." The front housing is the "Front Housing" identified in Exhibits D, H and I as "Front Housing".

13. The element identified in Exhibits D, H and I as "LCD module" corresponds to an LCD module in the IBM 9516 product.

14. The element identified in Exhibits E and H as "Back Cover" corresponds to the Back Cover of the IBM 9516 product.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this __ day of April, 2007 at Washington, DC.

_____
Rebecca G. Rudich