# EXHIBIT 10

## Ambrozy, Rel

| | |
|---|---|
| **From:** | MeridethF@GTLAW.com |
| **Sent:** | Monday, July 09, 2007 12:11 PM |
| **To:** | Ambrozy, Rel |
| **Cc:** | KrietzmanM@GTLAW.com; HoV@GTLAW.com |

**Subject:** Deposition

Based on the photos and draft declarations we have exchanged, we beleive that we need to proceed with Ms Rudich's deposition. The only subject will be in the office action in connection the '079 Application related to the IBM color display. Of course, we will attempt to accomodate Ms Rudich's schedule. We assume you want the deposition in Washington DC. The weeks of July 23 and 30 currently are the best for me. Please advise.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. To reply to our email administrator directly, please send an email to postmaster@gtlaw.com.

7/9/2007