# EXHIBIT 11

Case 1:04-cv-00343-JJF    Document 785-12    Filed 09/17/2007    Page 1 of 3

| | McKenna Long | |
|---|---|---|
| Atlanta | & Aldridge LLP | San Diego |
| Denver | Attorneys at Law | San Francisco |
| Los Angeles | 1900 K Street, NW • Washington, DC 20006 | Washington, DC |
| | 202.496.7500 • Fax: 202.496.7756 | |
| Philadelphia | www.mckennalong.com | Brussels |

LORA A. BRZEZYNSKI  
(202) 496-7239

EMAIL ADDRESS  
lbrzezynski@mckennalong.com

July 17, 2007

**VIA E-MAIL AND U.S. MAIL**

Frank E. Merideth, Jr., Esq.
Greenberg Traurig LLP
2450 Colorado Avenue
Suite 400E
Santa Monica, CA 90404

      Re:    ***LG.Philips LCD Co., Ltd. v. ViewSonic Corporation, et al.;***
              **U.S. District Court Case No. 04-343 JJF**

Dear Frank:

      Rel Ambrozy asked me to respond to your July 9, 2007 e-mail as he is out of the office on vacation. I have reviewed the correspondence over the last several months between you and Messrs. Ambrozy and Auito from this office. Based on your last communication to Mr. Ambrozy dated July 9th, you apparently "believe that [you] need to proceed with Ms. Rudich's deposition."

      After reading the communications on this issue since March and the draft declarations submitted to you at your request by Messrs. Ambrozy and Auito, I do not understand your basis for now seeking Ms. Rudich's deposition. Please advise as to why you believe the latest draft declaration sent to you by this firm on April 27, 2007 is not sufficient. As you know, that draft declaration was specifically revised by us in response to your concerns raised in your April 25, 2007 letter.

      Other than requesting better copies of photographs, which were attached as one of the exhibits to Ms. Rudich's draft declaration, you have never expressed any concerns about the revised declaration sent to you more than eleven weeks ago. Further, you state in your July 9, 2007 e-mail to Mr. Ambrozy that the only subject for Ms. Rudich's requested deposition will be "the office action in connection [with] the '079 Application related to the IBM color display." Please advise as to why you believe this office action is relevant to the case and as to what issue it is relevant.

      At this point, months after we sent you the second revised declaration, we believe that Tatung should be prohibited from deposing Ms. Rudich regarding patent prosecution issues

DC:50489199.1

Frank E. Merideth, Jr., Esq.
July 17, 2007
Page 2

involving the office action in connection with the '079 Application. However, we would like to better understand Tatung's position and why it now believes that a deposition is required (as opposed to a declaration) and why such a deposition would be relevant.

  I look forward to your response.

           Very truly yours,

           Lora A. Brzezynski

LAB:rla

cc: Mark H. Krietzman, Esq.
   Valerie W. Ho, Esq.

DC:50489199.1