IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD.,<br><br>    Plaintiff,<br><br>  v.<br><br>TATUNG CO.;<br>TATUNG COMPANY OF AMERICA, INC.; AND<br>VIEWSONIC CORPORATION<br><br>    Defendants. | CIVIL ACTION NO. 04-343 |

**DEFENDANT VIEWSONIC CORPORATION'S MOTION
FOR LEAVE TO FILE AMENDED ANSWER**

OF COUNSEL:
**CONNOLLY BOVE LODGE & HUTZ LLP**
Scott R. Miller
Manuel Nelson
333 S. Grand Avenue
Suite 2300
Los Angeles, CA 90071
(213) 787-2500

Tracy R. Roman
**RASKIN PETER RUBIN & SIMON, LLP**
1801 Century Park East, Suite 2300
Los Angeles, CA 90067
(310) 277-0010

Dated: September 25, 2007

**CONNOLLY BOVE LODGE & HUTZ LLP**
Jeffrey B. Bove (# 998)
James D. Heisman (# 2746)
The Nemours Building
1007 North Orange Street
P. O. Box 2207
Wilmington, DE 19899
(302) 658-9141

*Attorneys for ViewSonic Corporation*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD.,<br><br>     Plaintiff,<br>  v.<br><br>TATUNG CO.;<br>TATUNG COMPANY OF AMERICA, INC.; AND<br>VIEWSONIC CORPORATION<br><br>     Defendants. | CIVIL ACTION NO. 04-343 |

**DEFENDANT VIEWSONIC CORPORATION'S MOTION
FOR LEAVE TO FILE AMENDED ANSWER**

  Defendant ViewSonic Corporation ("ViewSonic") submits this motion for leave to file an Amended Answer pursuant to Fed. R. Civ. P. 15(a) for the reasons set forth in the accompanying Opening Brief in Support of ViewSonic Corporation's Motion for Leave to File Amended Answer.

  A copy of ViewSonic's proposed first Amended Answer is attached hereto as Exhibit A. Pursuant to D. Del. Local Rule 15.1, a black-lined copy of ViewSonic's proposed Amended Answer showing the changes from the June 30, 2004 Answer (D.I. 26) to the first Amended Answer is attached hereto as Exhibit B. A proposed Order granting ViewSonic's Motion for Leave to File Amended Answer is attached hereto as Exhibit C.

  WHEREFORE, ViewSonic respectfully requests that the Court grant its motion and enter the proposed Order attached hereto as Exhibit C.

|  | CONNOLLY BOVE LODGE & HUTZ LLP |
|---|---|

OF COUNSEL:
**CONNOLLY BOVE LODGE & HUTZ LLP**
Scott R. Miller
Manuel Nelson
333 S. Grand Avenue
Suite 2300
Los Angeles, CA 90071
(213) 787-2500

Tracy R. Roman
**RASKIN PETER RUBIN & SIMON, LLP**
1801 Century Park East, Suite 2300
Los Angeles, CA 90067
(310) 277-0010

Dated: September 25, 2007

_/s/ James D. Heisman_
Jeffrey B. Bove (# 998)
James D. Heisman (# 2746)
The Nemours Building
1007 North Orange Street
P. O. Box 2207
Wilmington, DE 19899
(302) 658-9141

*Attorneys for ViewSonic Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2007, a true copy of the foregoing document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following and the document is available for viewing and downloading from CM/ECF:

Richard D. Kirk
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE  19801

Anne Shea Gaza
Frederick L. Cottrell III
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE  19801

I hereby certify that on September 25, 2007, I have sent by email the foregoing document to the following non-registered participants:

Cass W. Christenson
Lora A. Brzezynski
Rel S. Ambrozy
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC  20006

Tracy R. Roman
Raskin Peter Rubin & Simon
1801 Century Park East 23rd Floor
Los Angeles, CA  90067

Mark H. Krietzman
Valerie W. Ho
Frank E. Merideth, Jr.
Steve P. Hassid
Greenberg Traurig, LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, CA  90404

By: /s/ *James D. Heisman*
James D. Heisman (#2746)
jheisman@cblh.com