# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD.,<br><br>    Plaintiff,<br> v.<br><br>TATUNG CO.;<br>TATUNG COMPANY OF AMERICA, INC.; AND<br>VIEWSONIC CORPORATION<br><br>    Defendants. | CIVIL ACTION NO. 04-343 |

**ORDER ON DEFENDANT VIEWSONIC CORPORATION'S
MOTION FOR LEAVE TO FILE AMENDED ANSWER**

 The Court, having considered ViewSonic Corporation's Motion for Leave to File Amended Answer, is of the opinion that the motion should be GRANTED. The Amended Answer is deemed filed and served as of the date of this Order.

 SO ORDERED this _____ day of _____, 2007.


                   _____
                   United States District Judge