### Kristen H. Cramer

| | |
|---|---|
| **From:** | Kristen H. Cramer |
| **Sent:** | Thursday, September 20, 2007 6:47 PM |
| **To:** | Poppiti, Vincent J.; Oestreich, Elizabeth |
| **Cc:** | Gaza, Anne; Jeff Bove; Christenson, Cass; 'Dick Kirk'; Scott Miller |
| **Subject:** | RE: LPL v. Tatung |
| **Attachments:** | Tommy Jue depo excerpt.pdf; Pages from 2007-03-13 Special Master Hearing Transcript excerpt.pdf |

Dear Special Master Poppiti,

The agreement was addressed by the parties at a hearing before you on March 13, 2007 and was discussed at the 30(b)(6) deposition of ViewSonic on April 24, 2007. Attached are relevant sections of the transcripts, and we respectfully point you to the following passages (page:line nos.):

Hearing before Special Master (3/13/2007): 20:4-17; 25:14-27:17; 29:24-30:14; 33:10-38:1; 39:19-42:10; and 43:5-45:12;

Deposition of ViewSonic Corporation (4/27/2007): 15:22-17:5; 18:11-19:1; and, 88:13-94:2.

Respectfully yours,

Kristen Healey Cramer (#4512)
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington DE 19899
T: 302.888.6317
F: 302.658.5614
kcramer@cblh.com

---

**From:** Dick Kirk [mailto:rkirk@bayardfirm.com]
**Sent:** Thursday, September 20, 2007 4:16 PM
**To:** Poppiti, Vincent J.; Oestreich, Elizabeth
**Cc:** Gaza, Anne; Jeff Bove; Christenson, Cass
**Subject:** RE: LPL v. Tatung

Your Honor:

The parties discussed and firmed up that agreement during the August 27, 2007 teleconference at pages 15-18. (Transcript attached)

Respectfully,

Richard D. Kirk (rk0922)

The Bayard Firm
222 Delaware Avenue, 9th Floor
Wilmington, Delaware 19801

9/24/2007

Main: (302) 655-5000
Direct: (302) 429-4208
Fax: (302) 658-6395
rkirk@bayardfirm.com

---

**From:** Poppiti, Vincent J. [mailto:Poppiti@BlankRome.com]
**Sent:** Thursday, September 20, 2007 3:45 PM
**To:** Dick Kirk; Gaza, Anne; jbove@cblh.com
**Cc:** Oestreich, Elizabeth
**Subject:**

Dear Counsel,
   Please point me in the direction of where I can find the "parties' preexisting agreement concerning issues exclusively deferred to expert witnesses." (D.I. 784 at 4.) While I know that the subject was discussed by LG during a hearing on August 7 2007 (Tr. 73), it would be helpful for me to have the precise language of the agreement.
   I thank you in advance for your assistance in this regard.
Yours very truly-vjp


**Vincent J. Poppiti | Partner | Blank Rome LLP**
Chase Manhattan Centre, 1201 Market Street, Suite 800 | Wilmington, DE 19801
Phone: (302)425-6410 | Fax: (302)428-5132 | Email: Poppiti@BlankRome.com

---

IRS Circular 230 DISCLOSURE:
Notice regarding federal tax matters: Internal Revenue Service Circular 230 requires us to state herein that any federal tax advice set forth in this communication (1) is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties that may be imposed by federal tax laws, and (2) cannot be used in promoting, marketing, or recommending to another person any transaction or matter addressed herein.

---

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

9/24/2007