# EXHIBIT B

PATENT
8733.041.00

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In Re application of

**Jong Hwan KIM et al.**

Application No.: **09/444,376**

Filed: **November 22, 1999**

For: **PORTABLE COMPUTER AND METHOD FOR MOUNTING A FLAT PANEL DISPLAY DEVICE THEREON**

Group Art Unit: 2835

Examiner: Y. Chang

## PRELIMINARY AMENDMENT

Commissioner for Patents
Washington, D.C. 20231

Sir:

Prior to examination of the above-identified application, the following changes are respectfully submitted.

### IN THE CLAIMS:

Please amend claims 56, 60-61, 64, 66-70, 72, 76-77, 80, 82-86, and 88 and add new claims 94-96 as shown on the following pages.

A marked-up copy of the amended claims to show the changes made is attached to this Preliminary Amendment.

03/15/2002 CV0111    00000088 09444376
01 FC:102                  160.00 OP
02 FC:103                   54.00 OP

DC:94684.1

Application No.: 09/444,376  Docket No.: 8733.041.00
Group Art Unit: 2835  Page 2

**Specification Page 1, After The Title And Before Line 1**

D1  This application is a continuation of application Serial No. 09/285,338 filed April 2, 1999.



DC:94684.1

Application No.: 09/444,376  
Group Art Unit: 2835

Docket No.: 8733.041.00  
Page 3

**Clean Copy of Amended Claims 56, 60-61, 64, 66-70, 72, 76-77, 80, 82-86, and 88**

56. (Twice Amended) A method of attaching a rear mountable display device to a housing for a portable computer, said housing comprising a first section having an information input device and a second section having a case including a first fastening element, the method comprising:

fastening the display panel to the case by the first fastening element and a second fastening element on a rear surface of the rear mountable display device;

fastening a display device support member, having a third fastening element, to the case; and

fastening the rear mountable display device to the display device support member by the third fastening element.

60. (Twice Amended) The method of claim 59, wherein fastening the rear mountable display device to the case further comprises:

inserting a screw from a rear of the case through the screw holes of the first and second fastening elements; and

attaching the rear mountable display device to the case by the screw.

61. (Twice Amended) The method of claim 56, wherein fastening the rear mountable display device to the display panel support member comprises fastening the rear mountable display device to the display device support member by the first and third fastening elements.





DC:94684.1

Application No.: 09/444,376
Group Art Unit: 2835

Docket No.: 8733.041.00
Page 4

9. 64. (Twice Amended) The method of claim 63, wherein fastening the rear mountable display device to the display device support member further comprises:

inserting a screw through the screw holes of the first and third fastening elements; and

attaching the rear mountable display device to the case by the screw.

11. 66. (Twice Amended) The method of claim 65, wherein fastening the rear mountable display device to the display device support member further comprises:

inserting a screw from a rear of the case through the screw holes of the first, second and third fastening elements; and

attaching the rear mountable display device to the case by the screw.

12. 67. (Twice Amended) The method of claim 56, wherein the first fastening element includes a stepped hole, the second fastening element includes a compressible head, and wherein fastening the rear mountable display device to the case comprises inserting the compressible head through the stepped hole.

13. 68. (Twice Amended) The method of claim 56, wherein the first fastening element includes a fastening hole, the second fastening element comprises a hook, and wherein fastening the rear mountable display device to the case comprises pressing the hook through the fastening hole to snap the hook into place.

14. 69. (Twice Amended) The method of claim 56, wherein the first fastening element includes a stepped hole, the second fastening element includes a compressible head, and the third fastening element includes a fastening hole, and wherein fastening the rear mountable





DC:94684.1

Application No.: 09/444,376
Group Art Unit: 2835

Docket No.: 8733.041.00
Page 5

display device to the case comprises inserting the compressible head through the fastening hole and the stepped hole.

15
~~16~~. (Twice Amended) The method of claim ~~56~~ 1, wherein the first fastening element includes a first fastening hole, the second fastening element includes a hook, and the third fastening element includes a second fastening hole, and wherein fastening the rear mountable display device to the case comprises pressing the hook through the first and second fastening holes to snap the hook into place.

17
~~22~~. (Thrice Amended) A method of assembling a portable computer having a rear mountable display device and a housing comprising a first section having an information input device and a second section having a case including a first fastening element, the method comprising:

attaching the rear mountable display device to the case by the first fastening element and a second fastening element on a rear surface of the rear mountable display device;

coupling the first and second sections of the housing with a hinge; and

attaching a display device support member to the rear mountable display device by a third fastening element on the display device support member.

2  20
~~76~~. (Twice Amended) The method of claim ~~75~~, wherein attaching the rear mountable display device to the case further comprises:

inserting a screw from a rear of the case through the screw holes of the first and second fastening elements; and

fastening the rear mountable display device to the case by the screw.

33

DC:94684.1


Application No.: 09/444,376  
Group Art Unit: 2835

Docket No.: 8733.041.00  
Page 6

22. (Twice Amended) The method of claim 17, wherein attaching the rear mountable display device to the display device support member comprises fastening the rear mountable display device to the display device support member by the first and third fastening elements.

25. (Twice Amended) The method of claim 24, wherein attaching the rear mountable display device to the display device support member further comprises:

inserting a screw through the screw holes of the first and third fastening elements; and

fastening the rear mountable display device to the case by the screw.

27. (Twice Amended) The method of claim 26, wherein attaching the rear mountable display device to the display device support member further comprises:

inserting a screw from a rear of the case through the screw holes of the first, second and third fastening elements; and

fastening the rear mountable display device to the case by the screw.

28. (Twice Amended) The method of claim 17, wherein the first fastening element includes a stepped hole, the second fastening element includes a compressible head, and wherein attaching the rear mountable display device to the case comprises inserting the compressible head through the stepped hole.

34

DC:94684.1

Application No.: 09/444,376　　　　　　　　　　　　　　　Docket No.: 8733.041.00
Group Art Unit: 2835　　　　　　　　　　　　　　　　　　　　　　　　　Page 7

---

29. (Twice Amended) The method of claim 17, wherein the first fastening element includes a fastening hole, the second fastening element comprises a hook, and wherein attaching the rear mountable display device to the case comprises pressing the hook through the fastening hole to snap the hook into place.

30. (Twice Amended) The method of claim 17, wherein the first fastening element includes a stepped hole, the second fastening element includes a compressible head, and the third fastening element includes a fastening hole, and wherein attaching the rear mountable display device to the case comprises inserting the compressible head through the fastening hole and the stepped hole.

31. (Twice Amended) The method of claim 17, wherein the first fastening element includes a first fastening hole, the second fastening element includes a hook, and the third fastening element includes a second fastening hole, and wherein attaching the rear mountable display device to the case comprises pressing the hook through the first and second fastening holes to snap the hook into place.

---

33. (Twice Amended) A method of assembling a rear mountable flat panel display device capable of being mounted to a housing, comprising:

　　placing a flat display panel on a top surface of a backlight unit having a first frame, the first frame having a fastening element for fastening the first frame to the housing, said fastening element being located on a rear surface opposite the top surface of the backlight unit where the flat display panel is placed;

　　placing a second frame on the flat display panel; and





DC:94684.1

Application No.: 09/444,376  
Group Art Unit: 2835

Docket No.: 8733.041.00  
Page 8

Cmd
D11

fixing the flat display panel between the first frame of the backlight unit and the second frame.



DC:94684.1

Application No.: 09/444,376
Group Art Unit: 2835

Docket No.: 8733.041.00
Page 9

**New Claims 94-96**

39 ~~94~~. (NEW) A rear mountable method of assembling a liquid crystal display (LCD) device comprising:

arranging a first frame on a light guide, the first frame having holes for coupling a a LCD panel to a supporting frame, the supporting frame having a front surface and a rear surface; and

ADD DIZ

coupling the LCD panel, the light guide to the first frame from the rear surface of the supporting frame.

40
~~95~~. (NEW) A rear mountable method of assembling a liquid crystal display (LCD) device comprising:

arranging the LCD device on a inner surface of a display case, wherein the display case has an inner surface and back;

attaching the LCD device to the display case from the back of the display case.

41 ~~96~~. (NEW) The rear mountable method of assembling a liquid crystal display (LCD) device of claim ~~95~~ 40, wherein the LCD device is attached to the display case by bolts inserted into the holes from the back of the display case.



DC:94684.1



Application No.: 09/444,376  
Group Art Unit: 2835

Docket No.: 8733.041.00  
Page 10

## **REMARKS**

Applicants wish to gratefully thank Examiner Chang for the courtesies extended to Applicants' representatives during the interview on February 19, 2002. As a result of that interview, Applicants understand that the Examiner now agrees with Applicants that the drawings are in full compliance with 37 CFR 1.136(a) and claims 56-93 are allowable over the cited references for at least the reasons set forth below.

By this amendment, Applicants amend claims 56, 60-61, 64, 66-70, 72, 76-77, 80, 82-86, and 88 and add new claims 94-96. Accordingly, claims 56-96 are pending in the present application. At the Examiner's suggestion, the amendments herein are made for clarification purposes only and should not be construed as limiting the scope of the claims.

In the Final Office Action dated June 20, 2001, the Examiner rejected claims 56-66, 71-82 and 87 under 35 U.S.C. § 102(b) as being anticipated by Abell, Jr. et al. (U.S. Pat. No. 5,268,816). Claims 88-93 were rejected under 35 U.S.C. § 102(e) as being anticipated by Yun et al. (U.S. Pat. No. 5,835,139) and claims 67-70 and 83-86 were rejected under 35 U.S.C. § 103(a) as being unpatentable over Yun et al. in view of Masaru (GB 2 170 035 A).

In addition, the Examiner objected to the drawings as not showing every feature of the invention specified in the claims. Applicants respectfully traverse these rejections and objections and reconsideration is requested.

The Examiner objected to the drawings under 37 CFR 1.83(a) as not containing every feature of the claimed invention. Applicants respectfully traverse the objection and reconsideration is requested. The Examiner states *"the 'first fastening element', 'second fastening element', and 'third fastening element' must be shown."* Applicants respectfully

DC:94684.1

Application No.: 09/444,376
Group Art Unit: 2835

Docket No.: 8733.041.00
Page 11

submit that examples of each of the above-listed elements are shown in the Figures and Specification of this application.

The Examiner rejected claims 56-66, 71-82 and 87 under 35 U.S.C. § 102(b) as being anticipated by Abell, Jr. et al. (U.S. Pat. No. 5,268,816). Applicants respectfully traverse these rejections and reconsideration is requested.

Claim 56 is allowable over the cited references in that claim 56 recites a combination of elements including, for example, "fastening the display panel to the case by the first fastening element and a second fastening element on the rear surface of the rear mountable display device." None of the cited references, singly or in combination, teaches or suggests at least this feature of the claimed invention. In contrast, Abell, Jr. et al. discloses a front mounted LCD display and does not disclose at least the combination of elements as recited above. Accordingly, Applicants respectfully submit that claim 56, and claims 57-71 which depend from claim 56, are allowable over the cited references.

Claim 72 is allowable over the cited references in that claim 72 recites a combination of elements including, for example, "attaching the rear mountable display device to the case by the first fastening element and a second fastening element on a rear surface of the rear mountable display device." None of the cited references, singly or in combination, teaches or suggests at least this feature of the claimed invention. In contrast, Abell, Jr. et al. discloses a front mounted LCD display and does not disclose at least the combination of elements as recited above. Accordingly, Applicants respectfully submit that claim 72 and claims 73-87, which depend from claim 72, are allowable over the cited references.

The Examiner also rejected claims 88-93 under 35 U.S.C. § 102(e) as being anticipated by Yun et al. Applicants respectfully traverse these rejections and reconsideration is requested.

DC:94684.1

Application No.: 09/444,376
Group Art Unit: 2835

Docket No.: 8733.041.00
Page 12

Claim 88 is allowable over the cited references in that claim 88 recites a combination of elements including, for example, "placing a flat display panel on a top surface of a backlight unit having a first frame, the first frame having a fastening element for fastening the first frame to the housing, said fastening element being located on a rear surface opposite the top surface of the backlight unit where the flat display panel is placed." None of the cited references, singly or in combination, teaches or suggests at least this feature of the claimed invention.

In contrast, Yun et al. is directed toward a side-mounted flat panel display device (see fastening elements 410a and 410b in Fig. 6 of Yun et al.) Yun et al. does not disclose at least the foregoing combination of elements. Accordingly, Applicants respectfully submit that claim 88 and claims 89-93, which depend from claim 88 are allowable over the cited references.

The Examiner rejected claims 67-70 and 83-86 under 35 U.S.C. §103(a) as being unpatentable over the combination of Yun et al. in view of Masaru. Applicants respectfully traverse these rejections and reconsideration is requested. The Examiner states *"Yun differs from claims 67-70 and 83-86 in that it does not teach a fastening means including a compressible head with a hook and stepped hole."* However, as noted above, Yun et al. is directed toward a side-mounted flat panel display device and does not disclose an attachment method as recited in claim 56. Masaru alone or in combination with Yun et al. fails to cure the deficiencies of Yun et al. In addition, Yun et al. fails to disclose all the elements recited in claim 56. Accordingly, Applicants respectfully submit that claim 56 and claims 57-71, which depend from claim 56 are allowable.

Applicants respectfully submit that new claims 94-96 are allowable for at least similar reasons as discussed above.

DC:94684.1

Application No.: 09/444,376  
Group Art Unit: 2835

Docket No.: 8733.041.00  
Page 13

If the Examiner deems that a telephone conference would further prosecution of the application, the Examiner is invited to call the undersigned attorney at (202) 624-1200. All correspondence should continue to be sent to the below-listed address.

If these papers are not considered timely filed by the Patent and Trademark Office, then a petition is hereby made under 37 C.F.R. § 1.136, and any additional fees required under 37 C.F.R. § 1.136 for any necessary extension of time, or any other fees required to complete the filing of this response, may be charged to Deposit Account No. 50-0911. Please credit any overpayment to Deposit Account No. 50-0911.

                    Respectfully submitted,

                    LONG, ALDRIDGE & NORMAN, LLP

                    By: _Rebecca f. Medina_ Reg. No. 41786  
                    Song K. Jung  
                    Registration No. 35,210

701 Pennsylvania Avenue, N.W.  
Sixth Floor, Suite 600  
Washington, D.C. 20004  
Telephone: (202) 624-1200  
Facsimile: (202) 624-1298

Date: March 12, 2002

**Attachment: Marked-up version of Claims**

DC:94684.1