# EXHIBIT C



#20/D
3-29-2
Roberton
PATENT Amdt
8733.042.00

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In Re application of

Jong Hwan KIM et al.                    Group Art Unit: 2835

Application No.: 09/285,338              Examiner: Y. Chang

Filed: April 2, 1999

For:   PORTABLE COMPUTER HAVING A FLAT PANEL DISPLAY
       DEVICE

PRELIMINARY AMENDMENT

Commissioner of Patents
Washington, D.C. 20231

Dear Sir:

Prior to examination, Applicants submit the following amendments and remarks as follows.

**IN THE SPECIFICATION:**

Please amend the specification as shown on the following pages.

**IN THE CLAIMS**

Please amend claims 1, 2, 10, 19-20, and 25-33, and 35-55, and add new claim 56 as shown on the following pages.

A marked-up copy of the claims to show the changes made is attached to this Preliminary Amendment.

03/15/2002 CV0111   00000119 09285338
                    84.00 OP
01 FC:102           18.00 OP
02 FC:103

DC:94758.1

Application No.: 09/285,338
Group Art Unit: 2835

Docket No.: 8733.042.00
Page 2

**Amended Claims: 1, 2, 10, 19-20, and 25-33, and 35-55**

1.   (Twice Amended)  A portable computer comprising:

a housing including first and second sections, the first section having an information input device and the second section having a case having a first fastening element;

a rear mountable display device including a second fastening element at a rear surface of the rear mountable display device, the case and the rear mountable display device being attached through the first and second fastening elements;

a hinge coupling the first and the second sections to each other; and

a display device support member having a third fastening element, the display device support member being attached to the rear mountable display device through the third fastening element.

2.   (Twice Amended)  The portable computer according to claim 1, wherein the display device support member is attached to the rear mountable display device through the first and third fastening elements

10.  (Twice Amended)  The portable computer according to claim 7, wherein the arm includes a fastening hole a portion of the arm, the rear mountable display device being attached to the arm through the fastening hole of the arm.

19.  (Twice Amended)  The portable computer according to claim 1, further comprising a screw attaching the rear mountable display device to the second section through the first and second fastening elements.

DC:94758 1

Application No.: 09/285,338
Group Art Unit: 2835

Docket No.: 8733.042.00
Page 3

20. (Twice Amended) The portable computer according to claim 1, wherein the first and second fastening elements include first and second fastening holes, respectively, and further comprising a screw, the screw attaching the rear mountable display device to the case through the first and second fastening elements.

25. (Twice Amended) The portable computer according to claim 6, wherein the second fastening element includes at least one fastening hole located at a corner of the rear mountable display device corresponding to the fastening hole of the first fastening element.

26. (Twice Amended) The portable computer according to claim 9, wherein the second fastening element includes at least two fastening holes at two corners of the rear mountable display device.

27. (Twice Amended) The portable computer according to claim 9, wherein the second fastening element includes four fastening holes at four corners of the rear mountable display device.

28. (Twice Amended) The portable computer according to claim 1, wherein the first fastening element and the second fastening element include a screw hole, and a screw is inserted from the rear of the case to fasten the case to the rear mountable display device.

DC:94758.1

Application No.: 09/285,338
Group Art Unit: 2835

Docket No.: 8733.042.00
Page 4

29. (Twice Amended) The portable computer according to claim 28, wherein the screw hole of the case is located at a position corresponding to a display area of the rear mountable display device.

30. (Twice Amended) A portable computer comprising:

a housing including first and second sections, the first section having an information input device and the second section having a case having a first fastening element;

a rear mountable display device including a second fastening element at a rear surface of the rear mountable display device, the case and the rear mountable display device being attached through the first and second fastening elements;

a hinge coupling the first and the second sections to each other;

a display device support member including an arm extending upward and a third fastening element, the display device support member being attached to the rear mountable display device through the first and third fastening elements;

wherein the arm includes a fastening hole at a portion of the arm, the rear mountable display device being attached to the arm through the fastening hole of the arm;

wherein the first and second fastening elements include first and second fastening holes, respectively, and the rear mountable display device is attached to the case through the first and second fastening elements using a screw; and

wherein the display device support member is coupled to the hinge.

DC:94758.1

Application No.: 09/285,338  
Group Art Unit: 2835

Docket No.: 8733.042.00  
Page 5



31.  (Amended) The portable computer according to claim 30, wherein the second fastening element is not visible from a viewing direction of the rear mountable display device.

32.  (Amended) The portable computer according to claim 30, wherein no fastening element is visible when viewed from the viewing direction of the rear mountable display device.

33.  (Amended) The portable computer according to claim 30, wherein the second fastening element includes protruding portions protruding away from the rear mountable display device.



35.  (Twice Amended) A rear mountable flat panel display device capable of being mounted to a data processing device, the flat panel display device comprising:

a backlight unit including a first frame having a fastening part at a rear surface of the first frame, a flat display panel adjacent to the backlight unit; and

a second frame;

wherein the flat display panel is between the first frame and the second frame, the first frame of the backlight unit capable of being fixed to a housing of the data processing device through the fastening part at the rear surface of the first frame.

36.  (Amended) The rear mountable flat panel display device according to claim 35, wherein the fastening part includes a fastening hole.

DC:94758 1



Application No.: 09/285,338  Docket No.: 8733.042.00
Group Art Unit: 2835  Page 6

---

37. (Amended) The rear mountable flat panel display device according to claim 36, further comprising a screw attaching the first frame of the backlight unit to the second frame through the fastening hole.

38. (Amended) The rear mountable flat panel display device according to claim 36, wherein the fastening part includes at least two fastening holes at two corners of the first frame.

Cond D6

39. (Amended) The rear mountable flat panel display device according to claim 36, wherein the fastening part includes four fastening holes at four corners of the first frame.

40. (Amended) The rear mountable flat panel display device according to claim 35, wherein the backlight unit comprises:

   a reflector unit adjacent the first frame;

   a light source unit adjacent the reflector unit; and

   a light guide unit adjacent the light source unit.

41. (Amended) The rear mountable flat panel display device according to claim 40, further comprising a diffuser unit and a prism unit.

---

DC:94758.1

Application No.: 09/285,338            Docket No.: 8733.042.00
Group Art Unit: 2835            Page 7

42. (Twice Amended) The rear mountable flat panel display device according to claim 35, wherein the fastening part is not visible from a viewing direction of the flat display panel.

43. (Twice Amended) The rear mountable flat panel display device according to claim 35, wherein the flat panel display device only shows the flat display panel and the second frame when viewed from a viewing direction of the display panel.

44. (Twice Amended) The rear mountable flat panel display device according to claim 35, wherein the fastening part includes a protruding portion protruding away from the flat display panel.

45. (Amended) The rear mountable flat panel display device according to claim 44, wherein the protruding portion includes a peg having a fastening hole.

46. (Amended) The rear mountable flat panel display device according to claim 44, wherein the protruding portion includes a first part and a second part, the first part being larger than the second part.

47. (Thrice Amended) A rear mountable flat panel display device capable of being mounted to a housing, the rear mountable flat panel display device comprising:

    a backlight unit including:

    a first frame having a fastening part at a rear surface of the first frame;

DC:94758.1

Application No.: 09/285,338   Docket No.: 8733.042.00
Group Art Unit: 2835   Page 8

a reflector unit adjacent the first frame; and

a light guide unit adjacent the light source unit;

a flat panel display adjacent to the backlight unit;

a second frame; and

a screw attaching the first frame of the backlight unit to the second frame through the fastening part;

wherein the flat panel display is between the first frame and the second frame, the first frame of the backlight unit capable of being fixed to the housing through the fastening part at the rear surface of the first frame.

48. (Twice Amended) The rear mountable flat panel display device according to claim 47, further comprising a diffuser unit and a prism unit.

49. (Twice Amended) The rear mountable flat panel display device according to claim 47, wherein the fastening part is not visible from a viewing direction of the flat display panel.

50. (Twice Amended) The rear mountable flat panel display device according to claim 47, wherein the flat panel display device only shows the flat panel display and the second frame when viewed from a viewing direction of the display panel.

DC:94758.1

Application No.: 09/285,338 | Docket No.: 8733.042.00
Group Art Unit: 2835 | Page 9

51. (Twice Amended) The rear mountable flat panel display device according to claim 47, wherein the fastening part includes a protruding portion protruding away from the flat display panel.

52. (Amended) The rear mountable flat panel display device according to claim 51, wherein the protruding portion includes a peg having a fastening hole.

53. (Amended) The rear mountable flat panel display device according to claim 51, the protruding portion includes a first part and a second part, the first part being larger than the second part.

54. (Amended) The rear mountable flat panel display device according to claim 47, wherein the fastening part includes a fastening hole.

55. (Twice Amended) A rear mountable flat panel display device comprising:
    a first frame having a fastening part at a rear surface of the first frame;
    a second frame; and
    a flat display panel between the first and second frames;
    wherein the first frame is capable of being fixed to a housing of a data processing device through the fastening part at the rear surface of the first frame.

DC:94758.1

Application No.: 09/285,338  
Group Art Unit: 2835

Docket No.: 8733.042.00  
Page 10

### New Claim 56

56. (NEW) A rear mountable flat panel display device comprising:

a first frame having a fastening part at a rear surface of the first frame;

a second frame; and

a flat display panel between the first and second frames;

wherein the first frame is capable of being fixed to a housing of a data processing device through the fastening part at the rear surface of the first frame and the flat display panel is rear mounted.

DC:94758.1

Application No.: 09/285,338                                   Docket No.: 8733.042.00
Group Art Unit: 2835                                                        Page 11

### REMARKS

Applicants wish to gratefully thank Examiner Chang for the courtesies extended to Applicants' representatives during the interview on February 19, 2002. As a result of that interview, Applicants understand that the Examiner now agrees with Applicants that the drawings are in full compliance with 37 CFR 1.136(a) and claims 1-56 are allowable over the cited references for at least the reasons set forth below.

By this amendment, Applicants amend claims 1, 2, 10, 19-20, 25-33, and 35-55 and add new claim 56. Accordingly, claims 1-56 are pending in the present application. At the Examiner's suggestion, the amendments herein are made for clarification purposes only and should not be construed as limiting the scope of the claims.

In the Final Office Action dated September 20, 2001 the Examiner rejected claims 1-34 under 35 U.S.C. § 102(b) as being anticipated by Abell, Jr. et al. (U.S. Pat. No. 5,268,816). Claims 35-43, 47-50 and 54-55 were rejected under 35 U.S.C. § 103(a) as being unpatentable over Yun et al. (U.S. Pat. No. 5,835,139) and claims 44-46 and 51-53 were rejected under 35 U.S.C. § 103(a) over Yun et al. in view of Liu (U.S. Pat. No. 5,423,605).

In addition, the Examiner objected to the drawings as not showing every feature of the invention specified in the claims. Applicants respectfully traverse the rejections and reconsideration is requested.

The Examiner objected to the drawings under 37 CFR 1.83(a) as not containing every feature of the claimed invention. Applicants respectfully traverse these objections and reconsideration is requested. The Examiner states *"the 'first fastening element', 'second fastening element',' third fastening element',' first support member', 'second support*

DC:94758.1

Application No.: 09/285,338　　　　　　　　　　　　　　　　Docket No.: 8733.042.00
Group Art Unit: 2835　　　　　　　　　　　　　　　　　　　　　　　　　　Page 12

---

*member', 'a flat panel display', 'a light source unit', 'a first part', and 'a second part' must be shown."* Applicants respectfully submit that examples of each of the above-listed elements are shown in the Figures, such as Figs. 5, 8-9, and 12-16 and described in the Specification of this Application.

The Examiner rejected claims 1-34 under 35 U.S.C. § 102(b) as being anticipated by Abell, Jr. et al. Applicants respectfully traverse these rejections and reconsideration is requested.

Claim 1 is allowable over the cited references in that claim 1 recites a combination of elements including, for example, "a rear mountable display device including a second fastening element at a rear surface of the rear mountable display device, the case and the rear mountable display device being attached through the first and second fastening elements." None of the cited references, singly or in combination, teaches or suggests at least this feature of the claimed invention. In contrast, Abell, Jr. et al. discloses a front mounted LCD display while the instant invention utilizes a rear mountable display. Accordingly, Applicants respectfully submit that claim 1 and claims 2-29, which depend from claim 1, are allowable over the cited references.

Claim 30 is allowable over the cited references in that claim 30 recites a combination of elements including, for example, "a rear mountable display device including a second fastening element at a rear surface of the display device, the case and the rear mountable display device being attached through the first and second fastening elements." None of the cited references, singly or in combination, teaches or suggests at least this feature of the claimed invention. For at least similar reasons as discussed above, Abell Jr., et al. fails to teach each and every element of the claimed invention. Accordingly, Applicants respectfully

DC:94758.1



| Application No.: 09/285,338 | Docket No.: 8733.042.00 |
|---|---|
| Group Art Unit: 2835 | Page 13 |

submit that claims 31-34 which depend from claim 30, are allowable over the cited references.

The Examiner rejected claims 35-43, 47-50 and 54-55 under 35 U.S.C. §103(a) as being unpatentable over Yun et al. Applicants respectfully traverse these rejections and reconsideration is requested.

Claim 35 is allowable over the cited references in that claim 35 recites a combination of elements including, for example, "wherein the flat display panel is between the first frame and the second frame, the first frame of the backlight unit capable of being fixed to a housing of the data processing device through the fastening part at the rear surface of the first frame." None of the cited references, singly or in combination, teaches or suggests at least this feature of the claimed invention.

Claim 47 is allowable over the cited references in that claim 47 recites a combination of elements including, for example, "wherein the flat panel display is between the first frame and the second frame, the first a frame of the backlight unit capable of being fixed to the housing through the fastening part at the rear surface of the first frame." None of the cited references, singly or in combination, teaches or suggests at least this feature of the claimed invention. For at least similar reasons as discussed above, Applicants respectfully submit that claim 47 is allowable. Accordingly, Applicants respectfully submit that claim 47, and claims 48-54, which depend from claim 47 are allowable over the cited references.

Claim 55 is allowable over the cited references in that claim 55 recites a combination of elements including, for example, "A rear mountable flat panel display device ... a flat display panel between the first and second frames; wherein the first frame is capable of being fixed to a housing of data processing device through the fastening part at the rear surface of

DC:94758.1

Application No.: 09/285,338  
Group Art Unit: 2835

Docket No.: 8733.042.00  
Page 14

the first frame." None of the cited references, singly or in combination, teaches or suggests at least this feature of the claimed invention. Accordingly, Applicants respectfully submit that claim 55 is allowable over the cited references.

Applicants respectfully submit that new claim 56 is allowable for at least similar reasons as stated above.

If the Examiner deems that a telephone call would further the prosecution of this application, the Examiner is invited to call the undersigned at (202) 624-1250. All correspondence should continue to be sent to the below-listed address.

If these papers are not considered timely filed by the Patent and Trademark Office, then a petition is hereby made under 37 C.F.R. § 1.136, and any additional fees required under 37 C.F.R. § 1.136 for any necessary extension of time, or any other fees required to complete the filing of this response, may be charged to Deposit Account No. 50-0911. Please credit any overpayment to deposit Account No. 50-0911.

Respectfully submitted,

LONG ALDRIDGE & NORMAN, LLP

Date: March 12, 2002

By: [signature] Reg. No 41786  
Song K. Jung  
Registration No: 35,210

701 Pennsylvania Avenue, N.W.  
Sixth Floor, Suite 600  
Washington, D.C. 20004  
Telephone No.: (202) 624-1200  
Facsimile No.: (202) 624-1298

DC:94758.1