# Exhibit F

# REDACTED IN ITS ENTIRETY

# EXHIBIT G

"Second Frame"

"LC"

DAS000032

*Annotated photograph of a GoldStar LC056N1 (LG Electronics Inc.) LCD panel rear, with callout labels:*
- "First Frame"
- "Second Frame"
- "Fastening Part" (four instances)

DAS000033

