



DAS000242



DAS000243



DAS000244

# Exhibit H

# REDACTED IN ITS ENTIRETY

# Exhibit I

# REDACTED IN ITS ENTIRETY

# Exhibit J

# REDACTED IN ITS ENTIRETY