IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

LG PHILIPS LCD CO., LTD.,          :
                                   :
            Plaintiff,             :
                                   :
    v.                             :   Civil Action No. 04-343-JJF
                                   :
TATUNG CO., TATUNG COMPANY         :
OF AMERICA, INC., and              :
VIEWSONIC CORP.,                   :
                                   :
            Defendants.            :

### O R D E R

WHEREAS, the Special Master issued a Report and Recommendation (D.I. 784) concerning Defendant ViewSonic Corporation's request for further depositions of Plaintiff LG Philips LCD Co., Ltd., in light of recently produced documents and products;

WHEREAS, objections to the Report and Recommendation were due September 17, 2007, and none have been filed;

NOW THEREFORE, IT IS HEREBY ORDERED that the Special Master's Report and Recommendation (D.I. 784) is **ADOPTED**.

October 1, 2007                    /s/ Joseph J. Farnan
DATE                               UNITED STATES DISTRICT JUDGE