IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

LG PHILIPS LCD CO., LTD.,         :
                                  :
                Plaintiff,        :
                                  :
        v.                        :    Civil Action No. 04-343-JJF
                                  :
TATUNG CO., TATUNG COMPANY        :
OF AMERICA, INC., and             :
VIEWSONIC CORP.,                  :
                                  :
                Defendants.       :

<u>O R D E R</u>

WHEREAS, the Special Master issued a Report and

Recommendation (D.I. 779) regarding the Tatung Defendants' Motion

To Compel the deposition of Rebecca Rudich;

WHEREAS, objections to the Report and Recommendation were

due September 24, 2007, and none have been filed;

NOW THEREFORE, IT IS HEREBY ORDERED that the Special

Master's Report and Recommendation (D.I. 779) is **ADOPTED**.


__October __1__, 2007 __                     _____
        DATE                              UNITED STATES DISTRICT JUDGE