**BLANK ROME** LLP
COUNSELORS AT LAW

Phone:  (302) 425-6410
Fax:    (302) 428-5132
Email:  Poppiti@BlankRome.com

October 9, 2007

The Honorable Joseph J. Farnan, Jr.
U.S. District Court for the District of Delaware
844 North King Street, Lock Box 27
Wilmington, DE 19801

Re: LG. Philips LCD Co., Ltd. v. ViewSonic Corporation, et al.
    Proposed Stipulated Protective Order
    C.A. No. 04-343 JJF

Dear Judge Farnan:

Attached for your review and consideration is the Stipulation and Order Between Plaintiff and the Tatung Defendants which I have on this date recommended for adoption by the Court.

Respectfully,

Vincent J. Poppiti
Special Master
(DSBA 100614)

VJP:mcl
Enclosure

cc:  All counsel of record