IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., | |
| Plaintiff, | |
| v. | Civil Action No. 04-343-JJF |
| TATUNG COMPANY; TATUNG COMPANY OF AMERICA, INC.; and VIEWSONIC CORPORATION, | |
| Defendants. | |

**STIPULATION AND ORDER BETWEEN
PLAINTIFF AND THE TATUNG DEFENDANTS**

WHEREAS, plaintiff LG.Philips LCD Co., Ltd. ("LPL") and defendants Tatung Company and Tatung Company of America, Inc. (collectively, "Tatung") have reached an agreement in principle to resolve their differences and settle this litigation, as between them; and

WHEREAS, LPL and Tatung wish to avoid unnecessary expense and effort while they complete the paperwork necessary to effectuate their agreement in principle;

NOW, THEREFORE, LPL and Tatung stipulate and agree, subject to the approval of the Court, to stay and suspend all discovery and other case-related activity as between LPL and

Tatung for not less than thirty days in order for their counsel to continue working on settlement documentation.

| THE BAYARD FIRM | RICHARDS, LAYTON & FINGER, P.A. |
|---|---|
| /s/ Richard D. Kirk (rk0922) | /s/ Frederick L. Cottrell, III (fc2555) |
| Richard D. Kirk | Frederick L. Cottrell, III |
| rkirk@bayardfirm.com | Cottrell@rlf.com |
| 222 Delaware Avenue, Suite 900 | One Rodney Square |
| P.O. Box 25130 | P.O. Box 551 |
| Wilmington, DE 19899 | Wilmington, DE 19899 |
| (302) 429-4208 | (302) 651-7700 |
| *Attorneys for Plaintiff* | *Attorneys for defendants Tatung Company* |
| *LG.Philips LCD Co., Ltd.* | *and Tatung Company of America, Inc.* |

ENTERED this 9th day of October, 2007

_____
Vincent J. Poppiti (#100614)
Special Master

SO ORDERED this ___ day of _____, 2007.

_____
United States District Court Judge