# EXHIBIT B

# THE BAYARD FIRM
A T T O R N E Y S

222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899
ZIP CODE FOR DELIVERIES 19801

MERITAS LAW FIRMS WORLDWIDE
www.bayardfirm.com
302-655-5000
(FAX) 302-658-6395

WRITER'S DIRECT ACCESS

(302) 429-4208
rkirk@bayardfirm.com

ELECTRONICALLY FILED
ORIGINAL BY HAND

October 2, 2007

The Honorable Joseph J. Farnan, Jr.
United States District Judge
District of Delaware
844 King Street
Wilmington, DE 19801

Re:   *LG.Philips LCD Co., Ltd. v. Tatung Co.*, et al., Case No. 05-292 (JJF)

Dear Judge Farnan:

I write on behalf of plaintiff, LG.Philips LCD Co., Ltd., to advise the Court that the parties have resolved all issues between them and expect soon to file a stipulation of dismissal. Accordingly, the Court need not resolve any pending post-trial motions. I am pleased to be able to report this development and look forward to filing final papers in the near future. If the Court has any questions, I would be pleased to respond.

Respectfully submitted,

/s/ Richard D. Kirk
Richard D. Kirk (rk0922)

cc: Counsel as shown on the attached certificate

671865-1

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on October 2, 2007, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Robert W. Whetzel, Esq.
Steven J. Fineman, Esq.
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

The undersigned counsel further certifies that copies of the foregoing document were sent on October 2, 2007 by email and by hand to the above counsel and by email and first class mail to the following non-registered participants:

Christine A. Dudzik, Esq.
Thomas W. Jenkins, Esq.
Howrey LLP
321 North Clark Street
Suite 3400
Chicago, IL 60610

William D. Coston, Esq.
James R. Burdett, Esq.
Martin L. Saad, Esq.
Tamany Vinson Bentz, Esq.
Venable LLP
575 7th Street, N.W.
Washington, DC 20004

Teresa M. Corbin, Esq.
Glenn W. Rhodes, Esq.
Julie Gabler, Esq.
Howrey LLP
525 Market Street
Suite 3600
San Francisco, CA 94105

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

602380-1