| Event | ViewSonic's proposal |
|---|---|
| Provide written comments on report regarding September 2007 deposition | 10/29/07 |
| Meet and confer regarding proposed report regarding September 2007 deposition | 11/02/07 |
| Meet and confer regarding time to take exceptions to any report of Special Master | 10/24/07 |
| VS provides LPL with amount of fees and costs requested with respect to LPL depositions | 10/29/07 |
| Meet and confer regarding amount of fees and costs requested by VS with respect to LPL depositions | 11/02/07 |
| VS to file any motion regarding the September 2007 deposition, and affidavit of fees and costs. | 11/05/07 |
| VS to file any motion regarding the October 2007 deposition, and affidavit of fees and costs. | 11/05/07 |
| VS to file motion to dismiss complaint with prejudice | 11/05/07 |
| VS to file any motion under §285 for exceptional case determination | 11/09/07 |
| VS to submit proposed report regarding the September 2007 deposition | 11/09/07 |
| LPL to submit objections to proposed report regarding the September 2007 deposition | 11/09/07 |
| VS to file reply brief on its motion for leave to amend | 11/09/07 |
| Absent agreement VS to file motion/application to shorten time to file exceptions to any report of Special Master regarding depositions or §285 determination | 11/09/07 |
| LPL to file opposition to any VS motion to shorten time to file exceptions to any report of Special Master | Earlier of DE Local Rules or 11/13/07 |
| LPL to file opposition to VS's motion(s) regarding the September 2007 deposition | 11/19/07 |
| LPL to file opposition to VS's motion(s) regarding the October 2007 deposition | 11/20/07 |
| LPL to file opposition to VS's motion to dismiss complaint with prejudice | 11/20/07 |
| VS to file reply brief on motion to shorten time to file exceptions to any report of Special Master | Earlier of DE Local Rules or 11/15/07 |
| LPL to file opposition to VS's motion for exceptional case determination | 11/27/07 |
| VS to file reply brief in support of motion to dismiss complaint with prejudice | 12/06/07 |
| VS to file reply brief in support of any motion regarding the September 2007 deposition | 12/06/07 |
| VS to file reply brief in support of any motion regarding the October 2007 deposition | 12/06/07 |
| VS to file reply brief in support of any motion under §285 for | 12/06/07 |

673373-1

| | |
|---|---|
| exceptional case determination | |
| Hearing | 12/13-14/07 or a date to be determined by the Special Master |

673373-1