IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD., | |
| Plaintiff, | |
| v. | Civil Action No. 04-343-JJF |
| TATUNG COMPANY; et al., | |
| Defendants. | |

**PLAINTIFF LG.PHILIPS LCD CO., LTD.'S MOTION TO DISMISS WITHOUT PREJUDICE REGARDING ALL CLAIMS AND DEFENSES ASSERTED BETWEEN LPL AND VIEWSONIC**

For the reasons set forth in the accompanying brief, Plaintiff LG.Philips LCD Co., Ltd. ("LPL") moves to dismiss without prejudice all claims and defenses asserted between LPL and ViewSonic Corporation ("ViewSonic"), and that ViewSonic be precluded from filing a motion under 35 U.S.C. § 285, and for such further remedy as the Court deems just and proper.

November 5, 2007

THE BAYARD FIRM

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk (rk0922)
Ashley B. Stitzer (as3891)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899-5130
(302) 655-5000

Counsel for Plaintiff
LG.PHILIPS LCD CO., LTD.

674930-1

OF COUNSEL:

Gaspare J. Bono
Rel S. Ambrozy
Lora A. Brzezynski
Cass W. Christenson
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, D.C. 20006
(202) 496-7500