IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD.,<br><br>                    Plaintiff,<br><br>            v.<br><br>TATUNG CO.;<br>TATUNG COMPANY OF AMERICA, INC.;<br>AND VIEWSONIC CORPORATION,<br><br>                    Defendants. | CIVIL ACTION NO. 04-343-JJF |

## DEFENDANT VIEWSONIC CORPORATION'S
## MOTION TO DISMISS WITH PREJUDICE

Defendant ViewSonic Corporation ("ViewSonic") hereby moves this Court to dismiss plaintiff LG Philips LCD Co., Ltd.'s ("LPL") complaint against ViewSonic with prejudice pursuant to Fed. R. Civ. P. 41(a)(2). On October 5, 2007, LPL filed a "Covenant Not to Sue ViewSonic Under the Patents-In-Suit" and intended this unconditional Covenant to eliminate all of LPL's claims against ViewSonic in this action. Accordingly, for the reasons stated in the accompanying brief, ViewSonic respectfully requests that the Court dismiss LPL's complaint with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

If the Court decides, however, to dismiss the complaint without prejudice, ViewSonic requests that this Court allow it to show it is a prevailing party and to seek an award of attorneys' fees pursuant to 35 U.S.C. § 285 for the reasons set forth in the accompanying brief.

Date: November 5, 2007

Respectfully submitted,

CONNOLLY BOVE LODGE & HUTZ LLP

<u>Of Counsel:</u>

Scott R. Miller (CA Bar No. 112656)
Connolly Bove Lodge & Hutz LLP
333 South Grand Avenue, Suite 2300
Los Angeles, CA 90071
Telephone: (213) 787-2500
Facsimile: (213) 687-0498


Tracy R. Roman (CA Bar No. 199031)
Raskin Peter Rubin & Simon LLP
1801 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: (310) 277-0010
Facsimile: (310) 277-1980

By: /s/ *James D. Heisman*
    Jeffrey B. Bove (#998)
    James D. Heisman (# 2746)
    The Nemours Building, 8th floor
    1007 North Orange Street
    Wilmington, DE 19801
    Telephone: (302) 658-9141
    Facsimile: (302) 658-5614

*Attorneys for Defendant ViewSonic Corporation*

574436

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD.,<br><br>          Plaintiff,<br><br>    v.<br><br>TATUNG CO.;<br>TATUNG COMPANY OF AMERICA, INC.;<br>AND VIEWSONIC CORPORATION,<br><br>          Defendants. | CIVIL ACTION NO. 04-343-JJF |

### [PROPOSED] ORDER DISMISSING LG.PHILIPS LCD CO. LTD.'S COMPLAINT WITH PREJUDICE

AND NOW, having considered Defendant ViewSonic Corporation's ("ViewSonic") Motion to Dismiss Plaintiff LG.Philips LCD Co.'s ("LPL") Complaint with prejudice, and the legal authority cited in support thereof, and having considered all papers and arguments submitted by the parties, and good cause having been shown,

IT IS HEREBY ORDERED THAT:

ViewSonic's Motion is GRANTED and LPL's Complaint is dismissed with prejudice.

Date: _____, 2007      _____
                                                                            United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2007, a true copy of the foregoing document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following and the document is available for viewing and downloading from CM/ECF:

Richard D. Kirk
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE  19801

Anne Shea Gaza
Frederick L. Cottrell III
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE  19801

I hereby certify that on November 5, 2007, I have sent by email the foregoing document to the following non-registered participants:

Cass W. Christenson
Lora A. Brzezynski
Rel S. Ambrozy
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC  20006

Tracy R. Roman
Raskin Peter Rubin & Simon
1801 Century Park East 23rd Floor
Los Angeles, CA  90067

Mark H. Krietzman
Valerie W. Ho
Frank E. Merideth, Jr.
Steve P. Hassid
Greenberg Traurig, LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, CA  90404

By: /s/ *James D. Heisman*
James D. Heisman (#2746)
jheisman@cblh.com

551871_1