IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG.PHILIPS LCD CO., LTD.,<br><br>             Plaintiff,<br>v.<br><br>TATUNG CO.;<br>TATUNG COMPANY OF AMERICA, INC.; AND<br>VIEWSONIC CORPORATION,<br><br>             Defendants. | C.A. NO. 04-343 (JJF) |

## CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 7.1.1

I, James D. Heisman, an attorney for Defendant ViewSonic Corporation ("ViewSonic"), hereby certify that that the parties have attempted to reach an agreement on the matters set forth in the foregoing Motion to Dismiss through numerous telephone calls and telephonic hearings with Special Master Poppiti in which the briefing schedule for the Motion to Dismiss and the issues to be raised in the Motion to Dismiss were discussed, but the parties were unable to reach a resolution.

Respectfully submitted,

Dated: November 5, 2007

**CONNOLLY BOVE LODGE & HUTZ LLP**

By:    */s/ James D. Heisman*
       James D. Heisman (# 2746)
       1007 N. Orange Street
       P. O. Box 2207
       Wilmington, DE 19899
       Tel: (302) 658-9141
       *Attorneys for Defendant ViewSonic Corporation*

574301

## CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2007, a true copy of the foregoing document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following and the document is available for viewing and downloading from CM/ECF:

Richard D. Kirk
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Anne Shea Gaza
Frederick L. Cottrell III
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19801

I hereby certify that on November 5, 2007, I have sent by email the foregoing document to the following non-registered participants:

Cass W. Christenson
Lora A. Brzezynski
Rel S. Ambrozy
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006

Tracy R. Roman
Raskin Peter Rubin & Simon
1801 Century Park East 23rd Floor
Los Angeles, CA 90067

Mark H. Krietzman
Valerie W. Ho
Frank E. Merideth, Jr.
Steve P. Hassid
Greenberg Traurig, LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404

By: /s/ *James D. Heisman*
James D. Heisman (#2746)
jheisman@cblh.com

551871_1