IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| L.G. PHILIPS LCD CO., LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 04-343 (JJF) |
| ) | |
| TATUNG COMPANY; ) | |
| TATUNG COMPANY OF AMERICA, INC.; ) | |
| AND VIEWSONIC CORPORATION, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**RULE 41 STIPULATION OF DISMISSAL AS BETWEEN PLAINTIFF
LG.PHILIPS LCD CO., LTD. AND DEFENDANTS
TATUNG COMPANY AND TATUNG COMPANY OF AMERICA, INC.**

Having reached settlement of their disputes in the form of a Settlement Agreement, Plaintiff LG.Philips LCD Co., Ltd. ("LPL") and Defendant Tatung Company and Tatung Company of America, Inc. (collectively "Tatung"), through their respective counsel of record, hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(2) and (c) that the above-entitled action between LPL and Tatung, including any claims or counterclaims filed by LPL or Tatung against the other in this action, shall be dismissed with prejudice with each such party bearing its own attorneys' fees and costs as to each other.

OF COUNSEL:

Gaspare J. Bono
Rel S, Ambrozy
Lora Brzezynski
Cass Christenson
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, D.C. 20006

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk
The Bayard Firm
222 Delaware Avenue, Suite 900
P. O. Box 25130
Wilmington, DE 19899
Attorneys for Plaintiffs
LG.Philips LCD Co., Ltd.

December 12, 2007


OF COUNSEL:

Frank E. Merideth, Jr.
Mark Krietzman
Greenberg Traurig LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404
(310) 586-7700

December 12, 2007

Frederick L. Cottrell (fc2555)
Frederick L. Cottrell, III (#2555)
Anne Shea Gaza (#4093)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
cottrell@rlf.com
gaza@rlf.com
Attorneys for Defendants Tatung Company and
Tatung Company of America, Inc.


IT IS SO ORDERED this ___ day of December, 2007.


_____
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on December 12, 2007, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Jeffrey B Bove, Esq.
James D. Heisman, Esq.
Kristin Healy Cramer, Esq.
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899-2207

Frederick L. Cottrell, III, Esq.
Anne Shea Gaza, Esq.
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

The undersigned counsel further certifies that copies of the foregoing document were sent by email and by hand on December 12, 2007 to the above counsel and were sent by email and by U.S. Mail on December 12, 2007 to the following non-registered participants:

Scott R. Miller, Esq.
Connolly Bove Lodge & Hutz LLP
333 South Grand Avenue
Suite 2300
Los Angeles, CA 90071

Valerie Ho, Esq.
Mark H. Krietzman, Esq.
Frank C. Merideth, Jr., Esq.
Greenberg Traurig LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404

Tracy Roman, Esq.
Raskin Peter Rubin & Simon LLP
1801 Century Park East, Suite 2300
Los Angeles, CA 90067

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

{00571447;v1}
571447-1