IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| L.G. PHILIPS LCD CO., LTD., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TATUNG COMPANY; )<br>TATUNG COMPANY OF AMERICA, INC.; )<br>AND VIEWSONIC CORPORATION, )<br>)<br>Defendants. )<br>) | C. A. No. 04-343 (JJF) |

**RULE 41 STIPULATION OF DISMISSAL AS BETWEEN
PLAINTIFF LG.PHILIPS LCD CO., LTD. AND
<u>DEFENDANT VIEWSONIC CORPORATION</u>**

Having reached settlement of their disputes in the form of a Settlement Agreement, Plaintiff LG.Philips LCD Co., Ltd. ("LPL") and Defendant ViewSonic Corporation ("ViewSonic"), through their respective counsel of record, hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(2) and (c) that the above-entitled action between LPL and ViewSonic, including any claims or counterclaims filed by LPL or ViewSonic against the other in this action, shall be dismissed with prejudice with each such party bearing its own attorneys' fees and costs as to each other.

{00729188;v1}

January 24, 2008

                                                          BAYARD, P.A.

OF COUNSEL:

Gaspare J. Bono
Rel S. Ambrozy
Lora Brzezynski
Cass Christenson
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, D.C. 20006
(202) 496-7500

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk (#0922)
222 Delaware Avenue, Suite 900
P. O. Box 25130
Wilmington, DE 19899
(302) 655-5000
Attorneys for Plaintiff,
LG.Philips LCD Co., Ltd.

January 24, 2008

                                          CONNOLLY BOVE LODGE & HUTZ LLP

OF COUNSEL:

Scott R. Miller
Connolly Bove Lodge & Hutz LLP
333 South Grand Avenue, Suite 2300
Los Angeles, CA 90071
(213) 787-2510

/s/ James D. Heisman (jh2746)
Jeffrey B. Bove (#0998)
James D. Heisman (#2746)
1007 North Orange Street
Wilmington, Delaware 19899
(302) 658-9141

Attorneys for Defendant,
ViewSonic Corporation

       IT IS SO ORDERED this ___ day of January, 2008.

_____
UNITED STATES DISTRICT JUDGE

{00729188;v1}

2