

## REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK

TO:   Commissioner of Patents and Trademarks
      Washington, D.C. 20231

In compliance with 35:290 and/or 15 U.S.C. 1116 you are hereby advised that a court action has been filed on the following patent(s)/trademarks in the U.S. District Court:

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT |
|---|---|---|
| CA 04-0343 | 05/27/04 | District of Delaware |

| PLAINTIFF | DEFENDANT |
|---|---|
| LG.Philips LCD Co. | Tatung Co. |

| | PATENT/TRADEMARK NO. | DATE OF PATENT/TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | US 6,498,718 B1 | 12/24/02 | LG.Philips LCD Co. |
| 2 | US 6,501,641 B1 | 12/31/02 | LG.Philips LCD Co. |

In the above-entitled case, the following patent(s) have been included:

DATE INCLUDED         INCLUDED BY
                      [ ] Amendment   [ ] Answer   [ ] Cross Bill   [ ] Other Pleading

| | PATENT/TRADEMARK NO. | DATE OF PATENT/TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

DECISION/JUDGMENT

*Closed per DI #834 836*

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| PETER T. DALLEO, CLERK | *[signature]* | 1/29/08 |