IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| L.G. PHILIPS LCD CO., LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 04-343 (JJF) |
| | ) |
| TATUNG COMPANY; | ) |
| TATUNG COMPANY OF AMERICA, INC.; | ) |
| AND VIEWSONIC CORPORATION, | ) |
| | ) |
| Defendants. | ) |

**RULE 41 STIPULATION OF DISMISSAL AS BETWEEN
PLAINTIFF LG.PHILIPS LCD CO., LTD. AND
DEFENDANT VIEWSONIC CORPORATION**

Having reached settlement of their disputes in the form of a Settlement Agreement, Plaintiff LG.Philips LCD Co., Ltd. ("LPL") and Defendant ViewSonic Corporation ("ViewSonic"), through their respective counsel of record, hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(2) and (c) that the above-entitled action between LPL and ViewSonic, including any claims or counterclaims filed by LPL or ViewSonic against the other in this action, shall be dismissed with prejudice with each such party bearing its own attorneys' fees and costs as to each other.

{00729188;v1}

January 24, 2008

BAYARD, P.A.

OF COUNSEL:

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk (#0922)
Gaspare J. Bono                 222 Delaware Avenue, Suite 900
Rel S. Ambrozy                  P. O. Box 25130
Lora Brzezynski                 Wilmington, DE  19899
Cass Christenson                (302) 655-5000
McKenna Long & Aldridge LLP     Attorneys for Plaintiff,
1900 K Street, NW               LG.Philips LCD Co., Ltd.
Washington, D.C.  20006
(202) 496-7500


January 24, 2008

CONNOLLY BOVE LODGE & HUTZ LLP

OF COUNSEL:

/s/ James D. Heisman (jh2746)
Jeffrey B. Bove (#0998)
Scott R. Miller                 James D. Heisman (#2746)
Connolly Bove Lodge & Hutz LLP  1007 North Orange Street
333 South Grand Avenue, Suite 2300   Wilmington, Delaware  19899
Los Angeles, CA 90071           (302) 658-9141
(213) 787-2510

Attorneys for Defendant,
ViewSonic Corporation


    IT IS SO ORDERED this ___ day of January, 2008.


_____
UNITED STATES DISTRICT JUDGE