IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| L.G. PHILIPS LCD CO., LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 04-343 (JJF) |
| | ) | |
| TATUNG COMPANY; | ) | |
| TATUNG COMPANY OF AMERICA, INC.; | ) | |
| AND VIEWSONIC CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**RULE 41 STIPULATION OF DISMISSAL AS BETWEEN
PLAINTIFF LG.PHILIPS LCD CO., LTD. AND
<u>DEFENDANT VIEWSONIC CORPORATION</u>**

Having reached settlement of their disputes in the form of a Settlement

Agreement, Plaintiff LG.Philips LCD Co., Ltd. ("LPL") and Defendant ViewSonic

Corporation ("ViewSonic"), through their respective counsel of record, hereby stipulate

pursuant to Federal Rule of Civil Procedure 41(a)(2) and (c) that the above-entitled action

between LPL and ViewSonic, including any claims or counterclaims filed by LPL or

ViewSonic against the other in this action, shall be dismissed with prejudice with each

such party bearing its own attorneys' fees and costs as to each other.

{00729188;v1}

January 24, 2008

                                        BAYARD, P.A.

OF COUNSEL:                             /s/ Richard D. Kirk (rk0922)
                                        Richard D. Kirk (#0922)
Gaspare J. Bono                         222 Delaware Avenue, Suite 900
Rel S. Ambrozy                          P. O. Box 25130
Lora Brzezynski                         Wilmington, DE  19899
Cass Christenson                        (302) 655-5000
McKenna Long & Aldridge LLP             Attorneys for Plaintiff,
1900 K Street, NW                       LG.Philips LCD Co., Ltd.
Washington, D.C.  20006
(202) 496-7500


January 24, 2008

                                        CONNOLLY BOVE LODGE & HUTZ LLP

OF COUNSEL:                             /s/ James D. Heisman (jh2746)
                                        Jeffrey B. Bove (#0998)
Scott R. Miller                         James D. Heisman (#2746)
Connolly Bove Lodge & Hutz LLP          1007 North Orange Street
333 South Grand Avenue, Suite 2300      Wilmington, Delaware  19899
Los Angeles, CA 90071                   (302) 658-9141
(213) 787-2510
                                        Attorneys for Defendant,
                                        ViewSonic Corporation


        IT IS SO ORDERED this ___ day of January, 2008.


                              _____
                              UNITED STATES DISTRICT JUDGE


{00729188;v1}

2